## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| KIMBERLY Y. LAFAVE, et al. ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Case No. 1:23-cv-1605 (CMH/JFA) |
| ) | |
| THE COUNTY OF FAIRFAX, VIRGINIA, ) | |
| and KEVIN DAVIS, in his Official Capacity ) | |
| as Chief of Police ) | |
| ) | |
| *Defendants* ) | |
| _____) | |

### **ORDER**

UPON CONSIDERATION of the Consent Motion to Set Hearing on Motion for Preliminary Injunction and to Set Deadlines and with the consent of all parties to this action, it is, this \_\_\_\_\_ day of December, 2023,

ORDERED that, for good cause shown, said motion is hereby GRANTED; and it is further

ORDERED that Plaintiffs will file their Motion for Preliminary Injunction on or before December 18, 2023; and it is further

ORDERED that the hearing on Plaintiffs' Motion for Preliminary Injunction is set for January 19, 2024 at 10:00 a.m.; and it is further

ORDERED that Defendants will file their Opposition to Plaintiffs' Motion for Preliminary Injunction on or before January 5, 2024; and it is further

ORDERED that Plaintiffs will file any Reply to Defendants' opposition on or before January 15, 2024.

_____
UNITED STATES DISTRICT JUDGE

4859-5784-7447, v. 1