IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number __1:23-cv-01605-CMH-JFA__, Case Name __LaFave v. County of Fairfax__
Party Represented by Applicant: __County of Fairfax, Virginia; Kevin Davis, in his official capacity__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __William James Taylor, Jr.__
Bar Identification Number __3958956__   State __New York__
Firm Name __Everytown Law__
Firm Phone # __(646) 324-8215__   Direct Dial # __(646) 324-8215__   FAX # __(917) 410-6932__
E-Mail Address __wtaylor@everytown.org__
Office Mailing Address __Everytown Law, 450 Lexington Ave., P.O. Box 4148, New York, NY 10163__

Name(s) of federal district court(s) in which I have been admitted __Please see Attachment A.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

William J. Taylor, Jr.   Digitally signed by William J. Taylor, Jr.
Date: 2024.01.02 16:30:08 -05'00'
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

Anders T. Sleight   Digitally signed by Anders T. Sleight
Date: 2024.01.02 14:06:57 -05'00'   01/02/2024
(Signature)   (Date)
Anders T. Sleight, Esq.   84458
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____   _____
(Judge's Signature)   (Date)

## ATTACHMENT A

Southern District of New York

Eastern District of New York

Western District of New York

Northern District of Florida

District of Colorado