# FILINDRA DECLARATION

# EXHIBIT 1

# Alexandra Filindra

University of Illinois Chicago
Department of Political Science (M/C 276), 1007 West Harrison Street
Chicago, IL 60607-7137
Personal website: https://alexandra-filindra.com/
Google Scholar profile: https://scholar.google.com/citations?user=0VV5BhsAAAAJ&hl=en

## ACADEMIC POSITIONS

**Associate Professor,** Department of Political Science, University of Illinois Chicago, 2017-present
**Assistant Professor,** Department of Political Science, University of Illinois Chicago, 2012-2017
   **Director of Graduate Studies,** 2015-2017
   **Affiliated faculty,** Institute of Government and Public Affairs, University of Illinois System, 2022-present
   **Affiliated faculty**, Latin American and Latino Studies, 2013-present
   **Affiliated faculty,** Department of Psychology, 2016-present
   **Faculty fellow,** Honors Program, 2013-present

**Post-doctoral Research Associate**, Brown University, RI, 2009-2012
   Center for the Study of Human Development, 2011-2012
   Taubman Center for Public Policy & American Institutions, 2009-2011

## OTHER WORK EXPERIENCE

**Senior Survey Manager,** Brand & Communications, Harris Interactive, Princeton, NJ, 2007-2010
**Senior Survey Researcher**, Online Survey Strategy & Panel Health Methodology, GfK Custom Research, Princeton, NJ, 2000-2007

## EDUCATION

**Rutgers University,** New Brunswick, NJ
Ph.D. in Political Science, 2009

**Bryn Mawr College,** Bryn Mawr, PA
B.A. in Political Science, Minor in Economics

**Centro de Estudios Hispanicos**, Madrid, Spain
Certificate in European Studies

## MONOGRAPHS & EDITED VOLUMES

Filindra, A. *Race, Rights, and Rifles: The Origins of the NRA and Contemporary Gun Culture* (The University of Chicago Press, 2023)
- Reviewed by Kirkus Book Reviews, received starred review (July 2023)
- Author-meets-critics, APSA Conference, 2023
- Author meets critics, Law and Society Conference, 2024
- Discussed on "the Majority Report" (October 2023)
- Featured on Public Radio's "The Morning Show" (September 2023);
- Featured on KERA's "Think with Krys Boyd" (October 2023)

Filindra A. (ed.) (2019) Special Issue on Conceptualization and Measurement in 50 State Models of Policy Outcomes in Racialized Domains. *Policy Studies Journal,* 47(3): 493-848

**MONOGRAPHS IN PREPARATION**

Filindra, A. and N.J. Kaplan, Guns *in America: Power, Groups, and Identities* (under contract)

Filindra, A. and L. Harbridge Yong, *Dying to Serve You: The Consequences of Incivility, Threats, and Violence Against America's Elected Officials and Staff* (manuscript in development, the University of Chicago Press has asked for a proposal)

Filindra, A. *The Other Civil Right: How Women and People of Color Have Engaged with Militarism as a Path to Citizenship*

---

**PEER-REVIEWED ARTICLES (WITH IMPACT FACTORS)**
(*indicates student co-authors)

35. Filindra, A., N. J. Kaplan, and A. Manning* (2023) "Who Buys the 'Big Lie'? White Political Grievance and Confidence in Electoral Outcomes," *Journal of Race, Ethnicity, and Politics,* doi:10.1017/rep.2023.33 (IF=2.20)
34. Filindra A. (2023) "Legacies of Militarism: Theorizing the Political Origins and Consequences of Americans' Attachment to Guns," *The Forum*, https://www.degruyter.com/document/doi/10.1515/for-2023-2030/html
33. Filindra A. and R. Nassar* (2023) "The Breadwinner and "the Other": Sexism, Immigrant Economic Threat, and Support for Immigration Restriction in American Public Opinion," *SN Social Sciences*, (forthcoming)
32. Filindra A., L. Harbridge-Yong (2022) "How Do Partisans Navigate Intragroup Conflict? A Theory of Partisan Leadership Cues," *Political Behavior* 44: 1437-58 (IF=6.172)
31. Bonilla, T., A. Filindra, and N. Lajevadi (2022) "How Source Cues Shape Evaluations of Group-Based Derogatory Political Messages," *Journal of Politics,* Vol 84(4): 1979-1996 (IF=2.65)
30. Filindra, A. N. Kaplan, B. Buyuker* (2022) Beyond Performance: The Racial Antecedents of Whites' Mistrust of Government," *Political Behavior*, Vol. 44(2):961-79 (IF=6.172)
29. Filindra, A. B. Buyuker,* N. Kaplan (2022) "Do Perceptions of Discrimination against the Ingroup Fuel White Americans' Mistrust in Government? Insights from the 2012-2020 ANES and a Framing Experiment," Symposium on White Identity*, Polity,* Vol. 55(1): 137-167 (IF=1.06)
28. Filindra A., R. Nassar*, and B. Buyuker* (2022) "The conditional relationship between cultural and economic threats in white Americans' support for refugee relocation programs," *Social Science Quarterly*, Vol. 103 (3): 686-698 (IF=1.781)
27. Filindra, A. and E.J. Fagan (2022) "Black, Immigrant, or Woman? The Implicit Influence of Kamala Harris' Vice-Presidential Nomination on Support for Biden in 2020," *Social Science Quarterly*, 103(4): 892– 906 (IF=1.781)
26. Levin, I., A. Filindra, J. Kopstein (2022) "Validating and testing a measure of antisemitism on support for QAnon and vote intention for Trump in 2020," *Social Science Quarterly*, 103(4): 794– 809 (IF=1.176)
25. Filindra, A. and M. Kolbe (2022) "Latinx identification with whiteness: What drives it, and what effects does it have on political preferences?" *Social Science Quarterly,* Vol. 103 (6): 1424-1439 (IF=1.781)
24. Buyuker, B.,* A. Jadidi D'Urso,* A. Filindra, N. J. Kaplan (2021) "Race Politics Research and the American Presidency: Thinking About White Group Identities and Vote Choice in the Trump Era and Beyond," *Journal of Race, Ethnicity & Politics*, 6(3), 600-641 (IF=2.20)
23. Filindra A., N.J. Kaplan, and B. Buyuker* (2021) "Racial Resentment or Modern Sexism? White Americans' Outgroup Attitudes as Predictors of Gun Ownership & NRA Membership," *Sociological Inquiry*, Vol 91(2):253-286 (IF=0.608)
22. Filindra A., B. Buyuker*, and M. Tafolar* (2021) "National Migration Governance: Admissions & Immigration Control," in Jeannette Money and Sarah P. Lockhart (eds.), *Introduction to International Migration: Population Movements in the 21st Century*. New York: Routledge

21. Filindra, A., L. Collingwood, and N. J. Kaplan (2020) "Anxious about Social Violence: The Emotional Underpinnings of Americans' Support for Gun Control," *Social Science Quarterly* (online view), Vol 101(5), 2101-2120 (IF=1.781)
20. Rhodes, S. L. Mann-Jackson, E. Song, M. Wolfson, A. Filindra, M. Hall (2020) "Laws and Policies Related to the Health of U.S. Immigrants: A Policy Scan," *Health Behavior and Policy Review*, 7(4):314-324
19. Filindra, A. and A. Manatschal (2020) "Coping with a changing integration policy context: American state policies and their effects on immigrant political engagement," *Regional Studies,* Vol. 54(11): 1546-57(IF=4.672)
18. Filindra, A. and S. W. Goodman (2019) "Issues in Conceptualization and Measurement of Racialized Policy: Insights from the U.S. and Comparative Literatures," *Policy Studies Journal*, Vol. 47(3): 498-516 (IF=5.141)
17. Filindra, A. (2019) "Is Threat in the Eye of the Researcher? Immigration Policy and Measurement," *Policy Studies Journal*, Vol. 47(3): 517-543 (IF=5.141)
    *Received the best article award from the State Politics Section of the APSA (2019)*
16. Trisler B.* and A. Filindra (2019) *The Effects of Propaganda on Marginal Members of Social Groups: The Case of Black Female Gun Enthusiasts*. Palo Alto, CA: DigIntel Labs
    http://www.iftf.org/fileadmin/user_upload/downloads/ourwork/IFTF_BlackWomenGunsEnthus_comp.prop_W_05.07.19.pdf
13. Filindra A. and N. Kaplan (2017) "Self-Interest, Values, or Outgroup Attitudes? Testing Theories of Gun Policy Preferences among Blacks, Latinos, and Whites in America," *Social Science Quarterly,* Vol. 98(2): 413-28 (IF=1.781)
15. Buyuker B.,* A. Jadidi-D'Urso,* and A. Filindra (2017) "Interethnic Contact and Impact on Attitudes," in S. Maisel (ed.) *Oxford Bibliographies in Political Science*. Oxford, UK: Oxford University Press
14. Jacobsen, T.G., J.V. Isaksen, Filindra, A., J. Strabac (2016) "The Return of Prejudice in Europe's Regions: The Moderated Relationship between Group Threat and Economic Vulnerability," *Nationalism and Ethnic Politics,* Vol. 22(3): 249-277 (IF=1.07)
13. Filindra, A. and N. Kaplan (2016) "Racial resentment and white gun policy preferences in contemporary America," *Political Behavior*, Vol. 38 (2): 255-275. (IF=6.172)
    *Received APSA Elections, Public Opinion, and Voting Behavior Section, Best Article Award (2016)*
    *Received the Lucius Barker award from the Midwest Political Science Association (2015)*
    *Received the best paper award from the Public Policy Section 2015 APSA Conference*
12. Condon M., A. Filindra and A. Wichowsky (2016) "Immigrant Inclusion in the Safety Net: A Framework for Analysis and Effects on Educational Attainment," *Policy Studies Journal*, Vol. 44 (4):424-448 (IF=5.141)
    *Honorable mention, Migration and Citizenship Section, 2016 APSA Conference*
11. Pearson-Merkowitz S., A. Filindra and J. Dyck (2016) *"*When Partisans and Minorities Interact: Interpersonal Contact, Partisanship and Public Opinion Preferences on Immigration Policy" *Social Science Quarterly*, Vol 97(2):311-324 (IF=1.781)
10. Buckinx, B. and A. Filindra (2015) "The Case against Removal: Jus Noci and Harm in Deportation Practice," *Migration Studies*, Vol. 3(3):393-416 (IF=2.774)
    *Received the 2015 Best Article Award from Migration Studies (2016)*
9. Filindra, A. (2014) "The Emergence of the 'Temporary Mexican': American Agriculture, the U.S. Congress and the 1920 Hearings on the "Temporary Admissions of Illiterate Mexicans," *Latin American Research Review*, Vol. 49 (3): 85-102 (IF=0.678)
8. Filindra, A. (2013) "Immigrant Social Policy in the American States: Race Politics and State TANF and Medicaid Eligibility Rules for Legal Permanent Residents," *State Politics and Policy Quarterly*, Vol. 13 (1): 26-48 (IF=1.425)
7. Filindra, A. and S. Pearson-Merkowitz (2013) "Stopping the Enforcement "Tide": Descriptive Representation, Latino Institutional Empowerment and State-Level Immigration Policy," (Research Note) *Politics & Policy* 41(December): 814-832 (IF=1.34)
6. Filindra, A. and S. Pearson-Merkowitz (2013) "Together in Good Times and Bad? How Economic Triggers Condition the Effects of Social Interactions between Groups," *Social Science Quarterly,* 94(5 December):1328-1345 (IF=1.781)

5. Filindra A. and M. Orr (2013) "Anxieties of a Peaceful Transition: Ethnic Competition and the Election of the First Latino Mayor in Providence, RI," *Urban Affairs Review,* Vol. 49 (1): 3-31 (IF=2.192)
4. Filindra, A. (2012) "Birthright citizenship and the children of undocumented immigrants: history and theory," in D. Tichenor and J. Ganz (eds.) *Debates on Immigration: Political and Legal Issues*. New York: Sage, pp. 75-83
3. Filindra, A. and J. Junn (2012) "Aliens and People of Color: The Multidimensional Relationship of Immigration Policy and Racial Classification in the U.S.," in D. Tichenor and M. Rosenblum, eds. *Oxford Handbook of International Migration*. Oxford, UK: Oxford University Press, pp. 429-455
2. Filindra, A. and M. Kovacs (2012) "Analyzing U.S. State Legislative Resolutions on Immigrants and Immigration: The Role of Immigration Federalism" *International Migration*, Vol. 50(4), pp. 33-50 (IF=0.773)
1. Filindra, A., D. Blanding,* and C. Garcia Coll (2011) "The Power of Context: State –Level Immigration Policy and Differences in the Educational Performance of the Children of Immigrants," *Harvard Educational Review*, Fall 2011, Volume 81 (3):163-193 (IF=2.935)

## LAW REVIEW ARTICLES

1. Miller, D. A. Filindra, N. J. Kaplan (2024) "Technology, Tradition, and 'The Terror of the People," *Notre Dame Law Review,* Vol. 99 (4) https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4521030  (forthcoming) ** **Used in amicus brief by the United States Conference of Mayors in *Hanson v. District of Columbia* (2023)****
2. Buckinx, B. and A. Filindra (2013) "Removal and Harm Avoidance in U.S. Immigration Practice," *Kansas Journal of Law & Public Policy*, 22 (3): 379-390
3. Tichenor, D. and A. Filindra (2013) "Raising Arizona v. United States: The Origins and Development of Immigration Federalism." *Lewis and Clark Law Review*, 16(4):1215-47

## OTHER ACADEMIC PUBLICATIONS

1. Filindra A., A. Manning,* I. Pollert* and S. Tobon-Palma* (2021) *Guns, Political Violence, and American Democracy in Black and White*. Chicago, IL: University of Illinois at Chicago
2. Tafolar, M.* and A. Filindra (2020) "Color Blindness," in Caliendo, Stephen M. and Charlton D. McIlwain, eds. *The Routledge Companion to Race and Ethnicity* (2nd ed.). New York: Routledge.
3. Heffern-Ponicki, M.* and A. Filindra (2020) "Segregation," in Caliendo, Stephen M. and Charlton D. McIlwain, eds. *The Routledge Companion to Race and Ethnicity* (2nd ed.). New York: Routledge
4. Filindra, A. (2019) "The English Only Movement," in Jessica Lavariega-Monforti (ed.) *Latinos in the American Political System: An Encyclopedia of Latinos as Voters, Candidates, and Office Holders.* Santa Barbara, CA: ABC Clio
5. Filindra, A. and S. W. Goodman (2018) "Citizenship, Authoritarianism, and the Paradox of Liberal Democracy," *Migration and Citizenship*, 6(2): 2-5
6. Goodman, S. W. and A. Filindra (2018) "Beyond Bearing Witness: Scholarship as Active Citizenship," *Migration and Citizenship*, 6(1): 2-3
7. Filindra, A. and K. Sadiq (2017) "Citizenship and Migration Studies in the Era of Reactionary Populism," *Migration and Citizenship*, 5 (2): 2-3
8. Filindra, A. (2015) "The E.U. Refugee Stress Test: Forced Migration and the Crisis in European Governance," *Migration and Citizenship*, 4(1): 33-36
9. Filindra, A. (2014) "Detention Centers," in Anna Ochoa O'Leary (ed.) *Undocumented Immigrants in the United States: An Encyclopedia of their Experience*. Santa Barbara, CA: ABC Clio
10. Filindra, A and S. Pearson-Merkowitz (2014) *Immigrants and Immigration in the Ocean State: History, Demography, Public Opinion and Policy Responses*.  Kingston, RI: University of Rhode Island Urban Initiative
11. Filindra, A. (2013) "What to Make of the Golden Dawn? The Crisis of Welfare Capitalism, Immigration and the New Spring of the Extreme Right," *Migration and Citizenship*, 1(2):57-59

12. Filindra, A. (2012) *The Myth of Self-Deportation*. Washington, DC: Immigration Policy Center (http://www.immigrationpolicy.org/sites/default/files/docs/filindra_-_self-deportation_042912.pdf)
13. Filindra, A. (2012) "Developments in American Immigration Policy," in M. Principe (ed.) *American Government, Policy and Law*. 3rd Edition. New York, NY: Kendall Hunt Publishing, pp. 81-95

## BOOK REVIEWS

1. Filindra, A. (2023) Review: Carlson, Jennifer D. (2023) *Merchants of the Right*. Princeton, NJ: Princeton University Press, *Journal of Race, Ethnicity, and Politics*
2. Filindra, A. (2022) Review: Lacombe, Matthew (2020) *Firepower*. Princeton, NJ: Princeton University Press, *Perspectives on Politics*
3. Filindra, A. (2020) Review: Jacobs, James B. and Zoe Fuhr (2019) *The Toughest Gun Control Law in the Nation: The Unfulfilled Promise of New York's SAFE Act*. New York: New York University Press, *Political Science Quarterly*
4. Filindra, A. (2017) Review: Carlson, Jennifer D. (2015) *Citizen-Protectors: The Everyday Politics of Guns in an Age of Decline*. New York: Oxford University Press, *Sociological Inquiry*
5. Filindra, A (2016) Review: Gulasekaram, P. and S. K. Ramakrishnan (2015) *The New Immigration Federalism*. New York: Cambridge University Press, Publius*: The Journal of Federalism*, Volume 47, Issue 2, Spring 2017, Page e5, https://doi.org/10.1093/publius/pjw033

## PAPERS UNDER REVIEW/WORKING PAPERS

1. Buyuker B., A. Filindra, A. Manatschal, E. Green, "Democratic Erosion or Resilience? Descriptive and Substantive Minority Representation and Majority Group Voters' Democratic Attitudes" (under review)
2. Filindra, A. and C. Burnett, "Who Should Control Education Policy? White Racial Attitudes and Hostility to Expertise" (under review)
3. Filindra, A., A. Manning, I. Pollert, "Does the "Race Card" Work in White Americans' Support for Spending on Black Schools?" (under review)
4. Buyuker B. and A. Filindra, "Democracy and the Other: Anti-Immigrant Attitudes and Support for Anti-Democratic Norms"
5. Filindra, A., N.J. Kaplan, and A. Manning, "White Grievance, Gun Ownership, and Gun Policy Preferences"
6. Filindra A., M. Gandenberger, B. Kolcak, A. Manatschal, "Who Is Allowed to Criticize the Government?"
7. Filindra A. and J. Kopstein, "Antisemitism and Support for Political Violence among Whites and Blacks in America"
8. Filindra A. and N. J. Kaplan, "Racial Prejudice, Sexism, and Gun Policy Preferences"
9. Filindra, A. and N.J. Kaplan, "What Does the Second Amendment Stand For? Racial Prejudice, Sexism and Beliefs about Gun Rights"
10. Filindra A., C. Burnett, M. Kettering, and B. Kolcak, "Spatial Determinants of Enactment of Second Amendment Sanctuary Ordinances"
11. Filindra, A. "Gun Rights Messages and Candidate Support among White and Black Americans"
12. Filindra, A., N.J. Kaplan, and J. Kopstein, "The Role of Antisemitism and Xenophobia in Shaping American Attitudes about the Middle East Conflict"
13. Filindra, A. "A Partisan Right to Harm?"
14. Filindra, A. "The Role of the Anti-Political Correctness Narrative in Weakening Social Egalitarian Norms"
15. Filindra A., "Did Second Amendment Sanctuary Laws Boost Republican Turnout?"
16. Filindra, A. "Racial Prejudice and Small Government Preferences among White Americans"
17. Hunt, S. A. Filindra, "Sexual Harassment and Violence among Political Scientists who Do Field Work"

## SURVEY METHODOLOGY WHITE PAPERS

1. Filindra, A. and M. Fallig (2007) The Role of Incentives in Online Research, GfK White Paper
2. Filindra, A. and M. Fallig (2007) Transitioning to Online Data Collection: What to Expect from the Web?, GfK White Paper
3. Filindra, A. and M. Fallig (2007) Mixing Data Collection Modes: Methodological Implications of Combining Web and Telephone Data Collection, GfK White Paper

4. Filindra, A. and M. Fallig (2007) The State of Online Data Collection: What Do We Know Today, GfK White Paper
5. Winkel, F. and A. Filindra (2006) Handbook for Large and Complex Studies, GfK White Paper
6. Barringer, K., A. Filindra and L. Lepping (2002) Methodology Report for the College Student Composition Study, Princeton University, February 2002
7. Carroll, D. and A. Filindra (2001) Affordable Housing Organizations: Review of the Market, April 2001
8. Berger, J. and A Filindra (2000) State and Regional Approaches to Energy Deregulation and the Provider of Last Resort, July 2000
9. Barringer, K., K. Bray and A. Filindra (2000) A Survey of US Residents Assessing Perceptions of Appropriate Prison Sentences: Methodology Report, Vanderbilt University, September 2000

**EXTERNAL AND INTERNAL GRANTS**

*MAJOR EXTERNAL GRANTS*
1. U.S. Department of Justice, "Diffused Domestic Terrorism against Elected Officials and Staff" (with L. Harbridge Yong and R. Littman) $751,000, 2023-2026
2. Russell Sage Foundation, "Study of the Prevalence and Effects of Political Threats/Violence against Elected Officials," $73,000, 2022-2024
3. Swiss National Science Foundation, "On the Move" Program (with A. Manatschal and E. Green), $200,000, 2022-2026
4. Swiss National Science Foundation, "On the Move" Program (with A. Manatschal and E. Green), $135,000, 2018-2020
5. Russell Sage Foundation, Immigration Laws in the States (with Pearson-Merkowitz, $133,000), 2015-17
6. Pew Center for the States, Immigration Legislation in the States 1990-2013 ($94,000), 2013-16

*OTHER EXTERNAL GRANTS*
7. Dangerous Speech Project, Election Research Fellowship, ($10,000), 2024-2025
8. American Political Science Association Centennial Center Grants, Threats against Elected Officials ($2,400), 2023-2024
9. Electoral Integrity Project, Harvard University, Study of Violence Against Elected Officials (with L. Harbridge, $5,000), 2022-2023
10. Center for Effective Lawmaking, University of Virginia, Study of Violence Against Elected Officials ($1,000), 2022
11. Centers for Disease Control/Wake Forrest Medical School, Immigration Laws in the States ($17,000), 2016-2017
**12.** European Union Studies Association, "Fortress Europe or E Pluribus Unum? Multilevel governance, migration and asylum in the EU," Conference development grant (with P. Kostadinova and D. Kelemen, $10,000), 2016
13. University of Rhode Island, Urban Initiative Grant (with S. Pearson-Merkowitz, $3,000), 2014
14. RTI Challenge (with S. Pearson-Merkowitz, $30,000 equivalent), 2012-2013
15. Gates Foundation Conference Development Grant (with C. Garcia Coll, $8,000), 2011
16. Rhode Island Foundation Grant, New England Immigration Survey, ($17,000), 2010-2011

*MAJOR UNIVERSITY GRANTS*
17. Creative Activity Grant, UIC ($23,000), 2022-2023
18. Chancellor's Discovery Fund, UIC ($40,000), 2014-2015
19. Chicago Area Study, UIC (with N. Kaplan, $65,000), 2013-2014

*OTHER UNIVERSITY GRANTS*
20. Institute for Social Research Seed Grant, Northwestern University (with L. Harbridge) ($4,500), 2022-2023
21. Committee on Social Science Research Grant, UIC ($5,000), 2021-2022
22. Institute for Social Research Seed Grant, Northwestern University (with L. Harbridge) ($4,000), 2018
23. Faculty Support Grant, Faculty Affairs Office ($1,000), 2017-2018
24. Chancellor's Undergraduate Research Award (for S. Kelley; $3,000), 2016-2017

Filindra, 2023                                                                                                                                6

25. Office of the Dean of Liberal Arts and Sciences, matching grant for conference organization for "Fortress Europe or E Pluribus Unum? Multilevel governance, migration, and asylum in the EU," ($5,600), 2016
26. Office of Social Science Research Grant, UIC (with N. Kaplan, $8,500), 2015-2016
27. Office of Social Science Research Grant, UIC ($8,500), 2014-2015
28. IPCE Small Grant, UIC Political Science Department (with N. Kaplan, $2,000), 2014
29. IPCE Small Grant, UIC Political Science Department (with N. Kaplan, $6,000), 2013
30. Social Science Seed Grant, UIC ($5,500), 2012-2013
31. Salomon Course Enhancement Grant, Brown University ($1,000), Fall 2009, Fall 2010

### RESEARCH AWARDS
1. Best Article Award in State Politics, by State Politics and Policy Section of the APSA, 2020 (For "Is Threat in the Eye of the Researcher?" Published in *Policy Studies Journal*)
2. Best Article Award for Publication in *Political Behavior*, APSA Elections, Public Opinion, and Voting Behavior Section, 2017 (For "Racial resentment and white gun policy preferences in contemporary America")
3. Honorable mention, APSA Migration and Citizenship Section, 2016 (for "Immigrant Inclusion in the Safety Net")
4. Best Article Award, *Migration Studies*, 2015 (For "The Case Against Deportation")
5. Lucius Barker Best Paper Award, Midwest Political Science Association, 2015 (for "Racial resentment and white gun policy preferences in contemporary America")
6. Best Section Paper Award, APSA Public Policy Section, 2014 (for "White Identity and Gun Control Policy Preferences in Post-Civil Rights America")
7. Best Section Paper Award, APSA, Federalism Section, 2000 (for "Fiscal Federalism and the Politics of Intergovernmental Grants")

### OTHER HONORS & AWARDS
8. Distinguished Researcher of the Year Award, University of Illinois Chicago, 2023
9. LAS Dean's Award for Faculty Research in the Humanities, UIC ($2,000), 2013
10. Faculty Mentor Research Award, UIC (student: Aria Ekersley, $300), 2013
11. Finalist, Brown University Best Teacher Award, 2010

### FELLOWSHIPS & SCHOLARSHIPS
1. Public Voices Fellow, University of Illinois, 2023-2024
2. Research Fellowship, Institute for Research on Race and Public Policy, UIC, 2023-2024
3. Visiting Research Scholar, Bridgewater State University, 2022-2023
4. Visiting Research Fellowship, Center for the Study of Diversity and Democracy, Northwestern University, 2021-2022
5. Visiting Research Fellowship, Institute for Policy Research, Northwestern University, 2021-2022
6. Research Fellowship, Institute for Research on Race and Public Policy, UIC, 2018-2019
7. Research Fellowship, Institute for Research on Race and Public Policy, UIC, 2014-2015

### PRESS PUBLICATIONS
1. Filindra, A. (2023) "A Fatal Threat in Aging America: Firearms and Dementia," *The Messenger* (December 9, 2023), https://themessenger.com/opinion/aging-america-firearms-dementia-guns-suicide-accidental-death
2. Filindra, A. (2023) "Why segregation and racial gaps in education persist 70 years after the end of legal segregation: White resistance continues and remains a crucial obstacle to much-needed change," *The Hechinger Report*, (December 4, 2023), https://hechingerreport.org/opinion-why-segregation-and-racial-gaps-in-education-persist-70-years-after-the-end-of-legal-segregation/
3. Filindra, A. (2023) "The politics behind January 6 are as strong as ever," *The Progressive* (October 20, 2023), https://progressive.org/op-eds/the-politics-behind-january-6-are-as-strong-as-ever-filindra-20231020/
4. Filindra, A. (2022) «Ο Τραμπισμός Διαβρώνει τη Δημοκρατία στις ΗΠΑ», *The Liberal*, https://www.liberal.gr/world/o-trampismos-pligonei-ti-dimokratia-stis-ipa/467486 (August 27, 2022)
5. Filindra, A. (2022) «Οι Αποφάσεις που διαβρώνουν την Αμερικανική Δημοκρατία», *The Liberal*, https://www.liberal.gr/world/oi-apofaseis-pou-diabronoun-tin-amerikaniki-

dimokratia/461369?fbclid=IwAR2UR_byAOJhGFxyc9Cpbvi_OQqevwaIFUxiKhgukINIx5YqaCZAcsOY8EM (July 19, 2022)

6. Filindra, A. (2022) "Amid Successive Mass Shootings, America Is No Closer to Passing Gun Control Laws," Australian Outlook (Australian Institute of International Affairs), (June 15, 2022), https://www.internationalaffairs.org.au/australianoutlook/amid-successive-mass-shootings-america-is-no-closer-to-passing-gun-control-laws/

7. Filindra, A. (2022) "What Fuels Mistrust in Government and Doubt About the Election?," *The Washington Post*, (January 31, 2022), https://www.washingtonpost.com/politics/2022/01/31/white-distrust-election-government/

8. Filindra, A. (2021) "Americans do not want guns at protests, this research shows," *The Washington Post* (November 21, 2021) https://www.washingtonpost.com/politics/2021/11/21/americans-do-not-want-guns-protests-this-research-shows/

9. Filindra, A., B. Buyuker, N. Kaplan (2021) "For racially biased conservative Whites, owning a gun is just part of being a good citizen," *The Washington Post*, (March 2021) https://www.washingtonpost.com/politics/2021/03/29/racially-biased-conservative-whites-owning-gun-is-just-part-being-good-citizen/

10. Filindra, A. (2018) "3D-Printed Guns Could Be a very Real Threat in the Future," *The Hill.com*, http://thehill.com/opinion/civil-rights/400420-3d-printed-guns-could-be-a-very-real-threat-in-the-future (August 2018)

11. Filindra, a. and L. Collingwood (2018) "How Anxiety Can lead to Greater Support for Gun Laws," LSE US Center, http://blogs.lse.ac.uk/usappblog/2018/03/08/in-the-wake-of-the-parkland-mass-shooting-the-publics-now-continual-anxiety-about-gun-crime-may-lead-to-a-greater-push-for-stricter-gun-laws/ (March, 2018)

12. Filindra, A. and L. Harbridge Yong (2017) "Why Aren't More Republicans Critical of Trump?: What Our Research has to Say," *The Washington Post*, https://www.washingtonpost.com/news/monkey-cage/wp/2017/08/02/why-havent-more-republicans-in-congress-criticized-trump-heres-what-our-research-found/?utm_term=.465d19a4f887 (August, 2017)

13. Filindra, A. (2017) "White Americans are much more likely to support gun rights than their non-white counterparts, but not because they want arms for self-protection," LSE American Politics blog, http://bit.ly/2phSkLX (April 2017)

14. Filindra, A(2016) "Why Americans Love Their Guns," https://blog.mpsanet.org/2016/12/13/why-white-americans-love-their-guns/ (December 2016)

15. Filindra A., A. Wichowsky, and M. Condon (2016) "Twenty Year's On: How Welfare Reform Affected the Children of Immigrants," *The Washington Post,* https://www.washingtonpost.com/news/monkey-cage/wp/2016/08/22/20-years-on-heres-how-welfare-reform-held-back-immigrants-children-in-some-states/ (August 22, 2016)

16. Filindra, A. (2016) "How Racial Prejudice Helps Drive Opposition to Gun Control," *The Washington Post*, (June 21, 2016) https://www.washingtonpost.com/news/monkey-cage/wp/2016/06/21/heres-the-surprising-reason-some-white-americans-oppose-gun-regulation/ (June 2016)

17. Condon, M., A. Filindra, A. Wichowsky (2016) "The effects of Latino exclusion from the welfare net," LSE US Centre, http://blogs.lse.ac.uk/usappblog/2016/03/14/excluding-latino-immigrant-families-from-the-social-safety-net-hurts-their-childrens-educational-outcomes-and-effects-spill-over-onto-latino-children-who-are-not-excluded/ (March 14, 2016)

18. Filindra, A. and D. Kelemen (2015) "Party on, Tsipras," *Foreign Affairs* https://www.foreignaffairs.com/articles/europe/2015-08-31/party-tsipras (August 31, 2015)

19. Filindra, A. (2015) "How did we get here and where exactly we are," Protagon.gr, July 4, 2015, http://www.protagon.gr/?i=protagon.el.anagnwstes&id=41910

20. Filindra, A. (2015) "Greece in Danger to End Up Like Puerto Rico," *Kathimerini*, June 29, 2015, http://www.kathimerini.gr/821405/opinion/epikairothta/politikh/h-ellada-kindyneyei-na-ginei-poyerto-riko

21. Filindra, A. (2015) "When Europe Threatens Our Clientelistic Democracy," *Kathimerini*, June 23, 2015, http://www.kathimerini.gr/820517/opinion/epikairothta/politikh/otan-h-eyrwph-apeilei-thn-pelateiakh-dhmokratia

22. Filindra, A. and S. Pearson-Merkowitz (2013) "We All Want More of Everything—Except Taxes: How Opinion Polling Constrains Washington", *Pacific Standard*, September 10, 2013,

http://www.psmag.com/politics/opinion-political-polling-constrains-beltway-congress-senate-washington-65815/
23. Filindra, A. and D. Mintzopoulos (2012) "We and the immigrants. We the immigrants," *Kathimerini*, November 8, 2012, http://news.kathimerini.gr/4dcgi/_w_articles_columns_2_08/11/2012_500945
24. Filindra, A. (2012) "The Faulty Logic of 'Self-Deportation," Immigration Professors Blog, January 31, 2012, http://lawprofessors.typepad.com/immigration/2012/01/guest-post-the-faulty-logic-of-self-deportation-by-alexandra-filindra.html
25. Filindra, A. (2009) "Carcieri debería desestimar la orden en contra de los ilegales," *America News en Espanol*, December 2009
26. Filindra, A. (2009)"Carcieri Should Repeal Immigration Executive Order," *Providence Journal*, December 8, 2009, (http://www.projo.com/opinion/contributors/content/CT_fil8_12-08-09_B6GMCDR_v18.3f88643.html)
27. Filindra, A. and D. Mintzopoulos (2008) "The Local Myths that Prevail," *Kathimerini*, November 24, 2008, (http://news.kathimerini.gr/4dcgi/_w_articles_columns_1_23/12/2008_297051)

## CONFERENCE PARTICIPATION

Paper presentations at: APSA: 2008, 2010-2012, 2014-2020, 2022-2023; MPSA: 2008-2010, 2013-2022-2023; SPSA: 2011, 2016, 2020; WPSA: 2010, 2011, 2013, 2019; State Politics and Policy Conference: 2008, 2011-2012, 2015-2017, 2022-2023; MAPOR Conference: 2012, 2013, 2017-2018, 2021. Various other regional and specialized workshops and conferences

## INVITED TALKS, OPINION ARTICLES, PRESS INTERVIEWS & PRESS MENTIONS

### Invited Talks

1. Invited talk, "Threats and Violence against Elected Officials," Oakton College, December 6, 2023
2. Invited talk, "Race, Rights, and Rifles," University of Oregon, January 16, 2024
3. Invited talk, "Race, Rights, and Rifles," University of Illinois Urbana Champaign, September 8, 2023
4. Invited talk, "Bearing the Burden: Implementing Domestic Violence Gun Laws," Brown University & University of Connecticut, May 24, 2023
5. Invited talk, "Political Violence in American Politics," Oakton College, February 23, 2023
6. Invited talk, "White Supremacy and Political Violence," Johns Hopkins University, February 9, 2023
7. Invited talk, "Race, Rights, and Rifles," Tulane University, February 2023
8. Invited talk, "Guns in America," Oakton College, October 20, 2022
9. Invited talk, "Descriptive and Substantive Representation and Whites' Support for Anti-Democratic Penalties," National Center of Competence in Research -The Migration-Mobility Nexus, University of Neuchatel, Switzerland, May 2022
10. Invited talk, "Race, Rights, and Rifles," James Madison University, October 2021
11. Invited talk, "Black Tradition at Arms," Columbia College Chicago, October 27, 2020
12. Invited talk, "Race, Rights, and Rifles: Gun Politics in America," Bridgewater State University, October 6, 2020
13. Invited talk, "Race, Rights, and Rifles: Gun Politics in America," IRRPP, September 25, 2020
14. Invited talk, special panel "Democracy in Hard Times," University of California-Irvine, April 17, 2020
15. Invited talk, "Race, Rights, and Rifles: Gun Politics in America," Center on Race and Social Problems, University of Pittsburgh, October 8, 2019
16. Invited talk, special panel on "Challenges and Alternatives to Liberalism," APSA Conference, Washington, DC, August 2019
17. Invited talk, special panel on "Democracy's Discontents," MAPOR Conference, Chicago, November 2018
18. Invited talk, "The Racial Micro-foundations of White Americans' Negative Attitudes toward Government," University of Michigan, September 2018
19. Invited talk, Roundtable on Immigrant Children Imprisonment at the U.S. Border, APSA Conference, August 2018
20. Invited talk, "Symposium on Global Immigration and Populism," Stanford University, June 2018

Filindra, 2023                                                                                                                                                         9

21. Invited talk, "Race, Rights and Rifles: Gun Politics in America," University of California Riverside, February 2018
22. Invited talk, "Gun Politics is Racial Politics," *The Social Life of Guns Conference*, University of Rochester, April 2018
23. Invited talk, "Immigration in the Age of Trump," University of Illinois Springfield, March 2018
24. Invited talk, "Raging Against the Machine: Racial Prejudice, White Reactionary Movements and White Attitudes toward Government," University of Chicago, October 2017
25. Invited talk, "When Does it Pay to Derogate Minorities?," ICPSR Blalock Seminar Series, August 3, 2017
26. Invited talk, "Citizenship, Immigration and Race," Columbia College Chicago, April 2017
27. Invited talk, "Immigration under the Trump Administration," Loyola University, March 2017
28. Invited talk, "Race, Rights, and Rifles," University of Notre Dame, February 16, 2017
29. Invited talk, "Race, Rights and Rifles," Northwestern University, February 10, 2017
30. Invited talk, "Immigration and Inequality," University of Central Missouri, Kansas City, MO, April 1, 2016
31. Invited talk, "Race, Rights and Rifles," Purdue University, February 2016
32. Invited talk, "Greece and the European Union: A New Way or Parting of Ways?" University of Illinois at Chicago, Department of Mediterranean Studies, April 14, 2015
33. Invited talk, "Immigrant Inclusion in the Safety Net: A Framework for Analysis and Effects on Educational Attainment," University of Illinois at Chicago, Latin-American and Latino Studies, March 12, 2015
34. Invited talk, "A Call to Arms: Racial Resentment and Whites' Gun Policy Preferences," University of Illinois at Chicago, Department of Psychology, March 4, 2015
35. Invited talk, Debate on Immigration Reform, Kent College of Law, Chicago, IL, April 14, 2014, http://youtu.be/axKpbsNbP-A
36. Invited talk, "Racial Prejudice and the Gun Policy Attitudes of White Americans," University of Illinois at Urbana-Champagne, March 7, 2014
37. Invited talk, Perspectives on Immigration Reform Symposium, *Kansas Journal of Law & Public Policy,* University of Kansas, February 22, 2013
38. Invited talk, University of Illinois at Chicago, Conference on Greek Identity: The Glory and the Burden of Hellenism, November 9, 2013
39. Invited talk, William Paterson University, Panel on Europe and the Economic Crisis, April 12, 2012
40. Invited talk, William Paterson University, Panel on Immigration and Latinos in the United States, March 27, 2012
41. Invited talk, Worcester State University, Presentation on Citizenship Law and Eugenics, March 2, 2012
42. Invited participation, "Lessons from Europe," Jean Monet Workshop, Rutgers University, Sept. 29, 2011
43. Invited talk, Harvard Law School, Article V Constitutional Convention Conference, September 23-24, 2011, http://conconcon.org/
44. Invited participation, "Aging and America's Immigration Policy," As America Ages Conference, Brown University, Providence, RI, May 6, 2011
45. Invited talk on immigration issues, East Greenwich, RI Rotary Club, May 2011
46. Invited talk on immigration issues, Providence Rotary Club, April 4th, 2011
47. Invited talk on immigration at the Providence Education Counselors Association, March 2011
48. Invited talk about immigration policy, Immigration Forum, AMICA, Lincoln, RI, October 27, 2010

## Press Interviews

*Guest commentator for "Athens Calling"* (Greek National Radio); *the Canadian Press; The Political Guys; The Chicago Tribune; Chicago WGN CLTV "Politics Tonight"; Detroit Public Radio; Wisconsin Public Radio; WLUW 88.7 FM "The Logic Consortium"; Rhode Island WPRO 630; The Providence Journal; Rhode Island Channel 10 News; NPR's Code Switch; Chicago WTTW; CNN; Bloomberg News.*

## Press Mentions of My Research

1. Interview on my book, Race, Rights, and Rifles: https://think.kera.org/2023/11/16/wanting-a-gun-isnt-about-fear/ (November 2023)

2. The Washington Post, "When voting rights are at risk, what threatens and what protects them?" (December 30, 2022), https://www.washingtonpost.com/politics/2022/12/30/when-voting-rights-are-risk-what-threatens-what-protects-them/
3. Union of Concerned Scientists, "Now Mobilizing Against Gun Violence," (June 16, 2022), https://blog.ucsusa.org/derrick-jackson/now-mobilizing-against-gun-violence-scientists-and-public-health-professionals/
4. The Morning Win, "What sport shooters can teach us about America's love for guns, and how to make it stop killing us," (May 27, 2022) https://onlinelivenews247.blogspot.com/2022/05/what-sport-shooters-can-teach-us-about.html
5. Nouvelles du Monde, "Le gouverneur du Texas, Greg Abbott, dénonce les lois sur les armes à feu à Chicago, New York et Los Angeles, affirmant qu'elles ne sont "pas une vraie solution," (May 26, 2022) https://www.nouvelles-du-monde.com/le-gouverneur-du-texas-greg-abbott-denonce-les-lois-sur-les-armes-a-feu-a-chicago-new-york-et-los-angeles-affirmant-quelles-ne-sont-pas-une-vraie-solution/
6. USA Today, "In wake of Texas shooting, Greg Abbott points finger at Chicago, using tired GOP cliché," (May 26, 2022) https://www.usatoday.com/story/opinion/columnist/2022/05/27/uvalde-texas-greg-abbott-guns-shooting-chicago-gun-control/9951864002/?gnt-cfr=1
7. CNN.com, "Fears of unlikely federal gun-control measures lead to raft of state laws," (November 5, 2021), https://www.cnn.com/2021/11/05/politics/gun-control-fears-state-second-amendment-laws-invs/index.html
8. *The New York Times*, "I fear that We Are Witnessing the End of American Democracy," https://www.nytimes.com/2020/08/26/opinion/trump-republican-convention-racism.html
9. *Thetrace.com*, 'The NRA's Unshakeable Support for the Police," https://www.thetrace.org/2020/07/the-nras-unshakable-support-for-police/
10. *Fivethirtyeight.com*, "GOP Politicians are Much More Resistant to Gun Control than GOP Voters Are," (2019) https://fivethirtyeight.com/features/gop-politicians-are-much-more-resistant-to-gun-control-than-gop-voters/
11. NBCNews.com, "Gun control debate can be complicated for Latinos, too," (April 9, 2018) https://www.nbcnews.com/news/latino/gun-control-debate-can-be-complicated-latinos-too-n861386
12. *Scientific American*, "Why Are White Men Stockpiling Guns?", https://blogs.scientificamerican.com/observations/why-are-white-men-stockpiling-guns/
13. *Washington Post*, "What Social Science Can Tell Us about Mass Shootings," (November 6, 2017) https://www.washingtonpost.com/news/monkey-cage/wp/2017/11/06/what-political-science-can-tell-us-about-mass-shootings/?utm_term=.436108da675a
14. Forscherin zu Waffenbesitz: «Waffen dienen weissen Männern als Symbol für Überlegenheit», http://www.watson.ch/International/Interview/868129494-Forscherin-zu-Waffenbesitz--%C2%ABWaffen-dienen-weissen-M%C3%A4nnern-als-Symbol-f%C3%BCr-%C3%9Cberlegenheit%C2%BB
15. Fivethirtyeight.org, "The Senate Seems More Willing to Push Back Against Trump Than the House-Why?" https://fivethirtyeight.com/features/the-senate-seems-more-willing-to-push-back-against-trump-than-the-house-why/
16. Therace.org, "Here is Why the NRA's Plan to make People Fear the 'Violent Left' May Backfire," https://www.thetrace.org/2017/08/nra-violent-left-backfire/
17. "How the Democrats can Avert Disaster in 2020", https://www.bloomberg.com/view/articles/2017-08-03/how-the-democrats-can-sidestep-disaster-in-2020
18. NATO Association of Canada, "Race and the Politics of Gins," (September 2, 2016), https://natoassociation.ca/race-and-the-politics-of-guns-part-ii/
19. Thetrace.org, "Why the NRA Stands Up for Some Black Gun Owners, But Not Others," https://www.thetrace.org/2016/07/nra-black-gun-owners-philando-castile/
20. Alternet.org, "NRA's Offensive Hypocrisy," http://www.alternet.org/civil-liberties/when-will-nra-demand-justice-black-gun-owners-shot-police
21. Vox.com, "The obvious reason the NRA isn't commenting on the Philando Castile police shooting," http://www.vox.com/2016/7/7/12123040/philando-castile-nra-guns-police-shooting
22. Vox.com, "A Researcher Explains How Racial resentment Drives Opposition to Gun Control," http://www.vox.com/2016/4/13/11408528/guns-race-white-identity

23. Washington Post, "White resentment is fueling opposition to gun control, researchers say," https://www.washingtonpost.com/news/wonk/wp/2016/04/04/white-resentment-is-fueling-opposition-to-gun-control-researchers-say/
24. USA Today, "Many Will not Self-Deport," http://www.usatoday.com/USCP/PNI/Editorial/2012-05-09-PNI0509opi-wed-edit-1-PNIBrd_ST_U.htm
25. The Arizona Republic, "Many Will Not Self-Deport," http://www.azcentral.com/arizonarepublic/opinions/articles/2012/05/08/20120508editorial0509-many-will-not-self-deport.html
26. The Center for American Progress, "The Facts on Immigration Today," http://cdn.americanprogress.org/wp-content/uploads/issues/2012/07/pdf/immigration_facts_final.pdf

## TEACHING EXPERIENCE

**Undergraduate courses taught**: American Democracy & Political Violence, Gun Politics in America; Immigration Politics and Policy; Immigrant Detention and Deportation Policies; Comparative Public Policy; Politics of Identity in America; Political Behavior; Congressional Politics; State and Local Politics; Introduction to American Government; the American Presidency; Party Politics: Gun Politics in America

**Graduate courses taught**: Seminar in Public Policy; Seminar in American Politics; Public Policy and Policy Analysis in the Era of Globalization; American Institutions and Public Policy; Race, Ethnicity & Public Policy; Immigration Politics & Public Policy; Survey Research Methods; Politics of Identity in America; Them and Us: Nationalism, Race, and Ethnicity in Contemporary Politics

## ACTIVITIES AND AFFILIATIONS

### University Service Activities-University of Illinois Chicago
**Department:**
Director of Graduate Studies, 2015-2017
- Review and evaluation of the graduate program: changed sequence of courses; strengthened offerings; streamlined comprehensive exams; strengthened subfield organization and function; tightened requirements for independent studies.
- Development of graduate program handbook
- Curriculum review and development of new courses for the program
- Mentoring of incoming graduate students
- Develop program for faculty evaluation and mentorship of T.A.s and R.A.s
- Development of new concentrations in methods and in political psychology (on-going)
- Graduate admissions review and decision.
- Support students in job applications

Member, Graduate Prizes & Awards Committee, 2020
Member, Graduate Admissions Committee, 2015-2017
Member, Graduate Studies Committee, 2014-2018
Member, Political Science Department Advisory Committee, 2013-2018
Echols Award Committee, Best Undergraduate Paper in Political Science, 2015
Inceptor and Coordinator, Political Science brown bag lecture series, 2014-2015

### Graduate & Undergraduate Student Mentorship:
Faculty dissertation committee chair
- Mary Kettering, "Drivers and effects of state-level gun regulation," (Expected 2026)
- Andrea Manning, "Why Do White Women Vote Their Race Rather than Their Gender?" (Expected 2025)
- Eliska Schnabel, "What Explains the Emergence of Resistance to Mosques in Some Locales but Not Others?" (completed; tenure-track position Albion University, 2023)

- Beyza Buyuker, "Inter-group Relations and Public Opinion Support for Anti-Democratic Policies," completed 2021 (Pre-doc research position, University of Neuchatel, Switzerland 2020-21; Post-doc position, Indiana University, 2021-2023)
- Eduardo Salinas, "The Role of Racial Prejudice in Shaping Latinos' Policy Preferences" (completed 2021, survey specialist, NORC)

Faculty dissertation committee member:
- Lindsay Novak (social psychology) "Expanding the understanding of identity motives for activism:
- The importance of personal motives," (expected, 2025)
- Paul Teas (social psychology), "Partisan or Principled? Explaining Political Differences in Attitudes About Undemocratic Policies," (expected, 2025)
- Mine Tafolar, "Do Voters Penalize Candidates for Not Keeping Promises? Evidence from the U.S. and Turkey" (expected, 2025)
- Isaac Pollert, "Policy Diffusion of Restrictive Election Legislation in the U.S. States" (completed 2022, Post-doc Penn State University)

Faculty supervisor on Master's theses:
Kyle Pinkerton (2020; federal government position); Andrea Manning (2020; PhD student UIC); Megan Moldenhauer (2018; survey research professional); Elham Shekari (2018); Amanda D'Urso (2017; PhD Northwestern University; Post-doc Dartmouth College; Assistant Professor Georgetown University); Ajara Chekirova (2015; Assistant professor, Lake Forrest College); Rita L. Nassar (2014; PhD Indiana University, 2021; financial sector); Alicia Race (2014; community organizer)

Faculty supervisor on independent studies:
- Hoda Albass (undergraduate), topic: Dangerous Speech and Guns in Campaign Ads, Spring 2024
- Noah Martinez (undergraduate), topic: Second Amendment sanctuary counties, Spring 2023
- Andrea Manning (grad student), topic: race and gender politics among white women, Fall 2019
- Amanda D'Urso (grad student), topic: immigration politics, Fall 2016
- Hank Knoll (grad student), topic: immigration politics, Fall 2012
- Aria Ekersley (undergraduate), topic: descriptive representation at the state level, Spring 2014

External faculty advisor on Ph.D. dissertations:
- Paul Teas, UIC Department of Psychology, 2023-present
- Umair Tarbhai, UIC School of Social Work, 2021-present
- Rita L. Nassar, Indiana University, 2017-2021
- Diana Salas y Coronado, University of Massachusetts—Boston, 2014-2017

**Committee Work:**
P&T Committee, for promotion to tenure for Dr. P. Kostadinova, 2018
Hiring committee, Clinical Associate professor in Urban Politics, Spring 2018
Chair, hiring committee, tenure track assistant professor, American Politics & Latinx Politics, Fall 2018
Hiring committee, Clinical Assistant professor in International Relations, Spring 2016
Hiring committee, Visiting Assistant professor in American Politics, Spring 2014

**College:**
Political Science Representative, DEI Committee, LAS, 2023-2024
Hiring Committee, LAS Dean Search, 2022-2023
Advisor, Honors College, 2017-present
Member, Committee on Social Science Research, 2021-present
Political Science Representative, Diversity Council, LAS, 2019-2020
IRB Evaluation, Focus Group member, Spring 2017
Hiring committee, immigration cluster, Spring 2014
Member, LAS Faculty Quorum Committee, 2012-2013

**University:**
Social Sciences Representative, University of Illinois Senate, 2015-2018
Reviewer, Chancellor's Grant Award program, Fall 2013, 2017

Filindra, 2023                                                                                                                                   13

## SERVICE TO THE PROFESSION

**Editor-in-Chief,** *Journal of Race, Ethnicity and Politics* (Cambridge University Press), August 2018-December 2022
**Editorial Board member**, *Politics, Groups & Identities,* 2016-2020; *Social Science Quarterly*, 2018-present
Executive Committee Member, Women, Gender, and Politics Research Section, APSA, 2022-2025
External reviewer for promotion, 2022-present
Section Council Member, APSA Public Policy Section, 2022-2025
Council Member, American Political Science Association, 2019-2022
Program organizer, Inter-group Attitudes Section, International Society of Political Psychology, 2021-2022
Advisory Committee Member, #MeTooPoliSci Project, NSF Advance Grant, 2019-2022
Member, APSA Council Membership and Professional Development Committee, 2019-2022
Co-President, Migration and Citizenship Section, APSA, 2016-2018
Council member, APSA Race, Ethnicity & Politics Section, 2017-2019
Council member, APSA Public Policy Section, 2017-2019
Committee, Elections, Public Opinion, and Voting Behavior Section Best Paper Award, APSA 2018
Committee, State Politics Section Best Dissertation Award, APSA, 2017
Program organizer, Public Policy section, 2017 MPSA Conference, 2016-2017
Executive Committee, APSA Migration and Citizenship Section, 2012-2015
APSA short course instructor, APSA Conference, Chicago, 2013
Discussant and/or Chair, American Political Science Association Conference, 2013, 2015-2018
Discussant and/or Chair, MPSA Conference, 2009-2010, 2013-2018
Coordinator, Immigration Research Workgroup, Rutgers University, 2007-2009

**Journal Reviewer:** *American Political Science Review, American Journal of Political Science, Journal of Politics, Perspectives in Politics, Political Behavior, Political Research Quarterly, Publius: The Journal of Federalism, State Politics and Policy Quarterly, Social Science Quarterly, American Politics Research, Urban Affairs Review, Migration Letters, Social Problems*, *International Migration Review, International Migration*, *Journal of Comparative Politics,  Politics & Policy,  Policy Studies Journal, Sociological Quarterly*, *Sociological Inquiry*, *Journal of Race Ethnicity and Politics*, *Political Science Quarterly, Journal of Immigrant and Refugee Studies, Research and Politics, Politics, Groups & Identities, Journal of Race Ethnicity and Politics, Comparative Politics, European Societies, International Interactions, Research & Politics, DuBois Review, Psychological Science, Personality & Social Psychology Bulletin*

**Book reviewer:** Routledge Press, MIT Press, Columbia University Press, New York University Press, Oxford University Press, University of Chicago Press.

**Grants Reviewer:** Social Sciences and Humanities Research Council of Canada, the U.S. National Science Foundation, TESS, Russell Sage Foundation, Fonds de la Recherche Scientifique (Belgium), Israel Science Foundation (Israel),  MacArthur Foundation.

# REFERENCES

Alvin Tillery
Professor of Political Science & Africana Studies
Northwestern University
Alvin.Tillery@northwestern.edu

Daniel Kelemen
Professor of Political Science
Georgetown University
rk1230@georgetown.edu

Lisa Miller
Professor of Political Science
Rutgers University
miller@polisci.rutgers.edu

Laurel Harbridge Yong
Professor of Political Science
Northwestern University
l-harbridge@northwestern.edu

Shanna Pearson-Merkowitz
Professor of Public Policy
University of Maryland
spearson@umd.edu

Sara W. Goodman
Professor of Political Science
University of California Irvine
s.goodman@uci.edu