# FILINDRA DECLARATION

# EXHIBIT 2

July 2023
Prepared by Edgewater Research

# Fairfax County Survey

## Study Report

## Table of Contents

SURVEY PURPOSE .................................................................................................................. 3

DEFINITIONS........................................................................................................................... 3

SURVEY METHODOLOGY ...................................................................................................... 3

STATISTICAL SIGNIFICANCE................................................................................................. 4

EXPERIMENTAL METHODS EXPLAINER .............................................................................. 4

SUMMARY OF KEY OBSERVATIONAL FINDINGS............................................................... 7

SUMMARY OF KEY EXPERIMENTAL FINDINGS.................................................................. 10

DETAILED OBSERVATIONAL FINDINGS.............................................................................. 12

A.     Park/market safety if guns allowed. ........................................................................ 12

B.     Park/market safety if others are armed there ......................................................... 17

C.     Park/market safety if guns allowed and respondent is the one armed. ................. 22

D.     Likelihood of visiting parks/markets if guns allowed there..................................... 27

E.     Likelihood of bringing a gun to parks/markets if allowed. ...................................... 32

F.     Feelings of safety in a heated argument at a park/market if guns allowed there ... 36

G.     Expectations about crime if guns allowed in specified public spaces.................... 41

H.     How safe others may feel if respondent came armed to a park/market ................. 46

EXPERIMENT ANALYSIS ....................................................................................................... 51

Experiment 1: Guns in Parks................................................................................................52

Experiment 2: Guns in open-air markets...............................................................................57

Experiment 3: Recommend to a friend to attend a protest in Fairfax County..........................61

Experiment 4: Recommend to friend to carry a sign at protest in Fairfax County ...................65

ANALYSES WITH NATIONAL DATA ...................................................................................69

APPENDIX A: ROBUSTNESS ANALYSES FOR THE EXPERIMENTS ....................................71

APPENDIX B:  PUBLIC SPACE USAGE ................................................................................76

APPENDIX C : FACTOR ANALYSES ....................................................................................77

APPENDIX D : SURVEY QUESTIONNAIRE ..........................................................................81

APPENDIX E: STATA CODE ...............................................................................................92

**APPENDIX F: BIBLIOGRAPHICAL REFERENES**...............................................................**99**

## Survey Purpose

The County of Fairfax contracted with the Center for Survey Research (CSR) at the University of Virginia (UVA) to administer the Fairfax Community Survey 2022. The purpose of the survey was to determine area residents' use and anticipated use of Fairfax County public parks, perceptions of safety in these parks, and preferences related to firearms in these spaces.

Respondents were asked their perceptions of safety for five different types of parks: 1) parks with amenities for families and children (e.g., playground, picnic pavilions, organized activities for children); 2) parks that offer outdoor, water-based recreation for adults and children (e.g., fishing and boating); 3) parks that offer golf-related activities (golf parks); 4) parks that offer camping; 5) parks that have unpaved trails and no basic amenities such as toilets. Respondents were also asked about perceptions of safety at open-air fairs and markets, including farmers' markets, and political protests if firearms were allowed in such locales.

The data were analyzed, and the report prepared by Edgewater Research, LLC (Edgewater), a public opinion consulting firm. Dr. Alexandra Filindra is the co-principal of the firm. Dr. Noah J. Kaplan was engaged as a consultant, and he assisted in the development of the survey and the data coding and analysis. Dr. Filindra is a survey research expert with ten years of industry and more than a decade of academic experience. Her academic work uses observational and experimental methods in the analysis of public opinion data, including studies of public opinion about gun policy. Dr. Kaplan has a Ph.D. in Political Science from Columbia University and specializes in methodology, statistical analyses, and public opinion. He has decades of industry and academic experience in survey research and analysis, including studies of gun policy issues.

## Definitions

Many questions included in this study focus on particular types of public parks and markets. Here the full description of each locale is provided as mentioned in the survey along with the nomenclature followed in this report. We have condensed the descriptions in the report to facilitate reading.

- Parks with amenities for children: Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children).
- Waterparks: Parks that offer outdoor, water-based recreation for adults and children (e.g., fishing and boating).
- Golf parks: Parks that offer golf-related activities.
- Camping parks: Parks that offer camping.
- Remote parks: Parks that have unpaved trails and no basic amenities such as toilets.
- Open-air markets: Open-air fairs and markets, including farmers' markets.

## Survey Methodology

Survey responses were collected following a mixed-mode, mail-forward design of households in and around Fairfax County. More specifically, the address-based sample (ABS) was a simple random sample drawn from households across the following cities/counties: Arlington County, Fairfax County, Loudoun County, Prince William County, and the cities of Alexandria, Fairfax, Falls Church, Manassas, and Manassas Park. Selected households were contacted via a series of postal mailings, including paper questionnaire packets, with a delayed web option and reminder phone calling to non-responding households.

The survey launched on May 11, 2022, with the mailing of an advance letter to the ABS sample of 3,000 households. Data collection, across all modes, closed on September 13, 2022. The data collection followed a confidential protocol to facilitate targeted follow-up to non-respondents.

A total of 457 survey responses were collected. The margin of error for the unweighted sample is approximately +/- 4.6 percent at the 95 percent level of confidence. This means that if the survey were repeated with 100 different random samples, the results of the survey would be within 4.6 percentage points of the population mean in 95 out of those 100 iterations of the survey. **Respondents who answered "don't know/prefer not to say" or who did not fill out a question were excluded from the analysis for the specific** question. Because of item non-response, the margin of error varies across questions (up to +/- 5.5 percent).

## Statistical Significance

Where appropriate, the report denotes whether differences between groups are statistically significant. Significance testing is used in the context of testing hypotheses, for example that two factors under study are related, that is they co-vary in a systematic and predicted way (e.g., when one increases, the other declines). The **"null hypothesis"** is that the two factors are not related, and the **"alternative hypothesis"** is that there is a relationship between the two. A probability estimate is the likelihood that the relationship observed in the data is the result of chance. The level of statistical significance or "p-value" is an estimate of how likely it is that the results occurred by random chance. The smaller the p-value, the less likely that the results occurred by chance. When the p-value is very low, one can reject the null hypothesis that the relationship found is the result of chance.

The industry standard level of statistical significance used in this report is p<0.05. This means that the probability that the noted difference between two groups exists in the general population exceeds 95%. Conversely, p<0.05 indicates that the probability that the two groups are no different in their response in the real world (in other words, that the observed difference between the two groups is an artifact of the sample) is less than 5%. For example, if a survey shows that 20% of men but 80% of women share a belief this means that women are more supportive of the policy than are men and if this finding is significant at p<0.05 then we can reject the possibility that this difference occurred by chance only in our data but we would not find it if we surveyed the entire population of men and women in the country.

In the context of experiments, a statistically significant difference between the **"control"** (people who were not exposed to targeted information) and **the "treatment" (people** who received the targeted information) condition indicates that such attitudinal differences are present in the total population not an artifact of the sample. For an explainer of experimental methods, please see below.

## Experimental Methods Explainer

The survey includes a series of survey experiments. A survey experiment is a study where the researcher randomly assigns respondents to different versions of a question to measure differences in opinion that occur because of these assignment differences. This methodology is similar to that used in clinical trials for **medications. In clinical trials, participants are randomly assigned to either a "control" (also known as "placebo") condition and they do not** receive an active medication (for example they receive a sugar pill), or a **"treatment" (also known as "experimental")** condition and they receive the medication under study. The

study participants are not aware of their assignments and therefore their behavior or attitudes cannot be in response to individual **beliefs related to their assignment. Because participants are randomly (and "blindly")** assigned to a group, the difference in disease response between the control and treatment groups is the result of exposure to the active agent.

For example, if in a clinical trial that tests the efficacy of a new blood pressure drug, participants in the placebo group have on average a blood pressure of 160 but those in the treatment group have a blood pressure of 140, the average difference (20 points) is *caused* by the medication. It is the medication that effected the observed decline in blood pressure. In this sense, experiments allow researchers to establish whether there is a *causal* relationship between two factors of interest by isolating other factors that can affect outcomes through random assignment. In this example, the researcher can dismiss the possibility that individual differences in genetics, weight management, age, gender, or level of exercise may explain the difference in average blood pressure between the two groups, because random assignment ensures that similar numbers of people with these characteristics have been assigned to both the placebo and the treatment group.

Another simple example is the one offered by the image below from the Capital Area Science and Engineering Fair (CASEF).[1] In this experiment, we planted ten high quality bean seeds each in two identical pots. The seeds that went to each pot were randomly selected so that bad seeds had an equal chance to be planted in either pot.  We used the same quality dirt in both pots and the pots were placed next to each other, so they had the same sun exposure. The only thing that differed between the two pots is how much water they received. We watered one pot but not the other.  Our outcome factor (AKA variable) is how many beans sprouted. Not surprisingly, nine seeds sprouted in the pot that was watered and no seeds sprouted in the pot that was not watered. We can thus conclude that the amount of water *caused* the level of sprouting because all other factors that could influence seed development (e.g., sun exposure and pot size) were kept the same and the seeds were assigned randomly to each pot.



Similar expectations hold for survey experiments. First, people's opinions, attitudes, and behaviors are not absolute but rather context-dependent (Chong & Druckman, 2007; Druckman et al., 2011; Mutz, 2011). For example, what people consider acceptable attire is not absolute but tends to be different at the beach, the office, or the church. The same is true about other behaviors: people (and the law) tend to assess interpersonal violence differently if one uses violence for self-defense or intentionally harms another person. This means that when a researcher experimentally changes the context through random assignment (for

---

[1] https://www.casef.org/news/controlled-experiments

example, asks about appropriate attire at the beach v. the church), the differences in response patterns between the two groups (i.e., the beach group and the church group) are attributed to this context difference in the question.

Second, **people's** attitudes toward related or similar contexts tend to be consistent and they tend to be stable over time. Also, there is general **consistency between people's attitudes and behavior (Fazio,** 1990; Saris & Sniderman, 2004). **Continuing with the above example, people's beliefs about appropriate attire should be** very similar if we ask about a public beach, a pool, a lake, or a river. Therefore, one would predict that people should consider a swimming suit but not a three-piece suit as proper attire at all these locations to the same degree (statistically speaking). Similarly, people will tend to have internally consistent beliefs about proper attire in a church, a chapel, or any other religious space (i.e., a swimming suit is not appropriate). Furthermore, we can expect concordance between these attitudes and individual behavior, meaning that if people say that a swimming suit is not appropriate in a church or a chapel, it is very unlikely that we will ever see them dressed this way in a religious space. These properties of public opinion and behavior allow researchers to extrapolate from **people's** attitudes to **people's** behavior in terms of *average* or *expected* trends (i.e., not **everyone's** attitudes and behaviors are fully consistent, but consistency is typical for the population on average).

## Summary of Key Observational Findings

The survey results lead to several key conclusions that can be extended to the general population of the area.[2]

First, **area residents' opinions are very consistent across all types of public spaces included in the survey.** Analyses demonstrate that their attitudes about all locales are part of a single mental construct.[3] This means that there is no substantive difference (in terms of statistical significance) in how people respond to various questions and scenarios about the presence of guns in different types of parks and in open-air markets. Overall, people have similar attitudes when it comes to 1) guns in more highly frequented parks (e.g., parks with amenities for children) 2) less frequented parks (e.g., camping parks and remote parks) and 3) open-air markets. Therefore, the location does not significantly change how the local population approaches the presence of guns in public spaces.

Second, the potential presence of guns in parks and markets induces feelings of less safety among most **people in the local population (they declare that if guns were allowed in such locales, they would feel "less safe"),** and may drive people to visit such spaces less frequently.

Third, two key considerations (that we measure here) underly such feelings of heightened insecurity and hesitancy to visit these spaces if guns are allowed: 1) many people expect that crime will increase because of the presence of guns in such public spaces; 2) people fear that confrontations with others in a park or a market may escalate if guns are allowed there.

Fourth, there are differences in the strength of these attitudes between people from gun-owning households and those from non-gun-owning households, but the attitudes of both groups trend in the same direction. Specifically, very large proportions (and often almost all) of people who live in non-gun-owning households express insecurity and hesitancy when told that guns may be allowed in the specified locales. Importantly, a plurality (and often a majority) of people from gun-owning households share these views as well. The response patterns among those from gun-owning households are in the same direction as for those from non-gun-owning households but not as strong.

More specifically, the study shows that:

- Approximately three-fourths of survey respondents say that they would feel **"a** lot less/somewhat less **safe"** if guns are allowed in parks or open-air markets (See Observational Findings, Section A, pp. 12-16).

---

[2] Since only descriptive analyses and no direct group comparisons are discussed in the observational analyses section, no tests of statistical significance were necessary. The margin of error for each group varies by question based on the sample size (i.e., the number of people in each group who answered the specific question). For more information on the margin of error, please see the Survey Methodology Section, p. 3.

[3] A technique called factor analysis is used to determine the inter-relationships between the individual items within each battery (i.e., the different types of parks, for example when asked about whether the respondent would feel safe there if guns were allowed). **The results of factor analyses performed for each question battery show that people's responses across items are very highly** correlated. Furthermore, a statistical test of **reliability called Cronbach's alpha confirms that these items could be reliably used as** a single index because they are so highly correlated. This statistical test also demonstrates the cohesiveness in respondents' response patterns within batteries. Please see Appendix C Tables C1-C8, pp.77-80.

- o Specifically: more than two-thirds would feel less safe in parks with amenities for children (72%); waterparks (72%); golf parks (69%); camping parks (69%); remote parks (69%); and open-air markets (73%).
- o The vast majority of those in non-gun-owning households and a plurality of those in gun-owning households express the same view.
- About three-**fourths of respondents say they would feel "a lot less safe/somewhat less safe"** if guns are allowed in public spaces and other people were armed in such domains (See Observational Findings, Section B, pp. 17-21).
  - o To be exact, 75% say they would feel less safe in parks with amenities for children; 74% in waterparks; 75% in golf parks; 73% in camping parks; 73% in remote parks; and 73% in open-air markets.
  - o Expectations of less safety are almost universal among participants who live in non-gun-owning households. A plurality of respondents from gun-owning households shares the same belief that they would feel less safe.
- **More than half of respondents say they would feel "a lot less safe/somewhat less safe"** if guns are allowed and they themselves were the ones armed in these locales (See Observational Findings, Section C, pp. 22-26).
  - o In more specificity, 54% would feel less safe if they were armed at a park with amenities for children; 54% say they would feel less safe in a waterpark or a golf park; 52% say the same for a camping park or a remote park; and 54% would feel unsafe if they were armed at an open-air market.
  - o Between 68% and 72% of those from non-gun-owning households expect to feel less if they were the one armed at a park or market.
  - o Those from gun-owning households tend to be split: about a fourth say they would feel less safe if they were the one armed at a park or market; approximately a similar proportion say their feelings of safety would not be affected either way.
- About two-thirds of residents say they would be **"a** lot/somewhat less **likely"** to visit a park or market if guns were allowed there (See Observational Findings, Section D, pp. 27-31).
  - o 67% say they would be unlikely to visit a park with amenities for children; 62% say the same about waterparks; 65% about golf parks; 63% about camping parks; and 65% about remote parks. Similarly, 63% say they would be unlikely to visit an open-air or farmers' market if guns were allowed there.
  - o About 8-in-10 among those from non-gun-**owning households say they would be "very/somewhat unlikely" to visit the specified parks and markets if guns were allowed there.**
  - o A plurality of those from gun-owning households (between 43% and 45%) also say they would be unlikely to visit these parks and markets.
- About three-fourths of respondents who live in gun-owning households say they are **"very/somewhat unlikely"** to bring a gun to a park if guns were allowed there (See Observational Findings, Section E, pp. 32-35).
  - o Specifically, 64% say they are unlikely to bring a gun to a park with amenities for children and 65% to a waterpark; 66% are unlikely to bring a gun to a golf park; 52% say they are unlikely to bring a gun to a camping park; 54% would not bring a gun to a remote park; and 65% tell us they would not bring a gun to an open-air market.
  - o A minority between a fourth and a third of those from gun-owning households say they would be "somewhat/very likely" to bring a gun to one of the specified public places.
- Four-in-five respondents say they would feel **"very/somewhat unsafe"** in a heated argument with someone at a park if guns were allowed there (See Observational Findings, Section F, pp. 36-40).

- o The vast majority, 81% would feel unsafe at a park with amenities for children; 80% say the same for a waterpark, a golf park, a camping park, a remote park, or an open-air market.
- o This perception is near universal among those from non-gun-owning households.
- o A clear majority of those from gun-owning households express the same apprehension. Fewer than a fifth among this group say they would feel **"somewhat/very safe"** under such circumstances.
- The majority of respondents believe that crime in parks would **"increase** a **lot/somewhat"** if guns were allowed there, while about a third believe that crime would remain the same (See Observational Findings, Section G, pp. 41-45).
  - o To be exact, 52% say crime in parks with amenities for children would increase; 54% report the same for waterparks; 50% say crime would increase at golf parks and 51% that it would increase at camping parks; 52% believe it would increase at remote parks; and 54% say it would increase at open-air markets.
  - o Among those from non-gun-owning households, about two-thirds say that crime would increase across these public locales.
  - o Those from gun-owning households are about equally split: approximately a third say crime will increase and another third that it will stay the same.
- Three-fourths of respondents report that if guns were allowed in public places and they **themselves arrived armed at such a location, other people would feel "very/somewhat unsafe"** (See Observational Findings, Section H, pp. 46-50).
  - o Specifically, 77% say others would feel unsafe in parks with amenities for children; 75% say the same for waterparks; 73% believe so for golf parks; 71% say others would feel unsafe at camping parks; 72% report the same sentiment for remote parks; and 75% say so about open-air markets.
  - o The vast majority of those from non-gun-owning households believe that others would feel unsafe if they, themselves, arrived armed at a public place such as those specified.
  - o Between two-thirds and half of those from gun-owning households agree that others would feel unsafe if they, themselves, were armed at a public park or market.

## Summary of Key Experimental Findings

In addition to observational items, the study included survey experiments the purpose of which was to determine whether and to what degree mention of "guns being allowed" in specified public spaces produces "chilling effects," that is increased hesitancy to utilize such public spaces and stronger beliefs that these public spaces would be less safe. Experiments validate and strengthen the results of observational analyses because they provide causal evidence. For an explainer of survey experiments, please see the "Experimental Methods Explainer" above (pp. 4-6).

This survey asked a series of four survey experiments meant to determine whether the presence of guns in specific locations (i.e., public parks, markets, and political protests) may produce "chilling effects." By "chilling effects," we mean a decline the utilization of these resources. We measure "chilling effects" attitudinally, but because there is a correspondence between attitudes and actual behavior (Saris & Sniderman, 2004), we can extrapolate from people's attitudes to how they would behave under similar circumstances.

For each experiment, respondents were randomly assigned to either a "treatment group" which was asked about utilization "if people were allowed to carry guns in public places" and a "control" (AKA "placebo") group which did not see a mention of guns. The only difference in the question wording was the phrase that mentioned guns. For the exact wording of the questions included in the experiments, please see Table EX in the Experimental Analysis Section, p. 51. Detailed results from the four experiments are in the Experimental Analysis Section (pp. 51-68).

All four experiments produced "chilling effects." These effects were very large in the experiments that referenced parks for children and open-air markets. Chilling effects were also sizeable in the two experiments that referenced political protests. Capturing large chilling effects in the context of political protests is especially important in statistical terms. This is because political participation among Americans is low (Schlozman et al., 2012; Verba et al., 1995) and far fewer people are willing to participate in protests under any circumstances than are likely to visit a park or an open-air market (i.e., non-political spaces). For example, in the experiments we conducted, 86% of respondents say they are likely to recommend to a friend with kids to visit a local park, but only 49% say they are likely to recommend to a friend to attend a local political protest. Therefore, the baseline from which we are expected to calculate "chilling effects" is substantially lower. When people's endorsement of a behavior (e.g., visit a park) is very high in the control case, there is a lot of room for a decline in the treatment case and therefore it is easier (in statistical terms) to detect significant "chilling effects" even with very small sample sizes. However, when endorsement of a behavior in the control case is very low, there is little room for a decline in the treatment case, and since attitudes cannot go below zero (since our scales are between 0 and 1), we may face what is known as "floor effects." Statistically speaking, such a situation makes it difficult to detect chilling effects because very small chilling effects require very large sample sizes to be identified statistically.

The chilling effects were especially large among those in non-gun-owning households. Among those from gun-owning households, we identified statistically significant chilling effects in the experiment referencing open-air markets (at conventional levels of statistical significance) and in the one referencing public parks (significant at conventional levels only in one-tailed analysis).[4] In the two experiments referencing protests, we report null results (no statistically significant difference between the control and experiment groups) for those from gun-owning households.

---

[4] For the meaning of one-tailed testing, please see footnote 6.

Analyses from a forthcoming journal article that uses national data which are reproduced here provides very similar experimental results (See the Analysis with National Data Section, pp. 69-70). Specifically, these analyses show statistically significant results consistent with chilling effects for all three groups (i.e., total population, non-gun-owning households, and gun-owning households) in the first two experiments (likelihood of recommending a local park to a friend with children; safety of open-air markets). For the additional two experiments that related to political protests, we observe statistically significant chilling effects for the overall population and among those from non-gun-owning households. Among those from gun-owning households, the direction of the effect is consistent with expectations (a decline from control to treatment), but this difference is not statistically significant.

The experiments produced the following specific results:

- The first experiment shows that area residents are less likely to recommend to a friend with children to visit a local park in Fairfax County if guns were allowed there (Experiment 1, pp. 52-56). This difference is statistically significant at conventional levels ($p<0.05$). This means that the probability that this finding is the result of chance is less than 5% (For more details on statistical significance, please see the section "Statistical Significance," above, p. 4). The data show a "chilling effect" of 53-percentage points.
  - The difference is very large and statistically significant among those from non-gun-owning households ($p<0.05$).
  - Among those from gun-owning households, the relationship is directionally the same, but the difference is significant only at $p<0.10$ ($p<0.05$, one-tailed). This means that the probability that this finding is the result of chance is less than 10%.
- The second experiment shows that area residents are statistically significantly less likely to think that going shopping at a Fairfax County open-air or farmers' market is safe if guns were allowed there ($p<0.05$) (Experiment 2, pp. 57-60). This means that the probability that this finding is the result of chance is less than 5%. The data indicate that the mention of guns produces a 64-percentage points.
  - The difference is especially large among those in non-gun-owning households ($p<0.05$).
  - Among those from gun-owning households, the difference between the control and treatment conditions is also statistically significant at conventional levels ($p<0.05$).
- The third experiment shows that people are less likely to recommend to a friend to attend a protest in Fairfax County if guns are allowed in public spaces ($p<0.05$) (Experiment 3, pp. 61-64). There is a 33-percentage point "chilling effect" in this scenario.
  - Among those in non-gun-owning households, there is a large and statistically significant difference in the likelihood to recommend to a friend to attend a protest between the control and treatment conditions ($p<0.05$).
  - The direction of the effect is the same for those from gun-owning households, but the relationship is not statistically significant.
- The final experiment shows that people are less likely to recommend to a friend to bring a sign to a protest in Fairfax County if guns are allowed in public spaces (Experiment 4, pp. 65-68). The difference between the control and treatment conditions is statistically significant ($p<0.05$). There is a "chilling effect" of 15-percentage points.
  - Among those in non-gun-owning households, we observe a statistically significant difference between the control and treatment conditions ($p<0.05$).
  - There is no statistically significant difference between the control and treatment conditions when it comes to those from gun-owning households.

# Detailed Observational Findings

The survey asked a series of questions that focused on perceptions of safety and desirability of various types of public spaces in Fairfax County if guns are allowed in such locales.[5]

## A. Park/market safety if guns allowed.

**The first question asked: "If guns are allowed in the following public spaces in Fairfax County, do you think** that each of the following will be a lot safer, somewhat safer, about the same, somewhat less safe, or a lot **less safe than they are now?."** Respondents were asked to evaluate the safety of the following types of public spaces: 1) parks with amenities for children; 2) waterparks; 3) golf parks; 4) camping parks; 5) remote parks; 6) open-air markets. See also "Definitions" on p.3.

When it comes to _parks with amenities for children_, almost three-fourths (72%) of residents said that allowing guns in public spaces would make **such parks "a lot less/somewhat less"** safe. More than six-in-ten people (61%) believe that parks with amenities for children will be a lot less safe if guns are allowed there. Only **12% of respondents think that allowing guns will make parks with amenities for children "somewhat/a lot"** safer. Another 16% say that such parks would remain about equally safe (Figure A1).



Figure A1. Safety in Parks with Amenities for Children if Guns Allowed

12% · 16% · 72%

■ A lot less/somewhat less safe   ■ About the same   ■ A lot/somewhat safer

- The perception that allowing guns will make parks with amenities for children less safe is especially prevalent among respondents from non-gun-owning households (88%). Only 3% in this group believe that allowing guns in such parks would make them safer (Table 1a).
- Most people from gun-owning households responded that allowing guns either reduces safety in parks with amenities with children or does not have any effect. Specifically, nearly half of the respondents from gun-owning households (47%) also believe that allowing guns in parks with amenities for children will make such spaces less safe, while 27% think the introduction of guns in such spaces will not affect the safety of the parks. Only a little over a fourth (26%) of respondents from gun owning households say that allowing guns in public spaces will make parks with amenities for children safer (Table 1a).

---

[5] Please note that due to rounding, numbers in the analyses may not add up exactly to 100%.

People's perceptions of the safety of _waterparks_ if guns were to be allowed there follows a similar pattern. Almost three-fourths (72%) of residents believe that waterparks will be "a lot less/somewhat **less**" safe if guns are allowed there. **A clear majority (59%) say that waterparks will be "a lot less" safe if guns are allowed there.** Only 12% of respondents believe that allowing guns in public spaces will make waterparks "somewhat/a lot" safer and an additional 16% specify "about the same" (Figure A2).



Figure A2. Safety in Waterparks if Guns Allowed

- ■ A lot less/somewhat less safe   ■ About the same   ■ A lot/somewhat safer

- The vast majority of people in non-gun-owning households (89%) think that allowing guns in waterparks will make such spaces "a lot less/somewhat less" safe. Only 2% among this group think that allowing guns will enhance the safety of waterparks (Table 1a).
- A plurality of those from gun-owning households (45%) agree that allowing guns in waterparks will make such parks "a lot less/somewhat **less**" safe, while 28% believe that the potential presence of guns will not affect waterpark safety. This suggests that most people in this group believe that allowing guns either threatens or does not affect safety in waterparks. Only 28% of those in gun-owning households think that allowing guns in waterparks will make such parks safer (Table 1a).

More than two-thirds (69%) of respondents believe that allowing guns in public spaces would makes _golf parks_ "a lot less/somewhat less" safe. Another 20% think that allowing guns will not affect the safety of golf parks. Only a small minority (11%) believe that allowing guns will make golf parks safer (Figure A3).



Figure A3. Safety in Golf Parks if Guns Allowed

- ■ A lot less/somewhat less safe   ■ About the same   ■ A lot/somewhat safer

- More than eight-in-ten (84%) of people in non-gun-owning households say that if guns are allowed, golf parks will be "**a lot less/somewhat less**" safe. Only 3% think that allowing guns will make golf parks safer (Table 1a).
- Most respondents from gun-owning households believe that allowing guns at golf clubs will either make such spaces less safe or will not affect safety. Specifically, more than four-in-ten (44%) of people in gun-owning households believe that if guns are allowed, golf parks will be "**a lot less/somewhat less**" safe. A third (33%) of this group say that allowing guns will not impact the safety of golf parks. Only 22% believe that allowing guns will improve the safety of golf parks (Table 1a).

| Table 1a. If guns are allowed in the following public spaces in Fairfax County, do you think that each of the following will be a lot safer, somewhat safer, about the same, somewhat less safe, or a lot less safe than they are now? | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Parks w/amenities for children | | | Waterparks | | | Golf parks | | |
| | Total | Gun HH | Non-Gun HH | Total | Gun HH | Non-Gun HH | Total | Gun HH | Non-Gun HH |
| | (%) | (%) | (%) | (%) | (%) | (%) | (%) | (%) | (%) |
| Top-2 Box | 72 | 47 | 88 | 72 | 45 | 89 | 69 | 44 | 84 |
| A lot less safe | 61 | 34 | 79 | 59 | 31 | 78 | 58 | 32 | 77 |
| Somewhat less safe | 11 | 13 | 8 | 13 | 14 | 12 | 11 | 13 | 7 |
| About the same | 16 | 27 | 9 | 16 | 28 | 9 | 20 | 33 | 13 |
| Somewhat safer | 5 | 11 | 1 | 5 | 20 | 0 | 5 | 15 | 0 |
| A lot safer | 7 | 14 | 2 | 7 | 8 | 2 | 6 | 7 | 3 |
| Bottom-2 Box | 12 | 26 | 3 | 12 | 28 | 2 | 11 | 22 | 3 |

*Note: Percentages may not add up to 100% due to rounding.*

The study also asked about _camping parks_. Here, 69% of respondents say that allowing guns will make **camping parks "a lot less/somewhat less"** safe, and 15% expect no change in safety. Only 16% believe that **allowing guns in camping parks will make such spaces "somewhat/a lot"** safer (Figure A4).



Figure A4. Safety in Camping Parks if Guns Allowed

- A lot less/somewhat less safe
- About the same
- A lot/somewhat safer

- Among those in non-gun-owning households, 85% believe that allowing guns in camping parks will make such spaces less safe. Only 4% in this group say that allowing guns in camping parks will make these parks safer (Table 1b).
- Two-thirds of those in gun owning households say that allowing guns will make camping parks either less safe (42%) or have no effect on safety (23%) in such spaces. Only about a third (35%) say that allowing guns will make camping parks safer (Table 1b).

We also asked about the impact of allowing guns on the perceived safety in _remote parks_, those that offer unpaved trails and no amenities (such as toilets). Overall, more than two-thirds (69%) of respondents think that allowing guns in such spaces will make them less safe. Another 17% say that the potential presence of guns will not affect safety. Only 13% of respondents believe that allowing guns will enhance safety (Figure A5).



Figure A5. Safety in Remote Parks if Guns Allowed

13%
17%
69%

■ A lot less/somewhat less safe    ■ About the same    ■ A lot/somewhat safer

- Among respondents in non-gun-owning households, the vast majority (87%) believe that remote parks will be less safe if guns are allowed. Only 2% believe that the potential presence of guns will add to safety in remote parks (Table 1b).
- Most people in gun-owning households indicate that the potential presence of guns in remote parks will either compromise safety or have no effect on it. Specifically, among this group, 42% believe that safety will decline if guns are allowed in remote parks and another 24% say that there will be no change in safety. One-third (34%) say that the safety of remote parks will increase if guns are allowed there (Table 1b).

Finally, we asked about the safety of _open-air markets_ if guns are allowed there. Almost three-fourths (73%) of respondents said that markets will be less safe is guns are allowed, while an additional 15% think that there will be no change in safety. Only 12% believe that safety will increase if guns are allowed in open-air markets (Figure A6).



- Among people in non-gun-owning households, the vast majority (89%) think that open-air markets/ markets will be less safe if guns are allowed there: only 4% believe that safety will be increased with the potential presence of guns (Table 1b).
- Among those in gun-owning households, the vast majority believe that if guns are allowed in open-air markets safety will either be reduced (45%) or not be affected (32%). Less than a fourth (23%) say that if guns are allowed, such markets will be safer (Table 1b).

Table 1b. If guns are allowed in the following public spaces in Fairfax County, do you think that each of the following will be a lot safer, somewhat safer, about the same, somewhat less safe, or a lot less safe than they are now?

|  | Camping parks | | | Remote parks | | | Open-air markets | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 69 | 42 | 85 | 69 | 42 | 87 | 73 | 45 | 89 |
| A lot less safe | 56 | 34 | 72 | 60 | 37 | 78 | 61 | 34 | 79 |
| Somewhat less safe | 13 | 8 | 13 | 9 | 5 | 9 | 11 | 11 | 10 |
| About the same | 15 | 23 | 11 | 17 | 24 | 11 | 15 | 32 | 7 |
| Somewhat safer | 6 | 11 | 2 | 4 | 14 | 0 | 6 | 16 | 2 |
| A lot safer | 10 | 23 | 2 | 10 | 20 | 2 | 6 | 7 | 2 |
| Bottom-2 Box | 16 | 35 | 4 | 13 | 34 | 2 | 12 | 23 | 4 |
| *Note: Percentages may not add up to 100% due to rounding.* | | | | | | | | | |

## B. Park/market safety if others are armed there.

A second question asked respondents the degree to which they would feel safe if guns were allowed in various public spaces and other people arrived armed in these locales. First, when it comes to _parks with amenities for children,_ three-**fourths (75%) of survey participants say they would feel "a lot less/somewhat less"** safe if others are armed in such parks. More than two-thirds (68%) say they would feel **"a lot less safe"** under such conditions. An additional 13% say they would feel equally safe if others are armed. Only 11% of all survey takers believe they would **feel "somewhat/a lot"** safer is others were armed in parks with amenities for children (Figure B1).



Figure B1. Safety in Parks with Amenities for Children if Guns Allowed & Others Were Armed

- A lot less/somewhat less safe    - About the same    - A lot/somewhat safer

- Among respondents in non-gun-owning households, 90% say they would feel less safe if guns were allowed and others are armed in parks with amenities for children. Only 4% say they would feel safer in such circumstances (Table 2a).
- Among respondents in gun-owning households, three-fourths say that they would either feel less safe (43%) or about as safe (32%) if guns were allowed in parks with amenities for children and other people **were armed. Another 25% believe they would feel safer. Only 8% indicate they would feel "a lot safer"** (Table 2a).

Similarly, three-fourths of respondents (74%) said that they would feel less safe (65% specify **"a lot less safe"**) if guns were allowed _in waterparks_ and other people were armed in these parks. An additional 15% say they would feel equally safe and only 11% say they would feel safer if guns were allowed in waterparks and others were armed (Figure B2).



- Among respondents who live in non-gun-owning households, 89% say they would feel less safe if others were armed in waterparks. Only 3% say they would feel safer in such an eventuality (Table 2a).
- A plurality of participants from gun-owning households (42%) say they would feel less safe and another 31% say they would feel about as safe if guns were allowed in waterparks and other people were armed there. About one-fourth (27%) say they would feel safer in such a scenario (Table 2a).

When it comes to feeling safe in _golf parks_ when other people may be armed, three-fourths (75%) of all residents say they would feel **"a** lot less/somewhat **less"** safe (63% mentioned **"a** lot less **safe").** An additional 15% say they would feel equally safe. Only 11% say they would feel safer in a golf park if guns were allowed, and others were armed (Figure B3).



- As is the case with other types of parks, the vast majority of people in non-gun-owning households (89%) say that they would feel less safe if guns were allowed in golf parks and other people were armed. Only 3% say they would feel safer (Table 2a).
- The results for those in gun-owning households parallel, earlier findings. Specifically, 43% say they would feel less safe and 33% say they would feel as safe if guns were allowed in golf parks and others  were

armed. A fourth of respondents in this group say they would feel safer in such a scenario with only 8% indicate they would feel **"a lot safer"** (Table 2a).

| Table 2a. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if other people were armed in each of the following places? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Parks w/amenities for children | | | Waterparks | | | Golf parks | | |
| | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 75 | 43 | 90 | 74 | 42 | 89 | 75 | 43 | 89 |
| A lot less safe | 68 | 33 | 85 | 65 | 32 | 81 | 63 | 33 | 80 |
| Somewhat less safe | 8 | 10 | 5 | 9 | 9 | 8 | 11 | 9 | 9 |
| About the same | 13 | 32 | 6 | 15 | 31 | 8 | 15 | 33 | 8 |
| Somewhat safer | 5 | 17 | 2 | 6 | 19 | 1 | 5 | 17 | 2 |
| A lot safer | 6 | 8 | 2 | 6 | 8 | 2 | 5 | 8 | 1 |
| Bottom-2 Box | 11 | 25 | 4 | 11 | 27 | 3 | 11 | 25 | 3 |
| *Note: Percentages may not add up to 100% due to rounding.* | | | | | | | | | |

When it comes to how safe they would feel in _camping parks_ if guns are allowed and others were armed to such locales, three-fourths (73%) of respondents say they would feel less safe and 13% say they would feel equally safe. Only 14% say they would feel safer if guns are allowed in camping parks and others were armed (Figure B4).



Figure B4. Safety in Camping Parks if Guns Allowed & Others Were Armed

- A lot less/somewhat less safe  ■ About the same  ■ A lot/somewhat safer

- The vast majority of people from non-gun-owning households (88%) say they would feel less safe (76% say "a lot less safe") if guns were allowed at camping parks and others were armed. Only 6% say they would feel safer under such circumstances (Table 2b).
- Among participants from gun-owning households, a plurality (41%) say that they would feel less safe (and 33% say "a lot less" safe) if guns were allowed in camping parks and others were armed there, while an additional 25% say the presence of others with arms would not affect their sense of safety in a

camping park. A third (33%) of this group say they would feel safer knowing that others were armed in a camping park (Table 2b).

When it comes to _remote parks_, about three-fourths of respondents (73%) say that they would feel less safe if guns were allowed in such spaces and others were armed there. An additional 13% say this would not alter their sense of safety in a remote park. Only 14% think that they would feel safer if others were armed in a remote park (Figure B5).



Figure B5. Safety in Remote Parks if Guns Allowed & Others Were Armed

14%
13%
73%

■ A lot less/somewhat less safe   ■ About the same   ■ A lot/somewhat safer

- Respondents from non-gun-owning households overwhelmingly say that they would feel less safe in a remote park if guns were allowed, and others were armed there (86%). Almost 8-in-10 say they would **feel "a lot less safe"** under such circumstances (79%). Only 5% say they would feel safer if others were armed in remote parks (Table 2b).
- A plurality of those from gun-owning households (42%) say they would feel less safe if others were armed in remote parks and another 25% expect no change in how they would feel. Only one-third (33%) of this group say they would feel safer in remote parks if guns were allowed, and others were armed (Table 2b).

When it comes to _open-air markets_, area residents have similar attitudes to the presence of other people being armed. Specifically, 73% say they would feel less safe under such conditions and 16% say their sense of safety would not be affected. Only one-tenth (11%) of respondents say they would feel safer at an open-air market if guns were allowed, and others were armed there (Figure B6).



- As is the case with other spaces, almost 9-in-10 people from non-gun-owning households (88%) say they would feel less safe if guns were allowed in open-air markets and other people came armed. **Significantly, 82% say they would feel "a lot less safe." Only 3% say they would feel safer (Table 2b).**
- Once again, a plurality (42%) of those from gun-owning households say they would feel less safe under such conditions, and an additional 34% indicate that their level of security would not be affected if others came armed at an open-air market. Only one-fourth (24%) say that they would feel safer (and only 7% say "a lot safer") if others came armed at an open-air market (Table 2b).

Table 2b. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if other people were armed in each of the following places?

|  | Camping parks | | | Remote parks | | | Open-air markets | | |
|  | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
|---|---|---|---|---|---|---|---|---|---|
| Top-2 Box | 73 | 41 | 88 | 73 | 42 | 86 | 73 | 42 | 88 |
| A lot less safe | 62 | 33 | 76 | 64 | 34 | 79 | 65 | 33 | 82 |
| Somewhat less safe | 11 | 8 | 11 | 10 | 9 | 7 | 8 | 9 | 6 |
| About the same | 13 | 25 | 7 | 13 | 25 | 9 | 16 | 34 | 9 |
| Somewhat safer | 8 | 22 | 4 | 7 | 22 | 2 | 6 | 17 | 2 |
| A lot safer | 7 | 11 | 2 | 7 | 12 | 2 | 6 | 7 | 1 |
| Bottom-2 Box | 14 | 33 | 6 | 14 | 33 | 5 | 11 | 24 | 3 |
| *Note: Percentages may not add up to 100% due to rounding.* | | | | | | | | | |

## C. Park/market safety if guns allowed and respondent is the one armed.

A third question asked survey participants how safe they would feel in specific public spaces, if guns were allowed there and they, themselves, were the one armed. First, when it comes to _parks with amenities for children_, more than half of respondents (55%) say that they would feel less safe if they were armed at such a park. About a fourth of participants (24%) say bringing an arm would not affect their sense of safety at such a park, and another 22% say they would feel safer if they came armed at a park with amenities for children (Figure C1).



Figure C1. Safety in Parks with Amenities for Children if Guns Allowed & Respondent Came Armed

- Among respondents in non-gun-owning households, approximately three-fourths (72%) say they would feel less safe if they came armed at a park with amenities for children, while 19% say their safety would not be affected if they were the one armed. Only 9% say they would feel safer if they went armed to such a park (Table 3a).
- Most people from gun-owning households say that either they would feel less safe, or their safety would not be impacted if they came armed to a park with amenities for kids. Specifically, just over one-fourth (27%) say they would feel less safe and 36% say their safety would not change if they came armed at a park with amenities for kids. A little more than a third (38%) of this group say they would feel safer if they came armed to such a park (Table 3a).

Coming armed to _a waterpark_ would make 54% of respondents feel less safe, while an additional 24% say they would feel about the same. Only about one-fifth (22%) say they would feel safer if they were armed at a waterpark (Figure C2).



Figure C2. Safety in Waterparks if Guns Allowed & Respondent Came Armed

- Consistent with prior patterns, 70% of those in non-gun-owning households say they would feel less safe if they were the one armed at a waterpark (59% say they would feel **"a lot less safe'),** and 21% say their safety would be about the same. Only 9% say they would feel safer if they came armed at a waterpark (Table 3a).
- Most people from gun-owning households would either feel less safe (27%) or indifferent (32%). Four-in-ten say they would feel safer if they were the one armed at a waterpark (Table 3a).

When asked about their sense of safety _at a golf park_, if guns were allowed and they were the one armed there, **54% of respondents say they would feel less safe (45% say "a lot less safe")** and an additional 24% indicate that their safety would not change. Only 21% say they would feel safer if they were armed at a golf park (Figure C3).



Figure C3. Safety in Golfparks if Guns Allowed &
Respondent Came Armed

- A lot less/somewhat less safe ■ About the same ■ A lot/somewhat safer

- Similarly, to prior questions, about three-fourths (71%) of those in non-gun-owning households say they would feel less safe if they were armed at golf park and another 20% say they would feel equally safe. Only 9% say they would feel safer if they came armed at a golf park (Table 3a).
- When it comes to golf parks, 27% of those in gun-owning households say they would feel less safe if they themselves were armed in such spaces; an additional 35% say their feelings of safety would not be affected if they were armed. Another 38% say they would feel safer at a golf park if they were armed themselves (Table 3a).

Table 3a. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if you were the one armed in each of the following places?

| | Parks w/amenities for children | | | Waterparks | | | Golf parks | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 55 | 27 | 72 | 54 | 27 | 70 | 54 | 27 | 71 |
| A lot less safe | 45 | 16 | 61 | 44 | 16 | 59 | 45 | 17 | 60 |
| Somewhat less safe | 10 | 10 | 11 | 10 | 11 | 11 | 10 | 11 | 11 |
| About the same | 24 | 36 | 19 | 24 | 32 | 21 | 24 | 35 | 20 |
| Somewhat safer | 9 | 16 | 4 | 9 | 18 | 4 | 8 | 16 | 4 |
| A lot safer | 13 | 22 | 6 | 13 | 22 | 6 | 13 | 22 | 6 |
| Bottom-2 Box | 22 | 38 | 9 | 22 | 40 | 9 | 21 | 38 | 9 |
| *Note: Percentages may not add up to 100% due to rounding.* | | | | | | | | | |

A majority of survey participants (52%) say that they would feel less safe *at a camping park* if they themselves came armed; an additional 20% say that they would feel about the same. About a fourth (28%) say they would feel safer if they were themselves armed at a camping park (Figure C4).



Figure C4. Safety in Camping Parks if Guns Allowed & Respondent Came Armed

■ A lot less/somewhat less safe   ■ About the same   ■ A lot/somewhat safer

- Among those in non-gun-owning households, 68% say they would feel less safe (59% say "a lot less safe") if they were the one armed at a camping park; another 19% say they would feel about as safe. Only 13% say they would feel safer if they were armed at a camping park (Table 3b).
- As we have seen, those from gun-owning households are more split: 25% say they would feel less safe and 27% say their safety would not change if they were the ones who were armed at a camping park. Another 23% say they would feel "somewhat **safe**" and 25% would **feel "a** lot **safer"** if they were the one armed at a camping park (Table 3b).

The pattern holds for *remote parks*, with 52% of all respondents saying that they would feel less safe if they were armed at such a locale and another 21% say this would not make any difference to their fee lings of safety. About one fourth (27%) say they would feel safer if they were the one armed at a remote park (Figure C5).



- Even at remote parks, two-thirds (68%) of those in non-gun-owning households say they would feel less safe if they were the one armed, and another 20% say that being armed would not affect their sense of safety there. Only 12% say they would feel safer if they were themselves armed at a remote park (Table 3b).
- Those in gun-owning households are more divided: a majority say they would feel less safe (25%) or equally safe (28%) if they were armed at a remote park, while 47% say they would feel safer (Table 3b).

When it comes to personally being armed *at an open-air market*, most residents (54%) say they would feel less safe and an additional 23% say their feelings of safety would not be changed if they were themselves armed. A minority of about one-fourth (23%) say they would feel safer if they themselves were armed at an open-air market (Figure C6).



- 70% of those in non-gun-owning households say they would not feel safe being armed at an open-air market, and another 20% say their safety would be about the same. Only 10% believe they would feel safer if they were themselves armed at a market (Table 3b).
- Consistent with the established pattern, 28% of those from gun-owning households say that they would feel less safe if they were themselves armed at a market, and an additional 28% say their perceptions of safety would not be affected. About 4-in-10 (43%) in this group express that they would feel safer if they were themselves armed at an open-air market (Table 3b).

Table 3b. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if you were the one armed in each of the following places?

|  | Camping parks | | | Remote parks | | | Open-air markets | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 52 | 25 | 68 | 52 | 25 | 68 | 54 | 28 | 70 |
| A lot less safe | 44 | 17 | 59 | 43 | 17 | 57 | 43 | 16 | 58 |
| Somewhat less safe | 8 | 8 | 9 | 9 | 8 | 12 | 10 | 12 | 12 |
| About the same | 20 | 27 | 19 | 21 | 28 | 20 | 23 | 28 | 20 |
| Somewhat safer | 14 | 23 | 8 | 11 | 15 | 6 | 10 | 22 | 4 |
| A lot safer | 14 | 25 | 6 | 15 | 32 | 5 | 13 | 22 | 5 |
| Bottom-2 Box | 28 | 48 | 13 | 27 | 47 | 12 | 23 | 43 | 10 |

*Note: Percentages may not add up to 100% due to rounding.*

## D. Likelihood of visiting parks/markets if guns allowed there.

The fourth question we analyze asks whether area residents would be more or less likely to visit the specified public spaces if guns were allowed there. First, when it comes _to parks with amenities for children_, two-thirds (67%) of respondents say they would be less likely to visit such parks, with 49% expressing that they would be "a lot less likely to visit." An additional 26% say they would be as likely to visit parks with amenities for children, thus the presence of guns there would not affect their decisions. Finally, only 7% say they would be more likely to visit such parks if guns were allowed there (Figure D1).



Figure D1. Likely to Visit Parks with Amenities for Children if Guns Allowed There

■ A lot less/somewhat less likely    ■ About the same    ■ A lot /somewhat more likely

- Among those in non-gun-owning households, the vast majority (82%) say they would be less likely to visit parks with amenities for children if guns were allowed there, with 62% saying they would be "a lot less likely' to do so. Another 17% say their judgment would not be affected either way. Only 2% say they would be more likely to visit such parks if guns were allowed (Table 4a).
- Even among those in gun-owning households, almost half (46%) say they would be less likely to visit parks with amenities for children and about the same proportion (44%) say their decision would not be affected by the potential presence of guns. Only 10% say they would be more likely to visit such parks if guns were allowed (Table 4a).

When it comes _to waterparks_, we see a similar pattern with about two-thirds (64%) of all area residents saying that they would be less likely to visit if guns were allowed there, while 27% say they would be equally likely to visit either way. Only 8% express a higher likelihood to visit if guns are allowed in waterparks (Figure D2).



- Consistent with findings above, 81% of respondents from non-gun-owning households say they would be less likely (61% say **"a lot less likely"**) to visit waterparks if guns were allowed there. Another 17% say they would be about as likely as before. Only 2% say they would be more likely to visit waterparks if guns are allowed there (Table 4a).
- When it comes to those from gun-owning households, respondents are almost equally split between those who say they would be less likely to visit (45%) and those who say they would be equally likely to visit (42%) a waterpark if guns were allowed there. Only 12% of this group say they would be more likely to visit if guns were allowed at waterparks (Table 4a).

The pattern shows no divergence for _golf parks_. Specifically, about two-thirds (65%) of respondents say they would be less likely to visit a golf park if guns are allowed and 29% say they would be about as likely to visit. Only 7% say they would be more likely to visit if guns are allowed in golf parks (Figure D3).



- Consistent with earlier findings, 79% of survey takers from non-gun-owning households say they would **be less likely to visit golf parks if guns were allowed there; 60% are "a lot less likely" to do so.** Another 20% say they would be equally likely to visit such parks (Table 4a).
- Those from gun-owning households are split: 45% say they would be less likely to visit and another 45% say they would not be affected. Only 10% say they would be more likely to visit if guns were allowed in golf parks (Table 4a).

Q4a. If guns are allowed in the following public spaces in Fairfax County, do you think that you and your family will be a lot more likely to visit, somewhat more likely to visit, about the same, somewhat less likely to visit, a lot less likely to visit?

| | Parks w/amenities for children | | | Waterparks | | | Golf parks | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 67 | 46 | 82 | 64 | 45 | 81 | 65 | 45 | 79 |
| A lot less likely to visit | 49 | 33 | 62 | 48 | 30 | 61 | 49 | 29 | 60 |
| Somewhat less likely to visit | 18 | 13 | 19 | 16 | 16 | 20 | 16 | 17 | 18 |
| About the same | 26 | 44 | 17 | 27 | 42 | 17 | 29 | 45 | 20 |
| Somewhat more likely to visit | 3 | 5 | 0 | 4 | 7 | 0 | 3 | 4 | 0 |
| A lot more likely to visit | 4 | 5 | 1 | 4 | 5 | 1 | 4 | 6 | 1 |
| Bottom-2 Box | 7 | 10 | 2 | 8 | 12 | 2 | 7 | 10 | 2 |
| *Note: Percentages may not add up to 100% due to rounding.* | | | | | | | | | |

When it comes *to camping parks*, the pattern remains the same. Specifically, 63% of the total say they would be less likely to visit camping parks if guns were allowed there, and 28% say they would be about as likely to visit. Only a small minority of 9% say they would be more likely to visit camping parks if guns were allowed there (Figure D4).



Figure D4. Likely to Visit Camping Parks if Guns Allowed There

■ A lot less/somewhat less likely   ■ About the same   ■ A lot/somewhat more likely

- The pattern holds for respondents from non-gun-owning households as well. Specifically, 78% of this group say they would be less likely to visit a camping park if guns were allowed there, and a solid 62% say they would be "a lot less **likely**" to do so. An additional 20% say they would be about as likely to visit if guns are allowed in camping parks (Table 4b).
- Similarly, among respondents from gun-owning households, people are almost equally split between those who would be less likely to visit (43%) and those who would be about as likely to visit (40%). Even among this group, only 17% say they would be more likely to visit camping parks if guns were allowed there (Table 4b).

The findings are very similar when it comes *to remote parks*. As with other locales, about two-thirds (65%) of all respondents say they would be less likely to visit if guns were allowed there, and another 26% say allowing

guns would not affect their decision to visit. Only 9% say they would be more likely to visit remote parks if guns were allowed there (Figure D5).



Figure D5. Likely to Visit Remote Parks if Guns Allowed There

■ A lot less/somewhat less likely   ■ About the same   ■ A lot/somewhat more likely

- As we have seen with other parks, the great majority of people form non-gun-owning households (80%) express lesser likelihood to visit a remote park if guns are allowed and 18% say this would make no difference in their likelihood to visit (Table 4b).
- As with other parks, respondents from gun-owning households are almost equally split between those who would be less likely to visit (43%) and those who would not be affected (40%) if guns were allowed in remote parks. Only 17% say they would be more likely to visit if guns were allowed in remote parks (Table 4b).

Finally, when it comes to visiting _open-air markets_, 63% of all participants say they would be less likely to **visit if guns were allowed, with 50% stating they would be "a lot less likely" to do so.** Another 28% say they would be as likely to visit and only 8% say they would be more likely to visit such markets if guns were allowed there (Figure D6).



Figure D6. Likely to Visit Open-Air Markets if Guns Allowed There

■ A lot less/somewhat less likely   ■ About the same   ■ A lot/somewhat more likely

- Similar results as with parks hold for those in non-gun-owning households. Specifically, 80% say they **would be less likely to visit (62% say they would be "a lot less likely" to do so) if guns were allowed in** open-air markets. An additional 19% say they would be as likely to visit such markets (Table 4b).

- Among participants who live in gun-owning households, people are equally split between those who would be less likely to visit such markets if guns were allowed there (44%) and those who would not be affected (46%). Only 11% say they would be more likely to visit such a market if guns were allowed there (Table 4b.

| Q4b. If guns are allowed in the following public spaces in Fairfax County, do you think that you and your family will be a lot more likely to visit, somewhat more likely to visit, about the same, somewhat less likely to visit, a lot less likely to visit? | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Camping parks | | | Remote parks | | | Open-air markets | | |
| | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 63 | 43 | 78 | 65 | 43 | 80 | 63 | 44 | 80 |
| A lot less likely to visit | 49 | 29 | 62 | 51 | 27 | 66 | 50 | 30 | 62 |
| Somewhat less likely to visit | 14 | 14 | 16 | 14 | 16 | 14 | 14 | 14 | 17 |
| About the same | 28 | 40 | 20 | 26 | 40 | 18 | 28 | 46 | 19 |
| Somewhat more likely to visit | 6 | 11 | 1 | 4 | 11 | 1 | 5 | 5 | 1 |
| A lot more likely to visit | 4 | 5 | 1 | 5 | 6 | 1 | 4 | 5 | 1 |
| Bottom-2 Box | 9 | 17 | 2 | 9 | 17 | 2 | 8 | 11 | 2 |
| Note: Percentages may not add up to 100% due to rounding. | | | | | | | | |

## E. Likelihood of bringing a gun to parks/markets if allowed.

Another question asked participants how likely they would be to bring a gun to a specified park or market if guns were allowed there. Although we collected data from the entire sample, this question is most relevant to people who live in gun-owning households and have access to firearms. For this reason, we focus our analysis to this group, although Tables 5a and 5b report results for the total sample and for non-gun-owning households as well.

When it comes to _parks with amenities for children_, about two-thirds (64%) of those in gun-owning households say they would be unlikely to bring a gun to such a park. Importantly, 55% say they would **be "very unlikely"** to do so. An additional 13% were noncommittal and only a minority of 22% say they would be more likely to do so (Figure E1).



Figure E1. Likely to Bring a Gun to a Park with Amenities for Children, if Guns Allowed There (Gun HHs only)

■ Very/somewhat unlikely   ■ Neither   ■ Very somewhat likely

Similarly, 65% of those in gun-owning households say they are unlikely to bring a gun to a _waterpark_ if allowed to do so, and 12% say they would be neither. Only about a fourth (23%) said they would be likely to bring a gun to a waterpark if allowed (Figure E2).



Figure E2. Likely to Bring a Gun to a Waterpark, if Guns Allowed There (Gun HHs only)

■ Very/somewhat unlikely   ■ Neither   ■ Very somewhat likely

The results are very similar when it comes to _golf parks_. Specifically, 66% of respondents from gun-owning households say they would be unlikely to bring a gun to a golf park if allowed, and 59% say they would be **"very unlikely"** to do so. An additional 11% are noncommittal, and only 23% say they would be likely to bring a gun to a golf park (Figure E3).



Figure E3. Likely to Bring a Gun to a Golf Park, if Guns Allowed There
(Gun HHs only)

When it comes to _camping parks_, about half (52%) of those in gun-owning households say they are unlikely to bring a gun there if allowed, and 11% say they would be **"neither likely nor unlikely."** About a third of this group (37%) say they would be more likely to bring a gun at a camping park if allowed (Figure E4).



Figure E4. Likely to Bring a Gun to a Camping Park, if Guns Allowed There
(Gun HHs only)

The pattern holds for _remote parks_. Specifically, a majority (54%) of respondents from gun-owning households say they are unlikely to bring guns to remote parks, with 42% saying they are **"very unlikely"** to do so. About one-tenth (9%) say **"neither."** Approximately one-third (37%) say they would be likely to bring a gun to a remote park if allowed, with only 14% saying they are **"very likely"** to do so (Figure E5).



Figure E5. Likely to Bring a Gun to a Remote Park, if Guns Allowed There
(Gun HHs only)

About two-thirds (65%) of those in gun-owning households say they are unlikely to bring a gun to *an open-air market* if allowed to do so; 55% say they are **"very unlikely"** to bring a gun there. Another 12% say **"neither."** Only about a fifth (22%) of those from gun-owning households say they are likely to bring a gun to an open-air market (Figure E6).



Figure E6. Likely to Bring a Gun to an Open-Air Market, if Guns Allowed There
(Gun HHs only)

Tables 5a & 5b, below, include detailed findings for all groups: the total survey population, those in gun-owning households, and those in non-gun-owning households.

| Table 5a. If guns are allowed in the following public spaces in Fairfax County, how likely would you be to bring a gun to each of the following places? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Parks w/amenities for children | | | Waterparks | | | Golf parks | | |
| | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 83 | 64 | 93 | 83 | 65 | 93 | 81 | 66 | 91 |
| Very unlikely | 79 | 55 | 92 | 79 | 54 | 92 | 78 | 59 | 90 |
| Somewhat unlikely | 4 | 10 | 2 | 4 | 11 | 2 | 3 | 7 | 2 |
| Neither | 7 | 13 | 4 | 6 | 12 | 4 | 8 | 11 | 6 |
| Somewhat likely | 5 | 17 | 1 | 5 | 18 | 1 | 5 | 18 | 1 |
| Very likely | 6 | 5 | 2 | 6 | 5 | 2 | 6 | 5 | 2 |
| Bottom-2 Box | 10 | 22 | 3 | 11 | 23 | 3 | 11 | 23 | 3 |
| Note: Percentages may not add up to 100% due to rounding. | | | | | | | | | |

| Table 5b. If guns are allowed in the following public spaces in Fairfax County, how likely would you be to bring a gun to each of the following places? | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Camping parks | | | Remote parks | | | Open-air markets | | |
| | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 77 | 52 | 89 | 78 | 54 | 91 | 82 | 65 | 93 |
| Very unlikely | 71 | 43 | 84 | 73 | 42 | 88 | 77 | 55 | 89 |
| Somewhat unlikely | 6 | 9 | 5 | 5 | 11 | 3 | 5 | 11 | 4 |
| Neither | 7 | 11 | 6 | 6 | 9 | 6 | 7 | 12 | 4 |
| Somewhat likely | 9 | 25 | 3 | 8 | 24 | 1 | 5 | 15 | 1 |
| Very likely | 7 | 12 | 2 | 8 | 14 | 2 | 6 | 7 | 2 |
| Bottom-2 Box | 16 | 37 | 5 | 16 | 37 | 3 | 11 | 22 | 3 |
| Note: Percentages may not add up to 100% due to rounding. | | | | | | | | | |

## F. Feelings of safety in a heated argument at a park/market if guns allowed there.

Respondents were also asked how safe they would feel in a heated argument with someone in a park or open-air market if guns were allowed in that public space. First, when it comes to *parks with amenities for children*, four-in-five participants (81%) indicated that they would feel unsafe (74% said "very unsafe) in a heated argument in such a park if guns were allowed. An additional 10% were noncommittal (neither safe nor unsafe) and only one-tenth of the total population stated they would feel safer under such circumstances if guns were allowed there (Figure F1).



Figure F1. Feelings of Safety in Heated Argument in a Park with Amenities for Children if Guns Allowed There

- Very/somewhat unsafe  ■ Neither  ■ Very/somewhat safe

- Among respondents from households without guns, the expression of lack of safety was near universal. Specifically, 95% say they would feel unsafe (92% say "very unsafe") if they found themselves in a heated argument in a park with amenities for children and guns were allowed there. By contrast, only 3% of this group say they would feel safe under such circumstances (Table 6a).
- Feeling unsafe is the majority position even among those who come from gun-owning homes, as 54% say they would feel unsafe in a heated argument at a park with amenities for children if guns were allowed there. An additional 27% say their sense of safety would not change (neither safe nor unsafe). Only one-in-five (19%) say they would feel safer under such circumstances if guns were allowed.

A similar pattern holds for *waterparks*. Specifically, four-in-five residents (80%) say they would feel unsafe (75% express they would feel "very unsafe") if they found themselves in a heated argument in a waterpark and guns were allowed there. Only 10% say they would not be affected and another 10% say they would feel safer if they found themselves under such circumstances and guns were allowed (Figure F2).



- Among people who live in households without guns, almost everyone (95%) say they would feel less safe in a waterpark under these circumstances (Table 6a).
- Even among those from gun-owning households, the majority (54%) say they would feel unsafe if they were involved in a heated argument at a waterpark when guns were allowed there. Only 19% say they would feel safe under such conditions and 27% say their feelings of safety would not be affected (neither safe nor unsafe) (Table 6a).

The picture is similar for _golf parks_. Here too, 80% of people say they would feel unsafe (75% say "very unsafe") if they engaged in a heated argument in a golf park if guns were allowed there. An additional 11% say their feelings of safety would not be affected (neither safe nor unsafe) and 9% believe they would feel safe under such conditions (Figure F3).



- As we have seen with other parks, almost everyone who comes from a non-gun-owning household (95%) says they would feel unsafe if they engaged in a heated argument in a golf park and guns were allowed there.  **In fact, 92% say they would feel "very unsafe" in this scenario (Table 6a).**
- Among those from gun-owning homes, most (55%) would also feel unsafe if they found themselves in a heated argument at a golf park and guns were allowed. A bit more than a fourth (28%) say their sense

of safety would not change (**"neither"**) and 18% assess they would feel safe under such conditions (Table 6a).

| | Parks w/amenities for children | | | Waterparks | | | Golf parks | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 81 | 54 | 95 | 80 | 54 | 95 | 80 | 55 | 95 |
| Very unsafe | 74 | 41 | 92 | 75 | 41 | 92 | 75 | 44 | 92 |
| Somewhat unsafe | 7 | 13 | 3 | 5 | 13 | 3 | 5 | 11 | 3 |
| Neither | 10 | 27 | 2 | 10 | 27 | 2 | 11 | 28 | 3 |
| Somewhat safe | 4 | 7 | 2 | 4 | 7 | 2 | 3 | 6 | 1 |
| Very safe | 6 | 12 | 2 | 6 | 12 | 2 | 6 | 12 | 2 |
| Bottom-2 Box | 10 | 19 | 3 | 10 | 19 | 3 | 9 | 18 | 3 |

Table 6a. If guns are allowed in the following public spaces in Fairfax County, how safe or unsafe would you feel in a heated argument with someone while in a [location]:

*Note: Percentages may not add up to 100% due to rounding.*

Responses about _camping parks_ do not deviate from the existing pattern. To be exact, 80% of respondents **say they would feel unsafe (74% state "very unsafe") if they found themselves in a heated argument at a** camping park and guns were allowed there. One-tenth say they would be unaffected and another 10% say they would feel safe (Figure F4).



Figure F4. Feelings of Safety in Heated Argument in a Camping Park if Guns Allowed There

- Very/somewhat unsafe  ■ Neither  ■ Very/somewhat safe

- Consistent with earlier findings in this series, almost all who come from households without guns (95%) say they would feel unsafe in a heated argument with someone at a camping park if guns were allowed there. Importantly, 90% say they would feel "very unsafe" under such conditions (Table 6b).
- The pattern persists for those from gun-owning households, 55% of whom also say they would feel unsafe at a camping park under such circumstances, and an additional 27% say their safety would not be affected either way. Only 19% say they would feel safe in this scenario (Table 6b).

When it comes to _remote parks that offer no amenities_, the pattern similarities persist. Specifically, 80% of respondents say they would feel unsafe in a heated argument with someone at a remote park if guns were allowed there. Approximately three-**fourths (73%) assert they would feel "very unsafe." The rest are split** between those who believe their safety would not be affected (11%) and those who would feel safe (9%) under such a scenario if guns were allowed (Figure F5).



Figure F5. Feelings of Safety in Heated Argument in a Remote Park if Guns Allowed There

- Among those from non-gun-owning households, 95% say they would feel unsafe if they found themselves in a heated argument at a remote park and guns were allowed there. Notably, 90% specify that they **would feel "very unsafe" (Table 6b).**
- As we have seen earlier, even among those from gun-owning homes, almost two-thirds (61%) express that they would feel unsafe if they found themselves in a heated argument at a remote park and guns were allowed there. One-**fifth (20%) say their feelings of safety would not be impacted ("neither") and** 19% say they would feel safe under such conditions (Table 6b).

Finally, a consistent pattern holds for perceptions of safety _in open-air markets_ in the context of a heated argument there. Specifically, 80% of all respondents say they would feel unsafe if they engaged in a heated **argument at such a market if guns were allowed there. Importantly, 73% say they would feel "very unsafe"** under such circumstances. About one-**tenth (9%) say their perceptions of safety would not shift ("neither").** Only 10% say they would feel safe in a heated argument at a market if guns were allowed there (Figure F6).



Figure F6. Feelings of Safety in Heated Argument in an Open-Air Market if Guns Allowed There

- As with other locales, almost all participants who live in non-gun-owning homes (95%) say they would feel unsafe at an open-air market if they were engaged in a heated argument and guns were allowed there. Significantly, 90% say they would feel "very unsafe" under such conditions (Table 6b).
- Among people who live in gun-owning homes, the majority (55%) say that they would also feel unsafe in such a scenario and 45% say they would feel "very unsafe." The rest are split between those who say their feelings of safety would not be affected (22%) and those who think they would feel safe (23%) under such circumstances.

Table 6b. If guns are allowed in the following public spaces in Fairfax County, how safe or unsafe would you feel in a heated argument with someone while in a [location]:

|  | Camping parks | | | Remote parks | | | Open-air markets | | |
|  | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
|---|---|---|---|---|---|---|---|---|---|
| Top-2 Box | 80 | 55 | 95 | 80 | 61 | 95 | 80 | 55 | 95 |
| Very unsafe | 74 | 41 | 90 | 73 | 42 | 90 | 73 | 45 | 90 |
| Somewhat unsafe | 6 | 13 | 4 | 7 | 19 | 5 | 7 | 10 | 5 |
| Neither | 10 | 27 | 2 | 11 | 20 | 2 | 9 | 22 | 2 |
| Somewhat safe | 4 | 7 | 2 | 4 | 7 | 2 | 4 | 10 | 1 |
| Very safe | 6 | 12 | 2 | 6 | 12 | 2 | 6 | 13 | 2 |
| Bottom-2 Box | 10 | 19 | 4 | 9 | 19 | 3 | 10 | 23 | 3 |
| *Note: Percentages may not add up to 100% due to rounding.* | | | | | | | | | |

## G. Expectations about crime if guns allowed in specified public spaces.

The next question asked respondents to express their expectations about the prevalence of crime in parks and markets if guns were to be allowed there. Specifically, the question asked, "If guns are allowed in the following public spaces in Fairfax County, do you think that crime in such spaces will increase a lot, increase somewhat, stay the same, decrease somewhat, or decrease a lot?"

First, when it comes to expectations about crime in _parks with amenities for children_, the majority of the population (52%) believe that crime will increase "a lot/somewhat" if guns are allowed there and another 32% say it would stay about the same. Only 16% say that they expect crime to decline (Figure G1).



Figure G1. Crime Expectations for Parks with Amenities for Children if Guns Allowed There

- Increase a lot/somewhat ■ Stay the same ■ Decrease a lot/somewhat

- Among those in non-gun-owning households, almost two-thirds (63%) expect crime to increase if guns are allowed in parks with amenities for kids, and another 33% say it will stay the same. Only 4% expect crime to decline if guns are allowed in these parks (Table 7a).
- Those in gun-owning households equally split among those who think that crime will increase (32%) is guns are allowed in parks with amenities for children, those who think it will stay the same (35%) and those who think crime will decline (33%) (Table 7a).

Results follow a similar trend when it comes to perceptions of crime _in waterparks_ if guns are allowed there. Specifically, 54% believe that crime will increase, 30% say that it will stay the same, and only 17% say it will decrease if guns are allowed in waterparks (Figure G2).



Figure G2. Crime Expectations for Waterparks if Guns Allowed There

- Among respondents from homes that do not include guns, 65% think that crime in waterparks will go up if guns are allowed there and an additional 30% say crime will stay the same. Only 5% think that crime will go down in waterparks if guns are allowed there (Table 7a).
- People from gun-owning households are evenly split in their expectations about crime in waterparks if guns are allowed there (Table 7a).

A similar trend emerges when it comes to _golf parks_. Specifically, half of all respondents (50%) say that crime will go up in golf parks if guns are allowed and an additional 35% believe that crime will not be impacted. Only 15% say that crime will decline if guns are allowed in golf parks (Figure G3).



Figure G3. Crime Expectations for Golf Parks if Guns Allowed There

- Consistent with prior findings, three-fifths of participants from non-gun-owning homes (61%) expect crime to go up in golf parks if guns are allowed there, and an additional 35% say allowing guns will not affect crime in golf parks (Table 7a).
- Respondents from gun-owning households are yet again split: 33% think crime will increase, 37% say it will stay the same, and 29% say it will decrease if guns are allowed in golf parks (Table 7a).

Table 7a. If guns are allowed in the following public spaces in Fairfax County, do you think that crime in such spaces will increase a lot, increase somewhat, stay the same, decrease somewhat, or decrease a lot?

|  | Parks w/amenities for children | | | Waterparks | | | Golf parks | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 16 | 33 | 4 | 17 | 33 | 5 | 15 | 29 | 4 |
| Decrease a lot | 10 | 20 | 2 | 10 | 20 | 2 | 9 | 20 | 1 |
| Decrease somewhat | 6 | 14 | 2 | 6 | 13 | 3 | 6 | 10 | 3 |
| Stay the same | 32 | 35 | 33 | 30 | 32 | 30 | 35 | 37 | 35 |
| Increase somewhat | 28 | 26 | 33 | 30 | 29 | 35 | 28 | 28 | 34 |
| Increase a lot | 24 | 6 | 30 | 23 | 6 | 30 | 22 | 6 | 27 |
| Bottom-2 Box | 52 | 32 | 63 | 54 | 35 | 65 | 50 | 33 | 61 |

*Note: Percentages may not add up to 100% due to rounding.*

Next, we analyze responses related to *camping parks*. In this case, a majority (51%) of all respondents say that they expect crime to increase if guns are allowed at camping parks, and an additional 30% believe that crime will stay the same. Only one-fifth (19%) suggest that crime will go down if guns are allowed in camping parks (Figure G4).



Figure G4. Crime Expectations for Camping Parks if Guns Allowed There

■ Increase a lot/somewhat   ■ Stay the same   ■ Decrease a lot/somewhat

- As far as people from non-gun-owning households are concerned, the observed pattern holds for camping parks. Specifically, almost two-thirds (63%) believe that crime will increase in these parks if guns are allowed there and 33% suggest that it will stay the same (Table 7b).
- When it comes to those who live in gun-owning households, they are once again split, with 37% believing that crime will go up, 24% saying that crime will remain the same, and 39% expecting crime to decline if guns are allowed in camping parks (Table 7b).

A similar picture emerges when it comes to expectations about crime in more _remote parks_. Specifically, 52% indicate that crime would increase if guns were allowed in such parks, and 30% expect it to stay the same. Only 18% surmise that crime may decline if guns are allowed in remote parks (Figure G5).



Figure G5. Crime Expectations for Remote Parks if Guns Allowed There

■ Increase a lot/somewhat   ■ Stay the same   ■ Decrease a lot/somewhat

- The subgroup analysis shows similar results as with earlier items in this series. For example, two-thirds (65%) of those from non-gun-owning homes believe that crime will shoot up in remote parks if guns were to be allowed there and another 31% say crime will stay the same. Only 4% expect a decline in crime (Table 7b).
- Those in gun-owning households are once again split: 30% say crime will go up, 31% expect it to stay the same, and 39% think it will go down (Table 7b).

Finally, when it comes _to open-air markets_, the same pattern persists with the majority (54%) of respondents expecting crime to increase there if guns are allowed, and 29% envisioning it to stay the same. Only 16% think that crime will decline at open-air markets if guns are allowed there (Figure G6).



Figure G6. Crime Expectations for Open-Air Markets if Guns Allowed There

■ Increase a lot/somewhat   ■ Stay the same   ■ Decrease a lot/somewhat

- As is the case with other locales, about two-thirds (64%) of those in non-gun-owning homes expect crime to rise in open-air markets if guns are allowed there, and another 30% say that crime will likely stay the same. Only 5% think that crime will decline if guns are allowed at open-air markets (Table 7b).
- Among respondents from gun-owning households we see a split once again. Specifically, 43% say that crime may increase if guns are allowed at open-air markets, 27% expect it will stay the same, and 31% think it will decline (Table 7b).

Table 7b. If guns are allowed in the following public spaces in Fairfax County, do you think that crime in such spaces will increase a lot, increase somewhat, stay the same, decrease somewhat, or decrease a lot?

|  | Camping parks | | | Remote parks | | | Open-air markets | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 19 | 39 | 5 | 18 | 39 | 4 | 16 | 31 | 5 |
| Decrease a lot | 11 | 21 | 2 | 12 | 22 | 2 | 11 | 20 | 2 |
| Decrease somewhat | 7 | 18 | 2 | 6 | 17 | 2 | 6 | 11 | 3 |
| Stay the same | 30 | 24 | 33 | 30 | 31 | 31 | 29 | 27 | 30 |
| Increase somewhat | 27 | 27 | 33 | 27 | 21 | 35 | 29 | 34 | 33 |
| Increase a lot | 24 | 9 | 30 | 25 | 10 | 30 | 25 | 9 | 31 |
| Bottom-2 Box | 51 | 37 | 63 | 52 | 30 | 65 | 54 | 43 | 64 |
| Note: Percentages may not add up to 100% due to rounding. | | | | | | | | | |

## H. How safe others may feel if respondent came armed to a park/market.

A final series of questions asked respondents to imagine how others may feel if the respondent came armed to a specified park of open-air market. Specifically, the question asked: "If guns are allowed in the following public spaces in Fairfax County, how safe do you imagine other people would feel if you carried a gun in **public spaces?**"

First, three-in-four (77%) participants say they expect others to feel unsafe if the respondent came armed to _a park with amenities for children_. Importantly, 51% say they expect others to feel "very unsafe." One-tenth think that **others'** feelings of safety would not be affected and only 13% say that others may feel safe (Figure H1).



Figure H1. Others' Feelings of Safety if Respondent Was Armed at Park with Amenities for Children

- Very/somewhat unsafe    - Neither    - Very/somewhat safe

- Among those from non-gun-**owning households, 85% expect others to feel unsafe (59% say "very unsafe")** if the respondent came armed at a park with amenities for children. Only 8% say that others would feel safe (Table 8a).
- Approximately two-thirds of those from gun-owning households (65%) echo the same sentiment. They expect that others would feel unsafe if the respondent arrived armed at a park with amenities for kids; 18% expect that others would not be affected. Fewer than one-fifth (18%) say that they expect others to feel safe if the respondent came armed at such a park (Table 8a).

Similar results hold for _waterparks_. Specifically, three-fourths (75%) of respondents say they expect others to feel unsafe at a waterpark if the respondent arrived there armed; an additional 12% say others' sense of safety should not be affected. Only 13% believe that others will feel safer in such a scenario (Figure H2).



Figure H2. Others' Feelings of Safety if Respondent Was Armed at a Waterpark

- When it comes to respondents who come from non-gun-owning households, 83% believe that others **would feel unsafe if the individual arrived armed at a waterpark; 9% say others' perceptions of safety** would remain unaffected (Table 8a).
- Among those from gun-owning households, almost two-thirds (61%) agree that others may feel unsafe if the respondent came armed at a waterpark and 21% think that **others'** safety will not be affected. Even among this group, only 18% say that others will feel safe in this scenario (Table 8a).

Another type of park that we asked about in this series was _golf parks_. In this case, 73% of all respondents **say that others would feel unsafe if the respondent came armed at a golf park, and 15% say others'** safety would not be altered. Only 13% say that others would feel safe if the respondent were armed at a golf park (Figure H3).



Figure H3. Others' Feelings of Safety if Respondent Was Armed at a Golf Park

- Among people from non-gun-owning households, 81% say that others would feel unsafe if the respondent came armed at a golf park: 11% say **others'** feelings of safety would not be impacted (Table 8a).
- Almost two-thirds (61%) of those from gun-owning households also believe that others would feel unsafe if the respondent came armed to a golf park, and 21% say that **others'** safety would not be affected. Only 18% among this group say that they expect others to feel safe under such a scenario (Table 8a).

Table 8a. If guns are allowed in the following public spaces in Fairfax County, how safe do you imagine other people would feel if you carried a gun in public spaces?

| | Parks w/amenities for children | | | Waterparks | | | Golf parks | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
| Top-2 Box | 77 | 65 | 85 | 75 | 61 | 83 | 73 | 61 | 81 |
| Very unsafe | 51 | 32 | 59 | 48 | 27 | 58 | 46 | 27 | 56 |
| Somewhat unsafe | 26 | 32 | 26 | 28 | 34 | 25 | 27 | 35 | 25 |
| Neither | 10 | 18 | 7 | 12 | 21 | 9 | 15 | 21 | 11 |
| Somewhat safe | 5 | 8 | 3 | 5 | 8 | 3 | 5 | 9 | 3 |
| Very safe | 8 | 9 | 5 | 8 | 9 | 5 | 7 | 9 | 5 |
| Bottom-2 Box | 13 | 18 | 8 | 13 | 18 | 8 | 13 | 18 | 8 |

*Note: Percentages may not add up to 100% due to rounding.*

Residents were also asked the same question relative *to camping parks* with similar results. Specifically, 71% of all area residents believe that others would feel unsafe (46% say "very unsafe") if the respondent carried a gun in a camping park, and an additional 15% say others' perceptions of safety would not be affected. Only 14% say that they imagine others feeling safe if the respondent arrived armed at a camping park (Figure H4).



Figure H4. Others' Feelings of Safety if Respondent Was Armed at a Camping Park

- Very/somewhat unsafe
- Neither
- Very/somewhat safe

- The subgroup findings follow patterns that we have seen earlier. Specifically, 83% of those who do not have a gun in their home say that they expect others to feel unsafe if the respondent came armed at a camping park (57% say "very unsafe") and 8% say that other people's sense of safety would not be affected by the respondent's gun carry (Table 8b).
- We also see the majority of people from gun-owning households (50%) agreeing that others would feel unsafe at a camping park if the respondent came armed, and 30% believe that others would not be affected in this scenario. Only one-fifth (21%) of this subgroup say that others may feel safe if the respondent came armed at a camping park (Table 8b).

Even when it comes to _remote parks_, the pattern does not diverge. Specifically, about three-fourths (72%) of **all residents say that others would feel unsafe (and 46% say "very unsafe")** if the respondent carried a gun to such a park. Another 14% imagine that **others'** safety would not be affected either way and 15% say others would feel safe if the respondent came armed to a remote park (Figure H5).



Figure H5. Others' Feelings of Safety if Respondent Was Armed at a Remote Park

- Among those from non-gun-owning households, 83% expect that others would feel unsafe (57% say **"very unsafe")** if they themselves carried a gun at a remote park. Only 9% say others would feel safe in this scenario (Table 8b).
- Those from gun-owning households are more varied in their expectations but even in this subgroup, 52% say that others would likely feel unsafe if the respondent came to a remote park armed. The remaining are split between those who think that **others'** sense of safety would be unaffected (26%) and those who think others would feel safe (22%) in this scenario (Table 8b).

Finally, when it comes _to open-air markets_, we observe similar findings. As is the case with other locales, here, three-fourths (75%) of all residents say they imagine others to feel unsafe if the respondent came to a **market armed and 12% say they expect others'** feelings of safety not to be affected. Only 13% say they expect others to feel safe if the respondent appears armed at a market (Figure H6).



Figure H6. Others' Feelings of Safety if Respondent Was Armed at an Open-Air Market

- As we have seen earlier, the vast majority of residents from non-gun-owning homes (83%) expect others to feel unsafe (61% say "very unsafe") if the respondent came armed at an open-air market. Only 8% in this group think that others would feel safe (Table 8b).
- Among those in gun-owning households, about two-thirds (65%) echo that others would likely feel unsafe in such a scenario, and only 18% expect others to feel safe. An additional 18% say that others would not feel any differently if the respondent carried a gun at an open-air market (Table 8b).

Table 8b. If guns are allowed in the following public spaces in Fairfax County, how safe do you imagine other people would feel if you carried a gun in public spaces?

|  | Camping parks | | | Remote parks | | | Open-air markets | | |
|  | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) | Total (%) | Gun HH (%) | Non-Gun HH (%) |
|---|---|---|---|---|---|---|---|---|---|
| Top-2 Box | 71 | 50 | 83 | 72 | 52 | 83 | 75 | 65 | 83 |
| Very unsafe | 46 | 23 | 57 | 46 | 23 | 57 | 49 | 30 | 61 |
| Somewhat unsafe | 25 | 26 | 26 | 26 | 29 | 25 | 26 | 34 | 23 |
| Neither | 15 | 30 | 8 | 14 | 26 | 8 | 12 | 18 | 9 |
| Somewhat safe | 6 | 11 | 4 | 7 | 10 | 4 | 6 | 8 | 3 |
| Very safe | 8 | 9 | 5 | 8 | 11 | 5 | 7 | 9 | 5 |
| Bottom-2 Box | 14 | 21 | 10 | 15 | 22 | 9 | 13 | 18 | 8 |
| Note: Percentages may not add up to 100% due to rounding. | | | | | | | | | |

# Experiment Analysis

The survey also included a series of survey experiments aimed at determining whether the presence of firearms in specific public locations would produce **"chilling effects." By** chilling effects, we mean a decline in utilization of these resources.  Respondents were asked the following set of questions prior to answering the questions discussed above.

For this portion of the study, **we randomly split the respondents into a "control" (or "placebo") condition and a "treatment"** condition.  The control condition asked people about aspects of utilization or safety without any mention of firearms. The treatment condition used the same language but added the **specification "if people are allowed to carry guns in [locale]."** Experiments of this type measure the shift in attitudes when the potential of the presence of firearms in the specific location is made explicit.  The exact wording of the two versions of the questions can be found in Table EX. The analyses use weighted data.  For a detailed explanation of **experimental methods, please see the "Experimental Methods Explainer" on pp. 4**-6 above. For details on **the meaning of "statistical significance" which is denoted throughout this section, please see the "Statistical Significance" section, p.4.**

| Table EX. Experimental Design Questions | |
|---|---|
| VERSION A: Control (AKA **"Placebo")** Condition | VERSION B: Treatment Condition |
| E1a. How likely would you be to recommend to a friend who has children to spend time with them in a public park in Fairfax County?<br><br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) **Don't** know/Prefer not to say (6) | E1b. How likely would you be to recommend to a friend who has children to spend time with them in a public park in Fairfax County if people are allowed to carry guns in public parks?<br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) **Don't know/Prefer not to say (6)** |
| E2a. In your view, how safe is it for you and your family to go shopping in open-**air fairs and markets, including farmers'** markets in Fairfax County?<br><br>Very safe (1): Somewhat safe (2): Neither safe nor unsafe (3): Somewhat unsafe (4): Very unsafe (5) **Don't** know/Prefer not to say (6) | E2b. In your view, if people are allowed to carry guns in open-air fairs and markets, how safe is it for you and your family to go shopping in open-**air fairs and markets, including farmers'** markets in Fairfax County?<br>Very safe (1): Somewhat safe (2): Neither safe nor unsafe (3): Somewhat unsafe (4): Very unsafe (5) **Don't** know/Prefer not to say (6) |
| E3a. A friend is thinking of attending a political protest in Fairfax County about an issue that is very important to them and wants your opinion. How likely are you to recommend that they attend the protest?<br><br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) **Don't** know/prefer not to say (6) | E3b. A friend is thinking of attending a political protest in Fairfax County about an issue that is very important to them and wants your opinion. How likely are you to recommend that they attend the protest? In their area, people are allowed to bring guns to protests.<br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5): **Don't** know/prefer not to say (6) |
| E4a. A friend is thinking of attending a political protest in Fairfax County about an issue that is very important to them and wants your opinion. How likely are you to recommend that they bring a sign to the protest?<br><br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very **unlikely (5) Don't know/prefer not to say (6)** | E4b. A friend is thinking of attending a political protest in Fairfax County about an issue that is very important to them and wants your opinion. How likely are you to recommend that they bring a sign to the protest? In their area, people are allowed to bring guns to protests.<br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) **Don't know/prefer not to say (6)** |

## Experiment 1: Guns in Parks

We asked half the survey participants whether they would recommend to a friend with children to spend time at a park in Fairfax County. The other half received the same question but with the specification "if people are allowed to carry guns in public parks." We asked about a third party because not all respondents have children. People's responses should mirror their own attitudes and comfort level with visiting a park under either condition (see Experimental Methods Explainer, pp. 4-6). A test of means (see results of regression analysis in Table E1b), shows that those in the control condition are more likely to recommend to a friend to spend time at a local park, compared to those randomly assigned to the treatment condition which mentioned the scenario of guns allowed in public parks (Figure EX1a). This difference is statistically significant at conventional levels ($p < 0.05$). This means that there is less than a 5% probability that the difference in means between the two groups is due to random chance (for an explainer on statistical significance, please see p. 4).



Figure EX1a. Recommend Fairfax County Park to a friend with Kids by Treatment
(All respondents)

Note: Data are weighted

- As shown in Figure EX1b, in the control condition (i.e., no guns mention), 78% of respondents say that they would be "very/somewhat likely" to recommend a Fairfax County Park to a friend with children. By contrast, only 25% of respondents in the treatment condition (i.e., mention of guns) which mentions that people may be allowed to carry firearms in the park, say they are "very/somewhat likely" to recommend a park to a friend with children. This is a decline, or "chilling effect," of 53 percentage points.



- The same pattern persists in the subgroup analysis (Figure EX1c). Among those in non-gun-owning households, substantially fewer are likely to recommend a local park to a friend with children if guns were to be allowed there, compared to the control condition. This difference is statistically significant (p<0.05).
- As shown in Figure EX1c, among those in gun-owning households, the direction of the effect is the same: that is, the proportion of people who are willing to recommend a local park to a friend with children declines in the treatment condition, but this decline is statistically significant only at p<0.10. This means that there is less than a 10% probability that this difference is the result of chance. [6]

**Figure EX1c. Recommend Fairfax County Park to a friend with Kids by Treatment & Gun HH Status**



Note: Data are weighted

---

[6] In a one-tail test the relationship is statistically significant at conventional levels (p<0.05). Based on prior work in this area, the posited hypothesis is one-directional. Specifically, the hypothesis is that those in the treatment (i.e., mention of guns condition) should be less likely than those in the treatment condition (i.e., mention of guns) to recommend to a friend with children to visit a local park. As a result, a one-tailed test of significance is appropriate in this case. Filindra, A., Collingwood, L., & Kaplan, N. J. (2020). The Emotional Underpinnings of Americans' Support for Gun Control. *Social Science Quarterly*, 101(5), 2101-2120 .

- Specifically, among those in non-gun-owning households assigned to the control condition (that does not mention guns), 79% say they would be likely to recommend a local park to a friend with children. However, in the treatment condition, the proportion flips, with 85% now saying they would be unlikely to recommend a local park to such a friend (Figure EX1d).  Here, we observe a 65-percentage-point (ppt) **"chilling effect" (from 79% to 14% declaring they are "likely" to recommend).**

- The pattern is in the same general direction among those in gun-owning households. Two-thirds of those in the control condition (68%) say they would be likely to recommend a local park to a friend with kids, but in the control condition this proportion drops to 46% (a 22-ppt **"chilling** effect). The proportion of those who say they are unlikely to recommend a park nearly doubles from 18% in the control to 34% in the treatment condition (Figure EX1d).



Table EX1a shows the proportions for the entire five-point scale by treatment group and by gun household status.  It also included the weighted means for each group.

| Table EX1a. Recommend Fairfax County Park to friend with children by condition and gun HH status. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | | | Gun HH | | | Non-Gun HH | |
| | Control | Treatment | | Control | Treatment | | Control | Treatment |
| | (%) | (%) | | (%) | (%) | | (%) | (%) |
| Top-2 Box | 11 | 65 | | 18 | 34 | | 8 | 85 |
| Very unlikely | 5 | 54 | | 8 | 33 | | 3 | 71 |
| Somewhat unlikely | 6 | 10 | | 10 | 1 | | 5 | 14 |
| Neither | 11 | 11 | | 13 | 19 | | 14 | 1 |
| Somewhat likely | 37 | 3 | | 38 | 9 | | 36 | 2 |
| Very likely | 41 | 21 | | 31 | 37 | | 43 | 12 |
| Bottom-2 Box | 78 | 25 | | 68 | 46 | | 79 | 14 |
| Mean | 0.76 | 0.32 | p<0.05 | 0.68 | 0.54 | p<0.1 | 0.78 | 0.18 | p<0.05 |
| P-value is based on the difference in means and denotes statistical significance. Weighted means presented above. | | | | | | | | |

Table E1b shows bivariate regression analysis that confirm the descriptive results presented above. Regression analysis is used to predict the relationship between a factor of interest (in this case random assignment to a control or treatment group) and an outcome (such as an attitude or behavior). This analysis shows whether the difference in means between the control and treatment conditions is statistically significant at conventional levels for each of the three groups (i.e., total population, gun HHs, and non-gun HHs).[7]

| Table EX1b. Results of Bivariate Regression Analyses | | | | | | |
|---|---|---|---|---|---|---|
| | Total | | Gun HH | | Non-Gun HH | |
| | b/se | | b/se | | b/se | |
| Treatment | -0.441 | *** | -0.143 | *(†) | -0.599 | *** |
| | (0.03) | | (0.08) | | (0.04) | |
| Intercept | 0.759 | *** | 0.682 | *** | 0.775 | *** |
| | (0.02) | | (0.05) | | (0.03) | |
| N | 436 | | 97 | | 237 | |
| Adj R$^2$ | 0.286 | | 0.026 | | 0.507 | |
| F | 174.833 | | 3.584 | | 243.935 | |

*Notes: Data are weighted. Robust standard errors in parentheses. ***p<0.001; **p<0.05; *p<0.1 (two-tailed); †p<0.05 (one-tailed)*

---

[7] N refers to the total number of cases included in the model. The adj R$^2$ is known as the coefficient of determination or fit, and it shows how much of the variation in the data is predicted by the model. The adj R$^2$ ranges from 0 (the model does not explain any of the variation in the data), to 1 (the model explains all the variation in the data). The F-statistic predicts whether the model provides a better fit to the data than a model that contains no independent variables. The intercept is interpreted as the expected likelihood of recommending a park to a friend for those in the control group. The treatment variable shows the average response for those in the treatment group relative to the control. For example, in the first model, the number (-0.441) which is known as a **"coefficient"** tells us that on average those in the treatment group were 44ppts less likely to recommend a park to a friend with kids. **The number in parentheses underneath the coefficient is the "standard error" which is an estimate of the uncertainty associat**ed with the estimate. The stars next to the coefficient denote statistical significance. The conventional level of significance (p<0.05) is denoted with two stars. A more stringent level of statistical significance (p<0.01, which indicates that the probability that the observed relationship is due to chance is less than 1%) is denoted with three stars. A less stringent level of significance (p<0.10) is denoted with one star.

## Experiment 2: Guns in open-air markets

We asked half the respondents how safe it was to go shopping at an open-air market in Fairfax County. The other half received the same question except it also include the words "**if** people are allowed to carry guns in open-air fairs and **markets.**" A test of means (see results of regression analysis in Table E2b), shows that the average number of people in the control condition who say that Fairfax County open-air markets are safe is substantially higher than in the treatment (guns allowed) condition. This difference is statistically significant at conventional levels (p<0.05). This means that there is less than a 5% probability that the difference in means between the two groups is due to random chance (for an explainer on statistical significance, please see p. 4). See Figure EX2a for the difference in means results.



**Figure EX2a. Open-Air Market Safety by Treatment**

**(All Respondents)**

Note: Data are weighted

In the control condition (i.e., no mention of guns), 86% **of survey participants said that it is "very/somewhat safe" to shop in open**-air markets in Fairfax County. However, only 22% of respondents in the treatment condition (i.e., guns are mentioned) say that shopping in open-air markets is "**very/somewhat safe.**" This is a decline of 64-ppts (Figure EX2b).



Figure EX2b. Safety of Fairfax County Open-Air Markets, by Experiment Condition

- As Figure EX2c shows, among those from non-gun-owning households, there is a steep decline in perceptions of safety of open-air markets in the treatment condition relative to the control. This difference is statistically significant at conventional ($p<0.05$) levels (see Table EX2b).
- As the right-hand panel of Figure EX2c shows, a similar albeit smaller decline is observable among respondents from gun-owning households. This decline is also statistically significant at conventional levels (see Table EX2b).



Figure EX2c. Open-Air Market Safety by Treatment & Gun HH Status

Note: Data are weighted

- As shown in Figure EX2d, among those from non-gun-owning households, the vast majority of those in the control condition (88%) evaluated Fairfax County open-air markets as safe. However, in the treatment condition (guns allowed), only 9% say that such markets would be safe. This is a chilling effect of 79-ppts.  As Table E2b shows, the mean difference between the two conditions is statistically significant at conventional levels ($p<0.05$).
- Furthermore, as the same figure shows, among those from gun-owning households, 89% in the control condition say that open-air markets in the County are "somewhat/very safe." However, in the treatment condition, only 49% offer the same response. This is a decline of 40-ppts, and it is statistically significant ($p<0.05$) (also Table E2b).



Table EX2a shows the proportions for the entire five-point scale by treatment group and by gun household status.  It also included the weighted means for each group.

| Table EX2a. Perceptions of Safety at Fairfax County Open-Air/Farmers' Markets by Condition & Gun HH Status | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | _Total_ | | | _Gun HH_ | | | _Non-Gun HH_ | |
| | Control (%) | Treatment (%) | | Control (%) | Treatment (%) | | Control (%) | Treatment (%) |
| Top-2 Box | 4 | 68 | | 4 | 38 | | 3 | 88 |
| Very unsafe | 0 | 48 | | 0 | 24 | | 1 | 61 |
| Somewhat unsafe | 3 | 19 | | 4 | 14 | | 2 | 27 |
| Neither | 10 | 10 | | 7 | 13 | | 9 | 3 |
| Somewhat safe | 33 | 3 | | 39 | 8 | | 32 | 2 |
| Very safe | 53 | 19 | | 50 | 41 | | 57 | 7 |
| Bottom-2 Box | 86 | 22 | | 89 | 49 | | 88 | 9 |
| Mean | _0.84_ | _0.31_ | _p<0.05_ | 0.84 | 0.57 | _p<0.05_ | _0.85_ | _0.17_ | _p<0.05_ |

_P-value is based on the difference in means and denotes statistical significance. Weighted means presented above._

Table EX2b shows bivariate regression analysis that confirm the descriptive results presented above.  For more details on how to interpret these results, please see Footnote #7.

| Table EX2b. Results of Bivariate Regression Analyses | | | | | | |
|---|---|---|---|---|---|---|
| | Total | | Gun HH | | Non-Gun HH | |
| | b/se | | b/se | | b/se | |
| Treatment | -0.526 | *** | -0.267 | *** | -0.687 | *** |
| | (0.03) | | (0.07) | | (0.03) | |
| Intercept | 0.837 | *** | 0.837 | *** | 0.853 | *** |
| | (0.02) | | (0.04) | | (0.02) | |
| N | 449 | | 97 | | 249 | |
| Adj R$^2$ | 0.418 | | 0.140 | | 0.672 | |
| F | 323.134 | | 16.611 | | 508.295 | |
| Notes: Data are weighted. Robust standard errors in parentheses. | | | | | | |
| ***$p<0.001$; **$p<0.05$; *$p<0.1$ (two-tailed); †$p<0.05$ (one-tailed) | | | | | | |

## Experiment 3: Recommend to a friend to attend a protest in Fairfax County

We asked half the respondents (i.e., the control) how likely is it that they would recommend to a friend to attend a political protest in Fairfax County. The other half (i.e., the treatment) received the same question, but it also included the proviso **"in their** area, people are allowed to bring guns to **protests."**  As with previous questions, the response options are: 1) very likely: 2) somewhat likely: 3) neither: 4) somewhat unlikely: 5) very unlikely. A test of means (see results of regression analysis in Table EX3b), shows that the average number of people in the control condition who say they would recommend that a friend attend a protest in Fairfax County is substantially higher than in the treatment (guns allowed) condition. This difference is statistically significant at conventional levels (p<0.05).



Figure EX3a. Likely to Recommend Going to a Protest by Treatment

(All respondents)

Note: Data are weighted

- In the control condition, 49% of respondents say they would be **"very/somewhat likely"** to recommend to the friend to attend a political protest in Fairfax County. However, only 16% of respondents offered the same response in the treatment condition. This is a decline of 33 ppts. The difference in the mean response between the two groups is statistically significant (p<0.05) (See Table EX3b).



Figure EX3b. Likelihood to Recommend Going to a Protest in Fairfax County, by Experiment Condition

- As Figure EX3c shows, among those from non-gun-owning households, there is a steep decline in perceptions of safety of open-air markets in the treatment condition relative to the control. This difference is statistically significant at conventional (p<0.05) levels (see Table EX3b).
- As the right-hand panel of Figure EX3c shows, the trend among those in gun-owning households is also downward but the difference between the two groups does not reach conventional statistical significance levels (p=0.165).



Figure EX3c. Likely to Recommend Going to a Protest by Treatment & Gun HH Status

Note: Data are weighted

- As shown in Figure EX3d, among those from non-gun-owning households, about half (52%) say they would be likely to recommend to a friend to attend a political protest in Fairfax County. However, in the treatment condition (guns allowed), only 6% say the same. This is a chilling effect of 46 ppts.  As Table EX3b shows, the mean difference between the two conditions is statistically significant at conventional levels (p<0.05).
- Furthermore, as the same figure shows, among those from gun-owning households, 44% in the control condition say that they would recommend to a friend to attend a protest in the County. However, in the treatment condition, only 39% offer the same response. This decline of 5 ppts is consistent with what we have reported so far, but it does not reach statistical significance (p=0.165).



Table EX3a shows the proportions for the entire five-point scale by treatment group and by gun household status.  It also included the weighted means for each group.

| Table EX3a. Recommend that a friend attends a protest in Fairfax County. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | _Total_ | | | _Gun HH_ | | | _Non-Gun HH_ | |
| | Control (%) | Treatment (%) | | Control (%) | Treatment (%) | | Control (%) | Treatment (%) |
| Top-2 Box | 21 | 67 | | 21 | 44 | | 20 | 82 |
| Very unlikely | 18 | 52 | | 19 | 33 | | 15 | 59 |
| Somewhat unlikely | 4 | 15 | | 2 | 10 | | 5 | 23 |
| Neither | 30 | 17 | | 35 | 17 | | 28 | 11 |
| Somewhat likely | 25 | 6 | | 20 | 14 | | 29 | 1 |
| Very likely | 24 | 10 | | 24 | 26 | | 23 | 5 |
| Bottom-2 Box | 49 | 16 | | 44 | 39 | | 52 | 6 |
| Mean | _0.58_ | _0.27_ | _p<0.05_ | _0.57_ | _0.47_ | _p=0.165_ | _0.60_ | _0.18_ | _p<0.05_ |

_P-value is based on the difference in means and denotes statistical significance. Weighted means presented above._

Table EX3b shows bivariate regression analysis that confirm the descriptive results presented above. For more details on how to interpret these results, please see Footnote #7.

| Table EX3b. Results of Bivariate Regression Analyses | | | | | | |
|---|---|---|---|---|---|---|
| | Total | | Gun HH | | Non-Gun HH | |
| | b/se | | b/se | | b/se | |
| Treatment | -0.316 | *** | -0.102 | | -0.424 | *** |
| | (0.03) | | (0.07) | | (0.04) | |
| Intercept | 0.584 | *** | 0.572 | *** | 0.6 | *** |
| | (0.02) | | (0.05) | | (0.03) | |
| N | 430 | | 109 | | 239 | |
| Adj R² | 0.177 | | 0.009 | | 0.323 | |
| F | 93.562 | | 1.959 | | 114.559 | |
| Notes: Data are weighted. Robust standard errors in parentheses. ***p<0.001; **p<0.05; *p<0.1 (two-tailed); †p<0.05 (one-tailed) | | | | | | |

## Experiment 4: Recommend to friend to carry a sign at protest in Fairfax County

Finally, we asked half of the respondents how likely they would be to recommend to a friend to bring a sign while attending a protest in Fairfax County (i.e., control group).  The other half received the same question, but it also included the proviso "in their area, people are allowed to bring guns to protests" (i.e., treatment group). We included this experiment because we expect that carrying a sign makes people's views visible to others which likely increases the level of risk that the individual assumes.  We expected that far fewer people in the control condition would be likely to recommend this to a friend (compared to the scenario that did not involve a sign, in experiment 3). This means that our starting base of the people likely to recommend to a friend to attend a protest will be quite low (as a reminder, 49% of people in the control condition in experiment #3 said they would recommend to a friend to go to a protest). If very few people are likely to recommend to a friend to attend a protest with a sign, it is likely that there may be little room to detect a statistically significant decline in the treatment (i.e., guns are mentioned) condition due to a floor effect.  Therefore, this is a "hard" test for the chilling-effects hypothesis: we have set up the experiment to make it difficult to detect a statistically significant decline. Therefore, if we do find a "chilling effect" that is strong evidence of how powerfully people are affected by the prospect of guns in a public space such as a protest (for additional information, please see the Summary of Experimental Findings, p. 10-11).

A difference in means test for the overall population shows that even in this scenario, people assigned to the control condition are more likely to recommend to a friend to engage in political protesting and bring a sign, than are those in the treatment (guns allowed) condition (Figure EX4a). This difference is statistically significant at conventional levels (p<0.05). (Also see Table EX4b).



**Figure EX4a. Likely to Recommend Bringing Sign to a Protest**
**(All Respondents)**

Note: Data are weighted

- In the control condition, respondents are almost equally split, and only 34% of respondents say they would be "very/somewhat likely" to recommend to the friend to carry a sign at the protest, which is substantially less than the 49% who were likely to recommend to the friend to attend the protest in the previous experiment (Figure EX4b).

- In the treatment condition, only 19% of survey participants say they would be "very/somewhat likely" to recommend to the friend to carry a sign at the protest (Figure EX4b). This is a **"chilling effect"** of 15 ppts. The difference in the mean response between the control and treatment groups is statistically significant (p<0.05) (also see Table EX4b).
- Similarly, the proportion of people who are unlikely to recommend to a friend to bring a sign to a protest almost doubles from 34% in the control condition to 66% in the treatment (guns allowed) condition.



Figure EX4b. Likelihood to Recommend Brining Sign to a Protest in Fairfax County, by Experiment Condition

- As Figure EX4c shows, among those from non-gun-owning households, there is a marked decline in the treatment condition relative to the control in terms of the likelihood that the respondent would recommend to a friend to bring a sign to a protest. This difference is statistically significant at conventional (p<0.05) levels (see Table EX2b).
- As the right-hand panel of Figure EX4c shows, there is no difference in the likelihood to recommend to a friend to bring a sign to a protest among those who come from gun-owning households (p=0.438).



Figure EX4c. Likely to Recommend Bringing Sign to a Protest
(By Condition & Gun HH Status)

- As shown in Figure EX4d, among those from non-gun-owning households, a third (33%) say they would be likely to recommend to a friend to attend a political protest in Fairfax County. However, in the treatment condition (guns allowed), only 7% say the same.  Conversely, in the control condition, 35% of this group say they would be unlikely to recommend that a friend carry a sign to a protest, but in the control condition this swells to 82%--an increase of 47 ppts. As Table EX4b shows, the mean difference between the two conditions is statistically significant at conventional levels (p<0.05).

- Among those in gun-owning households, we do not observe any decline in respondents' willingness to recommend to a friend to carry a sign to a protest between the control and treatment conditions. The difference in means between the two is not statistically significant (Table EX4b).



Figure EX4d. Likelihood to Recommend Bringing Sign to a Protest (by Condition & Gun HH Status)

Table EX4a shows the proportions for the entire five-point scale by treatment group and by gun household status.  It also included the weighted means for each group.

| Table EX4a. Recommend that a friend bring a sign to a protest in Fairfax County. | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | | | Gun HH | | Non-Gun HH | |
| | Control (%) | Treatment (%) | | Control (%) | Treatment (%) | Control (%) | Treatment (%) |
| Top-2 Box | 34 | 66 | | 34 | 34 | 35 | 82 |
| Very unlikely | 27 | 47 | | 26 | 31 | 27 | 56 |
| Somewhat unlikely | 7 | 19 | | 8 | 3 | 8 | 27 |
| Neither | 31 | 16 | | 36 | 25 | 33 | 10 |
| Somewhat likely | 18 | 5 | | 15 | 10 | 17 | 1 |
| Very likely | 17 | 13 | | 15 | 31 | 16 | 6 |
| Bottom-2 Box | 34 | 19 | | 30 | 41 | 33 | 7 |
| Mean | *0.47* | *0.30* | *p<0.05* | *0.46* | *0.52* | *p=0.438* | *0.47* | *0.19* | *p<0.05* |
| *P-value is based on the difference in means and denotes statistical significance. Weighted means presented above.* | | | | | | | |

Table EX4b shows bivariate regression analysis that confirm the descriptive results presented above. For an explainer on how to interpret this table, please see Footnote 7.

| Table EX4b. Results of Bivariate Regression Analyses | | | |
| --- | --- | --- | --- |
| | Total b/se | Gun HH b/se | Non-Gun HH b/se |
| Treatment | -0.177 *** | 0.056 | -0.279 *** |
| | (0.03) | (0.07) | (0.04) |
| Intercept | 0.474 *** | 0.463 *** | 0.467 *** |
| | (0.02) | (0.05) | (0.03) |
| N | 424 | 110 | 232 |
| Adj $R^2$ | 0.057 | -0.004 | 0.155 |
| F | 26.369 | 0.607 | 43.264 |
| *Notes: Data are weighted. Robust standard errors in parentheses.* | | | |
| *\*\*\*p<0.001; \*\*p<0.05; \*p<0.1 (two-tailed); †p<0.05 (one-tailed)* | | | |

# Analyses with National Data

In March 2023, a set of experiments mirroring the ones analyzed earlier, were included in a nationally representative survey administered by the survey company YouGov. These analyses are included in Miller D., A. Filindra and N. Kaplan (2023) "Technology, Tradition, and the "Terror of the People," *Notre Dame Law Review* (forthcoming). The survey included 2,858 Americans from across the country, including 924 people from gun-owning households. The survey had an average length of 10 minutes. The data were weighted to match the demographics of the national population. The margin of error for the survey is ±2.7%. We include these secondary analyses because of the large sample of respondents from gun-owning households which enhances the level of confidence in the experimental results.

In the first survey experiment, respondents were randomly assigned to a version of the question that reads: "How likely would you be to recommend to a friend who has children to spend time with them in a public park in your town?" or one that had the same phrasing but at the end added, "if guns are allowed in public spaces."[8] Respondents could choose among five response options ranging from: "very likely, somewhat likely, neither, somewhat unlikely, very unlikely." The results show a chilling effect among the overall population, those from non-gun-owning households, and those from gun-owning households (p<0.05). Specifically, when it comes to those in gun owning households, we observe a drop from 64% to 51% among those who say it is "very/somewhat likely" to recommend (Figure 1B).

For the second experiment, half of the respondents were assigned to a version of the question that reads: "in your view, how safe is it for you and your family to go shopping in open-air fairs and markets, including farmers' markets, in your town," while the other half read the same question but with the phrase "if guns are allowed in public spaces," added to the end of the question. The response options were "very safe, somewhat safe, neither safe nor unsafe, somewhat unsafe, very unsafe." Once again, the results indicate statistically significant chilling effects for all groups (p<0.05). Specifically, among those in gun-owning households, there is a decline from 83% to 69% (14pts) between the control and treatment conditions for those who say they deem such markets as "very/somewhat safe."

In the third survey experiment, half of the respondents were assigned to a version of the question that reads: "a friend is thinking of attending a political protest in your town about an issue that is very important to them and wants your opinion. Would you encourage or discourage your friend from attending," while the other half read the same question but with the phrase "if guns are allowed in public spaces," added to the end of the question. The response options were "strongly encourage, somewhat encourage, neither encourage nor discourage, somewhat discourage, strongly discourage" the friend from attending a protest. In this experiment, we observe statistically significant chilling effects among the overall population and those who come from non-gun-owning households. For those from gun owning households, the direction of effect is consistent with what was expected (a decline of 3ppts), but this difference is not statistically significant.

In the final survey experiment, half of the respondents were assigned to a version of the question that reads: "a friend has decided to attend a political protest in your town about an issue that is very important to them and wants your opinion about whether they should bring a sign or flag. Would you encourage or discourage

---

[8] The small wording differences between the Fairfax County survey and this national survey are not expected to substantively affect data patterns.

your friend from bringing a sign or flag," while the other half read the same question but with the phrase "if guns are allowed in public spaces," added to the end of the question. The response options were "strongly encourage, somewhat encourage, neither encourage nor discourage, somewhat discourage, strongly **discourage**" the friend from carrying a sign or flag to a protest. Similar to the previous experiment, the results for the overall population and those form non-gun-owning households show statistically significant chilling effects ($p<0.05$). For those from gun-owning households, the direction of effect is consistent with expectations, but the 2-ppt decline is not statistically significant.

# Appendix A: Robustness Analyses for the Experiments

A total of 108 of the 457 survey participants (24%) did not specify if their household owns one or more guns. Therefore, the distribution of respondents includes 251 who say their household does not own guns (55%), and 98 people who live in gun-owning households (21%). As a robustness test, we included this group in the analyses to see if their responses followed similar patterns.

Figure Appendix 1a (top left) shows the difference in means for all three groups for the first experiment which asks about recommend to a friend with children to visit a Fairfax County park. As the figure shows, the people for whom we do not have information on their gun ownership seem to respond to the experiment similarly to the non-gun-owning households. As is the case with the non-gun-owning group, with the unknown ownership group we see a statistically significant decline between the control and the experiment (AKA treatment) conditions.

We see a similar pattern in Figure Appendix 1b (top right) which shows the difference in means for the three groups in the second experiment which asked about how safe the respondent would feel going shopping at Fairfax County open-air markets. Among all three groups, on average, there is a statistically significant decline in perceived safety between the control and treatment conditions (p<0.05). This decline is significant at conventional levels of statistical significance.

Figure Appendix 1c (bottom left) shows the results for each of the three groups for the third experiment which asks whether the respondent would recommend to a friend to go to a protest. The difference in means for the "gun status unknown" group is statistically significant at p<0.10 (p<0.05, one-tailed), and it reflects a decline from the control to the treatment condition—a pattern similar to the non-gun in the household group.

Finally, Figure Appendix 1d (bottom right) presents the results of means tests for each of the three groups for the fourth experiment which asks whether the respondent would recommend that a friend carry a sign at a protest. As with the previous experiments, here, we see a decline between the control and treatment groups for the "gun status unknown" group but this decline does not reach conventional levels of statistical significance (p=0.229).



Appendix Table A1, below, shows the results of bivariate regression models for this group of respondents ("gun status **unknown**"). For more details on how to interpret these results, please see Footnote #7.

| Appendix Table A1. Results of Bivariate Regression Analyses | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Recommend Park | | Safe to shop Market | | Recommend protest | | Recommend carry sign to protest |
| | b/se | | b/se | | b/se | | b/se |
| Treatment | -0.36 | *** | -0.365 | *** | -0.227 | * | -0.146 |
| | (0.08) | | (0.08) | | (0.12) | | (0.12) |
| Intercept | 0.782 | *** | 0.768 | *** | 0.549 | *** | 0.501 *** |
| | (0.05) | | (0.05) | | (0.10) | | (0.10) |
| N | 102 | | 103 | | 100 | | 100 |
| Adj R² | 0.155 | | 0.17 | | 0.065 | | 0.021 |
| F | 18.025 | | 18.706 | | 3.66 | | 1.468 |
| *Notes: Data are weighted. Robust standard errors in parentheses. \*\*\*p<0.001; \*\*p<0.05; \*p<0.1 (two-tailed): †p<0.05 (one-tailed)* | | | | | | | |

Appendix Table A2 shows the results of balance tests for the experiments. The tests indicate that only education and race are not balanced. As a result, we have specified multivariate regression models to ensure that the results hold even with demographic controls (See Appendix Table A3). At the table shows, for all four dependent variables, the treatment produces statistically significant results even after controlling for demographics.

| Appendix Table A2. Experiment Balance Table | | | |
|---|---|---|---|
| | Control | Treatment | p-value |
| Male | 44% | 49% | 0.254 |
| College | 71% | 56% | 0.029 |
| Age | 46 | 49 | 0.212 |
| Income | 65% | 70% | 0.177 |
| White | 69% | 54% | 0.039 |
| Gun in home | 22% | 24% | 0.69 |

| Appendix Table A3: Multivariate Regression Analyses with Demographic Controls | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Recommend park | | Safe to shop market | | Recommend going to protest | | Recommend carry sign to protest |
| | b/se | | b/se | | b/se | | b/se |
| Treatment | -0.462 | *** | -0.594 | *** | -0.35 | *** | -0.189 | *** |
| | (0.05) | | (0.04) | | (0.05) | | (0.05) |
| Age (continuous) | -0.003 | ** | -0.004 | *** | -0.003 | ** | -0.004 | *** |
| | (0.00) | | (0.00) | | (0.00) | | (0.00) |
| Income (continuous) | 0.108 | | 0.192 | ** | 0.087 | | 0.007 |
| | (0.11) | | (0.09) | | (0.11) | | (0.11) |
| Gun in home | 0.10 | | 0.158 | ** | 0.06 | | 0.123 |
| | (0.07) | | (0.07) | | (0.08) | | (0.07) |
| Male | -0.001 | | -0.031 | | 0.002 | | -0.024 |
| | (0.05) | | (0.04) | | (0.05) | | (0.06) |
| College | -0.183 | ** | -0.147 | ** | -0.064 | | -0.005 |
| | (0.07) | | (0.06) | | (0.08) | | (0.08) |
| White | 0.139 | ** | 0.119 | ** | 0.071 | | 0.104 |
| | (0.06) | | (0.05) | | (0.06) | | (0.06) |
| Intercept | 0.831 | *** | 0.912 | *** | 0.658 | *** | 0.564 | *** |
| | (0.10) | | (0.10) | | (0.11) | | (0.11) |
| N | 297 | | 306 | | 293 | | 288 |
| Adj R$^2$ | 0.365 | | 0.593 | | 0.248 | | 0.132 |
| F | 19.512 | | 62.249 | | 10.967 | | 5.224 |

Notes: Data are weighted. Robust standard errors in parentheses. ***$p<0.001$; **$p<0.05$; *$p<0.1$ (two-tailed): ╪$p<0.05$ (one-tailed)

Appendix Table B4 shows that the effect of the treatment also holds among respondents from non-gun-owning households for all four experiments.

Appendix Table B4: Multivariate Regression Analyses with Demographic Controls (Non-gun HH)

| | Recommend Park | | Safe to shop market | | Recommend going to protest | | Recommend carry sign to protest | |
|---|---|---|---|---|---|---|---|---|
| | b/se | | b/se | | b/se | | b/se | |
| Treatment | -0.571 | *** | -0.698 | *** | -0.422 | *** | -0.271 | *** |
| | (0.05) | | (0.04) | | (0.05) | | (0.05) | |
| Age (continuous) | -0.002 | | -0.003 | ** | -0.003 | * | -0.002 | |
| | (0.00) | | (0.00) | | (0.00) | | (0.00) | |
| Income (continuous) | 0.068 | | 0.18 | ** | -0.014 | | -0.053 | |
| | (0.11) | | (0.09) | | (0.10) | | (0.11) | |
| Male | 0.027 | | 0.027 | | 0.064 | | 0.06 | |
| | (0.05) | | (0.04) | | (0.05) | | (0.05) | |
| College | -0.073 | | -0.05 | | 0.05 | | 0.09 | |
| | (0.06) | | (0.04) | | (0.06) | | (0.06) | |
| White | 0.133 | ** | 0.115 | ** | 0.068 | | 0.126 | * |
| | (0.06) | | (0.05) | | (0.06) | | (0.06) | |
| Intercept | 0.78 | *** | 0.824 | *** | 0.646 | *** | 0.459 | *** |
| | (0.10) | | (0.09) | | (0.12) | | (0.12) | |
| N | 211 | | 220 | | 212 | | 207 | |
| Adj R$^2$ | 0.502 | | 0.726 | | 0.376 | | 0.219 | |
| F | 29.147 | | 121.436 | | 23.325 | | 11.59 | |

Notes: Data are weighted. Robust standard errors in parentheses. ***$p<0.001$; **$p<0.05$; *$p<0.1$ (two-tailed); †$p<0.05$ (one-tailed)

As Appendix Table B5 shows, when controls are included in the model, the direction of the coefficient for the treatment is consistent with expectations for three of the four experiments, but only in the question about safety in open-air markets is the treatment statistically significant at conventional levels.

| Appendix Table B5: Multivariate Regression Analyses with Demographic Controls (Gun HH) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Recommend Park | | Safe to shop market | | Recommend going to protest | | Recommend carry sign to protest |
| | b/se | | b/se | | b/se | | b/se |
| Treatment | -0.149 | | -0.294 *** | | -0.115 | | 0.022 |
| | (0.11) | | (0.09) | | (0.11) | | (0.11) |
| Age (continuous) | -0.006 ** | | -0.006 ** | | 0.00 | | -0.006 * |
| | (0.00) | | (0.00) | | (0.00) | | (0.00) |
| Income (continuous) | 0.11 | | 0.082 | | 0.424 * | | 0.208 |
| | (0.18) | | (0.17) | | (0.24) | | (0.26) |
| Male | -0.001 | | -0.127 | | -0.124 | | -0.152 |
| | (0.09) | | (0.08) | | (0.11) | | (0.12) |
| College | -0.458 *** | | -0.347 *** | | -0.306 * | | -0.141 |
| | (0.13) | | (0.12) | | (0.15) | | (0.16) |
| White | 0.205 * | | 0.188 | | 0.21 | | 0.10 |
| | (0.12) | | (0.11) | | (0.13) | | (0.13) |
| Intercept | 1.079 *** | | 1.249 *** | | 0.352 | | 0.688 ** |
| | (0.20) | | (0.21) | | (0.28) | | (0.33) |
| N | 86 | | 86 | | 81 | | 81 |
| Adj $R^2$ | 0.146 | | 0.283 | | 0.121 | | 0.074 |
| F | 3.978 | | 5.623 | | 2.299 | | 1.533 |

Notes: Data are weighted. Robust standard errors in parentheses. ***$p<0.001$; **$p<0.05$; *$p<0.1$ (two-tailed); †$p<0.05$ (one-tailed)

# Appendix B:  Public Space Usage

| Appendix Table B1a. Typical Park Usage Before Covid (All respondents) | | | | | |
|---|---|---|---|---|---|
| | Parks with amenities for children | Water parks | Golf parks | Camping parks | Remote parks |
| | (%) | (%) | (%) | (%) | (%) |
| Never use | 34 | 48 | 75 | 80 | 54 |
| Use at least once a month | 66 | 52 | 25 | 20 | 46 |
| | | | | | |
| Once a month | 31 | 35 | 16 | 17 | 23 |
| Once every other week | 11 | 6 | 3 | 1 | 7 |
| Once a week | 11 | 5 | 4 | 1 | 7 |
| Several days a week | 11 | 5 | 2 | 1 | 8 |
| Every day | 2 | 1 | 0 | 0 | 2 |
| *Note: data are weighted.* | | | | | |

| Appendix Table B1b. Typical Market Usage Before Covid (All Respondent) | |
|---|---|
| | Farmers' markets |
| Never | 35 |
| At least once every other month | 65 |
| Every other month | 21 |
| Once a month | 24 |
| Every other week | 10 |
| Every week | 10 |
| Note: Data are weighted. | |

# Appendix C : Factor Analyses

Appendix Table C1. If guns are allowed in the following public spaces in Fairfax County, do you think that each of the following will be a lot safer, somewhat safer, about the same, somewhat less safe, or a lot less safe than they are now?

|  | Factor1 | Factor2 | Factor3 | Factor4 | Uniqueness |
|---|---|---|---|---|---|
| Parks with amenities for children | 0.9816 | -0.0676 | -0.0508 | -0.0068 | 0.0293 |
| Waterparks | 0.9860 | -0.0572 | 0.0046 | -0.0152 | 0.0242 |
| Golf parks | 0.9631 | -0.0470 | 0.0681 | 0.0022 | 0.0656 |
| Camping parks | 0.9578 | 0.1260 | 0.0133 | -0.0050 | 0.0665 |
| Remote parks | 0.9676 | 0.1133 | -0.0216 | 0.0056 | 0.0505 |
| Open-air markets | 0.9782 | -0.0637 | -0.0124 | 0.0194 | 0.0385 |
| | | | | | |
| Eigenvalue | 5.6739 | | | | |
| Explained variance | 0.9984 | | | | |
| Cronbach's alpha | 0.988 | | | | |
| LR test: independent vs. saturated:  chi2(15) = 5404.94 Prob>chi2 = 0.0000 | | | | | |

Appendix Table C2. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if other people were armed in each of the following places?

|  | Factor1 | Factor2 | Factor3 | | Uniqueness |
|---|---|---|---|---|---|
| Parks with amenities for children | 0.9749 | -0.096 | 0.0362 | | 0.0391 |
| Waterparks | 0.9875 | -0.0627 | -0.0017 | | 0.021 |
| Golf parks | 0.9774 | -0.0486 | -0.043 | | 0.0404 |
| Camping parks | 0.9703 | 0.1302 | 0.0063 | | 0.0416 |
| Remote parks | 0.9725 | 0.1316 | 0.0032 | | 0.037 |
| Open-air markets | 0.9858 | -0.0521 | -0.0009 | | 0.0255 |
| | | | | | |
| Eigenvalue | 5.73979 | | | | |
| Explained variance | 0.9969 | | | | |
| Cronbach's alpha | 0.9912 | | | | |
| LR test: independent vs. saturated:  chi2(15) = 6046.91 Prob>chi2 = 0.0000 | | | | | |

Appendix Table C3. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if you were the one armed in each of the following places?

| | Factor1 | Factor2 | Factor3 | | Uniqueness |
|---|---|---|---|---|---|
| Parks with amenities for children | 0.9901 | -0.0687 | 0.0234 | | 0.0145 |
| Waterparks | 0.9947 | -0.0643 | 0.0141 | | 0.0063 |
| Golf parks | 0.9923 | -0.0768 | -0.0196 | | 0.009 |
| Camping parks | 0.9809 | 0.1326 | 0.0034 | | 0.0202 |
| Remote parks | 0.9829 | 0.1274 | -0.0026 | | 0.0177 |
| Open-air markets | 0.9909 | -0.0475 | -0.0187 | | 0.0156 |

| | |
|---|---|
| Eigenvalue | 5.8644 |
| Explained variance | 0.994 |
| Cronbach's alpha | 0.9961 |
| LR test: independent vs. saturated:  chi2(15) = 6960.83 Prob>chi2 = 0.0000 | |

Appendix Table C4. If guns are allowed in the following public spaces in Fairfax County, do you think that you and your family will be a lot more likely to visit, somewhat more likely to visit, about the same, somewhat less likely to visit, a lot less likely to visit?

| | Factor1 | Factor2 | Factor3 | | Uniqueness |
|---|---|---|---|---|---|
| Parks with amenities for children | 0.9816 | -0.0889 | 0.0106 | | 0.0285 |
| Waterparks | 0.9872 | -0.022 | -0.0214 | | 0.0244 |
| Golf parks | 0.9709 | -0.0105 | -0.0325 | | 0.0561 |
| Camping parks | 0.9774 | 0.1058 | -0.0105 | | 0.0334 |
| Remote parks | 0.9727 | 0.0676 | 0.0337 | | 0.0481 |
| Open-air markets | 0.9773 | -0.0512 | 0.0202 | | 0.0418 |

| | |
|---|---|
| Eigenvalue | 5.73758 |
| Explained variance | 1.0008 |
| Cronbach's alpha | 0.9918 |
|  LR test: independent vs. saturated:  chi2(15) = 5859.26 Prob>chi2 = 0.0000 | |

Appendix Table C5. If guns are allowed in the following public spaces in Fairfax County, how likely would you be to bring a gun to each of the following places?

|  | Factor1 | Factor2 | Factor3 |  | Uniqueness |
|---|---|---|---|---|---|
| Parks with amenities for children | 0.9824 | -0.1466 | 0.0347 |  | 0.0122 |
| Waterparks | 0.9824 | -0.1253 | 0.0496 |  | 0.0167 |
| Golf parks | 0.98 | -0.1486 | -0.0372 |  | 0.0162 |
| Camping parks | 0.9387 | 0.2781 | 0.0055 |  | 0.0415 |
| Remote parks | 0.9528 | 0.2507 | -0.0011 |  | 0.0294 |
| Open-air markets | 0.9862 | -0.0883 | -0.0513 |  | 0.017 |

| Eigenvalue | 5.65208 |
|---|---|
| Explained variance | 0.969 |
| Cronbach's alpha | 0.9867 |
| LR test: independent vs. saturated:  chi2(15) = 6465.72 Prob>chi2 = 0.0000 | |

Appendix Table C6. If guns are allowed in the following public spaces in Fairfax County, how safe or unsafe would you feel in a heated argument with someone while in a [location]:

|  | Factor1 | Factor2 | Factor3 | Factor4 | Uniqueness |
|---|---|---|---|---|---|
| Parks with amenities for children | 0.9881 | -0.0515 | 0.056 | 0.0011 | 0.0178 |
| Waterparks | 0.9941 | -0.0618 | 0.0061 | -0.0126 | 0.0077 |
| Golf parks | 0.992 | -0.0493 | -0.0437 | 0.0000 | 0.0116 |
| Camping parks | 0.9903 | 0.0816 | -0.0229 | -0.0101 | 0.0119 |
| Remote parks | 0.9846 | 0.1044 | 0.0243 | 0.0047 | 0.019 |
| Open-air markets | 0.9858 | -0.0228 | -0.0196 | 0.0171 | 0.0269 |

| Eigenvalue | 5.87088 |
|---|---|
| Explained variance | 0.9969 |
| Cronbach's alpha | 0.9964 |
| LR test: independent vs. saturated:  chi2(15) = 7610.60 Prob>chi2 = 0.0000 | |

Appendix Table C7. If guns are allowed in the following public spaces in Fairfax County, do you think that crime in such spaces will increase a lot, increase somewhat, stay the same, decrease somewhat, or decrease a lot?

|  | Factor1 | Factor2 | Factor3 | Factor4 | Uniqueness |
|---|---|---|---|---|---|
| Parks with amenities for children | 0.9858 | -0.0705 |  |  | 0.0232 |
| Waterparks | 0.9877 | -0.069 |  |  | 0.0197 |
| Golf parks | 0.9772 | -0.0826 |  |  | 0.0383 |
| Camping parks | 0.9745 | 0.1215 |  |  | 0.0356 |
| Remote parks | 0.9773 | 0.1238 |  |  | 0.0296 |
| Open-air markets | 0.9796 | -0.0214 |  |  | 0.0399 |
| | | | | | |
| Eigenvalue | 5.76656 | | | | |
| Explained variance | 0.9979 | | | | |
| Cronbach's alpha | 0.9932 | | | | |

LR test: independent vs. saturated:  chi2(15) = 5926.48 Prob>chi2 = 0.0000

Appendix Table C8. If guns are allowed in the following public spaces in Fairfax County, how safe do you imagine other people would feel if you carried a gun in public spaces?

|  | Factor1 | Factor2 | Factor3 | Factor4 | Uniqueness |
|---|---|---|---|---|---|
| Parks with amenities for children | 0.981 | -0.1031 | -0.0683 | -0.0012 | 0.0223 |
| Waterparks | 0.9886 | -0.0659 | -0.0068 | -0.0336 | 0.0171 |
| Golf parks | 0.9746 | -0.0675 | 0.0771 | 0.0002 | 0.0396 |
| Camping parks | 0.9728 | 0.1821 | 0.0172 | -0.0084 | 0.0202 |
| Remote parks | 0.9714 | 0.1762 | -0.0259 | 0.0148 | 0.0245 |
| Open-air markets | 0.9761 | -0.1191 | 0.0071 | 0.0287 | 0.0322 |
| | | | | | |
| Eigenvalue | 5.73229 | | | | |
| Explained variance | 0.986 | | | | |
| Cronbach's alpha | 0.9917 | | | | |

LR test: independent vs. saturated:  chi2(15) = 5410.58 Prob>chi2 = 0.0000

# Appendix D : Survey Questionnaire

FAIRFAX COMMUNITY SURVEY

There are many public parks in Fairfax County. These public parks include preserves, hiking and biking paths and trails, camp sites, picnic sites, dog parks, public gardens (including botanical gardens), athletic fields, tennis courts, public golf courses, skate parks, volleyball courts, swimming pools, boat launches and a marina, and public lakes and rivers.

Please know that when we ask about your use of <u>public parks</u>, we are asking about your use of any and all of the above <u>in Fairfax County</u>.

Q1. <u>Before Covid-19</u>, in a typical summer how often did you or your family use the following types of public parks in Fairfax County?

| | Every day (1) | Several days a week (2) | Once a week (3) | Once every other week (4) | Once a month (5) | Never (6) | I prefer not to say (7) |
|---|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | | | | | | | |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | | | | | | | |
| Parks that offer golf-related activities | | | | | | | |
| Parks that offer camping | | | | | | | |
| Parks that have unpaved trails and no basic amenities such as toilets | | | | | | | |

[HALF HERE AND HALF AFTER Q19] Q2. <u>This summer</u>, how often do you or your family expect to use the following types of public parks?

| | Every day (1) | Several days a week (2) | Once a week (3) | Once every other week (4) | Once a month (5) | Never (6) | I prefer not to say (7) |
|---|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | | | | | | | |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | | | | | | | |
| Parks that offer golf-related activities | | | | | | | |
| Parks that offer camping | | | | | | | |
| Parks that have unpaved trails and no basic amenities such as toilets | | | | | | | |

There are also several open-air fairs and markets, including **farmers'** markets, <u>in Fairfax County</u>.

Q3. <u>Before Covid-19</u>, in a typical summer how often did you or your family visit open-air fairs and markets, including **farmers'** markets, in Fairfax County?

    Every week (1): Every other week (2): Once a month (3): Every other month (4): Never (5) I **don't** know/I prefer not to say (6)

[HALF HERE AND HALF AFTER Q19] Q4. <u>This summer</u>, how often do you or your family expect to visit open-air fairs and markets, including **farmers'** markets, in Fairfax County?

    Every week (1): Every other week (2): Once a month (3): Every other month (4): Never (5) I **don't** know/I prefer not to say (6)

Q5. Before Covid-19, in a typical year, how often did you participate in any in-person political meetings, rallies, demonstrations, speeches, fundraisers, or similar events in support of a particular issue, candidate or party?

Very often (1): Somewhat often (2): Not very often (3): Not at all often (4): Never (5) I **don't** know/I prefer not to say (6)

[HALF HERE AND HALF AFTER Q19] Q6. Between now and the 2022 midterm election in November, how likely are you to attend any in-person political meetings, rallies, demonstrations, speeches, fundraisers, or similar events in support of a particular issue, candidate or party?

    Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) I **don't** know/I prefer not to say (6)

| VERSION A | VERSION B |
|---|---|
| Q7a. How likely would you be to recommend to a friend who has children to spend time with them in a public park in Fairfax County?<br><br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) **Don't know/Prefer not to say (6)** | Q7b. How likely would you be to recommend to a friend who has children to spend time with them in a public park in Fairfax County if people are allowed to carry guns in public parks?<br><br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) **Don't know/Prefer not to say (6)** |
| Q8a. In your view, how safe is it for you and your family to go shopping in open-**air fairs and markets, including farmers'** markets in Fairfax County?<br><br>Very safe (1): Somewhat safe (2): Neither safe nor unsafe (3): Somewhat unsafe (4): Very unsafe (5) | Q8b. In your view, if people are allowed to carry guns in open-air fairs and markets, how safe is it for you and your family to go shopping in open-air fairs and markets, including **farmers' markets in Fairfax County?**<br><br>Very safe (1): Somewhat safe (2): Neither safe nor unsafe (3): Somewhat unsafe (4): Very unsafe (5) |
| Q9a. A friend is thinking of attending a political protest in Fairfax County about an issue that is very important to them and wants your opinion. How likely are you to recommend that they attend the protest?<br><br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) **Don't know/prefer not to say (6)** | Q9b. A friend is thinking of attending a political protest in Fairfax County about an issue that is very important to them and wants your opinion. How likely are you to recommend that they attend the protest? In their area, people are allowed to bring guns to protests.<br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5); **Don't know/prefer not to say (6)** |
| Q10a. A friend is thinking of attending a political protest in Fairfax County about an issue that is very important to them and wants your opinion. How likely are you to recommend that they bring a sign to the protest?<br><br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) **Don't know/prefer not to say (6)** | Q10b. A friend is thinking of attending a political protest in Fairfax County about an issue that is very important to them and wants your opinion. How likely are you to recommend that they bring a sign to the protest? In their area, people are allowed to bring guns to protests.<br>Very likely (1): Somewhat likely (2): Neither likely nor unlikely (3): Somewhat unlikely (4): Very unlikely (5) **Don't know/prefer not to say (6)** |

Q11. In your view, how safe is it for you and your family to spend time in a public park in Fairfax County?
Very safe (1): Somewhat safe (2): Neither safe nor unsafe (3): Somewhat unsafe (4): Very unsafe (5) I **don't** know/I prefer not to say (6)

Q12. If guns are allowed in the following public spaces in Fairfax County, do you think that each of the following will be a lot safer, somewhat safer, about the same, somewhat less safe, or a lot less safe than they are now?

|  | A lot safer | Somewhat safer | About the same | Somewhat less safe | A lot less safe | **Don't** know/Prefer not to say |
|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer golf-related activities | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer camping | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that have unpaved trails and no basic amenities such as toilets | 1 | 2 | 3 | 4 | 5 | 6 |
| Open-air fairs and markets, including **farmers'** markets | 1 | 2 | 3 | 4 | 5 | 6 |
| Political meetings, rallies or demonstrations held in outdoor public places | 1 | 2 | 3 | 4 | 5 | 6 |

Q13. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if other people were armed in each of the following places?

| | A lot safer | Somewhat safer | About the same | Somewhat less safe | A lot less safe | Don't know/Prefer not to say |
|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer golf-related activities | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer camping | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that have unpaved trails and no basic amenities such as toilets | 1 | 2 | 3 | 4 | 5 | 6 |
| Open-air fairs and markets, including farmers' markets | 1 | 2 | 3 | 4 | 5 | 6 |
| Political meetings, rallies or demonstrations held in outdoor public places | 1 | 2 | 3 | 4 | 5 | 6 |

Q14. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if you were the one armed in each of the following places?

| | A lot safer | Somewhat safer | About the same | Somewhat less safe | A lot less safe | Don't know/Prefer not to say |
|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer golf-related activities | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer camping | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that have unpaved trails and no basic amenities such as toilets | 1 | 2 | 3 | 4 | 5 | 6 |
| Open-air fairs and markets, including farmers' markets | 1 | 2 | 3 | 4 | 5 | 6 |
| Political meetings, rallies or demonstrations held in outdoor public places | 1 | 2 | 3 | 4 | 5 | 6 |

Q15. <u>If guns are allowed in the following public spaces in Fairfax County,</u> do you think that you and your family will be a lot more likely to visit, somewhat more likely to visit, about the same, somewhat less likely to visit, a lot less likely to visit?

|  | A lot more likely | Somewhat more likely | About the same | Somewhat less likely | A lot less likely | **Don't** know/Prefer not to say |
|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer golf-related activities | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer camping | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that have unpaved trails and no basic amenities such as toilets | 1 | 2 | 3 | 4 | 5 | 6 |
| Open-air fairs and markets, including **farmers'** markets | 1 | 2 | 3 | 4 | 5 | 6 |
| Political meetings, rallies or demonstrations held in outdoor public places | 1 | 2 | 3 | 4 | 5 | 6 |

Q16. <u>If guns are allowed in the following public spaces in Fairfax County,</u> how likely would you be to bring a gun to each of the following places?

|  | Very likely | Somewhat likely | Neither | Somewhat unlikely | Very unlikely | **Don't** know/Prefer not to say |
|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer golf-related activities | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer camping | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that have unpaved trails and no basic amenities such as toilets | 1 | 2 | 3 | 4 | 5 | 6 |
| Open-air fairs and markets, including **farmers'** markets | 1 | 2 | 3 | 4 | 5 | 6 |
| Political meetings, rallies or demonstrations held in outdoor public places | 1 | 2 | 3 | 4 | 5 | 6 |

Q17. <u>If guns are allowed in the following public spaces in Fairfax County,</u> how safe or unsafe would you feel in a heated argument with someone while in a:

| | Very safe | Somewhat safe | Neither | Somewhat unsafe | Very unsafe | **Don't** know/Prefer not to say |
|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer golf-related activities | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer camping | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that have unpaved trails and no basic amenities such as toilets | 1 | 2 | 3 | 4 | 5 | 6 |
| Open-air fair or market, including **farmers'** markets | 1 | 2 | 3 | 4 | 5 | 6 |
| Political meeting, rally or demonstration held outdoors | 1 | 2 | 3 | 4 | 5 | 6 |

Q18. <u>If guns are allowed in the following public spaces in Fairfax County,</u> do you think that crime in such spaces will increase a lot, increase somewhat, stay the same, decrease somewhat, or decrease a lot?

| | Increase a lot | Increase somewhat | Stay the same | Decrease somewhat | Decrease a lot | **Don't** know/Prefer not to say |
|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer golf-related activities | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer camping | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that have unpaved trails and no basic amenities such as toilets | 1 | 2 | 3 | 4 | 5 | 6 |
| Open-air fairs and markets, including **farmers'** markets | 1 | 2 | 3 | 4 | 5 | 6 |
| Political meetings, rallies or demonstrations held in outdoor public places | 1 | 2 | 3 | 4 | 5 | 6 |

Q19. If guns are allowed in the following public spaces in Fairfax County, how safe do you imagine other people would feel if you carried a gun in public spaces?

| | Very safe | Somewhat safe | Neither | Somewhat unsafe | Very unsafe | **Don't** know/Prefer not to say |
|---|---|---|---|---|---|---|
| Parks that offer outdoors amenities for families and children (e.g., playground, picnic pavilions, organized activities for children) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer outdoors, water-based recreation for adults and children (e.g., fishing and boating) | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer golf-related activities | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that offer camping | 1 | 2 | 3 | 4 | 5 | 6 |
| Parks that have unpaved trails and no basic amenities such as toilets | 1 | 2 | 3 | 4 | 5 | 6 |
| Open-air fairs and markets, including **farmers'** markets | 1 | 2 | 3 | 4 | 5 | 6 |
| Political meetings, rallies or demonstrations held in outdoor public places | 1 | 2 | 3 | 4 | 5 | 6 |

Q20. People have different beliefs about guns. For each of the following, please tell us if it is very true, somewhat true, neither true nor false, somewhat false, or very false.

| | Very true(1) | Somewha t true(2) | Neither (3) | Somewha t false (4) | Very false (5) | **Don't** know/Prefer not to say (6) |
|---|---|---|---|---|---|---|
| Gun owners should be required to take a gun safety training course | 1 | 2 | 3 | 4 | 5 | 6 |
| Having a gun at home makes you safer | 1 | 2 | 3 | 4 | 5 | 6 |
| Gun owners should be required to store their guns in a lock box, separate from ammunition | 1 | 2 | 3 | 4 | 5 | 6 |
| Public spaces are safer if people are allowed to carry guns | 1 | 2 | 3 | 4 | 5 | 6 |
| Arming ordinary citizens is an effective way to prevent mass shootings | 1 | 2 | 3 | 4 | 5 | 6 |
| Background checks should be performed for all gun sales | 1 | 2 | 3 | 4 | 5 | 6 |
| Women are less likely to be attacked if they carry a gun | 1 | 2 | 3 | 4 | 5 | 6 |
| Gun ownership is a sign of good citizenship | 1 | 2 | 3 | 4 | 5 | 6 |
| People own guns to protect themselves and others from crime | 1 | 2 | 3 | 4 | 5 | 6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| I am very disturbed by the thought that I or my loved ones might be injured or killed **because laws aren't strict enough** | 1 | 2 | 3 | 4 | 5 | 6 |
| Government is so powerful that people need guns to protect themselves from it | 1 | 2 | 3 | 4 | 5 | 6 |
| When people keep a gun in their home, there is an increased risk that someone will be accidentally shot. | 1 | 2 | 3 | 4 | 5 | 6 |
| The more guns there are in our society, the less safe our society becomes | 1 | 2 | 3 | 4 | 5 | 6 |
| Fewer people commit violent crimes when private citizens are allowed to carry concealed handguns | 1 | 2 | 3 | 4 | 5 | 6 |
| I am very disturbed by the thought that gun laws might interfere with my ability to defend myself or my loved ones | 1 | 2 | 3 | 4 | 5 | 6 |

Q21. Please rank the following government guarantees in terms of their importance to you and your family.  (With 1 being most important, 2 being second most important and 3 being third most important, etc.).

_____Right to bear arms (1)
_____Right to vote (2)
_____Right to be free of discrimination (3)
_____Right to free speech (4)
_____Right to a fair trial (5)

Q22. How worried are you that you or a family member may become a victim of a serious crime? Would you say you are: Extremely worried (1): Very worried (2): Not very worried (3): Not at all worried (4) **Don't know/prefer** not to say (5)

Q23. Have you or a member of your household ever been the victim of a violent crime? Yes (1) No (2) Prefer not to say (3)

Q24. Have you ever encountered an openly-armed person, other than a law enforcement officer, in a public place? Yes (1) No (2) **Don't know** (3)
          [IF Q24=YES:] Q25. How did this encounter make you feel?
Very safe (1): Somewhat safe (2): It did not affect me (3): Somewhat unsafe (4): Very unsafe **(5) Don't know/prefer** not to say (6)
Q26. How many guns do you or anyone else living in your household own? _____

[IF Q26=other than zero] Q27. Do you personally own a gun? (1) Yes (2) No (3) Prefer not to say

Q28 [IF Q27=YES]. Do you carry a concealed gun?  (1) Yes (2) No (3) Prefer not to say
Q29. [If Q27=YES]. Did you purchase a gun in the past 18 months? (1) Yes (2) No (3) Prefer not to say

Q30. Do you plan on purchasing a gun in the next 18 months? (1) Yes (2) No (3) Prefer not to say

Q32. [Q27=YES OR Q30=YES] What kind of gun do you own or plan to purchase? Please, select all that apply.

1) Handgun: 2) Shotgun: 3) Rifle: 4) Other 5) Prefer not to say

Q31. [IF Q27=YES] What is the primary reason why you own a gun?

1. Personal protection
2. Sports/hunting
3. Second Amendment right
4. Work
5. Protection from government
6. Inheritance or gift
7. Other[specify]_____
8. Prefer not to say

Q33. When you think about the National Rifle Association (NRA), how often do you say "we" instead of "they"? Always (1): Often (2): Sometimes (3): Rarely (4) : Never (5) **Don't** know/prefer not to say (6)

Q34. Do you think what happens to gun owners in this country will have something to do with what happens in your life?
All the time (1) Often (2) Sometimes (3) Never (4) **Don't** know/prefer not to say (5)

Q35. Now, please think about your CHILDHOOD (before the age of 18). Did anyone in your household do the following things when you were growing up?

|  | Yes | No | **Don't** know/Prefer not to say |
|---|---|---|---|
| Keep a gun in the house | 1 | 2 | 3 |
| Teach you how to shoot a gun | 1 | 2 | 3 |
| Teach you how to clean a gun | 1 | 2 | 3 |
| Take you hunting | 1 | 2 | 3 |
| Take you to a gun show | 1 | 2 | 3 |

Q36. Over the past five years, do you think that economic opportunities in this region as a whole have increased a lot, increased somewhat, stayed the same, decreased somewhat, or decreased a lot?

Increased a lot (1): Increased somewhat (2): Stayed the same (3): Decreased somewhat (4): Decreased a lot (5)

Q37. So far as you and your family are concerned, how worried are you about your current financial situation?

Extremely worried (1): Very worried (2): Moderately worried (3): A little worried (4): Not at all worried (5)

Q38. For each of the following statements, please indicate if you think the statement is very true, somewhat true, neither true or false, somewhat false, or very false.

|  | Very true(1) | Somewhat true(2) | Neither (3) | Somewhat false (4) | Very false (5) | **Don't** know/Prefer not to say (6) |
|---|---|---|---|---|---|---|
| **It's** a mistake to ask society to help every person in need | 1 | 2 | 3 | 4 | 5 | 6 |
| The government interferes way too much in our everyday lives | 1 | 2 | 3 | 4 | 5 | 6 |
| Sometimes government needs to make laws to keep people from hurting themselves | 1 | 2 | 3 | 4 | 5 | 6 |

Q39. In American society, how much discrimination is there against each of the following groups? Is it a lot, some, a little, or none at all?

|  | A lot (1) | Some (2) | A little (3) | None at all (4) | **Don't** know/Prefer not to say (6) |
|---|---|---|---|---|---|
| Black people | 1 | 2 | 3 | 4 | 5 |
| Gun owners | 1 | 2 | 3 | 4 | 5 |
| Immigrants | 1 | 2 | 3 | 4 | 5 |
| Men | 1 | 2 | 3 | 4 | 5 |
| White people | 1 | 2 | 3 | 4 | 5 |
| Women | 1 | 2 | 3 | 4 | 5 |

Q40. People do not have the same views about the role of men and women in the family and in society. For each of the following statements, please indicate if you think the statement is very true, somewhat true, neither true or false, somewhat false, or very false.

| | Very true(1) | Somewhat true(2) | Neither (3) | Somewhat false (4) | Very false (5) | **Don't** know/Prefer not to say (6) |
|---|---|---|---|---|---|---|
| When women demand equality these days, they are actually seeking special favors | 1 | 2 | 3 | 4 | 5 | 6 |
| Women should be cherished and protected by men | 1 | 2 | 3 | 4 | 5 | 6 |
| A real man will never back down from a fight | 1 | 2 | 3 | 4 | 5 | 6 |

We have just a few final questions about you. As a reminder, all of your responses are completely confidential. These data are collected for statistical analysis purposes only.

Q41. What is your 5-digit zip code? _____

Q42. In what year were you born? _____

Q43. With which gender do you identify? (1) Man (2) Woman (3) Prefer to provide own description: _____(4) Prefer not to say

Q44. How do you describe yourself most of the time? (Please select one category)
          American Indian or Alaskan Native
          Asian or Asian American
          Black or African American
          Hispanic or Latina/o/x
          Middle Eastern/North African
          Native Hawaiian, or other Pacific Islander
          White
          Multiracial
          Prefer not to say

Q45. How important to your identity is your racial heritage? Extremely important (1): Very important (2): Moderately important (3): Slightly important (4): Not at all important (5) **Don't know/prefer not to say (6)**

Q46. What is the highest level of education you have completed?
          Less than high school diploma (1)
          High school graduate/GED (2)
          Some college but no degree (3)
          **Associate's Degree (AA) (4)**
          **Bachelor's Degree (for example: BA, BS) (5)**
          **Master's,** Professional or Doctoral degree (for example: MA, MSW, MD, PhD) (6)

Prefer not to say (7)

Q47. Which of the following best describes you?
          Employed full time (35 hours/week or more) (1)
          Employed part time (2)
          Looking for work (3)
          Stay-at-home parent/homemaker (4)
          Student (5)
          Retired (6)
          Disabled (7)
          Other (specify) (8)
          Prefer not to say (9)

Q48. What is your current marital status?
          Married (1)
          Divorced or Separated (2)
          Widowed (3)
          Cohabitating but not married (4)
          Single never married (5)
          Prefer not to say (6)

Q49. How many children under the age of 18 are there in your household? (Write **"zero"** if no children):
_____

Q50. Which of the following income categories most closely describes your total household income in 2021 before taxes, including wages and all other income? (We ask this question for classification purposes).
          Less than $25,000 (1)
          $25,000 - $49,999 (2)
          $50,000 - $74,999 (3)
          $75,000 - $99,999 (4)
          $100,000-$149,999 (5)
          $150,000-$199,999 (6)
          $200,000 or more (7)
          **Don't know (8)**
          Prefer not to say (9)

Q51. Do you currently live in Fairfax County? (1) Yes (2) No (3) Prefer not to say

Q52. [IF Q51=NO:] Where do you currently live? TOWN/CITY/COUNTY: _____: Prefer not to say

Q53. (IF Q51=YES]): How many years in total have you lived in Fairfax County?

1        Less than two years
2        2-5 years
3        6-10 years
4        11-20 years
5        More than 20 years
6        Not sure
7.       Prefer not to say

Q54. How important is religion in your life?
(1) Extremely important, (2) very important, (3) moderately important: (4) slightly important: (5) not at all important: **Don't know/prefer not to say (6)**

Q55. What is your present religion, if any?
1. Mainline Protestant 2. Evangelical Protestant 3. Roman Catholic 4. Other Christian 5. Jewish 6. Muslim 7. Buddhist 8. Hindu 9. Atheist 10. Agnostic 11. Something else 12. Nothing in particular 13. Prefer not to say

Q56. When it comes to politics, do you consider yourself to be:

Strong Democrat (1)
Democrat (2)
Independent (3)
Republican (4)
Strong Republican (5)
Something else (6)
**I don't know (7)**
Prefer not to say (8)

Q57. When it comes to politics, do you consider yourself to be:

Very liberal (1)
Somewhat liberal (2)
Moderate (3)
Somewhat conservative (4)
Very conservative (5)
**I don't know (6)**
Prefer not to say (7)

# Appendix E: Stata Code

```
gen wgt= poststratweight

recode Q43 (3=.) (4=.)
gen male=1 if Q43==1
replace male=0 if Q43==2
tab male Q43

recode Q44 (9=.)
gen white=1 if Q44==7
replace white=0 if Q44<7|Q44==8
tab white Q44

recode Q46 (7=3)
gen college=1 if Q46>4
replace college=0 if Q46<5
tab Q46 college

recode Q26 (12=.)
gen gunhome=0 if Q26==1
replace gunhome=1 if Q26>1
replace gunhome=. if Q26==.
tab Q26 gunhome


gen gunhome2=2 if gunhome==.
replace gunhome2=0 if gunhome==0
replace gunhome2=1 if gunhome==1
tab gunhome2


***imputed Non-response as midpoint

recode Q50 (11=5) (10=5)
gen income=(Q50-1)/8
tab Q50 income


**Corrected one erroneous date

recode Q42 (1885=1985)
gen agec=2022-Q42
replace agec=. if Q42==.
tab agec


*****Experiments-split sample***

**Treatment groups
destring , replace

gen treatment=.
replace     treatment=0     if     TreatmentGroup==1     |
TreatmentGroup==2
replace     treatment=1     if     TreatmentGroup==3     |
TreatmentGroup==4
tab treatment TreatmentGroup
label var treatment "Guns condotion=1"
```

```
***How likely would you be to recommend to a friend who
has children to spend time with them in a public park in
Fairfax County?***

recode Q7a (6=.)
recode Q7b (6=.)
gen  recommend=1 if Q7a==1 |Q7b==1
replace recommend=.75 if Q7a==2|Q7b==2
replace recommend=.5 if Q7a==3|Q7b==3
replace recommend=.25 if Q7a==4|Q7b==4
replace recommend=.0 if Q7a==5|Q7b==5
tab recommend


**Q8. In your view, how safe is it for you and your family to
go shopping in open-air fairs and markets, including farmers'
markets in Fairfax County

recode Q8a (6=.)
recode Q8b (6=.)
gen  safefair=1 if Q8a==1 |Q8b==1
replace safefair=.75 if Q8a==2|Q8b==2
replace safefair=.5 if Q8a==3|Q8b==3
replace safefair=.25 if Q8a==4|Q8b==4
replace safefair=.0 if Q8a==5|Q8b==5
tab safefair


*Q9a. A friend is thinking of attending a political protest in
Fairfax County about an issue that is very important to them
and wants your opinion. How likely are you to recommend
that they attend the protest?

recode Q9a (6=.)
recode Q9b (6=.)
gen  safeprotest=1 if Q9a==1 |Q9b==1
replace safeprotest=.75 if Q9a==2|Q9b==2
replace safeprotest=.5 if Q9a==3|Q9b==3
replace safeprotest=.25 if Q9a==4|Q9b==4
replace safeprotest=.0 if Q9a==5|Q9b==5
tab safeprotest


**Q10a. A friend is thinking of attending a political protest in
Fairfax County about an issue that is very important to them
and wants your opinion. How likely are you to recommend
that they bring a sign to the protest?

recode Q10a (6=.)
recode Q10b (6=.)
gen  signprotest=1 if Q10a==1 |Q10b==1
replace signprotest=.75 if Q10a==2|Q10b==2
replace signprotest=.5 if Q10a==3|Q10b==3
replace signprotest=.25 if Q10a==4|Q10b==4
replace signprotest=.0 if Q10a==5|Q10b==5
tab signprotest
```

*Q12. If guns are allowed in the following public spaces in Fairfax County, do you think that each of the following will be a lot safer, somewhat safer, about the same, somewhat less safe, or a lot less safe than they are now?

recode Q12_1 (6=.)
recode Q12_2 (6=.)
recode Q12_3 (6=.)
recode Q12_4 (6=.)
recode Q12_5 (6=.)
recode Q12_6 (6=.)
recode Q12_7 (6=.)

gen familyparks=(5-Q12_1)/4
tab Q12_1 familyparks
gen waterparks=(5-Q12_2)/4
tab Q12_2 waterparks
gen golfparks=(5-Q12_3)/4
tab Q12_3 golfparks
gen camping =(5-Q12_4)/4
tab Q12_4 camping
gen unpaved=(5-Q12_5)/4
tab Q12_5 unpaved
gen markets=(5-Q12_6)/4
tab Q12_6 markets
gen rallies=(5-Q12_7)/4
tab Q12_7 rallies

tab familyparks [iw=wgt]
tab familyparks if gunhome==1 [iw=wgt]
tab familyparks if gunhome==0 [iw=wgt]
tab waterparks [iw=wgt]
tab waterparks if gunhome==1 [iw=wgt]
tab waterparks if gunhome==0 [iw=wgt]
tab golfparks [iw=wgt]
tab golfparks if gunhome==1 [iw=wgt]
tab golfparks if gunhome==0 [iw=wgt]
tab camping [iw=wgt]
tab camping if gunhome==1 [iw=wgt]
tab camping if gunhome==0 [iw=wgt]
tab unpaved [iw=wgt]
tab unpaved if gunhome==1 [iw=wgt]
tab unpaved if gunhome==0 [iw=wgt]
tab markets [iw=wgt]
tab markets if gunhome==1 [iw=wgt]
tab markets if gunhome==0 [iw=wgt]

**Q13. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if other people were armed in each of the following places?

recode Q13_1 (6=.)
recode Q13_2 (6=.)
recode Q13_3 (6=.)
recode Q13_4 (6=.)
recode Q13_5 (6=.)

recode Q13_6 (6=.)
recode Q13_7 (6=.)

gen familyparks2=(5-Q13_1)/4
tab Q13_1 familyparks2
gen waterparks2=(5-Q13_2)/4
tab Q13_2 waterparks2
gen golfparks2=(5-Q13_3)/4
tab Q13_3 golfparks2
gen camping2=(5-Q13_4)/4
tab Q13_4 camping2
gen unpaved2=(5-Q13_5)/4
tab Q13_5 unpaved2
gen markets2=(5-Q13_6)/4
tab Q13_6 markets2
gen rallies2=(5-Q13_7)/4
tab Q13_7 rallies2

tab familyparks2 [iw=wgt]
tab familyparks2 if gunhome==1 [iw=wgt]
tab familyparks2 if gunhome==0 [iw=wgt]
tab waterparks2 [iw=wgt]
tab waterparks2 if gunhome==1 [iw=wgt]
tab waterparks2 if gunhome==0 [iw=wgt]
. tab golfparks2 [iw=wgt]
tab golfparks2 if gunhome==1 [iw=wgt]
tab golfparks2 if gunhome==0 [iw=wgt]
tab camping2 [iw=wgt]
tab camping2 if gunhome==1 [iw=wgt]
tab camping2 if gunhome==0 [iw=wgt]
tab unpaved2 [iw=wgt]
tab unpaved2 if gunhome==1 [iw=wgt]
tab unpaved2 if gunhome==0 [iw=wgt]
tab markets2 [iw=wgt]
tab markets2 if gunhome==1 [iw=wgt]
tab markets2 if gunhome==0 [iw=wgt]

*Q14. If guns are allowed in the following public spaces in Fairfax County, how safe would you feel if you were the one armed in each of the following places?

recode Q14_1 (6=.)
recode Q14_2 (6=.)
recode Q14_3 (6=.)
recode Q14_4 (6=.)
recode Q14_5 (6=.)
recode Q14_6 (6=.)
recode Q14_7 (6=.)

gen familyparks3=(5-Q14_1)/4
tab Q14_1 familyparks3
gen waterparks3=(5-Q14_2)/4
tab Q14_2 waterparks3
gen golfparks3=(5-Q14_3)/4
tab Q14_3 golfparks3
gen camping3 =(5-Q14_4)/4
tab Q14_4 camping3

```
gen unpaved3=(5-Q14_5)/4
tab Q14_5 unpaved3
gen markets3=(5-Q14_6)/4
tab Q14_6 markets3
gen rallies3=(5-Q14_7)/4
tab Q14_7 rallies3

tab familyparks3 [iw=wgt]
tab familyparks3 if gunhome==1 [iw=wgt]
tab familyparks3 if gunhome=0 [iw=wgt]
tab waterparks3 [iw=wgt]
tab waterparks3 if gunhome==1 [iw=wgt]
tab waterparks3 if gunhome==0 [iw=wgt]
tab golfparks3 [iw=wgt]
tab golfparks3 if gunhome==1 [iw=wgt]
tab golfparks3 if gunhome==0 [iw=wgt]
tab camping3 [iw=wgt]
tab camping3 if gunhome==1 [iw=wgt]
tab camping3 if gunhome==0 [iw=wgt]
tab unpaved3 [iw=wgt]
tab unpaved3 if gunhome==1 [iw=wgt]
tab unpaved3 if gunhome==0 [iw=wgt]
tab markets3 [iw=wgt]
tab markets3 if gunhome==1 [iw=wgt]
tab markets3 if gunhome==0 [iw=wgt]
```

*Q15. If guns are allowed in the following public spaces in Fairfax County, do you think that you and your family will be a lot more likely to visit, somewhat more likely to visit, about the same, somewhat less likely to visit, a lot less likely to visit?

```
recode Q15_1 (6=.)
recode Q15_2 (6=.)
recode Q15_3 (6=.)
recode Q15_4 (6=.)
recode Q15_5 (6=.)
recode Q15_6 (6=.)
recode Q15_7 (6=.)

gen familyparks4=(5-Q15_1)/4
tab Q15_1 familyparks4
gen waterparks4=(5-Q15_2)/4
tab Q15_2 waterparks4
gen golfparks4=(5-Q15_3)/4
tab Q15_3 golfparks4
gen camping4 =(5-Q15_4)/4
tab Q15_4 camping4
gen unpaved4=(5-Q15_5)/4
tab Q15_5 unpaved4
gen markets4=(5-Q15_6)/4
tab Q15_6 markets4
gen rallies4=(5-Q15_7)/4
tab Q15_7 rallies4

tab familyparks4 [iw=wgt]
tab familyparks4 if gunhome==1 [iw=wgt]
```

```
tab familyparks4 if gunhome==0 [iw=wgt]
tab waterparks4 [iw=wgt]
tab waterparks4 if gunhome==1 [iw=wgt]
tab waterparks4 if gunhome==0 [iw=wgt]
tab golfparks4 [iw=wgt]
tab golfparks4 if gunhome==1 [iw=wgt]
tab golfparks4 if gunhome==0 [iw=wgt]
tab camping4 [iw=wgt]
tab camping4 if gunhome==1 [iw=wgt]
tab camping4 if gunhome==0 [iw=wgt]
tab unpaved4 [iw=wgt]
tab unpaved4 if gunhome==1 [iw=wgt]
tab unpaved4 if gunhome==0 [iw=wgt]
tab markets4 [iw=wgt]
tab markets4 if gunhome==1 [iw=wgt]
tab markets4 if gunhome==0 [iw=wgt]
```

**Q16. If guns are allowed in the following public spaces in Fairfax County, how likely would you be to bring a gun to each of the following places?

```
recode Q16_1 (6=.)
recode Q16_2 (6=.)
recode Q16_3 (6=.)
recode Q16_4 (6=.)
recode Q16_5 (6=.)
recode Q16_6 (6=.)
recode Q16_7 (6=.)

gen familyparks5=(5-Q16_1)/4
tab Q16_1 familyparks5
gen waterparks5=(5-Q16_2)/4
tab Q16_2 waterparks5
gen golfparks5=(5-Q16_3)/4
tab Q16_3 golfparks5
gen camping5 =(5-Q16_4)/4
tab Q16_4 camping5
gen unpaved5=(5-Q16_5)/4
tab Q16_5 unpaved5
gen markets5=(5-Q16_6)/4
tab Q16_6 markets5
gen rallies5=(5-Q16_7)/4
tab Q16_7 rallies5

tab familyparks5 [iw=wgt]
tab familyparks5 if gunhome==1 [iw=wgt]
tab familyparks5 if gunhome==0 [iw=wgt]
tab waterparks5 [iw=wgt]
tab waterparks5 if gunhome==1 [iw=wgt]
tab waterparks5 if gunhome==0 [iw=wgt]
tab golfparks5 [iw=wgt]
tab golfparks5 if gunhome==1 [iw=wgt]
tab golfparks5 if gunhome==0 [iw=wgt]
tab camping5 [iw=wgt]
tab camping5 if gunhome==1 [iw=wgt]
tab camping5 if gunhome==0 [iw=wgt]
tab unpaved5 [iw=wgt]
```

tab unpaved5 if gunhome==1 [iw=wgt]
tab unpaved5 if gunhome==0 [iw=wgt]
tab markets5 [iw=wgt]
tab markets5 if gunhome==1 [iw=wgt]
tab markets5 if gunhome==0 [iw=wgt]

**Q17. If guns are allowed in the following public spaces in Fairfax County, how safe or unsafe would you feel in a heated argument with someone while in a:

recode Q17_1 (6=.)
recode Q17_2 (6=.)
recode Q17_3 (6=.)
recode Q17_4 (6=.)
recode Q17_5 (6=.)
recode Q17_6 (6=.)
recode Q17_7 (6=.)

gen familyparks6=(5-Q17_1)/4
tab Q17_1 familyparks6
gen waterparks6=(5-Q17_2)/4
tab Q17_2 waterparks6
gen golfparks6=(5-Q17_3)/4
tab Q17_3 golfparks6
gen camping6=(5-Q17_4)/4
tab Q17_4 camping6
gen unpaved6=(5-Q17_5)/4
tab Q17_5 unpaved6
gen markets6=(5-Q17_6)/4
tab Q17_6 markets6
gen rallies6=(5-Q17_7)/4
tab Q17_7 rallies6

tab familyparks6 [iw=wgt]
tab familyparks6 if gunhome==1 [iw=wgt]
tab familyparks6 if gunhome==0 [iw=wgt]
tab waterparks6 [iw=wgt]
tab waterparks6 if gunhome==1 [iw=wgt]
tab waterparks6 if gunhome==0 [iw=wgt]
tab golfparks6 [iw=wgt]
tab golfparks6 if gunhome==1 [iw=wgt]
tab golfparks6 if gunhome==0 [iw=wgt]
tab camping6 [iw=wgt]
tab camping6 if gunhome==1 [iw=wgt]
tab camping6 if gunhome==0 [iw=wgt]
tab unpaved6 [iw=wgt]
tab unpaved6 if gunhome==1 [iw=wgt]
tab unpaved6 if gunhome==0 [iw=wgt]
tab markets6 [iw=wgt]
tab markets6 if gunhome==1 [iw=wgt]
tab markets6 if gunhome==0 [iw=wgt]

**Q18. If guns are allowed in the following public spaces in Fairfax County, do you think that crime in such spaces will increase a lot, increase somewhat, stay the same, decrease somewhat, or decrease a lot?

recode Q18_1 (6=.)
recode Q18_2 (6=.)
recode Q18_3 (6=.)
recode Q18_4 (6=.)
recode Q18_5 (6=.)
recode Q18_6 (6=.)
recode Q18_7 (6=.)

gen familyparks7=(5-Q18_1)/4
tab Q18_1 familyparks7
gen waterparks7=(5-Q18_2)/4
tab Q18_2 waterparks7
gen golfparks7=(5-Q18_3)/4
tab Q18_3 golfparks7
gen camping7=(5-Q18_4)/4
tab Q18_4 camping7
gen unpaved7=(5-Q18_5)/4
tab Q18_5 unpaved7
gen markets7=(5-Q18_6)/4
tab Q18_6 markets7
gen rallies7=(5-Q18_7)/4
tab Q18_7 rallies7

tab familyparks7 [iw=wgt]
tab familyparks7 if gunhome==1 [iw=wgt]
tab familyparks7 if gunhome==0 [iw=wgt]
tab waterparks7 [iw=wgt]
tab waterparks7 if gunhome==1 [iw=wgt]
tab waterparks7 if gunhome==0 [iw=wgt]
tab golfparks7 [iw=wgt]
tab golfparks7 if gunhome==1 [iw=wgt]
tab golfparks7 if gunhome==0 [iw=wgt]
tab camping7 [iw=wgt]
tab camping7 if gunhome==1 [iw=wgt]
tab camping7 if gunhome==0 [iw=wgt]
tab unpaved7 [iw=wgt]
tab unpaved7 if gunhome==1 [iw=wgt]
tab unpaved7 if gunhome==0 [iw=wgt]
tab markets7 [iw=wgt]
tab markets7 if gunhome==1 [iw=wgt]
tab markets7 if gunhome==0 [iw=wgt]

*Q19. If guns are allowed in the following public spaces in Fairfax County, how safe do you imagine other people would feel if you carried a gun in public spaces?

recode Q19_1 (6=.)
recode Q19_2 (6=.)
recode Q19_3 (6=.)
recode Q19_4 (6=.)
recode Q19_5 (6=.)
recode Q19_6 (6=.)
recode Q19_7 (6=.)

gen familyparks8=(5-Q19_1)/4
tab Q19_1 familyparks8
gen waterparks8=(5-Q19_2)/4

```
tab Q19_2 waterparks8
gen golfparks8=(5-Q19_3)/4
tab Q19_3 golfparks8
gen camping8=(5-Q19_4)/4
tab Q19_4 camping8
gen unpaved8=(5-Q19_5)/4
tab Q19_5 unpaved8
gen markets8=(5-Q19_6)/4
tab Q19_6 markets8
gen rallies8=(5-Q19_7)/4
tab Q19_7 rallies8

tab familyparks8 [iw=wgt]
tab familyparks8 if gunhome==1 [iw=wgt]
tab familyparks8 if gunhome==0 [iw=wgt]
tab waterparks8 [iw=wgt]
tab waterparks8 if gunhome==1 [iw=wgt]
tab waterparks8 if gunhome==0 [iw=wgt]
tab golfparks8 [iw=wgt]
tab golfparks8 if gunhome==1 [iw=wgt]
tab golfparks8 if gunhome==0 [iw=wgt]
tab camping8 [iw=wgt]
tab camping8 if gunhome==1 [iw=wgt]
tab camping8 if gunhome==0 [iw=wgt]
tab unpaved8 [iw=wgt]
tab unpaved8 if gunhome==1 [iw=wgt]
tab unpaved8 if gunhome==0 [iw=wgt]
tab markets8 [iw=wgt]
tab markets8 if gunhome==1 [iw=wgt]
tab markets8 if gunhome==0 [iw=wgt]

factor familyparks waterparks golfparks camping unpaved
markets
alpha familyparks waterparks golfparks camping unpaved
markets

factor familyparks2 waterparks2 golfparks2 camping2
unpaved2 markets2
alpha familyparks2 waterparks2 golfparks2 camping2
unpaved2 markets2

factor familyparks3 waterparks3 golfparks3 camping3
unpaved3 markets3
alpha familyparks3 waterparks3 golfparks3 camping3
unpaved3 markets3

factor familyparks4 waterparks4 golfparks4 camping4
unpaved4 markets4
alpha familyparks4 waterparks4 golfparks4 camping4
unpaved4 markets4

factor familyparks5 waterparks5 golfparks5 camping5
unpaved5 markets5
alpha familyparks5 waterparks5 golfparks5 camping5
unpaved5 markets5

factor familyparks6 waterparks6 golfparks6 camping6
unpaved6 markets6
alpha familyparks6 waterparks6 golfparks6 camping6
unpaved6 markets6

factor familyparks7 waterparks7 golfparks7 camping7
unpaved7 markets7
alpha familyparks7 waterparks7 golfparks7 camping7
unpaved7 markets7

factor familyparks8 waterparks8 golfparks8 camping8
unpaved8 markets8
alpha familyparks8 waterparks8 golfparks8 camping8
unpaved8 markets8
*************************************************************
**EXPERIMENT CROSS-TABS
*************************************************************
tab recommend if treatment==0 [iw=wgt]
tab recommend if treatment==1 [iw=wgt]
mean recommend if treatment==0 [iw=wgt]
mean recommend if treatment==1 [iw=wgt]
ttest recommend, by (treatment)
reg recommend i.treatment [w=wgt]

tab recommend if gunhome==1 & treatment==0 [iw=wgt]
tab recommend if gunhome==1 & treatment==1 [iw=wgt]
mean recommend if treatment==0 & gunhome==1 [iw=wgt]
mean recommend if treatment==1 & gunhome==1 [iw=wgt]
ttest recommend if gunhome==1, by (treatment)
reg recommend i.treatment if gunhome==1 [w=wgt]

tab recommend if gunhome==0 & treatment==0 [iw=wgt]
tab recommend if gunhome==0 & treatment==1 [iw=wgt]
mean recommend if treatment==0 & gunhome==0 [iw=wgt]
mean recommend if treatment==1 & gunhome==0 [iw=wgt]
ttest recommend if gunhome==0, by (treatment)
reg recommend i.treatment if gunhome==0 [w=wgt]

eststo: reg recommend i.treatment [w=wgt]
eststo: reg recommend i.treatment if gunhome==1 [w=wgt]
eststo: reg recommend i.treatment if gunhome==0 [w=wgt]
estout using "C:\Users\aleka\Dropbox\Edgewater Research
files\Fairfax VA Project\data\fairfax_results.txt", style(fixed)
stats(N r2_a F p, fmt(4 3) cells("b(star fmt(3))"
se(par(`"="(`"`"')"')"')"')fmt(2))) starlevels(* 0.10 ** 0.05 *** 0.01)
replace
eststo clear

tab safefair if treatment==0 [iw=wgt]
tab safefair if treatment==1 [iw=wgt]
mean safefair if treatment==0 [iw=wgt]
mean safefair if treatment==1 [iw=wgt]
ttest safefair, by (treatment)
reg safefair i.treatment [w=wgt]

tab safefair if gunhome==1 & treatment==0 [iw=wgt]
tab safefair if gunhome==1 & treatment==1 [iw=wgt]
```

mean safefair if treatment==0 & gunhome==1 [iw=wgt]
mean safefair if treatment==1 & gunhome==1 [iw=wgt]
ttest safefair if gunhome==1, by (treatment)
reg safefair i.treatment if gunhome==1 [w=wgt]

tab safefair if gunhome==0 & treatment==0 [iw=wgt]
tab safefair if gunhome==0 & treatment==1 [iw=wgt]
mean safefair if treatment==0 & gunhome==0 [iw=wgt]
mean safefair if treatment==1 & gunhome==0 [iw=wgt]
ttest safefair if gunhome==0, by (treatment)
reg safefair i.treatment if gunhome==0 [w=wgt]


eststo: reg safefair i.treatment [w=wgt]
eststo: reg safefair i.treatment if gunhome==1 [w=wgt]
eststo: reg safefair i.treatment if gunhome==0 [w=wgt]
estout using "C:\Users\aleka\Dropbox\Edgewater Research
files\Fairfax VA Project\data\fairfax_results.txt", style(fixed)
stats(N  r2_a  F  p,  fmt(4  3))  cells("b(star  fmt(3))"
se(par(" = "("""")"""")fmt(2))) starlevels(* 0.10 ** 0.05 *** 0.01)
replace
eststo clear


tab safeprotest if treatment==0 [iw=wgt]
tab safeprotest if treatment==1 [iw=wgt]
mean safeprotest if treatment==0 [iw=wgt]
mean safeprotest if treatment==1 [iw=wgt]
ttest safeprotest, by (treatment)
reg safeprotest i.treatment [w=wgt]

tab safeprotest if gunhome==1 & treatment==0 [iw=wgt]
tab safeprotest if gunhome==1 & treatment==1 [iw=wgt]
mean safeprotest if treatment==0 & gunhome==1 [iw=wgt]
mean safeprotest if treatment==1 & gunhome==1 [iw=wgt]
ttest safeprotest if gunhome==1, by (treatment)
reg safeprotest i.treatment if gunhome==1 [w=wgt]

tab safeprotest if gunhome==0 & treatment==0 [iw=wgt]
tab safeprotest if gunhome==0 & treatment==1 [iw=wgt]
mean safeprotest if treatment==0 & gunhome==0 [iw=wgt]
mean safeprotest if treatment==1 & gunhome==0 [iw=wgt]
ttest safeprotest if gunhome==0, by (treatment)
reg safeprotest i.treatment if gunhome==0 [w=wgt]


eststo: reg safeprotest i.treatment [w=wgt]
eststo: reg safeprotest i.treatment if gunhome==1 [w=wgt]
eststo: reg safeprotest i.treatment if gunhome==0 [w=wgt]
estout using "C:\Users\aleka\Dropbox\Edgewater Research
files\Fairfax VA Project\data\fairfax_results.txt", style(fixed)
stats(N  r2_a  F  p,  fmt(4  3))  cells("b(star  fmt(3))"
se(par(" = "("""")"""")fmt(2))) starlevels(* 0.10 ** 0.05 *** 0.01)
replace
eststo clear


tab signprotest if treatment==0 [iw=wgt]
tab signprotest if treatment==1 [iw=wgt]
mean signprotest if treatment==0 [iw=wgt]
mean signprotest if treatment==1 [iw=wgt]

ttest signprotest, by (treatment)
reg signprotest i.treatment [w=wgt]

tab signprotest if gunhome==1 & treatment==0 [iw=wgt]
tab signprotest if gunhome==1 & treatment==1 [iw=wgt]
mean signprotest if treatment==0 & gunhome==1 [iw=wgt]
mean signprotest if treatment==1 & gunhome==1 [iw=wgt]
ttest signprotest if gunhome==1, by (treatment)
reg signprotest i.treatment if gunhome==1 [w=wgt]

tab signprotest if gunhome==0 & treatment==0 [iw=wgt]
tab signprotest if gunhome==0 & treatment==1 [iw=wgt]
mean signprotest if treatment==0 & gunhome==0 [iw=wgt]
mean signprotest if treatment==1 & gunhome==0 [iw=wgt]
ttest signprotest if gunhome==0, by (treatment)
reg signprotest i.treatment if gunhome==0 [w=wgt]


eststo: reg signprotest i.treatment [w=wgt]
eststo: reg signprotest i.treatment if gunhome==1 [w=wgt]
eststo: reg signprotest i.treatment if gunhome==0 [w=wgt]
estout using "C:\Users\aleka\Dropbox\Edgewater Research
files\Fairfax VA Project\data\fairfax_results.txt", style(fixed)
stats(N  r2_a  F  p,  fmt(4  3))  cells("b(star  fmt(3))"
se(par(" = "("""")"""")fmt(2))) starlevels(* 0.10 ** 0.05 *** 0.01)
replace
eststo clear


***Robustness analysis (gun status unknown)***

eststo:  reg  recommend  i.treatment  if  gunhome2==2
[pw=wgt]
eststo: reg safefair i.treatment if gunhome2==2 [pw=wgt]
eststo: reg safeprotest i.treatment if gunhome2==2 [pw=wgt]
eststo: reg signprotest i.treatment if gunhome2==2 [pw=wgt]


estout using "C:\Users\aleka\Dropbox\Edgewater Research
files\Fairfax VA Project\data\fairfax_results.txt", style(fixed)
stats(N  r2_a  F  p,  fmt(4  3))  cells("b(star  fmt(3))"
se(par(" = "("""")"""")fmt(2))) starlevels(* 0.10 ** 0.05 *** 0.01)
replace
eststo clear


***Appendix B

tab familyparks_use [iw=wgt]
tab waterparks_use [iw=wgt]
tab golf_use [iw=wgt]
tab camping_use [iw=wgt]
tab unpaved_use [iw=wgt]
tab markets_use [iw=wgt]


***Balance tables

tab male if treatment==0 [iw=wgt]
tab male if treatment==1 [iw=wgt]
mean agec if treatment==0 [iw=wgt]
mean agec if treatment==1 [iw=wgt]

```
tab college if treatment==0 [iw=wgt]

tab college if treatment==1 [iw=wgt]
mean income if treatment==0 [iw=wgt]
mean income if treatment==1 [iw=wgt]
tab white if treatment==0 [iw=wgt]
tab white if treatment==1 [iw=wgt]
tab gunhome if treatment==0 [iw=wgt]
tab gunhome if treatment==1 [iw=wgt]


****multivariate regressions***

eststo: reg recommend i.treatment agec income gunhome
male college white [pw=wgt]
eststo: reg safefair i.treatment agec income gunhome white
college white [pw=wgt]
eststo: reg safeprotest i.treatment agec income gunhome
male college white [pw=wgt]
eststo: reg signprotest i.treatment  agec income gunhome
male college white [pw=wgt]


estout using "C:\Users\aleka\Dropbox\Edgewater Research
files\Fairfax VA Project\data\fairfax_results.txt", style(fixed)
stats(N  r2_a  F  p,  fmt(4  3))  cells("b(star  fmt(3)"
se(par(`"="("'"`)"'")fmt(2)) starlevels(* 0.10 ** 0.05 *** 0.01)
replace
eststo clear


eststo: reg recommend i.treatment agec income male
college white if gunhome==0 [pw=wgt]
eststo: reg safefair  i.treatment  agec  income male  college
white if gunhome==0  [pw=wgt]
eststo:  reg safeprotest i.treatment agec income      male
college white if gunhome==0 [pw=wgt]
eststo:  reg signprotest i.treatment agec income      male
college white if gunhome==0  [pw=wgt]


estout using "C:\Users\aleka\Dropbox\Edgewater Research
files\Fairfax VA Project\data\fairfax_results.txt", style(fixed)
stats(N  r2_a  F  p,  fmt(4  3))  cells("b(star  fmt(3)"
se(par(`"="("'"`)"'")fmt(2)) starlevels(* 0.10 ** 0.05 *** 0.01)
replace
eststo clear


eststo: reg recommend i.treatment agec income male
college white if gunhome==1 [pw=wgt]
eststo: reg safefair  i.treatment  agec  income male  college
white if gunhome==1 [pw=wgt]
eststo:  reg safeprotest i.treatment agec income      male
college white if gunhome==1  [pw=wgt]
eststo:  reg signprotest i.treatment agec income      male
college white if gunhome==1  [pw=wgt]


estout using "C:\Users\aleka\Dropbox\Edgewater Research
files\Fairfax VA Project\data\fairfax_results.txt", style(fixed)
stats(N  r2_a  F  p,  fmt(4  3))  cells("b(star  fmt(3)"
```

```
se(par(`"="("'"`)"'")fmt(2)) starlevels(* 0.10 ** 0.05 *** 0.01)
replace
eststo clear
```
4869-7010-0591, v. 1

Appendix F: Bibliographical Referenes

References

Chong, D., & Druckman, J. N. (2007). Framing Theory. *Annual Review of Political Science, 10*(1), 103-126. https://doi.org/doi:10.1146/annurev.polisci.10.072805.103054

Druckman, J., Green, D., Kuklinski, J., & Lupia, A. (Eds.). (2011). *Cambridge Handbook of Experimental Political Science.* Cambridge University Press.

Fazio, R. H. (1990). Multiple Processes by which Attitudes Guide Behavior: The Mode Model as an Integrative Framework. In M. P. Zanna (Ed.), *Advances in Experimental Social Psychology* (Vol. 23, pp. 75-109). Academic Press. https://doi.org/https://doi.org/10.1016/S0065-2601(08)60318-4

Filindra, A., Collingwood, L., & Kaplan, N. J. (2020). The Emotional Underpinnings of **Americans'** Support for Gun Control. *Social Science Quarterly, 101*(5), 2101-2120

Mutz, D. (2011). *Population-Based Survey Experiments.* Princeton University Press.

Saris, W. E., & Sniderman, P. M. (Eds.). (2004). *Studies in Public Opinion: Attitudes, Nonattitudes, Measurement Error, and Change.* Princeton University Press. https://doi.org/doi:10.1515/9780691188386.

Schlozman, K. L., Verba, S., & Brady, H. E. (2012). *The Unheavenly Chorus: Unequal Political Voice and the Broken Promise of American Democracy.* Princeton University Press.

Verba, S., Lehman Schlozman, K., & Brady, H. E. (1995). *Voice and Equality. Civic Voluntarism in American Politics.* Harvard University Press.