# EXHIBIT 116

Forestry

# DIGEST OF LAWS
## RELATING TO
## STATE PARKS

### VOLUME III
### NORTH DAKOTA - WYOMING
### TERRITORIES - INSULAR POSSESSIONS



UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

| | |
|---|---|
| Cooperation. | The Board to act jointly with a similar Board of the State of Massachusetts and the two bodies so acting to be known as the Blackstone Valley Authority; |
| Construction, etc. | The Authority to provide for the construction and for the subsequent maintenance and operation of the constructed works by making contracts or agreements with the Federal Government, with the Commonwealth of Massachusetts, the State of Rhode Island, or political subdivisions thereof, or with any duly, legally and responsibly constituted districts or agencies or firms; |
| Reports. | The Authority to report annually to the Federal Government and to the Governors of Massachusetts and Rhode Island, and to make recommendations for the continuance and improvement of benefits contemplated under the Act. |

VI. REPRESENTATIVE RULES AND REGULATIONS.

State of Rhode Island
B U R L I N G A M E   R E S E R V A T I O N
Charlestown, Rhode Island

Dedicated Forever to the Use and Enjoyment of the People

To the end that it may fulfill its greatest possible usefulness, all who use it and all who appreciate its value are requested to cooperate with the Division in preserving its attractions by helping to enforce the following RULES and REGULATIONS:

1. No person shall light a fire except in a place designated for that purpose by permit, and for which a fee of fifteen (15) cents has been paid; nor leave burning material at any place. A permit will entitle bearer to one bundle of fireplace wood.

2. No person shall hunt, nor shall any person have in his possession any firearm or any wild animal, bird, bird's egg, or nest, or any device or animal used for hunting.

3. No person shall cut, remove or damage any tree, bush, plant, fence, berry, flower, building or other public property or affix a sign.

4. No person shall leave papers, glass, or any other refuse upon the ground, but will place such papers, glass and refuse in receptacles provided for that purpose.

5. No person shall bathe in waters on the Reservation, except at such places as are designated for such use, and then only in proper costume. Undressing in automobiles is prohibited.

6. No person shall hitch a horse to any tree.

7. No person shall use profane or indecent language; or in any way annoy another person; or commit any disorderly or indecent act.

8. No person shall refuse or neglect to obey any reasonable direction of a police officer or any authorized representative of the Division of Forests, Parks and Parkways.

9. Smoking is prohibited in the wooded area of the Reservation.

10. The parking of automobiles between the hours of 11 P.M. and 6 A.M. is prohibited, except by permit at the overnight camping grounds. After office hours of this Division, such permit may be issued by the Foreman-Caretaker of the Reservation, if space is available. The drawing of all curtains in parked automobiles at any time is forbidden. The drawing of some of the curtains before sunset is permitted, but none, with the exception of the rear curtain, may be drawn thereafter. No person shall be allowed on the Reservation between the hours of 11 P.M. and 6 A.M., unless by special permit given by the Division of Forests, Parks and Parkways, or an authorized representative.

By Order Of
Division of Forests, Parks & Parkways
Of The
DEPARTMENT OF AGRICULTURE & CONSERVATION

Any person violating any one of the above rules is liable to a fine of Twenty (20) Dollars for each offense. (Public Laws, Chap.1466, Sec. 4, 1907 as amended)

VII. FIREPLACE PERMIT.

Permission to maintain a fire at a fireplace and picnic in BURLINGAME RESERVATION, for which fee has been collected, is hereby granted to:

Name_____ Date_____

Fireplace #_____ Location_____
This permit entitles holder to one bundle of fireplace wood upon presentation at the residence of the caretaker at Burlingame Reservation. Additional wood may be purchased at ten cents per bundle. This permit is granted with the express understanding that if any of the above rules and regulations governing the use of the Reservation are violated, the said permit immediately becomes null and void.

Chief, Division of Forests, Parks & Parkways

------------------------------------------------------------

Caretaker or individual disbursing wood for fireplace purpose will detach this certificate for fireplace #_____ Location_____

Issued to (name)_____ Date_____
when presented by bearer, and return same to the Office of the Division of Forests, Parks and Parkways, by mail, at the close of the day that certificate is collected.

Digitized by Google     361     Original from UNIVERSITY OF MICHIGAN