IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KIMBERLY LAFAVE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No: 1:23-cv-01605-CMH-JFA |
| | ) |
| THE COUNTY OF FAIRFAX, VIRGINIA, et al., | ) ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFFS' WAIVER OF ORAL ARGUMENT**

Plaintiffs, Kimberly LaFave, Glenn M. Taubman, and Robert Holzhauer, waive oral argument on their Motion to File Overlength Reply Brief.

Respectfully Submitted,

Kimberly LaFave
Glenn M. Taubman
Robert Holzhauer,
Plaintiffs

By Counsel

_____/s/_____
Stephen P. Halbrook
protell@aol.com
Va. Bar No. 18075
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276


_____/s/_____
Earl N. "Trey" Mayfield, III
tmayfield@jurisday.com
Va. Bar No. 41691
10521 Judicial Drive, Suite 200

1

Fairfax, VA 22030
(703) 268-5600

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing was served via ECF on all counsel of record in this case on Jan. 18, 2024.

                                            _____/s/_____
                                            Trey Mayfield