# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **01/19/2024**      Judge: **Claude M. Hilton**
Time: 12:21 p.m. – 12:56 p.m.      Reporter: **J. Egal**
(00:35)

Civil Action Number: **1:23-cv-01605-CMH-JFA**

**Kimberly Lafave, et al.,**

**Plaintiffs,**

V.

**The County of Fairfax, Virginia, et al.,**

**Defendants.**

Appearances of Counsel for Plaintiffs and Defendants.

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| **Earl Mayfield, III** | **Thomas Repczynski** |
| **Stephen Halbrook** | **Janet Carter (phv)** |
| **Glenn Tauberman** | **William Taylor (phv)** |
|  | **Anders Sleight** |

Oral Pro Hav Vice Motions of Defendant's Counsel Thomas Repczynski as to Janet Carter and William Taylor presented in open court – **GRANTED – ORDERS TO ENTER.**

Motion to/for:
[2] Motion for Preliminary Injunction filed by KIMBERLY LAFAVE.

**MATTER ARGUED AND DENIED – ORDER TO FOLLOW**