IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KIMBERLY LAFAVE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:23-cv-1605 |
| THE COUNTY OF FAIRFAX, VIRGINIA, et al., | ) |
| Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on Plaintiffs' Motion for Preliminary Injunction. For the reasons stated from the bench, it is hereby

ORDERED that Plaintiffs' Motion is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 24, 2024

1