**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **KIMBERLY Y. LAFAVE, et al.**   )<br>                                                              )<br>   *Plaintiffs*                                      )<br>                                                              )<br>v.                                                         )          Case No. 1:23-cv-1605 (CMH/JFA)<br>                                                              )<br>**THE COUNTY OF FAIRFAX, VIRGINIA,**   )<br>**and KEVIN DAVIS, in his Official Capacity**   )<br>**as Chief of Police**                         )<br>                                                              )<br>   *Defendants*                                    )<br>_____) | |

**STIPULATION REGARDING DISCOVERY**

Except as Plaintiffs may separately and seasonably supplement, Plaintiffs hereby stipulate that their responses to Fairfax Circuit Court Case No. CL 2021-01569 (the "State Court Litigation") remain substantively accurate and complete notwithstanding the prior State Court Litigation Complaint paragraph references and shall bind Plaintiffs as if restated under oath in conjunction with this stipulation with any such paragraph citation read out of the specific discovery request.

Date:  March 29, 2024                                KIMBERLY LAFAVE
                                                                    GLENN M. TAUBMAN
                                                                    ROBERT HOLZHAUER,

                                                                    By: */s/ Earl N. "Trey" Mayfield, III*
                                                                              Counsel

Stephen P. Halbrook, VSB No. 18075
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276
protell@aol.com
*Co-Counsel for Plaintiffs*

1

Earl N. "Trey" Mayfield, III, VSB No. 41691
10521 Judicial Drive, Suite 200
Fairfax, VA 22030
(703) 268-5600
tmayfield@jurisday.com
*Co-Counsel for Plaintiffs*

                              THE COUNTY OF FAIRFAX, VIRGINIA,
                              and the CHIEF OF POLICE, KEVIN DAVIS, in his
                              official capacity

                              By: */s/ Douglas R. Kay*
                                   Counsel

Douglas R. Kay, VSB No. 35468
Thomas W. Repczynski, VSB No. 39967
Anders T. Sleight, VSB No. 84458
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1400
Tysons Corner, Virginia  22182
Telephone:  (703) 745-1800
Facsimile:  (703) 745-1835
dkay@offitkurman.com
trepczynski@offitkurman.com
Anders.sleight@offitkurman.com
*Co-Counsel for Defendants*

Daniel Robinson (VSB No. 78985)
John W. Burton (VSB No. 42223)
Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, Virginia 22035
Telephone: (703) 324-2421
Facsimile: (703) 324-2665
Daniel.Robinson@fairfaxcounty.gov
John.Burton@fairfaxcounty.gov
*Co-Counsel for Defendants*


Janet Carter (*pro hac vice*)
William J. Taylor, Jr. (*pro hac vice*)
EVERYTOWN LAW
450 Lexington Avenue, P.O. Box 4184
New York, New York 10163

Telephone: (646) 324-8174
jcarter@everytown.org
wtaylor@everytown.org
*Co-Counsel for Defendants*

4892-8146-8081, v. 1