# EXHIBIT 29

**FFXCO_12831**

# A DIGEST

OF THE

# ACTS OF ASSEMBLY

RELATING TO,

AND THE

# GENERAL ORDINANCES.

OF THE

# CITY OF PITTSBURGH

*From 1804 to Jan. 1, 1897,*

WITH REFERENCES TO DECISIONS THEREON.

SECOND EDITION.

PREPARED UNDER RESOLUTION OF COUNCILS

BY

## W. W. THOMSON

OF THE PITTSBURGH BAR.

PITTSBURGH, PA.:

W. T. NICHOLSON SONS, PRINTERS AND BINDERS.

1897.

Digitized by Google

FFXCO_12832

## BUREAU OF PARKS.

July 31, 1893. § 1.
O. B. 9, 262.

Bureau of parks
created.

Officers and
employees.

1. There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (*a*).

July 6, 1894.
O. B. 11, 139.

Preamble.

Preamble.

2. WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works ; and

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

Ibid § 1.

Watchmen compensation.

3. *Be it ordained, &c.*, That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

Ibid. § 2.

4. The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

July 27, 1893. § 1.
O. B. 9, 260.

Rules adopted.

5. Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit :

*First.* No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.* No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.* No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.* No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(*a*) As amended by ordinance of Nov. 23, 1893, O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 40.

Digitized by Google

Case 1:23-cv-01605-WBP    Document 46-2    Filed 04/26/24    Page 4 of 144 PageID# 2293

*Fifth.*   No military or other parade or procession,  or funeral shall take place in or pass through the limits of the parks without permission from the chief of department of public works.

July 27, 1883.

Park rules.

*Sixth.*   No one shall ride or drive therein except on the avenues or roads, or at a rate of speed exceeding eight miles per hour.

*Seventh.*   No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks without previous permission of the chief of the department of public works, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

*Eighth.*   No wagon or vehicle of burden or traffic shall pass through the park, except on such road or avenue as shall be designated by the chief of the department of public works for burden transportation.

*Ninth.*   No coach or vehicle used for hire, shall stand upon any part of the parks for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the chief of the department of public works.

*Tenth.*   No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the parks, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale.

*Eleventh.*   No person shall climb any tree or attach any swing thereto, without the consent of the superintendent.

*Twelfth.*   No picnic shall take place in the parks without a written permission for the purpose being obtained from the superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

*Thirteenth.*   No person shall disturb any picnic in the parks, or intrude himself or herself on it without the consent of those composing it.

*Fourteenth.*   No person shall stand, walk or sit on any fence, wall or embankment, or stand, slide, sit or roll upon any slope of the parks.

*Fifteenth.*   No person shall set up any booth, table or stand for the sale of any article whatever, without the consent of the chief of the department of public works, previously obtained in writing.

*Sixteenth.*   When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

*Seventeenth.*   No person shall drive any vehicle displaying any placard or advertisement of any kind along any road or avenue in the parks, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill or other writing or printing of any kind on any tree, lamp-post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the parks.

*Eighteenth.*   No benches or seats shall at any time be removed

33

Digitized by Google

FFXCO_12834

498                    ORDINANCES—EXECUTIVE DEPARTMENTS.

July 27, 1893    or changed from their places in the parks, except by the order
first obtained of the superintendent.

*Nineteenth.* Bicycles and tricycles shall be restricted to the
use of the roadways, and be controlled by the same law which
governs horses, vehicles and equestrians, and must pass to the
right, when meeting the same or each other. When passing a
carriage or equestrian from the rear to the front, it must be done
to the left side and at a moderate rate of speed. Bicycles and
tricycles must not travel more than two abreast.

*Twentieth.* All racing with horses, vehicles, tricycles and
bicycles is prohibited at any time, and bicycles and tricycles
must not be driven or propelled at greater speed than eight
miles per hour.

Ibid. § 2.        6. Any violation of any of the foregoing rules shall subject
Penalty.          the party so offending to a fine of twenty-five dollars, to be col-
lected by summary process.

Aug. 28, 1871, § 1.   7. The citizens of the Sixth and Fourteenth wards of the city
O. B. 3, 122.     of Pittsburgh, residing in the vicinity of Bluff street, shall be
Improvement       and are hereby authorized to enclose with a good substantial
of part of Bluff  fence a portion of Bluff street, from Gist to Magee street, as
street as a park  follows, viz: Commencing at Gist street thirty feet south of the
authorized.       northern curb line, and thence running by a line preserving the
same width to Magee street, said fence to be constructed with
openings at the street crossings, and at such other points as may
be deemed proper openings for the convenient access of foot
passengers. Said citizens shall be further authorized to lay off
the grounds south of said fence to the line of said street with
walks, and within said enclosure, and on the outside thereof, to
plant trees and shrubbery, erect fountains and make other im-
provements thereon suitable for a public promenade: *Provided,*
That no trees or other improvements shall be placed upon said
street within a distance of twenty feet from the north curb line
of said street.

Ibid. § 2.        8. Said improvements shall be made and maintained at the
City not liable   expense of the parties making the same, and the city shall not
for expense.      be liable for any expense contracted for or on account of the
same.

Ibid. § 3.        9. Said city reserves the right to direct the grading and pav-
City may grade    ing of said street at any time hereafter, without compensation
and pave.         for the improvement which may be made thereon as fully as if
this ordinance had not been adopted.

Ibid. § 4.        10. Said improvements and the maintenance and care of the
                  same shall be under the charge of such persons as may be se-
lected by subscribers to the fund for making the same.

Ibid. § 5.        11. It shall be unlawful for any person to injure or destroy
Penalty for in-   any fence, trees, shrubbery or other improvement upon said
juring improve-   ground; and if any person shall wilfully injure or destroy the
ments.            same, or any part thereof, he or she shall forfeit and pay the
sum of ten dollars, in addition to a sum sufficient to repair or
replace the damage, to be recovered by action in the name of the
city of Pittsburgh, or by summary conviction before the mayor

Digitized by Google

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 6 of 144 PageID# 2295

or any alderman of said city, and the sum so recovered shall be    Aug. 28, 1871.
paid to the person having charge of said improvements, to be
expended upon the same.

12.   The superintendent of the water works shall be author-    Ibid. ₹ 6.
ized to direct a supply of water, free of charge, for not more    Supply of water
than two fountains upon said ground at all reasonable times    for two foun-
and to reasonable amounts, from the first day of April to the    tains authorized.
fifteenth day of October in each year: *Provided,* That said
superintendent shall be authorized to prevent the unnecessary
waste of water, and to prohibit its use during times of short
supply.

13.   WHEREAS,  The public market-house on Second street is    Sept. 27, 1858.
of no benefit to the city ;    O. B. 2, 125.

*And whereas,* The heirs and legal representatives of the es-    Preamble.
tate of James O'Hara have, by deed dated the seventeenth day
of May, one thousand eight hundred and twenty, and on the
ninth of August, one thousand eight hundred and fifty-eight,
consented that the ground dedicated by the late James O'Hara,
on Second between Ross and Grant streets, may be used as a
public square or area ;  therefore,

14.   *Be it ordained, &c.,* That all that portion of Second street    Ibid. § 1.
extending from Grant to Ross street, and used for the purpose    Second street
of a market house, be and the same is hereby devoted to the    market to be
purpose of a public park, to be ornamented in such manner as    made a park.
shall be directed by the mayor of the city and members of coun-
cils for the time being of the Second ward, who are hereby    Rules.
authorized to adopt such rules for the same as may, in their
judgment, be proper, and to keep the same posted on the gate-
posts thereof :  *Provided,* The whole expense of removing the    Proviso.
market-house and of constructing said public park and keeping
the same in repair, shall be provided by voluntary subscription,
and shall in no case be a charge on the city treasury.

15.   Any person that shall injure or destroy any tree, shrub    Ibid. ₹ 2.
or any other thing within said park, or the wall or fence that    Penalty for
may surround it, shall, upon conviction before the mayor, be    injuries.
fined a sum not exceeding five dollars, in addition to the
amount necessary to repair any injury so done, to be recovered
as like penalties are by law recoverable.

16.   It shall be lawful to erect within the said area or park    Ibid. § 3.
one or more fountains, to be supplied from the public water pipes    Fountains.
without any charge for the use of the water.

17.   Before the work necessary for said improvement shall be    Ibid. § 4.
commenced, the mayor and members of councils from the
Second ward shall meet at the mayor's office and choose from
among themselves one president, one secretary, and one treas-
urer, and shall proceed to agree upon a plan of the work, &c.

18.   For the purpose of constructing and maintaining a public    Sept. 14, 1889 § 1.
park, there shall be and is hereby set aside, dedicated and appro-    O. B. 7, 131.
priated so much of the ground belonging to said city as is not    Dedication of
indispensably necessary for the safe and proper use of the reser-    Herron Hill
voir known as the Herron Hill Reservoir.    Park.

Digitized by Google

FFXCO_12836

Sept. 14, 1889, § 2.
Improvement.

19.   The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoir, and which shall not be found actually necessary for the operation of said reservoir, to be used and enjoyed as a public park, to be known as and by the name of the "Herron Hill Park."

Sept. 16, 1889, § 1.
Dedication of Highland Park.

20.   For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoirs known as the Highland Reservoirs.

Ibid. § 2.
Improvements.

21.   The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoirs or which may be added thereto, and which shall not be found actually necessary for the operation of said reservoirs, to be used and enjoyed as a public park, to be known as and by the name of "Highland Park."

## BUREAU OF CITY PROPERTY.

Dec. 17, 1887, § 18.
    O. B. 6, 227.
Bureau created.
Title of head.
Salary.
Duties.

Clerk.

1.   There shall be and is hereby created a bureau to be known as the bureau of city property, the head of which shall be known as superintendent of city property, and who shall receive the sum of one hundred and fifty dollars per month as his compensation. The duties of this bureau shall be to take charge of all public property belonging to said city not otherwise conferred upon some other department, including markets, city buildings, wharves, and such other property of the city as is not specially conferred elsewhere: *Provided*, That the chief clerk of this bureau shall act as clerk of the Diamond markets without extra compensation.

Feb. 24 1890, § 1.
    O. B. 7, 321.
Salary of clerk of bureau of city property.

2.   From and after the date of the passage of this ordinance, the salary of the clerk to the bureau of city property (who also acts as clerk of markets) shall be and is hereby fixed at fifteen hundred dollars per annum, and the said clerk to the bureau of city property shall receive compensation for his services at the rate of fifteen hundred dollars per annum from and after the date of the approval or passage of this ordinance.

City Code, 234, § 1.
Penalty for injuring.

Proviso.

3.   If any person shall destroy or injure in any way whatsoever any public property within this city, he shall forfeit and pay for every such offense a fine of not less than ten dollars and not exceeding fifty dollars, besides the amount of the costs and expenses of repairing the same: *Provided*, That when the injury is accidental no further fine shall be imposed than the amount of the cost and expense of repairing.

Ibid. § 2.
City officers to report to controller.

4.   It shall be the duty of every city officer to report to the controller any damage or injury which may be done to any public property in his possession, that the same may be laid

Digitized by Google

# EXHIBIT 30

FFXCO_12838



WILLARD HALL PORTER
ATTORNEY-AT-LAW,
JAN 15 1894
WILMINGTON, DEL.

# THE CHARTER

## OF THE

# TY OF WILMINGTON

As Amended to May 6th, 1893;

# ts of the General Assembly

## RELATING TO THE CITY,

### INCLUDING THE SESSION OF 1893;

*being vol. 19. Laws of Del.)*

—AND—

# DINANCES, AND RULES AND REGULATIONS

## Of Departments of the City Government,

### AMENDED AND IN FORCE, SEPTEMBER 1ST, 1893;

—ALSO—

# E ORIGINAL BOROUGH CHARTER.

PUBLISHED BY ORDER OF THE COUNCIL.

WILMINGTON, DEL.:
DIAMOND PRINTING COMPANY,
1893.



Digitized by Google

FFXCO_12839

# PART VII.


# RULES AND REGULATIONS

OF THE

# BOARD OF PARK COMMISSIONERS.

Digitized by Google

FFXCO_12840

# RULES AND REGULATIONS OF THE BOARD OF PARK COMMISSIONERS,

### As Amended and in Force September 1st, 1893.

1.   No person shall ride or drive upon any other part of the Park than upon such roads as may be designated for such purposes. . . . . . . . . . . . . . . . . . Penalty, $5 00

2.   No person shall be permitted to bring led horses within the limits of the Park, or to turn any horses, cattle, goats, swine, dogs, or other animals loose in the Park. . . . . Penalty, $5 00

3.   No person shall indulge in any threatening, abusive, insulting, or indecent language in the Park. . . . . Penalty, $5 00

4   No person shall engage in gaming, or commit any obscene or indecent act in the Park. . . . . . . Penalty, $10 00

5.   No person shall go into bathe in any of the waters within the Park. . . . . . . . . . . . . . . Penalty, $5 00

6.   No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook, or other water, or in any way foul any of the same, which may be within the boundaries of the Park   Penalty, $5 00

7.   No person  shall carry fire-arms or shoot birds or other animals within the Park, or throw stones or other missiles therein.
Penalty, $5 00

8.   No person shall disturb birds, or annoy, strike, injure or kill any animal, whether wild or domesticated, within the Park.
Penalty, $5 00

9.   No person shall cut, break, or in anywise injure or deface any trees, shrubs, plants, turf or rocks, or any buildings, fences, bridges, or other structures within the Park.
Penalty, $10 00

10   No person shall injure, deface, or destroy any notices, rules or regulations for the government of the Park posted or in any other manner permanently fixed, by order or permission of the Board of Park Commissioners or their officers or employes.
Penalty, $10 00

*Adopted October* 12, 1887.

Digitized by Google

FFXCO_12841

# EXHIBIT 31

FFXCO_12842

# GENERAL

# ORDINANCES

AND

PRIVATE ORDINANCES OF A
PUBLIC NATURE

OF

# THE CITY OF ST. PAUL

RAMSEY COUNTY, MINNESOTA.

UP TO AND INCLUDING DECEMBER 31ST, 1895.

———

COMPILED BY
JOHN A. GILTINAN, ESQ.,
MEMBER OF THE ST. PAUL BAR

UNDER THE SUPERVISION OF
EDWARD J. DARRAGH, ESQ., CORPORATION ATTORNEY.

———

PUBLISHED BY AUTHORITY OF
THE COMMON COUNCIL.

FFXCO_12843



PIONEER PRESS CO. | NO. 50861 | ST PAUL, MINN.

Ovd83
S6d
+896

FFXCO_12844

# PREFACE.

This compilation of ordinances of the City of St. Paul, Minnesota, has been made pursuant to the provisions of Ordinance No. 1834, approved Sept. 4, 1895, and Ordinance No. 1861, approved Jan. 10, 1896.  (See following page.)

The compiling, indexing and preparing for publication have been done by John A. Giltinan, Esq., under the supervision of the Law Department; and, although this work has been done with very great care, a more generous limit of time than the three months allowed by Ordinance 1834 would have given the opportunity for improvement.

In the citation of ordinances at the end of the consecutive sections, the date refers to the passage of the ordinance unless the word "approved" appears.  In referring to ordinances passed since the dual council began to act in May, 1891, the date refers to the final passage.

In the part of the book containing "Private Ordinances of a Public Nature," it was, as a rule, thought best to make each ordinance a consecutive section.

E. J. DARRAGH,
Corporation Attorney.

FFXCO_12845

# ARTICLE LII.

## PARKS.

### § 680. Rules and regulations for management and protection of parks.

The board of park commissioners of the City of St. Paul having adopted certain rules and regulations for the management and protection of the parks of the City of St. Paul, as provided by the charter, for the purpose of fixing a penalty for the violation of said rules, the common council of the City of St. Paul do ordain as follows:

First—No person shall drive or ride in any public park or grounds in the City of St. Paul at a rate of speed exceeding seven (7) miles per hour.

Second—No person shall ride or drive upon any other part of any park than the avenues and roads.

Third—No coach or vehicle used for hire shall stand upon any part of any park, for the purpose of hire, unless specially licensed by the board of park commissioners.

Fourth—No person shall engage in any threatening, abusive, insulting, indecent language in any park.

Fifth—No person or persons shall engage in any gaming, nor commit any indecent or obscene act in any park.

Sixth—No person shall carry firearms or shoot birds in any park, or within fifty (50) yards thereof, or throw stones or other missiles therein.

Seventh—No person shall throw any dead animal or offensive matter or substance of any kind into any park or into any lake, stream, pool or pond within the limits of any park.

Eighth—No person shall disturb the fish or water fowl in any lake, stream, pool or pond in any part of any park, or annoy, strike, injure, maim, or kill any birds or other animals kept by or under the direction of the board of park commissioners, either running at large or confined in any close or cage, nor discharge any fireworks within any park.

Ninth—No person shall affix any bills or notices in any park.

Tenth—No person shall bathe in any lake, stream, pool or pond within the limits of any park.

Eleventh—No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, turf, or any of the buildings, structures, fences, seats, benches, or statuary, or in any way foul or pollute any fountain, lake, stream, pool, pond, well, or spring within any park.

Twelfth—No person shall turn cattle, goats, swine, horses, dogs or any other animal loose in any park, nor shall any animals be permitted to run at large therein, unless by authority of the board of park commissioners.

Thirteenth—No person shall ride or drive any bicycle or other vehicle in or on any of the walks, paths, or grass plots, except in the avenues or roadways of any park.

(208)

Fourteenth—No person shall walk on or over flower beds in any park, or on or over any grass plot which may be designated by any fence or sign as not open to the public.

Fifteenth—No person shall use any park for business purposes, or for any transportation of farm or other products, dirt or any like material, or for the passage of any teams employed for such purposes, except by permission of the board of park commissioners.

Sixteenth—No person shall injure, deface or destroy any notices, rules or regulations for the government of any park which are posted or affixed by order or permission of the board of park commissioners within the limits of any park.

(Ord. 1767, June 19, 1894, § 1.)

## § 681. Penalty.

Any person or persons violating any of the provisions of this ordinance or any of the rules established by the board of park commissioners of the City of St. Paul for the orderly management and protection of the parks of the City of St. Paul shall be fined for each offense not less than five (5) nor more than one hundred dollars ($100), or shall be punished by imprisonment for not less than five (5) nor more than eight-five (85) days.

(Id. § 2.)

14                                                              (209)

# EXHIBIT 32

FFXCO_12848

# REVISED ORDINANCES

OF THE

# CITY OF CANTON

## ILLINOIS.

REVISED 1894-1895

BY

B. M. CHIPERFIELD, *City Attorney*.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CANTON, ILL.:
DAILY REGISTER PRESS:
1895.

FFXCO_12849

advertise, by outcry or by the ringing of any bell or the blowing of any horn or the beating of any drum, his, her or their business, or any sale or sales at auction or otherwise. Any person violating any of the provisions of this section shall be fined not less than ten dollars nor more than one hundred dollars for each offense.

SEC. 20  *Sales on streets prohibited*.  No person shall be allowed to sell at auction or public outcry, nor to erect or occupy a stand of any kind for the purpose of making sales, upon any of the streets, alleys, avenues, sidewalks, crossings or other public places in said city, nor shall any person be permitted to sell from any carriage, buggy or other vehicle, upon any of the streets, alleys, avenues, sidewalks, crossing, or other public place in said city, except as hereinafter provided, under a penalty of ten dollars for each offense.

SEC. 21.  *Construction of foregoing section*.  The foregoing section shall not be so construed as to apply to any person or persons coming into the city from the country with teams or otherwise with any produce for market raised by themselves, or to any person selling vegetables, berries, fruit, milk or other farm produce of their own production ; nor shall the same be so construed as to make it a penal offense to peddle newspapers, nor to apply to judicial sales ; Provided, that farmers or others selling under the provisions of this section shall not occupy a stand upon any sidewalk, alley or crossing, nor within a space of ten feet of any such sidewalk or crossing upon any street or public square, nor shall they allow their stand, wagon or other vehicle from which they may be selling to remain in front of any person's place of business without the consent of the occupant of such place of business, nor so as to obstruct the convenient travel of the street.

SEC. 22.  *Telephone and telegraph poles*.  No person or corporation shall set or cause to be set any telegraph, telephone or other poles upon any street or alley within the City of Canton, or string or hang any wire along or across any street or alley, unless authorized so to do by the City Council, under a penalty of ten dollars for each offense.

FFXCO_12850

SEC. 23.  *Public Parks shall be known by their respective names.*  The several Public Parks, Squares and grounds in the City of Canton shall be known and designated by the names applied thereto respectively on the map of the City of Canton, that may be designated by ordinance.

SEC. 24.  *Care of parks.*  It shall be the duty of the Committee on Parks and Public Buildings of the City Council to superintend all public grounds and keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to plans approved by the City Council.  The said committee shall likewise cause printed or written copies of prohibitions of this article to be posted in the said Parks or Grounds.

SEC. 25.  *Regulations of Parks.*  No person shall enter or leave any of Public Parks of the City of Canton except by their gateways; no person shall climb or walk, sit or stand upon the walls or fences thereof.

SEC. 26.  *Depredations not to be committed in Parks.*  Neither cattle, horses, goats, swine or annimals, except as herein specified shall be turned into any one of the said Parks by any person.  All persons are forbidden to carry firearms or to throw stones or other missiles within any one of these Public Parks.  All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structure, or property within or upon any of the said Parks.

SEC. 27.  *Bills are not to be posted in Parks.*  No person shall post or otherwise use or affix any bills, notice or other paper upon any structure or thing within either of said Parks nor upon any of the gates nor enclosures thereof.

SEC. 28.  *Persons in Parks must keep off the grass.*  No person shall go upon the grass, lawn or turf of the Parks except when and where the word ''common'' is posted, indicating that persons are at liberty at that time and place to go on the grass.  Any member of the city police shall have the power to arrest any person who shall not desist from any vio-

FFXCO_12851

lation hereof when directed, and cause him to be committed for examination or be taken before the proper officer for trial.

SEC. 29. *Penalty.* Any person who shall violate any or either of Sections 25, 26, 27 or 28, of this Chapter, or whoever shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall upon conviction pay a fine of not less than five dollars nor more than two hundred dollars.

SEC. 30. *Sidewalks shall be constructed by special taxation.* All new sidewalks and condemned sidewalks shall be constructed by special taxation, levied upon abutting land owners, and it shall be the duty of said land owners, whenever the same becomes defective or needs repairs, to repair the same without notice and keep the same in repair, using the same kind of material of which the walk is constructed.

SEC. 31. *Abutting property owners shall repair sidewalks.* Whenever any sidewalk in said City shall need repairs, the abutting land owner shall make the needed repairs; and if any owner shall fail to repair the same, the Street Superintendent shall give such owner three days notice to repair, and shall file a copy of the said notice with the City Clerk; and upon such owner failing or refusing to repair the same, an ordinance shall be passed to repair, renew or condemn the same and shall require the same to be constructed by special taxation; which ordinance shall be passed according to law, for such purpose.

SEC. 32. *Defective sidewalks.* Whenever any sidewalk shall not be repairable, an ordinance shall be passed condemning such defective sidewalk and requiring the same to be rebuilt by special taxation ; and new sidewalks shall be built by like taxation.

SEC. 33. *What ordinances shall specify.* All ordinances shall provide and specify the material which shall be used in such construction or repair, and the width and location of the same, and that the owners of abutting lands shall have the time allowed by law to build and construct the same, and in all other respects said ordinance shall conform to law.

16

# EXHIBIT 33

FFXCO_12853

# LOCAL ACTS

OF

# THE LEGISLATURE

OF THE

## STATE OF MICHIGAN

PASSED AT THE

## REGULAR SESSION OF 1895

### WITH AN APPENDIX



## BY AUTHORITY

LANSING
ROBERT SMITH & CO., STATE PRINTERS AND BINDERS
1895

FFXCO_12854

tion (so called), and also all that part of said city lying and being east of the east bank of the Au Sable river, be and the same is hereby detached from the city of Au Sable, in said county of Iosco, State of Michigan, and the same shall be, and is hereby attached to the township of Au Sable in said county and State aforesaid. But the territory hereby detached shall not be relieved in any manner from its just share and proportion of the present legal bonded indebtedness of said city of Au Sable, together with interest thereon, and said indebtedness shall be apportioned in accordance with the provisions of act number thirty-eight of the session laws of eighteen hundred and eighty-three, approved April twenty-first, eighteen hundred and eighty-three, entitled "An act to provide for the adjustment of rights and liabilities on division of territory of cities and townships," and acts amendatory thereof. *Territory detached shall not be relieved of its share of legal bonded indebtedness.*

SEC. 2. This act shall not be construed as nullifying or repealing an act entitled "An act to incorporate the board of education of the city of Au Sable," being act number two hundred and eighty-five of the local acts of eighteen hundred and ninety-one, and the persons elected as members of such board of education under the provisions thereof shall continue to have and exercise all the duties, powers and jurisdictions conferred upon them by the provisions thereof, within the territory and district in which their jurisdiction now extends. *This act not to repeal the act incorporating the board of education.*

SEC. 3. The matter of procedure in the matter of apportioning, levying and collecting taxes for the support of the schools within said district, and for altering the boundaries thereof, shall be the same as near as may be as is provided by law in the case of fractional school districts. *Procedure in the matter of taxes.*

Approved May 24, 1895.

---

[ No. 436. ]

AN ACT to amend an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and other public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-ninth, eighteen hundred and ninety-three, by amending sections six, seven and fourteen thereof, and to add to said act twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-

FFXCO_12855

six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one of said act.

Act amended and sections added. SECTION 1. *The People of the State of Michigan enact,* That an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-nine, eighteen hundred and ninety-three, be amended by amending sections six, seven and fourteen thereof, and by adding twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one, forty-two, forty-three, forty-four, forty-five, forty-six, forty-seven, forty-eight, forty-nine, fifty and fifty-one, to read as follows:

Commissioners to have control, management, and charge of improvements of all parks and public grounds. SEC. 6. The commissioners shall have the control and management, and shall have charge of the improvement of all the parks and public grounds of said city, including the island park (known as "Belle Isle park"), and of such parks or public grounds as may hereafter be acquired, laid out, purchased or dedicated for public use in said city. And they shall likewise have control, management and charge of the improvement and maintenace of the boulevard, which was laid out and established as provided by the (said) act creating said board of boulevard commissioners, and of any other boulevard which may at any time be hereafter acquired, laid out, established or located by said city. The authority hereby conferred shall not be construed as giving charge or control to said commissioners over and to the improvement of any ordinary public street or alley. When improvements to be done by contract. When the estimated cost of any work or improvement ordered by said commissioners shall exceed the sum of one thousand dollars, the same shall be done by contract, after advertisements for bids in at least two daily papers, printed in said city, for at least seven days.

May make rules and regulations for maintenance and care of. SEC. 7. The said commissioners may make all needful rules and regulations for the management, maintenance and care of the said parks, public grounds and boulevard or boulevards, and for the regulation thereof, and the common council of said city may provide by ordinance for the observance of the same, and may also in like manner provide for the observance and enforcement of any other rules and regulations duly made by said commissioners under any of the provisions of this act. Protection of. And said common council may by ordinance further provide for the preservation and protection of the parks, public grounds

LOCAL ACTS, 1895.—No. 436.                           595

notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners.

SEC. 38.   No person shall drive any vehicle displaying any placard or advertisement of any kind along said boulevard or on or along the driveway of any of said parks, nor shall any person display any placard or any advertisement of any kind on or upon or along the said boulevard or any of the said parks for advertising only. *Not to drive any display advertisement or placards along the parks or boulevards.*

SEC. 39.   No person shall dig, remove or carry away any sward, sand, turf or earth in or from any public park, or boulevard, and no person shall open or dig up or tunnel under any part or portion of the boulevard without a permit from the commissioners of parks and boulevards, and before granting any such permit the applicant therefor shall be required to deposit with the secretary of said commissioners such sum of money as the superintendent of the boulevard or such other officer as the commissioners may designate for that purpose, shall estimate, will fully cover any expense to be incurred by the commissioners in connection with such opening or tunneling, and the commissioners may make suitable regulations and conditions with respect to issuing said permits.   And said commissioners may retain the actual expense, which shall be certified by the superintendent, which may be incurred by the commissioners in connection with any work done by them, for the purpose of restoring any roadway, sidewalk, planting place or other portion of said boulevard, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.   Carriage or driveways and footwalks connecting with any premises adjoining the boulevard, or hitching posts thereon, shall be allowed only on a permit issued under this section, and the material used in making such ways, walks or posts shall be determined by the said commissioners. *Not to dig, remove or carry away any sward, sand or turf from parks.*

SEC. 40.   No person shall place or deposit any dead carcass, ordure, filth, dirt, stone, ashes, garbage or rubbish of any kind, or other matter or substance on the said boulevard, or of any of said public parks, and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except on Belle Isle park, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the commissioners of parks and boulevards; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon. *Not to deposit dead carcasses, filth, dirt, stones, etc., on the boulevard or parks.*

SEC. 41.   No person shall build or place any fence, or other barrier around any grass plot or planting place on said boulevard or public park, or place any building or obstruction of any kind thereon. *Not to build any fence or barrier around grass plots or planting place.*

SEC. 42.   No person shall play at any game whatever in or upon said boulevard, or on any of the said parks, under the *Not to play certain games.*

FFXCO_12857

596                    LOCAL ACTS, 1895.—No. 436.

**Proviso.**

charge of the said commissioners: *Provided, however,* That ball, cricket, lawn tennis and other like games of recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners and under such rules and regulations as may be prescribed by them.

**Not to engage in sport liable to frighten horses.**

SEC. 43.   No person shall engage in any sport or exercise upon said boulevard or park as shall be liable to frighten horses, injure travelers, or embarrass the passage of vehicles thereon.

**Not to discharge firearms or fireworks.**

SEC. 44.   No person shall fire or discharge any gun or pistol or carry firearms, or throw stones or other missiles within said park or boulevard, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of any explosive character on said park or boulevard, without the permission of said commissioners, and then only under such regulations as they shall prescribe.

**No person shall expose or offer any article or thing for sale, play any musical instrument, etc., without permission of commissioners.**

SEC. 45.   No person shall expose any article or thing for sale or do any hawking or peddling in or upon said parks or boulevard, and no person, without the consent of said commissioners, shall play upon any musical instrument, or carry or display any flag, banner, target or transparency, nor shall any military or target company, or band or procession parade, march, drill or perform any evolution, movement or ceremony within any of said parks, or upon or along said boulevard, without the permission of said commissioners, and no person shall do or perform any act tending to the congregating of persons on said boulevard or in said parks.

**Gambling and disorderly conduct.**

SEC. 46.   No person shall gamble, nor make any indecent exposure of himself or herself, nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of the said parks or boulevards; and

**Intoxicating liquors.**

no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners.

**All boats, carriages, railroad cars, and vehicles running for hire to be licensed.**

SEC. 47.   All boats and vessels, carriages, railroad cars and other vehicles running for hire to and from said Belle Isle park, or any other park, shall be duly licensed and shall be subject to all the rules and regulations that may be established by said commissioners or by the common council from time to time, and no person shall carry on the business of carrying passengers to and from either of said parks unless their vehicles shall be so licensed.   And no person commanding or having charge of any boat, carrying passengers for hire shall land or permit any passengers thereform to land at any dock on Belle Isle park, excepting such as may be designated for that purpose by the commissioners, and no person having charge of any vessel shall fasten or tie the same at any wharf or dock in Belle Isle park, excepting for the purpose of receiving or discharging passengers as permitted by this section.

SEC. 48.   No person shall place or deposit or allow to be placed or keep or deposit on any part of said boulevard any

FFXCO_12858

building material without the written permission of said commissioners, which permit shall state the space to be occupied and the length of time during which said permit shall be in force, and every person having use of any portion of said boulevard for the purpose of erecting or repairing any building or for placing or keeping any building material or any other article or thing thereon which shall cause any obstruction to travel thereon or render the same in any respect dangerous to travelers thereon, shall cause two red lights to be placed in conspicuous places, one at the end of said obstruction, from sunset until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards, and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two feet wide, and no such permit shall be granted under this section unless in the application therefor the party applying shall agree to indemnify the city against all liability from injury to any person or property arising from such obstruction.

*Not to deposit building material on any part of boulevard without written permission of commissioners.*

*Red lights to be placed in conspicuous places.*

SEC. 49. No person shall conduct or permit any funeral procession or hearse to be driven upon the boulevard: *Provided*, That nothing herein contained shall be construed to prevent the removal of any corpse from any house abutting upon said boulevard, and the forming of the funeral procession thereon, but the hearse or procession shall not proceed further thereon than the nearest paved cross street in the direction in which said hearse shall move.

*Funeral processions not to drive on boulevard.*

*Proviso.*

SEC. 50. No person shall remove any house or building on, along or across the boulevard, except on the written permission of said commissioners, which shall be issued only upon such terms and conditions, and under such regulations as they may prescribe, and upon a deposit with the secretary of said commissioners of such sum as may be fixed by said commissioners, and as they shall estimate will fully cover all damages to walks, roadways, grass plots, trees and other property and improvements of said boulevard, and said permit shall be issued only upon the express condition that said moving shall be commenced and completed between the hours of one and six o'clock in the forenoon, and the occupancy of the said boulevard shall continue only between said hours and after said moving shall have been completed, the roadway, grass plot, walks and other property and improvements shall be restored to their former condition by the said commissioners or under the supervision of their superintendent, and their superintendent shall thereupon certify to the secretary the actual expense incurred in such restoration, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.

*Not to remove any house or building on or along the boulevard without written permission of commissioner.*

SEC. 51. Any violation of the provisions of this act shall be punished in the recorder's court by a fine not to exceed one hundred dollars and costs, and, in the imposition of any fine and costs, the court may make a further sentence, that the offender be imprisoned in the Detroit House of Correction

*Penalty for violation.*

FFXCO_12859

until the payment of such fine, for any period of time not
exceeding six months.

This act is ordered to take immediate effect.

Approved May 24, 1895.

---

[ No. 437. ]

AN ACT to amend sections two, five, seven and eleven of act
number three hundred eighty-three of the local acts of eight-
een hundred ninety-three, entitled "An act to provide for
the election of two justices of the peace and for the appoint-
ment of a justice clerk in and for the city of Saginaw, and to
define their jurisdiction and to fix their compensation; and
to abolish and discontinue the five offices of justice of the
peace of said city, upon the expiration of the terms of the
present incumbents thereof; and to provide for the filing of
the files, records and dockets belonging to or appertaining
to the offices abolished and discontinued, and for the issu-
ance of executions upon judgments appearing on said dockets
and to repeal all provisions of the charter of the city of Sag-
inaw and of all other acts or parts of acts in any wise contra-
vening the provisions of this act," approved May thirteenth,
eighteen hundred ninety-three.

*Sections
amended.*

SECTION 1. *The People of the State of Michigan enact,*
That sections two, five, seven and eleven of act number three
hundred eighty-three of the local acts of eighteen hundred
ninety-three, entitled "An act to provide for the election of
two justices of the peace, and for the appointment of a justice
clerk in and for the city of Saginaw, and to define their juris-
diction and to fix their compensation, and to abolish and dis-
continue the five offices of justices of the peace of said city,
upon the expiration of the terms of the present incumbents
thereof, and to provide for the filing of the files, records and
dockets belonging to or appertaining to the offices abolished
and discontinued, and for the issuance of executions upon
judgments on said dockets, and to repeal all provisions of the
charter of the city of Saginaw and of all other acts or parts of
acts in any wise contravening the provisions of this act,"
approved May thirteenth, eighteen hundred ninety-three, be
amended so as to read as follows:

*Justices to have
same jurisdic-
tion as justices
of townships.*

SEC. 2. The said justices of the peace for the city of Sagi-
naw shall have the same jurisdiction and powers and perform
the same duties as are now exercised and performed, or may at
any time hereafter be conferred by law upon justices of the

*Jurisdiction of
civil cases.*

peace for townships, together with jurisdiction in civil cases,
where either of the parties to any such action reside in the
county of Saginaw, and such further jurisdiction as may be
provided by statute. In cases of examination of offenders by
either of said justices, for offenses committed against the crim-

# EXHIBIT 34

FFXCO_12861



THE

# CENTRALIA CITY CODE.

COMPRISING——

ORIGINAL CHARTER AND AMENDMENTS,
THE LAWS OF THE STATE OF ILLINOIS
RELATING TO THE GOVERNMENT OF

## THE CITY OF CENTRALIA,

GENERAL ORDINANCES,
SPECIAL ORDINANCES AND
ILLINOIS CENTRAL RAILROAD CONTRACT.

REVISED AND CODIFIED BY——

**Frank F. Noleman and William F. Bundy,**

Attorneys at Law.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

1896.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_12862



CENTRALIA, ILLINOIS.

PRINTED BY THE CENTRALIA DAILY
SENTINEL—T. L. JOY & CO.

1896.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_12863

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 34 of 144 PageID# 2323

# CHAPTER XXXIII.

## PARKS.

**367.   Central Park.**] § 1.  That block 113 in the Railroad Addition to said city shall be called and hereafter known by the name of Central Park.

**368.   Unlawful to Cut Grass, etc.**] § 2.  That it shall not be lawful for any person to enter upon and cut or remove any grass or other article from Central Park without permission from the proper officer; nor to turn into said park any cattle, horses, hogs, or other animals; nor to hitch, fasten, or tie any animal whatever to any tree, fence or gate around the same; nor to cut, break, or deface the trees or fences around said park; nor to cut, injure, climb upon, break, bend, or destroy any tree, shubbery, plant, or ornament, or the boxing or railing around the same, growing or being in said park.   Any person violating any of the provisions of this section shall be fined in any sum not less than ten dollars nor more than one hundred dollars for every offense.

**369.   Offenses.**] § 3.  All persons are forbidden to carry firearms, or to throw stones or other missiles in said park.   All persons are forbidden to cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions, or property within or upon the said park.   No person or persons shall lounge or loiter in said park after eleven o'clock of any night, nor shall any person or persons do therein any obscene or indecent act.   Any person violating any of the provisions of this section shall be fined in any sum not less than ten dollars nor more than one hundred dollars.

**370.   Committee on Public Grounds to Have Charge of.**] § 4.  It shall be the especial duty of the Committee on Public Grounds to care for said Central Park and to see that the rules concerning the same are strictly enforced.   Said committee shall see each spring that said park is supplied with suitable seats or benches, and that the same are painted and placed therein;

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_12864

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 35 of 144 PageID# 2324

recommend to the City Council any new seats or other property required, and purchase the same under the instructions of the City Council. Said committee shall see that said park is kept free from brush and weeds, that the grass and trees are properly trimmed, and in the fall remove all benches and other property of a movable nature, likely to suffer from exposure, to suitable cover.

**371.   Permission to Use Park.**]   § 5.   The Mayor shall have the power to grant permission for the use of the said park, and all parties desiring the use of the same for any public gathering shall make application to the Mayor, stating the character of the meeting or assembly proposed to be held, and if such proposed meeting is not likely to disturb the peace and good order of the city, or the neighborhood, and is of a moral character, he shall thereupon grant such permission: *Provided, however*, no permission granted by the Mayor for the holding of meetings or assemblies in said park shall protect the individuals so assembled from prosecution for the violation of any of the laws of this city.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_12865

# EXHIBIT 35

FFXCO_12866

<u>REVISION OF 1904</u>

THE

# GENERAL ORDINANCES

OF THE

## CITY OF INDIANAPOLIS

CONTAINING, ALSO

ACTS OF THE INDIANA GENERAL ASSEMBLY

SO FAR AS THEY CONTROL SAID CITY

TO WHICH IS PREFIXED

A CHRONOLOGICAL ROSTER OF OFFICERS

FROM 1832 TO 1904

AND RULES GOVERNING THE COMMON COUNCIL

Collated and Annotated by Edgar A. Brown and William W. Thornton, Commissioners.

*PUBLISHED BY AUTHORITY OF THE CITY OF INDIANAPOLIS.*

INDIANAPOLIS
WM. B. BURFORD, PRINTER AND BINDER
1904

FFXCO_12867

AN ORDINANCE regulating the use and enjoyment of parks, park grounds and parkways of the City of Indianapolis, providing penalties for the violation of the same, repealing all conflicting ordinances, providing for the publication thereof, and fixing the time when the same shall take effect.

[Approved June 30, 1896.]

**1968.   When Open for Public—Entrance.   1.** *Be it ordained by the Common Council of the City of Indianapolis, Indiana,* That the parks shall be open to the public from 5:00 a. m. until 11:00 p. m., and no person other than employes shall be permitted to remain therein, except when open as herein specified, and no person at any time shall enter or leave any park except by the established entrances, walks or drives.

**1969.   Writing on Park Buildings, etc.   2.**   No person shall write, cut, mutilate or deface in any manner any building, fence, bench, masonry, statue, ornament, or tree in any public park.

**1970.   Injury to Flowers or Trees.   3.**   No person shall pull, pluck, break or touch any flowers or fruit, whether wild or cultivated; cut down, girdle or break down any sapling, tree, shrub or plant; break or bend limbs or branches of trees or bark trees; or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof, or climb any tree in any public park.

**1971.   Discharging Fire-Arms.   4.**   No person shall discharge any fire-arm, or have possession of any fire-arm within the limits of any public park.

**1972.   Use of Profane or Abusive Language.   5.**   No person shall use profane, obscene, threatening or abusive language, or fight or throw any stone or missile, or behave in a disorderly or improper manner, or commit any offense against decency or good morals in any public park.

**1973.   Starting Fire in Park—Molesting Animals.   6.**   No person not an employe shall make a fire for any purpose within the bounds of any park; and no person shall chase, catch, injure, molest or disturb any animal, bird or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or offer to give any such animal tobacco or other noxious article.

**1974.   Animals or Fowls Trespassing on Parks.   7.**   No person being the owner or having control of the same shall suffer or permit any chickens, ducks, geese, hogs, cattle, horses, sheep, or goats, or other animals or fowls to stray into, run at large or trespass upon any public park land.

**1975.   Fastening Horse to Tree.   8.**   No person shall fasten a horse to a tree, or bush, or building, or leave the same unattended, or be permitted to bring or lead horses within the limits of any public park, or a horse that is not harnessed and attached to a vehicle or mounted by a rider.

FFXCO_12868

**1976.  Wagons in Forbidden—Standing on Driveways.** 9. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays, are prohibited within any public park, except when employed in the business of said parks; and no vehicle or horse shall be permitted to stand upon the drives or any part thereof to the obstruction of the way.

**1977.  Bicyclers.** 10. Bicyclers and tricyclers shall be strictly confined to the roadways of the public parks, and be controlled by the same rules which govern horsed vehicles and equestrians, and must keep and pass to the right when meeting the same. When passing a carriage or equestrian from the rear to the front it must be done on the left side, and at a speed not to exceed four miles per hour. Bicyclers and tricyclers must not travel more than two abreast, nor without displaying a light in front if it be one-half hour after sunset, and carrying regular bicycle or tricycle bells at all times.

**1978.  Carriages Passing Each Other.** 11. When carriages, equestrians or cyclers meet, the shall respectively keep to the right.

**1979.  Riding or Driving on Grass.** 12. No person shall ride or drive upon the grass, footways or elsewhere than on the roads for the use of carriages, equestrians and cyclers.

**1980.  Speed for Driving.** 13. No person shall ride or drive a horse or cycle faster than at the rate of six miles an hour.

**1981.  Picnics—Permits—Cleaning Up Debris.** 14. No picnic shall take place in any public park without a written permit of the Superintendent, in which shall be designated the place where it is to be held. Picnics permitted for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these rules and regulations. No person shall intrude him or herself upon a picnic without consent of those in charge of it, nor disturb any picnic within said parks. Parties holding picnics in the said parks must clean up the ground that has been occupied by them, on quitting it, and remove all paper and litter.

**1982.  Sleeping in Parks—Begging—Games.** 15. No person shall be allowed to sleep on the benches or grass of any public park, nor to beg, to tell fortunes, to play at any game of chance, or with any instrument of gaming therein, and gambling in any form and playing cards is prohibited in the public parks.

**1983.  Use of Liquors Prohibited.** 16. No person shall introduce spirituous, malt or fermented liquors into any public park, either for his own use or for sale, nor use, sell or give away the same.

**1984.  Dogs.** 17. No person shall bring a dog into any public park.

**1985. Parades—Drills—Meetings.** 18. No military, civic or other company shall be permitted to parade, drill or perform within any park any military evolutions or movements without the consent of the Park Commissioners, and no public meetings or public discussions of any subject, religious, social, political, or of any other kind, shall be held within the limits of any park without the consent of the Park Commissioners.

**1986. Funeral Procession.** 19. No funeral procession, or hearse, nor any vehicle carrying the body of a deceased person, shall be allowed within any park.

**1987. Bringing Trees Into Park—Advertisement.** 20. No person other than employes shall bring upon any park any tree, shrub or plant, nor any newly plucked branch or portion of tree, shrub or plant; and no person shall paint, post or otherwise affix any bill, notice, sign, or other paper or sign upon any structure or thing within the parks nor upon any of the gates in the enclosures thereof.

**1988. Walking on Grass.** 21. No person shall go upon the grass, lawn or turf of any parks where the sign inscribed ''Keep Off the Grass'' has been posted by the Superintendent.

**1989. Watermelons.** 22. All persons are forbidden to carry watermelons into any park.

**1990. Bathing—Fishing—Disturbing Animals.** 23. No person shall bathe, wash or fish in, or go or send or ride any animal into any waters of any park, nor feed or disturb any of the fish, water fowls or other birds or animals preserved therein; or throw stones or rubbish of any kind into any lake, pond, stream or fountain, or any roadway of any public park.

**1991. Playgrounds.** 24. Portions of the parks may be set aside by the Superintendent for ball, croquet, golf or other games, and where any such portion of any park is set apart for any games, as aforesaid, no game of baseball shall take place without the written consent of the Superintendent, and no person shall practice ball or intrude himself upon the players on the space so set apart while a game is in progress. (As amended June 24, 1904.)

**1992. Hammocks.** 25. Hammocks, except for the use of babies, shall not be permitted within the parks. In such cases permission must be obtained from the Custodian, who will designate the trees to which the hammock may be attached.

**1993. Removal of Benches.** 26. No benches or seats shall at any time be removed or changed from their place in the said parks without permit shall be obtained from the Superintendent.

**1994. Swings.** 27. No person shall attach a swing to any tree within any public park without the consent of the Superintendent.

**1995. Sales Within Park.** 28. No person shall sell or offer for sale any article whatever within any public park without first having obtained written consent of the Board of Park Commissioners.

FFXCO_12870

**1996. Intoxication.** 29. No intoxicated person shall be permitted in any public park.

**1997. Entering Water Closet of Opposite Sex.** 30. No person of opposite sex shall enter any water closet set apart for ladies, nor use in any improper way any water closet.

**1998. Penalty.** 31. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be fined not less than five ($5.00) dollars, nor more than one hundred ($100.00) dollars

**1999. Officers Given Police Powers.** 32. Officers or employes of the various parks are in power [empowered] to enforce the rules and regulations as herein set forth, and summary [summarily] to arrest and judge violators thereof.

**2000. Repeals.** 33. All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**2001. Publication.** 34. This ordinance shall take effect and be in force from and after its passage and publication one day each week for two consecutive weeks in the Sun, a daily newspaper of general circulation, printed and published in the City of Indianapolis.

PAWN-BROKERS.

AN ORDINANCE to license and regulate pawn-brokers; defining and declaring who shall be deemed pawn-brokers; fixing the license fee therefor; providing for the keeping of lists and descriptions of articles pledged or deposited with pawn-brokers; for the inspection of such lists and articles; the registering of the names and residences of depositors, and prescribing penalties; also providing for the publication of said ordinance and the time when the same shall take effect.

[Approved November 27, 1893.]

**2002. License—Definition—Fee.** 1. *Be it ordained by the Common Council of the City of Indianapolis,* That it shall be unlawful for any person to engage in or continue in the business of a pawn-broker in said city, unless such person shall have first paid the license fee to the City Treasurer and procured the license as a pawn-broker as in this ordinance prescribed. Every person whose business it is to take or receive by way of pledge, pawn, or exchange, any goods, wares or merchandise, or any kind of personal property whatsoever, as a security for the repayment of money lent thereon, or who purchases personal property or choses in action, on the condition of selling the same back again at a stipulated price, is hereby defined and declared a pawn-broker, and shall pay to the City Treasurer an annual fee of one hundred dollars.

1. See also Second-Hand Dealers.

**2003. Issuing License—Date.** 2. It shall be the duty of the City Comptroller, upon the presentation of the treasury certificate showing the payment of said fee into the city treasury, to issue to the person entitled thereto the license applied for. Such license shall

FFXCO_12871

# EXHIBIT 36

FFXCO_12872

# REPORT

OF THE

# BOARD OF
# PARK COMMISSIONERS

OF THE

# CITY OF ROCHESTER, N. Y.

1888 to 1898.



UNION AND ADVERTISER PRESS.

Digitized by Google

FFXCO_12873

# PENAL ORDINANCES

## Relating to the Use and Government of the Public Parks and Parkways of the City of Rochester.

Passed August 26, 1896.

The Board of Park Commissioners of the city of Rochester do enact as follows :

### DEFINITIONS.

SECTION 1. The terms "parks" used herein shall be construed to include all lands and waters under the control of the Board of Park Commissioners of the city of Rochester, except parkways, and the term "said Board" shall be construed to mean the Board of Park Commissioners of said city.

### GENERAL RULES AS TO USE OF PARKS.

SECTION 2. The parks of the city of Rochester are for the benefit and pleasure of the public, and every person shall use said parks subject to the ordinances of said Board.

The roadways in the parks shall not be used by any vehicles except those employed for the purposes of pleasure ; the rides and bridle paths shall be used only by persons on horseback or bicycles, and the walks shall be used exclusively by pedestrians, except that baby carriages and invalid chairs and children's carts and tricycles may be propelled thereon

This section shall not apply to vehicles used by order of said Board.

The parks shall be closed from 11 o'clock P. M., until 5 o'clock A. M., during the summer season, and from 10 o'clock P. M., until 7 o'clock A. M., during the winter season ; and no persons except employes of said Board on duty, or members of said Board, shall go into, or remain in said parks, while closed. The summer season shall be from April 1st until November 15th, and the winter season shall be from November 15th until April 1st.

### ACTS PROHIBITED

SECTION 3. No person shall commit any of the following acts within said parks :

1.  Commit any disorderly or immoral acts.
2.  Be intoxicated.
3.  Throw stones or missiles

Digitized by Google



FFXCO_12874

4   Utter loud or indecent language.

5.   Play any game of cards or chance.

6.   Tell fortunes.

7.   Beg.

8.   Publicly solicit subscriptions.

9   Drive or lead a horse not well broken.

10.   Allow any dog to run at large.

11   Throw or drain offensive substances into any park waters.

12.   Bathe in park waters without having the body concealed by suitable covering extending from the knees to the shoulders.

### ACTS PROHIBITED WITHOUT PERMISSION.

SECTION 4.   No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person.

1.   In any manner injure any tree, plant, grass, flower, fruit, turf or structure.

2.   Keep or offer anything for sale.

3.   Play any music.

4.   Post or display any sign, banner or advertisement.

5.   Deliver any public speech.

6.   Solicit passengers for any boat or vehicle for hire.

7.   Obstruct in any way a roadway or path

8.   Discharge any firearm or fireworks or send up any balloon.

9.   Permit any animal, except horses and dogs, to enter said parks.

10.   Ride or drive any animal or vehicle at a speed exceeding eight miles per hour.   This shall not apply to the vehicles of the fire or police departments, ambulances, nor vehicles used by physicians when actually engaged in responding to emergency calls or to driving on the " speedway " in Genesee Valley Park.

11.   Hold any picnic at a place not designated by said Board for that purpose.

12.   Hold any public meeting or engage in any marching or driving as members of a military, political or other organization.

13.   Conduct any funeral procession nor vehicle containing the body of a deceased person.

14.   Build any fire.

15.   Write, paint or carve on any tree, bench or structure.

16.   Climb any tree, nor tie any horse to a tree.

17.   Enter any place upon which the words " No Admittance " shall be displayed.

18.   Play baseball, tennis, nor any other game at a place not designated by said Board for that purpose.

19.   Take ice from any park waters.

20.   Fish in any park waters.

21.   Bathe in any place not designated by said Board for that purpose.

Digitized by Google

22.   Enter nor leave said parks except at the established ways of entrance and exit.

23.   Place or propel any boat or other craft upon park waters.

24.   Land from any boat at a place not designated by said Board for that purpose.

25.   Carry any flowers or shrubs, firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.:  Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west.

26.   Occupy in any way the slopes of the river banks.

27.   Violate the regulations of said Board relating to any building or place.

28.   Injure or unnecessarily disturb any fish, water fowl, birds or animals.

29.   Injure any notice posted by order of said Board.

### DISPOSITION OF VAGRANT ANIMALS.

SECTION 5.   Pounds for temporarily restraining animals found running at large within said parks shall be established at such places as the Superintendent of Parks may designate

All animals found running at large within said parks contrary to the ordinances of said Board, may be seized by any person and conducted to any one of such pounds.  Upon the impounding of any animal within a park pound, it shall be the duty of the Superintendent of Parks forthwith to notify the keeper of the city pound, who shall at once take and dispose of such animal in the manner provided by the penal ordinance of the city of Rochester relating to the disposition of vagrant animals.

### PENALTY FOR VIOLATION OF PARK ORDINANCES.

SECTION 6.   Any violation of these ordinances shall be deemed a misdemeanor, and shall be punishable by a fine of not less than five dollars nor more than one hundred dollars, and in default of the payment of such fine, any person so convicted may be imprisoned in the Monroe County Penitentiary for a period not exceeding thirty days, or by both such fine and imprisonment.

### FORMER ORDINANCES REPEALED.

SECTION 7.   The ordinances of said Board, passed January 26, 1891, and all ordinances inconsistent herewith, are hereby repealed.

Digitized by Google

FFXCO_12876

# EXHIBIT 37

FFXCO_12877

Report of the

...BOARD OF...

# PARK COMMISSIONERS,

OF

WILMINGTON, DEL.

FOR THE

Year ending December 31st, 1897.

WILMINGTON, DEL.
THE JOHN M. ROGERS PRESS,
1898.

FFXCO_12878

## PRESENT BOARD OF PARK COMMISSIONERS.

|  | Date of Appointment. | | Term Expires. | | |
|---|---|---|---|---|---|
| William M. Canby, | March | 1883. | December 31, 1902. | | |
| George S. Capelle, | January | 1898. | " | " | " |
| George W. Bush, | March | 1883. | " | " | 1901. |
| J. Newlin Gawthrop, | November | 1895. | " | " | " |
| William P. Bancroft, | March | 1883. | " | " | 1900. |
| Henry A. duPont, | " | " | " | " | " |
| Thomas F. Bayard, | " | " | " | " | 1899. |
| Joseph L. Carpenter, Jr., | January | 1895. | " | " | " |
| Dennis J. Menton, | September | 1886. | " | " | 1898. |
| Samuel Bancroft, Jr., | November | 1895. | " | " | " |

### MEMBERS EX-OFFICIO.

Henry C. McLear, *Mayor.*

C. Marion Leitch, *President of Council.*

James B. Oberly, *Chairman of Finance Committee.*

James Wilson, *Chief Engineer of Surveying Department.*

### OFFICERS.

William M. Canby, *President.*

Joseph A. Richardson, *Secretary and Treasurer.*

Theodore A. Leisen, *Engineer and Superintendent.*

### OFFICE OF THE ENGINEER AND SUPERINTENDENT.

Corner Lovering Avenue and Dupont Street.

### EXECUTIVE COMMITTEE.

William M. Canby, *Chairman.*

Dennis J. Menton.

J. Newlin Gawthrop.

Dup. Exch. Wilmington Institute Free Lib. 1/20/1901

# PARK REGULATIONS.

No person shall ride or drive upon any part of the Park except upon the roads intended for such purposes.

No person shall bring led horses within the limits of the Park nor turn any horses, cattle, goats, swine, dogs or other animals loose in the Park.

No person shall indulge in any threating, abusive, insulting or indecent language, or commit any obscene or indecent act in the Park.

No person shall carry firearms, shoot birds, or other animals, nor throw stones or other missiles, or in any way disturb or annoy the birds or animals within the boundaries of the Park.

No person shall throw any dead animals or other offensive matter into the Park, nor foul any spring, brook or other water within the boundaries of the Park.

No person shall cut, break or otherwise injure or deface any trees, shrubs, plants, turf, rock or any building, fence, bridge or other structure within the Park.

No person shall erect, paint, paste or otherwise affix or distribute any signs, advertisements or circulars within the Park.

No person shall injure, deface, destroy, or remove any notices or regulations for the government of the Park.

Penalties, $5.00 to $10.00

FFXCO_12880

# EXHIBIT 38

**FFXCO_12881**

# CHARTER

AND

# REVISED ORDINANCES

OF

# KANSAS CITY

1898.

TO WHICH ARE PREFIXED A TABLE OF THE CASES CITED; AN HISTORICAL
SKETCH OF THE CITY; AND, ALSO, THE CONSTITUTIONAL PROVISIONS AND
ENABLING ACT IN PURSUANCE OF WHICH SAID CHARTER WAS FRAMED
BY A BOARD OF THIRTEEN FREEHOLDERS AND SUBMITTED TO, AND
RATIFIED BY, THE QUALIFIED VOTERS OF THE CITY AT A SPECIAL
ELECTION APRIL 8, 1889, AND SUPERSEDED THE OLD CHARTER
MAY 8, 1889.  THE AMENDMENTS TO THE CITY CHARTER
ADOPTED SINCE THE LAST DATE ABOVE, HAVE BEEN
ARRANGED IN THEIR PROPER PLACES, WITH FOOT-
NOTES SHOWING THE DATES OF THEIR ADOPTION.

———

THE ANNOTATIONS EMBRACE THE DECISIONS IN THE SUPREME COURT
REPORTS, VOLUMES 1-137, INCLUSIVE, AND APPEAL REPORTS,
VOLUMES 1-70, INCLUSIVE, BEARING UPON MUNICIPAL
RIGHTS AND LIABILITIES, AND THE CON-
STRUCTION OF THE CHARTER
AND ORDINANCES.

———

COMPILED, ARRANGED, ANNOTATED, AND INDEXED BY

FRANK F. ROZZELLE AND GEORGE R. THOMPSON,

OF THE KANSAS CITY BAR, ASSISTED BY

R. B. MIDDLEBROOK, CITY COUNSELOR, AND H. C. McDOUGAL, FORMER CITY COUNSELOR
AND AN ADVISORY COMMITTEE CONSISTING OF L. E. WYNE, P. S. BROWN, JR.
AND GEORGE EYSSELL, OF THE UPPER HOUSE, AND JAMES G.
SMITH, A. D. BURROWS AND JAMES PENDERGAST, OF
THE LOWER HOUSE OF THE COMMON COUNCIL.

———

PRINTED AND PUBLISHED BY
AUTHORITY OF THE CITY OF KANSAS CITY, MISSOURI.

———

KANSAS CITY:
LAWTON & BURNAP, PRINTERS AND STATIONERS.
1898.

Digitized by Google

FFXCO_12882

**APPENDIX.**                                              **655**

# ORDINANCE No. 9637.

AN ORDINANCE PROVIDING FOR THE REGULATION AND
ORDERLY GOVERNMENT OF PARKS, BOULEVARDS, PARK-
WAYS, PARK ROADS AND OTHER PUBLIC GROUNDS UNDER
THE CONTROL AND MANAGEMENT OF THE BOARD OF PARK
COMMISSIONERS.

*Be it ordained by the Common Council of Kansas City:*

SECTION 1.   That all omnibuses and all wagons, drays, trucks
and other vehicles, for carrying goods, merchandise, manure,
garbage, or other articles, entering upon any boulevard or park-
way of this city, shall have width of tire as follows:

All vehicles of the kind above mentioned drawn by one horse
shall have width of tire of not less than three (3) inches.   All
such vehicles drawn by two or more horses shall have width of
tire not less than four (4) inches; *provided,* however, that all
wagons, omnibuses and other vehicles of less width of tire than
above specified, carrying goods, merchandise or other articles to
or from any house or premises abutting upon any boulevard or
parkway, shall be permitted to enter thereon at the cross street
nearest said house or premises in the direction in which the same
are moving, and deliver and receive such merchandise or other
articles, but shall not proceed on such boulevard or parkway
further than the nearest cross street thereafter.   That this pro-
vision shall take effect and be in force six (6) months after the
approval of said ordinance.

SEC. 2.   No vehicle, nor horse, nor mule, shall be permitted
to stand upon any portion of any boulevard, parkway or park
road of said city, unless the driver thereof is in charge of and
accompanies the same; nor shall any horse, mule or vehicle be per-
mitted to stand upon any boulevard, parkway or park road to the
obstruction of the same or to the inconvenience of travel.

SEC. 3.   No person shall engage in any racing, speeding or
fast and reckless riding or driving on any boulevard, parkway or
park road of said city, except on such part or portion of any
boulevard, parkway or park road as may be set apart by the board
of park commissioners for that purpose, and then only under such
regulations as the board of park commissioners may prescribe.



656 APPENDIX.

Sec. 4.   No velocipede, bicycle, tricycle, wheelbarrow, hand-cart, nor other vehicle, nor any horse, mule, cattle nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, walks, curbstones, grass plots, or planting spaces of any park, boulevard, or parkway, nor to cross the same.   Nor shall such vehicle or animal be taken upon any part thereof except upon the carriage drives and crossings provided therefor.   Nor shall any horses, mules, cattle, sheep or swine be driven loose, singly or in herds on any boulevard or parkway, or park road of said city.   Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet.

Sec. 5.   No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon. Nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in any park that such animal can damage the same by biting or otherwise. Nor shall any person permit any horse or other animal unattended to stand upon any boulevard or parkway of said city unless the same shall be securely hitched and checked.

Sec. 6.   No owner, occupant or agent of any land abutting upon any boulevard or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard or parkway.   Nor shall any person throw or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway or park road.

Sec. 7.   No person shall place or deposit or allow to be placed or deposited on any boulevard, parkway or park road of said city, any building material whatsoever or any other articles or things which would obstruct or hinder the travel thereon, without a written permit from the board of park commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the parking or sidewalk on any boulevard or parkway nor shall any coal or wood or merchandise be dumped or thrown upon any boulevard or parkway.

Sec. 8.   Every person having the use of any portion of any boulevard, parkway or park road of said city, for the purpose of erecting or repairing any building or for any other purpose shall



cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction from dusk until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

SEC. 9.   No person shall play any game whatsoever in or upon any of the parks, boulevards, parkways or driveways under the control of the board of park commissioners; *provided*, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the board of park commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street.  But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the board of park commissioners.

SEC. 10.   No person shall engage in any sport upon any boulevard, parkway, park road or driveway under the control or supervision of the board of park commissioners which will be likely to frighten horses, injure passsengers or embarrass the passage of vehicles thereon.

SEC. 11.   No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stones or other missiles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive character, within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board and subject to such rules and regulations as said board may establish.

SEC. 12.   No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-bills, or erect any sign-board, or paste or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, parkway, park road, driveway or other public grounds under the control or supervision of the board of park commissioners of said city.   Nor shall any person drive

——42

Digitized by 

FFXCO_12885

658 APPENDIX.

any animal or vehicle displaying any placard or advertisement of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, parkway, park road or in any park or other public grounds under the control and management of the board of park commissioners of said city.

SEC. 13.   No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings or other constructions of property in or upon any park, boulevards, parkways, park roads or other public grounds of said city under the control or supervision of the board of park commissioners.

SEC. 14.   All persons riding bicycles, tricycles and velocipedes in parks, or upon parkways, boulevards or park roads, shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the foot-paths or upon the parking or grass.

SEC. 15.   That no vehicles, other than those used for pleasure driving, or other than such carts or other vehicles as may be employed by the board of park commissioners in the construction of, or caring for said parks, shall be permitted to enter said parks.

SEC. 16.   No person shall be guilty of disorderly, bawdy or lewd conduct, or of habitual loafing, or of sleeping on the ground or benches, or make, aid or assist in making any disorderly noise or riot or breach of the peace within the limits of any park, boulevard, parkway or other public grounds of the city.

SEC. 17.   Any person who shall violate any of the foregoing provisions, rules and regulations, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00) nor more than one hundred dollars ($100) for each and every offense, and in addition to the members of the regular police force of Kansas City who may be specially detailed by the board of police commissoners for the enforcement of the foregoing rules and regulations and for service under the direction of the board of park commissioners, said board of park commissioners may employ and appoint additional persons to act as special guards in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same and for the enforcement of the rules and regulations of said board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and

Digitized by  Google

FFXCO_12886

management of the board of park commissioners, and all such special park guards shall be sworn into service of the city as special policemen, and shall be paid out of the general funds appropriated by the common council for the general expenses of the board of park commissioners and for other park purposes; but the number of such special policemen so appointed shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the common council of said city.

SEC. 18.   The common council finds and declares that the action of the common council herein has been recommended by the board of park commissioners of Kansas City, Missouri, as provided by law and that said board has adopted said rules and regulations and has recommended to the common council the establishment and enforcement of the same by ordinance as herein provided.

SEC. 19.   All ordinances or parts of ordinances in conflict with this ordinance, insomuch as they conflict herewith, are hereby repealed.

Passed April 14, 1898.          Passed April 18, 1898.

JAMES G. SMITH,                 GEO. S. GRAHAM,
Speaker, Lower House of          President, Upper House of
the Common Council.              the Common Council.

[SEAL]  Attest:        Approved April 18, 1898, 11:50 A. M.

C. S. CURRY,                     JAMES M. JONES,
City Clerk.                                    Mayor.
BY E. A. NORRIS, Deputy.

Digitized by Google

FFXCO_12887

# EXHIBIT 39

FFXCO_12888

*New Haven*

# CHARTER

AND

# ORDINANCES

OF THE

## CITY OF NEW HAVEN



TOGETHER WITH LEGISLATIVE ACTS AFFECTING SAID CITY.

REVISED TO FEBRUARY 1, 1898.

NEW HAVEN:
PRESS OF THE PRICE, LEE & ADKINS CO.
1898.

REFORM CLUB,
Committee on
MUNICIPAL ADMINISTRATION.

Digitized by Google

FFXCO_12889

# NEW HAVEN PUBLIC PARKS.

### Rules and Regulations of the Park Commission.

1.   No domestic animal, except dogs, shall be permitted to enter or to go at large in any of said parks, either with or without a keeper.   Dogs must be held in leash by the owners, otherwise they may be killed by any park-keeper, special constable, or policeman.

2.   No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

3.   No person shall carry or have any fire-arms on any of said parks, and no fire-arms shall be discharged from, or into any of the same.   No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the commission may designate as a ball-field, in playing games in which a ball is used.

4.   No person shall ride or drive on any road within any of said parks at a faster gait than eight miles per hour, and this shall apply to the use of cycles.

5.   No threatening, abusive, boisterous, insulting or indecent language, or gesture shall be used on any of said parks, nor shall any oration, harangue, or other public demonstration be made, unless by special authority of said commission.

6.   No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7.   No person shall bathe naked or otherwise in any waters in, or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations, as the commission may, from time to time, specially designate by a public notice set up for that purpose within the park.

8.   No person, unless by authority of said commission, shall light, kindle, or use any fire on any of said parks.

9.   No person shall ride or drive upon the grass, lawns, or foot-paths of any of said parks.

10.   No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

FFXCO_12890

294          NEW HAVEN PUBLIC PARKS.

11.   No person shall discharge or set off, on or within any of said parks, any firecrackers, torpedoes, rockets or other fire-works, except by license from said commission.

12.   No person shall dig up or remove any dirt, stones, rock, or other thing, whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said commission.

13.   No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such place or places as may be specially designated by the commission or by a sign marked Public Dump.

14.   No cart, wagon, dray, truck or other vehicle, carrying lumber, stone, brick or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in service of the commission, enter any part of said parks, except such public highways as existed before the same was established as a park.

15.   No horse shall be hitched to any shrub or tree in any of said parks.

16.   Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth or fifteenth of the foregoing Rules and Regulations, shall forfeit and pay for each offense, a penalty of ten dollars.   Any person violating any other of said Rules and Regulations shall forfeit and pay for each offense, a penalty of twenty dollars.

FFXCO_12891

# EXHIBIT 40

FFXCO_12892

# REVISED

## ORDINANCES

— OF THE —

# CITY OF BOULDER

Published by Authority of the City.

OSCAR F. A. GREENE,

COMPILER.

1899:

Printed by Ricketts & Kerr, at The News Office,

BOULDER, COLORADO.

FFXCO_12893

thirty-two in township one north of range seventy west, is hereby named and shall hereafter be known as VALVER-DAN PARK.

**510. Washington Park.**

SEC. 5. That the city property in the west half of the south-west quarter of section twenty-five in township one north of range seventy-one west, shall be named and here-after known as WASHINGTON PARK.


PARKS.

An Ordinance for the Protection of the Several Parks Belonging to the City and of the Buildings and Reservoirs and Trees and Other Improvements at and Within Said Parks, and to Pro-vide Penalties for Injuring the Same.
Passed October 4, 1898.

(With amendment as noted.)


**511. No firearms or shooting in.**

SECTION 1. Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, or who shall shoot any firearm at or towards or over or into or upon any of said parks, shall be deemed guilty of a misdemeanor. (As amended August 2, 1899.)

**512. No powder or explosives in.**

SEC. 2. Any person who shall take or carry or cause to be taken or carried into any of said parks, any powder of any quality or kind or any explosive or dangerous or inflammable or combustible substance, shall be deemed guilty of a misdemeanor.

**513. No fires or explosives.**

SEC. 3. Any person who shall start any fire or cause or permit to be started any fire in any of said parks, not

FFXCO_12894

being thereunto first authorized by the Mayor, or who shall in any of said parks fire or explode any fire-crackers, torpedoes, or any other substance or thing containing powder or other explosive substance, shall be deemed guilty of a misdemeanor.

### 514. Injury to property.

SEC. 4.  Any person who shall deface, tear down, destroy or injure in any manner whatsoever any fence, building, furniture, seat, structure, excavation, post, bracket, lamp, awning, fire plug, hydrant, water pipe, tree, shrub, plant, flower, railing, bridge, culvert, or any other property whatsoever belonging to the city or to any private corporation or persons in, at or upon any of said parks, shall be deemed guilty of a misdemeanor.

### 515. Injury continued.

SEC. 5.  Any person who shall injure or damage in any manner whatsoever any property of the city at, in or upon any of said parks by cutting, hacking, bending, breaking, burning, daubing with paint or other substances, hitching of horses or other animals, or by means of fire, or by effecting such acts in any other manner, shall be deemed guilty of a misdemeanor.

### 516. Violation—Misdemeanor Penalty.

SEC. 6.  Any person upon conviction of any misdemeanor specified in any of the five preceding sections herein shall be fined not less than five and not more than three hundred dollars.

## PARKS.

An Ordinance in Relation to Cottages in Texado Park.
Passed April 17th, 1899.

WHEREAS, a contract was made on, to-wit, the 19th day of March, A. D. 1898, at Boulder, Colorado, by and

FFXCO_12895

# EXHIBIT 41

FFXCO_12896

# MUNICIPAL REGISTER *of the*

## City of Hartford

CONTAINING a List of the Officers of the City Government and its Various Departments; also, Message of the Mayor and the Annual Reports of the Several Departments for the Year 1906-07; Ordinances of the City, etc.



## —— 1907 ——

Printed by THE SMITH-LINSLEY CO., Hartford, Conn.

FFXCO_12897

COMPILED AND ARRANGED

BY

# HENRY F. SMITH,

### City Clerk.

IN ACCORDANCE WITH A RESOLUTION PASSED BY THE COURT OF COMMON
COUNCIL, AND ISSUED UNDER THE DIRECTION OF THE
JOINT STANDING COMMITTEE ON PRINTING.

NOV 17 1908

FFXCO_12898

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 69 of 144 PageID# 2358

# APPENDIX A.

### RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford.  Any person who shall violate any of the following rules and regulations, "shall forfeit and pay for the use of the city treasury a fine not exceeding thirty-five dollars ($35.00)."

*It is forbidden:*—1st.  To enter or leave any Park, except by the regular approaches thereto; to walk upon any grass border of any flower garden, walk, or driveway; to walk among or through shrubs, flowers, or other plantings, or to cross any lawn in any Park whenever a notice shall be conspicuously posted forbidding such crossing.

2nd.  To climb, or get upon any tree, statue, fountain, fence, gate, gateway, or railing in any park, or to use any structure therein in any way other than that for which it was intended.

3rd.  To remove, cut, break, or otherwise injure, any tree or shrub, or any part thereof; to cut, pluck, or otherwise remove, any blossom or other part of any plant or flower in any Park.

4th.  To cut, write upon, deface, defile, or otherwise injure any building, bridge, fence, statue, fountain, seat, gate, gateway, or other structure, upon any Park.

5th.  To permit any dog to pass over or to stray upon any Park where sheep are pastured or kept, unless led by a cord or chain, not exceeding six (6) feet in length, or to permit any other animal to pass

FFXCO_12899

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 70 of 144 PageID# 2359

over or stray upon any Park area, but this provision shall not apply to horses when ridden or driven in harness, along the Park roadways.

6th.   To throw any stick, stone, or other missle on any portion of any Park.

7th.   To scatter or leave upon any Park any paper, rag, garbage or other litter.

8th.   To void any urine, dung or other excrement, within the limits of any Park, excepting in such place or apartment as is, or shall be, specially provided for such purpose; and in the latter case, it is forbidden to use or enter any apartment established for persons of the opposite sex exclusively.

9th.   To discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority; to make any fire; to have any intoxicating beverage; to sell, offer, or expose for sale any goods or wares, except under a written license from the Board of Park Commissioners; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor.

10th.   To drive or propel any bicycle, tricycle, automobile, or other vehicle, wheelbarrow, or handcart, on any Park, excepting on regular carriage roads; to skate or slide upon or across any walk upon any Park; or to slide or coast on any driveway.

11th.   To ride or drive any horse, bicycle, automobile or other vehicle, or team, at a rate faster than six (6) miles an hour; to drive or lead any heavy team,

FFXCO_12900

494                          MUNICIPAL REGISTER.

business wagon, or cart upon any **Park driveway** or carriageway, excepting upon Park business.

12th. To take or molest any bird, fish, frog, or any live animal, or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

13th. To sleep upon, lie upon, or overturn, any seat upon any park.

14th. For any men to occupy any seat designated as reserved for women and children.

15th. To play ball or any other games in any public Park except upon such portions thereof as may be set apart for that purpose.

16th. To deface or injure any notice placed by the Park Commissioners upon any Park.

The foregoing are in addition to such prohibitions and penalties as are provided by the laws of this state and the ordinances of this city.

Board of Park Commissioners,

GEORGE A. FAIRFIELD, *President.*

Attest, FRANKLIN G. WHITMORE, *Secretary.*

Hartford, January 6, 1902.

Adopted by Board of Common Council, February 10, 1902.

Approved by Mayor, February 11, 1902.

ALEXANDER HARBISON, *Mayor.*

Attest, HENRY F. SMITH, *City Clerk.*

FFXCO_12901

# EXHIBIT 42

FFXCO_12902



NINTH ANNUAL REPORT
OF THE

DEPARTMENT
OF
PARKS
OF THE
CITY OF NEW BEDFORD,
MASS.
1902.

Digitized by Google

Original from
HARVARD UNIVERSITY

Generated on 2023-02-09 21:45 GMT  /  https://hdl.handle.net/2027/hvd.ti3dmc
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

FFXCO_12903

THE A. E. COFFIN PRESS
CITY PRINTERS
1903
Photographs by J. G. Tirrell

Generated on 2023-02-09 21:45 GMT  /  https://hdl.handle.net/2027/hvd.li3dmc
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by  Google

Original from
HARVARD UNIVERSITY

FFXCO_12904

# Park Ordinances.

———

OFFICE OF PARK COMMISSION,
NEW BEDFORD, MASS.,
September 1, 1902.

The Board of Park Commissioners of the City of New Bedford, by virtue of its authority to make rules for the use and government of the public parks of said city, and for breaches of such rules to affix penalties, hereby ordain that within the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden:

1. To cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant, turf or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

2. To take birds, fish or any live animals, or birds' nests, or in any way interfere with cages, boxes or enclosures for their protection.

3. To throw stones. balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires, to play musical instruments; to have for sale or otherwise any intoxicating liquors or beverages; to sell or offer for sale any goods or

74



FFXCO_12905

wares; to post or display signs, placards, flags or any advertising devices whatsoever; to play games of chance or to have possession of instruments of gambling; to utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

4. To play ball or any other games in any park, except such portions thereof as may be set apart for that purpose.

5. To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse upon any park except upon regular carriage roads, and then at a rate not faster than five miles an hour.

6. To drive or ride any horse or animal not well broken and under perfect control of the driver.

7. To refuse to obey the orders of the Commissioners, of the Superintendent of Parks, of the Park Police, or of any authorized agent of said Commissioners.

8. Any person wilfully doing either of the above forbidden acts shall be punished by a fine not exceeding $20.00 for each offence.

Compliance with the foregoing regulations is a condition of the use of these premises.

> JAMES E. MOORE, Chairman,
> SAMUEL P. RICHMOND,
> OBED C. NYE,
> CHARLES T. SMITH,
> ERNEST A. WHEATON, Secretary.

Board of Park Commissioners.

THOMAS W. COOK,
    General Superintendent.



Original from
HARVARD UNIVERSITY

FFXCO_12906

# EXHIBIT 43

FFXCO_12907



*Annual Report of the Board of Trustees of the Pleasure Driveway and Park District ...*

Springfield (Ill.). Pleasure Driveway and Park
District. Board of Trustees



# First Annual Report

OF THE

## Board of Trustees

OF THE

# Pleasure Driveway

AND

# Park District

OF

### Springfield, Illinois.



## FOR THE FISCAL YEAR ENDING JUNE FIRST
### 1902

FFXCO_12909

68

FIRST ANNUAL
REPORT.

## An Ordinance.

AN ORDINANCE of the Pleasure Driveway and Park District of Springfield, Ill., for the regulation, use and general government of the parks, grounds, waters, extensions, additions, streets, boulevards, driveways and all properties now, or that hereafter may come under the jurisdiction and control of said Pleasure Driveway and Park District and imposing penalties, as also for appointment and government of park police.—Passed January 17, 1902.

*Be it ordained by the President and Trustees of the Pleasure Driveway and Park District of Springfield.*

### CHAPTER I.

SECTION 1.  The parks shall be open daily to the public from five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person, not an employé of the parks, shall enter or remain in them at any other time.

In case of an emergency, or where, in the judgment of the General Superintendent, the public interest demands it, portions of any park may be closed to the public, and all persons thereon be excluded therefrom until permission is given to return.

SEC. 2.  Portions of the park may be set apart by the General Superintendent for ball, croquet or other games, but no games shall be played in the parks on Sunday. No funeral procession or hearse, nor any vehicle carrying a corpse will be allowed upon any part of the parks or boulevards, without the previous consent of the President and Board of Trustees of said District.

FFXCO_12910

SEC. 3.  ALL PERSONS ARE FORBIDDEN:

(1) To enter or leave the parks, except by the walks, paths or drives;

(2) To lead or allow to be loose, any animals upon park premises (except that dogs may be led or carried, but not allowed loose);

(3) To throw stones or other missles, by hand or otherwise;

(4) To carry or discharge firearms, or to set off any fireworks or similar thing in the parks;

(5) To cut, mark, break, climb upon, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other structure or property within or upon park premises;

(6) To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree. shrub or plant;

(7) To race with horses or bicycles, or to drive or ride faster than eight (8) miles per hour, on any of the park drives or boulevards;

(8) To drive any animals or vehicles anywhere in the parks, except in the drives, or to allow them to stand except in the places especially provided for such purposes;

(9) To obstruct the drives or paths;

(10) To solicit patronage for any vehicle for hire, upon park premises without special license from the President and Board of Trustees;

(11) To drive or cause to be driven or taken, any omnibus, wagon, coach, carriage, automobile, cart, dray, truck, or other vehicle. used for, or carrying goods, wares, merchandise, manure, soil, or other article or

FFXCO_12911

thing in or upon any of the parks or boulevards, without a special permit therefor, except vehicles in private family use, or those engaged in work for the park; and no person shall draw a second carriage, or vehicle of any kind with any other vehicle thereon at one time, nor drive any horse or other animal before any sleigh or sled, unless there shall be a sufficient number of bells attached to the harness of the horse or animal drawing such sleigh or sled to warn persons of their approach;

(12) To use threatening, abusive, insulting, indecent, obscene or profane language, or be guilty of drunkenness or indecency in or upon any of the parks or boulevards;

(13) To drink any intoxicating, malt or vinous liquors in any of the parks, or enter any park while intoxicated.

(14) To lie or sleep on the benches, or to lie in indecent positions;

(15) To tell fortunes or play at any game of chance;

(16) To offer any article or thing for sale, to distribute or expose any kind of circulars or advertisements, or to post, stencil, or otherwise affix any notice or bills or other paper, upon any structure or thing, in or about the park premises;

(17) To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' eggs or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks;

(18) To place or propel any invalid chair, or preambulator or velocipede, upon any portions of the parks except upon the walks;

FFXCO_12912

(19) To ride bicycles or similar vehicles in the parks or boulevards, without complying with the following rules:

(1) To go upon the driveways only; (2) to go not more than two abreast, keeping near together and on the right side of the drive; (3) to use extreme caution to keep out of the way of horses and foot passengers, and avoid frightening them by ringing a bell to announce their approach; (4) to carry a signal light invariably at night;

(20) To play upon any musical instrument, or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park or boulevard, or to parade, drill or perform therein any military or other evolutions or movements as a military or target company, civic or otherwise, without the consent of the President and Board of Trustees;

(21) To take part in any public meeting, or public discussion of any subject, on park premises;

(22) To light, make or use any fire therein, unless an employé of the parks duly authorized;

(23) To go, on foot or otherwise, upon the grass, lawn or turf of the parks or boulevards, wherever the sign "Keep of the Grass" is shown;

(24) To swing any hammock in any of the park grounds except upon trees designated by a police officer;

(25) To lead, drive or propel any vehicle on, or along any park boulevard, driveway or street under the control of the Park Trustees displaying any placard or advertisement of any kind, except signs upon delivery wagons authorized to deliver goods to persons living on such boulevards or driveways;

71

Digitized by Google

72

(26) To place ashes, garbage, paper, coal or rubbish of any kind on any part of the parks or boulevards.

SEC. 4. Delivery wagons delivering goods to residents of boulevards or driveways are permitted thereon only when there is no other way to deliver such goods, and then they shall only enter and leave the boulevard or driveway at the nearest street to the place of delivery.

SEC. 5. No opening to any saloon, beer garden or any inclusure used for unlawful or improper purpose shall be permitted on any boulevard, driveway, or any of the park grounds.

SEC. 6. No person shall injure, dig or tear up any pavement, sidewalk, crosswalk, grass plat, or roadway or any part thereof, of any boulevard or pleasureway, without having first obtained the written permission of this Board.

SEC. 7. No person shall dig down to, expose, tear up, disconnect or connect with any of the water pipes or sewers in or under any boulevard or pleasureway without having first obtained the written permission of this Board.

SEC. 8. When connections are to be made of different kinds of pipes all must be made simultaneously, and by means of a sigle trench when practicable.

SEC. 9. No person shall move any building along, across or upon any boulevard or pleasureway without having first obtained the written permission of this Board; and no building shall be moved along any boulevard or pleasureway for a greater distance than one block, or remain thereon longer than six hours.

SEC. 10. No person shall use or occupy any portion of any boulevard or pleasureway for the purpose of

# EXHIBIT 44

FFXCO_12915

# First Annual Report

OF THE BOARD

OF

# Park Commissioners

OF THE

CITY OF LOWELL

FOR THE

Year ending December 31, 1903



LOWELL, MASS.:
BUTTERFIELD PRINTING COMPANY.
1904.

Generated on 2023-02-09 21:40 GMT  /  https://hdl.handle.net/2027/hvd.li306k
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
HARVARD UNIVERSITY

FFXCO_12916

# Rules and Regulations

### GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF LOWELL.

The Board of Park Commissioners of the City of Lowell, by virtue of its authority to make rules and regulations for the use and government of the Public Parks and Commons of said City, and to fix penalties for breaches of rules and regulations, hereby ordains that, within such Public Parks and Commons, except by and with the consent of the Board :—

1. It is forbidden to cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant or turf, or any other property of said city which may be in the care of the Board, or to have possession of any freshly plucked tree, bush or plant, or any part thereof.

2. It is forbidden to disturb or injure any bird, bird's nest or bird's eggs, or any squirrel or other animal, within any of said Parks or Commons.

3. It is forbidden to throw stones, balls or other missiles ; to discharge or carry firearms, fire crackers, torpedoes or fireworks ; to make fires ; to have any intoxicating beverages ; to sell, offer or expose for sale any goods or wares ; to post or display signs, placards, flags or advertising devices ; to solicit subscriptions or contributions, to play games of chance, or to have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to commit any obscene or indecent act ; to solicit the acquaintance of, or to follow, or in any way annoy visitors to said Parks and Commons.

58

4. It is forbidden to play ball or any other games in any public Park or Common, except in such portions thereof as may be set apart for that purpose.

5. It is forbidden to drive any carriage, automobile, bicycle, cart, wheelbarrow, hand-cart or horse in any Park or Common, except upon the regular carriage roads. No heavy teaming whatever will be allowed within said Parks or Commons.

6. Visitors to said Parks or Commons must comply with the orders or requests of any member of the Board of Park Commissioners, or of the Park Police, or other agents of the Board, and assist them when required so to do.

Any person convicted of committing any of the acts above forbidden shall be punished by a fine of not exceeding twenty dollars.

Compliance with the foregoing rules and regulations is a condition of the use of these premises.

JOHN J. PICKMAN,
JOHN E. DRURY,
PERCY PARKER,           *Park Commissioners.*
THALLES P. HALL,
HARVEY B. GREENE.

59



Digitized by Google

Original from
HARVARD UNIVERSITY

FFXCO_12918

# EXHIBIT 45

FFXCO_12919

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 90 of 144 PageID# 2379

# PROCEEDINGS

OF THE

# BOARD OF ALDERMEN

OF

## THE CITY OF NEW YORK

FROM

OCTOBER 6 TO DECEMBER 28, 1903.

———

### VOLUME IV.



PUBLISHED BY AUTHORITY OF THE BOARD OF ALDERMEN.

—

1903.

Generated on 2023-02-09 21:52 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_12920

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 91 of 144 PageID# 2380

## REPORT:

That, having examined the subject, they believe the proposed ordinance to be necessary.

They therefore recommend that the said ordinance be adopted.

ARMITAGE MATHEWS, NOAH TEBBETTS, JAMES COWDEN MEYERS, FRANK L. DOWLING, JOHN H. BEHRMANN, Committee on Laws and Legislation.

AN ORDINANCE to regulate the government of parks and other public pleasure grounds of The City of New York, and to protect them and the frequenters thereof from ill usage.

Be it Ordained by the Board of Aldermen of The City of New York, as follows:

All persons are forbidden—

I.  To cut, break or in any way injure or deface the trees, shrubs, plants, grass, posts, railings, chains, lamps, lampposts, benches, tree-guards, buildings, structures or other property in or upon any of the public parks, parkways, squares or places of or within The City of New York, under the jurisdiction of the Department of Parks, or to dig into or upon the soil within the boundaries of any such parks, parkways, squares or places, or of any roads or roadways upon or across the same.

II.  To go on foot or otherwise upon the grass, except when and where permitted, or to throw or leave any paper, refuse or rubbish on any of the lawns or walks of the said parks, parkways, squares or places.

III.  To expose any article for sale or exhibition, unless previously licensed by the Department of Parks therefor, on any part of such public parks, parkways, squares or places.

IV.  To post any bill, placard, notice or other paper upon any structure within such public parks, parkways, squares or places, or upon any street or avenue adjacent thereto under the jurisdiction of the Department of Parks, unless previously licensed so to do by the Commissioner having jurisdiction, and in accordance with the provisions of section XVI. hereof.

V.  To play upon any musical instrument within such public parks, parkways, squares or places, or take into, carry or display any flag, banner, target, or transparency without the permission of the Commissioner having jurisdiction.

VI.  To erect any structure, stand or platform, or hold any meetings in such parks, parkways, squares or places, without previous permission therefor from the Commissioner having jurisdiction.

Generated on 2023-02-09 21:52 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_12921

No earth, sand or broken stone is to be carted over any of the parkways, except on traffic roads, unless special permit for the same is obtained from the Commissioner having jurisdiction.

XXII.  It shall not be lawful to modify, alter, or in any manner interfere with the lines or grades of any of the aforesaid parkways, concourses, circles, squares, avenues, roads, streets, entrances or approaches under the jurisdiction of the said Department of Parks, nor to take up, move or disturb any of the curb and gutter-stones, flagging, trees, tree-boxes, railing, fences, sod, soil or gravel, or to go upon or across said parks, parkways, concourses, circles, squares, roads, streets or avenues, except by the means and in the manner provided therefor; nor shall it be lawful to open or otherwise expose or interfere with any of the water, gas and sewer pipes, or any of the hydrants, stop-cocks, basins, or other constructions within or upon said places, nor to take any water or gas therefrom, nor to make any connection therewith, except by special written consent of the Commissioner having jurisdiction, and where such consent is given a deposit of money may be required to insure the restoration of the said curbs, gutters, flagging, etc.

XXIII.  No person in bathing costume will be permitted to walk or ride upon any parks, parkways or beaches, except Pelham Bay Park, under the jurisdiction of the Department of Parks.  No boat or vessel shall be placed upon any of the waters of the said parks, except by special permission from the Commissioner having jurisdiction.  No skating or sledding will be allowed on the lakes unless the ice is declared by the Commissioner having jurisdiction to the in a suitable condition for that purpose.

XXIV.  No one shall fire or carry any firearm, fire cracker, torpedo or fire-works, nor make a fire, nor make any oration, nor conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction.

XXV.  No one shall enter or leave the parks except at the established entrance-ways; nor shall any one enter or remain therein after 12 o'clock at night, except as, on special occasions, general use thereof may be authorized beyond the regular hours.

XXVI.  The drives shall be used only by persons in pleasure carriages, on bicycles, or on horseback; the bridle paths only by persons on horseback.  Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to safety, good order, or the general convenience that the speed of an animal or an automobile should be checked, or that it should be stopped, or its course altered, and the officers on duty shall so direct, by gesture

Generated on 2023-02-09 21:50 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_12922

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 93 of 144 PageID# 2382

or otherwise, such direction shall be obeyed; and no horse or other beast of burden or draft nor automobile shall be driven or suffered to stand anywhere except on the drive or bridle path.

XXVII.   No hackney coach or other vehicle for hire shall stand within the public parks, parkways, squares or places under the jurisdiction of the Department of Parks for the purpose of taking up passengers, other than those whom it has brought in, excepting with the permission of the Commissioner having jurisdiction. No public omnibus or express wagon, and no wagon, cart or other vehicle carrying or ordinarily used to carry merchandise goods, tools or rubbish shall enter such public parks, parkways, squares or places without permission of the Commissioner having jurisdiction, excepting upon traffic roads provided for the purpose.   No fire engine or other apparatus on wheels for extinguishing fire shall enter or be allowed upon any part of the park excepting the Transverse and Traffic roads.

XXVIII.   No military or target company and no civic, funeral or other procession, or a detachment of a procession, and no hearse or other vehicle, or person carrying the body of a dead person shall enter or be allowed on any part of the public parks, except by the permission of the Commissioner having jurisdiction.

XXIX.   No person shall bring into or carry within the Central Park any tree, shrub, plant or flower, nor any newly plucked branch or portion theeof without a permit from the Commissioner having jurisdiction.

XXX.   No camping shall be allowed in any of the public parks, parkways, plazas, squares or public places, under the jurisdiction of the Department of Parks, except to the National Guard of the State of New York at the parade grounds situated in Van Cortlandt Park.

XXXI.   No person shall solicit passengers for any coach or other vehicle for hire within or upon any of the parks, parkways, squares or places within the jurisdiction of the Department of Parks   All drivers or attendants of vehicles for hire standing upon or within any such parks, parkways, squares or places shall remain in close proximity to their vehicles while so standing, and shall not follow, solicit or importune any person entering or leaving the said parks, parkways, squares or places.

Ordinances relating to the use of vehicles in the public parks, parkways and streets under the jurisdiction and control of the Commissioners of Parks of The City of New York.

1.   All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

Generated on 2023-02-09 21:50 GMT  /  https://hdl.handle.net/2027/uiug.30112205499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_12923

# EXHIBIT 46

FFXCO_12924

# ORDINANCES

### OF THE

## CITY OF PASADENA
## CALIFORNIA

### VOLUME I

*Ordinances Granting and
Relating to Franchises*



UNIV. OF
CALIFORNIA

PUBLISHED UNDER THE DIRECTION OF
THE CITY COUNCIL

1912

Digitized by Google

of this ordinance, shall be guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five ($5) dollars, and not more than one hundred ($100) dollars, or by imprisonment not less than five (5) days and not more than fifty (50) days, or by both such fine and imprisonment; and every day during which the work of plumbing or drainage is continued in violation of the provisions of this ordinance shall be considered as constituting a new offense, and be punishable as in this section provided.

Sec. 13.  Ordinances No. 474 and 525 and all ordinances and parts of ordinances in conflict herewith are hereby repealed.

Sec. 14.  The City Clerk shall certify to the adoption of this Ordinance and cause the same to be published once in the Pasadena Evening Star, and thereupon and thereafter the same shall take effect and be in force.

I hereby certify that the foregoing ordinance was adopted by the City Council of the City of Pasadena, at its meeting held on the 8th day of December, 1903, by the following vote:

Ayes.  Messrs. Heiss, Lougery, Shibley, Slavin and Twombly.
Noes.  None.

HEMAN DYER,<br>Clerk of the City of Pasadena.

Approved this 9th day of December, 1903.

WILLIAM H. VEDDER,<br>Mayor of the City of Pasadena.

---

## ORDINANCE NO. 539.

### An Ordinance Establishing Rules and Regulations for the Government of the Public Parks of the City of Pasadena, and Prescribing the Penalty for the Violation of the Same.

Whereas, The Board of Commissioners of said city has adopted rules and regulations governing the public parks of said city, in the form given in the following ordinance:

The Mayor and City Council of the City of Pasadena do ordain as follows:

Section 1.  It is hereby declared to be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of any of said public parks.

1.  To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog, or fowl, of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six (6) feet long.

2.  To carry or discharge any firearms, firecrackers, rockets, torpedoes, or any other fireworks.

3.  To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark, or write upon any building, monument, fence, bench, or other structure.

4.  To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5.  To distribute any hand-bills, or circulars, or to post, place, erect any bills, notice, paper, or advertising device or matter of any kind.

6.  To swim, bathe, wade in, or pollute the waters of any fountain, pond, lake or stream.

7.  To make or kindle a fire for any purpose.

8.  To camp or lodge therein.

9.  To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose, and never on the footpaths.

10.  To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane, or indecent language.

11.  To sell, or offer for sale, any merchandise, article, or thing, whatsoever, without the written consent of the Mayor.

29

FFXCO_12926

12.  To hitch, or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

13.  To ride or drive at a rate of speed, exceeding four miles per hour.

14.  To ride or drive any horse or animal not well broken and under perfect control of the driver.

15.  To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16.  To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Mayor.

17.  To play or engage in any game, excepting at such place as shall be specially set apart for that purpose.

18.  To drive or have any dray, truck, wagon, cart, perammulator, or other traffic vehicle, carrying or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand, or soil, or any article of trade or commerce, or any offensive article or material whatsoever upon any road or drive, except such as may be especially provided or designated for such use.

19.  To drink any spirituous, vinous, malt or mixed liquors.

20.  To throw or deposit any bottles, tin cans, broken glass, paper, clothes, sheet iron, or any rubbish.

Sec. 2.  No company, society or organization shall hold, or conduct any picnic, celebration, parade, service, or exercise in any public park without first obtaining permission from the Mayor of said city, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercises held or conducted contrary to the provisions hereof.

Sec. 3.  It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six (6) feet in length.

Sec. 4.  It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 5.  Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in a sum not exceeding two hundred ($200) dollars, or by imprisonment in the City Jail for a term not exceeding three (3) months, or by both such fine and imprisonment at the discretion of the Court.

Sec. 6.  All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this ordinance.

Sec. 7.  The City Clerk shall certify to the adoption of this Ordinance and shall cause same to be published once in the Pasadena Evening Star.

(Became effective December 12, 1903.)

---

## ORDINANCE NO. 562.

---

### An Ordinance Forbidding Boxing Exhibitions in the City of Pasadena.

---

The Mayor and City Council of the City of Pasadena do ordain as follows:

Section 1.  It shall be unlawful for any person to hold, conduct or engage in, or be present as a spectator at any boxing contest or sparring exhibition in the City of Pasadena; provided, however, that nothing in this section contained shall be construed so as to apply to any prize fight or sparring exhibition prohibited by Section 412 of the Penal Code of the State of California, or to any private boxing with boxing gloves weighing not less than eight (8) ounces each, the backs of which are padded with soft material.

Sec. 2.  It shall be unlawful for any person knowingly to permit

FFXCO_12927

# EXHIBIT 47

FFXCO_12928



# Municipal Ordinances

## OF THE

## CITY OF TROY

### 1905

### RULES AND REGULATIONS

#### of the

#### HEALTH DEPARTMENT

### RULES AND REGULATIONS

#### With Reference to the

#### WATER WORKS

FFXCO_12929

# Municipal Ordinances

OF THE

# CITY OF TROY

————

# RULES AND REGULATIONS

OF THE

# HEALTH DEPARTMENT

————

# RULES AND REGULATIONS

WITH REFERENCE TO THE

# WATER WORKS

————

1905

COMPILED UNDER THE DIRECTION OF

**JOHN T. NORTON,**

CORPORATION COUNSEL.

FFXCO_12930

TROY TIMES ART PRESS,
TROY, N. Y.

NOV 24 1908

FFXCO_12931

Any person who shall offend against this ordinance shall, upon conviction thereof, by or before the police magistrate of said City of Troy, be punished by such fine or imprisonment or both, as said police magistrate or police court of the City of Troy, is now by law, empowered to impose for violations of the city ordinances of said city.

§ 2. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

———

AN ORDINANCE IN RELATION TO THE PUBLIC PARKS OF THE CITY OF TROY AND THE MAINTENANCE OF GOOD ORDER THEREIN.

Passed June 4, 1903.

SECTION 1. The parks shall be open daily to the public from five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person not an employee of the parks shall enter or remain in the parks at any other time.

§ 2. Portions of the park located on Warren Hill are set apart for ball, croquet or other games. No games will be permitted on any other parts of the grounds. No games shall be played in the parks on Sunday.

———

## ALL PERSONS ARE FORBIDDEN.

To enter or leave the parks except by walks, paths or drives.

To lead or allow to be loose any animals upon park premises (except that dogs may be led or carried, but not allowed loose.)

To carry or discharge firearms, or to set off any fireworks or similar thing in the parks.

To cut, mark, break or climb upon or in any way injure or deface the trees shrubs, plants, turf or any of the buildings, fences or other structure or property within or upon the park premises.

To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree, shrub or plant.

To use threatening, abusive, insulting, indecent, obscene or profane language or conduct in or upon any portion of the parks.

To drink any intoxicating, malt or vinous liquors in the parks or to enter the parks while intoxicated.

To lie or sleep on the benches or to lie in indecent positions in said parks.

To tell fortunes or play at any games of chance in the parks.

To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' egg or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks.

To light, make or use any fire therein.

To go, on foot or otherwise, upon the grass, lawn or turf of the parks, wherever the sign "Keep Off the Grass" is shown.

§ 3. Any person or persons who shall violate any or either of the foregoing provisions of this ordinance, or any section or clause, or any provision of any section thereof or who shall neglect or fail to comply with any or either of the requirements, thereof, shall, upon conviction, pay a fine of not less than five dollars or more than one hundred and fifty dollars for each offense, and in default of payment be imprisoned in Rensselaer County jail one day for each dollar.

FFXCO_12933

§ 4. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

————

## DUTIES OF CITY HALL JANITOR.

PRESCRIBED BY COMMON COUNCIL, NOVEMBER 16, 1876, UPON REPORT OF SPECIAL COMMITTEE.

He shall have charge and superintendence of all the rooms in the city hall, but shall not have the hiring or discharging of any helps which may be employed; that is to be left to the heads of the departments.

He shall sweep and clean all the passageways and halls in the building, at least once a day, the said work to be done before nine o'clock in the morning.

He shall have charge and shall sweep, when necessary, the large public hall whenever used.

He shall also keep clean all the water closets in the building.

He shall sweep the sidewalks around the city hall during the summer at least three times per week.

He shall remove or cause to be removed, all the snow or ice off the sidewalk during the winter, and also in the area ways around the said building.

He shall have charge of the public fountains in front of city hall, and also sprinkle the grass plots of the city hall.

He shall also ring the city hall bell (if one is placed in the building) at twelve o'clock noon and at six o'clock P. M.

FFXCO_12934

# EXHIBIT 48

FFXCO_12935



~~CHARTER~~

*Not in file*

AND

# REVISED CODE OF ORDINANCES

OF THE

# CITY OF HOUSTON

## HARRIS COUNTY, TEXAS,

### TO OCTOBER 31, 1904.

PUBLISHED "BY AUTHORITY OF THE CITY COUNCIL OF
THE CITY OF HOUSTON,"

CODIFIED BY
### ROBERTS & CRAWFORD,
OF THE HOUSTON BAR
1904.

W. H. COYLE & CO.,   STATIONERS, PRINTERS.

HOUSTON, TEXAS.

FFXCO_12936

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 107 of 144 PageID# 2396

tank for selling or delivering kerosene, refined or crude oil within the limits of the City of Houston, without having attached thereto a bucket or other receptacle in such position that it catches all the drippings of oil from said tanks, or who shall negligently spill any oil on the streets of Houston that are or may be paved with asphalt, shall be fined not less than five dollars and not more than twenty dollars.

## CHAPTER XXXIX.

### CITY PARKS.

**Art. 914. Mayor to Employ Keeper and Gardener**—There shall be employed by the Mayor, some person or persons as gardener and keeper of the park, who shall hold his or their position at the pleasure of the Mayor, and who shall receive a salary of not more than seventy dollars per month. Such gardener shall have, under the Mayor and Committee on Parks, superintendence and control of the park property, and shall perform such duties and work therein as may be directed by the Mayor and Committee on Park Property, and shall see that such property and grounds are protected from depredations or misuse; and should the Mayor employ workmen for said park, such gardener or keeper shall, under the Mayor and Park Committee, have superintendence and direction of such workmen.

**Art. 915. Keeper to Live in Park**—The keeper of the park, herein provided for, shall be required to live in the house on the property, which house he shall have free of rent.

**Art. 916. Appropriation of Receipts of Sam Houston Park**—All moneys derived by the City of Houston from the sale of privileges in the Sam Houston Park of said city is hereby appropriated to the Houston Improvement League, to be applied by said Houston Improvement League to the free music fund, a fund to be used for the purpose of providing free concerts on certain days and nights during the summer months.

FFXCO_12937

**Art. 917.   Funds, How Disbursed**—That the proper officers of the City of Houston, under its charter and ordinances, shall pay said moneys, as collected, over to the treasurer of said Houston Improvement League, upon the written order of its president, duly attested by its secretary, who shall execute a receipt therefor, showing the purpose for which the same is received.

**Art. 918.   Rules and Offenses**—It shall be unlawful for any person or persons within the public park and commons of this city to do any of the following acts, viz:

First.  To cut, break, injure, deface, defile or ill-use any building, fence, bench or other construction, or any tree, bush, plant, turf, or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

Second.  To take birds, fish or any live animals or bird's nests; to annoy or feed caged animals, or in any way to interfere with cages, boxes or enclosures for their protection.

Third.  To throw stones, balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to have, for sale or otherwise, any intoxicating liquors or beverages.

Fourth.   To sell or offer for sale any goods or wares, or to play musical instruments, without permission from Superintendent of Parks, or by contract with the Mayor and Park Committee.

Fifth.  To post or display signs, placards, flags or any advertising device whatsoever, except program of entertainment at park; to play game of chance, or to have possession of instruments of gambling.

Sixth.  To utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

Seventh.  To play ball or any other game in any park, except on such portions thereof as may be set apart for that purpose; or to walk over any lawn or grass plots not marked "Commons."

Eighth.  To drive any carriage, cycle, cart, automobile,

handcart or horse upon any park, except upon regular carriage roads, and then at a rate not faster than five miles an hour.

Ninth.  To drive or ride any horse or animal not well broken and under perfect control of the driver.

Tenth.  To allow dogs, horses or any other animal liable to cause destruction of park property, to go loose or untied.

**Art. 919.  Park Officers Have Police Power**—Compliance with the foregoing rules and regulations is a condition of the use of these premises, and the Superintendent of Parks, or any agent or agents of said Superintendent, or any person charged with the keeping and care of any public park or commons, as also police officers, shall have authority to enforce provisions of Article 918 by expulsion from park grounds, or arrest.

**Art. 920.  Penalty**—Any person wilfully doing any of the above forbidden acts shall, upon conviction, be punished by a fine not exceeding twenty dollars nor less than one dollar for each offense.

**Art. 921.  Foregoing Rules Do not Apply to Necessary Acts of Employes**—This chapter shall not be construed as to apply to workmen in the legitimate discharge of their respective duties.

---

## CHAPTER  XL.

### PAWNBROKERS, SECOND-HAND AND JUNK DEALERS AND JUNK.

**Art. 922.  Mayor Shall Purchase Books for Use of**—It shall be the duty of the Mayor to purchase a suitable number of books for the use of pawnbrokers and all second-hand dealers hereinafter specified, at a cost not to exceed two hundred dollars.  It shall be the duty of such persons engaged in the business of pawnbroking, or as a pawnbroker or second-hand dealer, or who may hereafter engage in the business of pawnbroking or as a second-hand dealer in the City of Houston, to procure of the City Secretary and keep on hand one of said books, and make or cause to be made therein a record of the subjects

FFXCO_12939

# EXHIBIT 49

FFXCO_12940

# THE

# ORDINANCES

—— OF THE ——

# City of Neligh
## NEBRASKA

COMPRISING

ALL ORDINANCES OF A GENERAL NATURE PASSED
JUNE 16, 1906, OR PRIOR THERETO

PUBLISHED UNDER AUTHORITY OF THE MAYOR
AND COUNCIL OF THE CITY OF NELIGH, NEBR.

# 1906



FFXCO_12941

priated by the city or donated to the city for park purposes, to inform against and prosecute all persons violating any of the by-laws or rules of the city for the protection and preservation of city parks. Provided, that the expenditures of such park commission shall not exceed the appropriation and donations for park purposes.

Section 6. Any vacancy occurring in the board of park commissioners may be filled by appointment and confirmation at any regular or special meeting of the city council, and any person appointed to fill such vacancy shall hold office during the unexpired term for which he is appointed.

Section 7. No member of the park commission hereby created shall receive any fee or compensation for his services as a member of such commission.

Section 8. This ordinance shall be in force after its passage, approval and publication according to law.

Passed and approved August 3rd, 1903.

Attest:  R. WILSON,               M. B. HUFFMAN,
[SEAL]        City Clerk.                    Mayor.


# PARK PROTECTION

## ORDINANCE NO. 59

An ordinance to protect the trees, shrubs and plants, in any public park belonging to the city of Neligh, and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. Any person who shall knowlingly injure or destroy any tree, shrub, or flowering plant in any public park belonging to the city of Neligh, (except under super-

FFXCO_12942

vision of the park board of said city), shall on conviction thereof, be fined in any sum not exceeding $50.

Section 2.   Any person who shall tie any horse or horses to any tree or shrub in any public park belonging to the city of Neligh, or who shall tie any horse or horses in such manner as to enable such horse or horses to injure any tree or shrub in any such public park, shall on conviction thereof, be fined in any sum not exceeding $50.

Section 3.   This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:  R. WILSON,                    M. B. HUFFMAN,
[SEAL]        City Clerk.                              Mayor.

# PARK ANIMALS

## ORDINANCE NO. 60

An ordinance to protect the animals and birds in the public parks of the city of Neligh, and to provide for the punishment of persons guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1.   If any person shall injure or kill any animal or bird in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in the sum of $15.

Section 2.   This ordinance shall be in full force and effect after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:  R. WILSON,                    M. B. HUFFMAN,
[SEAL]        City Clerk.                              Mayor.

FFXCO_12943

# FIREARMS IN THE PARK

## ORDINANCE NO. 61

An ordinance to prevent the carrying or discharging of firearms or gun of any description in any public park belonging to the city of Neligh and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1.   That if any person shall carry or discharge any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25.

Section 2.   This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:          R. WILSON,        M. B. HUFFMAN,
[SEAL]             City Clerk.                    Mayor.


# GRADES OF STREETS

## ORDINANCE NO. 63

An ordinance adopting and approving the grade of city streets in the city of Neligh, Antelope county, Nebraska, as surveyed, platted and established by the City Engineer.

Be it ordained by the mayor and city council of the city of Neligh, Antelope county, Nebraska:—

Section 1.   That the grade as surveyed, platted and established and returned by the City Engineer of the following streets, to-wit: Walnut, Ash, Box-Elder, Locust, Mulberry, Cottonwood, Elm, Chestnut, Linn, Main, Boyd, Fletcher,

Hopkins, Putney, Coe and Mill streets, be and the same hereby is adopted and approved, and the return of such survey, platting and establishing of such grade, together with the field notes, plat and certificate shall be and the same are, hereby directed to be filed in the office of the City Clerk as a part of the records in his office.

Section 2.   This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved this 1st day of October, 1904.

Attest:   R. WILSON,                 M. B. HUFFMAN,
[SEAL]       City Clerk.                        Mayor.

# PARK ADDITION

## ORDINANCE NO. 64

An ordinance accepting and receiving the title to certain real estate for park purposes.

Be it ordained by the mayor and city council of the city of Neligh, Antelope county, Nebraska:—

Section 1.   That the city of Neligh accept and receive title to the following described real estate to-wit:   Commencing at a point one-half chain west of the northeast corner of the southwest quarter of the southwest quarter of section 21, township 25, north of range 6, west of the 6th principal meridian, in Antelope county, Nebraska.   Thence bears south 49 degrees and 60 minutes west, eleven and twenty-five hundredth chains.   Thence west variation 10 degrees and 50 minutes east, one chain.   Thence north 68 degrees and 40 minutes west, two and seventy-five hundredth chains. Thence north 62 degrees west, three and fifty hundredth chains.   Thence north 42 degrees and 20 minutes west, three and sixty-three hundredths chains.   Thence east on quarter

FFXCO_12945

# EXHIBIT 50

FFXCO_12946

# ORDINANCES

OF THE

# CITY OF PUEBLO

COMPRISING

ALL THE ORDINANCES OF A GENERAL AND
PERMANENT NATURE IN FORCE
TO APRIL 1st, 1908

AND

DOWN TO AND INCLUDING ORDINANCE No. 769

TOGETHER WITH

THE ARTICLES OF CONSOLIDATION
OF THE PUEBLOS

———

Compiled by
D. A. HIGHBERGER AND JOHN A. MARTIN
of the Pueblo Bar

———

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
OF PUEBLO, COLORADO

FFXCO_12947

DEC 1   1908

FFXCO_12948

# PARKS AND PARK PROPERTY

## CHAPTER XXVII.

**654. Damage in Public Parks Unlawful.**

Section 1.   That it shall be unlawful for any person to break down, mutilate, destroy or carry away any fence or fences around or belonging to any public parks in this city, or to walk over, upon or across the grass, or to cut, break or mutilate any tree or trees, or cut, break, deface or destroy any fountain or monument or other property belonging to the City of Pueblo, situate within any of said public parks.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**655. Penalty.**

Section 2.   Any person convicted of a violation of the foregoing section shall be fined in the sum of not less than Five (5) Dollars nor more than One Hundred (100) Dollars for each and every offense.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

**656.  Rules and Regulations—Parks and Park Property.**

Ord. 678.  That for the purpose of governing and reg-

384

ulating the use of the parks and of park property within the
city of Pueblo, the following rules and regulations and the
penalties for the violation of such rules and regulations are
hereby prescribed and adopted:

## RULES, REGULATIONS AND ORDINANCES GOV-
ERNING PARKS AND PARK PROPERTY.

1.   From May 1 to November 1 the parks shall be
open for visitors from 6 a. m. to 11 p. m.; from November
1 to May 1 from 8 a. m. to 7 p. m., unless specially ordered
by the board.

2.   No swine, goat, cattle, or other animal, excepting
horses shall be permitted on the roadways, and no dogs per-
mitted at large on any park.

3.   No horse or other animal or second horse and ve-
hicle shall be led on the roadways.

4.   No second vehicle shall be drawn on the roadways
by any beast of burden or other motive power.

5.   No fast driving or speeding permitted.

6.   No funeral procession, nor any hearse or other ve-
hicle carrying the body of a deceased person for burial, shall
be allowed in or upon any part of the parks.

7.   No vehicle displaying any placard advertisement or
advertisement of any kind shall be driven on the roadways
for advertising purposes.

8.   No placard, notice or advertisement of any kind

FFXCO_12950

or nature shall be distributed, posted, or attached to anything movable or immovable on park or boulevard property, unless by consent of the board.

9. No velocipede, bicycle, tricycle, wheelbarrow, handcart, or other vehicle, or any horse or other animal, shall be permitted on the foot walks, sidewalks, grassplats or planting places.

10. No hackney coach, carriage, or other vehicle for hire shall stand upon any part of the parks for the purpose of soliciting or taking in any other passenger or person than those carried to the parks by said coach, carriage or vehicle, except at stands specially designated by the board.

11. Hitching horses or other animals to any tree, shrub, fence, railing, or other structure, except such as are provided for such purpose, or allowing horses or other animals to stand unhitched while the driver or attendant is beyond reach of such horse is prohibited.

12. No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers, or embarrass the passage of vehicles, except at such places as may be designated for such purpose.

13. No gambling shall be permitted.

14. Picnics may be held in such parts of the parks as shall be designated for that purpose, and portions of the parks may be set apart for ball, croquet, and other games subject to such regulations as may be made by the board,

FFXCO_12951

386

and no person shall join any such picnic or games without the consent of the persons of whom they are composed, or shall in any manner disturb or interfere with the same.

15.   No booth, tent, stall, or other structure shall be erected for any purpose, and no hawking or peddling shall be done, or article or thing exposed for sale, unless by permit from the board.

16.   No indecent exposure of person, disorderly conduct, noise, riot or breach of the peace; nor the use of obscene, threatening, abusive or insulting language shall be permitted.

17.   No person shall enter any building, inclosure or place upon which the words "no admittance" or similar sign is posted, or violate the injunction of such sign.

18.   No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrubbery or grass when there shall have been placed thereon a sign forbidding the same.

19.   No person shall play upon any musical instrument, carry, or display any flag, target, or transparency, nor shall any military or private company, band or procession, parade, march, drill or perform any evolution movement or ceremony, and no person shall do or perform any act tending to congregate persons except by permission of the board.

20.   No person shall fire or discharge any gun or pistol; carry firearms, kindle, or build fires or throw stones or other missiles.

FFXCO_12952

21.   No person shall, without permit from the board, fire, discharge or set off any rocket, cracker, torpedo, squib, or other fireworks or things containing any substance of an explosive character.

22.   No carcass, ordure, filth, dirt, stone, wood, ashes, garbage, matter, substance or rubbish of any kind shall be placed or deposited thereon.

23.   No basin, pool, lake or fountain shall be fouled by stone, wood or any other substance.

24.   No fish, fowl or other animals shall be killed or caught, molested or disturbed in any manner, unless by order of the board.

25.   No animal shall be tied to any tree, shrub, electric light tower, lamp post, fire hydrant, building or other park fixture, except as provided.

26.   No tree, shrub, plant or flower (wild or cultivated) shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner.

27.   No electric light tower, lamp post, fence, bridge, building, fountain or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed.

28.   No person shall dig, remove or carry away any sward, sand, earth or material of any kind.

29.   No person shall take into or upon any park any intoxicating liquors, either for sale to others or for his own

388

use, or for the use of others; nor shall any person sell, give away or dispose of any intoxicating liquors in or upon any park.

30.   No intoxicated person will be allowed to enter or remain within any of the parks.

31.   All persons are prohibited from going onto the ice on any of the lakes, ponds or streams in the parks, except such as are designated as skating fields, and thereon only when the safety signal is displayed.

32.   It shall be the duty of every person claiming to have a permit from the board or any of its officers, to product and exhibit such permit upon the request of any authorized person who shall desire to inspect the same.

33.   All permits issued by the board or its chairman or secretary shall be subject to the park rules and regulations and city ordinances, and the persons to whom such permits shall be issued shall be bound by said rules, regulations and ordinances as fully as though the same were inserted in such permits; and any person or persons to whom such permits shall be issued shall be liable for any loss, damage or injury sustained by any person whatever by reason of the negligence of the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons so suffering damages or injury, and to the

FFXCO_12954

shall be deemed guilty of a misdemeanor, and shall, upon conviction before the judge of the city court of Pueblo, be punished by a fine not exceeding fifty dollars or by imprisonment not exceeding thirty days or by both such fine and imprisonment at the discretion of the court.

49.   These ordinances take effect from and after their passage.

(No. 678.  Passed and approved August 22, 1904.)

Note: For ordinances relating to particular parks and park districts, their creation, improvement, etc., see Addenda.

# EXHIBIT 51

FFXCO_12956

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL
CORPORATION OF THE

## CITY OF HARRISBURG *Pa. Ordinances, etc.*

PENNSYLVANIA

IN FORCE AUGUST 1, A. D. 1906



PUBLISHED BY AUTHORITY OF CITY COUNCILS

---

### PART I.

By LOUIS RICHARDS, ESQUIRE
of the Berks County Bar

### PART II.

By JAMES M. LAMBERTON, ESQUIRE
of the Dauphin County Bar

---

NEWARK, N. J.
SONEY & SAGE
1906

1698

YALE LAW LIBRARY.

APR 15 1908

FFXCO_12957

# DIGEST OF THE ORDINANCES

OF THE

# CITY OF HARRISBURG

AND SPECIAL ACTS OF ASSEMBLY
RELATING THERETO.

COMPILED BY

JAMES M. LAMBERTON, Esquire.

(317)

FFXCO_12958

*of the same,* That permission be and the same is hereby granted to the Keystone Chapter of the Pennsylvania Society of the Daughters of 1812 to place in Lincoln Park a large boulder, appropriately inscribed, to perpetuate the memory of Ferdinand Durang. 1 April, 1902. C, 231.

**Grass plots.**

9. That the Harrisburg park commission be and it is hereby directed to construct, take charge and maintain all grass plots duly authorized, and which may hereafter be authorized to be constructed within the curb lines of city streets, and exercise jurisdiction over said grass plots in the same manner as if they were parts of the public park system of the city. 23 July, 1904. D, 106, §1.

**Property for park purposes may be acquired; Unused ducts in city's conduit may be leased.**

10. That the Harrisburg park commission be, and the same is hereby authorized to procure, by lease, real property for public park purposes, subject to the approval of councils by joint resolution as to the terms and conditions thereof; and also to lease or let the unused ducts in the city's conduit, along Front and Market streets, upon such terms and conditions as may likewise be approved by councils. 19 June, 1906. D, 481, §1.

**Repeal.**

10a. That all ordinances, or parts of ordinances, in conflict herewith be, and the same are hereby repealed. Id., §2.

**Park Rules.**

11. The following sections are published in pursuance of Article VI, Section 8, of the Act of Assembly, approved the 23d day of May, A. D. 1889, entitled "An act providing for the incorporation and government of cities of the third class."

Section 1. The term "parks" used herein shall be construed to include all lands and waters under the control of the Harrisburg park commission, or that may come under its control while these regulations are in force.

The term "commission" shall refer to the Harrisburg park commission.

Section 2. The parks of the City of Harrisburg are for the benefit and pleasure of the whole public, and all persons who use said parks shall be subject to the rules of the park commission.

The roadways in the parks shall not be used by any vehicles except those employed for purposes of pleasure or recreation and by pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and childrens' carts may pass thereon, but loafing or prolonged standing shall not be allowed on the same.

This section shall not apply to vehicles used by order of the commission.

Automobiles may be forbidden to run in all or part of any park

FFXCO_12959

or parkway at the option of the commission, which shall in that case post legible notices at the entrances of said park or parkway.

The parks shall be closed from twelve o'clock midnight, till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Beg.
8. Publicly solicit subscriptions.
9. Drive or lead a horse not well broken.
10. Allow any dog or horse to run at large.
11. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park water-way, or deposit waste paper, fruit, refuse, lunch baskets or other refuse in any place save the receptacles therefor.
12. Sell any intoxicating liquors in any park or along any parkway.
13. Bathe in park waters, without having the body concealed by suitable covering, extending from the knees to the shoulders.

Section 4. No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission:

1. In any manner pull, injure or break any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Write, paint or carve on any tree, bench or structure.
3. Climb any tree, or tie any horse to a tree.
4. Carry or discharge any firearms or fireworks or send up any balloon.
5. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances or vehicles used by physicians when actually engaged in responding to emergency calls.
6. Permit any animal except horses and led dogs to enter said parks.
7. Obstruct in any way a roadway or path.
8. Carry any flowers or shrubs, firearms, sling-shot, ax, saw, shovel or spade within reservoir park.
9. Keep or offer anything for sale.
10. Post or display any sign, banner or advertisement.
11. Play any music.
12. Deliver any public speech.
13. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
14. Conduct any funeral procession or vehicles containing the body of a deceased person.

FFXCO_12960

15. Solicit or invite passengers for hire for any boat or vehicle.
16. Build any fire.
17. Take any ice from any park waters.
18. Fish in any park waters.
19. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.
20. Enter or leave except at the established ways of entrance and exit.
21. Place or propel any boat or other craft upon park waters.
22. Land from any boat at a place not designated by said commission for that purpose.
23. Injure or unnecessarily disturb any fish, water fowl, birds or animals.
24. Occupy in any way the slopes of the river park, except as a landing place.
25. Hold any picnic at a place not designated for that purpose.
26. Play baseball, tennis nor any other game or sport at a place not designated for that purpose.
27. Bathe in any place not designated by the commission.
28. Violate the regulations relating to the use of any building or place.
29. Injure any notice posted by order of said commission.

Section 5. Any person violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50) and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Dauphin county for a period not exceeding thirty (30) days. 14 Sept., 1905. D, 421.

## Passenger Railways.

### [See STREETS—SUBWAYS.]

Acceptance of ordinance, &c., 16.
Consent of city, certificate, 11.
Consent of city, how given, 12.
Construction regulated, 13, 14.
Dirt, snow, &c., not to be piled on streets, 1.
Highways to be put in good condition, promptly, 9.
Operations regulated, 15.
Penalty for failing to clear and sweep highways, 6.

Penalty for piling dirt, snow, &c., on streets, 2.
Penalty for violating ordinance as to construction, &c., 13, 14, 15.
Penalty for violating ordinance as to rails, &c., 10.
Repeal, 4, 17.
Solid grooved rail to be used, 7, 8.
Snow, dirt, &c., on streets, 1.
Snow to be removed, 5.
Supervisors to enforce ordinance, 3.

**Railway companies forbidden to place piles of snow, &c., on streets.**

1. That from and after the passage of this ordinance it shall be unlawful for any passenger or other railway company to place, or cause to be placed, any heap or heaps, or piles of ice, snow or dirt or other rubbish, upon any street or avenue in the City of Harrisburg traversed by said railways. 5 Feb., 1887. 4, 133, §1.

**Penalty.**

2. Any officer or employe of any of said railway companies, whose duty it shall be to superintend the tracks of said companies, who, on notice from either of the supervisors, shall refuse or

FFXCO_12961

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 131 of 144 PageID# 2420

# EXHIBIT 52

FFXCO_12962

# ANNUAL REPORT

### OF THE

# PARK COMMISSIONERS

### OF THE

## CITY OF HAVERHILL

### MASSACHUSETTS

For the Year Ending December 31, 1905.



THE WELCH PRESS
HAVERHILL, MASSACHUSETTS
1906

Digitized by Google

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 134 of 144 PageID# 2423

FEB 6 - 1922

# APPENDIX A.

## RULES AND REGULATIONS GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF HAVERHILL.

### Adopted 1905.

IT IS FORBIDDEN :

1. To drive any carriage, cart or horse, or to pass with any cycle, wheelbarrow or handcart upon any part of any public park except the regular carriage roads : to enter or drive within the parks in any automobile ; to do any teaming over the roadways of any park.

2. To drive, ride or cycle within the limits of the parks at a rate faster than eight miles an hour.

3. To allow animals of any kind to pass over or stay upon the park lands, providing that this shall not apply to dogs when closely led by a leash or chain along the regular roads or paths.

4. To hitch a horse or any other animal to any tree, shrub or fence, or to leave a horse untied or tied within reach of any tree or shrub.

5. To cut, break, deface, defile, ill-use or remove any building, fence or other construction, or any tree, shrub, plant, turf or flower, whether cultivated or wild, or to have possession of any freshly-plucked tree, shrub, flower, or plant, or any plant thereof.

6. To catch, or to endeavor to catch any birds or animals, or to disturb their nests or habitations.

7. To drop or deposit any remnant of food, any paper or waste of any sort upon the walks or grounds of any public park, or in any fountain or waters thereof, or in any manner to defile or polute the same.

Digitized by Google

FFXCO_12964

8.  To engage in any game or athletic sport except upon grounds that may be provided therefor.

9.  To throw stones, balls or other missiles; to discharge or carry firearms, torpedoes, firecrackers or fireworks; to sell, offer or expose for sale any goods or wares; to post or display in any manner within any park or upon the gates, fences or inclosures thereof. any advertisement, posters or written or printed notice of any description; to play games of chance: to utter profane, indecent or threatening language; to bathe or fish: to commit any nuisance or to annoy wilfully any visitor within the parks.

10. To light any fire for any purpose within any public park.

11. To refuse to obey such orders or requests of either of the park commissioners or of the superintendent or other agents of the commissioners, as shall have for their object the preservation of the parks and their contents or the maintenance of order and decorum within the limits of the park.

**It is also forbidden without the prior consent of the board of park commissioners, granted in writing and signed by the chairman or secretary of said board:**

12. To open any trench for any purpose within the limits of any public park or to stretch any wire, rope or chain across any part of such park.

13. To hold any public meeting or gathering for political or other purposes, or to make any oration or harangue, or to discharge any fireworks upon any public park.

**Whoever violates any of the provisions of the foregoing rules and regulations shall be punished therefor by a fine not exceeding $20.00.**

Digitized by Google

# EXHIBIT 53

FFXCO_12966

# CHARTER

OF THE

# CITY OF SAGINAW

MICHIGAN. 

WITH AMENDMENTS THERETO,

AND THE

# ACTS OF THE LEGISLATURE

RELATING TO OR AFFECTING
THE
CITY OF SAGINAW.

YALE LAW LIBRARY

PRINTED BY AUTHORITY OF THE COMMON COUNCIL.

SAGINAW,
WM. K. MCINTYRE, PRINTER,
1905.



FFXCO_12967

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 138 of 144 PageID# 2427

# TITLE XX.

## *Park and Cemetery Commissioners.*

Park and
cemetery
commission-
ers.

When and
how ap-
pointed.

Section 1.  At the first regular meeting of the common council of the city of Saginaw, after this act takes effect, there shall be created and constituted a new board of park and cemetery commissioners in and for said city, composed of five members, who shall be appointed by the mayor of the city of Saginaw and confirmed by the common council of said city, and who shall be electors of said city, no more than three of whom shall reside in any one taxing district or belong to the same political party, and who shall hold their office until the first regular meeting of the common council of said city in January, nineteen hundred six, and until their successors have been appointed and confirmed.

Term.

When to
meet and
organize.

Sec. 2.  At the first regular meting of the common council in January, nineteen hundred six, their successors in office shall likewise be appointed by the mayor of the city of Saginaw and confirmed by the common council of the city of Saginaw, one for the term of one year, one for the term of two years, one for the term of three years, one for the term of four years and one for the term of five years, and annually thereafter the mayor of the city of Saginaw shall appoint one member of the board of park and cemetery commissioners, and the common council shall confirm such appointment, for the term of five years, and said electors shall constitute the board of park and cemetery commissioners of the city of Saginaw.  The members elected under this act shall, within ten days after their election, or such further time as the common council may fix, meet and organize such board of park and cemetery commissioners by the election of one of its members president, who shall hold his office one year.

Sec. 3.  Such board of park and cemetery commissioners shall hold regular meetings once a month,

FFXCO_12968

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 139 of 144 PageID# 2428

to the corporation with such sureties as the board shall approve, that he will perform the work or furnish the material and supplies in accordance with his contract, and such board shall be the final judges as to who are responsible bidders, and on the failure of such bidder, within a reasonable time, to be fixed by the board, to enter into bond with such surety as before provided, the contract may be made with the next highest responsible bidder, and so on until the contract is effected by the contractor giving bond as aforesaid: Provided, That the board may reject any and all bids, and that no member of the said board shall be in any manner, either directly or indirectly, interested in any contract. *Board shall enter into contract with lowest responsible bidder. Bidder to furnish sureties. Proviso.*

Sec. 12.   The title of all property now or hereafter acquired for park purposes, park entrances, park driveways and park boulevards, with all improvements and equipments, shall be held free from all taxes and assessments by State, county or municipality. *Parks, etc., to be free from all taxes.*

Sec. 13.   Such board of park and cemetery commissioners shall annually, on the first Monday in April, make a report to the council of their proceedings in respect to parks, with a detailed statement of their receipts and expenditures during the year; and they shall also at the same time submit to the council a detailed estimate of the amount of money necessary to maintain and improve such park or parks for the ensuing year. *Annual report.*

Sec. 14.   The common council with the consent of the board of estimates, may cause to be placed upon the general tax roll and raised by tax, the same as other taxes, such sum as they may think proper to be raised for each of the several objects of expenditures estimated as aforesaid for the maintenance and improvements of said parks, public grounds or baths, or for the payment of any other expenses which said commissioners are, by this act, authorized to incur. For the purpose of either establishing bathing beaches, or erecting suitable buildings in connection *Common council and board of estimates may raise funds for maintenance of parks, etc., by taxation. Public baths.*

FFXCO_12969

Fixing or marking dock lines.

therewith, establishing, fixing or marking dock lines, purchasing city property adjacent to the waters of the Saginaw river or its tributaries, or improving the same by filling or otherwise, or any or all combined. the common council shall have the power, with the approval of the board of estimates, to borrow upon the faith and credit of the city, upon the best terms they can make, and for such a time as they

May borrow sum not exceeding ten thousand dollars.

may deem expedient, a sum of money not exceeding ten thousand dollars, and shall have the authority to issue bonds pledging the faith and credit of said city for the payment of the prinicipal and interest of said bonds, which bonds shall be denominated ''Park

Park improvement bonds.

improvement bonds of the city of Saginaw,'' and shall bear interest at a rate not exceeding four per cent per annum and shall mature in not more than

Council to provide for advertising and sale of bonds.

thirty years from date of issue. The common council shall have full authority to provide, by resolution, for the advertising and sale of said bonds, and the mannare thereof shall conform as near as practicable to the regulations prescribed by law for the

Money to be paid into the city treasury and credited to park fund.

issuance of sewer bonds. The moneys so raised, as well as any other moneys received from any source, shall be paid into the city treasury and credited to a fund to be styled the ''Park fund,'' and shall be expended and paid out only for the purposes approved by the common council and the board of estimates.

All bills to be audited by commissioners.

Sec. 15. All bills, accounts and claims of every character against the said department, shall, after having been duly audited by said commissioners and certified by them and the clerk, be transmitted to the city controller, who shall submit the same to the common council with his approval or disapproval.

Allowed by council.

When said bills, accounts and claims shall have been allowed by the common council the controller shall draw his warrant or warrants on the city treasurer

Proviso.

in payment therefor: Provided, however, That no bill, account or claim against said department shall be audited by the commissioners, unless it shall be accompanied by an affidavit of the person rendering it that he verily believes the services or property

therein charged have been actually performed or delivered to the city, and that the sums charged therefor are reasonable and just, and that to the best of his knowledge and belief no offset exists or payment has been made on account thereof, except such as are included or referred to in such bill, account or claim. All pay rolls shall be certified by said commissioners and clerk, and shall be delivered to the city controller, who shall draw his warrant for the payment thereof, and deliver the same to the city treasurer, together with said pay roll, and said city treasurer shall pay the amounts mentioned in said pay roll, to the persons entitled thereto. No debt or liability of any kind shall be created by said commissioners during any one fiscal year in excess of the moneys then in said fund, or which may have been authorized to be raised by the common council for said year. The commissioners may receive donations or bequests of money or property, which shall be used for the maintenance and improvement of the grounds under their charge as contemplated by such donations and bequests, which said money shall be paid into the city treasury by them, and warrants drawn against the same, as in case of other expenses of such department, for the purposes for which said donation or bequest shall have been made. *Pay rolls. No debt to be created in excess of money then in fund. Commissioners may receive donations, etc. To be paid into city treasury and warrants drawn as in case of other expenses.*

Sec. 16. It shall be unlawful for any person to cut, injure or deface any tree, building, fence or other erection in any of the said parks, park drives, park entrances or park boulevards, or to turn domestic animals or poultry of any description upon the same or permit them to wander thereon; to carry firearms within or to frighten, hurt or kill animals or birds belonging to the same, to hinder or to interfere with men employed upon the same. Such board of park and cemetery commissioners and their officers and employes shall have power to make arrests for misdemeanors committed within the precincts of any park, park entrance, park driveway or park boulevard under their management and control, whether within or without the limits of the city, or for the *It shall be unlawful for any person to injure any tree, building, etc. Commissioners and their officers shall have power to make arrests.*

FFXCO_12971

**May seize and impound cattle, etc., found at large in parks.**

violation of any ordinances of said city. Such board of park and cemetery commissioners shall have power to seize and impound any cattle, horses, mules, donkeys, goats, swine, sheep or other animals, or any poultry of any description found running at large upon parks, park entrances, park driveways or park boulevards.

**Rate of speed for vehicles.**

Sec. 17. No person shall ride or drive in parks or boulevards at a rate of speed exceeding eight miles per hour, excepting that horses may be speeded on such parts of said boulevard or parks as may be set apart by said commissioners for that purpose, and then only under such regulations as the commissioners may prescribe.

**Riding on footpath.**

Sec. 18. No person shall ride, drive or draw any velocipede. bicycle, tricycle, wheelbarrow, hand cart, or any other vehicle or any horse or other animal on the foot-walks or sidewalks, grass plots or planted places of parks or boulevards or upon any other part or portion thereof excepting upon the carriage drives; and no person shall permit any vehicle or animal to stand upon such roadways or carriage drives to the obstruction of the way or inconvenience of travel, and no person shall solicit passengers for hire on either carts or boulevards, excepting by direction or permission of said commissioners.

**Tying to trees.**

Sec. 19. No person shall tie any animal to any tree or shrub, electric light tower, lamp post, fire hydrant or dock or building in said parks or boulevards. nor pluck, break, trample upon or interfere with any grass, flower, plant or shrub in any of such parks or boulevards, or climb, peel, cut, deface, remove injure or destroy any tree or shrub in any public park or boulevard or pasture any animal on the grass in any of said parks or boulevards, and no person shall stand, walk or lie upon any part of any public park or boulevard laid out or appropriated for shrubbery or for grass when there shall have been placed thereon a sign having the words "keep off the grass" or other similar words thereon.

FFXCO_12972

Case 1:23-cv-01605-WBP   Document 46-2   Filed 04/26/24   Page 143 of 144 PageID# 2432

Sec. 20.   No person shall cut, break, or in any way injure any electric light tower, lamp post, fence, bridge, dock, building, fountain or other structure or property in or upon any of said parks or boulevards, and no person shall post or fix any notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners. *Injury to lamp post, etc.*

Sec. 21.   No person shall engage in any sport or exercise upon boulevards or parks as shall be liable to frighten horses, injure travelers or embarrass the passage of vehicles thereon. *Frightening horses, etc.*

Sec. 22.   No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missiles within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of any explosive character on said park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe. *Noise.* *Fire arms and explosives.*

Sec. 23.   No person shall gamble, nor make any indecent exposure of himself or herself nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of parks or boulevards; and no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners. *Gambling.* *Sale of liquors.*

Sec. 24.   Any violation of the provisions of this act shall be punished in the police or justice's court, by a fine not to exceed one hundred dollars and costs, and in the imposition of any fine and costs, the court may make a further sentence that the offender may be imprisoned in the Saginaw county jail until the payment of such fine, for any period of time not exceeding ninety days. *Punishment.*

FFXCO_12973

Sec. 25.   The police commissioners of the city of Saginaw. upon the request of said park and cemetery commissioners, shall detail for service in any of the grounds or property under the charge of said park and cemetery commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or of any of the ordinances of said city, adopted as aforesaid, relating to said parks. public grounds or boulevards.

*Police to maintain order.*

Sec. 26.   No person shall place or deposit any dead carcass, ordure, filth or garbage of any kind on any public parks; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon; and no person shall wade into or throw any wood, sand. stone. or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except in Saginaw river, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the police commissioners or board of park and cemetery commissioners.

*Filth, etc., not to be deposited on boulevard or parks.*

*Fishing.*

*Bathing .*

Sec. 27.   No person shall play at any game whatever in any of the said parks under the charge of said commissioners:  Provided, however, That ball, golf, croquet, cricket, lawn tennis and other like games or recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners, and under such rules and regulations as may be prescribed by them.

*Playing games.*

Sec. 28.   No person shall expose any article or thing for sale, or do any hawking or peddling, in or upon said parks, without the consent of said commissioners, nor play upon any musical instrument or carry or display any flag, banner, target or transparency; nor shall any military or target company, or band or procession arrayed, march, drill or perform any evolutions, movements or ceremony

*Hawking and peddling.*

*Music.*

*Marching and drilling.*