# EXHIBIT 54

**FFXCO_12975**

**Chicago School of Civics
and Philanthropy.**

AMENDMENTS TO

## "The Revised Municipal Code of Chicago of 1905"

(PASSED MARCH 20, 1905)

AND

# New General Ordinances

Passed by the City Council of the City of Chicago
Between March 20, 1905, and
December 31, 1906

Compiled and Arranged by
EDWARD J. PADDEN
Chief Clerk

PRINTED BY ORDER OF THE CITY COUNCIL

ADRIAN C. ANSON
City Clerk
Chicago, Illinois

DECEMBER, 1906

Generated on 2023-02-10 01:35 GMT / https://hdl.handle.net/2027/mdp.39015086390890
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

FFXCO_12976

Case 1:23-cv-01605-WBP   Document 46-3   Filed 04/26/24   Page 3 of 118 PageID# 2436

SECTIONS 1554 *to* 1569 *inclusive.*   (*As amended April 7,* 1906, *pages* 3454 *to* 3456, *Council Proceedings.*)

## ARTICLE I.   (CHAPTER XLV.)

### PARKS, PUBLIC PLAY GROUNDS AND BATHING BEACHES.

**1554.  Bureau Established**].—There is hereby established a bureau of the Municipal Government to be known as the Bureau of Parks, Public Play Grounds and Bathing Beaches, which shall embrace the Superintendent of City Parks, Superintendent of Public Play Grounds and Bathing Beaches, the Secretary, and such other employees as the City Council may by ordinance provide.  Such Bureau shall be under the sole supervision and control of the Special Park Commission as constituted by a resolution of the City Council passed November 6, 1899, and amended November 27, 1899.

**1555.  Superintendent of City Parks—Duties**].—There is hereby created the office of Superintendent of City Parks.  He shall be under the immediate jurisdiction and control of the Special Park Commission, and shall have the management and control of all City Parks, Public Squares, and other open spaces at street intersections, subject to the supervision of said Commission, and he shall also perform such other duties as the said Commission shall direct.  He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Parks, Squares and other open spaces.

**1556.  Superintendent of Public Play Grounds and Bathing Beaches—Duties**].—There is also hereby created the office of Superintendent of Public Play Grounds and Bathing Beaches.  He shall be under the immediate jurisdiction and control of the Special Park Commission and shall have the management and control of all Public Play Grounds and Bathing Beaches, and of all matters pertaining to the administration, improvement, conduct and regulation thereof, subject to the supervision of said Commission; and shall also perform such other duties as the said Commission shall direct.  He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Public Play Grounds and Bathing Beaches.

**1557.  Secretary—Duties**].—There is also hereby created the office of Secretary of the Bureau of Parks, Public Play Grounds and



FFXCO_12977

Bathing Beaches. Said Secretary shall perform all clerical duties required in and about said Bureau, and shall keep a full and comprehensive record in all matters pertaining to said Bureau. He shall also perform such other duties as he may be required to perform by the Special Park Commission.

**1558.    Jurisdiction and Superintendence].**—The Special Park Commission shall have jurisdiction over all Public Play Grounds and Bathing Beaches which are under the direct control of the city, and also over all City Parks, Public Squares, and other open spaces at street intersections, including the following: Ellis Park, Douglas Monument Park, Aldine Square, Lakewood Park, Green Bay Park, Oak Park, Washington Square Park, Kedzie Park, Bickerdyke Square, Congress Park, Irving Park, Jefferson Park, Gross Park, De Kalb Square, Norwood Park, Dauphin Park, Eldred Park, Austin Park, Merrick Park, Holden Park, Schoenhofen Park, Normal Park, Barnard Park, Fernwood Park, Seventy-second Street Park, Rosalie Park, Crescent Park, Kosciuski Park, Powell Park, Adams Park, Triangle at Lincoln avenue, North Clark and Wells streets; Triangle at North Clark, Belden avenue and Sedgwick streets; Triangle at Clark, La Salle and Eugenie streets.

It shall also be the duty of said Special Park Commission to superintend all of said parks, public play grounds and bathing beaches, and wherever the same are enclosed to keep the fences thereof in repair; also to keep all walks in order and trees properly trimmed, and to improve the same from time to time as shall be determined upon by the said Commission, subject to the approval of the City Council.

**1559.    Police Powers of Officers of Bureau].**—The Superintendent of City Parks, the Superintendent of Public Play Grounds and Bathing Beaches, the Secretary of said Bureau, and any other employee of said Bureau in charge of any Park, Public Play Ground or Bathing Beach, shall have full police powers, and for that purpose shall be sworn in as special policemen by the Superintendent of Police, and furnished with suitable badges of authority, and shall have also full power to eject from the Public Play Ground any person who acts in a disorderly manner, or in a manner calculated to injure the property of the City within such Public Play Ground, or in a manner calculated to interfere with the full enjoyment of same by the public.

## ARTICLE II.

### GENERAL REGULATIONS.

**1560.    Entrance and Egress].**—Wherever any Park, Public Play




Ground or Bathing Beach of the City is enclosed, no person shall enter or leave the same except by the gateways.  No person shall climb or walk upon the walls or fences thereof.  Any of the entrances to such Parks, Public Play Grounds or Bathing Beaches of the city may be closed at any time by the direction of the officer or employee in charge of same.

**1561.  Animals Prohibited**].—No person shall turn or lead any cattle, horses, goat, swine or other animals into any of such Parks, Public Play Grounds or Bathing Beaches.

**1562.  Firearms—Missiles**].—All persons are forbidden to carry firearms or to throw stones or other missiles within any of the Parks, Public Play Grounds or Bathing Beaches of the City, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**1563.  Peddling and Hawking Prohibited**].—No person shall expose any article or thing for sale within any such Parks, Public Play Grounds or Bathing Beaches, nor shall any hawking or peddling be allowed therein.

**1564.  Indecent Words—Fortune Telling**].—No threatening, abusive, insulting or indecent language shall be allowed in any part of such Parks, Public Play Grounds or Bathing Beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

**1565.  Bill Posting Prohibited**].—No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such Park, Public Play Ground or Bathing Beach belonging to the city, nor upon any of the gates or inclosures thereof.

**1566.  Prohibited Uses**].—No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any Park, Public Play Ground or Bathing Beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein, any military or other evolutions or movements, without a special permit from the Special Park Commission.

**1567.  Bonfires**].—No person shall light, make or use any bonfire in any such Park, Public Play Ground or Bathing Beach.

**1568.  Grass**].—No person shall go upon the grass, lawn or turf

Generated on 2023-02-10 01:33 GMT  /  https://hdl.handle.net/2027/mdp.39015066390898
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

41                    AMENDMENTS, R. M. C. 1905.

of any of the City Parks, except when and where the word "common"
is posted, indicating that persons are at liberty at that time and place
to go on the grass.

**1569. Penalty**].—Any person who shall violate any of the pro-
visions in this article shall be fined not less than five dollars nor more
than one hundred dollars for each offense.

---

SECTION 1592. (*As amended May 21, 1906, page 415, Council Pro-
ceedings.*)

**1592. Peddlers from Wagons—General Peddlers—Fish Peddlers
—Oil Peddlers—Wood Peddlers—License Fee**].—The fee to be charged
for a license to peddle from a wagon or other vehicle drawn or pro-
pelled by animal power other than that supplied by a human being or
drawn or propelled by mechanical power shall be fifty dollars per an-
num. Such license shall entitle the licensee to use one such wagon or
similar vehicle in and about his business. For each additional wagon
or other similar vehicle used by him in and about his business he shall
pay an annual license fee of fifty dollars. Provided, however, that per-
sons desiring a license to peddle fish, solely, from a wagon or other
similar vehicle on Thursdays and Fridays of each week only, may be
licensed for such purpose and shall be required to pay for such license
the sum of fifteen dollars per annum for each and every wagon used by
such licensee for that purpose.

Provided, also, that the licenses issued to persons who pay $15.00
per annum only therefor, shall be plainly stamped or marked so as
to indicate that the licensee is authorized to peddle fish on Thursdays
and Fridays of each week only, and that all tags issued to such li-
censees who pay such sum of $15.00 per annum shall be of a different
design from tags issued to peddlers who pay $50.00 per annum as li-
cense fees.

---

SECTIONS 1594 *and* 1595. (*See "Peddling, Free Permits for, Etc.,"*
*page* 129 *post.*)

---

SECTIONS 1616, 1620, 1621, 1631, 1633, 1635, 1639, 1644, 1646,
1647, 1653, 1656, 1658, 1664, 1667, 1680 and 1705. (*As amended June*
18, 1906, *pages* 912 *to* 914, *Council Proceedings.*)

**1616. Stop Cocks**].—Every service pipe shall be provided with

Generated on 2023-02-10 01:33 GMT / https://hdl.handle.net/2027/mdp.39015069390090
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 55

FFXCO_12981

# The Municipal Code

OF

## The City and County of Denver

Approved April 12, 1906

---

CONTAINING ALSO

Article XX of the Constitution of Colorado
The Charter Adopted March 29, 1904
Liquor Ordinances of Annexed
Towns and Cities

---

COMPILED BY

### CHARLES W. VARNUM
AND J. FRANK ADAMS
OF THE DENVER BAR

---

Published by Authority of the Council of the City
and County of Denver

---

DENVER, COLORADO
THE SMITH-BROOKS COMPANY
1906

FFXCO_12982

# CHAPTER XXXIV.

### Parks, Boulevards and Bicycle Paths.

**Section 1364.  Hours and Months Open.**  The parks shall be open daily to the public from five o'clock in the morning until 11 o'clock at night during June, July, August and September, and from 7 o'clock in the morning until 10 o'clock at night during the balance of the year, and no person not an employe of the parks shall enter or remain in them at any other time.

**Sec. 1365.  When Closed.**  In case of emergency or wet weather, or where, in the judgment of the superintendent, the public interest demands it, the driveways or other portions of any parks may be closed to the public.

**Sec. 1366.  Funerals.**  No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks without previous written consent of the park commissioners.

**Sec. 1367.  Prohibited Acts.**  All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose) ; to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other structure or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses or bicycles, or to ride or drive faster than six miles per hour on any of the park drives or boulevards (except the speedways) ; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commissioners; to drive or take any job or freight wagon in or upon any of the parks except those in park employ, private wagons conveying families, or upon special written permission from the park commissioners; to trail vehicles; to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of

FFXCO_12983

drunkenness or indecency in or upon any of the parks; to lie or sleep on the benches or to lie in indecent positions; to tell fortunes or to play games of chance; to offer any article or thing for sale except by written permission of the park commissioners; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice, or bills or other paper upon any structure or thing in or about the park premises; to bathe or fish in, or to go or ride upon, or to send any animal into or to throw or place any article or thing in any of the waters of the parks, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolutions or movements as a military or target company, civic or otherwise, without the written consent of the park commissioners; to light, make or use any fire therein unless an employe of the parks duly authorized; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.  No shrubs, plants or flowers shall be taken or given away from any of the parks without written permission from the park commissioners, except for the decoration of soldiers' graves, to be cut under the direction of the superintendent of the parks, for use May 30 of each year.

**Sec. 1368. Pavements, Sidewalks, Roadways, Grass Plats, Etc.** No person shall dig, injure or tear up any pavement, sidewalk, cross-walk, grass plat or roadway, or any part thereof, or of any boulevard or pleasureway, without first having obtained the written permission of the park commissioners.

**Sec. 1369. Water Pipes and Sewers.** No person shall dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any pleasureway or boulevard without first having obtained the written permission of the park commissioners.

**Sec. 1370. Moving Buildings.** No person shall move any building along, across or upon any park, pleasureway or boulevard without first having obtained the written permission of the park commissioners.

**Sec. 1371. Meetings.** No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commissioners.

**Sec. 1372. Political Meetings.** No gathering or meeting for political purposes in the parks shall be permitted under any circumstances.

FFXCO_12984

**Sec. 1373.   Intoxicating Liquors.**  No intoxicating liquor shall be alowed to be sold or given away within said parks.

**Sec. 1374.   Straw, Dirt, Ashes, Rubbish, Etc.**  No person shall place any waste paper, straw, dirt, chips, shells, ashes, swill or other rubbish, though not offensive to health, in or upon any park or pleasureway or any part thereof.

**Sec. 1375.   Unmanageable Horses.**  No unbroken or unmanageable horses will be permitted in the parks nor will the training of horses therein, or other animals, be allowed.

**Sec. 1376.   Tents, Booths, Etc.**  No person shall be permitted to build or place any tent, building, booth, stand or other structure in any of said parks without first obtaining the written permission of the park commissioners.

**Sec. 1377.   No Bicycles on Speedway.**  No bicycle or tricycle shall be permitted upon any speedway in any park.

**Sec. 1378.   Bicycle Privileges and Requirements.**  Bicycles or tricycles shall possess all the rights and privileges now accorded to carriages drawn by horses (except upon the speedways), and shall strictly comply with all the rules of the road, and in addition thereto will be subject to the following rules and regulations:

a.   Machines must not be stacked within twenty feet of the driveways, although wheelmen may rest them at proper times and places.

b.   Not more than two machines may be ridden abreast.

c.   Riding crosswise and curving to and fro are strictly prohibited.

d.   Children riding small machines and invalid wheel chairs may use the footwalks.

e.   Coasting is prohibited except on safety machines provided with brakes.

The feet must not be elevated above three-quarters of the radius of the front wheel above the axle thereof, and the riders must not take hands off the handles.

Wheelmen must follow the ordinary rules of the road.  In meeting an opposing vehicle they must pass on the right-hand side.  In passing a vehicle moving in the same direction, they must pass on the left-hand side.  The rule restricting speed to six miles an hour must be observed.

In any place where a bicyclist meets or overtakes any horse which may become restive, such bicyclist will take every precaution, by dismounting or otherwise, to avoid danger.

**Sec. 1379.   Automobiles—Rules for.**  The following orders of the park commission are hereby declared to be in full force and

17

FFXCO_12985

Case 1:23-cv-01605-WBP   Document 46-3   Filed 04/26/24   Page 12 of 118 PageID# 2445

effect, and it shall be unlawful for any person or persons to violate said orders, or any of them, viz.:

1.  No person shall ride or drive any automobile, motor-cycle, locomobile, steam or gasoline wagon or any other vehicle or conveyance, for the carriage of passengers or commodities, other than conveyances drawn by horses or other animals, within the limits of City park, or in any of the other public parks, at a rate of speed greater than eight (8) miles an hour.

2.  After seven o'clock p. m., between the 1st day of May and the 1st day of November, and after six o'clock p. m., between the 1st day of November and the 1st day of May, in each year, no person shall ride or drive any automobile, motor-cycle, locomobile, steam or gasoline wagon, or other vehicle or conveyance for the carriage of passengers or commodities other than vehicles drawn by horses or other animals, within the limits of City park, without displaying on each side of such automobile, locomobile, steam or gasoline wagon, or upon the front of such motor-cycle, and in a conspicuous place, a lighted lamp.

**Sec. 1380.  Rules of Speedway.**  Rule I.  This speedway is intended for the pleasure of speeding horses in light road wagons or buggies.

Rule II.  All drivers must turn to the right on entering the gates and follow the same direction while on the speedway.

Rule III.  No two-wheeled vehicles will be permitted on the speedway from 12 m. to 10 p. m.

Rule IV.  All carriages, hacks, phaetons and two or more seated vehicles are also excluded from driving on the speedway.

Rule V.  Women drivers are not accorded the privileges of the speedway.

Rule VI.  Bicycles are strictly prohibited.

Rule VII.  When jogging or resting horses, drivers must keep to the outer edge of the speedway.

Rule VIII.  Reckless driving or any abuse of horses will not be allowed.

Rule IX.  No unbroken or unmanageable horses will be permitted on the speedway.

**Sec. 1381.  Duties of Park Police.**  It shall be the duty of the park police, appointed to duty in the parks, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

**Sec. 1382.  Written Reports.**  It shall be the duty of the park police appointed to duty in parks, at the termination of

FFXCO_12986

# EXHIBIT 56

FFXCO_12987

# PENAL ORDINANCES

## OF THE

## CITY OF LOS ANGELES

Containing all Penal Ordinances in force on June 14, 1921,
ending with Ordinance  No. 42,021 (New Series)

Compiled by

### JESS E. STEPHENS,
City Attorney

and

### E. H. DELOREY
Deputy City Attorney

Indexed by

## PARKER & STONE CO., Law Publishers



Published under direction of the City Council
by
PARKER & STONE CO., Law Publishers
232 New High Street

FFXCO_12988

BE IT RESOLVED, that the book of compiled penal ordinances of the City of Los Angeles, as published by the Parker & Stone Publishing Company, be and the same is hereby designated as and declared to be the official publication of the said ordinances.

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES,  } SS.
CITY OF LOS ANGELES.

I, Robt. Dominguez, City Clerk of the City of Los Angeles, do hereby certify that the foregoing is a full, true and correct copy of the resolution adopted by the City Council of the City of Los Angeles, at its meeting of January 26, 1922.



In Witness Whereof, I have hereunto set my hand and seal of the said city this 26th day of January, 1922.

ROBT. DOMINGUEZ,
*City Clerk of the City of Los Angeles.*

APR 18 1923

FFXCO_12989

## BRICKYARDS DISTRICT.

ORDINANCE No. 13,077 (New Series).

Approved July 14 ,1906.

An Ordinance regulating the location of brick yards in the City of Los Angeles.

Section 1. It shall be unlawful for any person, firm or corporation to establish, conduct or maintain, or to assist in establishing, conducting or maintaining, any brick yard or any establishment, factory or place for the manufacture of brick within that certain district in the City of Los Angeles bounded and described as follows, to-wit:

Beginning at the intersection of the center line of Alameda Street with the center line of Alpine Street; thence northwesterly along said center line of Alpine Street to the center line of Buena Vista Street; thence northeasterly along said center line of Buena Vista Street to the center line of Bernardo Street; thence northwesterly along said center line of Bernardo Street to the center line of Adobe Street; thence southwesterly along said center line of Adobe Street 800 feet to a point; thence northwesterly in a direct line to the intersection of the center line of Innes Avenue with the center line of Sunset Boulevard; thence northwesterly along said center line of Sunset Boulevard to the center line of Alvarado Street; thence northeasterly along said center line of Alvarado Street to the center line of Effie Street; thence northwesterly along said center line of Effie Street to the northerly boundary line of the City of Los Angeles; thence westerly along said boundary line to the westerly boundary line of said City of Los Angeles; thence southerly along the old west patent boundary line of the City of Los Angeles to the center line of Seventh Street; thence southeasterly along said center line of Seventh Street to the center line of Alameda Street; thence northerly along said center line of Alameda Street to the point of beginning.

Provided, however, that this Ordinance shall not apply to any person, firm or corporation conducting or maintaining any brick yard, or any establishment, factory or place for the manufacture of brick within the hereinbefore described district, on the 22d day of January, 1906, who shall, within ten days after the taking effect of this Ordinance execute and deliver a good and sufficient bond to the City of Los Angeles in the sum of $1000.00, with two or more sureties, to be approved by the said City Council, conditioned for the removal of such brick yard, establishment or factory from said district within two years from the 22d day of January, 1906.

Sec. 2. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $200, or by imprisonment in the City Jail for a period of not more than fifty days, or by both such fine or imprisonment, and every day during which any violation of this Ordinance continues shall be deemed a separate offense and shall be punished as in this section provided.

---

## REGULATIONS FOR PUBLIC PARKS.

ORDINANCE No. 13,182 (New Series).

Approved August 13, 1906.

An Ordinance prescribing the rules and regulations for the government of the public parks of the City of Los Angeles and regulating the use of public streets in and about such public parks, and prescribing the penalty for violation of the same.

Section 1. That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles.

Sec. 2. That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, gote, sheep, swine,

FFXCO_12990

dog or fowl of any kind, provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any fire arms, firecrackers, rockets, torpedoes, or any other fireworks, or air gun or slungshot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark or write upon any building monument, fence, bench, or other structure.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream.

7. To make or kindle a fire for any purpose.

8. To camp or lodge therein.

9. To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10. To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane or indecent language.

11. To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12. To hitch, or fasten any horse, or other animal, except at a place especially designated and provided for such purpose.

13. To ride or drive at a rate of speed exceeding fifteen miles per hour, except upon the road or roads specially provided and set apart by the Board of Park Commissioners for faster driving.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16. To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Park Commissioners.

17. To row, or sail on any pond, lake or waters in any boat, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the permission of the Board of Park Commissioners.

18. To drive, or have any dray, truck, wagon, cart, or other traffic vehicle (carrying goods or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand or any article of trade or commerce or any offensive article or material whatsoever) upon any road or drive, except such as may be especially provided or designated for such use.

18-a. It shall be unlawful for any person to drive any truck, dray, wagon, cart or other traffic vehicle of more than one ton capacity carrying or regularly used or employed in carrying goods, wares, merchandise, lumber, machinery, oil, manure, dirt, sand, soil or any article of trade or commerce along or upon any road or drive in Griffith or Elysian Parks without first securing a permit so to do from the Board of Park Commissioners.  (Section added by Ord. No. 39,604 (N. S.), approved December 8, 1919.)

19. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20. To remain, stay or loiter, in any public park between the hours of 10:30 o'clock p. m. and 5 o'clock a. m. of the following day.

FFXCO_12991

Case 1:23-cv-01605-WBP   Document 46-3   Filed 04/26/24   Page 18 of 118 PageID# 2451

[As amended by Ordinance No. 31,868 (New Series), approved February 25, 1915.]

Sec. 3.  No company, society, or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 4.  It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length.

Sec. 5.  It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 6.  It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

Sec. 7.  It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passage way or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 8.  It shall be unlawful for any person or persons to sell, expose for sale or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park, in the City of Los Angeles, within 200 feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 9.  It shall be unlawful for any person or persons to stand, keep or expose for hire, any wagon, carriage or other vehicle, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in said city, within 200 feet of any entrance to such park.

Sec. 10.  It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 11.  It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park within the City of Los Angeles, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 11-b.  It shall be unlawful for any parent or guardian, or any person having the custody of any child under the age of eight years, to cause, permit or allow such such child to enter or visit any public park having a lake within the boundaries of such park, in the City of Los Angeles, unless such child be accompanied by a person of not less than sixteen years of age.

[New section added by Ordinance No. 31,363 (New Series), approved December 4, 1914.]

Sec. 12.—All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this Ordinance.

Sec. 13.  Any person who shall violate any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor; and upon conviction thereof shall be punishable by a fine of not less than five dollars, nor more than two hundred dollars, or by imprisonment in the City Jail

FFXCO_12992

for not less than five days nor more than six months, or by both such fine and imprisonment.

Sec. 14. That all Ordinances and parts of Ordinances in conflict herewith are hereby repealed.

## TAKING WATER FROM WATER MAINS.
### ORDINANCE No. 13,281 (New Series).
### Approved Aug. 29, 1906.

An Ordinance of the City of Los Angeles, making it unlawful to take water from, or in any way to break, tap or injure any water main, pipe, conduit, hydrant, reservoir, or ditch, of said City, without permission to do so from the Board of Water Commissioners, thereof.

Section 1. It shall be unlawful for any person to draw or take or cause to be drawn or taken, any water from any water main, pipe, conduit, hydrant, reservoir or ditch of said City of Los Angeles, without permission to do so from the Board of Water Commissioners of said City.

Sec. 2. It shall be unlawful for any person to break, tap or in any way injure, any water main, pipe, conduit, hydrant, reservoir or ditch of the City of Los Angeles, without permission to do so from the Board of Water Commissioners of the said City of Los Angeles.

Sec. 3. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than $100.00 or by imprisonment in the City Jail for a period of not exceeding 50 days, or both such fine and imprisonment.

## EMPLOYMENT AGENCIES.
### ORDINANCE No. 13,348 (New Series).
### Approved September 18, 1906.

An Ordinance regulating Employment or Intelligence agencies or offices in the City of Los Angeles.

Section 1. That no license to conduct, manage or carry on any employment or intelligence agency or office, or any office, agency or place where employment is procured or provided for, or furnished to or for any person, shall be issued to any person, except upon a permit in writing previously granted by the Board of Police Commissioners of the City of Los Angeles and filed with the City Clerk, authorizing the issue of such license to such person, firm or corporation, and specifying the location of such employment agency. That no such permit shall be granted except upon the written application of the person, firm or corporation, desiring the same, which application shall be filed with said Board, signed by the applicant, and shall specify the place where such employment or intelligence agency or office is to be located or carried on.

Sec. 1½. Before filing said application the applicant shall deposit with the City Tax and License Collector a sum sufficient to cover the license for the quarter immediately succeeding the issuance of said license. Said City Tax and License Collector shall issue a receipt for the amount so deposited, and said applicant shall exhibit said receipt to the Secretary of the Board of Police Commissioners, who shall thereupon file said application if the same is in due form; no application shall be filed except upon the production of said receipt. If said application be granted, said deposit shall be retained by said City Tax and License Collector in payment for the license for the quarter next succeeding the issuance of said license. If said application be denied, said City Tax and License Collector, upon notification in writing from the secretary of said Board to the effect that said application has been denied, and upon the surrender of said receipt, shall return said deposit to said applicant.—[New sec. added by Ord. No. 15,291 (N. S.), approved August 27, 1907.]

Sec. 2. That the Board of Police Commissioners is hereby empowered to revoke the permit of any person, firm or corporation when-

FFXCO_12993

# EXHIBIT 57

FFXCO_12994



# CHARTER

AND

# GENERAL ORDINANCES

OF THE

# CITY OF PORTLAND, OREGON

IN FORCE APRIL 15, 1910

———

BY AUTHORITY OF

The Council of the City of Portland, Oregon

**1910**

FFXCO_12995

482          GENERAL ORDINANCES OF

### ORDINANCE NO. 17196.

An Ordinance to prevent the disposition of bottles, rags, swill or other material of a similar nature at the crematory.

The City of Portland does ordain as follows:

**(Removal—Unlawful.)**

Section 1. That it shall be unlawful for any person to give, sell or dispose of in any manner whatever or take away or remove any bottles, rags, swill or any other material that is hauled to the crematory to be incinerated.

**(Penalty.)**

Section 2. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the Municipal Court shall be fined not less than twenty-five ($25.00) dollars, nor more than two hundred and fifty ($250.00) dollars, or by imprisonment in the city jail not less than ten (10) nor more than ninety (90) days.

Passed the Council, December 12, 1907.

December 24, 1907.

The foregoing Ordinance was submitted to the Mayor December 13, 1907, and not being approved by him or returned with his reasons for not approving it within ten days thereafter has therefore become a law as if he had approved it, as provided by Section 50 of the Charter.

                        A. L. BARBUR,
                Auditor of the City of Portland.

### ORDINANCE NO. 17197.

An Ordinance prescribing Rules and Regulations governing the use of Public Parks and Plazas in the City of Portland.

The City of Portland does ordain as follows:

Section 1. That the following rules and regulations governing the use of Public Parks and Plazas in the City of Portland be and are hereby adopted:

**(Rules and Regulations.)**

Rule I. No person shall enter or leave any enclosed Public Park or Plaza except at the regular designated entrance.

FFXCO_12996

THE CITY OF PORTLAND                483

Rule II.   No person shall dig up, cut, break, remove, deface, defile, or illuse any building, structure, fence, sign, bush, plant, turf, rock, or other thing belonging to the parks or plazas of the City of Portland or have in possession any part thereof.

Rule III.   No person shall throw any stone or other missfle; or have in his possession or discharge any destructive weapon, firearm, firecracker, torpedo or fire works; or make a fire or throw or place upon the ground a lighted match, cigar, or other burning substance; or post, paint affix, or display any sign, notice, placard, or any advertising device; or except with written authority of the Park Board, engage in any business, sell or expose for sale or give away any goods, wares, or circulars; or set a trap for, snare, injure, or have in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird, or animal belonging to or in the keeping of the city.

Rule IV.   No person shall within the limits of any park or plaza belonging to the City of Portland solicit any subscription or contribution; or make any political or other canvas; or solicit the acquaintance of or annoy another person or utter any profane, threatening abusive or indecent language or loud outcry; or drink any intoxicating liquor; or use or have in his possession any device or instrument of gambling; or do any indecent or obscene act.   And further no person except by written authority of the Park Board shall preach or pray aloud or make any oration or harangue in any public park or plaza; or play upon any musical instrument; or move in any military or civic parade.

Rule V.   No person shall stand or lie down upon a bench or go to sleep thereon, or sit,, stand, climb over or lie down upon any railing, balustrade, wall or fence.

Rule VI.   No person owning or having the care or control of any dog shall suffer or permit such dog to enter the City Park and any police officer may take and impound any such dog found therein.

Rule VII.   No person shall ride or drive any animal not well broken or under proper control over or upon any road or driveway within any public park or square within the City of Portland; and no person shall ride or drive therein any animal or vehicle at a speed greater than eight miles an hour.

Rule VIII.   No vehicle other than pleasure vehicles shall be permitted in or upon any park, except such as may be employed by the City of Portland.

Rule IX.   No person shall stop any animal or vehicle so as to obstruct any driveway or walk or crossing thereof; or so as to prevent the passing of other vehicles; or otherwise than length wise with a driveway and close to the side thereof.

FFXCO_12997

484                    GENERAL ORDINANCES OF

Rule X.  No person having charge of an animal or vehicle shall allow the same to stand for more than twenty minutes or without a proper person in charge of the same; except that an animal hitched to a place provided therefor or to a weight of not less than 20 pounds may be allowed to stand unattended for not more than five minutes.

Rule XI.  No animal attached to a vehicle or otherwise shall be hitched to a fence, tree, bush, or shrub in any public park or plaza.

Rule XII.  No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza between the hours of sunset and eight o'clock A. M. on the day following.

Rule XIII.  No person shall drive an automobile or other vehicle propelled by other than animal power within any public park at a rate of speed exceeding eight miles per hour; and upon approaching a crossing or intersection of ways and in turning a corner or a curve in any public park every person operating such vehicle shall signify such approach by sounding a bell gong, bugle or whistle.

Rule XIV.  No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza except upon the driveways, and no such vehicle shall leave City Park by the Washington street entrance.

Rule XV.  No person driving or operating an automobile or other vehicle propelled by other than animal power shall refuse to stop or move such vehicle when directed to do so by a police officer.

Rule XVI.  Any improved park, plaza, or ground belonging to the City of Portland may be closed and visitors excluded therefrom after the hour of nine o'clock P. M. of each day.

RULE XVII.  All persons visiting public parks or plazas of the City of Portland are expected to observe any reasonable direction of any police officer on duty in such park or plaza in the same manner as if such direction were embodied in a specific rule.

**(Penalty.)**

Section 2.  Any person violating any of the rules given above is liable to a fine of not less than five dollars and not more than twenty dollars for each offense, or punishment by imprisonment in the city jail not less than five days nor more than twenty days.

Passed the Council, December 12, 1907.

Approved, December 14, 1907.

HARRY LANE, Mayor.

FFXCO_12998

# EXHIBIT 58

FFXCO_12999

*Oil City, Pa. Ordinances, etc.*

# A DIGEST

OF THE

# Ordinances and Principal Resolutions

FOR THE GOVERNMENT OF THE

# CITY OF OIL CITY,

IN

VENANGO COUNTY, PENNSYLVANIA,

## IN FORCE JANUARY 1st, 1907.



Published by Authority of the City Councils.

Compiled by PETER M. SPEER, Esq.,
OF THE VENANGO COUNTY BAR.

Digitized by Google

FFXCO_13000

120                              NUISANCES.

Section 2.  All the parts of said ordinance inconsistent herewith are hereby repealed; provided, that this repealing clause shall not be construed to apply to the 9th section of said ordinance.

### III.  DAIRIES, PIG PENS AND SLAUGHTER HOUSES.

#### Ordinance No. 232.

Dairy, pigpen, slaughter-houses.

Section 1.  That from and after the enactment of this ordinance at any time that the majority of the Board of Health of the City of Oil City shall be of the opinion that any dairy, pig pen or slaughter house within the city limits, is unclean and filthy to such an extent as to cause an offensive or injurious stench to exist, said Board of Health shall give or cause to be given to the owner or owners of any such unclean and filthy places, notice to remove or abate such nuisance, and if the same be not removed or abated within five days after notice, such owner or owners

Penalty.

shall upon conviction, forfeit and pay a fine of ten dollars and two dollars for each day that the nuisance remains after conviction.

Enforcement of.

Section 2.  Whenever any person or persons shall violate the provisions of this ordinance and thus become liable to its penalties, it shall be lawful for the Board of Health or any member thereof, the Chief of Police, or any policeman, the Pound Master, or any private citizen, to institute suit or suits, before the Mayor or any Alderman of this city, against such offender or offenders and collect the penalties imposed in Section 1, for the use of the city, as other penalties are by law collected.

# PARKS AND PUBLIC GROUNDS.

### [See Hasson Park.]

#### Ordinance No. 416.

Advertisements.  Sec. 1, clause 17.
Animals not allowed loose.  Sec. 1, clause 3.
Assemblies.  Sec. 1, clause 8.
Benches.  Sec. 1, clause 18.
Bicycles.  Sec. 1, clause 19.
Booths.  Sec. 1, clause 15.
Climbing trees.  Sec. 1, clause 12.
Coaches, for hire.  Sec. 1, clause 10.
Commissioners.  Sec. 1, clause 1.
Disorderly conduct.  Sec. 1, clause 11.
Disturbances.  Sec. 1, clause 14.
Drivers.  Sec. 1, clauses 7 and 16.
Drunkenness.  Sec. 1, clause 11.
Equestrians.  Sec. 1, clauses 7 and 16.
Firearms.  Sec. 1, clause 4.
Funerals.  Sec. 1, clause 6.

Gambling.  Sec. 1, clause 11.
Notices not to be defaced.  Sec. 1, clause 2.
Parades.  Sec. 1, clause 6.
Park commissioners.  Sec. 1, clause 1.
Political meetings.  Sec. 1, clause 8.
Penalties.  Sec. 2.
Picnics.  Sec. 1, clause 13.
Racing.  Sec. 1, clause 20.
Riding.  Sec. 1, clause 7 and 16.
Regulations.  Secs. 1 and 2.
Trees.  Sec. 1, clauses 5 and 12.
Tricycles.  Sec. 1, clause 19.
Vehicles.  Sec. 1, clauses 9, 10, 16, 19 and 20.
Wagons.  Sec. 1, clause 9.

Regulation of.

Section 1.  That upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Oil City, to-wit:

FFXCO_13001

## PARKS AND PUBLIC GROUNDS.                                      121

1.  For the purpose of carrying out the provisions of this Park commis-
ordinance the Mayor shall appoint three Park Commissioners as sioners.
follows:  One for one (1) year, one for two (2) years, one for
three (3) years, and thereafter one each year for three years; all
vacancies to be filled for unexpired term.  The three Commis-
sioners shall have full charge of the parks, and the paying out
of any moneys appropriated for the same, making full report to
the Mayor and Councils as to how and what it was paid out for.

2.  No person shall injure, deface or destroy any notices, Defacement of
rules or regulations of the park, posted or in any manner perma- notices.
nently fixed by order of the Park Commissioners.

3.  No person shall be allowed to turn any chickens, ducks, Animals not al-
geese, or any other fowls, or any cattle, goats, swine, horses or lowed loose.
other animals, loose within the park, or to bring led horses or a
horse that is not harnassed and attached to a vehicle or mounted
by an equestrian.

4.  No person shall be allowed to carry firearms, or to shoot Firearms, etc.,
or throw stones at or to set snares for birds, rabbits, squirrels, prohibited.
or fish within the limits of the park.

5.  No person shall cut, break, pluck or in any wise injure or Trees, etc., not
deface the trees, shrubs, plants, turf, or any of the buildings, to be defaced.
fences, structures or statuary or place or throw anything what-
ever in any springs or streams within the park, or fasten a horse
to any tree, bush or shrub.

6.  No military or other parade or procession, or funeral shall Parades.
take place in or pass through the limits of the park without per-
mission from the Park Commissioners.

7.  No one shall ride or drive therein except on the avenues Riding and
or roads or at a rate of speed exceeding eight miles per hour. driving.

8.  No gathering or meeting of any kind assembled through Assemblies.
advertisement, shall be permitted within the park without pre-
vious permission of the Park Commissioners, nor shall any Political meet-
gathering or meeting for political purposes in the Park be per- ings.
mitted under any circumstances.

9.  No wagon or vehicle of burden or traffic shall pass Wagons.
through the Park, except on such road or avenues as shall be
designated by the Park Commissioners for burden transportation.

10.  No coach or vehicle used for hire, shall stand upon any Coaches for
part of the park for the purpose of hire, nor except in waiting for hire.
persons taken by it into the park, unless at points designated by
the Park Commissioners.

11.  No profane, indecent, abusive or insulting language, Disorderly con-
gambling or drunkenness shall be allowed within the park, nor duct.
shall any one be allowed to introduce any spirituous liquors with-
in the limits of the same, either for his own use or for sale.

12.  No person shall climb any tree or attach any swing Climbing trees.
thereto without the consent of the Superintendent.

13.  No picnic of more than thirty persons shall take place Picnics.
in the park without a written permission for the purpose being

FFXCO_13002

122                    PARKS AND PUBLIC GROUNDS.

obtained from the Superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

Disturbances.

14. No person shall disturb any picnic in the park, or intrude himself or herself on it without the consent of those composing it.

Booths.

15. No person shall set up any booth, table or stand for the sale of any article whatever without the consent of the Park Commissioners previously obtained in writing.

Drivers, etc., keep to right.

16. When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

Advertisements.

17. No person shall drive any vehicle displaying any placard or advertisement of any kind along the road or avenue in the park, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill, or other writing or printing of any kind, on any tree, lamp post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the park.

Benches.

18. No benches or seats shall at any time be removed or changed from their places in the park except by the order, first obtained, of the Superintendent.

Bicycles, etc.

19. Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

Racing.

20. All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

Penalties.

Section 2. That any violation of the foregoing rules shall subject the party so offending to a fine of not less than five ($5) dollars or more than twenty-five ($25) dollars to be collected by summary process.

Repealing clause.

Section 3. That any ordinance or part of ordinance conflicting with the provisions of this ordinance be, and the same is hereby repealed so far as the same affects this ordinance.

FFXCO_13003

# EXHIBIT 59

FFXCO_13004

# ORDINANCES, etc.

## OF THE

# CITY OF OLEAN, N.Y.

## AS AMENDED TO
## SEPTEMBER 1922



ARRANGED AND INDEXED UNDER AUTHORITY OF THE
COMMON COUNCIL
BY

RICHMOND C. HILL
CITY HISTORIAN
OLEAN N. Y.

OCTOBER 1922

FFXCO_13005

## OLEAN CITY ORDINANCE

Section 19.   Any person violating any of the provisions of the Ordinance shall be guilty of a misdemeanor and subject to the respective fines imposed by the respective violations as hereinbefore provided and in default of payment of such fine shall be liable to imprisonment of one day for each dollar of such fine.

SECTION TWO.   This Ordinance shall be published once in the Olean Evening Times and once in the Olean Evening Herald and shall take effect immediately.

### AMENDMENT

The foregoing was amended by vote of the Common Council at its regular meeting on Tuesday evening, August 22, 1922, by adding the following provision:

### Amendment.

"That the restrictions prohibiting hucksters or other dealers from selling goods on the North Street Public Market in competition with producers, be removed and the market made an open one."

### PARKS

Passed November 6, 1907.

The Board of Park Commissioners of the City of Olean hereby make, publish and enact the following ordinances: These ordinances apply to and comprehend,

24

## OLEAN CITY ORDINANCE

1.   City Hall Park lying between North and South Streets and Union and Barry Streets.

2.   Oak Hill Park lying between Fourth, Sixth and Washington Streets and the south bounds of said Park.

3.   Adams Park lying in the triangle formed by the junction of Sullivan, Buffalo and Eighth Streets.

4.   Ansel Park consisting of the triangle formed by the junction of Fulton Street, Pennsylvania Railroad and the south line of lands of William Cobb.

The words "Parks and public grounds" wherever mentioned in these ordinances, shall be understood to include all the adjacent land to the curb line of adjoining streets as fixed by the Common Council of the City of Olean.

Section 1.   No person or corporation shall enter upon any parks or public grounds and dig or remove any dirt, tree, shrub, or bush which may be in, upon, or a part of any of said parks or public grounds, except under the direction of said Board of Park Commissioners.

Section 2.   No person shall cut down, or bruise, or cut into, or in any way injure any tree, shrub, growing bush or flowers that are at present, or may hereafter be growing upon any of the parks or public grounds.

Section 3.   No person shall erect any sign or signboard, cut or mark any name or device, or write upon any tree, paling, bench, building or structure situated or located upon said parks.

25

FFXCO_13007

## OLEAN CITY ORDINANCE

Section 4.  No person shall fire or discharge any gun or pistol or other firearms, or any rocket, torpedo or other fireworks of any description, or throw stones or missles, within the several parks or public grounds, nor carry any firearms in any park.

Section 5.  No person shall climb any tree or pluck any flowers or fruit, whether wild or cultivated, or break cut down, trample upon or remove, or in any manner injure or deface any statue, flower-bed, turf or any of the buildings, fences, bridges or other constructions within the several parks or public grounds; nor shall any person write on any building, structure, statue, fence, bench, rock or stone within such parks or public grounds.

Section 6.  No person shall ride any bicycle, tricycle or any similar vehicle in any park or on any public grounds.

Section 7.  No quadrupeds or other animals, except those placed in the parks by the authority of said Board shall be conducted into or driven in the parks or public grounds, or be allowed to remain therein. Dogs found running at large within any park may be shot by any policeman or other officer on duty connected with the parks.

Section 8.  The parks shall be closed every night between eleven o'clock P. M. and sunrise and no person shall lounge, loaf or loiter therein between such hours.

Section 9.  All persons using the playgrounds or parks do so at their own risk. Neither the City or the Park Commissioners shall be liable for any injury to any person incurred in the use of the playgrounds or parks

26

FFXCO_13008

# OLEAN CITY ORDINANCE

Section 10.   Boisterous conduct, and the use of vulgar or profane language on the playgrounds, or in the parks or public grounds is absolutely forbidden.

Section 11.   No person shall commit any of the following acts within said parks:

    1.   Commit any disorderly or immoral acts.

    2.   Be intoxicated.

    3.   Throw stones or missles.

    4.   Utter loud or indecent language.

    5.   Tell fortunes.

    6.   Play any game of cards or chance.

    7.   Beg.

    8.   Publicly solicit subscriptions.

Section 12.   The Superintendent shall be responsible for the maintenance of order and decorum, and for the exercise of discretion and civility in all use to be made of the playgrounds and parks. His authority corresponds with his responsibility. No one is to enter the playgrounds when forbidden by him; no one is to remain therein when requested by him to leave. Report may be made to the Park Commissioners whenever the Superintendent is

FFXCO_13009

## OLEAN CITY ORDINANCE

thought to have used his authority unjustly, but his authority is not to be resisted or questioned by visitors on the grounds; and he may forcibly eject any person violating any ordinances relating to such parks.

Section 13.  Any violation of these ordinances shall be deemed a misdemeanor and shall be punishable by a fine of not more than twenty-five dollars; or in default of payment of such fine, by imprisonment not exceeding twenty-five days.

These ordinances shall be published once in the Olean Morning Times and once in the Olean Daily Herald and shall take effect immediately.

## SEALER OF WEIGHTS AND MEASURES

February 17, 1903.

The Common Council of the City of Olean does hereby enact, ordain, establish, publish and declare the following ordinance:

Section 1.  It shall be the duty of the sealer of weights and measures to inspect all instruments or devic. the limits of the city, to ascertain the weight or quantity of any article of merchandise on sale within the city and generally to perform the duties prescribed by statute.

28

FFXCO_13010

# EXHIBIT 60

FFXCO_13011



# THE

# Charter of the City of Seattle

Adopted at the General Election March 3, 1896
as Amended in 1900, 1902, 1904, 1906 and 1908

c†

### AND THE

# Ordinances of the City of Seattle

From December 1, 1869, to November 1, 1907

ARRANGED, ANNOTATED AND INDEXED
By
## CHARLES  S.  GLEASON
Of the Seattle Bar

PUBLISHED BY AUTHORITY OF THE CITY OF SEATTLE

SEATTLE
LOWMAN & HANFORD STATIONERY AND PRINTING COMPANY
1908

FFXCO_13012

## ORDINANCE NO. 16066.

**AN ORDINANCE** directing the issuance of triplicate bills for labor or materials furnished by the City of Seattle to various persons and prescribing the manner of issuance, correction and payment of said bills. Approved May, 27, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **All Bills of the City to be Made in Triplicate:**—That when any department of the City of Seattle shall furnish any labor or material to any person, said department shall render a bill for said labor or material as follows:

Bills of each department to be issued in triplicate and to bear consecutive numbers.

The original of said bill to be forwarded to the person receiving said labor or material.

The duplicate of said bill to be forwarded, forthwith to the City Treasurer.

The triplicate of said bill to be retained by the department issuing the same.

Sec. 2. **Correcting Bills:**—That the head of the department issuing any of said bills be and hereby is authorized to correct said bills at any time prior to their payment by the issuance of credit vouchers directed to the City Treasurer.

Sec. 3. **Treasurer to Preserve and Account for Bills:**—That the City Treasurer be and hereby is directed to preserve said duplicate bills and render proper accounting therefor and to notify each of the various departments as to the payment of said bills upon request of said department.

Sec. 4. **Credit Vouchers:**—That, when any credit voucher shall have been issued correcting any of said bills, the City Treasurer be and hereby is directed to deduct the amount of said credit voucher from the face of said bill and accept the remaining amount thereof as full payment.

## ORDINANCE NO. 16081.

**AN ORDINANCE** regulating the use and occupation of and the conduct of persons in or upon streets, avenues, ways, boulevards, drives, places, alleys, sidewalks, parking strips, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, parks, park ways, park boulevards, park drives, park paths, and public places and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same, and providing for the control of the same, and for the safety, comfort and convenience of the public in the use of the same and providing penalties for violations thereof. Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1.. **Words and Phrases Defined:**—The words ''public place'' wherever used in this ordinance shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips, squares, triangles and public play grounds, comfort stations, school grounds, recreation grounds, parks, park ways, park

FFXCO_13013

boulevards, park drives, park paths and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same; the word "street" shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips; the word "park" shall, when necessary, be held and construed to mean and include parks, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, park drives, park boulevards, park paths and park ways; the word "person" shall, when necessary, be held and construed to mean and include natural persons of either sex, associations, co-partnerships and corporations, whether acting by themselves or by a servant, agent or employee; the singular number shall, when necessary, be held and construed to include the plural and the masculine pronoun to include the feminine; the word "vehicle" shall be held and construed to mean and include wagons, carts, carriages, trucks, automobiles and all vehicles drawn by animals or propelled by steam, electricity, gas or other motive power.

Sec. 2. **Awnings, Permit for, Required:**—It shall be unlawful for any person to construct or maintain, in or over any public place, any awning, without complying with all the provisions of this ordinance in relation thereto, and obtaining and having a permit from the Board of Public Works so to do.

Sec. 3. **Awning Permit, How Obtained:**—In order to obtain the permit provided for in the preceding section, the owner of any premises abutting upon any public place, desiring such permit, shall file with the Board of Public Works an application in writing therefor, which application shall contain an accurate description of the portion or portions of the public place desired to be occupied and the nature and character of the awning which it is desired to construct or maintain therein, and the Board of Public Works, if they shall find that such awning can be constructed or maintained without unduly interfering with or obstructing the use of such public place, may, in their reasonable discretion, grant a permit to construct or maintain such awning in accordance with the provisions of the next succeeding section.

Sec. 4. **Awnings, How Constructed and Maintained:**—All awnings to be constructed or maintained under the provisions of this ordinance, shall be constructed either of a metal frame with canvas covering or of wire glass and other fire proof materials. The lowest point of any awning shall not be less than eight (8) feet above the sidewalk, and no cloth, drapery, sign or other thing shall be attached to or suspended from such awning. The frames and supports of all awnings shall be securely attached to the walls of the building from which they project, by wrought iron or steel brackets or steel chains, but shall not receive their support from beneath by the use of posts or other similar devices, except as herein provided. All awnings, other than canvas covered awnings, shall be provided with metal conductors for water, draining back to the property line and connected with the sewer in the manner provided by the plumbing ordinances of the City, and shall be constructed of wire glass and other fire proof materials, reasonably uniform in appearance and ornamental in design and shall project as nearly horizontal from the building to which they are attached as is practicable, and shall be well lighted by electricity, according to the directions of the Board of Public Works, and shall project from the property line not more than nine (9) feet; provided, that such awnings erected over the entrances of assembly halls, theatres, hotels or railway stations may project to the curb line. The roofs of all such awnings shall be of wire glass, and in case

FFXCO_13014

Sec. 80.  **Booths, etc., in Public Places:**—It shall be unlawful for any person to place, set up, keep or maintain any booth, stand, table, box, board, shelf, vehicle or other object for the purpose of selling, giving away or distributing therefrom any article or thing, or exhibiting any animal, bird, curiosity, device or thing, or advertising anything whatsoever, in any public place.

Sec. 81.  **Advertising in Public Places:**—It shall be unlawful for any person to have, drive or stand in any public place, any vehicle used exclusively for advertising, or any show board, placard, banner, sign, advertisement, picture or other device, or to lead, drive, ride or stand any animal or animals on which is placed or carried, or to which is attached any banner, sign, advertisement, picture or other device, for advertising any business, calling, occupation, firm, dealer, place of amusement, exhibition, show, event or amusement.

Sec. 82.  **Barbed Wire Fences Along or Exposed to Public Places:**—It shall be unlawful for any person to place, build, construct or maintain, or cause, permit or allow to be placed, built, constructed or maintained, any barbed-wire fence along and abutting upon the marginal line of any public place, or upon any premises abutting upon any public place, unless said premises are enclosed and separated from such public place in such a manner as to prevent persons or animals using or occupying such public place from coming in contact with such barbed-wire fence.

Sec. 83.  **Obstruction Upon Sidewalks From Abutting Property:**—It shall be unlawful for any person, owning or occupying any property abutting upon or contiguous to any public place, to allow or permit any earth, rock, stones, trees, logs, stumps or other substances to cave, fall, crumble, slide, accumulate or be otherwise deposited from any such premises upon any public place, or having been so deposited, to be or remain thereon.

Sec. 84.  **Use of Sidewalks by Merchants:**—It shall be unlawful for any person to place, or cause or suffer to be placed, by any person in his employ or under his control, any merchandise or wares of any nature on any sidewalk in front of or alongside of his place of business for the purpose of display or for any other purpose, except while in the actual course of receipt or delivery, or to use any portion of any sidewalk for the purpose of measuring, packing or weighing goods for sale.

Sec. 85.  **Burning Materials Containing Metallic Substances in Public Places:**—It shall be unlawful for any person to burn any lumber, rubbish or other materials containing nails, wire or other metallic substances, in any public place.

Sec. 86.  **Storing Fire Wood, etc., in Public Places:**—It shall be unlawful for any person to place or permit any fire-wood, coal, chattles or merchandise in any public place, except while removing the same into or out of the premises adjoining such public place, or to keep any bunker or box for the storage of wood, coal, chattles or merchandise, in any public place.

Sec. 87.  **Playing Ball or Throwing Stones in Public Places:**—It shall be unlawful for any person to play ball or throw any ball to and fro on any paved street, or throw stones or other missiles in any public place.

Sec. 88.  **Throwing Articles Liable to Produce Injury, Into Public Places:**—It shall be unlawful for any person to throw or deposit, in any public place, any broken glass, crockery, nails or any substance whatever whereby the feet of horses or other animals, or the tires of automobiles or other vehicles may be injured.

FFXCO_13015

Sec. 89.   **Throwing Refuse Matter Into Public Places:**—It shall be unlawful for any person to throw or deposit, or cause to be thrown or deposited, on any public place, any coal, hair, shreds, rags, manure, shells, ashes, garbage, paper or other refuse matter, or any solids or liquids, animal or vegetable matter or any substance whatever.

Sec. 90.   **Throwing or Permitting Liquids to Flow Upon Public Places:**—It shall be unlawful for any person to throw or flow, or allow or permit to be thrown or to flow, upon any public place, any water or other liquids which cause a noxious effluvia or any filthy water, or to permit any flow of water from premises under his control, on or over any public place.

Sec. 91.   **Sprinkling Paved Streets in the Day Time:**—It shall be unlawful for any person to throw, spatter or sprinkle any water upon any planked or paved street between the hours of nine (9) o'clock before noon and five (5) o'clock after noon.

Sec. 92.   **Obstruction of Sidewalks and Public Places by Waste Material:**—It shall be unlawful for any person to throw on any sidewalk any vegetable or fruit or other substance liable to cause any person injury, or to throw upon or into any public place, or in any gutter, any kitchen refuse, paper, sweepings or other substance liable to close up or choke any gutter, or to permit any accumulation of snow or ice upon any planked or paved sidewalk in front of any premises owned or occupied by him.

Sec. 93.   **Obstructing Public Places by Structures or Chattles:**—It shall be unlawful for any person to build, construct, place, maintain, occupy, throw, leave, cast, tie or put, or cause to be built, constructed, placed, maintained, occupied, thrown, left, cast, tied or put, except under and in accordance with the provisions of this ordinance, in any public place, any structure, fence, post, rope, chain, rail, wire, box, barrel, keg, fire-wood, coal, chattles, merchandise, vehicle, animal or any object or thing which is an obstruction to the free use of such public place or which may be an inconvenience to the use thereof, or which may encroach thereon.

Sec. 94.   **Driving in Parks Except on Park Ways; Certain Vehicles Excluded From Parks:**—It shall be unlawful for any person to drive or propel any vehicle, or ride or drive any horse or other animal in, over or through any park, except along and upon park drives, park ways and park boulevards, or to drive or propel along or over any park drive, park way or park boulevard any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish or any market wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession going to or returning from any cemetery.

Sec. 95.   **Speed Limit on Park Ways:**—It shall be unlawful for any person to drive or propel over or along any park drive, park way or park boulevard any vehicle, or to ride or drive any horse or other animal, or any bicycle, tricycle or autocycle at a greater rate of speed than twelve (12) miles per hour along any tangent or any curve of a less degree of curvature than twelve (12) degrees, or having a radius of more than four hundred and seventy-eight (478) feet, or at a greater rate of speed than six (6) miles per hour along any curve of a greater degree of curvature than twelve (12) degrees, or having a radius of less than four hundred and seventy-eight (478) feet.

Sec. 96.   **Structures and Advertising in Parks:**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, post, pole or

FFXCO_13016

advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure within any park; provided, that the Board of Park Commissioners may permit the erection of temporary decorations on occasions of public celebration or holidays.

Sec. 97.  **Destruction or Mutilation of Park Property:**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, railing, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park.

Sec. 98.  **Occupying Borders, etc., in Parks:**—It shall be unlawful for any person to walk, stand or sit on any border, flower bed, monument, vase, fountain, railing or fence in any park.

Sec. 99.  **Dogs in Parks:**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains or streams therein.

Sec. 100.  **Fire Arms and Explosives in Parks:**—It shall be unlawful for any person to shoot, fire or explode any fire-arm, fire works, fire crackers, torpedoes or explosives of any kind or to carry any fire-arm in any park.

Sec. 101.  **Molesting Animals in Parks:**—It shall be unlawful for any person to in any manner tease, annoy, disturb, molest, catch, injure or kill, or to throw any stone or missile of any kind at, or strike with any stick or weapon any animal, bird, fowl or fish in any park.

Sec. 102.  **Peddlers, etc., Excluded From Parks:**—It shall be unlawful for any person to be or act as or ply the vocation of a solicitor, agent, vagrant, peddler, fakir, mendicant, beggar, strolling musician, organ grinder, exhortor, showman or boot black in any park.

Sec. 103.  **Public Meetings in Parks:**—It shall be unlawful for any person to hold any public meeting or gathering, or to make any public speech in any park, except upon written permission from the Board of Park Commissioners.

Sec. 104.  **Horses in Parks; Hitching and Leaving Unguarded:**—It shall be unlawful for any person to hitch any horse or other animal to any tree, shrub, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park.

Sec. 105.  **Games of Chance in Parks:**—It shall be unlawful for any person to conduct or carry on any game of chance in any park.

Sec. 106.  **Disorderly Conduct in Parks:**—It shall be unlawful for any person to use loud, profane, obscene, boisterous or insulting language, or to be guilty of any disorderly, lewd or lascivious conduct of any kind in any park.

Sec. 107.  **Intoxicated Persons in Parks:**—It shall be unlawful for any intoxicated person to enter or remain within any park.

Sec. 108.  **Use of Lakes in Parks:**—It shall be unlawful for any person to place any boat, float, raft or other water craft in or upon any lake, pond or stream in any park, or to land at any point or place upon the shores of the lakes or ponds in or bordering upon any park, except at places designed or designated as landing places, or to occupy in any manner the slopes between the water line and the foot paths.

Sec. 109.  **Picnics in Parks:**—It shall be unlawful for any person to picnic or lunch in any park, except at those places set apart and allotted as picnic grounds.

FFXCO_13017

222                                      16084, LICENSING ENGINEERS

Sec. 110.  **Bicycles in Parks:**—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle over or through any park, except along and upon the park drives, park ways, park boulevards and upon paths set apart and designated as "Bicycle Paths."

Sec. 111.  **Athletic Games in Parks:**—It shall be unlawful for any person to play at any game of base ball, foot ball, golf, cricket, LaCrosse, polo, hockey or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon securing a permit from the Board of Park Commissioners.

Sec. 112.  **Swinging Scaffolds Over Public Places:**—It shall be unlawful for any person to hang, maintain, use or operate any swinging scaffold over any public place, without the same shall be provided with a guard rail on each side thereof, not less than three (3) inches high, to prevent tools, material or other things from sliding and falling therefrom, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 113.  **Hoisting Safes, etc., in Public Places:**—It shall be unlawful for any person to hoist any safe or other article in any public place for the purpose of conveying the same into any building, between the hours of eight (8) o'clock a. m. and eight (8) o'clock p. m., or at any time without roping off a space, not less than twenty (20) feet square, immediately beneath where such article is being hoisted and maintaining a watchman on each side thereof to prevent persons from passing or going within such space, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 114.  **Penalties:**—Any person who shall violate or fail to comply with any of the provisions of this ordinance, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in any sum not exceeding one hundred (100) dollars, or by imprisonment in the city jail for a term not exceeding thirty (30) days, or by both such fine and imprisonment, and each day any such person shall continue to violate or fail to comply with any of the provisions of this ordinance, shall be deemed and considered a separate offense, and in addition to the penalty hereinabove provided for violations of this ordinance, any failure, neglect or refusal to comply with any of the terms of this ordinance shall be deemed a nuisance, any may be abated in the manner provided by the ordinances of the City of Seattle for the abatement of nuisances.

Ordinance No. 8576 prescribes a condition which must be contained in all permits issued by the Board of Public Works.

Charter, IV., Sec. 18. Subs. 7, 31 and 36; XIII., Sec. 3.

## ORDINANCE NO. 16084.

**AN ORDINANCE** providing for the licensing of engineers of steam engines and boilers, fixing the amount of the license fee, providing penalties for violations of this ordinance.  Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1.  **Operating Steam Boilers, License for, Required:**—No person shall have charge of or operate a steam engine or steam boiler in the City of Seattle without first obtaining a license therefor from the City Comptroller, which license shall be effective for the period of one year.  Said license shall be renewed on or before the date of the expiration thereof upon the payment of a license fee of two (2) dollars.

FFXCO_13018

# EXHIBIT 61

FFXCO_13019

# CHARTER

and

# REVISED ORDINANCES

of

# KANSAS CITY

1909.

Compiled, Arranged, Annotated and Indexed by

## REES TURPIN,
## GEORGE KINGSLEY and
## CHARLES L. SHANNON,

of the Kansas City Bar,

assisted by

JOHN T. HARDING, City Counselor, and the Associate Counselors,

and an Advisory Committee Consisting of

WILLIAM C. CULBERTSON, R. EMMET O'MALLEY and ALVAH O. THOMPSON, of the Upper House, and

EDMUND C. MORRIS, FRANK J. SHINNICK and CHARLES J. GILMAN, of the Lower House of the Common Council.

PRINTED AND PUBLISHED BY AUTHORITY OF
KANSAS CITY, MISSOURI.

Kansas City, Mo.
VERNON LAW BOOK COMPANY
1909

FFXCO_13020



Kansas City:
FRANK T. RILEY PUBLISHING COMPANY
1909



Gift of
Mass. State Library

Art. VII.                    MISCELLANEOUS.                    Sec. 1028.

ARTICLE VII.

PARK AND BOULEVARD REGULATIONS.

Section.
1028.  Certain Vehicles Prohibited on Boulevards, Etc.
1029.  Lights on Vehicles.
1030.  Lights on Motor Cycles, Etc.
1031.  Vehicles and Horsemen Keep to Left in Passing, When.
1032.  Vehicles and Horsemen Should Occupy What Part of Road.
1033.  Red Street Lights—"Slow Down and Keep to Right."
1034.  Where Vehicles Must Stop.
1035.  Automobiles, Speed of.
1036.  Automobiles, Etc., on Cliff Drive.
1037.  Moving Houses on Boulevards, Etc.
1038.  Permit to Move House—Conditions Thereof.
1039.  Animals or Vehicles Standing on Boulevards.
1040.  Racing, Speeding, Etc., on Boulevards.
1041.  Animals and Vehicles on Sidewalks, Grass, Etc.—Herds of Animals—Roller Skating Prohibited.
1042.  Hitching Animals—Driving Over Sidewalks, Etc.
1043.  Rubbish on Sidewalks, Etc. Charter, Art. 13, Sec. 6.

Section.
1044.  Building Material on Boulevards.
1045.  Obstructions on Boulevards, Etc., Red Lights.
1046.  Games Prohibited — Crossing Grass Plots.
1047.  Dangerous Sports Prohibited.
1048.  Discharging Fire Arms, Explosives, Etc., Prohibited.
1049.  Selling Goods—Posting and Distributing Hand Bills, Etc., Prohibited.
1050.  Cutting, Defacing, Injuring Trees, Shrubs, Etc.
1051.  Bicycles, Etc., Must Keep on Certain Paths, Etc.
1052.  Pleasure Vehicles Only in Parks.
1053.  Lewd or Disorderly Conduct—Sleeping in Parks, Etc.
1054.  Sidewalks, Construction of.
1055.  Driveways Connecting Private Property With Boulevards, Etc.
1056.  Foot-ways.
1057.  Fences Around Grass Plots, Etc., Prohibited.
1058.  Penalty.
1059.  Recommended by Board of Park Commissioners.

Sec. 1028.  **Certain Vehicles Prohibited on Boulevards, Etc.** —No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of Kansas City, Missouri; *provided,* however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; but this pro-

FFXCO_13022

vision shall not apply to any of the driveways within the limits of the parks, and said boulevards, parkways, avenues, streets or park roads shall not be used by business vehicles for traffic purposes, except as hereinbefore provided; and provided further, that Independence Boulevard from Dykington Avenue to Benton Boulevard shall be exempt from this regulation until parallel streets are made available for such vehicles.

Sec. 1029.  **Lights on Vehicles.**—All carriages, cabs and other vehicles usually carrying lamps must keep the same lighted from sunset until sunrise; and all automobiles and other motor vehicles must display a white light ahead and red light behind from sunset to sunrise.

Sec. 1030.  **Lights on Motor Cycles, Etc.**—All motor cycles and bicycles must carry a lighted lamp showing a white light ahead and red lights to the sides from sunset until sunrise, and said motor cycles and bicycles must strictly comply with the rules of the road as provided for all other vehicles and must not congregate nor run more than two abreast of each other.

Sec. 1031.  **Vehicles and Horsemen Keep to Left in Passing—When.**—All vehicles and horsemen, when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing, on the right.

Sec. 1032.  **Vehicles and Horsemen Shall Occupy What Part of Road.**—All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road in the direction in which they are going; those going more rapidly must keep nearer the middle of the road.

Sec. 1033.  **Red Street Lights—"Slow Down and Keep to the Right."**—Red street lights located in the center of driveways at intersections and turns indicate this rule of the road: "SLOW DOWN AND KEEP TO THE RIGHT;" and this rule of the road must be complied with on all intersections and turns of the boulevards and parkways whether lights are so located or not.

Sec. 1034.  **Where Vehicles Must Stop.**—No vehicle shall stop for any purpose without first drawing up to the curbstone or

FFXCO_13023

gutter, and always on the right-hand side of the road in the direction in which they are going.

Sec. 1035. **Automobiles, Speed of**—Automobiles or any other vehicles must not exceed a speed limit of 18 miles per hour on any of the boulevards, avenues, streets or parkways, must not exceed a speed limit of 15 miles per hour on any of the park roads within any park, and on Cliff Drive in North Terrace Park must not exceed a speed limit of 10 miles per hour.

Sec. 1036. **Automobiles, Etc., on Cliff Drive.**—All automobile and motor vehicles of every kind are strictly prohibited from entering upon Cliff Drive in North Terrace Park on Sunday of each week; on all other days of each week, such vehicles shall be permitted to enter upon and pass over said Cliff Drive, subject, however, to their strict compliance with the following rules and regulations:

*First*: Such vehicles must enter said Cliff Drive at its eastern terminus, or at one of its eastern entrances, and proceed in a westerly direction; such vehicles must not enter at the western terminus thereof and travel in an easterly direction.

*Second*: Such vehicles must keep to the right hand side of the road.

*Third*: Such vehicles must not exceed the prescribed speed limit of ten (10) miles per hour.

*Fourth*: Such vehicles must, at all times, be kept under perfect control by the operator or driver thereof, and said operator or driver must use extraordinary precaution to avoid accidents.

Sec. 1037. **Moving Houses on Boulevards, Etc.**—No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said Board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in the next succeeding section of this article.

Sec. 1038. **Permit to Move House—Conditions Thereof.**—Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk space shall be required to deposit with the Secretary of the Board of Park Com-

FFXCO_13024

missioners a sum in cash or its equivalent, estimated by the Board of
Park Commissioners to be sufficient to pay for the cost of any dam-
age to said boulevard, parkway, avenue, street, park road or sidewalk
space caused by any work being done under the authority of said
permit; and if repairs and restoration are made under the supervision
and to the satisfaction of the Board of Park Commissioners at the
expiration of such permit, and no damages have occurred to said
boulevard, parkway, avenue, street, park road or sidewalk space, then
the deposit will be returned in full; but upon failure of the person
obtaining such a permit to repair and restore conditions as above
provided, within five days of the expiration of such permit, the Board
of Park Commissioners may proceed to make such repairs and deduct
the cost of same from such deposit; the balance. if any, to be returned
to the person obtaining said permit.

Sec. 1039.   Animals or Vehicles Standing on Boulevards.—
No horse nor mule, nor any animal attached to a vehicle shall be per-
mitted to stand upon any portion of any boulevard, parkway, avenue
or park road of said city, unless the driver thereof is in charge of and
accompanies the same; or unless such animal be securely hitched to a
hitching post, erected with the approval of the Board of Park Com-
missioners; nor shall any vehicle, horse, mule or animal be permitted
to stand upon any boulevard, parkway, avenue, street, or park road to
the obstruction of the same or to the inconvenience of travel.

Sec. 1040.   Racing, Speeding, Etc., on Boulevards.—No
person shall engage in any racing, speeding or fast driving on any
boulevard, parkway, avenue, street or park road of said city, except
on such part or portion of any boulevard, parkway, avenue, street or
park road as may be set apart by the Board of Park Commissioners
for that purpose, and then only under such regulations as the Board
of Park Commissioners may prescribe.

Sec. 1041.   Animals and Vehicles on Sidewalks, Grass, Etc.
—Herds of Animals—Roller Skating Prohibited.—No velocipede,
bicycle, tricycle, wheelbarrow, handcart, nor other vehicle, nor any
horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by
the owner or any other person in charge or control thereof, or be
permitted by the same, upon the sidewalks, curbstones, grass plots
or planting spaces of any park, boulevard, parkway, avenue, street or
park road, nor to cross the same.   Nor shall such vehicle, fowl or
animal be taken upon any part thereof, except upon the carriage drives

844

FFXCO_13025

and crossings provided therefor. Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds, on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet. Roller skating on the sidewalks of any boulevard, avenue, street or parkway is prohibited.

Sec. 1042. **Hitching Animals—Driving Over Sidewalks, Etc.**—No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in any park that such animal can damage the same by biting or otherwise.

Sec. 1043. **Rubbish on Sidewalks, Etc.**—No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth of any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway. Nor shall any person throw or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Sec. 1044. **Building Material on Boulevards, Etc.**—No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent as provided in Section 1039 of this article, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Sec. 1045. **Obstructions on Boulevards, Etc.—Red Lights.** —Every person having the use of any portion of any boulevard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction from dusk until sunrise in the morning of each

FFXCO_13026

day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 1046.  **Games Prohibited—Crossing Grass Plots.**—No person shall play any game whatsoever in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; *provided,* however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said Board.  The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street.  But this Section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 1047.  **Dangerous Sports Prohibited.**—No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supevision of the Boad of Park Commissioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

Sec. 1048.  **Discharging Fire Arms, Explosives, Etc., Prohibited.**—No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stones or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway, or driveway of this city under the control or supervision of the Board of Park Commissioners. except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish.

Sec. 1049.  **Selling Goods—Posting and Distributing Hand Bills, Etc.—Prohibited.**—No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-

FFXCO_13027

bills, or erect any sign board or posts, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway, or other public grounds under the control or supervision of the Board of Park Commissioners of said city   Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road or in any park or other public grounds under the control and management of the Board of Park Commissioners of said city.

Sec. 1050.  **Cutting, Defacing, Injuring Trees, Shrubs, Etc.** —No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings, or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the Board of Park Commissioners.

Sec. 1051.  **Bicycles, Etc., Must Keep on Certain Paths, Etc.** —All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the sidewalks, foot-paths or upon the parking or grass.

Sec. 1052.  **Pleasure Vehicles Only in Parks.** —No vehicles other than those used for pleasure driving or other than such carts or other vehicles as may be employed by the Board of Park Commissioners in the construction of or caring for said parks, shall be permitted to enter said parks.

Sec. 1053.  **Lewd or Disorderly Conduct—Sleeping in Parks, Etc.** —No person shall be guilty of disorderly, unchaste or lewd conduct, or of habitual loafing or sleeping on the ground or benches, or make, aid or assist in making any disorderly noise or riot or breach of the peace within the limits of any park, boulevard, avenue, street, parkway or other public grounds of the city.

Sec. 1054.  **Sidewalks, Construction of.** —All sidewalks hereafter constructed on boulevards, avenues, streets and parkways under

847

FFXCO_13028

the control of the Board of Park Commissioners, shall be of artificial stone or other durable material selected by the Board of Park Commissioners and shall be of such width as the Board of Park Commissioners may establish in each case, and they shall be uniform in character and appearance throughout each boulevard and parkway, and they shall be otherwise constructed and laid strictly in accordance with the plans and specifications and under the supervision of the Board of Park Commissioners.

Sec. 1055. **Driveways Connecting Private Property With Boulevards, Etc.**—All that part or portion of driveways connecting private property with the roadway and lying between the lot line and the roadway on all boulevards and parkways and other avenues under the control of the Board of Park Commissioners, shall be constructed by the Board of Park Commissioners, or under its supervision, at the expense of the property owner, and of such width as the Board of Park Commissioners may determine in each case; *provided*, however, that the maximum width required by said Board shall not exceed nine (9) feet; *provided*, further, that at the request of the property owner a special permit may be granted by said Board of Park Commissioners for a greater width, and such driveways shall be constructed in accordance with the plans and specifications furnished by and under the provision of the Board of Park Commissioners, and their location shall be with the consent of said Board of Park Commissioners.

Sec. 1056. **Foot-Ways.**—On all boulevards, avenues, streets and parkways, under the control of the Board of Park Commissioners, there shall be constructed at the expense of the property owner, foot-ways connecting private property with the public walk, and also with the curb line where necessary. There shall be not more than one foot-way for each residence, except by special permit of the Board of Park Commissioners. Such foot-ways shall be located at such points as the Board of Park Commissioners may direct or designate. The width of such foot-ways shall in all cases be established by the Board of Park Commissioners and be constructed of the same materials and in accordance with the plans and specifications governing the construction of public walks with which said foot-ways connect. The rise of all such foot-ways from top of curb to the property line shall be at the rate of one fourth ($\frac{1}{4}$) of an inch to each foot; *provided*, however, that this rate of slope may be increased or diminished by permission of the Board of Park Commissioners when in their judg-

FFXCO_13029

ment such change will not be detrimental but will improve the appearance of said boulevard, avenue or parkway.

Sec. 1057. **Fences Around Grass Plots, Etc., Prohibited.**—No person shall be permitted to build or place any fence or other barrier around any grass plots or planting spaces on any boulevard or parkway.

Sec. 1058. **Penalty.**—Any person who shall violate any of the foregoing provisions, rules and regulations, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00), nor more than one hundred dolars ($100.00), for each and every offense.

Sec. 1059. **Recommended by Board of Park Commissioners.**—The Common Council finds and declares that the action of the Common Counsil herein has been recommended by the Board of Park Commissioners of Kansas City, Missouri, as provided by law, and that said Board has adopted said rules and regulations and has recommended to the Common Council the establishment and enforcement of the same by Ordinance as herein provided.

---

## ARTICLE VIII.

### POLES AND WIRES.

Section.
1060. Who is Subject to the Provisions of This Article.
1061. Poles Shall be Placed in Alleys, When.
1062. Only Certain Poles Shall be Used—Must be Painted—Iron Steps Provided—Height of Wires—Poles on Streets, Placed Where.
1063. Proposed Location of Poles Submitted to Board of Public Works—Excavation, Etc., Under Supervision of Superintendent of Street Repairs.

Section.
1064. Right to Alter Location of Poles—Notice of Alteration—Failure to Alter Location.
1065. Deposit Required—How Used—Failure to Make.
1066. Rights Reserved by City.
1067. What Shall be Paid City for Use of Streets.
1068. Owners of Poles and Wires Shall File Statement and Pay City Treasurer Certain Sums.
1069. Incorrect Statement—Duty of Comptroller.
1070. Penalty.

Charter, Art. III, Sec. 1, Cl. 4.   Charter, Art. III, Sec. 1, Cl. 11.

Sec. 1060. **Who is Subject to the Provisions of This Article.**—All telegraph, telephone, electric light companies, and all

FFXCO_13030

# EXHIBIT 62

FFXCO_13031

# A DIGEST

OF THE

# LAWS, ORDINANCES, etc.

AND

# CONTRACTS

OF THE

# CITY OF MEMPHIS, Tenn.

CONTAINING ALL LAWS, ORDINANCES AND
CONTRACTS PASSED AND ENTERED INTO
UP TO AND INCLUDING JUNE 30TH, 1909.

COMPILED BY

### H. DOUGLASS HUGHEY

Pursuant to the following resolution adopted by the Board of Fire
and Police Commissioners of the City of Memphis, July 31, 1907.

"WHEREAS, It is provided in the City Charter that a Digest of
the local laws shall be prepared at least once in five years, and
oftener if deemed necessary by the Board of Fire and Police Com-
missioners; and,

"WHEREAS, The last Digest was issued in 1902, and a new Digest
is now needed; therefore,

"*Resolved*, That the City Attorney be directed to prepare a new
City Digest modeled on the plan of Walker's Digest of 1898, the
work to be done as soon as practicable.

"In preparing the Digest, the Attorney is directed not to in-
corporate therein the city contracts now embraced in Watkins'
Digest of 1902, beginning at page 533 of said Digest; but city
contracts of general and lasting character, and especially those
modifying or changing the above contracts now appearing in
Watkins' Digest, will be incorporated in the new Digest.

"The matter under the head of 'Decisions of State and Federal
Courts Relating to the City of Memphis,' commencing at page
105 of Watkins' Digest, and ending with page 160, will also be
omitted.

"A careful index of the contents of the Digest will also be pre-
pared."—(Minute Book "B," Fire and Police Commission, p. 132.)





PRESS OF

S. C. TOOF & COMPANY

MEMPHIS, TENNESSEE

1909

FFXCO_13033

## CITY ORDINANCES.

657

Sec. 1127.  The Board of Fire and Police Commissioners, and *Improvement.* any park commission hereafter established, shall, as soon as practicable, commence the improvements of said tract of land, and take such steps as are practicable to render said land suitable for a public park.

### ARTICLE 67.

#### PARKWAYS.

Sec. 1128.  That the Park Commission be and is hereby authorized to obtain, establish and construct a system of parkways or boulevards in and around the City of Memphis, and said Commission to have full and complete control over said parkways and boulevards.

*Park Commission to establish parkways.*

Sec. 1129.  Said Commission shall have the power to purchase, by private negotiation, or acquire by condemnation, the necessary lands and property for the establishment and construction of said parkways and boulevards, and is hereby authorized to institute and prosecute, in the name of the city, such condemnation suits as may be necessary.

*Condemnation of right-of-way.*

Sec. 1130.  Said Park Commission shall have the same authority and control of said parkways and boulevards as has heretofore been given them over the several parks of the city.[1]

*Control of parkways.*

### ARTICLE 68.

#### (Passed March 4, 1909.)

AN ORDINANCE To regulate and control the use of parks and parkways in the City of Memphis and to declare certain acts therein to be misdemeanors.

Sec. 1131.  *Be it ordained by the Legislative Council of the City of Memphis*, That it shall be a misdemeanor for any person or persons to commit the following acts, to-wit:

---

[1] Sections 1128 to 1130, inclusive, passed November 5, 1903.

658                              CITY ORDINANCES.

RULES FOR PARKS AND PARKWAYS.

To injure trees, plants, etc.

1.  To cut, break or in any way injure or deface any tree, plants or grass; pick any flowers, leaves, nuts, wild or cultivated, or carry flowers through the parks.

Paper and refuse.

2.  To throw or leave any paper, refuse or rubbish on any of the lawns or walks.

Peddling in parks.

3.  To expose any article for sale or exhibition, unless previously licensed by the department of parks therefor.

Post bills, erect platforms, etc.

4.  To post any bill, placard, notice or other paper upon any structure.  To erect any structure, stand or platform, or hold any meetings without previous permission therefor from the Commissioners.

Insulting language, etc.

5.  To use threatening, abusive or insulting language, or commit any obscene or indecent act thereon, or any act tending to a breach of the public peace.

Vehicle for hire, etc.

6.  To stand any coach, carriage, wagon, cart or other vehicle for hire without previous license, and then only at such place as shall be indicated and allowed by the Commissioners.

Stock in parks.

7.  To allow to go at large any horse or other animal, except that dogs may be allowed therein when led by a chain or proper dog-string not exceding six feet in length.

Pond or lakes.

8.  To bathe or fish in any of the waters or fountains, or cast any substance therein, or disturb or interfere in any way with the fish, birds or animals within such public parks, parkways, squares or places.

Miscellaneous.

9.  To throw stones or other missiles, or beg or publicly solicit subscriptions or contributions, or tell fortunes, or play games of chance, or make any harangue, or climb upon any wall, fence, shelter, seat, statue or other erection.

FFXCO_13035

CITY ORDINANCES.

659

RULES FOR PARKS AND PARKWAYS.

10.   To drive any automobile, horseless or other vehicle upon   Speed limit. or over the drives at a greater rate of speed than eight miles an hour.

11.   To stop any automobile or other vehicle near any of the   Automobiles. music stands or other places, in or about any of the parks, parkways, plazas, concourses, circles or squares, where any number of persons are accustomed to congregate, or where such vehicles would be a source of danger to life and limb, except at such places as are designated by the Commissioners.

12.   To carry garbage, ashes, manure, coal, stone and other   Garbage carts. material over any of the parkways or through such parks, circles, squares or concourses, except when such is to be removed from or delivered to residences fronting on any of the above parkways, etc., the vehicle collecting or delivering such material must leave the parkway as soon as such work is accomplished.

13.   To fire or carry any firearms, firecrackers, torpedo or   Fire arms, etc. fireworks, or make a fire, or make any oration, or conduct any   Public gatherings. religious or other meeting or ceremony within any of the parks, parkways, squares or places without special permission from the Commissioners.

14.   To enter or leave the parks except at the established   Entrances to parks, etc. entranceways; or enter or remain therein after 12 o'clock at night, except as, on special occasions, use thereof may be authorized beyond the regular hours.

15.   To use the drives except by persons in pleasure vehicles,   Drives— rate of speed. on bicycles or on horseback; the bridle paths only by persons on horseback.   Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to

FFXCO_13036

RULES FOR PARKS AND PARKWAYS.

safety, good order, or the general convenience that the speed of an animal or vehicle should be checked, or that it should be stopped, or its course altered, and the officer on duty shall so direct, by gesture or otherwise, such direction shall be obeyed; and no horse or other beast of burden or automobile shall be driven or suffered to stand anywhere except on the drive.

Rules—use of parks and parkways.

Sec. 1132.   The following rules shall obtain in the use of the parks and parkways in the City of Memphis, or belonging to the City of Memphis, by persons on horseback or in vehicles:

Vehicles to carry lamp.

1.   All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

Vehicle passing others.

2.   All vehicles and horsemen when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right hand.

Going slow.

3.   All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road; those going more rapidly must keep nearer the middle of the road.

Stopping

4.   No vehicle shall stop for any purpose without drawing up to the curbstone or gutter, and always on the right-hand side of the road.

Side of drives.

5.   On all drives and parkways where grass plots divide the drive, all vehicles and horsemen must keep on the right-hand side drive or bridle path.

Cyclists.

6.   Cyclists must not coast in the parks, nor on the parkways, or bicycle paths, and must keep their feet on the pedals and their hands on the handle bars; must not mount nor dismount, except on the extreme right of the roads or bicycle paths.

FFXCO_13037

CITY ORDINANCES. 661

7.  Riding more than two abreast is prohibted.

8.  Instruction in operating automobiles, bicycles, tricycles, *Automobiles, etc.* velocipedes or other such vehicles of propulsion, and all trick or fancy riding on the same, is prohibited in the parks and parkways at all times.

Sec. 1133.  It shall be unlawful for any person, persons, firm *Telephone poles, etc.* or corporation to erect or have erected any telephone, telegraph, electric or other poles and wires in any of the parks or parkways in the City of Memphis, except with a written permit from the Park Commission, given at a regular meeting, which permit shall only be given to continue during the will and pleasure of the said Park Commission, or its successors.

Sec. 1134.  That any person, persons, firm or corporation erecting or causing to be erected any poles or wires contrary to the provisions of Section 1133 of this ordinance, shall be guilty of a misdemeanor, and, upon conviction, shall be fined not less than $1 nor more than $50.

Sec. 1135.  The following rules shall obtain in the use of the *Speedway— use of restricted.* Speedway between Evergreen and Trezevant avenues:

1.  The use of the Speedway is restricted to light vehicles of the classes known as buggies, runabouts, surreys and other like vehicles adapted to the speeding of light harness horses, seating not more than four persons and drawn by one or two horses, except by permission of the Commissioners.

2.  Speeding on Sundays and holidays, and after 3 o'clock p.m. *Speeding.* on other days, will be permitted in one direction—from west to east only.  Turning is forbidden except at the ends of the Speedway.

3.  When not speeding, drivers must keep closely to the right-hand side of the road and keep moving.

FFXCO_13038

662                    CITY ORDINANCES.

SUBDIVISIONS.

Loud shouting.    4.  Loud shouting to make horses break or to urge them on is strictly forbidden.

Hobbles forbidden.    5.  The use of hobbles, or similar other device or apparatus, to fetter or connect the legs of horses, for the purpose of restricting or hampering their motion or gait, is forbidden.

Sec. 1136.  *Be it further ordained*, That any person or persons failing or refusing to observe the rules and regulations set out in Sections 1131 to 1136, inclusive, of this ordinance shall be guilty of a misdemeanor and upon conviction shall be fined not less than $1 nor more than $50.[1]

## ARTICLE 69.

### SUBDIVISION ORDINANCE.

Submit plan of subdivisions to Council.    Sec. 1137.  Hereafter when the owner of any land situated within the limits of the city shall determine to subdivide the same into lots and dedicate streets and alleys to the public use, it shall be the duty of such owner to submit a full and complete plan and map of such subdivision to the Legislative Council for its approval.    If the Legislative Council shall approve such plan, the same shall be put of record and the Council may by resolution accept the dedication of such streets and alleys, and establish the same as public highways.    If the Council disapproves the plan of such subdivision, the owner shall be notified thereof, and he shall be advised of the changes which the Council directs to be made.    If the owner refuses to make such changes and records in the plat as prepared by him, the Council may by ordinance or resolution close up the streets and alleys as laid out by such owner; and if it is desirable to open streets and alleys through such land, the Council may order the City Attorney to institute condemnation proceedings for the opening of streets and alleys in accordance with the plan chosen by the Council.

---

1 Sections 1131 to 1136, inclusive, passed March 4, 1909.

FFXCO_13039

# EXHIBIT 63

FFXCO_13040

# GENERAL

# Municipal Ordinances

—OF THE—

## City of Oakland, Cal.

IN EFFECT NOVEMBER 1st, 1909

COMPILED AND ANNOTATED
BY AUTHORITY OF THE CITY COUNCIL.

Generated on 2023-02-19 01:38 GMT  /  https://hdl.handle.net/2027/hvd.32044020036249
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
HARVARD UNIVERSITY

FFXCO_13041

thence running Westerly along the Northerly line of this street to a point where the said Northerly line of First street intersects the Westerly line of Magnolia street; thence running Westerly in a straight line to a point where the Easterly line of the right of way of the Southern Pacific Company intersects the Northerly line of Seventh street; thence running Northerly along the Eastern boundary line of the right of way of the Southern Pacific Company to a point where the same intersects the Northerly Charter Line of the City of Oakland and the Southerly boundary line of the Town of Emeryville and point of beginning.

Sec. 2.   The Superintendent of Fire Alarm and Police Telegraph is hereby directed to report to the Council of the City of Oakland all violations of the provisions of this ordinance.

Sec. 3.   Any person, firm or corporation violating any of the provisions of this ordinance shall be punished by a fine of not less than one hundred ($100) dollars nor more than five hundred ($500) dollars, and in case said fine be not paid, then by imprisonment at the rate of one (1) day for each two (2) dollars of said fine so imposed and unpaid.

Sec. 4.   This ordinance shall be in full force and effect ninety (90) days after its approval.

Sec. 5.   All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

(Approved Oct. 28, 1909.   Vol. 8, p. 165.)

## ORDINANCE NO. 2967.

*An Ordinance Regulating the Use of the Parks and Places Under the Control of the Park Commission and Providing a Penalty for Violation Thereof.*

*Be It Ordained by the Council of the City of Oakland, as follows:*

Section 1.   No person shall throw any dead animal or offensive matter or substance of any kind upon the grounds of any of the parks under the control of the Park Commission.

Sec. 2.   No person shall injure, deface or destroy any notices, rules, or regulations for the government of the parks, posted or in any other manner permanently fixed by order or permission of the Park Commission.

Sec. 3.   No person shall be permitted to bring led horses within the limits of the parks under the control of the Park Commission, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

Generated on 2023-02-10 01:38 GMT / https://hdl.handle.net/2027/hvd.32044020036240 Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from HARVARD UNIVERSITY

**FFXCO_13042**

Sec. 4.   No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of the Park Commission, without the order or permission of the Park Commissioners.

Sec. 5.   No person shall engage in any play, at baseball, cricket, shinney, football, croquet, or at any other game, with ball and bat, within the limits of the parks under the control of this Commission, except on such grounds only as shall be specially designated for such purpose.

Sec. 6.   No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, except by special order or permission of the Park Commissioners, and only at places designated by and under restrictions determined upon by said Commissioners.

Sec. 7.   No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Park Commission.

Sec. 8.   No person shall turn loose into the parks controlled by this Commission any cattle, goats, swine, horses, or other animals.

Sec. 9.   No person shall carry firearms, or shoot birds or throw stones or other missles within the boundaries of the parks controlled by the Park Commission.

Sec. 10.   No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, or statuary or foul any fountains or springs within the parks controlled by the Park Commission.

Sec. 11.   No person shall drive or ride within the boundaries of the parks controlled by the Park Commission at a rate exceeding seven miles an hour.

Sec. 12.   No person shall ride or drive within the limits of the parks controlled by the Park Commission upon any other than the avenues and roads therefor.

Sec. 13.   No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Park Commission for the purpose of hire, nor except in waiting for persons taken by it into the parks, unless in either case at points designated by the Park Commission.

Sec. 14.   No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Park Commissioners for burden transportations.

Sec. 15.   No person shall expose or display any article for sale within the parks without the order or permission of the Park Commission.


Digitized by Google

Original from
HARVARD UNIVERSITY

FFXCO_13043

SEC. 16.   No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

SEC. 17.   No person shall fish in or disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any fire-arms therein, nor affix any bills or notices therein.

SEC. 18.   No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Park Commissioners.

SEC. 19.   No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purpose provided and arranged.

SEC. 20.   No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Park Commission without the previous permission of the Commission; nor shall any gathering or meeting for political purpose in the parks be permitted under any circumstances.

SEC. 21.   No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Park Commission.

SEC. 22.   Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not more than $200.00 and in case said fine be not paid then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

SEC. 23.   This ordinance shall be in full force from and after its approval.

(Approved Oct. 28, 1909.  Vol. 8, p. 167.)

---

ORDINANCE NO. 2969.

*An Ordinance Regulating the Establishment and Maintenance of Public Laundries and Public Washhouses.*

*Be It Ordained by the Council of the City of Oakland as follows:*

SECTION 1.   It shall be unlawful for any person, firm, or corporation hereafter to establish and maintain any building or premises as a public laundry or washhouse without first obtaining a permit therefor from the Board of Public Works specifying the name of the permittee and the location of the premises to be used as such laundry or washhouse, provided, however, that the Board of Public Works in the granting or

Generated on 2023-02-19 01:38 GMT / https://hdl.handle.net/2027/hvd.32044020896240
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
HARVARD UNIVERSITY

# EXHIBIT 64

FFXCO_13045

STONE & WEBSTER

*May 29* *3111.031*
1910
61
c †

# Constitution, Charter
## and Revision of the Ordinances and
## Municipal Laws

OF THE

# CITY OF PADUCAH

## KENTUCKY

Under the Charter Act of March 19, 1894

AND AMENDMENTS THERETO

_____

BY E. H. PURYEAR
JUNE, 1910

_____

By Order of the General Council

_____

BILLINGS PRINTING CO.
PADUCAH, KY.

FFXCO_13046

*CITY OF PADUCAH*                                485

known as Riverside Hospital of the City of Paducah, and said board is empowered to adopt such rules and regulations in the management of said hospital as may be deemed proper by said board, and it shall have the power to employ and discharge at will all of the employees of the said Riverside Hospital and fix the salaries thereof.

Sec. 3. The Mayor, the President of the Board of Aldermen and the President of the Board of Councilmen shall be ex-officio members of said Hospital Board, together with two practicing physicians of the City of Paducah, who shall be elected in the month of June, 1908, by the General Council of the City of Paducah, in joint session, and said two physicians shall hold their offices respectively until the month of December, 1909, and thereafter such two members of said Hospital Board shall be selected by vote in joint session of the General Council, and shall hold their offices respectively for the term of one year thereafter or until their successors are elected and duly qualified, and the election of said two members of the Hospital Board shall be held annually thereafter in the month of December.

Sec. 4. No compensation shall be paid to any of the members of said Hospital Board by the City of Paducah.

Sec. 5. This ordinance shall take effect and be in force from and after its passage, approval and publication.

Approved June 8, 1908.


## PARKS, BOULEVARDS AND PARKWAYS.

An ordinance providing for the regulations and orderly government of parks, boulevards, parkways, park roads, streets, avenues and other public grounds under the control and management of the Board of Park Commissioners.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1. No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other article, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues, or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of Paducah, Kentucky; provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; and said boulevard, parkways,

FFXCO_13047

avenues, streets or park roads shall not be used by business vehicles for traffic purposes, except as hereinbefore provided.

Sec. 2. All carriages, cabs and other vehicles usually carrying lamps must keep the same lighted from sunset until sunrise; and all automobiles and other motor vehicles must display a white light ahead and red light behind from sunset until sunrise.

Sec. 3. All motor cycles and bicycles must carry a lighted lamp, showing a white light ahead and red lights to the sides from sunset until sunrise, and said motor cycles and bicycles must strictly comply with the rules of the road as provided for all other vehicles, and must not congregate nor run more than two abreast of each other.

Sec. 4. All vehicles and horsemen, when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right; and when passing each other from opposite directions each must keep well to the right.

Sec. 5. All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road in the direction in which they are going; those going more rapidly must keep nearer the middle of the road.

Sec. 6. Red street lights located in the center of driveways at intersections and turns indicate this rule of the road: "Slow down and keep to the right;" and this rule of the road must be complied with on all intersections and turns of the boulevards and parkways, whether lights are so located or not.

Sec. 7. No vehicle shall stop for any purpose without first drawing up to the curbstone or gutter, and always on the right-hand side of the road in the direction in which they are going.

Sec. 8. Automobiles or any other vehicles must not exceed a speed limit of fifteen (15) miles per hour on any of the boulevards, avenues, streets or parkways and must not exceed a speed limit of fifteen (15) miles per hour on any of the park roads within any park.

Sec. 9. No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in section 10 of this ordinance.

Sec. 10. Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk space, shall be required to deposit with the Secretary of the Board of Park Commissioners a sum in cash or its equivalent, estimated by the Board of Park Commissioners to be sufficient to pay for the cost of any damage to said boulevard, parkway, avenue,

FFXCO_13048

street, park road or sidewalk space, caused by any work being done under the authority of said permit; and if repairs and restoration are made under the supervision and to the satisfaction of the Board of Park Commissioners at the expiration of such permit, and no damages have occurred to said boulevard, parkway, avenue, street, park, road or sidewalk space, except such as have been so repaired, then the deposit will be returned in full; but upon failure of the person obtaining such a permit to repair and restore conditions as above provided, within five (5) days of the expiration of such permit, the Board of Park Commissioners may proceed to make such repairs and deduct the cost of same from such deposit; the balance, if any, to be returned to the person obtaining said permit.

Sec. 11. No horse nor mule, nor any animal attached to a vehicle shall be permitted to stand upon any portion of any boulevard, parkway, avenue or park road of said city, unless the driver thereof is in charge of and accompanies the same; or unless such animal be securely hitched to a hitching post, erected with the approval of the Board of Park Commissioners; nor shall any vehicle, horse, mule or animal be permitted to stand upon any boulevard, parkway, avenue, street or park road to the obstruction of the same, or to the inconvenience of travel.

Sec. 12. No person shall engage in any racing, speeding or fast driving on any boulevard, parkway, avenue, street, or park road of said city, except on such part or portion of any boulevard, parkway, avenue, street or park road as may be set apart by the Board of Park Commissioners for that purpose, and then only under such regulations as the Board of Park Commissioners may prescribe.

Sec. 13. No velocipede, bicycle, tricycle, wheel-barrow, hand-cart nor other vehicle, nor any horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, curbstones, grass plots or planting places of any park, boulevard, parkway, avenue, street or park road, nor to cross the same. Nor shall such vehicle, fowl or animal be taken upon any part thereof, except upon the carriage drives and crossings provided therefor. Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds, on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet. Roller skating on the sidewalks of any boulevard, street or parkway is prohibited.

Sec. 14. No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in

any park, that such animal can damage the same by biting or otherwise.

Sec. 15.  No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway.  Nor shall any person throw any dirt or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Sec. 16.  No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent, as provided in section 10 of this ordinance, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Sec. 17.  Every person having the use of any portion of any boulevard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose, shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction, from dusk until sunrise in the morning of each day, during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 18.  No person shall play any game whatsoever in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said board.  The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street.  But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 19.  No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the Board of Park Commissioners, which

FFXCO_13050

will be likely to frighten horses, injure passengers, or embarrass the passage of vehicles thereon.

Sec. 20.  No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stone or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character, within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board, and subject to such rules and regulations as said board may establish.

Sec. 21.  No person shall expose any article or thing for sale, or do any hawking or peddling or distributing hand bills or erect any sign board or posts, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flag, stone fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway or other public grounds under the control or supervision of the Board of Park Commissioners of said city.  Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road or in any park or other public grounds under the control and management of the Board of Park Commissioners of said city.

Sec. 22.  No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the Board of Park Commissioners.

Sec. 23.  All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same or upon the roadway, and in no case shall be permitted to rids upon the sidewalks, foot-paths or upon the park or grass.

Sec. 24.  No vehicles other than those used for pleasure driving or other than such carts or other vehicles as may be employed by the Board of Park Commissioners in the construction of or caring for said parks, shall be permitted to enter said parks.

Sec. 25.  No person shall be guilty of disorderly, unchaste, or lewd conduct or of habitual loafing or sleeping on the ground or benches, or make, aid or assist in making any disorderly noise, or riot or breach of the peace, within the limits of any park, boulevard, avenue, street, parkway or other public grounds of the city.

Sec. 26.  All sidewalks hereafter constructed on boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, shall be of artificial stone or other durable

FFXCO_13051

material, selected by the Board of Park Commissioners, and shall be of such width as the Board of Park Commissioners may establish in each case, and they shall be uniform in character and appearance throughout each boulevard and parkway and they shall be otheriwse constructed and laid strictly in accordance with the plans and specifications, and under the supervision of the Board of Park Commissioners.

Sec. 27.  All that part or portion of driveways connecting private property with the roadway, and lying between the lot line and the roadway on all boulevards and parkways, and other avenues under the control of the Board of Park Commi sioners, shall be constructed by the Board of Park Commissioners, or under its supervision, at the expense of the property owner and of such width as the Board of Park Commissioners may determine in each case; provided, however, that the maximum width required by said Board shall not exceed nine (9) feet; provided, further, that at the request of the property owner a special permit may be granted by said Board of Park Commi sioners for a greater width, and such driveways shall be constructed in accordance with the plans and specifications furnished by and under the provision of the Board of Park Commissioners, and their location shall be with the consent of said Board of Park Commissioners.

Sec. 28.  On all boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, there shall be constructed at the expense of the property owner, foot-ways, connecting private property with the public walk, and also with the curb line where necessary.  There shall be not more than one foot-way for each residence, except by special permit of the Board of Park Commissioners.  Such foot-ways shall be located at such points as the Board of Park Commissioners may direct or designate.  The width of such foot-ways shall in all cases be established by the Board of Park Commissioners, and be constructed of the same materials and in accordance with the plans and specifications governing the construction of public walks with which said foot-ways connect.  The rise of all such foot-ways from top of curb to the property line shall be at the rate of one-fourth (1-4) of an inch to each foot; provided, however, that this rate of slope may be increased or diminished by permission of the Board of Park Commissioners when in their judgment such change will not be detrimental but will improve the appearance of said boulevard, avenue, or parkway.

Sec. 29.  No person shall be permitted to build or place any fence or other barrier around any grass plots or planting spaces on any boulevard or parkway.

Sec. 30.  Any person who shall violate any of the foregoing provisions, rules, and reulations shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five dollars ($5.00) nor more than one hundred dol-

FFXCO_13052

### CITY OF PADUCAH                                    491

lars ($100.00) for each and every offense, and in addition to the members of the regular police force of Paducah, who may be specially detailed by the Board of Police and Fire Commissioners for the enforcement of the foregoing rules and regulations, and for service under the direction of the Board of Park Commissioners, said Board of Park Commissioners may employ and appoint additional persons to act as special guards and watchmen in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same, and for the enforcement of the rules and regulations of said Board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and management of the Board of Park Commissioners, and said special guards and watchmen shall be paid out of the general funds appropriated by the General Council for the general expenses of the Board of Park Commissioners and for other park purposes; but the number of such special guards and watchmen so appointed, shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the General Council of said city.

Sec. 31.  The General Council finds and declares that the action of the General Council herein has been recommended by the Board of Park Commissioners of Paducah, Kentucky, as provided by law, and that said Board has adopted said rules and regulations, and has recommended to the General Council the establishment and enforcement of the same by ordinance as herein provided.

Sec. 32  This ordinance shall only apply to such Parks, Boulevards, Parkways, Roads, Streets, Avenues, and other ground, property, or ways as are in law under the control and supervision of the Board of Park Commissioners of the City of Paducah, Kentucky.

Sec. 33.  All ordinances, or parts of ordinances in conflict with this ordinance in so much as they conflict herewith are hereby repealed, and this ordinance shall take effect from its passage, approval and publication.

Approved September 2, 1909.

### STEAM FERRY FRANCHISE.

An ordinance creating and providing for the sale of a franchise or privilege to establish, maintain and operate a steam ferry between the City of Paducah and the State of Illinois.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1.  That there is hereby established and created a Ferry Franchise for a period of twenty years, granting the privilege or right to construct, establish, maintain and operate a steam or other motor power as good as steam Ferry between the City of Paducah, Kentucky, and the town of Brookport, Illinois, and Owens' Landing,

FFXCO_13053

# EXHIBIT 65

FFXCO_13054

# ORDINANCES

GOVERNING THE

## CITY OF JACKSONVILLE

OF THE

## STATE OF ILLINOIS

Revised and Consolidated by

WILLIAM M. MORRISEY, City Attorney

assisted by

FREDERICK L. GREGORY, Attorney at Law

Compiled and arranged under the supervision of the Ordinance Committee of the City Council, consisting of Aldermen James W. Breckon, Wm. J. Moore and John W. Merrigan.

Printed and Published by Authority of the City Council of Jacksonville, Illinois.

SEPTEMBER, 1910



COURIER PRINT

Digitized by Google

# CHAPTER XII.

## THE PARK DEPARTMENT.

### ARTICLE I.

#### Creating Board of Park Commissioners.

**354.** SECTION 1. There is hereby created for the City of Jacksonville a Board of Park Commissioners, to be known as and for the Morgan Park System.

**355.** SECTION 2. Said Board of Park Commissioners shall consist of five (5) persons, who shall have no pecuniary interest, either directly or indirectly in said park, to be appointed by the mayor, which appointment shall be concurred in by the city council, said persons so appointed shall serve for the term of three (3) years, and until their successors are duly appointed and qualified, such appointments to be made January 1, 1908, and every three (3) years thereafter.

**356.** SECTION 3. The said department shall have an office and headquarters in the city hall, or at such other place as the city council may provide, and at said headquarters shall be kept all the books, articles and belongings of the said department, not expressly required, by this ordinance, to be kept elsewhere.

**357.** SECTION 4. Upon the expiration of the term for which said commissioners are appointed, the mayor of the city of Jacksonville shall appoint their successors, who shall serve for the term of three years, which appointments shall be concurred in by the city council. Said commissioners shall serve without compensation.

**358.** SECTION 5. Said park board shall have the management and control of the Morgan Park System. Said board shall organize by electing one of its members president, one secretary and one treasurer of said board. The treasurer of said board shall give bond in the sum of five thousand ($5,000) dollars, and



all of said commissioners shall take the oath faithfully to per-
form the duties of park commissioners and to carry out and en-
force all ordinances of the city of Jacksonville, with reference
to the conduct of the parks of said city.  Said board of commis-
sioners shall report to the city council quarterly at the begin-
ning of each and every quarter during each fiscal year, all busi-
ness transacted, also showing the condition of the parks under
their control, and an estimate of the money necessary to prop-
erly conduct the work of said board, and such other reports as
the city council may, from time to time, by ordinance or reso-
lution, require.

359. SECTION 6.  Said commissioners shall have the
power to make all reasonable rules and regulations for the con-
duct and management of the parks of the city of Jacksonville.
Provided, however, that such rules shall not be in conflict
with any of the laws of the state of Illinois, nor in conflict
with any of the ordinances of the city of Jacksonville.

360. SECTION 7.  Said park commissioners shall have the
power to receive such bequests, gifts or donations as from time
to time may be made to them for park purposes, and shall have
the power to expend such moneys upon parks for the city of
Jacksonville, as in their judgment shall be most fitting and
proper.

## ARTICLE II.

### Parks and Public Grounds.

361. SECTION 1.  No person shall enter or leave any of
the public parks of the city of Jacksonville, except by their
gateways or established entrances; and no person shall climb
or walk upon their fences.

362. SECTION 2.  No cattle, horses, swine or other ani-
mals, except as herein provided, shall be turned into any of
said parks by any person.

363. SECTION 3.  No person shall carry any firearms or
throw any stones or other missiles within any of said parks.

364. SECTION 4.  No person shall cut, break, injure or
deface any tree, shrub, plant, turf, building, fence, bridge  or
other structure or article within or upon any of said parks.

365. SECTION 5.  No person shall, in any way, hinder or
obstruct any one engaged in constructing or adorning any of
said parks.

FFXCO_13057

**366.** Section 6.  No person shall expose or offer anything for sale in any of said parks, without being first licensed by the mayor.

**367.** Section 7.  No person shall use threatening, abusive, insulting or indecent language, or be guilty of any disturbance of the peace, in any part of said parks.

**368.** Section 8.  No person shall tell fortunes or play at any game of chance or with any table or instrument of gaming in any park.

**369.** Section 9.  No person shall do any obscene or indecent act in any park.

**370.** Section 10.  No person shall post any bill or notice in any park or upon any gate, fence or inclosure thereof.

**371.** Section 11.  No person, other than a city official or employe, shall make or use any fire in or upon any park.

**372.** Section 12.  No person shall go upon the grass, lawn or turf of any park, except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go upon the grass; provided, that the mayor or park commissioners may issue a permit to go upon the grass to such persons or companies as they may deem best.

**373.** Section 13.  All the sections of this article shall, so far as applicable, apply to all the public squares of the city of Jacksonville.

**374.** Section 14.  Until otherwise ordered by the city council, the public park in the center of the public square shall be known as "Central Park," and the public park fronting and abutting upon the north side of West State street, between Sandusky street and Webster avenue, shall be known as "Duncan Park."

**375.** Section 15.  The city council may direct that any of the entrances to the public parks be closed at any time.

**376.** Section 16.  The park commissioners shall have power to keep all public parks in proper order.  And said committee may cause written or printed copies of prohibitions of this article to be posted in said parks.

**377.** Section 17.  Every person violating any of the provisions of this article shall, upon conviction, be fined not less than five and not more than twenty-five dollars.

# EXHIBIT 66

FFXCO_13059

*Staunton, Va. Charters*

# THE CODE

OF THE

# CITY OF STAUNTON, VIRGINIA

————————

CONTAINING

THE CHARTER AND GENERAL LAWS

AND ORDINANCES

————————

1910
SHULTZ PRINTING CO.
Staunton, Va.

*Staunton, Va.
Ordinance*

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Generated on 2023-02-10 01:41 GMT / https://hdl.handle.net/2027/nyp.33433015692210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

FFXCO_13060

Case 1:23-cv-01605-WBP   Document 46-3   Filed 04/26/24   Page 87 of 118 PageID# 2520

# TITLE III.

### CITY PROPERTY.

Ch.   1. Of Public Grounds and Buildings.
      2. Of the Public Parks and the Government thereof.

## CHAPTER I.

### OF THE PUBLIC GROUNDS AND BUILDINGS.

**Sec. 130.   Committee on Public Grounds and Buildings.**

The committee on public grounds and buildings shall be charged with and have the care and management of all the grounds and other real property of the city, both within and without the city, except the grounds and buildings connected with the water works of the city.   No improvement or repairs shall be made or done to or upon any of the said property by the committee, at a cost exceeding twenty-five dollars, without authority of the council.

**Sec. 131.   Reports of Committee.**

The said committee shall report to the council annually or oftener, as they may deem proper, the state and condition of all the lands and buildings, belonging to the city, and all such improvements and repairs as they may deem proper to have made on said lands and buildings, and at the same time render an account of all money received and expended by them.

**Sec. 132.   Rental of real estate owned by City.**

If the council shall at any time authorize any building or real estate owned by the city to be rented out, the committee

Generated on 2023-02-10 01:40 GMT  /  https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

FFXCO_13061

Case 1:23-cv-01605-WBP   Document 46-3   Filed 04/26/24   Page 88 of 118 PageID# 2521

# CHAPTER II.

### OF THE PUBLIC PARKS AND THE GOVERNMENT THEREOF.

### Sec. 134.   Park Policeman.

There shall be selected by the council a park policeman whose duty it shall be to have carried out the rules and regulations for the government of the park.

### Sec. 135.   Acts prohibited in Park.

All persons are forbidden to enter or leave the park except by the gateways; to climb or walk upon any of the walls or fence, to turn cattle, horses, goats or swine into the park; to carry firearms, or to throw stones or other missiles within it; to cut, break, or in any way injure or deface the trees, benches, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park; or to converse with, or in any way hinder those engaged in its construction.

### Sec. 136.   Fast driving, etc., prohibited.

No animal or wheeled vehicle shall travel on any part of the park, except upon the driveway, nor at a rate exceeding seven miles per hour.   Persons on horseback shall not travel at a rate exceeding seven miles per hour.

### Sec. 137.   "Standing" or "hitching" places.

No animal or vehicle shall be permitted to stand upon any driveway or carriage road of the park, or any part thereof, and no animal or vehicle shall be permitted to be hitched or allowed to stand at any place within the park enclosure, except such places as may be provided and designated as "standing" or "hitching" places.   Nor shall any person upon the park solicit or invite passengers.

### Sec. 138.   Vehicles for hire in park.

No hackney coach, carriage or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any

Generated on 2023-02-10 01:40 GMT  /  https://hdl.handle.net/2027/nyp.33433015082210
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

 Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

FFXCO_13062

116                          PARKS.

other passengers or persons than those carried to the park by said coach, carriage or vehicle.

### Sec. 139.   Sale or peddling of articles in park.

No person shall expose any article or thing for sale upon the park, except previously licensed by the committee on public grounds and buildings, nor shall any hawking or peddling be allowed in the park.

### Sec. 140.   Intoxicating liquor in park.

No spirituous, fermented, nor other intoxicating liquors shall be sold or drunk upon the park at any time.

### Sec. 141.   What vehicles not to enter park.

No omnibus or express wagon without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of the park.

### Sec. 142.   Abusive language in park.

No threatening, abusive, insulting or indecent language shall be allowed in the park, whereby a breach of the peace may be occasioned.

### Sec. 143.   Games of chance, etc., in park.

No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor do any obscene or indecent act whatever in the park.

### Sec. 144.   Portion of park closed in case of emergency.

In case of an emergency, where life or property are endangered, all persons if required so to do by the committee on public grounds and buildings or any of their assistants, shall remove from the portion of the park specified by the said committee or their assistants, and remain off the same till permission is given to return.

Generated on 2023-02-10 01:40 GMT  /  https://hdl.handle.net/2027/nyp.33433015082210
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

### Sec. 145.   Park—When open to public.

The park shall be open daily to the public during the months of December, January and February, from eight o'clock in the morning until six o'clock in the evening; during the months of March, April, May, October and November, from seven o'clock in the morning until nine o'clock in the evening; and during the months of June, July, August and September from six o'clock in the morning until ten o'clock in the evening.

### Sec. 146.   Park—Committee may open or close.

The committee on public grounds and buildings may direct that any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof, remain open at other times than those above specified.

### Sec. 147.   When public not allowed in park.

No person other than employees of the city who work upon the park shall enter or remain in the park, except when it is open as above provided.

### Sec. 148.   Plants not to be brought into park.

No person except in the employ of the city through its committee on public grounds and buildings, shall bring upon the park any tree, shrub, plant or flower, nor any newly plucked branch or portion of a tree, shrub, plant or flower.

### Sec. 149.   Bathing, fishing, etc., prohibited.

No person shall bathe or fish in, or go, or send any animal into any of the waters of the park, nor disturb any of the fish, water fowl, or other birds in the park, nor throw or place any article or thing in said waters.

### Sec. 150.   Fireworks in park.

No persons shall fire, discharge or set off in the park any gun, pistol, rocket, torpedo, squib, balloon, snake-chaser, or double-header, nor any fireworks or thing under any name composed of the same or similar material, or of the same or similar

Generated on 2023-02-10 01:40 GMT / https://hdl.handle.net/2027/nyp.33433015092210
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

FFXCO_13064

# EXHIBIT 67

FFXCO_13065

Compliments of the City of Colorado Springs
to Harvard University.
----o----

# THE CODE

## OF COLORADO SPRINGS
### 1922

Comprising Article XX of the Constitution
of the State of Colorado

The Charter as Amended, and the General Ordi-
nances of the City, Excepting Ordinances Fixing
Salaries, Concerning the Dedication and Vacation of
Streets and Alleys, Concerning the Annexation of
Colorado City, and Ordinances Granting Franchises

*Revised and Prepared for Publication by*
F. L. SHERWIN, W. B. PRICE *and* J. L. BENNETT

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
COLORADO SPRINGS, COLO.

OUT WEST PRTG. & STATY. CO., COLO. SPRINGS.

FFXCO_13066

§ 1068.  **Park Rules and Regulations.**  Whereas, By resolution of the park commission of the city of Colorado Springs, adopted on the 6th day of June, A. D. 1911, certain rules, regulations and orders were adopted, which rules, regulations and orders are as follows, to-wit:

PROHIBITED ACTS.  All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose); to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within Palmer park or faster than twenty-three miles an hour on any of the other park drives, roads or boulevards; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the park commission, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commission; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families, or upon special written permission from the park commission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling, or indecency in or upon any of the

450

FFXCO_13067

parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission of the park commission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or threw or place any article or thing in any of the waters of the parks; to fish for or to disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in, or being in or about the parks; to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without the written consent of the park commission; to light, make or use any fire therein at any place or places, except such as may be designated by the park commission for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission from the park commission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th, of each year.

No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commission.

No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Colorado Springs, shall be allowed to be sold or given away, or to be brought into, used, or drunk within any of the parks of the city, or upon any of its boulevards, driveways or roads under the control of the park commission.

FFXCO_13068

No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park commission, or any part thereof.

No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park commission, without first obtaining the written permission of the park commission.

TEARING UP PAVEMENTS, SIDEWALKS, ETC.  No person shall dig, injure or tear up any pavement, sidewalk, crosswalk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park commission without first having obtained the written permission of the park commission.

MOVING BUILDINGS.  No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park commission without first having obtained the permission of the park commission.

FUNERALS.  No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park commission, without previous written consent of the park commission.

HEAVY TEAMING.  Loads over two thousand pounds prohibited.  It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park commission, any coal, stone, brick, dirt, or other article or articles, weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

WAGON BOXES TO BE TIGHT.  It shall be unlawful for

452

FFXCO_13069

any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park commission, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission, such person shall cause it to be forthwith removed.

WAGON BOXES OVERLOADED.  It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission.

LOOSE CATTLE.  Loose cattle or horses shall not be allowed to be driven in or upon, along or through, any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park commission, without the written permission of the park commission.

AUTOMOBILES, ETC., NOT TO ENTER CANONS OR HIGH DRIVE.  No automobile or motorcycle shall be permitted to enter or be driven in what is known as Monument Valley park, South or North Cheyenne canons, or upon the high drive, without the permission of the park commission.

DUTIES OF PARK POLICE.  It shall be the duty of the park police appointed to duty in the parks, without warrant, forthwith to arrest any offender against any of the rules, regulations and orders of the park commission, whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

And whereas, by section 6781 Revised Statutes of Colorado, 1908, the city council is authorized to provide for

453

the enforcement of the rules, regulations and orders of the park commission; therefore, Be It Ordained by the city council of the city of Colorado Springs:

PENALTY. (Sec. 1) Any person or persons who shall violate any or either of the provisions of the above and foregoing rules and regulations of the park commission, or any provision of any paragraph thereof, or who shall neglect or fail to comply with any or either of the requirements thereof, shall, upon conviction, pay a fine of not less than one dollar nor more than two hundred dollars for each offense, and a further penalty not exceeding fifty dollars for every twenty-four hours that such violation shall continue after notice given by any officer or agent of the park commission to remove, discontinue or abate the same.   [Ord. No. 934, passed Dec. 24, 1913.]

## ARTICLE 8.

### MUNICIPAL GOLF COURSE.

Whereas, William Kennon Jewett has delivered a deed to the city of Colorado Springs conveying 225 acres, more or less, of land with buildings, golf course and other improvements thereon and the water right appurtenant thereto, as a grateful and loving memorial in perpetuity to Patty Stuart Jewett, one whose life was devoted quietly and unostentatiously to good works, such property to be used by the city for the purposes set forth in said deed, which is dated June 14, 1919, and is of record in Book 571, page 567 of the records of El Paso County, Colorado; and

Whereas, this splendid gift will contribute to the material advancement of this city and to the comfort and pleasure of the citizens thereof and the visitors thereto;

Be it ordained by the city council of the city of Colorado Springs:

**§ 1069.  Acceptance.**  (Sec. 1) That the lands and property given to the city of Colorado Springs by William Kennon Jewett for the purposes and under the conditions as

454

FFXCO_13071

# EXHIBIT 68

FFXCO_13072

# NEW

# CODE OF ORDINANCES etc.

OF

# THE CITY OF NEW YORK City

INCLUDING

## THE SANITARY CODE, THE BUILDING
## CODE AND PARK REGULATIONS

### ADOPTED JUNE 20, 1916

WITH ALL AMENDMENTS TO JANUARY 1, 1926
AND COMPLETE INDEX TO WHOLE

COMPILED AND ANNOTATED

BY

## ARTHUR F. COSBY

FORMERLY ASSISTANT CORPORATION COUNSEL

YALE LAW LIBRARY.

## THE BANKS LAW PUBLISHING CO.
### NEW YORK
1926

FFXCO_13073



CC

New York.

1926

COPYRIGHT, 1907, 1908, 1909, 1910, 1911, 1912, 1913, 1914,
1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1923, 1924, 1925, 1926

BY

THE BANKS LAW PUBLISHING COMPANY.

FFXCO_13074

386    CODE OF ORDINANCES OF THE CITY OF NEW YORK

# CHAPTER 17

## Parks, Parkways and Park-Streets

Article 1. General provisions.
      2. Traffic regulations.
      3. Building and other projections.
      4. Miscellaneous.

The power of the Board of Aldermen to pass Park Ordinances is prescribed in the Greater New York Charter (L. 1897, ch. 378, sec. 47), and the Revised Charter (L. 1901, ch. 466, sec. 43).

By Laws 1904, chapter 678, section 1, amending section 610, Laws 1901, chapter 466, the Park Rules in force May 1, 1904, were made a chapter in the City Ordinances and amendments when adopted by the Park Board became effective when copies were filed with the City Clerk.

The following is taken from the Park Ordinances, adopted March 18, 1912.

## ARTICLE 1

### GENERAL PROVISIONS

Sec. 1. Definitions.
    § 2. Interfering with lands or improvements thereon.
    § 3. Sub-surface disturbances.
    § 4. Over-head wires.
    § 5. Destruction of or injury to park property.
    § 6. Preservation of lawns and grass plots.
    § 7. Bringing trees, plants and flowers into parks.
    § 8. Use of roller skates.
    § 9. Rubbish and refuse matter.
    § 10. Processions; drills; music.
    § 11. Public meetings.
    § 12. Sales or exhibitions.
    § 13. Posting bills or placards.
    § 14. Bathing, fishing, boating and skating.
    § 14a. Camping.
    § 15. Protection of animals, birds and reptiles.
    § 15a. Baseball and other games.
    § 16. Animals at large.
    § 17. Disorderly conduct.
    § 18. Custodian of minors.

Sec. 1. *Definitions.*—Unless otherwise expressly stated, whenever used in this chapter, the following terms shall respectively be deemed to mean:

1. *Commissioner,* or *the commissioner,* the park commissioner having jurisdiction of a particular park, or park-street, as hereinafter defined;

2. *Park,* any park, parkway, square, circle, or concourse, or part thereof, under the jurisdiction of the park department;

3. *Park-street,* a street, avenue, boulevard or other highway, under the jurisdiction of the park department;

4. *Permit,* a written authorization for the exercise of a specified park privilege, issued by the park commissioner having jurisdiction.

    § 2. *Interfering with lands or improvements thereon.*—No person

FFXCO_13075

shall modify, alter or in any manner interfere with the line or grades of any park or park-street, nor take up, move or disturb any curb, gutter stone, flagging, tree, tree-box, railing, fence, sod, soil or gravel thereof, except by direction of the commissioner or under his permit.

§ 3. *Sub-surface disturbances.*—No person shall open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, within or upon any park or park-street, nor make any connection therewith, except under the authority of a permit, and upon the deposit of such sum of money as may be required by the commissioner to insure the restoration of the soil, plants, shrubs, trees, sidewalk, pavement, curb, gutter and flagging disturbed in the making of such connection.

§ 4. *Overhead wires.*—No person shall attach or string any electric or other wire, or adjust or carry the same into or over any park or park-street, except under a permit.

§ 5. *Destruction of or injury to park property.*—No person shall cut, break or in any way injure or deface any tree, shrub, plant, grass, post, railing, chain, lamp, lamppost, bench, tree-guard, building, structure or other property in or upon any park or park-street, nor shall any fallen branches be cut or removed without a permit. It shall be unlawful also to bring into any park any tool or instrument, such as a hatchet, axe or saw intended to be used for the cutting of branches of trees, or trees or other property.

§ 6. *Preservation of lawns and grass plots.*—No person unless he shall hold a special permit therefor or unless a special permit therefor shall have been issued to a group of which he is a member shall go upon any lawn or grassplot in any park or parkway except when permission therefor shall have been given to the public by the commissioner.

§ 7. *Bringing trees, plants, and flowers into parks.*—No person shall bring into or carry within a park any tree, shrub, plant or flower, or newly plucked part thereof, without a permit.

§ 8. *Roller skates.*—No person shall use roller skates, push mobiles or any similar device upon any sidewalk, foot-path bridle path or driveway, nor in any building or place of public assembly, except upon such walks and during such hours as may be designated by the commissioner.

§ 9. *Rubbish and refuse matter.*—No person shall throw, cast or lay, or direct, suffer or permit any servant, agent, employee or person in his or her charge, to throw, cast or lay, any ashes, offal, vegetables, garbage, dross, cinders, shells, straw, shavings, paper, dirt, filth or rubbish of any kind whatsoever in any park, or in any lake, lawn, path, walk, road or drive thereof, or in any park-street; procided that in the morning before 8 o'clock, or before the first sweeping of the roadway of any park-street by the street cleaners, dust from the sidewalk may be swept into the gutter, if there piled, but not otherwise.

§ 10. *Processions; drills; music.*—No parade, drill or manœuver of any kind shall be conducted, nor shall any person play upon a musical instrument or display any flag, banner, target, sign, placard or transparency in any park, nor shall any civic or other procession form or move therein, without a permit; but no such permit shall be necessary for the use of the parade ground adjacent to Prospect

FFXCO_13076

Park, Borough of Brooklyn, by organizations of the National Guard of the State of New York.

§ 11. *Public meetings.*—No person shall erect any structure, stand or platform, or hold any meeting, or perform any ceremony or make a speech, address or harangue in any park without a permit from the commissioner having jurisdiction.

§ 12. *Permits for sales, exhibitions, etc.*—No person shall exhibit, sell, or offer for sale anything whatsoever, or take any photograph, or perform any personal service or hire in any park or parkway, or in any street, square, or public place under the jurisdiction of the department of parks except under a permit from the commissioner of parks of the borough in which such park or parkway, street, square, or public place is situated or otherwise than in accordance with the terms of such permit, provided, however, that the provisions of this section shall not apply to public hack stands maintained in streets adjacent to public parks, pursuant to section 99, article 8, chapter 14 of the Code of Ordinances.

§ 13. *Posting bills or placards; distributing cards, circulars or pamphlets.*—No person shall post any bill, placard, notice or other paper upon any structure, tree, rock, article or thing within any park or upon any park-street, nor paint or affix thereon, in any other way, any advertisement, notice or exhortation, except, under a permit and in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or other printed matter within any park or upon any park-street. The placing, or using for any other purpose than reading, of newspapers, or other papers, on the lawns or benches of public parks, is forbidden.

As to posting placards on private property, see People v. Green, 85 App. Div. 400.

§ 14. *Bathing, fishing, boating and skating.*—No person shall bathe in, nor disturb in any way the fish in, the waters or fountains of any park, nor cast any substance therein; except, that in the waters adjacent to Pelham Bay Park bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the commissioner. Fishing may also be allowed in the lakes of Prospect Park and Kissena Park, under permits. No person shall be permitted to appear in bathing costume or in any other than customary street attire in any park or parkway, except on the beaches in Pelham Bay, Seaside, Dreamland, Jacob Riis and Rockaway Parks. No boat or vessel shall be placed upon any of the waters of any park, except by special permit. No skating or sledding shall be allowed on any park lakes, unless and until the ice is declared to be in a suitable condition by the commissioner.

§ 14a. *Camping.*—No person shall tent or camp or erect a tent or camp in a public park, or public place under the jurisdiction of a Park Commissioner, without a permit.

§ 15. *Protection of animals, birds and reptiles.*—No person shall hunt, chase, shoot, trap, discharge or throw missiles at, or molest or disturb in any way, any animal, bird, or reptile in any park.

§ 15a. *Baseball and other games.*—No person shall throw, cast, catch, kick or strike with any implement whatever, any baseball, golf ball, foot-ball, basket ball, bean bag, or other object in or upon any park or parkway, or any square, circle, concourse, playground,

street, avenue, boulevard or other highway under the jurisdiction of the park department, or on any recreation pier, without a permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§ 15b. *Golf.*—Caddies shall not be brought by players upon any of the golf courses under the jurisdiction of any commissioner, without permission of the commissioner or his representative in charge.

§ 16. *Animals at large.*—No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§ 17. *Disorderly conduct.*—No person shall, in any park:

1. Use threatening, abusive or insulting language;

2. Do any obscene or indecent act;

3. Throw stones or other missiles;

4. Beg or publicly solicit subscriptions or contributions;

5. Tell fortunes;

6. Play cards or other games of chance, or use or operate any gaming table or instrument;

7. Climb upon any wall, fence, shelter, seat, statue or other erection;

8. Fire or carry any firearm, firecracker, torpedo or fireworks;

9. Make a fire;

10. Enter or leave except at the established entrance-ways;

11. Loiter at night where there is no light, in automobile, or other vehicle, or otherwise. It shall be unlawful after 12 o'clock midnight to loiter in any park, under any circumstances, unless general or special permission shall be given by the Park Commissioner.

12. Do any act tending to a breach of the public peace;

13. Bring into any park or consume publicly, any beverage containing alcohol;

14. Bring, land or cause to descend or alight any æroplane, airship, flying machine, balloon, parachute or other instrumentality for aviation in, on or upon any park or parkway, without a permit;

15. The Commissioner of Parks, Borough of The Bronx, may, in his discretion, fix the hours for entering or leaving Hunter Island and Twin Island, Pelham Bay Park, and when so fixed, suitable signs may be placed at points deemed appropriate by the said commissioner.

All persons doing any act injurious to a park shall be removed therefrom by the park keepers or by the police. When necessary to the protection of life or property, the officers and keepers of the park may remove all persons from any designated part thereof.

§ 18. No parent, guardian or custodian of a minor shall permit or allow such minor to do any act prohibited by any provision of this chapter.

Park ordinances must be reasonable. Matter of Wright, 29 Hun 357; Baldwin v. Park Comm., N. Y. Daily Register, April 8, 1891.

# EXHIBIT 69

FFXCO_13079

# CITY OF OAKLAND, Calif.

# General Municipal Ordinances etc.

## In effect January 1, 1918

————————

NOTE.— This publication contains all ordinances which are general in their application.  Ordinances concerning street work, appropriations, salaries and other details of city government have not been included.  Ordinances relating to street work are on file in the office of the Superintendent of Streets. Ordinances covering certain fields of activity, such as Building Laws, Jitneys, Plumbing, Liquor, etc., are printed in pamphlet form and can be obtained by application at the office of the City Clerk.

————————

Classified, Compiled and Published by the
Mayor of the City of Oakland and by
Authority of the City Council

JOHN L. DAVIE, *Mayor of Oakland*

FFXCO_13080



CITY OF OAKLAND

General Municipal Ordinances

In effect March, 1918

CC
Oakland
3
1918

FFXCO_13081

Sec. 4.   The Directors immediately upon appointment shall organize by electing one of their number President; the person elected President shall hold his office for one year and until his successor is elected.

Sec. 5.   The Board of Directors shall have the complete and exclusive control, management and direction of the aforesaid Public Woodyard.   Said Directors may employ and appoint a Superintendent of Oakland Public Woodyard and provide necessary quarters for maintenance of such woodyard.

Sec. 6.   [Amended by Ordinance No. 985, N. S.]   The salary of said Superintendent of Oakland Public Woodyard is hereby fixed at not less than $1500.00 and not more than $1800.00 per year, payable in equal monthly installments.

Sec. 7.   This ordinance shall take effect immediately.

[In effect January 8, 1912.]

## ORDINANCE NO. 121, N. S.

### An Ordinance Prohibiting the Cutting Down or Removal of Trees in Any of the Public Streets or Squares of the City of Oakland and Providing Penalty for Violation Thereof.

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1.   It shall be unlawful for any person, firm or corporation to cut down, remove or mutilate any tree or trees growing upon any of the streets or public squares of the City of Oakland, except by permission from the Board of Park Directors.

Sec. 2.   Any person, firm or corporation violating this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five dollars ($5.00), nor more than one hundred dollars ($100.00), and in case such fine is not paid, by imprisonment at the rate of one day for every two dollars ($2.00) of the fine so imposed.

Sec. 3.   This ordinance shall take effect immediately.

[In effect January 22, 1912.]

[See Ordinance No. 129, N. S.]

## ORDINANCE NO. 129, N. S.

### An Ordinance Regulating the Use of the Parks, Streets and Places Under the Control of the Board of Park Directors of the City of Oakland and Providing a Penalty for the Violation Thereof.

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1.   No person shall throw any dead animal or offensive matter or substance of any kind upon the grounds of any of the parks under the control of the Board of Park Directors.

Sec. 2.   No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order or permission of the Board of Park Directors.

Sec. 3.   No person shall be permitted to bring led horses within the limits of the parks under the control of the Board of Park Directors, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

Sec. 4.   No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of

Case 1:23-cv-01605-WBP   Document 46-3   Filed 04/26/24   Page 109 of 118 PageID# 2542

the Board of Park Directors, without the order or permission of the Board of Park Directors.

SEC. 5.  No person shall engage in any game of baseball, cricket, shinney, football, croquet, or any other game, with ball and bat, within the limits of the parks under the control of the Board of Park Directors, except on such grounds as shall be specially designated for such purpose.

SEC. 6.  No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, or keep boats of any kind in Lake Merritt except by special order or permission of the Board of Park Directors, and only at places designated by and under restrictions determined upon by said Board.

SEC. 7.  No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Board of Park Directors.

SEC. 8.  No person shall turn loose into the parks controlled by the Board of Park Directors any dogs, cattle, goats, swine, horses or other animals.

SEC. 9.  No person shall carry firearms, or shoot birds or throw stones or other missiles within the boundaries of the parks controlled by the Board of Park Directors.

SEC. 10.  No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, benches or statuary, or foul any fountains or springs within the parks controlled by the Board of Park Directors.

SEC. 11.  No person shall drive or ride within the boundaries of the parks controlled by the Board of Park Directors at a rate exceeding seven miles per hour.

SEC. 12.  No person shall ride or drive within the limits of the parks controlled by the Board of Park Directors upon any other than the avenues and roads therefor.

SEC. 13.  No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Board of Park Directors for the purpose of hire, except in waiting for persons taken by it into the parks, unless in either case at points designated by the Board of Park Directors.

SEC. 14.  No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Board of Park Directors for burden transportation.

SEC. 15.  No person shall expose or display any article for sale within the parks without the **order or permission** of the Board of Park Directors.

SEC. 16.  No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

SEC. 17.  No person shall disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any firearms therein, nor affix any bills or notices therein.

SEC. 18.  No person shall fish in Lake Merritt without written permission from the Board of Park Directors so to do.

FFXCO_13083

120     OAKLAND MUNICIPAL ORDINANCES

SEC. 19. No person shall be allowed to catch more than two bass in one day of twenty-four hours in Lake Merritt.

SEC. 20. No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Board of Park Directors.

SEC. 21. No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purposes provided and arranged.

SEC. 22. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Board of Park Directors without the previous permission of the Board; nor shall any gathering or meeting for political purposes in the parks be permitted under any circumstances.

SEC. 23. No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Board of Park Directors.

SEC. 24. No tree shall be planted in any street or public highway of the City of Oakland at a distance of less than twenty-five feet from any other tree standing in the same street, except by written permit of the Board of Park Directors, or at a distance of less than two feet from the established curb line of said street.

SEC. 25. No person, firm or corporation shall, without the written permission of the Board of Park Directors, remove, destroy, break, or in any way injure any tree, plant or shrub that is now or may hereafter be growing in any street or public highway of the City of Oakland.

SEC. 26. No person shall hitch or fasten any horse or other animal to any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, nor shall any person cause or permit any horse or other animal to stand or be near enough to any tree, plant or shrub to bite or rub against, or in any manner injure or deface the same; nor shall any person place a post for the hitching of horses within five feet of any tree, plant or shrub now or hereafter growing in any of the streets or public highways of the City of Oakland; nor shall any person attach or place any rope, wire, sign, poster, handbill or other thing on any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, or on any guard or protection of the same.

SEC. 27. No person shall remove, injure or misuse any guard or device placed or intended to protect any tree, plant or shrub now or hereafter growing in any street or public highway of the City of Oakland.

SEC. 28. No person or corporation shall, without the written permit of the Board of Park Directors, attach any electric wire, insulator or any other device for holding electric wire to any tree now or hereafter growing in any street or public highway in the City of Oakland.

SEC. 29. Every permit granted by the Board of Park Directors shall specifically prescribe the work to be done under it and shall expire sixty days from its date. A charge of fifty cents shall be made for each permit to trim trees in front of property not owned by the applicant thereof, when, in the judgment of the Board of Park Directors, expert supervision is required.

FFXCO_13084

Sec. 30.  Any permit granted hereunder may be revoked at any time by said Board of Park Directors upon satisfactory proof to said board that the privilege thereunder is being abused or that the same was granted under a misapprehension of the facts.

Sec. 31.  Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine of not more than $200.00, and in case said fine be not paid, then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

Sec. 32.  All ordinances or parts of ordinances in conflict herewith are hereby repealed.

Sec. 33.  This ordinance shall take effect immediately.

[In effect February 13, 1912.]

## ORDINANCE NO. 140, N. S.

**An Ordinance Prohibiting Placing Advertising Matter in Private Letter Boxes and Providing a Penalty Therefor.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1.  It shall be unlawful for any person, firm or corporation to place in any private letter box in the City of Oakland upon which the following language appears: "For use of United States Mail," any advertising circular or matter of any kind.

Sec. 2.  Any person, firm or corporation violating the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five ($5.00) dollars and not more than fifty ($50) dollars, and in case said fine be not paid, then by imprisonment at the rate of one day for each two ($2.00) dollars of said fine so imposed and unpaid.

Sec. 3.  This ordinance shall take effect immediately.

[In effect March 11, 1912.]

## ORDINANCE NO. 160, N. S.

**An Ordinance Regulating the Construction, Erection and Maintenance of Signs, Transparencies, Advertisements, Bulletin Boards, Marquees and Clocks on, or About Buildings or Over Public Streets and Thoroughfares, Providing for the Inspection of the Same.**

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1.  No sign, transparency, advertising sign, device or marquee included in the classes set forth in Sections 5 and 6 of this ordinance shall hereafter be constructed, placed, reconstructed or allowed on or about the exterior of any building or structure, or on or over any sidewalk or public thoroughfare without first obtaining a permit from the Bureau of Permits and Licenses.

Sec. 2.  The person, firm, association or corporation applying for such permit shall file with the Bureau of Permits and Licenses, plans drawn to scale, specifications and such other information as said Bureau of Permits and Licenses may require. Said plans and specifications shall be referred to the Building Inspector, and if to be wired for electricity, to the Electrical Department. Said Building Inspector and Electrical Department shall examine into the matter and report on same to the Bureau of Permits and Licenses, which shall, providing

FFXCO_13085

# EXHIBIT 70

FFXCO_13086



*Grand Rapids, Mich. Ordinances, etc.*

# Compiled Ordinances

OF THE

C‡

# City of Grand Rapids,

Containing all Ordinances passed by the
Common Council of the City of Grand Rapids
in force June 1, 1915.

———

Compiled and Indexed
Under Authority of the Common Council
by
RAYMOND M. FERGUSON, City Attorney
Assisted by
FRANK E. SHAW, Assistant City Attorney

———

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

FFXCO_13087

Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the use of the Public Parks, Playgrounds and Boulevards of the City of Grand Rapids; and to Provide for the Preservation of Public Property Therein. Passed April 30, 1914.**

The Common Council of the City of Grand Rapids doth ordain:

### Destroying or Removing Public Property.

Sec. 555.(1). No person shall cut, mutilate, injure, overturn, remove or carry away any personal or real property of whatsoever nature, in, upon or belonging to any parks, playground, boulevard or public place in the City of Grand Rapids, or under its control, or in any street, avenue or highway, in or adjacent to, or around the same.

### Dogs in Parks.

Sec. 556 (2). No person shall permit any domestic animal to go, be, or run at large within such public place; and no dogs shall be permitted in any City Park or Playground. Owners of dogs shall be held responsible for the presence of their dogs in any of the City Parks and Playgrounds. Any person owning or harboring a dog which is permitted to be at large in any City Park or Playground in said City of Grand Rapids or under its control, and which shall disturb any birds or animals within said public places shall be deemed guilty of a violation of this ordinance and subject to a penalty herein imposed, and further any dog so disturbing any bird or animals in any such public places shall be liable to be immediately shot or put to death by any park officer.

FFXCO_13088

### Disorderly Persons.

(b)   No person shall use any threatening, obscene, profane or indecent language in any such public place; or be guilty of any disorderly or indecent conduct; nor shall any intoxicated person be allowed in any such public place.

### Games.

(c)   No person shall indulge in any games, acts or demeanor calculating or tending to disturb the people attending any such public places; nor shall any person bring any beer, liquor or intoxicants into any such public place; and no person shall engage in any games of chance or cards, or shall drink any wines, beer, liquors or malts in any such public place.

### Rubbish.

(d)   No person or persons shall deposit any rubbish or refuse in or upon any such public places except the same be deposited in waste baskets provided for the purpose by the Board of Park and Cemetery Commissioners.

### Fire Arms.

(e)   No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids; nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive nature.

### Begging.

(f)   No person shall publicly beg, or solicit any subscriptions, or take up collections for any purpose whatsoever in any of the public parks or playgrounds.

### Advertising.

(g)   No person shall post, exhibit or distribute any advertisement, circular or handbill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in public park or playground unless he shall first obtain express permission so to do from the Board of Park and Cemetery Commissioners.

### Driving and Hitching.

(h)   No person shall fasten or hitch any animal to any tree,

fence or structure in the parks unless the same shall be designated
and set aside for that purpose; nor shall any person ride or drive
any animal or vehicle therein except upon the proper roadways,
avenues and drives, and shall not drive therein at a speed exceeding
ten miles an hour.

No person shall be permitted to drive any vehicle used for the
transportation of merchandise or refuse, such as farm products,
wood, coal, manure, lumber, dirt gravel, stone, building material,
and others of like nature (except wagons carrying material for
building and improvement within such parks, playgrounds, boule-
vards or places) in or through said parks, places or squares; and
no cattle, sheep or other animals excepting horses, shall be led or
driven through the parks; and no funeral procession shall be per-
mitted in any such public places.

### Destroying Birds.

(i)  No person shall kill, disturb or molest any birds or bird's
nest, or any fish or animal within, belonging to, or being in the
parks.

### Picnics.

(j)  Picnics and social parties may be allowed by notifying
the Superintendent, in such portions of said parks as shall be de-
signated and set apart by the Board of Park and Cemetery Com-
missioners from time to time.

### Lecturing, Etc.

(k)  No person shall deliver any oration, address, speech, ser-
mon or lecture therein unless he shall first have received permission
from the Board of Park and Cemetery Commissioners; nor shall
any public meeting or concert be held therein unless such leave
is first obtained.

### Building or Place Marked "No Admission."

(l)  No person shall enter any building, enclosure or place
upon which the words "No Admittance" or similar sign is posted.

### Pools, Lakes, Etc.

(m)  No basin, pool, lake or fountain shall be fouled by stone,
wood, or any other substance; nor shall they be bathed in or waded
in unless specially set apart for that purpose; and any body of water

FFXCO_13090

which is set aside and designated as a wading pool, tank or swim-
ming pool within the aforesaid limits shall not be fouled by any
person; and it shall be unlawful for any person to expectorate in
such water or spit tobacco juice in the same, or blow his nose
therein, or commit any nuisance therein, or within the bathhouse
enclosures; and before any person shall bathe in any of the places
within the limits aforesaid, the officers or attendants having charge
of such swimming place are hereby empowered to cause said person
or persons to thoroughly cleanse their bodies by the use of shower
baths or such other methods as may be provided at such bathing
places. The Park Commissioners shall regulate the hours of bath-
ing, and make all rules and regulations necessary for the protection
of the public.

### Fires.

(n)   No person except employes under instruction shall build,
kindle or start any fires in any of the parks.

### Open From Sunrise to 9:00 P. M.

Sec. 557. (3)   The Public Parks and Playgrounds belonging to
said city shall be open to the public only between the hours of sun-
rise and 9 o'clock p. m. of each and every day, and it shall not be
lawful for any person or persons, except the persons or employes
in charge of such park to enter therein before the hour above named
for the opening of said park, or remain therein after the hour above
fixed for the closing thereof.   Provided, however, That the Board
of Park and Cemetery Commissioners of said city shall have power
in their discretion, whenever the occasion may require it, to es-
pecially provide for all or any of said parks, playgrounds or swim-
ming pools being opened between the hours of 5 and 9 o'clock a.
m. and closed between the hours of 6 and 11 p. m.

### Penalty.

Sec. 558 (4)   Any person or persons who shall violate any of
the provisions or requirements of this ordinance, on conviction
thereof shall be punished by a fine of not less than one dollar or
more than one hundred dollars and the cost of prosecution, or by
imprisonment at hard labor in the common jail of Kent County,
in the discretion of the court or magistrate before whom the con-
viction may be had, for a period of not less than one day nor more
than thirty days; and in case such court or magistrate shall impose

FFXCO_13091

only a fine and costs of prosecution, the offender may be imprisoned in the common jail of Kent County until the payment of such fine and costs, or for a period of not more than thirty days.

### Repealing Clause.

Sec. 559 (5). An Ordinance (230) entitled "An Ordinance to regulate the use of the Public Parks of the City of Grand Rapids and to provide for the preservation of public property therein," passed and approved by the Common Council of the City of Grand Rapids, Michigan, in regular session held August 24, 1908, is hereby repealed.

### An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 26, 1914.

The Common Council of the City of Grand Rapids doth ordain as follows:

### What Are Public Burial Grounds.

Sec. 560 (1). All Cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all Cemeteries within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall locate or establish any other Cemetery within the limits of said city.

### No Interment in Any Place Other Than Cemetery.

Sec. 561 (2). No interment of the body of any person shall be made in any other place than within a Cemetery devoted to that purpose.

### Trees, Shrubbery, Etc.

Sec. 562 (3). No person nor persons shall cut, injure or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any Cemetery or Cemetery grounds belonging to said city.

### Flowers, Etc.

Sec. 563 (4). No person shall cut, remove, injure or carry away any flowers, trees, shrubs, plants or vines being or growing in and upon any Cemetery lot, or grounds used for Cemetery pur-

FFXCO_13092