# EXHIBIT 71

FFXCO_13093

# CHARTER

### AND

# ORDINANCES

#### OF THE

# CITY OF NEW HAVEN, CONN.

Ordinances, etc.



### AND

# SPECIAL ACTS

Revised to January, 1914

NEW HAVEN, CONN.
PRESS OF SAMUEL Z. FIELD
1914.

FFXCO_13094



CC
New Haven
3
1914

Gift of
New Haven City Government

FFXCO_13095

—438—

## Rules and Regulations of the New Haven Commission of Public Parks.

1. No domestic animal, except dogs, shall be permitted to enter or to go at large in any of said parks, either with or without a keeper. Dogs must be held in leash by the owners, otherwise they may be killed by any park-keeper, special constable or policeman.

2. No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

3. No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from, or into any of the same. No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the commission may designate as a ball-field, in playing games in which a ball is used.

4. No person shall ride or drive on any road within any of said parks at a faster gait than eight miles per hour, and this shall apply to the use of cycles.

5. No threatening, abusive, boisterous, insulting or indecent language, or gesture shall be used on any of said parks, nor shall any oration, harangue, or other public demonstration be made, unless by special authority of said commission.

6. No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7. No person shall bathe naked or otherwise in any waters in, or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations, as the commission may, from time to time, specially designate by a public notice set up for that purpose within the park.

8. No person, unless by authority of said commission, shall light, kindle, or use any fire on any of said parks.

—439—

9.  No person shall ride or drive upon the grass, lawns, or foot-paths of any of said parks.

10.  No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

11.  No person shall discharge or set off, on or within any of said parks, any fire crackers, torpedoes, rockets or other fireworks, except by license from said commission.

12.  No person shall dig up or remove any dirt, stones, rock, or other thing, whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said commission.

13.  No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such place or places as may be specially designated by the commission or by a sign marked public dump.

14.  No cart, wagon, dray, truck or other vehicle, carrying lumber, stone, brick or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in service of the commission, enter any part of any of any of said parks, except such public highways as may have been duly established.

15.  No horse shall be hitched to any shrub or tree in any of said parks.

16.  No automobile or other motor vehicle shall be taken into or driven upon either East Rock Park, West Rock Park, or Fort Wooster Park.

17.  Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth or fifteenth of the foregoing rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of ten dollars.  Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of twenty dollars.  Said penalties shall be enforceable by process of arrest against the body of the delinquent, and may be sued for on complaint made by the city attorney to the city court of the city of New Haven.

FFXCO_13097

# EXHIBIT 72

FFXCO_13098



# ORDINANCES, RULES AND REGULATIONS

### OF THE

# DEPARTMENT *of* PARKS

### OF THE

## CITY OF NEW YORK (City)

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

SB483
N548A5
1916



D. of D.

JAN 22 1917

6023-'16 (L & I) 1000

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

FFXCO_13100

# ORDINANCES, RULES AND REGULATIONS

### OF THE

# DEPARTMENT OF PARKS

## *of the* CITY OF NEW YORK

———

The Park Board under Chapter 610 of the Charter (3d Edition, 1906) ordains as follows:

## CHAPTER 17.

## PARKS, PARKWAYS AND PARK-STREETS.

### (REGULATIONS OF THE PARK BOARD.)

Article 1.  General provisions.
       2.  Traffic regulations.
       3.  Building and other projections.
       4.  Miscellaneous.

## ARTICLE 1.

Section 1.  Definitions.
       2.  Interfering with lands or improvements thereon.
       2.  Sub-surface disturbances.
       4.  Over-head wires.
       5.  Destruction of or injury to park property.

1

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

FFXCO_13101

6. Preservation of lawns and grass plots.
7. Bringing trees, plants and flowers into parks.
8. Use of roller skates.
9. Rubbish and refuse matter.
10. Processions; drills; music.
11. Public meetings.
12. Sales or exhibitions.
13. Posting bills or placards.
14. Bathing, fishing, boating and skating.
15. Protection of animals, birds and reptiles.
15a. Baseball and Other Games.
16. Animals at large.
17. Disorderly conduct.
18. Custodian of minors.

§1. Definitions. Unless otherwise expressly stated, whenever used in this chapter, the following terms shall respectively be deemed to mean:

1. *Commissioner,* or *the commissioner,* the park commissioner having jurisdiction of a particular park, or park-street, as hereinafter defined;

2. *Park,* any park, parkway, square, circle, or concourse, or part thereof, under the jurisdiction of the park department;

3. *Park-street,* a street, avenue, boulevard or other highway, under the jurisdiction of the park department;

4. *Permit,* a written authorization for the exercise of a specified park privilege, issued by the park commissioner having jurisdiction.

2

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

FFXCO_13102

in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or other printed matter within any park or upon any park-street.

§14. Bathing, fishing, boating and skating. No person shall bathe in, nor disturb in any way the fish in, the waters or fountains of any park, nor cast any substance therein; except, that in the waters adjacent to Pelham Bay Park bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the commissioner. Fishing may also be allowed in the lakes of Prospect Park and Kissena Park, under permits. No person shall be permitted to appear in bathing costume in any park or parkway, except on the beaches in Pelham Bay, Seaside, Dreamland, Jacob Riis and Rockaway Parks. No boat or vessel shall be placed upon any of the waters of any park, except by special permit. No skating or sledding shall be allowed on any park lakes, unless and until the ice is declared to be in a suitable condition by the commissioner.

§15. Protection of animals, birds and reptiles. No person shall hunt, chase, shoot, trap, discharge or throw missiles at, or molest or disturb in any way, any animal, bird or reptile in any park.

§15-A. Baseball and other games. No person shall throw, cast, catch, kick or strike with any implement whatever, any baseball, golf ball, football, basket ball, bean bag, or other object in or upon any park or parkway, or any square, circle, concourse, playground, street, avenue, boulevard or

6

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

FFXCO_13103

other highway under the jurisdiction of the park department, or on any recreation pier, without a permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§16.   Animals at large.   No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§17.   Disorderly conduct.   No person shall, in any park,

1.   Use threatening, abusive or insulting language;

2.   Do any obscene or indecent act;

3.   Throw stones or other missiles;

4.   Beg or publicly solicit subscriptions or contributions;

5.   Tell fortunes;

6.   Play games of chance, or use or operate any gaming table or instrument;

7.   Climb upon any wall, fence, shelter, seat, statute or other erection;

8.   Fire or carry any firearm, firecracker, torpedo or fireworks;

9.   Make a fire;

10.   Enter or leave except at the established entrance-ways;

11.   Enter any park for the purpose of loitering and remaining therein after 12 o'clock at night, except as, on special occasions, the occupation and use thereof may be authorized beyond the regular hours;

7

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

FFXCO_13104

# EXHIBIT 73

FFXCO_13105

*Birmingham, Ala.— Ordinances*

# THE CODE

## of

# CITY OF BIRMINGHAM

## ALABAMA

UNIVERSITY OF ILLINOIS LIBRARY

PREPARED BY

HENRY L. ANDERTON

JUL 8 1919

BY AUTHORITY OF THE COMMISSION
OF THE CITY OF BIRMINGHAM



# 1917

Digitized by Google

FFXCO_13106

PRESS OF
BIRMINGHAM PRINTING & BINDERY COMPANY
PRINTERS BINDERS, BLANK BOOK MAKERS

Digitized by Google

FFXCO_13107

662                *PARKS AND PUBLIC PLACES*

## CHAPTER XLIV

---

# Parks and Public Places

Sec. 1542. **All Parks Dedicated to Public Use.** All the parks heretofore marked out and dedicated to the city, and all public parks hereafter acquired by the city shall be and remain set apart and dedicated to the use of the public as parks and public grounds, and the same shall be regulated and governed in such manner as the Commission may from time to time ordain.

Sec. 1543. **For the Protection of Parks.** Any person who wilfully or maliciously breaks, cuts, disfigures, injures or destroys any tree, shrub, plant or flower within the enclosure of any of the public parks of the city, or any railing, structure or monument therein, or who shall hitch any horse or animal to any tree or shrub therein, shall, on conviction, be fined not less than one nor more than one hundred dollars.

Sec. 1544. **Conduct in Parks.** No person shall enter or leave any of the public parks of the City of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall expose any article or thing for sale within any of such parks, nor shall any hawking or peddling be allowed therein; no threatening, abusive, insulting or indecent language shall be allowed in any part of any of such parks calculated to provoke a breach of the peace, nor shall any person tell fortunes or play at any game of chance at or with any table or instrument of gaming nor commit any obscene or indecent act there-

Digitized by  Google

FFXCO_13108

in; no person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such park nor upon any gate or enclosure thereof; no person shall play upon any musical instrument, nor shall any person take into, carry or display in any such public park any flag, banner, target or transparency; no military company shall parade, drill or perform therein any military or other movements; no person shall light, make or use any fire in any such public park; no person shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, indicating that persons are at that time and place at liberty to go on the grass.

Sec. 1545.  **Commission May Close Entrances.**  The Commission may direct that any of the entrances to the public parks be closed at any time, and when so closed in obedience to such directions no person shall enter at any such place.

Sec. 1546.  **Obstructions on Plats Along Public Streets.**  It shall be unlawful for any person in possession of any lot or parcel of ground abutting on any public highway in the City of Birmingham to erect, maintain or permit any other person to erect or maintain or to continue or fail to remove within a reasonable time after notice or knowledge of the presence thereof of any wire, chain, rope or other obstruction or guard on any grass plat or parkway on any public highway in the City of Birmingham, unless such guard or obstruction shall conform to the following specifications, to-wit: The upright posts or stakes shall be made of dressed lumber four inches square and shall extend above the ground not less than three feet and shall be painted white.  The cross bar shall consist of some rigid material and may be made either of iron pipe, an iron bar or a wooden bar which shall be placed at a height of not less than three feet above the surface of the ground and such bar or pipe shall also be painted white and shall be securely fastened to the said stakes or posts, which stakes shall be firmly placed in the ground and not more than eight feet apart.

Digitized by Google

·664                     *PAWNBROKERS*

Sec. 1547.  **Guards or Stakes Not to be Placed Within Six Inches of Paved Sidewalk.**  No guards or stakes shall be placed on any grass plat or parkway on any public highway in the City of Birmingham within six inches of the paved portion of the sidewalk.

Sec. 1548.  **Agents, Tenant and Owner Charged With Removing Obstructions.**  The owner of the abutting property, as well as the person in possession thereof, whether as agent, tenant or owner, shall be under the duty of removing all guards or obstructions from said parkways or grass plats which do not conform to the foregoing specifications.

Sec. 1549.  **Names of Parks.**  The various parks and public places owned by the city shall be named and known as follows:  Avondale Park, Behrens Park, Caldwell Park, Capitol Park, East Park, Ensley Park, Halls Park, Idlewild Park, Lakeview Park, Linn Park, Magnolia Park, Mineral Wells and Reservoir Park, North Birmingham Park, North Haven Park, Phelan Park, Rhodes Park, West Park, Woodlawn Park, Woodward Park.

-------

## CHAPTER XLV

-------

# Pawnbrokers

Sec. 1550.  **Definition.**  Pawnbroker under this chapter is and shall be defined to be one whose business it is to lend money upon a pawn or pledge.

Sec. 1551.  **Shall Keep Register of Pawns.**  It shall be the duty of each person in business in the City of Birmingham as a pawnbroker to keep at his place of business a book in which he shall enter, or cause to be entered in writing, a minute description of all personal

Digitized by Google

# EXHIBIT 74

FFXCO_13111

# THE JOPLIN CODE

## OF 1917

Containing All the General Ordinances of the City, Except Ordinances
Numbered 4487 and 5941 (Specifying in Detail the Regulations
Relating to Street Improvements and Street Excavations, Re-
spectively), Including Public Utility Franchise Ordinances in
Force January 30, 1917; Also the Charter Act of 1913, Applying
to Cities of the Second Class in Missouri in Force on Said Date;
Also Certain Material Provisions of the Constitution and Statutes
of the State of Missouri Applicable to Cities of the Second Class;
Also a Brief Historical Sketch of the Municipal Incorporation of
Joplin; Also a Directory of the Officers of the City from the Date
of Its Early Incorporation in 1873 to the Present Time; Also
Information in Relation to the Ownership of Real Estate by the
City of Joplin.

Printed and Published by

AUTHORITY OF THE COUNCIL OF JOPLIN, MISSOURI,
IN BOOK FORM, JANUARY, 1917.

Revised and Codified by

HUGH McINDOE,

Mayor.

Assisted by

E. F. CAMERON,

City Attorney.

FFXCO_13112

1917

THE JOPLIN PRINTING CO.

JOPLIN, MISSOURI

Aug 11- 1924

AUG 1 1 1924

FFXCO_13113

porch or any other projection from any house or other building in the city, any flower-pot, wooden box, bowl, pitcher or other article or thing whatever, unless the same is securely and firmly fastened or protected so as to render it impossible for any such pot, box, bowl, pitcher or other article to fall into the street, shall be deemed guilty of a misdemeanor.

Sec. 1210.  **Women; Mashing, Etc.**  It shall be unlawful for any person in said city to use any suggestive, leering or immoral word or act toward, or in the presence of another person, of the same or opposite sex, for the purpose of attracting the attention of or annoying such person, or to go, or stand, or loiter upon, or near, any thoroughfare, and by word, or act, attempt to annoy or attract the attention of any person of the opposite sex, by any leering or suggestive act or word, ordinarily known as "mashing"; or to solicit the company or acquaintance of another person for any immoral or unlawful purpose.  Any person violating the provisions of this section shall be deemed guilty of a misdemeanor.

Sec. 1211.  **Thoroughfare Defined.**  The term "thoroughfare" when used in this article, shall include all streets, alleys, avenues, parks, parkings, drives, highways and other public places used by vehicles and private ways when a public use is permitted thereof.

Sec. 1213.  **Misdemeanor**.  Any person violating any of the provisions of this article, or who does anything prohibited herein, or who fails to do anything herein required to be done, shall be deemed guilty of a misdemeanor, and upon conviction, shall, for each offense, be punished by a fine of not exceeding three hundred dollars or by imprisonment not exceeding sixty days, or by both such fine and imprisonment.

## ARTICLE 68.

### PARKS.

Sec. 1214.  **Conduct in Parks.**  All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises except that dogs may be led or carried, but not allowed loose; to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon any park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within any of the parks of the city of Joplin; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitch-

PARKS. 553

ing places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the board of directors of the park board, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the board of directors of the park board; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families or upon special written permission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling or indecency in or upon any of the parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the park; to fish for or disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in or being in or about the parks; or to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without written permission; to light, make or use any fire therein at any place or places except such as may be designated by the board of directors of the park board for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

Sec. 1215.  **Flowers, Shrubs, Etc.**  No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th of each year.

Sec. 1216.  **Public Gatherings.**  No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without written permission.

Sec. 1217.  **Intoxicating Liquors in Parks.**  No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Joplin, shall be allowed to be sold or given away, or to be brought into, used or drunk within any of the parks of the city,

FFXCO_13115

JOPLIN CODE

or upon any of its boulevards, driveways or roads under the control of the park board.

Sec. 1218. **Rubbish Not to Be Thrown in Parks.** No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park board, or any part thereof.

Sec. 1219. **Placing of Buildings, Tents, Booths, Etc.** No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park board, without first obtaining the written permission of the board of directors of said board.

Sec. 1220. **Injuring Park Property.** No person shall dig, injure or tear up any pavement, sidewalk, crosswalk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down into, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park board, without first having obtained written permission.

Sec. 1221. **Housemoving Through Parks Prohibited.** No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park board, without first having obtained permission.

Sec. 1222. **Funeral Processions.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park board, without previous written consent.

Sec. 1223. **Hauling Heavy Loads.** It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park board, any coal, stone, brick, dirt, or other article or articles weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

Sec. 1224. **Hauling Gravel, Cinders or Other Loose Material.** It shall be unlawful for any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park board, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board, such person shall cause it to be forthwith removed.

FFXCO_13116

Sec. 1225. **Scattering Contents of Loaded Wagon Upon Park.** It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board.

Sec. 1226. **Stock in Parks.** Loose cattle or horses shall not be allowed to be driven in or upon, along or through any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park board, without written permission.

Sec. 1227. **Ordinances Shall Apply to Parks Outside City Limits.** All ordinances of the city of Joplin where applicable shall apply and be in force in all the parks of the city of Joplin, whether within the city limits or without the city limits, and the police department is authorized and empowered to enforce all ordinances of the city of Joplin, as well as all of the rules and regulations of the board of directors of the park board, violated within the public parks, playgrounds, or other grounds belonging to the city, located within the city limits or without the city limits, in the same manner and to the same effect as if located in the corporate limits of the city of Joplin.

Sec. 1228. **Definition of Word "Parks."** Wherever the word "parks" appears in this article, it shall be deemed to mean both public parks and public playgrounds.

Sec. 1229. **"Written Permission" Defined.** Wherever it is provided in this article that written permission or consent shall be had, it shall mean written permission or consent of the board of directors of the park board.

Sec. 1230. **Misdemeanor.** Any person who shall violate any of the provisions of this article or any of the rules and regulations made by the board of directors of the park board, shall be deemed guilty of a misdemeanor.

## ARTICLE 69.

### PAWNBROKERS, SECOND-HAND DEALERS, JUNK DEALERS.

Sec. 1231. **Pawnbroker Defined.** Every person or corporation engaged in the business of receiving property in pledges, or as security for money or other thing advanced to the pawner or pledger, or who purchases personal property and agrees to sell it back, or who makes a display at his place of business of the sign of three balls, or who publicly exhibits any sign offering money to loan on personal property, except negotiable instruments, shall be held and is hereby defined to be a pawnbroker.

Sec. 1232. **Second-Hand Dealer Defined.** Any person who

FFXCO_13117

# EXHIBIT 75

FFXCO_13118

# REVISED ORDINANCES *etc.*

OF

## SALT LAKE CITY, UTAH

### 1920

———

REVISED, COMPILED AND ARRANGED

BY

W. H. GREGORY *of the* UTAH BAR

UNDER THE DIRECTION OF

WILLIAM H. FOLLAND, City Attorney, and
HORACE H. SMITH, Assistant City Attorney

———

PUBLISHED BY AUTHORITY OF THE
BOARD OF COMMISSIONERS
OF SALT LAKE CITY,
UTAH, 1920

*Amendments of 1921.*



*Printing and Binding by*
ARROW PRESS
Salt Lake City

BRANCH OF
NEW YORK PUBLIC LIBRARY
MUNICIPAL BUILDING

FFXCO_13119

## CHAPTER XLII.

### PARKS AND PUBLIC PROPERTY.

**Section 1482. Superintendent of parks. Custodian of joint building.** There is hereby created the office of superintendent of parks and public property and the office of custodian of that part of the joint city and county building in Salt Lake City owned and controlled by said city, both of which officers and their departments and all employees therein shall be under the general supervision of the commissioner of parks and public property.

**Sec. 1483. Superintendent of parks, salary. Residence.** The board of commissioners may appoint a competent and experienced landscape gardener superintendent of parks and public property, at a salary not to exceed $2,200 per annum, payable monthly.

The superintendent of parks and public property may reside in the dwelling at Liberty Park rent free.

Section 601, C. L. U., 1917.

**Sec. 1484. Same, bond.** The superintendent of parks and public property, before he enters upon the duties of his office shall take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of two thousand dollars, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1485. Assistant superintendent of parks. Supervisor of playgrounds. Other employees.** The board of commissioners may employ in the department of parks and public property one assistant superintendent of parks and public

PARKS                                          471

property and one chief clerk at salaries not to exceed $1,620
per annum, such supervisors of playgrounds and other em-
ployees as may be necessary for the proper care, maintenance,
improvement and beautification of the parks and public
property of the city, at such salaries and for such periods of
time as the board of commissioners may determine.

**Sec. 1486. Assistant superintendent of parks and
public property. Duties.**  It shall be the duty of the assis-
tant superintendent of parks and public property to assist
the superintendent of parks and public property in the super-
vision of the work, care, maintenance, improvement and
beautification of the parks of Salt Lake City, not under
the control, care, and supervision of some other officer, to
act as florist at Liberty Park, and to do and perfom such
other services as shall be required of him by the commissioner
of parks and public property.

**Sec. 1487.  Superintendent of parks, etc.  Duties.**  It
shall be the duty of the superintendent of parks and public
property to supervise the work of the care, maintenance,
improvement and beautifying of all parks and public property
in Salt Lake City, not under the control, care and super-
vision of some other department of the city.

**Sec. 1488.  Assistant superintendent of parks.  Duties.
Employees.**  The board of commissioners may employ the
following officers, clerks and employees in the department of
parks and public property, at salaries not to exceed the follow-
ing, to wit:

One assistant superintendent of parks and public prop-
erty, at a slary of not to exceed $1,800 per annum.

It shall be the duty of the assistant superintendent of
parks and public property to assist the superintendent of
parks and public property in the supervision of the work,
care, maintenance, improvement and beautifying of the parks
in Salt Lake City not under the control, care and supervision

FFXCO_13121

472                      PARKS

of some other officer; to act as florist at Liberty park; and
to do and perform such other services as shall be required of
him by the commissioner of parks and public property.

One chief clerk at not to exceed $1,620 per annum.

Such supervisors of play grounds and at such salaries and
for such terms as the board of commissioners may determine.

Such other employees and laborers as may be necessary;
and to furnish and provide such equipment as may be neces-
sary for the proper care, maintenance, improvement and
beautification of the parks and public property of the city.

Section 601, C. L. U., 1917.

**Sec. 1489.  Custodian of joint building.  Salary.**  The
board of commissioners may appoint a competent and suitable
person custodian of that part of the joint city and county
building owned and controlled by said city at a salary of not
to exceed $1,800 per annum, to be paid monthly.

The custodian of that part of the joint city and county
building owned and controlled by Salt Lake City, shall, before
he enters upon the duties of his office, take and subscribe the
constitutional oath of office, and execute a bond with good
and sufficient sureties, to be approved by the board of com-
missioners, payable to Salt Lake City, in the penal sum of
$1,000, conditioned for the faithful performance of the duties
of his office, and the payment of all moneys received by him
as such officer, according to law and the ordinances of the
city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1490.  Duty of custodian.**  It shall be the duty of
the custodian of said building to supervise the work of the
care and maintenance of that part of the joint city and county
building in Salt Lake City owned and controlled by said city,
and of the offices, apartments and rooms thereof.

Said custodian shall also act as custodian and supervise
the work of the care and maintenance of the public safety
building.

Section 601, C. L. U., 1917.

FFXCO_13122

**Sec. 1491.  Joint building.  Janitors.  Other employees.**
The board of commissioners may employ such janitors and
other employees in that part of the joint city and county
building owned and controlled by Salt Lake City as may be
necessary to the proper care and maintenance of said build-
ing; said employees to receive such wages as may be fixed
by the board of commissioners; and in connection with Salt
Lake county, employ one night watchman for the inside of
said building, one night watchman for the outside of said
building and grounds surrounding the same, one engineer, one
assistant engineer, and such firemen as said board and said
county may determine, and pay said employees such wages as
may be fixed by said board and said Salt Lake county.

Section 601, C. L. U., 1917.

**Sec. 1492.  Public safety building.  Engineers.  Janitors,
etc.**  The board of commissioners of Salt Lake City may
employ such engineers, firemen, stokers, janitors, and other
employees as may in the judgment of the board be necessary
for the proper care of the public safety building, at such
wages as may be fixed by said board.

Section 601, C. L. U., 1917.

**Sec. 1493.  Warm Springs.  Custodian.  Other employees.**
The board of commissioners may employ the following
employees at the compensation named, to perform duties at
what is known as the Warm Springs sanitarium building,
owned by Salt Lake City, situated on the corner of Second
West and Seventh North streets, to wit:

One custodian at a compensation not to exceed $2,220 per
annum, payable monthly.

One assistant custodian, at a compensation not to exceed
$1,800 per annum, payable monthly.

One fireman and such other employees as in the judg-
ment of the board may be necessary for the proper care,
maintenance and conduct of said property and the building
thereon, at such wages as may be fixed by said board.

FFXCO_13123

474                        . PARKS

That the persons named as custodians and assistant cus-
todian shall, before entering upon the discharge of their
duties, take the constitutional oath of office, and execute to
Salt Lake City a bond, with good and sufficient sureties, to
be approved by the board of commissioners, payable to Salt
Lake City, in the sum of $1,000, the conditions of said bond
being that they will faithfully perform the duties of their
office as prescribed by the board of commissioners and the
commissioner of parks and public property, and observe and
obey all laws and ordinances of the city, and pay to the city
treasurer all moneys received by them as such custodian and
assistant custodian, according to law and the ordinances of
the city.

Sec. 601, C. L. U., 1917.

**Sec. 1494.  Offenses in parks and play grounds.**  It shall
be unlawful for any person to do or suffer or permit to be
done any of the acts hereinafter specified in any public park
or play ground in Salt Lake City, or in any place now, or
which may hereafter be set aside or used as a public park
or play ground, to wit:

1.  To lead or let loose any cattle, horse, mule, goat,
sheep, swine, dogs or fowl of any kind.

2.  To carry or discharge any firearms, firecrackers,
rockets, torpedoes, powder, or any other fireworks or ex-
plosive.

3.  To cut, break, injure, deface or disturb any trees,
shrub, plant, rock, building, cage, pen, monument, fence,
bench, or other structure, apparatus or property; or to pluck,
pull up, cut, take or remove any shrub, bush, plant, flower,
or to mark, or write upon any building, monument, fence,
bench or other structure.

4.  To cut or remove any wood, turf, grass, soil, rock,
sand or gravel.

FFXCO_13124

5. To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe or wade in the waters of any fountain, pond, lake or stream not set aside for the purpose of swimming, bathing, or wading, or pollute the waters of any fountain, pond, lake or stream.

7. To make or kindle a fire for any purpose.

8. To camp or lodge therein.

9. To ride, or drive any horse, or other animals, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purposes, and never on the footpaths.

10. To engage in fighting or indulge in rioutous, boisterous, threatening, or indecent conduct, or to use any abusive, threatening, profane or indecent language.

11. To sell or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the commissioner of parks and public property, within any park or play ground or within a distance of 60 feet from the boundary line of any public park or play ground.

12. To hitch or fasten any horse or other animal to any tree or any other place or structure not specially designated and provided for such purpose.

13. To ride or drive any animal or vehicle at a rate of speed exceeding fifteen miles per hour.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, slot machine, wheels or other device, for money, chips, credit, cigars, candy, merchandise, or any other thing representative of value, or to maintain or exhibit any cards, dice, table,

FFXCO_13125

476                              PARKS

wheel, machine or other instrument or device for betting,
gambling or gaming.

16.   To practice, carry on, conduct or solicit for any
trade, occupation, business or profession, without the written
permission of the commissioner of parks and public property.

17.   To play or engage in any game, excepting at such
place as shall be specially set apart for that purpose.

18.   To drive or have any dray, truck, wagon, cart, per-
ambulator or other traffic vehicle, carrying or regularly used
or employed in carrying goods, merchandise, lumber, machin-
ery, oil, manure, dirt, sand, or soil, or any article of trade
or commerce, or any offensive article or material whatsoever
upon any road or drive, except such as may be specially
provided or designated for such use.

19.   To throw or deposit any bottles, tin or tin cans,
broken glass, nails, tacks, crockery, wire, paper, clothes, scrap
or sheet iron, boxes, boards, lumber or stone, or any rubbish
or garbage.

20.   To conduct or carry on any celebration, parade,
service, speech-making or exercise, without first obtaining
permission from the commissioner of parks and public prop-
erty; or to take part in any celebration, parade, speech-
making or exercise held or conducted contrary to the pro-
visions hereof.

21.   To suffer or permit any dog to enter or remain in a
public park or play ground, unless it be led by a leash of
suitable strength, not more than six feet in length.

22.   For any male person over eight years of age to enter
or use any water closet designated for women in a public park
or play ground.

23.   To hunt or fish at any park or public grounds.

24.   To annoy, injure, release from confinement, or in
any manner interfere with any swan, duck, goose, bird or
animal, the property of the city.

FFXCO_13126

# EXHIBIT 76

FFXCO_13127

# REVISED

# ORDINANCES

## OF 1921

———

## CITY OF BURLINGTON

## VERMONT

———

BURLINGTON
FREE PRESS PRINTING COMPANY
1921

FFXCO_13128

# RULES AND REGULATIONS FOR THE USE OF PARKS AND CEMETERIES

---

## PARKS.

I.  No domestic animals, except dogs, shall be permitted to enter or go at large in any of said parks, either with or without a keeper.  Dogs must be held in lease by their owners, otherwise they may be killed by any park-keeper, special constable or police-man.

2.  No person shall pick any flowers, fruit or foliage, or cut, break, dig up, or in any way mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or anything in any of said parks, or cut, carve, point, mark or paste on any tree, stone, fence, wall, building, monument or other object there-in, any bill, advertisement or inscription whatsoever.

3.  No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from or into the same.  No stone or other missile shall be thrown or rolled from, into, within, or upon any of said parks, except in such places as the commission may designate as a ball-field, in playing games in which a ball is used.

4.  No person shall ride or drive on any road within any of said parks at a faster gait than fifteen miles per hour, and this shall apply to the use of cycles.

5.  No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used on any of said parks.  Nor shall any oration, harangue, or any other public demonstration be made, unless by special authority of said commission.

6.  No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7.  No person shall bath naked, or otherwise, in any waters, in or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations as the commission may, from time to time, especially designate by a public notice set up for that purpose within the park.

8.  No person, except by authority of said commission, shall light, kindle or use any fire on any of said parks.

9.  No person shall ride or drive upon the grass, turf or lawns of said parks.

10.  No person shall disturb or injure any bird, bird's nest, or eggs, or any squirrel or other animal within any of said parks.

11.  No person shall discharge or set off, on or within any of said parks any firecrackers, torpedoes, rockets, or other fire-works, except by license from the commission.

FFXCO_13129

2                    ORDINANCES.

12.   No person shall dig up or remove any dirt, stones, rock, or other thing whatever, make any excavation, quarry any stone or lay or set off any blast, or cause or assist in doing any of such things, within any of said parks, without the special order or license of said commission.

13.   No bottles, broken glass, ashes, waste-paper, or other rubbish shall be left in any of said parks, except at such place or places as may be specially designated by the commission.

14.   No horse shall be hitched to any shrub or tree in any of said parks.

15.   No automobile or other motor vehicle shall be taken into or driven upon any public park except upon such drives and subject to such regulations as the commission may from time to time especially designate by public notice set up for that purpose within the park.

16.   No person or corporation shall trim, break, dig up or in any way mutilate a street tree without the permission and under the supervision of the commission.

17.   No person shall plant or cause to be planted or assist in planting in any of the city streets any variety of poplar, cottonwood or willow tree.

18.   Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth, fourteenth or seventeenth of the foregoing rules and regulations, shall forfeit and pay to the commission, for each offense, a penalty of ten dollars.  Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offense, a penalty of twenty dollars.  Said penalties shall be enforceable by process of arrest against the body of the delinquent and may be sued for on complaint made by the city attorney to the Burlington city court.

---

## CEMETERIES.

### GENERAL PROVISIONS.

1.   Lake View Cemetery will be open from 7.00 o'clock a. m., until sunset, and Green Mount and Elmwood Cemeteries from 7.00 a. m., until sunset during the season.  All persons must leave the grounds before the gates are closed.

2.   No trucks or heavy wagons will be allowed inside the grounds except by special permission from the superintendent, unless bringing material for work to be done in the cemetery.

3.   No fast driving will be allowed in the grounds.

4.   Bicycles, motor cycles or automobiles are allowed within the grounds only by permission from the superintendent.

# EXHIBIT 77

FFXCO_13131

# DIGEST OF THE

# CHARTER AND ORDINANCES

### OF THE

## CITY OF CHATTANOOGA

### IN FORCE ON JANUARY 1st, 1922.

———

ALSO CONTAINING STATE LAWS INCORPORATING AND
RELATING TO SAID CITY, FRANCHISES GRANTED
BY SAID CITY AND A DIGEST OF THE BONDED
INDEBTEDNESS THEREOF.

———

COMPILED BY

FRANK S. CARDEN, City Attorney,

and

RUTH DURANT EVANS, Member of the Chattanooga Bar.

1922

LONG-JOHNSON PRINTING COMPANY
Jackson, Tennessee

FFXCO_13132

# CHAPTER 2.

# PUBLIC GROUNDS.

Article     I.   General Regulations for Public Parks.
           II.   Citizens' Cemetery Park.
          III.   Trees on Streets of City.

---

## ARTICLE I.

## GENERAL REGULATIONS OF PUBLIC PARKS.

**Section 509.   Unlawful to drive any animal or vehicle in parks except along driveways, &c.   Unlawful to drive certain vehicles along driveways.**—It shall be unlawful for any person to drive or propel any vehicle, or drive any horse or other animal in, or over or through any park, except along and upon park drives, parkways and park boulevards, or to drive or propel along or over any park drive, parkway or park boulevard, any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish, or any market wagon, farm wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession, going to or returning from a cemetery. (Ordinance No. 1377, Sec. 1, Book A-1, Page 54).

**Section 510.   Speed of vehicles on driveway.**—It shall be unlawful for any person to drive or propel over or along any park drive, parkway or park or playground, any vehicle, or to ride or drive any horse or other animals, or any bicycle, tricycle or automobile, at a careless, indifferent or reckless speed. (Ordinance No. 1377, Sec. 2, Book A-1, Page 54).

**Section 511.   Unlawful to drive stock through park or allow trespass of stock.**—It shall be unlawful to lead a horse or other animal, or drive stock of any kind through or upon park property or to permit stock of any kind to trespass upon or damage park property or grounds, and the owners of such stock thus trespassing are hereby made amenable to the penalties under this ordinance. (Ordinance No. 1377, Sec. 3, Book A-1, Page 54).

**Section 512.   Unlawful to erect billboards, &c.**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, or advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure belonging to any park; PROVIDED, that the Park Commissioner may permit the erection of temporary decorations on occasions of public celebrations or holidays. (Ordinance No. 1377, Sec. 4, Book A-1, Page 54).

**Section 513.   Unlawful to injure &c. any tree &c.**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park. (Ordinance No. 1377, Sec. 5, Book A-1, Page 54).

ORDINANCES.

**Section 514.   Unlawful to stand, &c. on any flower-bed, monument, fence, &c.**—It shall be unlawful for any person to walk, stand or sit on any border, flower bed, monument, vase, fountain, railing or fence in any park, or enter or leave a park by climbing over or forcing a way through any fence or gates in any park. (Ordinance No. 1377, Sec. 6, Book A-1, Page 54).

**Section 515.   Unlawful to allow dog or other animal to run at large.**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains, or streams therein. (Ordinance No. 1377, Sec. 7, Book A-1, Page 54).

**Section 516.   Offenses against public safety, good morals and the public peace, unlawful.   Unlawful to sell or advertise any article, &c.**—It shall be unlawful to discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority, to make any fire, to have any intoxicating beverage; to sell, offer, or expose for sale any goods, or wares, except under a written license from the Park Commissioner; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor. (Ordinance No. 1377, Sec. 8, Book A-1, Page 54).

**Section 517.   Unlawful to hold public meetings, &c. without consent of the Department of Public Utilities, Grounds and Buildings.**—It shall be unlawful for any person to hold any public meeting or gathering, or make any public speech in any park, except upon arrangements being made therefor with the Department of Public Utilities, Grounds and Buildings.   (Ordinance No. 1377, Sec. 9, Book A-1, Page 54).

**Section 518.   Unlawful to hitch horse to tree &c. or allow horse unhitched.** —It shall be unlawful for any person to hitch any horse or other animal to any trees, shrubs, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park. (Ordinance No. 1377, Sec. 10, Book A-1, Page 54).

**Section 519.   Intoxicated person not to enter parks.**—It shall be unlawful for any intoxicated person to enter or remain within any park. (Ordinance No. 1377, Sec. 11, Book A-1, Page 54).

**Section 520.   Unlawful to ride bicycles &c. except along driveways &c.**— It shall be unlawful for any person to ride any bicycle, tricycle or autocycle through any park, except along and upon the park drives, parkways, park boulevards and upon paths set apart and designated as ''Bicycle paths.'' (Ordinance No. 1377, Sec. 12, Book A-1, Page 54).

**Section 521.   Unlawful to play baseball, &c. except at places designated.** —It shall be unlawful for any person to play at any game of baseball, football, golf, cricket, lacrosse, polo, hockey, or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon such terms as the Commissioner of Public Utilities, Grounds and Buildings may designate. (Ordinance No. 1377, Sec. 13, Book A-1, Page 54).

FFXCO_13134

**Section 522. Unlawful to void excrement or urine except at places provided.**—It shall be unlawful to void excrement or urine within the limits of any park or playground excepting in such place or apartment as is or shall be specially provided for such purpose; or to use or enter any apartment established for persons of opposite sex exclusively. (Ordinance No. 1377, Sec. 14, Book A-1, Page 54).

**Section 523. Unlawful to sleep or lie upon any seat, &c.**—It shall be unlawful to sleep upon, or lie upon or overturn any seat or swing or other appliance of any park or playground. (Ordinance No. 1377, Sec. 15, Book A-1, Page 54).

**Section 524. Unlawful to molest any bird, &c.**—It shall be unlawful to take or molest any bird, fish or frog or any live animal or bird egg, or in any way interfere with bird nests, or with any cage, box, place, or enclosure for the protection of any bird, fish or any live animal. (Ordinance No. 1377, Sec. 16, Book A-1, Page 55).

**Section 525. Unlawful for men to occupy any location set apart for women and children.**—It shall be unlawful for men to occupy any seat or location designated or set apart for women or children. (Ordinance No. 1377, Sec. 17, Book A-1, Page 55).

**Section 526. Unlawful to destroy, &c. Notices &c. of the Commissioner of Public Utilities, Grounds and Buildings.**—It shall be unlawful to deface, or tear down any rules, regulations or notices established by the Commissioner of Public Utilities, Grounds and Buildings. (Ordinance No. 1377, Sec. 18, Book A-1, Page 55).

**Section 527. Misdemeanor to violate foregoing sections.**—Any person who shall violate or fail to comply with any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the City Judge shall be punished by a fine of not less than two nor more than fifty dollars. (Ordinance No. 1377, Sec. 19, Book A-1, Page 55).

**Section 528. Jurisdiction of Commissioner of Public Utilities, Grounds and Buildings over parks, &c.**—The Commissioner of Public Utilities, Grounds and Buildings shall have charge and general supervision over all squares, parks and zoological exhibits belonging to the City of Chattanooga. (Ordinance No. 1103, Sec. 5, Book E, Page 403).


## ARTICLE II.

## CITIZENS' CEMETERY PARK.

**Section 529. Making Citizens' Cemetery a public park under name of "Citizens' Cemetery Park."**—The plot of ground within the corporate limits of the city, now known as the Citizens' Cemetery, is hereby given the status of a public park under the name of Citizens' Cemetery Park, and placed under the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1422, Sec. 1, Book A-1, Page 130).

**Section 530. Commissioner of Public Utilities, Grounds and Buildings to govern same.**—The Commissioner of said Department is authorized to make all proper rules and regulations governing the care and use of said park. And he is authorized, through his subordinates or otherwise, to see that all such

# EXHIBIT 78

FFXCO_13136

# THE CHICAGO
# MUNICIPAL CODE
## OF 1922

CONTAINING THE GENERAL ORDINANCES OF THE CITY IN
FORCE NOVEMBER 22, 1922, AND REPEALING FORMER
GENERAL ORDINANCES WITH CERTAIN
EXCEPTIONS

PASSED NOVEMBER 22, 1922.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL IN BOOK FORM
DECEMBER 21, 1922.

REVISED AND CODIFIED BY
### SAMUEL A. ETTELSON
CORPORATION COUNSEL

ASSISTED BY
LEON HORNSTEIN, FRANK W. DERBY AND RUTH C. NELSON
ASSISTANT CORPORATION COUNSEL

1922
T. H. FLOOD & CO.
CHICAGO

COPYRIGHT

T. H. FLOOD & CO.

1922

MAR 2   1923

II                          500

Digitized by Google

FFXCO_13138

# CHAPTER LVII.

## PARKS, PLAYGROUNDS, BATHING BEACHES AND STREET TREE PLANTING.

### ARTICLE I.

#### BUREAU OF PARKS, PLAYGROUNDS AND BATHING BEACHES.

**2864. Bureau established.]** There is hereby established the bureau of parks, playgrounds and bathing beaches, which shall be under the jurisdiction and control of the commissioner of public works, and shall embrace such employes as the city council may provide.

**2865. Secretary, bureau of parks, playgrounds and bathing beaches —duties.]** There is hereby created the office of secretary of the bureau of parks, playgrounds and bathing beaches, who shall be under the immediate jurisdiction and control of the commissioner of public works, and shall have the management and control of all city parks, public squares, triangles and other open spaces at street intersections, city playgrounds, bathing beaches and swimming pools; all trees, plants and shrubs planted and to be planted in the streets and public highways of the city of Chicago, and the municipal nursery, including their construction, operation and maintenance.

**2866. Jurisdiction and superintendence.]** The secretary of the bureau of parks, playgrounds and bathing beaches, under the direction of the commissioner of public works, shall have jurisdiction over all city parks, public squares, triangles, municipal playground, municipal bathing beaches and swimming pools, and street parkways, including the following:

### PARKS, SQUARES AND TRIANGLES

| NAME | ACRES | LOCATION |
|---|---|---|
| Adams park | 2 | 75th place, 76th street, Dobson avenue. |
| Aldine square | 1.5 | Vincennes avenue, 37th place and alley north of 38th street. |
| Arcade park | .9 | 111th place, 112th street, Forrestville avenue and Watt avenue. |
| Auburn park | 6 | Bounded by Lagoon avenue, Stewart avenue, Winneconne avenue and Normal avenue. |
| Austin park | 4.5 | Waller avenue, C. & N. W. R'y, Austin avenue and Lake street. |
| Avers avenue parkway | | From west Addison street to Avondale avenue. |
| Arbor rest | .33 | North State street, Rush street, Bellevue place. |
| Archer point | .15 | Archer avenue, 20th street, Dearborn street. |
| Amy L. Barnard park | 1.25 | North side 105th street, between Longwood boulevard and Walden parkway. |
| Bickerdike square | 1 | Ohio street, Bickerdike street, Ashland place, Armour street. |
| Blackstone point | .2 | Lake Park avenue, Blackstone avenue, 49th street. |
| Buena circle | .5 | Buena avenue and Kenmore avenue. |
| Belden triangle | .2 | North Clark street, Sedgwick street, Belden avenue. |
| Calumet parkway | 1.50 | Calumet avenue, 63-61st street. |
| Chamberlin triangle | .27 | Greenwood avenue, Lake Park avenue, 43rd. |
| Clark park | .6 | Southwest corner Kedvale and Hirsch streets. |
| Columbus circle | .5 | South Chicago avenue, Exchange avenue, 92nd street. |
| Colorado point | .25 | Colorado avenue, Monroe street, Francisco avenue. |
| Crescent park | 8 | Crescent road, Prescott avenue, Ormonde avenue and Grassmere road. |
| Dickinson park | 1.5 | North Lavergne avenue, Dickinson avenue, Belle Plaine avenue. |
| Dauphin park | 5.12 | 87th street, I. C. R. R., 91st street and Dauphin |
| DeKalb square | .75 | Lexington street, Hoyne avenue, Flournoy street, DeKalb street. |
| Diversey parkway | 1.50 | Diversey avenue and Seminary avenue. |
| Eldred grove | 1 | Norwood Park avenue and C. & N. W. R'y from Argyle to Ainslie street. |
| Ellis park | 4 | 36th street, 37th street, Langley avenue, Elmwood court. |
| Eighty-seventh street parkway | 5 | In 87th street from C. R. I. & P. R'y to Eggleston avenue. |
| Eugenie triangle | .2 | Eugenie street, N. Clark street, LaSalle avenue. |
| Fernwood park | 8 | 103rd street, 95th street, Stewart avenue, Eggleston avenue |

807

FFXCO_13139

808        GENERAL ORDINANCES

| NAME | ACRES | LOCATION |
|---|---|---|
| Gage farm | 160 | Bounded by 22nd street on the north and 26th street on the south. The east section line is 1,400 feet west of Oak Park avenue, extending west 4,000 feet. (Outside city limits.) |
| Graceland triangle | .2 | Malden avenue and Montrose boulevard. |
| Gross park | .5 | On Otto street, between east Ravenswood and Paulina street. |
| Green Bay triangle | .2 | Chestnut street, Rush street, Cass street. |
| Harding avenue parkway | 3 | In Harding avenue, between Addison street and Byron avenue. |
| Holden park | 4 | Lake street, Ferdinand street, Central avenue, Parkside avenue. |
| Higgins road triangle | | Higgins road and Milwaukee avenue. |
| Irving park | .35 | C. & N. W. R'y, Irving Park boulevard, near 42nd avenue. |
| Kedzie park | 3 | Kedzie avenue, between Palmer place and North avenues. |
| Kinzie parkway | 1.25 | Kinzie street, between Laramie avenue and Long avenue. |
| Lawrence avenue triangles (4) | .8 | On Lawrence avenue, between Clark and Broadway ave nue. |
| Linden park | .9 | Avondale avenue, C. & N. W. R'y, from School street to Belmont avenue. |
| Lyle park | .9 | Wallace street and C. & W. I. R. R., 75th to 79th streets. |
| Maplewood triangle | .2 | Schubert and Maplewood avenues and C. & N. W. R'y. |
| Merrick park | 6 | Pine avenue, Long avenue, Ferdinand street and Kinzie street. |
| McKenna triangle | .3 | 38th street, Archer avenue, Campbell avenue. |
| Montrose point | .2 | Montrose avenue, Sheridan road, Broadway. |
| Mulberry point | .4 | Nickerson avenue, Nina street, Nicollet. |
| Myrtle grove | 1.5 | Neva avenue, Ninnewa avenue, Hood avenue. |
| Normal park | 2.5 | 67th street, 69th street, Lowe avenue, C. & W. I. R. R. |
| Norwood circle | 2.5 | Neva avenue, Peterson avenue, Circle avenue. |
| Oakland park | .75 | Lake Park avenue, 39th street, I. C. R. R. |
| Ogden arrow | .4 | North Clark street, Wells street. Ogden front. |
| Patterson park | .2 | Leavitt street, Boone street, DeKalb street. |
| Pullman park | .6 | 111th street, 111th place. Cottage Grove avenue and Forrestville avenue. |
| Ravenswood parkway | 1.75 | East Ravenswood avenue, between Lawrence and Berteau avenues. |
| Rice triangle | .2 | Western avenue and Grand avenue. |
| Rocky Ledge park | 3.25 | 79th street and Lake Michigan. |
| Roberts square | 5 | Winnemac avenue, north Laramie avenue, Argyle street, north Lockwood avenue. |
| Rutherford park | 4.33 | Palmer street, north Newland avenue, north Oak Park avenue, C. M. & St. P. R. R. |
| Sacramento avenue parking | .2 | 26th street, Sacramento avenue and House of Correction. |
| Salt creek park | 32.64 | Salt creek and C. B. & Q. R. R. at Brookfield. (Outside city limits.) |
| Schoenhofen place | .3 | Canal street, Canalport avenue, 18th street. |
| Stony Island parkway | 8 | Stony Island avenue. 69th to 79th streets. |
| Twenty-second street parkway | 3.5 | In 22nd street from 40th avenue to 46th avenue. |
| The Midway | 1.5 | Midway, between Waller avenue and Austin avenue. |
| The lily gardens | 2.4 | Lowe avenue, C. & W. I. R. R., 71st street, 73rd street. |
| The railway garden | 2.5 | Avondale avenue, Nettleton avenue, and Raven street, south of C. & N. W. R'y, also on Norwood Park avenue, north of C. & N. W. R'y. |
| Washington square | 3 | North Clark street, Walton place, north Dearborn street, Delaware place. |
| West End parkway | 1.4 | In West End avenue from Menard avenue to Austin avenue, north Waller avenue, Parkside avenue. |
| Winnemac park | 40 | Robey street, Foster avenue. Argyle street and Leavitt street. |
| Washington Heights park | .2 | Vincennes road and 104th street. |

PLAYGROUNDS.

| Name. | Location. |
|---|---|
| Adams | Seminary ave. near Center st. |
| Beutner | 33rd and La Salle sts. |
| Bosley | 31st and Bonfield sts. |
| Christopher | 22nd and Robey sts. |
| Commercial club | Chicago ave and Lincoln st. |
| Hamlin | 16th st. and Hamlin ave. |
| McLaren | Polk and Laflin sts. |
| Northwestern | Larrabee and Alaska sts. |
| Orleans | Orleans st. and Institute pl. |
| Robey | Robey and Birch sts. |
| Sherwood | 57th and Princeton ave. |
| Wm. Hale Thompson | North end of Clarendon beach |
| Wrightwood | Wrightwood and Greenview aves. |

BATHING BEACHES.

| | |
|---|---|
| Clarendon beach | Lake Michigan, foot of Sunnyside ave. |
| Rainbow beach | Lake Michigan and 76th st. |

FFXCO_13140

Name.                                             Location.
Rocky Ledge beach....................Lake Michigan, foot of 79th st.
Rogers Park beach..............Lake Michigan and Kenilworth ave.

SWIMMING POOLS.

Beilfuss natatorium.........................1725 N. Springfield ave.
Griffith natatorium........................104th st. and Harvard ave.
Jackson natatorium............................3506 W. Fillmore st.
Washington Heights pool................104th st. and Vincennes ave.

**2867.  Police powers of officers of bureau.]**  Such employes of the bureau of parks, playgrounds and bathing beaches as the commissioner of public works or the secretary of said bureau may designate shall have full police powers, and for that purpose shall be sworn in as special policemen by the superintendent of police, and furnished with suitable badges of authority, and shall also have full power to eject from any public park, playground or bathing beach any person who acts in a disorderly manner, or in a manner calculated to injure the property of the city within such public park, playground or bathing beach, or in a manner calculated to interfere with the full enjoyment of same by the public.

### ARTICLE II

#### REGULATIONS.

**2868.  Entrance and egress.]**  Wherever any park, public playground or bathing beach of the city is enclosed, no person shall enter or leave the same except by the gateways.  No person shall climb or walk upon the walls or fences thereof.  Any of the entrances to such parks, playgrounds or bathing beaches of the city may be closed at any time by the direction of the officer or employe in charge of same.

**2869.  Animals prohibited.]**  No person shall bring or lead any dog in any parkway or public playground unless it is held by a suitable cord or chain, not more than six feet long and is muzzled, and no person shall bring or lead any dog or other animal onto the premises of any bathing beach.

**2870.  Firearms—missiles.]**  All persons are forbidden to carry firearms or to throw stones or other missiles within any of the parks, public playgrounds or bathing beaches of the city, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**2871.  Peddling and hawking prohibited.]**  No person shall expose any article or thing for sale within any such public park, playground or bathing beach, nor shall any hawking or peddling be allowed therein without permission so to do in writing from the commissioner of public works.

**2872.  Indecent words—fortune telling.]**  No threatening, abusive, insulting or indecent language shall be allowed in any part of such parks, public playgrounds or bathing beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

**2873.  Bill posting prohibited.]**  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such park, public playground or bathing beach belonging to the city, nor upon any of the gates or inclosures thereof.

**2874.  Prohibited uses.]**  No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any park, public playground or bathing beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein any military or other evolutions or movements, without a special permit from the commissioner of public works.

**2875.  Bonfires.]**  No person shall light, make or use any bonfire in any such park, public playground or bathing beach.

**2876.  Grass.]**  No person or persons shall be allowed to play ball or other games likely to injure the grass, lawn, turf or shrubbery in any of the city parks, except in such places as may be provided for that purpose.

**2877.  Penalty.]**  Any person who shall violate any of the provisions of this article shall be fined not less than five dollars nor more than one hundred dollars for each offense.

## ARTICLE III.

### WARD PLAY GROUNDS.

**2878.  Aldermen may provide.]**  Each alderman, for and in the ward which he represents, may, without charge to the city, provide such playgrounds, parks, breathing spaces and places of amusement as he in his own judgment shall deem fit, and may fence them in, and provide all paraphernalia necessary; such playgrounds, parks, breathing spaces and places of amusement to be under the sole care and control of the alderman providing the same.

No entrance or admission fee shall be charged to such places so provided.

**2879.  Skating rinks—free water.]**  During the winter months the alderman providing such playgrounds or places of amusement may so change them as to make rinks for skating and kindred purposes, and to do so may use water taken from the city hydrants without charge.

**2880.  Free electric lights.]**  Whenever any public playground, park, breathing space or place of amusement shall be established in the city, in accordance with this article, the commissioner of gas and electricity is hereby authorized and directed to conduct electric light wires to such play ground, park, breathing space or place of amusement, and to erect and equip a sufficient number of lamps to light such grounds, and to supply enough electric current to keep such lights burning from sundown to eleven o'clock at night, or during such time as the alderman in charge thereof shall determine.

## ARTICLE IV.

### TREES, PLANTS AND SHRUBS IN PUBLIC HIGHWAYS—CITY FORESTER.

**2881.  Powers of the bureau of parks, play grounds and bathing beaches—duties of city forester.]**  The bureau of parks, playgrounds and bathing beaches, under the direction of the commissioner of public works shall have full power and authority over all trees, plants and

FFXCO_13142

# EXHIBIT 79

FFXCO_13143

53D CONGRESS, } HOUSE OF REPRESENTATIVES. { Ex. Doc. 1,
3d Session. } { Part 5.

# REPORT

OF THE

# SECRETARY OF THE INTERIOR;

BEING PART OF

# THE MESSAGE AND DOCUMENTS

COMMUNICATED TO THE

## TWO HOUSES OF CONGRESS

AT THE

BEGINNING OF THE THIRD SESSION OF THE FIFTY-THIRD CONGRESS.

IN FIVE VOLUMES.

8C321

VOLUME III.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1894.

FFXCO_13144

# R·E P O R T

OF THE

## SUPERINTENDENT OF YELLOWSTONE NATIONAL PARK.

---

DEPARTMENT OF THE INTERIOR,
OFFICE OF THE SUPERINTENDENT
YELLOWSTONE NATIONAL PARK,
*Mammoth Hot Springs, Wyo., August 13, 1894.*

SIR: Complying with your request of the 14th ultimo, I submit the following report of operations and events in the Yellowstone National Park during the past year:

The tourist season of last year was the most peculiar of any in the history of the Park. My last report bears date of the 27th of July. From that time on, until the end, the falling off that I then noted continued and increased. The regular travel only amounted to 3,076, as against 3,645 for the year previous. Camping parties and irregular outfits suffered more from the depression than did the regular stage and hotel business. This was doubtless due to two causes—the Columbian Exhibition and the financial condition of the country. There was never a season when the hotel registers showed such a cosmopolitan list of names. Nearly every country in the world was represented, and it was no unusual thing to find in the arrivals of a single day people from ten or twelve different foreign nations. Had it not been for this foreign contingent, business in the Park would have proved ruinous; I doubt if any of the companies having franchises here made any money, and it is probable that nearly all found the balance against them at the end of the season.

The travel during the month of June is mostly from the West. Extensive washouts on that part of the railroads, occasioned by the rapid melting of the very heavy snow of last winter, kept tourists out. From June 26 until July 20 there were no trains running over the railroads, owing to the strikes; thus one-half of the season was passed with no profitable business. This is particularly to be regretted, as the hotel, stage, and boat companies were in better shape than ever before to care for tourists, and the Park was in many ways unusually attractive. There is now little prospect of a prosperous ending of the season, and 1894 will probably stand as the most disastrous to business interests of any in the history of the Park. People who had planned to make the tour at even later dates than this have become alarmed at the interference with travel and have abandoned their trip.

The road over the divide was opened on June 20, the same date as last year; but at the opening it was in much better condition than ever before at this period. With small expenditures for repairs the road will be one of the best, as it is one of the most interesting, in the whole circuit.

651

662    REPORT OF THE SECRETARY OF THE INTERIOR.

SEC. 6. That the marshal of the United States for the district of Wyoming may appoint one or more deputy marshals for said park, who shall reside in said park, and the said United States district and circuit courts shall hold one session of said courts annually at the town of Sheridan in the State of Wyoming, and may also hold other sessions at any other place in said State of Wyoming or in said National Park at such dates as the said courts may order.

SEC. 7. That the commissioner provided for in this Act shall, in addition to the fees allowed by law to commissioners of the circuit courts of the United States, be paid an annual salary of one thousand dollars, payable quarterly, and the marshal of the United States and his deputies, and the attorney of the United States and his assistants in said district, shall be paid the same compensation and fees as are now provided by law for like services in said district.

SEC. 8. That all costs and expenses arising in cases under this Act, and properly chargeable to the United States, shall be certified, approved, and paid as like costs and expenses in the courts of the United States are certified, approved, and paid under the laws of the United States.

SEC. 9. That the Secretary of the Interior shall cause to be erected in the park a suitable building to be used as a jail, and also having in said building an office for the use of the commissioner, the cost of such building not to exceed five thousand dollars, to be paid out of any moneys in the Treasury not otherwise appropriated upon the certificate of the Secretary as a voucher therefor.

SEC. 10. That this Act shall not be construed to repeal existing laws conferring upon the Secretary of the Interior and the Secretary of War certain powers with reference to the protection, improvement, and control of the said Yellowstone National Park.

Approved, May 7, 1894.

———•———

RULES AND REGULATIONS OF THE YELLOWSTONE NATIONAL PARK.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., August 1, 1894.*

The following rules and regulations for the government of the Yellowstone National Park are hereby established and made public pursuant to authority conferred by section 2475, Revised Statutes United States, and the act of Congress approved May 7, 1894:

1. It is forbidden to remove or injure the sediments or incrustations around the geysers, hot springs, or steam vents; or to deface the same by written inscription or otherwise; or to throw any substance into the springs or geyser vents; or to injure or disturb, in any manner, or to carry off any of the mineral deposits, specimens, natural curiosities, or wonders within the Park.

2. It is forbidden to ride or drive upon any of the geyser or hot spring formations or to turn loose stock to graze in their vicinity.

3. It is forbidden to cut or injure any growing timber. Camping parties will be allowed to use dead or fallen timber for fuel.

4. Fires shall be lighted only when necessary, and completely extinguished when not longer required. The utmost care should be exercised at all times to avoid setting fire to the timber and grass, and any one failing to comply therewith shall be peremptorily removed from the Park.

5. Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the Park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the Park on written permission of the superintendent thereof. On arrival at the first station of the Park guard parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the Park.

6. Fishing with nets, seines, traps, or by use of drugs or explosives, or in any other way than with hook and line is prohibited. Fishing for purposes of merchandise or profit is forbidden by law. Fishing may be prohibited by order of the superintendent of the Park in any of the waters of the Park, or limited therein to any specified season of the year, until otherwise ordered by the Secretary of the Interior.

7. No person will be permitted to reside permanently or to engage in any business

FFXCO_13146

in the Park without permission, in writing, from the Department of the Interior. The superintendent may grant authority to competent persons to act as guides and revoke the same in his discretion, and no pack trains shall be allowed in the Park unless in charge of a duly registered guide.

8. The herding or grazing of loose stock or cattle of any kind within the Park, as well as the driving of such stock or cattle over the roads of the Park, is strictly forbidden, except in such cases where authority therefor is granted by the Secretary of the Interior.

9. No drinking saloon or barroom will be permitted within the limits of the Park.

10. Private notices or advertisements shall not be posted or displayed within the Park, except such as may be necessary for the convenience and guidance of the public, upon buildings on leased ground.

11. Persons who render themselves obnoxious by disorderly conduct or bad behavior, or who violate any of the foregoing rules, will be summarily removed from the Park.

Any person who violates any of the foregoing regulations will be deemed guilty of a misdemeanor and be subjected to a fine, as provided by the act of Congress approved May 7, 1894, "To protect the birds and animals in Yellowstone National Park and to punish crimes in said Park, and for other purposes," of not more than $1,000 or imprisonment not exceeding two years, or both, and be adjudged to pay all costs of the proceedings.

HOKE SMITH,
*Secretary of the Interior.*

FFXCO_13147

# EXHIBIT 80

FFXCO_13148

51ST CONGRESS, } HOUSE OF REPRESENTATIVES. { Ex. Doc. 1,
2d Session. } { Part 5.

# REPORT

OF THE

# SECRETARY OF THE INTERIOR;

BEING PART OF

# THE MESSAGE AND DOCUMENTS

COMMUNICATED TO THE

## TWO HOUSES OF CONGRESS

AT THE

BEGINNING OF THE SECOND SESSION OF THE FIFTY-FIRST CONGRESS.

IN FIVE VOLUMES.

VOLUME I.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1890.

FFXCO_13149

# ANNUAL REPORT

OF

# THE SECRETARY OF THE INTERIOR.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., November* 1, 1890.

SIR: This report will summarize the work of the Department of the Interior for the past year and exhibit to some degree the great responsibility devolving upon the Secretary, and the almost incessant labor required in supervising and directing the varied national affairs submitted, under you, to his control.

It has been a year of much executive achievement in all the bureaus of this Department.

From the public domain a new Territory has been formed and organized; former Territories have advanced to States; four, admitted to the Union last year, have obtained full representation in both houses of Congress; and two more, admitted this year, have elected their State officers and are about to choose their national representatives. No small part of the satisfaction and good feeling of the people of the Sates of Washington, Montana, North Dakota, South Dakota, Idaho, and Wyoming, exhibited at their most recent elections, is known to be due to the liberal and just execution of the land laws, the pension laws, and the sympathetic interest of the officers of the General Government in the rights and welfare of the Western settlers.

As Territorial organizations have changed into permanent State governments, so "Oklahoma" has become a Territory by act of Congress approved May 7, 1890, and is shown by the census of 1890 to have over 56,000 inhabitants.

And again, while this Territory has been forming, great additions from the Indian reservations have been made to the public domain soon to be opened to settlement. The various Indian commissions have made agreements, now awaiting Congressional action, with different tribes for many millions of acres.

This formative period is one of intense interest not only to our lawmakers and constitutional rulers but to our whole people as they view the present and prospective great increase of States over which the National Constitution continues to expand, and this period will hereafter, it is believed, be found to have been one during which the Republic's vitality and stability were very severely tested. The line of States is

FFXCO_13150

Case 1:23-cv-01605-WBP   Document 46-4   Filed 04/26/24   Page 59 of 223 PageID# 2610

*THE SEQUOIA FORESTS OF THE SIERRA NEVADA, THEIR LOCATION AND AREA.*

[Read before the California Academy of Sciences, September 1, 1890, by Frank J. Walker.]

In the Standard Guide Book to the Pacific Coast, of a late issue, we read this statement. "There are nine groves of big trees in California;" and in the descriptive sketch following this remarkable statement, we find three of the nine groves mentioned as lying south of King's River, vaguely described as the King's River Grove, the grove in the basin of the North Tule, and the grove in the basin of South Tule. There are in the localities named as containing three, no less than seven distinct groves and forests of big trees, while in the enumeration given there is no mention whatever by the author of the several groves and forests of Middle Tule, Kern or Kaweah rivers, nor of the most southern grove on Deer Creek ; in short, the omissions comprise some twenty distinct Sequoia groves and forests, aggregating an area of at least 25,000 acres. Few, indeed, of the inhabitants of Tulare County, where most of the forests are found, have any conception of the wide extent of their Sequoia possessions ; probably not one person in five hundred knows of the existence even of big trees on the Kern River slope, and many would dispute the fact—a fact I have never seen referred to in print—and yet there are no less than 2,000 acres in that region, and some of it the most dense forest growth of Sequoia gigantea known to man. And so with other groves; many of them are to the general public practically unknown and unexplored.

The accompanying map is the first ever published with an approximate showing of the area, location, or existence even of what is by far the larger part of our Sequoia possessions.

With reference to this map, it is my purpose in this paper to briefly mention what may be termed the Forests of Sequoia, and the neighboring groves; and in making the distinction between forests and groves, it will be necessary to draw a somewhat arbitrary line; and for this purpose we will classify as forests all areas of 1,000 acres or upwards, and all below that as groves. According to this distinction we can safely assume that all forests of Sequoia gigantea are to be found to the south of King's River, and nearly all of them in Tulare County ; and with mere mention of the better known northern groves—the Calaveras, South Park, Tuolumne, Merced, Mariposa, Fresno and Washington—we will therefore confine our sketch to a description of this region only.

The first, going southward, and probably the largest compact body of all, is located on the south slope of the South Fork of King's River, in Fresno County. It is designated on your map as Converse Basin Forest. Its location may be given more exactly as in the northeastern part of Township 13 south, range 27 east, and the northwestern part of Township 13 south, range 28 east, Mount Diablo meridian, the larger part being in the latter township. (Please bear in mind that all townships and ranges hereafter given are south and east of Mount Diablo meridian.) The area of this tract is about 5,000 acres. These figures can at best be but an approximation. For most part the Sequoia country is so broken and the variation of density of growth so great, and the limits so vaguely defined, that an exact estimation is almost impossible ; besides, it is likely to be misleading, from the fact that it represents in some instances what may be called a heavy continuous growth, while in others it is more or less broken and scattering. In nearly all cases there is found mixed with the Sequoia a plentiful growth of other timber, principally yellow and sugar pine (*Pinus ponderosa* and *Pinus Lambertiana*), with a sprinkling here and there of fir, cedar, and other growths. However, I have aimed everywhere to keep my estimates of areas well within bounds.

This first forest, together with the one next in order, are owned by one of the leading lumber firms of California. And next Wednesday they celebrate at Sanger the completion of their 40 mile lumber flume, connecting their capacious mills in the mountains with the railroad on the plains. They propose to clean up everything as they go along, stripping the land bare and moving their mills and extending their flume from point to point as the timber supply becomes exhausted. It will probably take years for them to reach the Boulder Creek forest, in township 13, range 29, so named from the affluent of King's River, on whose slopes it is found. The area of this forest and neighboring groves can not be less than 1,500 acres, probably more. These two already mentioned lie together on the waters of King's River, in Fresno County, but the forest next to the south, the Fresno Big Tree forest, is on the divide between the waters of King's and Kaweah Rivers, partly in Fresno and partly in Tulare Counties. It lies in the contiguous corners of the four townships 13 and 14, ranges 27 and 28. Its original area can not be computed at less than 2,000 or 3,000 acres, but so much of it has been stripped that its limits are hard to determine.

FFXCO_13151

CLX        REPORT OF THE SECRETARY OF THE INTERIOR.

Here have been the principal milling operations in sequoia for the past twenty years. Four sections of it, containing what is known as the "Fresno Big Trees," have already been reserved by the United States Government, it being the only reservation ever made in these southern forests for the purpose of saving the sequoia. This is the reservation recently confirmed by the Secretary of the Interior, containing the famous big tree known as the "General Grant," said to be 40 feet in diameter.

Passing on to the west side of township 14, range 28, we find along Redwood Creek a forest of some 3,000 acres. This most magnificent growth has also passed from the possession of the Government to private ownership. Farther south we next come to a forest on the North Fork of the Kaweah River, in the northwest portion of 15 to 29, and extending northward across the line into 14 to 29. There is here upwards of 1,500 acres of Big Tree forest still owned by the Government. The whole township is timbered and well worth preserving aside from the sequoia.

A few miles southward brings us to the Sequoia tract, known as the Giant forest, located in the contiguous corners of townships 15 and 16, ranges 29 and 30, where there is found an area of some 2,300 acres of sequoia. This, although still in the hands of the Government, is claimed by individual locators by reason of their locations having been made in good faith and filed previous to the withdrawal from entry of these townships, as explained hereafter. It is generally thought that they will substantiate their claims and acquire the land, and public sentiment seems to favor it. Passing to the Middle Fork of Kaweah River, we find several groves, some of which are still in the hands of the Government, but there exists on this branch no sequoia tract that could properly be called a forest.

Southward, on the east fork of the Kaweah River, we come to what is designated as the Mineral King forest, from a mining district of that name, comprising, with the detached groves, some 3,000 acres; the main body is in township 17, range 30, the township whose recent restoration to entry gave rise to the movement culminating in what is known as the Vandever Sequoia Park bill, recently passed in the Lower House of Congress. In December, 1885, Commissioner Sparks, of the General Land Office, withdrew from entry 18 certain townships, of which this was one. The reason for this suspension was the alleged fraudulent character of the surveys. We need not consider the condition of these surveys; but from the character of the country it would seem that the subdivision lines of township 17, range 30, could be more readily run with a ruling pen than with chain and transit; and at that time the compensation for either system of survey was supposed to be the same. But one thing is certain, on many of the Government plats you will search in vain for any trace of sequoia growth, even where the alleged lines run through sections now known to be heavily timbered with the mountain redwood. It is to this fact largely, no doubt, that the very existence of certain sequoia forests has so long remained unknown to the public.

The fact that several of the suspended townships contained big trees had nothing whatever to do, so far as we know, with influencing the acts of the Commissioner. But Commissioner Sparks "builded better than he knew," and the ultimate outcome of his order of withdrawal has been to preserve in the Government's undisputed possession several forests of these big trees that would otherwise have gone the way of all the rest, into the hands of speculators and lumbermen. Thus the matter remained *in statu quo* till the opening of the present year, the friends of sequoia preservation resting easy in the fancied security of their position, inasmuch as the Department had expressly declared its policy not to restore to entry these lands in advance of an official examination.

At the opening of the present year parties interested in acquiring timber by some means secured the release of the suspension of township 17, range 30. It was restored to entry May 23, and in less than six weeks the entire Mineral King forest was filed on by timber-land claimants and the tract effectually cleaned up. While thus the greed for big-tree timber was developing the supply was growing short, and attention of timber prospectors was turned to other forests, and it was found that in the township to the south, township 18, range 30, there was a forest practically unexplored that offered the best field for their next work. The same measures that had proved so successful in opening up township 17, range 30, were forthwith set to work to secure this more valuable prize. At this juncture a few citizens of Tulare County took steps to thwart the attempted spoliation of the sequoia forests.

As the forest in township 18, range 30, was the one the timber men most wanted, the inference was reasonable that it was the best of all for the Government to keep. We need not detail the ways and means adopted, but the ultimate outcome of the opposition has been the Vandever bill, embracing in its proposed reservation two townships and four sections to be set apart as a national sequoia park. The reservation includes the forest marked on your map as the Sequoia Park forest, and also the larger part of the Homer Peak forest, somewhere from 3,000 to 5,000 acres. South of these, following the sequoia belt, in township 19, range 30, we come to the Dillon Mill forest, of over 1,000 acres, with but little remaining to the Government,

REPORT OF THE SECRETARY OF THE INTERIOR.    CLXI

and from which thousands of sequoia fence posts are being hauled this season.  And still farther southward, partly in the southest corner of the same township, and extending into the corners of three other townships, is the Tulare River forest.

Much "cutting and slashing" for a period of years, of which Professor Eisen told you at a late meeting, has here been going on; and during this time different mills have been drawing their supply of mountain redwood from this forest; still by far the larger part remains.  Here exists a noted center of sequoia growth known as the "McFadyen 80" (acres), estimated by lumbermen to have on it timber sufficient for 8,000,000 feet of lumber.  Only one mill is running this season.  This, with the Pixley grove, we will estimate at 3,500 acres.  About 6 miles directly south is the Putnam Mill forest, in townships 20 and 21, range 31, containing some 4,000 acres.  A portion of this, that in township 20, range 31, is still owned by the Government, and is a very beautiful forest of over 1,000 acres.

In the northeast of this same township 21, range 31, and extending into the adjoining townships, is found the Fleitz forest, owned by a Michigan syndicate; while in the southeast portion of the same township and extending into township 22, range 31, are groves owned by the syndicate known as the "Kessing," the several tracts comprising an area of some 4,000 acres.  Here again, in the southwest of township 22, range 31, the Government possesses a tract of somewhat uncertain value and extent, known as the Indian Reservation forest, and estimated at 1,500 acres.  It is not generally known that there exists any sequoia on the Kern River slope, but there are on that side at least 1,500 or 2,000 acres in groves scattered along the slope from Freeman's Valley southward for some 15 miles.  Only one of these tracts could be classed as a forest, that of Freeman Valley.  Here is a tract of about 1,000 acres, a limited portion of which is probably the heaviest growth of *Sequoia gigantea* in the world.  Unfortunately this also has passed into the hands of lumbermen.

One grove more remains to be mentioned, not because of its intrinsic merit, but because of its location, it being, so far as known, the southernmost limit of sequoia.  It is that on Deer Creek, indicated on older maps as "Mammoth Grove."  It contains less than 150 sequoias, scattered over an area of perhaps 300 acres.

This completes the list.  The sequoia forests proper, therefore, extend over a belt of country beginning at Converse Basin, on the north, and ending with the Indian reservation forest, 60 miles to the south.  The groves and forests together in this region are upwards of twenty in number, with an average distance between them of perhaps 3 or 4 miles.

Within this scope of country a moderate estimate of the sequoia would be, according to the foregoing figures and including a few unnamed groves, 37,500 acres, divided between the several river systems as follows:

|  | Acres. |
|---|---|
| King's River | 7,500 |
| Kaweah River | 14,000 |
| Tule River | 14,000 |
| Kern River | 1,700 |
| Deer Creek | 300 |
| Total | 37,500 |

It has been sufficiently shown that there are in the State several forests and groves of big trees still belonging to the Government, aside from those embraced in the Vandever bill.  To insure the safety of these, and to put them beyond the designs of timbermen, and above all to protect them from devastating forest fires, it is exceedingly desirable that they be reserved and placed under expert supervision.  We need no reminder that the greed of timber and cattle men will soon work havoc with what remains, unless something be done to stay the devastation; and if we would save a portion we must begin at once.

Concerning the utility of the region embraced in these limits as the best natural reservoir for the storage of waters needed for irrigation, we need not dwell.  But for a moment let me touch on the suitability of the country for a park because of its charming natural attractions.  You need hardly be reminded of this.  The heart of the Sierra, culminating in Mount Whitney, affords grand scenery of peculiar charm and great variety.  Here are three Yosemites rivaling their noted prototype in many features, with a little world of wonders clustering around the headwaters of Kern, Keweah, and King's Rivers.  We will simply mention the Grand Cañon of King's, where for 20 miles the mad waters of the California Alps, are crowned with nameless and unnumbered domes and towers.  Then only a few miles across the divide, extends the cañon of King's River, with its wealth of impressive scenery, and some 8 miles farther to the north lies the valley of Tehipitee, the gem of the Sierra, with its wonderous dome of rock rising in rounded majesty some 6,000 feet from the level of the river-cleft meadow at its feet.  Yet a view of the most impressive and characteristic scenery

FFXCO_13153

of the region is to be earned by scaling one of the lofty peaks of the Keweah range At least 100 peaks here rise to altitudes exceeding 10,000 feet.

One can never forget the impression who has once looked out over the California Alps from the pinnacle of Miners' Peak.  As I once before said in describing this scene, that "Here amid the companionship of peaks one beholds with speechless wonder the spectacle beyond.  No satisfactory view of the Whitney Range can be found from the San Jouquin plains.  The intervening Keweah Range veils the view of the higher peaks beyond.  But here, standing on the crest of the Keweah Sierra, one looks across the Grand Cañon of the Kern, and the encircling wilderness of crags and peaks is beyond the power of pen to describe.  Mounts Monache, Whitney, Williamson, Tyndall, Keweah, and a hundred nameless peaks—the crown of our country,—have pierced the mantle of green that clothes the cañons below and are piled into the very sky, jagged and bald and bleak and hoary, a wilderness of eternal desolation."

---

## RULES AND REGULATIONS OF THE SEQUOIA NATIONAL PARK.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., October 21, 1890.*

1. By act of Congress approved September 25, 1890, the tract of land in the State of California described as township 18 south and ranges 30 and 31 east, and also sections 31, 32, 33, and 34, in township 17 south and range 30 east, and by act of Congress approved October 1, 1890, the adjoining tract described as townships 15 and 16 south, ranges 29 and 30 east, and also township 17 south, range 30 east, except above mentioned sections 31, 32, 33, and 34, have been set apart for a public park, and the same shall be known as the "Sequoia National Park."

2. The park by said acts is placed under the exclusive control of the Secretary of the Interior, and these rules and regulations are made and published in pursuance of the duty imposed on him in regard thereto.

3. No persons other than transient visitors will be permitted to be within the Park without written authority from the Secretary of the Interior.

4. No person shall cut, break, remove, impair, or interfere with any trees, shrubs, plants, timber, minerals, mineral deposits, curiosities, wonders, or other objects of interest in the park; and all of the same shall be retained in their natural condition.

5. The wanton destruction of the fish and game from within the park and their capture or destruction for the purposes of merchandise or profit are forbidden by said acts; and no one shall carry into or have in the park any fire-arms, traps, nets, tackle, or appliances, or fish or hunt therein without a license in writing signed by the Secretary or superintendent of the park.

6. No one shall start or kindle, or allow to be started or kindled, any fire in grass, leaves, underbrush, débris, or dead timber, down or standing; and any one so offending will be held responsible pecuniarily for all damages that may result from such fire.

7. The sale or use of intoxicating liquors within the park is strictly forbidden.

8. The superintendent duly appointed by the Secretary is hereby authorized and directed to remove all trespassers from the park and enforce these rules and regulations and all the provisions of the acts of Congress aforesaid.

JOHN W. NOBLE,
*Secretary of the Interior.*

FFXCO_13154

# EXHIBIT 81

FFXCO_13155

# ANNALS OF FORT MACKINAC:

BY

## DWIGHT H. KELTON,

LIEUTENANT U.-S. ARMY.

CHICAGO:

FERGUS PRINTING COMPANY.

1882.

Generated on 2024-01-04 22:44 GMT / https://hdl.handle.net/2027/mdp.39015010391376
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

FFXCO_13156

Case 1:23-cv-01605-WBP Document 46-4 Filed 04/26/24 Page 65 of 223 PageID# 2616

F
574
.H2
K27

Entered according to Act of Congress, in the year 1882, by
D. H. KELTON,
In the office of the Librarian of Congress, at Washington.

Generated on 2024-01-04 22:44 GMT / https://hdl.handle.net/2027/mdp.39015010391376
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google



Original from
UNIVERSITY OF MICHIGAN

FFXCO_13157

Case 1:23-cv-01605-WBP   Document 46-4   Filed 04/26/24   Page 66 of 223 PageID# 2617

## NATIONAL PARK.—ISLAND OF MACKINAC.

ON March 11, 1873, Hon. T. W. Ferry, Senator from Michigan, introduced in the Senate, the following:

*Resolved*, That so much of the Island of Mackinac, lying in the Straits of Mackinac, within the County of Mackinac, in the State of Michigan, as is now held by the United States under military reservation or otherwise, (excepting the Fort Mackinac and so much of the present reservation thereof as bounds it to the south of the village of Mackinac, and to the west, north, and east respectively by lives drawn north and south, east and west, at a distance from the present fort flag-staff of four hundred yards,) hereby is reserved and withdrawn from settlement, occupancy, or sale under the laws of the United States, and dedicated and set apart as a National public park, or grounds, for health, comfort, and pleasure, for the benefit and enjoyment of the people; and all persons who shall locate or settle upon or occupy the same, or any part thereof, except as herein provided, shall be considered trespassers, and removed therefrom.

That said public park shall be under the exclusive control of the Secretary of War, whose duty it shall be, as soon as practicable, to make and publish such rules and regulations as he may deem necessary or proper for the care and management of the same.   Such regulations shall provide for the preservation from injury or spoilation of all timber, mineral deposits, natural curiosities, or wonders within said park, and their retention in their natural condition.   The Secretary may, in his discretion, grant leases, for building purposes, of small parcels of ground, at such places in said park as shall require the erection of buildings for the accommodation of visitors, for terms not exceeding ten years; all of the proceeds of said leases, and all other revenues derived from any source connected with said park, to be expended, under his direction, in the management of the same and in the construction of roads and bridle-paths therein.   He shall provide against the wanton destruction of game or fish found within said park,

2



FFXCO_13158

supernatural, naming it "the island of giant fairies." To this day the Indian looks upon and treads the almost unbroken surface of Mackinac with much of the veneration which inspired his early fathers when they first saw and consecrated to the Great Spirit the favored island.

———

The following are the approved Rules and Regulations for the Park at Mackinac:

I.   Mackinac Park will be under the immediate control and management of the commanding-officer of Fort Mackinac, who is charged with the duty of preserving order, protecting the public property therein, and enforcing these rules:

II.   All tenants renting under the Act of Congress providing therefor must conform to, and abide by, such rules and regulations as are prescribed for the care of the park, and will be held responsible for a compliance with the same on the part of the members of their families, their agents, and employés.

III.   The sale of wines and malt or spirituous liquors on the park, without special authority from the commanding-officer of Fort Mackinac, or higher military authority, is prohibited.

IV.   No person shall put cattle, swine, horses, or other animals on the park, except as follows:

The cows belonging to the residents of the Island of Mackinac may be placed in a herd, under the care of a herder, and be permitted to graze in such parts of the park as may be designated by the commanding-officer of Fort Mackinac.

V.   Racing or riding and driving at great speed is prohibited.

VI.   No person shall indulge in any threatening, abusive, insulting, or indecent language in the park.

VII.   No person shall commit any obscene or indecent act in the park.

VIII.   No frays, quarrels, or disorders of any kind will be permitted in the park.

IX.   No person shall carry or discharge fire-arms in the park.

X.   No person shall injure or deface the trees, shrubs, turf,


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

FFXCO_13159

natural curiosities, or any of the buildings, fences, bridges, or other structures within the park.

XI.   No person shall injure, deface, or destroy any notices, rules or regulations for the government of the park, posted, or in any other manner permanently fixed, by order or permission of the authorities of the park.

XII.   No person shall wantonly destroy any game or fish within the park, nor capture nor destroy the same for any purposes of use or profit.

XIII.   Any person who shall violate any of these Rules and Regulations shall be ejected from the park by military authority, and in case the person so offending shall have committed any offence in violation of any of the statutes of the United States or of the State of Michigan the offender shall be proceeded against before the United States or State courts, according to the laws providing for the same.

XIV.   The commanding-officer of Fort Mackinac may, at any time, add to or modify these Rules, subject to the approval of the Secretary of War.

When the Park was surveyed, Lots were set apart for building purposes in the following places: on the bluff near "Robertson's Folly"; on the bluff on the N.-W. side of the island; and on the bluff extending from the old Indian burying-ground along by "Pontiac's Lookout."   The latter are the most desirable in many respects.

The rent per annum ranges from ten to twenty-five dollars a lot, but as yet none have been taken.

Col. Gurdon S. Hubbard, of Chicago, who owns a tract of eighty acres adjacent to "Pontiac's Lookout," has platted his land so as to correspond with the Park Lots, Streets, etc.   "Lover's Leap" and "Devil's Kitchen" are in this tract.


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

FFXCO_13160

# EXHIBIT 82

FFXCO_13161

55TH CONGRESS, } HOUSE OF REPRESENTATIVES. { DOCUMENT
2d Session. } { No. 5.

# ANNUAL REPORTS

OF THE

# DEPARTMENT OF THE INTERIOR

FOR THE

## FISCAL YEAR ENDED JUNE 30, 1897.

————

REPORT OF THE
### SECRETARY OF THE INTERIOR.
REPORT OF THE
### COMMISSIONER OF THE GENERAL LAND OFFICE.

————

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1897.

FFXCO_13162

# REPORT

OF THE

# SECRETARY OF THE INTERIOR.

---

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., November 16, 1897.*

SIR: I have the honor to submit herewith the annual report of the Department of the Interior. It is impossible to treat satisfactorily, in a single volume, of the vast and varied interests of the great internal empire which is administered, under direction of the President, by the Department of the Interior. I must content myself, therefore, with a statement of such recommendations as the interests of the service require and a brief review of the business of the many bureaus of the Department, referring largely for details to the extended reports of the Commissioners of Patents, of the General Land Office, of Pensions, Indian Affairs, and Education, and of the Director of the Geological Survey and other executive officers of the various institutions which are, to a greater or less extent, under the supervision of this Department.

## APPROPRIATIONS.

At the organization of this Department under the act of March 3, 1849, there was then provided a clerical force aggregating about 493, for whom there was appropriated $183,468.26. Since that time Congress has further extended the jurisdiction of the Department by adding new duties, and the increase of business caused thereby, as well as the rapid growth of the country and of its affairs, has necessitated large accessions to the clerical force until there are now employed 14,519 persons under the supervision of the Secretary of the Interior, to whom are paid as salaries the sum of $8,776,555. The distribution of this enormous force of employees among the various bureaus and

III

FFXCO_13163

LXXXIV   REPORT OF THE SECRETARY OF THE INTERIOR.

Appended to the report is a copy of the latest map of the park, including the annexed timber reserve, showing roads completed, roads projected, roads under construction, roads available but not yet used by the Park Transportation Company, saddle trails, and old wagon trails that may be used as saddle trails, etc.

The claims of Mr. Baronett on account of a bridge built by him over the Yellowstone River, and those of Messrs. McCartney and McGuirk, respectively, for improvements made within the park prior to the act of dedication, are equitable and just, and payment of them should not be longer delayed. Recommendations have been made in the annual reports of my predecessors that Congress make proper appropriation for the adjustment of their claims; these recommendations are renewed, as in my judgment all proprietary rights within the park should be removed.

YOSEMITE NATIONAL PARK.

This park is situated in Tuolumne, Mariposa, and Mono counties, Cal., and covers an area of about 1,512 square miles, being 36 miles wide and about 42 miles long.

Capt. Alexander Rodgers, Fourth Cavalry, U. S. Army, acting superintendent, reports that he left the Presidio of San Francisco on the 10th of May with Troop K, Fourth Cavalry, which had been designated to guard the park during the season. The troop reached camp near Wawona, Cal., May 22, 1897. The work of patrolling the park began on the 26th of May, and thereafter was steadily kept up. The guard at Crocker's, established last year, was renewed. It looks after firearms brought into the park, instructs campers as to park regulations, escorts cattle brought in on permits and belonging to holders of patented lands within the park, etc. All the firearms are taken from their owners at Wawona and Crocker's, the two principal entrances to the park, and patrols take all the firearms found in possession of tourists and campers who have entered the park by unguarded routes. The regular patrols have found that there is less trespassing in the park than in past years.

Very few signs of sheep have been found inside the park lines, and they were mainly in the eastern and southeastern parts of the park, which are accessible to persons crossing from the eastern side earlier than they are to the patrols. Sheep rarely penetrate more than half a mile inside the park lines, so careful has been the patrolling system. The northern part of the park, which was formerly overrun with sheep, is now clear. Cattle, which used to range over the whole western half of the park, are now restricted to the lands belonging to persons holding patented lands within the park, and owners of cattle are held to strict compliance with the rules and regulations promulgated by the Secretary of the Interior.

The game in the park has increased in numbers and the deer and other animals show less fear of human beings than they have in past

REPORT OF THE SECRETARY OF THE INTERIOR.    LXXXV

years; the result, no doubt, of the rigid enforcement of the rules against carrying firearms in the park. There is little or no hunting in the park during the time the troops are there, but many people come into the western part after the departure of the troops, and it is believed they kill considerable game, particularly deer. Indians from Nevada come into the reservation very late in the fall and kill deer in large quantities. They are among the worst offenders, and it is urged that steps be taken to prevent a recurrence of this conduct on their part.

Through the courtesy of the United States Fish Commission and of the California fish commission, many of the streams and lakes in the park have been stocked with trout, and the number of waters so stocked increases from year to year. During the past two years most of the work of the stocking has been performed by Lieut. Harry C. Benson, Fourth Cavalry, to whose judgment and energy the success of the work is largely due.

Forest fires have been unusually numerous this year. Owing to the prompt action and hard work of the noncommissioned officer in charge of the guard at Crocker's, a fire that threatened the Merced Big Tree Grove was put out before it could do any harm to these trees. The largest fire occurred near Hazel Green, and burned over a tract covering several square miles. Some large timber, much of fair size, and all the young growth were destroyed. A detachment of twenty men did much to prevent its spreading more. Many fires were reported soon enough to enable detachments to extinguish them before they had spread very far. These fires are generally due to the ignorance or willful carelessness of campers. There is good reason to suspect that some of the fires have been deliberately started by persons just outside the park line and brought in by the strong easterly winds that have been blowing for some time.

The need of a good map of the park has been greatly felt, but was largely overcome by the work of Lieutenant McClure, Fifth Cavalry, on duty in this park with Troops C and K, Fourth Cavalry, in 1894 and 1895. Lieutenant Benson took up this work in 1896, and the result of his two years' service in the park and of careful study of all authorities bearing upon it is shown in the excellent map that he has prepared. From the maps in the surveyor-general's office tracings have been made showing all patented lands inside the park. These tracings have been of great value this year, and will make comparatively easy the work of a new officer coming here. There is urgent necessity of a survey of the lines of the park, which ought to be carefully marked, so that there may be no possible mistake as to the boundaries.

There are in the park four principal roads; these are the road of the Yosemite Stage and Turnpike Company, from Wawona to the Yosemite Valley; the Big Oak Flat road, which enters the park about 3 miles west of Crocker's and runs into the Yosemite Valley at the foot of El Capitan; the Coulterville road, which crosses the park line about 3

# EXHIBIT 83

FFXCO_13166

# FIREARMS REGULATIONS IN THE NATIONAL PARKS

# 1897—1936

**May 13, 2008**

FFXCO_13167

**Background**

This information has been compiled to provide National Park Service employees more complete insight into the history of NPS firearms regulations.  The first Servicewide regulations were adopted in 1936.[1]  Although it has not been widely noted, those regulations prohibited firearms and required that they be surrendered when visitors entered the parks.  Visitors could obtain written permission to carry them through the park if the weapons were "sealed."

The current Servicewide regulations governing weapons in parks were adopted in almost their present form in 1983, and published at 36 CFR 2.4.[2]  However, in 1984, several adjustments were made to:
a.  Make it clear that Alaska had different rules, and individual parks might have some variations in park-specific special regulations.
b.  Re-order some of the wording to make it easier to follow.
c.  Add a definition of what constitutes a "residential dwelling."
d.  Add the word "temporarily" in front of the word "inoperable."
e.  Clarify that the regulations applied on privately owned lands and waters under the legislative jurisdiction of the US.
f.   Add a definition for the word "unloaded."

Item 1.e above was further amended in 1987 to clarify that the regulations apply "regardless of land ownership, on all lands and waters within a park area that are under the legislative jurisdiction of the U.S."

Prior to adoption of the 1936 Servicewide regulations, parks adopted park-specific regulations prohibiting weapons—the first (apparently) being Yellowstone National Park in 1897.  Attached is a compilation of those regulations.  Due to difficulty in retrieving archival materials, there are some gaps in this compilation.  We will continue our efforts to fill these gaps, so check www.nps.gov/policy/Firearms.pdf to ensure you have the latest edition.  We invite park superintendents to provide the NPS Office of Policy any additional information they may have that would help in this effort.

---

[1] The 1936 regulations are on-line at http://www.nps.gov/policy/1936Regulations.pdf
[2] 36 CFR 2.4 is on-line at http://edocket.access.gpo.gov/cfr_2007/julqtr/pdf/36cfr2.4.pdf

FIREARMS REGULATIONS
1897 – 1936

**TABLE OF CONTENTS**

Page(s)

1. Yellowstone National Park
    (a)  June 1, 1897 — 1
    (b)  April 1, 1899 — 3
    (c)  July 1, 1900 — 3
    (d)  February 7, 1902 — 3
    (e)  July 2, 1908 — 5
    (f)  May 27, 1911 — 5
    (g)  April 15, 1918 — 5
    (h)  February 18, 1929 — 6
    (i)  January 11, 1930 — 6
    (j)  December 20, 1930 — 7
    (k)  January 23, 1932 — 7
    (l)  December 21, 1932 — 8

2. Sequoia and General Grant National Parks
    (a)  June 2, 1902 (Sequoia) — 9
    (b)  June 2, 1902 (Gen'l Grant) — 9
    (c)  March 30, 1907 — 11
    (d)  March 30, 1912 — 11
    (e)  April 15, 1918 — 11
    (f)  January 14, 1928 — 12
    (g)  January 2, 1930 — 12
    (h)  December 6, 1930 — 13
    (i)  December 21, 1932 — 14

3. Yosemite National Park
    (a)  June 2, 1902 — 15
    (b)  February 29, 1908 — 18
    (c)  June 1, 1909 — 19
    (d)  March 30, 1912 — 19
    (e)  May 11, 1914 — 20
    (f)  April 15, 1918 — 21
    (g)  November 24, 1928 — 21
    (h)  January 14, 1930 — 22
    (i)  December 8, 1930 — 23
    (j)  January 13, 1932 — 23
    (k)  December 21, 1932 — 24

4. Mesa Verde National Park
    (a)  March 19, 1908 — 25

FFXCO_13169

|  |  |  |
|---|---|---|
| (b) | March 30, 1912 | 25 |
| (c) | April 15, 1918 | 26 |
| (d) | December 11, 1928 | 26 |
| (e) | March 1, 1930 | 27 |
| (f) | January 8, 1931 | 27 |
| (g) | December 21, 1932 | 28 |

5. Crater Lake National Park

|  |  |  |
|---|---|---|
| (a) | August 27, 1902 | 28 |
| (b) | June 10, 1908 | 29 |
| (c) | March 30, 1912 | 29 |
| (d) | April 15, 1918 | 30 |
| (e) | January 19, 1928 | 30 |
| (f) | December 28, 1929 | 31 |
| (g) | January 14, 1931 | 31 |
| (h) | January 15, 1932 | 32 |
| (i) | December 21, 1932 | 32 |

6. Mount Rainier National Park

|  |  |  |
|---|---|---|
| (a) | August 1, 1903 | 33 |
| (b) | June 10, 1908 | 34 |
| (c) | March 30, 1912 | 34 |
| (d) | April 15, 1918 | 35 |
| (e) | November 22, 1928 | 35 |
| (f) | December 30, 1929 | 36 |
| (g) | December 8, 1930 | 36 |
| (h) | December 21, 1932 | 37 |

7. Platt National Park

|  |  |  |
|---|---|---|
|  | June 10, 1908 | 38 |

8. Wind Cave National Park

|  |  |  |
|---|---|---|
| (a) | June 10, 1908 | 38 |
| (b) | March 30, 1912 | 38 |
| (c) | April 15, 1918 | 39 |
| (d) | March 8, 1926 | 39 |
| (e) | December 28, 1929 | 40 |
| (f) | December 2, 1930 | 40 |
| (g) | December 21, 1932 | 41 |
| (h) | In effect 1933 | 41 |

9. Glacier National Park

|  |  |  |
|---|---|---|
| (a) | December 3, 1910 | 42 |
| (b) | March 30, 1912 | 42 |
| (c) | May 13, 1914 | 43 |
| (d) | April 15, 1918 | 43 |

iv

FFXCO_13170

(e)  December 12, 1928                                          44
(f)  March 6, 1930                                              44
(g)  December 3, 1930                                           45
(h)  December 21, 1932                                          46

10.  Rocky Mountain National Park
(a)  May 29, 1915                                              47
(b)  April 15, 1918                                            48
(c)  January 17, 1928                                          48
(d)  January 2, 1930                                           48
(e)  December 6, 1930                                          49
(f)  December 21, 1932                                         50

11.  Hawaii National Park
(a)  In effect 1929                                            50
(b)  December 21, 1932                                         51

12.  Acadia National Park
(a)  In effect 1929                                            51
(b)  In effect 1930                                            52
(c)  January 14 and December 21, 1932                          52

13.  Lassen Volcanic National Park
(a)  In effect 1929                                            52
(b)  In effect 1930                                            52
(c)  January 14, 1932                                          53
(d)  December 21, 1932                                         54

14.  Mount McKinley National Park
(a)  In effect 1929                                            54
(b)  In effect 1930                                            55
(c)  January 29, 1932                                          56

15.  Zion and Bryce Canyon National Parks
(a)  January 12, 1929                                          56
(b)  In effect 1931                                            57
(c)  February 6, 1932                                          57
(d)  December 21, 1932                                         58

16.  National Monuments
(a)  November 19, 1910                                         59
(b)  In effect 1930                                            59

17.  Carlsbad Caverns National Park
      February 28, 1933                                        59

FFXCO_13171

18.  Great Smoky Mountains National Park
    (a)   May 9, 1932    60
    (b)   March 10, 1933    60
    (c)   In effect 1934/35    60

19.  Grand Canyon National Park
    (a)   January 16, 1928    61
    (b)   January 2, 1930    61
    (c)   January 9, 1931    62
    (d)   February 15, 1932    62
    (e)   December 21, 1932    63

20.  Grand Teton National Park
    (a)   In effect 1929    64
    (b)   In effect 1930    64
    (c)   January 29, 1932    64

21.  General (Service-wide) regulations
       June 18, 1936    65


Appendix A:
    1872 Yellowstone regulations    67
Appendix B:
    1881 Yellowstone regulations    68
Appendix C:
    1888 Yellowstone regulations    69

FFXCO_13172

**FIREARMS REGULATIONS**
**1897 – 1936**


YELLOWSTONE NATIONAL PARK[3]

1. Regulations of June 1, 1897 –

    (5)  Hunting or killing, wounding or capturing, of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits[4], including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.</u>

        "Rules and Regulations of the Yellowstone National Park," June 1, 1897.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1898, Miscellaneous Reports [vol. 3]* (Washington:  Gov't Printing Office, 1898), p. 972.  See also, Act of May 7, 1894, ch. 72, 28 Stat. 73, in particular, §4 (28 Stat. 74).

    <u>N.B.</u>  In his report to the Secretary of August 31, 1897, the acting superintendent, Maj. Gen. S.B.M. Young, United States Volunteers (Colonel Third Cavalry), wrote in connection with this regulation:

<div align="center">Carrying Firearms through the Park</div>

    The custom of carrying firearms through the park has been almost universal among those who live in the neighboring States and travel in their own conveyances, or on saddle animals accompanied by pack animals.  During the first half of the season it was found that many firearms, fastened with red tape and sealing wax at the point of entry, had broken seals at the point of exit.  In many cases it was evident that the seals were broken by accident; others showed signs of having been broken and resealed.  To remedy this a new system of sealing has been adopted similar to that used by express companies . . . .
<u>The regulation prohibiting firearms in the park, except on written permission from the superintendent [in which case the arms were sealed], has been strictly enforced.  It is essential to the protection of the park.</u>

---

[3]  The very first park regulations were apparently promulgated by Secretary of the Interior Columbus Delano at the time of the dedication of YELL.  They are attached hereto as Appendix A.
[4]  The first park regulations to mention "outfits," were the YELL regulations of July 1, 1888, reproduced in Appendix C.  The interim regulations, dated May 4, 1881, are found in Appendix B.

A certain sentiment of hostility toward the park and of antagonism toward the efforts of the authorities to protect the wild animals from destruction has existed and continues to exist among the ranchers and the people of the settlements near the park boundaries. This feeling of hostility seems to be due to an idea, which prevails widely, that a reservation of any part of the public domain for the perpetual benefit of the whole people is an invasion and an abridgement of the private rights of the people of the adjoining region. This idea naturally arises from an ignorance of the benefits that result from such reservations to the people of the whole country and an equal ignorance of the advantages which accrue to the inhabitants of the immediate vicinity. In consequence of the benefits which have already resulted to this region from the existence of this park as a breeding place from which the surplus game may wander down into the adjoining country where it may be freely taken, and from the opportunities afforded by the park for remunerative employment during the summer season, there is already a marked diminution of this hostile feeling. As these benefits come to be better understood I believe that this hostility will further diminish, and my best efforts shall be devoted to the encouragement of a friendly sentiment toward the park among the citizens of the surrounding country.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1897. Miscellaneous Reports [vol. 3]* (Washington: Gov't Printing Office, 1897), pp. 781-82.

In his report for the year prior to the regulation's adoption, Acting Superintendent Young stated:

Over 200 stand of arms have been taken from persons entering the park by the two main thoroughfares, including those taken from parties found inside, and as a probable resultant, young broods of quail and grouse abound throughout the park. The deer, bear, lynx, fox, coon, tree squirrel, and chipmunk, although not scarce, are not so plentiful as they should be in their natural home in the park. If firearms, hunters, and trappers are kept out of the park they will multiply and become plentiful, and their instinctive fear of man will gradually so lessen in a few years that visitors will be enabled to see and study them in their natural state. These animals drift down below the heavy snow line in winter and the supply that is taken by ranchmen and hunters outside the park boundaries will be a sufficient trimming in numbers to promote a healthful breeding and growth in the natural game nursery within the boundaries.

*Report of Secretary of the Interior; Being Part of the Message and Documents Communicated to the Two Houses of Congress at the Beginning of the Second Session of the Fifty-Fourth Congress. In Five Volumes.* (Washington: Gov't Printing Office, 1896), vol. III, p. 740.

After the regulation's promulgation, the Sec'y of the Interior commented as follows:

The regulations prohibiting firearms in the park, except under written permission of the superintendent, have been strictly observed, the enforcement thereof being essential to the best interest of the park.

2

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1897, Report of the Secretary of the Interior [vol.1] (Washington: Gov't Printing Office, 1897)*, p. LXXXIII.

2.  Regulations of April 1, 1899 –

   (5)  Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

   "Rules and Regulations of the Yellowstone National Park," April 1, 1899.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1900*, p. 535.

3.  Regulations of July 1, 1900 –

   (5)  Hunting or killing, wounding or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

   *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1901, Miscellaneous Reports, Part I* (Washington:  Gov't Printing Office, 1901), p. 540.

4.  Regulations of February 7, 1902 –

   (5)  Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under

FFXCO_13175

other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.</u>

"Rules and Regulations of the Yellowstone National Park," February 7, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1904.  Miscellaneous Reports.  Part I. Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1904), p. 367.

Superintendent S.B.M. Young included the following in his annual report for FY '07:

Evidence of poaching in former unfrequented portions of the park difficult of access have been found particularly in the northwest corner, where within the last fortnight a trapper's cabin, supplied with provisions, cooking utensils, and bedding, was found . . . .

In addition to the trails shown on the map crossing the boundary lines of the park there are numerous other trails – all originally made by hunters, trappers, and prospectors.  There are now four main entrance roads leading into the park – north, east, south, and west – which seem to be sufficient for all purposes concerning the park and for accommodation of visitors.  Applications have come to this office from far and near for permission to enter the park on these various trails with arms, in order to pass through the park for the purpose of hunting outside of the park.  All such applications for permits to carry guns unsealed through any portion of the park have been refused, but permission to carry sealed guns has been granted to persons who enter the park at one of the regular stations where their guns may be sealed, and make exit at one of the regular stations (their route through the park being particularly specified) where their guns may be unsealed and condition reported upon.  Permits to carry game or game trophies through the park have been refused.  There has been much adverse criticism by hunters and guides on these rulings, but the best interests of the park demand that is shall no longer continue a thoroughfare for sportsmen, hunters, and game-slaughterers.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1907. Administrative Reports in 2 Volumes.* (Washington:  Gov't Printing Office, 1907), pp. 551-52.

In 1908, Young added:

Poachers and other violators of the law were arrested in every quarter of the park, and several arrests were made outside the park in Wyoming and Montana on information and evidence furnished by park scouts, and the parties were convicted.  It is evident, however, that many poachers escaped arrest.  There are not sufficient scouts for thorough protection against poachers.

FFXCO_13176

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1908. Administrative Reports in 2 Volumes.* (Washington:  Gov't Printing Office, 1908), p. 409.

5.  Regulations of July 2, 1908 –

(5)  Hunting or killing, wounding or capturing any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

*Laws and Regulations Relating to the Yellowstone National Park, Wyoming* (Washington:  Gov't Printing Office, 1908), p. 13.

6.  Regulations of May 27, 1911 –

(5)  Hunting or killing, wounding, or capturing any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1911. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1912), p. 575.

7.  Regulations in effect April 15, 1918 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except

5

dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms will be permitted in the park only on written permission of the superintendent. Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

*General Information Regarding Yellowstone National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 67.

8. Regulations of February 18, 1929 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Yellowstone National Park* (1929), pp. 61-62.

9. Regulations of January 11, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

FFXCO_13178

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Yellowstone National Park* (1930), p. 64.

10.  Regulations of December 20, 1930 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Yellowstone National Park* (1931), pp. 56-57.

11.  Regulations of January 23, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

7

FFXCO_13179

Molesting, teasing, or touching the bears is prohibited.  Persons feeding bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 of the act of Congress approved May 7, 1894 (28 Stat. 73), entitled: "An act to protect the birds and animals of Yellowstone National Park, and to punish crimes in said park, and for other purposes."

*Circular of General Information Regarding Yellowstone National Park* (1932), pp. 57-58.

12.  Regulations of December 21, 1932 –

 (4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the parks.

FFXCO_13180

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 of the act of Congress approved May 7, 1894 (28 Stat. 73), entitled: "An act to protect the birds and animals in Yellowstone National Park, and to punish crimes in said park, and for other purposes."

*General Information Regarding Yellowstone National Park* (Washington:  Gov't Printing Office, 1933), pp. 48-49.

<u>SEQUOIA AND GENERAL GRANT NATIONAL PARKS</u>

1.  Regulations of Sequoia National Park of June 2, 1902 –

(6)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent then from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

"Rules and Regulations of the Sequoia National Park," June 2, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903*, *Miscellaneous Reports, Part I* (Washington:  Gov't Printing Office, 1903), p. 551.

2.  Regulations of General Grant National Park of June 2, 1902 –

(6)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent then from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons,

9

FFXCO_13181

violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

> "Rules and Regulations of the General Grant National Park," June 2, 1902. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903*, *Miscellaneous Reports, Part I* (Washington: Govt' Printing Office, 1903), p. 553.

<u>N.B.</u>  The acting superintendent of Sequoia and Gen'l Grant National Parks added the following to his annual report for the Fiscal Year ended June 30, 1905:

> In my opinion, tourists entering this park have no use for guns.  Hunting is at no time permitted, and the game is not threatening or dangerous.  The excuse might be offered that the tourists were en route to the forest reserve and were simply taking their guns through.  I would therefore recommend that the carrying of guns through the park be permitted only on the Mineral King road, which is a county road, and that it be made generally known that no gun will be permitted within the park at any other place without first obtaining the permission of the acting superintendent, and that this permission be generally denied, except to those for whom the acting superintendent himself could be individually responsible.  The sealing of guns would soon lead to the belief that the general right to carry guns in the park exists, and that the absence of one authorized to seal the gun at the point where the park was entered was sufficient justification for entering the park with an unsealed gun.  Notices and regulations are soon ignored and lose their effect when privileges begin to be considered as rights, and the work of the rangers and guards is increased, as a practice once tolerated, because of a misunderstanding or mistaken belief, grows into an ungovernable nuisance and a source of never-ending trouble.  I therefore consider it best to have it generally known that no persons will be permitted to carry guns in the park, except over the Mineral King road, above mentioned.  There would then be no excuse for a man being found in the park with an unsealed gun.  Rangers and guards can not be at all points, especially along the reserve, at which people enter.

> *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1905. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington: Gov't Printing Office, 1905), pp. 712-13.

The next year, the Secretary of the Interior commented thus:

> The rules and regulations were carefully observed by the soldiers, and their duties were performed in a thorough and satisfactory manner.  The visitors to the parks seemed disposed to confirm to all the requirements, while the residents in the vicinity of the parks seemed interested in having the regulations obeyed.  Violations of the regulations occurred in but two instances:  A man brought a pistol into Sequoia Park without having it sealed; it was taken from him and will be held until the close of the season.  Another man was found hunting in Sequoia Park; his gun was taken from him and he was ejected from the park.

FFXCO_13182

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1906. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1906), p. 203

3.  Regulations [of both parks] of March 30, 1907 –

    (6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation, and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

    *Laws and Regulations Relating to the Sequoia and General Grant National Parks, California* (Washington:  Gov't Printing Office, 1908), pp. 9, 11.

4.  Regulations of March 30, 1912 –

    (6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

    *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 683.

5.  Regulations in effect April 15, 1918 –

    (4)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.
    The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild

FFXCO_13183

animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

> *General Information Regarding Sequoia and General Grant National Parks – Season of 1918*
> (Washington:  Gov't Printing Office, 1918), pp. 33-34.

6.  Regulations of January 14, 1928 –

(4)  *Hunting.*—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the parks sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting the cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

> *Circular of General Information Regarding Sequoia and General Grant National Parks*
> (Washington:  Gov't Printing Office, 1928), p. 23.

7.  Regulations of January 2, 1930 –

12

FFXCO_13184

(4) *Hunting.*—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

Molesting, teasing, or touching the bears is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia and General Grant National Parks* (1930), p. 33-34.

8.  Regulations of December 6, 1930 –

(4) *Hunting.*—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

Molesting, teasing, or touching the bears is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms,

13

traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia National Park and General Grant National Park* (1931), pp. 43-44.

9.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The parks are a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of the parks shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said parks of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the parks carcasses of birds or animals killed outside of the parks.

Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732),

14

FFXCO_13186

accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*General Information Regarding Sequoia and General Grant National Parks* (Washington: Gov't Printing Office, 1933), pp. 37-38.

YOSEMITE NATIONAL PARK

1.  Regulations of June 2, 1902 –

(6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party  to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

"Rules and Regulations of the Yosemite National Park," June 2, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903*, *Miscellaneous Reports, Part I* (Washington:  Govt' Printing Office, 1903), p. 526.

In his Annual Report for 1905, Secretary Hitchcock commented on Yosemite's firearm regulation as follows:

The duty of enforcing the regulation prohibiting the killing of game in the park continues to be a matter of considerable difficulty.  Heretofore the custom has been to require persons entering the park with firearms in their possession to surrender such arms during their stay in the park, or, when the parties desired to leave the reservation by a different route, the arms were sealed up and delivered to the owners, with a permit to carry the sealed arms through the park.  It has been found, however, that this system afforded no protection to the game in the park, inasmuch as persons entering the reservation with the object of hunting would have their arms sealed up by the first detachment of troops they met and as soon as they were out of sight would break the seals; thereafter, if they met other troops, they would claim that their arms had not been previously sealed; and there being no means of disproving this statement, the second detachment could only again put seals upon the weapons, to be a second time broken, so that the owners could use the weapons in violation of the park regulations.

FFXCO_13187

Owing to this practice, the sealing of arms has been discontinued during the past season, and persons entering the park have been required by the first patrol they encountered to surrender any weapons in their possession.  A large number of applications for permits to carry rifles and shotguns into the park for alleged "protection" were received; but as the applicants declined to give any information regarding their plans and purposes, only one such request was granted.  In the case of parties of tourists consisting partly of women permits to carry revolvers were given to some of the men in the party.  Notwithstanding these precautions, it has been impracticable to prevent entirely the killing of game in the park, as entrance thereto can be had at almost any point, and hunters can thus sometimes evade the various detachments of troops patrolling the reservation.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1905. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1905), pp. 165-66.

Captain H.C. Benson, Fourth Cavalry, the acting superintendent of Yosemite reported as follows:

### Permits to Carry Arms

Numerous letters have been prepared at the instance of one Congressman, requesting that a number of parties who are desirous of making trips through the park be permitted to carry firearms for their protection, promising to conform to all the regulations.  Regulations positively prohibit the killing of game.  The carrying of firearms in the Yosemite National Park, or any national park, means that the person so carrying them is on a hunting trip; and it is so recognized throughout this part of the country.  These letters were never presented, as stated in the body of the letter, but were always mailed to the acting superintendent by the party desiring a permit, with the request that the permit be forwarded to him saying nothing, however, about his intention of conforming to the rules and regulations.  Letters were therefore addressed to these people, requesting that they inform the acting superintendent of the date when they expected to reach the park, where they expected to enter, what places they expected to visit, and how long they expected to remain, requesting also a statement from each member of the party that the arms would not be used for the killing of game.  In no instance whatever have these questions been answered.  In some cases the letters were not answered at all, while in other instances their reply simply was that the party had changed his mind and would not visit the Yosemite, and others, again, stated that they had decided not go on a camping trip this year.  The spectacle of from five to seven men arriving on the park limits on the first day of the "open" season, each an provided with a rifle, and the majority of them with shotguns also, all for the purpose of "protection," would be an amusing one were it not for the fact that it meant the slaughter of game within the park.  Under the circumstances, but one such permit was granted.  Permits were given for the carrying of revolvers by men when they were accompanied by women, but in no other cases.

16

It was positively known to the acting superintendent that the sealing of arms in previous years was but a farce, as the seals were broken immediately upon leaving the detachments, in many cases, and that when the next detachment was encountered the statement was made that the guns had not been previously sealed.  As there was nothing to disprove this statement, the guns would be again sealed to be again broken and used in violation of park regulations.  For this reason, arms have not been sealed this season.

The protection of game is a very difficult matter, due to the fact that entrance can be had to the park at almost any point whatever, and to the fact that all of the inhabitants of this region believe that the game in the mountains belongs to them.  With the withdrawal of the troops, there is absolutely nothing to prevent the annual influx of hunters.  The game having been driven from the higher mountains by the snow and having grown quite tame during the summer from not being interfered with or frightened, fall easy prey to the unscrupulous.

   Id. at 697-98.

In his report for the Fiscal Year ended June 30, 1906, Secretary Hitchcock stated:

[According to the Yosemite superintendent] the Yosemite Valley has, under the control of the State of California, been a death trap to game unfortunate enough to enter it.  Practically every person living in the valley kept a rifle, shotgun, and revolver, and game of every description was considered legitimate prey.  It is hoped that within a short time, now that the rules and regulations prescribed by the Department for the protection of game can be enforced in Yosemite Valley, that the game will soon learn that it is a safe retreat and not a death trap.

The rules do not permit the carrying of firearms in the park.  In the early part of the season two men were arrested by the park rangers for killing deer in the park; they were prosecuted under the State game laws and each fined . . . .

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1906. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington: Gov't Printing Office, 1906), p. 195.

The acting superintendent gave an example of the constant battle against poaching in his annual report:

In the latter part of August, 1906, a letter was received from the Department stating that Mr. W.T. Scoon, of Modesto, Cal., with a party of friends, would make a trip through the reservation for protection, promising to conform to all the regulations.  Notice was received by me from Mr. Scoon on September 5 that it was his purpose, with his party of four, to leave Modesto on or about the 10th of September.  I thereafter requested him to advise me as to the names of the people who would compose his party and the point at which he expected to enter the park, in order to make arrangements for their reception at the point of entrance, to which he replied,

17

under date of September 11, stating "We will go up on the Oak Flat road by the way of Crockers and there will be in the party A.N. Crow, R.B. Crow, James Klo, and myself, and the party expects to leave Modesto September 13."

As there is absolutely no reason for carrying firearms for "protection" in the park, and the rules do not permit the carrying of firearms, and noting that the two members of this party, namely, the Crow Brothers, have on previous occasions killed game in the park when they were carrying firearms under a permit in which they had stipulated to conform to the rules and regulations, I sent an officer and two men to accompany this party in order that they might secure the "protection" they desired. They seemed much surprised and greatly put out that they were to be furnished with this protection. They stated that they had no intention whatever of hunting generally, but desired only to kill two or three bucks, just sufficient for their own use. They remained several days, debating whether they would go on the trip if they were not permitted to hunt, but finally moved to Poopenaut Valley, remained there several days, then went to Lake Eleanor for a few days, and finally left the park. It was undoubtedly their intention of going on a hunting trip pure and simple, as each man carried a rifle and a shotgun and they were provided with thirty days' rations. They remained in the park but ten days. It was not "protection" they desired of their firearms, but a definite intention to violate the rules and regulations of the park by hunting.

. . . . Immediately upon the withdrawal of the troops from the park it is overrun with pot hunters, and these same men often remain throughout the entire winter, killing and trapping all the game in their vicinity.

As the park can be entered from all points of the compass it is impracticable to keep these hunters out except by constant patrolling on the part of troops or rangers. As the rangers live, one on the south side and the other to the far southwest of the park, and make no attempt to patrol except a few miles from the residence of one, and that only on a wagon road, their services during winter are of but little value, and the game receives scarcely any protection from them.

   Id. at 653-54.

2. Regulations of February 29, 1908[5] –

   (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or

---

[5] In connection with YOSE, as early as 1896 the Sec'y of the Interior noted that "all persons [were] required to surrender" firearms, no permits for their carry being issued.  Given "the depredations upon the game and song birds" it was felt that this policy was necessary, in order "[t]o prevent as far as possible trespass and flagrant violation of the rules of the park during the close-season . . . of California."  The Sec'y went on to state that "[p]ersons entering by trails from the north and east on which there were no permanent guard posts, were, when discovered, disarmed by patrol parties.  Notwithstanding the adoption of such stringent measures firearms have been occasionally smuggled in by campers."  *Report of the Secretary of the Interior* [etc.] (Washington: Gov't Printing Office, 1896), vol. 1, p. CV.

FFXCO_13190

means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

>   *Laws and Regulations Relating to the Yosemite National Park, California* (Washington: Gov't Printing Office, 1908), p. 15.

3.  Regulations of June 1, 1909 –

>   (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

>   *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1909. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1910), p. 436.

4.  Regulations of March 30, 1912 –

>   (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

FFXCO_13191

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), pp. 670-71.

5.  Regulations of May 11, 1914 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1914. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1915), p. 738.

In his annual report for Fiscal Year 1916, the superintendent addressed the firearms regulation as follows:

Approximately 1,500 firearms of various sorts and calibers have been sealed or taken up during the year.  At present firearms carried by through automobile passengers are sealed and the owners are permitted to retain possession.  In such cases the number of guns sealed is stated on the permit and the seals are broken by the ranger at the point of exit.  Those brought into the park by people on foot or horseback are taken up and turned in to the supervisor's office, whence they are shipped to the owner at the latter's risk.  This method of handling firearms has proven very satisfactory.  There should, however, be incorporated in the firearms regulations a clause stating, in effect, that in cases where arms once sealed are later found with seals broken, or in cases where arms are brought into the park unsealed in direct violation of the regulations, or in cases where there is any attempt to evade the regulations by denial of possession or concealment, said arms shall be promptly confiscated and the party shall forfeit all claim thereto.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1916.  Volume I* (Washington:  Gov't Printing Office, 1917), p. 794.

For Fiscal Year 1917, the superintendent noted:

20

Firearms to the number of 1,794, of various classes, were handled by the ranger department during the year.  Of these 1,236 were sealed at the park entrances, and 558 were taken up by the park rangers at various points and were later returned to their respective owners.  The method of handling firearms was the same as that used through the latter part of the 1916 season.  Firearms carried by automobile passengers are sealed at the park entrance and are allowed to remain in the possession of the owner.  In this case the number of guns sealed is noted on the permit by the ranger issuing the permit and the seals are in turn broken by the ranger at point of exit.  Those brought into the park by people on foot or horseback are taken up and turned into the supervisor's office, whence they are shipped to the owners at the latter's risk.  Likewise, in cases where persons are found in the park with firearms which have not been sealed, such firearms are taken up and handled in the same manner.  In the latter case, unless the owner can readily explain the reason for carrying unsealed firearms, additional penalties in the way of fines are imposed.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1917.  Volume I* (Washington:  Gov't Printing Office, 1918), p. 935.

6.  Regulations in effect April 15, 1918 –

   (5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

   The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

> *General Information Regarding Yosemite National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 33-34.

7.  Regulations of November 24, 1928 –

   (5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

   The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping,

FFXCO_13193

ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1929), pp. 41-42.

8. Regulations of January 14, 1930 –

(5) *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

22

FFXCO_13194

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1930), p. 45.

9.  Regulations of December 8, 1930 –

(5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (Washington:  Gov't Printing Office, 1931), pp. 45-46.

10.  Regulations of January 13, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or

23

animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park . . . and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1932), pp. 42-43.

11.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park</u>

24

officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*General Information Regarding Yosemite National Park* (Washington: Gov't Printing Office, 1933), pp. 34-35.

MESA VERDE NATIONAL PARK

1.  Regulations of March 19, 1908 –

(8)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than those prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission from the superintendent thereof.</u>

*Laws and Regulations Relating to the Mesa Verde National Park, Colorado* (Washington: Gov't Printing Office, 1908), p. 9.

2.  Regulations of March 30, 1912 –

(8)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will be permitted in the park only on written permission from the superintendent.</u>

25

FFXCO_13197

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), pp. 715-16.

3.  Regulations in effect April 15, 1918 –

(5)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed</u>.

*General Information Regarding Mesa Verde National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 47.

4.  Regulations of December 11, 1928 –

(5)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

FFXCO_13198

*Circular of General Information Regarding Mesa Verde National Park* (Washington: Gov't Printing Office, 1929), p. 54.

5.  Regulations of March 1, 1930 –

(5)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Mesa Verde National Park* (Washington:  Gov't Printing Office, 1930), p. 56.

6.  Regulations of January 8, 1931 –

(5)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officers</u>

27

FFXCO_13199

<u>authorized to accept responsibility of custody of any property for the convenience of visitors</u>.

> *Circular of General Information Regarding Mesa Verde National Park* (Washington: Gov't Printing Office, 1931), p. 57.

7. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, killing, wounding, capturing, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

> *General Information Regarding Mesa Verde National Park* (Washington:  Gov't Printing Office, 1933), pp. 55-56.

<u>CRATER LAKE NATIONAL PARK</u>

1. Regulations of August 27, 1902 –

(4)  Hunting or killing, wounding or capturing, any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.

FFXCO_13200

<u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

> "Rules and Regulations of the Crater Lake National Park," August 27, 1902. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903. Miscellaneous Reports. Part I. Bureau Officers, etc.* (Washington: Gov't Printing Office, 1903), p. 567.

2. Regulations of June 10, 1908 –

    (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

> *Laws and Regulations Relating to the Crater Lake National Park, Oregon* (Washington: Gov't Printing Office, 1908), p. 6.

> <u>N.B.</u>  In his annual report for Fiscal Year 1911, superintendent W.F. Arant addressed the system of surrendering firearms upon arrival thus:

>> During the last season all guns were taken at the superintendent's office, checked, and returned upon presentation of the coupon when the visitor was ready to depart from the park.

>> As a matter of safety and a prevention of violation of the rules and regulations of the reserve this mode was not objectionable, but was laborious and somewhat inconvenient to both the management of the park and the public.  Under this method there are usually from 20 to 50 guns in the office all the time.  I made requisition to the department for gun seals, such as are used in the Yellowstone Park, with instructions regarding their use.

>> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1911. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1912), p. 657.

3. Regulations of March 30, 1912 –

    (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or

FFXCO_13201

means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 730.

4.  Regulations in effect April 15, 1918 –

   (4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.
   The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed</u>.

> *General Information Regarding Crater Lake National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 14-15.

5.  Regulations of January 19, 1928 –

   (4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.
   The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited</u>

FFXCO_13202

in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officers nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Crater Lake National Park* (Washington:  Gov't Printing Office, 1929), p. 13.

6.  Regulations of December 28, 1929 –

(4)  Hunting.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officers, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Crater Lake National Park* (Washington:  Gov't Printing Office, 1930), p. 13.

7.  Regulations of January 14, 1931 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of

31

FFXCO_13203

the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Crater Lake National Park* (1931), pp. 14-15.

8.  Regulations of January 15, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress approved August 21, 1916 (39 Stat. 521), accepting cession by the State of Oregon of exclusive jurisdiction of the lands embraced in the Crater Lake National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Crater Lake National Park* (1932), pp. 22-23.

9.  Regulations of December 21, 1932 –

32

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 21, 1916 (39 Stat. 521), accepting cession by the State of Oregon of exclusive jurisdiction of the lands embraced in the Crater Lake National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Crater Lake National Park* (Washington:  Gov't Printing Office, 1933), pp. 20-21.


## MOUNT RAINIER NATIONAL PARK

1.  Regulations of August 1, 1903 –

(2)  The hunting or killing, wounding or capturing of any bird or wild animal on the Government lands in the park, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  Firearms will only be permitted in the reservation on the written permission of the acting superintendent.

FFXCO_13205

"Regulations Governing Mount Rainier National Park." *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1904.  Miscellaneous Reports.  Part I. Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1904), p. 442.

N.B.  In his annual report, the acting superintendent commented on this regulation thus:

Public sentiment very strongly indorses the regulation which prohibits carrying firearms within the limits of the park except by written permit issued by the acting superintendent.  This regulation has been thoroughly enforced by the forest rangers without any special difficulty.  In one instance they were obliged to take the guns from two men who were in the park under the pretext of being prospectors, but who were actually there to kill whatever large game they might come across.  This was not long after the regulation was issued, and they were, perhaps, not at the time aware that guns were prohibited.

Id. at 440.

2.  Regulations of June 10, 1908 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Mount Rainier National Park, Washington* (Washington:  Gov't Printing Office, 1908), p. 8.

3.  Regulations of March 30, 1912 –

(4)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

34

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 700.

4.  Regulations in effect April 15, 1918 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.</u>

*General Information Regarding Mount Rainier National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 33.

5.  Regulations of November 22, 1928 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort and hunting, killing, wounding or capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds, or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

35

FFXCO_13207

*Circular of General Information Regarding Mount Rainier National Park* (Washington: Gov't Printing Office, 1929), p. 28.

6.  Regulations of December 30, 1929 –

    (4) *Hunting.*—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting injury, is prohibited.

    The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Mount Rainier National Park* (1930), p. 29.

7.  Regulations of December 8, 1930 –

    (4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

    The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases, may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers</u>

36

FFXCO_13208

authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mount Rainier National Park* (Washington: Gov't Printing Office, 1931), pp. 28-29.

8.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved June 30, 1916 (39 Stat. 243), accepting cession by the State of Washington of exclusive jurisdiction of the lands embraced within the Mount Rainier National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Mount Rainier National Park* (Washington:  U.S. Gov't Printing Office, 1933), pp. 27-28.

FFXCO_13209

PLATT NATIONAL PARK[6]

Regulations of June 10, 1908 –

(6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

*Laws and Regulations Relating to the Platt National Park, Oklahoma* (Washington:  Gov't Printing Office, 1908), pp. 11-12.

WIND CAVE NATIONAL PARK

1.  Regulations of June 10, 1908 –

(5)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

*Laws and Regulations Relating to the Wind Cave National Park, South Dakota* (Washington: Gov't Printing Office, 1908), p. 7.

2.  Regulations of March 30, 1912 –

(5)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or

---

[6] Originally Sulphur Springs Reservation, renamed and redesignated Platt National Park June 29, 1906; combined with Arbuckle National Recreation Area and additional lands and renamed and redesignated Chickasaw National Recreation Area March 17, 1976.

FFXCO_13210

inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the supervisor and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the supervisor thereof.</u>

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1915. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1916), p. 1046.

3.  Regulations in effect April 15, 1918 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

> *General Information Regarding Wind Cave National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 16-17.

4.  Regulations of March 8, 1926 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this

39

regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.</u>

<u>The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Wind Cave National Park* (Washington:  Gov't Printing Office, 1929), pp. 9-10.

5.  Regulations of December 28, 1929 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Wind Cave National Park* (1930), pp. 9-10.

6.  Regulations of December 2, 1930 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory

FFXCO_13212

evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

<u>The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Wind Cave National Park* (Washington:  Gov't Printing Office, 1931), pp. 9-10.

7.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*General Information Regarding Wind Cave National Park* (Washington:  U.S. Gov't Printing Office, 1933), pp. 9-10.

8.  Regulations in effect 1933 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting, killing, wounding, frightening, capturing or attempting to capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from

41

destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the Office of National Parks, except I cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms and traps are prohibited within the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender, if required, all firearms, traps, seines, nets or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Wind Cave National Park* (Washington:  Gov't Printing Office, 1934), p. 11.


GLACIER NATIONAL PARK

1.  Regulations of December 3, 1910 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the officer in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

*Laws, Regulations, and General Information Relating to Glacier National Park, Montana 1910* (Washington:  Gov't Printing Office, 1911), p. 6.

2.  Regulations of March 30, 1912 –

42

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 752.

3.  Regulations of May 13, 1914 –

(4)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the officer in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1914. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1915), p. 833.

4.  Regulations in effect April 15, 1918 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than

FFXCO_13215

prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed</u>.

*General Information Regarding Glacier National Park – Season of 1918* (Washington:  Gov't Printing Office, 1918), p. 65.

5.  Regulations of December 12, 1928 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress, approved August 22, 1914 (38 Stat. 700) accepting cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

*Circular of General Information Regarding Glacier National Park* (1929), pp. 33-34.

6.  Regulations of March 6, 1930 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited, within the limits of said parks.

44

FFXCO_13216

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—This paragraph is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat. 700), accepting the cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

Game killed or taken within the park, and firearms in possession therein, in violation of these regulations, shall be forfeited to the United States, and any employee of the park assigned to police duty shall have authority to search without a warrant any automobile or other vehicle, or any container therein, for such game or firearms and to seize the same if found, when he has reasonable grounds for belief that the automobile or other vehicle, or container therein, contains game or firearms subject to forfeiture as provided herein.

*Circular of General Information Regarding Glacier National Park* (Washington:  Gov't Printing Office, 1930), p. 33.

7.  Regulations of December 3, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no</u>

FFXCO_13217

responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

Game killed or taken within the park, and firearms in possession therein, in violation of these regulations, shall be forfeited to the United States, and any employee of the park assigned to police duty shall have authority to search without a warrant any automobile or other vehicle, or any container therein, for such game or firearms and to seize the same if found, when he has reasonable grounds for belief that the automobile or other vehicle, or container therein, contains game or firearms subject to forfeiture as provided therein.

NOTE.—This paragraph is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat. 700), accepting cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

*Circular of General Information Regarding Glacier National Park* (1931), pp. 29-30.

8.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographic bears do so at their.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat.

46

700), accepting cession by the State of Montana of exclusive jurisdiction of the lands embraced within the National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Glacier National Park* (Washington:  Gov't Printing Office, 1933), p. 23.


R<small>OCKY</small> M<small>OUNTAIN</small> N<small>ATIONAL</small> P<small>ARK</small>

1.  Regulations of May 29, 1915 –

(5)  The park is a sanctuary for wild life of every sort, and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

(6)  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, must be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the supervisor.  Visitors entering or travelling through the park to places beyond should, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.</u>

"Rules and Regulations Approved May 29, 1915." *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1915, Administrative Reports in 2 Volumes* (Washington: Gov't Printing Office) vol. 1, p. 1124.

In his annual report for Fiscal Year 1916, the superintendent added:

There is no evidence of the slaughter of game during the past year in the park, a strict vigilance having been kept during the winter months for hunters and trappers. Mountain sheep are plentiful and no doubt increasing, and have been seen more frequently by tourists than in former years.  It is now possible to approach them quite closely, and one instance is known where an automobile came within 30 feet of a group which did not disturb them.  One ranger reports seeing 182 in one group near Specimen Mountain.

Firearms are not allowed in the park and notice to this effect is posted at all entrances.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1916.  Volume I* (Washington:  Gov't Printing Office, 1917), p. 794.

47

FFXCO_13219

2. Regulations in effect April 15, 1918 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.</u>

*General Information Regarding Rocky Mountain National Park – Season of 1918* (Washington:  Gov't Printing Office, 1918), pp. 26-27.

3. Regulations of January 17, 1928 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding or capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Rocky Mountain National Park* (Washington: Gov't Printing Office, 1929), p. 30.

4. Regulations of January 2, 1930 –

48

FFXCO_13220

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Rocky Mountain National Park* (1930), p. 29.

5.  Regulations of December 6, 1930 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Rocky Mountain National Park* (Washington: Gov't Printing Office, 1931), p. 30.

FFXCO_13221

6. Regulations of December 21, 1932 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved March 2, 1929 (45 Stat. 1536), accepting cession by the State of Colorado of exclusive jurisdiction of the lands embraced in the Rocky Mountain National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Rocky Mountain National Park* (Washington:  U.S. Gov't Printing Office, 1933), p. 26.


HAWAII NATIONAL PARK

1. Regulations in effect 1929 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, wounding, capturing, or frightening any bird or animal in the park, except the wild goat, as provided in Rule 1, is prohibited.  Firearms are prohibited in the park except on written permission of the superintendent, who also has authority to waive inquiry as to the possession of firearms by visitors traveling through the park to places beyond.

50

FFXCO_13222

*Circular of General Information Regarding Hawaii National Park* (Washington:  Gov't Printing Office, 1929), p. 14.

2.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except wild goats and pigs as provided in Rule I, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulations is [sic] in effect a declaration of the law on this subject as contained in sections 4 and 5 of the act of Congress approved April 19, 1930 (46 Stat. 227), to provide for the exercise of sole and exclusive jurisdiction by the United States over the Hawaii National Park in the Territory of Hawaii, and for other purposes.

The act by its terms applies to all lands within said park, whether in public or private ownership.

*General Information Regarding Hawaii National Park* (Washington:  Gov't Printing Office, 1933), p. 17.

ACADIA NATIONAL PARK

1.  Regulations in effect 1929 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.

51

FFXCO_13223

<u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

*Circular of General Information Regarding Acadia National Park* (Washington:  U.S. Gov't Printing Office, 1929), p. 13.

2.  Regulations in effect 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is strictly prohibited.  No light shall be used for the purpose of observing the wild life in the park except as authorized in writing by the superintendent.
     <u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

*Circular of General Information Regarding Acadia National Park* (1930), p. 12.

3.  Regulations of January 14 and December 21, 1932 –

(4)  Hunting.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.  No light shall be used for the purpose of observing the wild life in the park except as authorized in writing by the superintendent.
     <u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

*Circular of General Information Regarding Acadia National Park* (1932), p. 13; *General Information Regarding Acadia National Park* (1933), p. 16.

<u>LASSEN VOLCANIC NATIONAL PARK</u>

1.  Regulations in effect 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.
     <u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

*Circular of General Information Regarding Lassen Volcanic National Park* (Washington: Gov't Printing Office, 1929), p. 11.

2.  Regulations in effect 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.
     The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park, shall be taken

FFXCO_13224

up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. <u>Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE. The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress, approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

This act by its terms applies to all lands within said park, whether in public or private ownership.

*Circular of General Information Regarding Lassen Volcanic National Park* (1930), pp. 12-13.

3. Regulations of January 14, 1932 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park. <u>Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE. The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress, approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

FFXCO_13225

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Lassen Volcanic National Park* (1932), p. 16.

4.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject as contained in sections 4 and 5 of the act of Congress approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

The act by its terms applies to all lands within said park, whether in public or private ownership.

*General Information Regarding Lassen Volcanic National Park* (Washington:  Gov't Printing Office, 1933), pp. 16-17.

Mount McKinley National Park

1.  Regulations in effect 1929 –

FFXCO_13226

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, and snaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

No game meat shall be taken into the park without prior permission in writing from the superintendent or his nearest representative.

*Circular of General Information Regarding Mount McKinley National Park* (Washington: Gov't Printing Office, 1929), p. 19.

2. Regulations in effect 1930 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, and snaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

FFXCO_13227

No game meat shall be taken into the park without prior permission in writing from the superintendent or his nearest representative.

*Circular of General Information Regarding Mount McKinley National Park* (Washington: Gov't Printing Office, 1930), pp. 21-22.

3. Regulations of January 29, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mount McKinley National Park* (1932), pp. 22-23.

ZION AND BRYCE CANYON NATIONAL PARKS

1. Regulations of January 12, 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this

56

regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.</u>

<u>Visitors entering or traveling through the park to places beyond shall at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1929), p. 14.

2.  Regulations in effect 1931 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.</u>

<u>Visitors entering or traveling through the park to places beyond shall at entrance report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1931), p. 20.

3.  Regulations of February 6, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the

FFXCO_13229

superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

> *Circular of General Information Regarding Zion and Bryce Canyon National Parks* (1932), pp. 20-21.

4.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, ensnaring, or capturing wild animals within the limits of the park shall be shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

> *General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1933), pp. 16-17.

NATIONAL MONUMENTS

58

1. Regulations of November 19, 1910[7] –

    (2)  <u>No firearms are allowed</u>.[8]

    *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 769.

2. Regulations in effect 1930[9] –

    (5)  *Hunting*.—The national monuments are sanctuaries for wild life of every sort, and the hunting, killing, wounding, capturing, or frightening of any bird or wild animal in any monument is strictly prohibited, except poisonous snakes or dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

    *Glimpses of Our National Monuments* (Washington:  U.S. Gov't Printing Office, 1933), p. 71.

    <u>N.B.</u>  Note that the explicit firearm prohibition of the 1910 regulation has been deleted.


<u>Carlsbad Caverns National Park</u>

Regulations of February 28, 1933 –

    (1)  Preservation of Natural Features and Curiosities.

<p align="center">* * *</p>

    <u>No</u> canes, umbrellas, or sticks of any kind, or <u>firearms</u> or any other explosive material <u>will be permitted to be taken into the caverns</u>.

<p align="center">* * *</p>

---

[7] Prior to being promulgated for general application to all national monuments, this same regulation was prescribed for Muir Woods National Monument, on September 10, 1908.  *General Information Regarding the National Monuments Set Aside under the Act of Congress Approved June 8, 1906* (Washington:  Gov't Printing Office, 1917), p. 9.

[8] National Monuments administered by the Department of the Interior at the time, and administered by the National Park Service today, include:  Devils Tower, Montezuma Castle, El Morro, Chaco Canyon, Muir Woods, Pinnacles, Tumacacori, Mukuntuweap (now part of Zion NP), Natural Bridges, Gran Quivira, Sitka, Rainbow Bridge, Colorado, and Petrified Forest.  See, *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912.  Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 769.

[9] National Monuments administered by the National Park Service in 1930:  Arches, Aztec Ruins, Capulin Mtn., Casa Grande, Chaco Canyon, Colorado, Craters of the Moon, Devils Tower, Dinosaur, El Morro, Fossil Cycad, Geo. Washington's Birthplace, Glacier Bay, Gran Quiriva, Hovenkeep, Katmai, Lewis and Clark Cavern, Montezuma Castle, Muir Woods, Natural Bridges, Navajo, Petrified Forest , Pinnacles, Pipe Spring, Rainbow Bridge, Scotts Bluff, Shoshone Cavern, Sitka, Tumacacori, Verendyre, Wupatki, and Yucca House.  *Glimpses of Our National Monuments* (Washington:  U.S. Gov't Printing Office, 1930), pp. I-II.

<p align="center">59</p>

FFXCO_13231

(3)  Hunting.—The park is a sanctuary for wildlife of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

Story, Isabella F., *Carlsbad Caverns National Park* (Washington:  U.S. Gov't Printing Office, 1935), p. 23.

GREAT SMOKY MOUNTAINS NATIONAL PARK

1.  Regulations of May 9, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park.  <u>Firearms are prohibited within the park except upon written permission of the superintendent</u>.

*General Information [Regarding] Great Smoky Mountains National Park* (1932), p. 11.

2.  Regulations of March 10, 1933 –

(4)  Hunting.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park.  <u>Firearms are prohibited within the park except upon written permission of the superintendent</u>.

*General Information Regarding Great Smoky Mountains National Park* (Washington:  1933), p. 16.

3.  Regulations in effect 1934/35 –

(4)  *Hunting*.—The park is a sanctuary for wildlife of every sort, and all hunting or the killing, wounding, frightening, pursuing, capturing or attempting to capture at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park.  <u>Firearms are prohibited within the park except upon written permission of the superintendent</u>.  The outfits, including guns, teams, traps, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be

60

FFXCO_13232

adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.  During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

*General Information Regarding Great Smoky Mountains National Park* (1933[10]), p. 16.


Grand Canyon National Park

1. Regulations of January 16, 1928[11] –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Grand Canyon National Park* (Washington:  U.S. Gov't Printing Office, 1929), p. 43.

2. Regulations of January 2, 1930 –

---

[10] While the publication date given on the face of the pamphlet states "1933," this regulation would appear to be later in date, given that (1) the regulation of March 10, 1933 (see part I at < http://www nps.gov/policy/Firearmsregs.pdf>) appears to have been significantly expanded, and (2) the pamphlet was found in a bound volume of similar brochures dated 1936.
[11] In a 1928 article entitled "U.S. National Parks Magnificent Schools," Dr. Frank Thomas, formerly the park naturalist at Yellowstone, gave potential visitors to the parks a few helpful tips, including the following:

Don't carry any firearms.  They'll only be sealed at the park entrance, and you lose the gun and a stiffish fine besides if you tamper with the seal.

*The Science News-Letter*, Vol. 13, No. 366, American Traveler Number (April 14, 1928), pp. 227, 228.

61

FFXCO_13233

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington:  U.S. Gov't Printing Office, 1930), p. 44.

3.  Regulations of January 9, 1931 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington: Gov't Printing Office, 1931), p. 44.

4.  Regulations of February 15, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal,

FFXCO_13234

except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (1932), p. 47.

5.  Regulations of December 31, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

63

FFXCO_13235

*General Information Regarding Grand Canyon National Park* (Washington:  Gov't Printing Office, 1933), p. 35.

GRAND TETON NATIONAL PARK

1. Regulations in effect 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent or his authorized representative at the park and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent or his authorized representative</u>.

*Circular of General Information Regarding Grand Teton National Park* (Washington:  U.S. Gov't Printing Office, 1929), p. 17.

2. Regulations in effect 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent or his authorized representative at the park and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent or his authorized representative</u>.

*Circular of General Information Regarding Grand Teton National Park* (Washington:  U.S. Gov't Printing Office, 1930), p. 16.

3. Regulations of January 29, 1932 –

64

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Teton National Park* (1932), pp. 15-16.


GENERAL REGULATION[12]

Regulation of June 18, 1936 –

(7) *Protection of wildlife*.—The parks and monuments are sanctuaries for wildlife of every sort, and all hunting, or the killing, wounding, frightening, capturing, or attempting to capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks and monuments.

---

[12] The general regulation states it is "for the proper use, management, government, and protection of, and maintenance of good order in all the National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials which are, or hereafter may be, under the administrative jurisdiction of the National Park Service of the Department of the Interior: *Provided, however*, That these rules and regulations shall not apply to National Cemeteries or to National Capital Parks.  All previous rules and regulations . . . except such local subsidiary regulations as are continued in force under the provisions hereof . . . are hereby repealed."  Id.  Such "subsidiary regulations" included explicit special regulations, such as those for mining in Death Valley National Monument (section 16), and the prohibition on fishing in Muir Woods National Monument (section 9), contained in the general regulation itself.  Other park-specific regulations were clearly contemplated therein, for example, those regulating the hours of swimming at Hot Springs National Park (section 2(m)), and restricting the use of spring water at Platt National Park (section 4).  No special regulations, either explicit or implicit, were included with respect to firearms.  Id. at 673-75.

FFXCO_13237

Unauthorized possession within a park or monument of the dead body of any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements must be made at entrance stations to identify and transport through the parks and monuments, where necessary, the carcasses of birds or animals legally killed outside the parks and monuments.  Failure to make such arrangements shall be deemed a violation of this regulation.

(8)  *Firearms, etc.*—Firearms, explosives, traps, seines, and nets are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian.  Visitors entering or traveling through the parks and monuments to places beyond shall, at entrance, report and, if required to do so, surrender all such objects in their possession to the first park or monument officer, and, in proper cases, may obtain his written permission to carry them through the park or monument sealed.  Failure to obtain such written permission shall be deemed a violation of this regulation.  The Government assumes no responsibility for the loss of, or damage to, any such objects so surrendered to any park or monument officer, nor are park or monument officers authorized to accept the responsibility or custody of any other property for the convenience of the visitors.

1 *Federal Register* 672, 673-74 (June 27, 1936).

FFXCO_13238

# APPENDIX A

Original Rules and Regulations of Yellowstone National Park

1st.  All hunting, fishing, or trapping within the limits of the Park, except for purposes of recreation, or to supply food for visitors or actual residents, is strictly prohibited; and no sales of fish or game taken within the park shall be made outside of its boundaries.

2nd.  Persons residing within the park, or visiting it for any purpose whatever, are required under severe penalties to extinguish all fires which it may be necessary to make, before leaving them.  No fires must be made within the park except for necessary purposes.

3rd.  No timber must be cut in the park without a written permit from the superintendent.

4th.  Breaking the siliceous or calcareous borders or deposits surrounding or in the vicinity of the springs or geysers for any purpose, and all removal, carrying away, or sale of specimens found within the park, without the consent of the superintendent, is strictly prohibited.

5th.  No person will be permitted to reside permanently within the limit of the park without permission from the Department of the Interior, and any person now living within the park shall vacate the premises occupied by him within thirty days after having been served with a written notice so to do, by the superintendent or his deputy, said notice to be served upon him in person or left at his place of residence.


Source:  *Report of the Secretary of the Interior; Being Part of the Message and Documents Communicated to the Two Houses of Congress at the Beginning of the Third Session of the Forty-Fifth Congress, in Two Volumes* (Washington:  Gov't Printing Office, 1878), vol. I, pp. 993-94.

FFXCO_13239

## APPENDIX B

### 1881 Rules and Regulations of Yellowstone National Park

\* \* \*

4.  Hunting, trapping, and fishing, except for purposes of procuring food for visitors or actual residents, are prohibited by law; and no sales of game or fish taken inside the Park shall be made for purposes of profit within its boundaries or elsewhere.

\* \* \*

Approved by Sec'y of the Interior S.J. Kirkwood, May 4, 1881.


Source:  *Annual Report of the Secretary of the Interior on the Operations of the Department for the Year Ended June 30, 1881, in Four Volumes* (Washington:  Gov't Printing Office, 1882), vol. II, p. 819.

68

FFXCO_13240

# APPENDIX C

<u>1888 Rules and Regulations of Yellowstone National Park</u>

\* \* \*

5.  Hunting, capturing, injuring, or killing any bird or animal within the Park is prohibited. The outfits of persons found hunting or in possession of game killed in the Park will be subject to seizure and confiscation.

\* \* \*

Approved by Sec'y of the Interior William F. Vilas, July 1, 1888.


<u>Source</u>:  *Report of the Secretary of the Interior for the Fiscal Year Ending June 30, 1888.  In Six Volumes* (Washington:  Gov't Printing Office, 1888), vol. III, p. 656.

FFXCO_13241

# EXHIBIT 84

FFXCO_13242

*Saturday, June 27, 1936*                                   No. 76

TREASURY DEPARTMENT.

Bureau of Internal Revenue.

[T. D. 4649]

WITHHOLDING OF INCOME TAX UNDER SECTIONS 143 AND 144
OF THE REVENUE ACT OF 1936

*Collectors of Internal Revenue and Others Concerned:*

Paragraph A. The Revenue Act of 1936 (Public, No. 740, Seventy-fourth Congress, second session, H. R. 12395), was approved by the President, June 22, 1936, 9 p. m. eastern standard time.

Paragraph B. Section 143 (Title I, Income Tax) of the Act, relating to withholding of tax at the source, provides:

SEC. 143. WITHHOLDING OF TAX AT SOURCE.—(a) *Tax-Free Covenant Bonds.*—

(1) *Requirement of withholding.*—In any case where bonds, mortgages, or deeds of trust, or other similar obligations or a corporation, issued before January 1, 1934, contain a contract or provision by which the obligor agrees to pay any portion of the tax imposed by this title upon the obligee, or to reimburse the obligee for any portion of the tax, or to pay the interest without deduction for any tax which the obligor may be required or permitted to pay thereon, or to retain therefrom under any law of the United States, the obligor shall deduct and withhold a tax equal to 2 per centum of the interest upon such bonds, mortgages, deeds of trust, or other obligations, whether such interest is payable annually or at shorter or longer periods, if payable to an individual, a partnership, or a foreign corporation not engaged in trade or business within the United States and not having any office or place of business therein: *Provided*, That if the liability assumed by the obligor does not exceed 2 per centum of the interest, then the deduction and withholding shall be at the following rates: (A) 10 per centum in the case of a nonresident alien individual (except that such rate shall be reduced, in case of a resident of a contiguous country, to such rate, not less than 5 per centum, as may be provided by treaty with such country), or of any partnership not engaged in trade or business within the United States and not having any office or place of business therein and composed in whole or in part of nonresident aliens, (B) in the case of such a foreign corporation, 15 per centum, and (C) 2 per centum in the case of other individuals and partnerships: *Provided further*, That if the owners of such obligations are not known to the withholding agent the Commissioner may authorize such deduction and withholding to be at the rate of 2 per centum, or, if the liability assumed by the obligor does not exceed 2 per centum of the interest, then at the rate of 10 per centum.

(2) *Benefit of credits against net income.*—Such deduction and withholding shall not be required in the case of a citizen or resident entitled to receive such interest, if he files with the withholding agent on or before February 1 a signed notice in writing claiming the benefit of the credits provided in section 25 (b); nor in the case of a nonresident alien individual if so provided for in regulations prescribed by the Commissioner under section 215.

(3) *Income of obligor and obligee.*—The obligor shall not be allowed a deduction for the payment of the tax imposed by this title, or any other tax paid pursuant to the tax-free covenant clause, nor shall such tax be included in the gross income of the obligee.

(b) *Nonresident aliens.*—All persons, in whatever capacity acting, including lessees or mortgagors of real or personal property, fiduciaries, employers, and all officers and employees of the United States, having the control, receipt, custody, disposal, or payment of interest (except interest on deposits with persons carrying on the banking business paid to persons not engaged in business in the United States and not having an office or place of business therein), dividends, rent, salaries, wages, premiums, annuities, compensations, remunerations, emoluments, or other fixed or determinable annual or periodical gains, profits, and income (but only to the extent that any of the above items constitutes gross income from sources within the United States), of any nonresident alien individual, or of any partnership not engaged in trade or business within the United States and not having any office or place of business therein, and composed in whole or in part of nonresident aliens, shall (except in the cases provided for in subsection (a) of this section and except as otherwise provided in regulations prescribed by the Commissioner under section 215) deduct and withhold from such annual or periodical gains, profits, and income a tax equal to 10 per centum thereof, except that such rate shall be reduced, in the case of a nonresident alien individual a resident of a contiguous country, to such rate (not less than 5 per centum) as may be provided by treaty with such country: *Provided*, That no such deduction or withholding shall be required in the case of dividends paid by a foreign corporation unless (1) such corporation is engaged in trade or business within the United States or has an office or

place of business therein, and (2) more than 85 per centum of the gross income of such corporation for the three-year period ending with the close of its taxable year preceding the declaration of such dividends (or for such part of such period as the corporation has been in existence) was derived from sources within the United States as determined under the provisions of section 119: *Provided further*, That the Commissioner may authorize such tax to be deducted and withheld from the interest upon any securities the owners of which are not known to the withholding agent. Under regulations prescribed by the Commissioner, with the approval of the Secretary, there may be exempted from such deduction and withholding the compensation for personal services of nonresident alien individuals who enter and leave the United States at frequent intervals.

(c) *Return and payment.*—Every person required to deduct and withhold any tax under this section shall make return thereof on or before March 15 of each year and shall on or before June 15, in lieu of the time prescribed in section 56, pay the tax to the official of the United States Government authorized to receive it. Every such person is hereby made liable for such tax and is hereby indemnified against the claims and demands of any person for the amount of any payments made in accordance with the provisions of this section.

(d) *Income of recipient.*—Income upon which any tax is required to be withheld at the source under this section shall be included in the return of the recipient of such income, but any amount of tax so withheld shall be credited against the amount of income tax as computed in such return.

(e) *Tax paid by recipient.*—If any tax required under this section to be deducted and withheld is paid by the recipient of the income, it shall not be re-collected from the withholding agent; nor in cases in which the tax is so paid shall any penalty be imposed upon or collected from the recipient of the income or the withholding agent for failure to return or pay the same, unless such failure was fraudulent and for the purpose of evading payment.

(f) *Refunds and credits.*—Where there has been an overpayment of tax under this section any refund or credit made under the provisions of section 322 shall be made to the withholding agent unless the amount of such tax was actually withheld by the withholding agent.

(g) *Withholding before enactment of act.*—Notwithstanding the provisions of subsections (a) and (b), the deduction and withholding for any period prior to the tenth day after the date of the enactment of this Act shall be upon the items of income and at the rates prescribed in section 143 (a) and (b) of the Revenue Act of 1934, as amended, in lieu of the items and rates prescribed in such subsections.

Paragraph C. Section 144 (Title I, Income Tax) of the Act, relating to payment of corporation income tax at the source, provides:

SEC. 144. PAYMENT OF CORPORATION INCOME TAX AT SOURCE.—(a) *General Rule.*—In the case of foreign corporations subject to taxation under this title not engaged in trade or business within the United States and not having any office or place of business therein, there shall be deducted and withheld at the source in the same manner and upon the same items of income as is provided in section 143 a tax equal to 15 per centum thereof, except that in the case of dividends the rate shall be 10 per centum, and except that in the case of corporations organized under the laws of a contiguous country such rate of 10 per centum with respect to dividends shall be reduced to such rate (not less than 5 per centum) as may be provided by treaty with such country; and such tax shall be returned and paid in the same manner and subject to the same conditions as provided in that section: *Provided*, That in the case of interest described in subsection (a) of that section (relating to tax-free covenant bonds) the deduction and withholding shall be at the rate specified in such subsection.

(b) *Withholding Before Enactment of Act.*—Notwithstanding the provisions of subsection (a), the deduction and withholding for any period prior to the tenth day after the date of the enactment of this Act shall be upon the items of income and at the rates prescribed in section 144 of the Revenue Act of 1934, as amended, in lieu of the items and rates prescribed in such subsection.

Paragraph D. Section 147 (b) (Title I, Income Tax) of the Act, relating to returns of information at the source, provides:

SEC. 147. INFORMATION AT SOURCE.— * * *

(b) *Returns Regardless of Amount of Payment.*—Such returns may be required, regardless of amounts, (1) in the case of payments of interest upon bonds, mortgages, deeds of trust, or other similar obligations of corporations, and (2) in the case of collections of items (not payable in the United States) of interest upon the bonds of foreign countries and interest upon the bonds of and dividends from foreign corporations by persons undertaking as a matter of business or for profit the collection of foreign payments of such interest or dividends by means of coupons, checks, or bills of exchange.

Paragraph E. Section 62 (Title I, Income Tax) of the Act, relating to rules and regulations, provides:

SEC. 62. RULES AND REGULATIONS.—The Commissioner, with the approval of the Secretary, shall prescribe and publish all needful rules and regulations for the enforcement of this title.

credited against the total income tax as computed in the taxpayer's return. If the tax is paid by the recipient of the income or by the withholding agent it shall not be re-collected from the other, regardless of the original liability therefor, and in such event no penalty will be asserted against either person for failure to return or pay the tax where no fraud or purpose to evade payment is involved

ART. 11. *Withholding in the case of nonresident foreign corporations.*—A tax of 15 per cent is required to be withheld in the case of fixed or determinable annual or periodical income paid to a nonresident foreign corporation except (1) income from sources without the United States, including interest on deposits by persons carrying on the banking business paid to persons not engaged in business in the United States and not having any office or place of business therein, (2) interest upon bonds or other obligations of a corporation containing a tax-free covenant and issued before January 1, 1934, where the liability assumed by the obligor does not exceed 2 per cent of the interest, and (3) dividends.

Withholding of a tax at the rate of 2 per cent is required in the case of interest payments made to a nonresident foreign corporation, representing income from sources within the United States, paid upon corporate bonds or other obligations containing a tax-free covenant, issued before January 1, 1934, where the liability assumed by the obligor exceeds 2 per cent of the interest.

A tax of 10 per cent is required to be withheld from income from sources within the United States paid to a nonresident foreign corporation which consists of dividends (other than dividends distributed by a corporation organized under the China Trade Act, 1922, to a resident of China) except that such rate of 10 per cent shall be reduced, in the case of corporations organized under the laws of a contiguous country, to such rate (not less than 5 per cent) as may be provided by treaty with such country. Dividends paid by a foreign corporation are not, however, subject to withholding unless such corporation is engaged in trade or business within the United States or has an office or place of business therein and more than 85 per cent of the gross income of such foreign corporation for the three-year period ending with the close of its taxable year preceding the declaration of such dividends (or for such part of such period as the corporation has been in existence) was derived from sources within the United States as determined under the provisions of section 119 of the Act.

For withholding in the case of dividends distributed by a corporation organized under the China Trade Act, 1922, see articles 4 and 12.

ART. 12. *Withholding by a China Trade Act corporation.*—Dividends distributed by a corporation organized under the China Trade Act, 1922, which are treated as income from sources within the United States under the provisions of section 119 of the Act are subject to withholding at the rate of 10 per cent when paid to persons (other than residents of China) who are (1) nonresident aliens, (2) nonresident partnerships composed in whole or in part of nonresident aliens, or (3) nonresident foreign corporations. The 10 per cent rate of withholding specified in this article with respect to dividends shall be reduced in the case of shareholders who are (a) nonresident aliens residents of a contiguous country or (b) nonresident foreign corporations organized under the laws of a contiguous country, to such rate (not less than 5 per cent), as may be provided by treaty with such country.

ART. 13. *Aids to withholding agents in determining liability for withholding of tax.*—Since no withholding of tax on bond interest or other income is required in the case of a resident foreign corporation, the person paying such income should be notified by a letter from such corporation that it is not subject to the withholding provisions of the Act. The letter from the corporation shall contain the address of its office or place of business in the United States and be signed by an officer of the corporation giving his official title. Such letter of notification, or copy thereof, should be immediately forwarded by the recipient to the Commissioner of Internal Revenue, Sorting Section, Washington, D. C.

Although the burden of withholding tax from dividends is placed upon the payor corporation, or any other person (including a nominee), having the control, receipt, custody, disposal, or payment of dividends, if such payor corporation or person has no other reason to believe that the dividends are subject to withholding, the following procedure in general may be adopted:

(1) As to those stockholders whose name and style indicate that they are nonresident aliens, foreign partnerships, or foreign corporations, the tax shall be withheld in all cases if the address of any such stockholder is without the United States.

(2) If the address of such stockholders is in care of an individual, a partnership, or a corporation within the United States, the tax shall likewise be withheld, but as to any stockholder whose address is within the United States, the tax need not be withheld.

[SEAL]                                    CHAS. T. RUSSELL,
                               *Acting Commissioner of Internal Revenue.*
Approved, June 25, 1936.
    HENRY MORGENTHAU, JR.,
                *Secretary of the Treasury.*

[F.R. Doc. 1015—Filed, June 26, 1936; 12:39 p. m.]

---

## DEPARTMENT OF THE INTERIOR.

### National Park Service.

#### RULES AND REGULATIONS

Made, published, and approved by the Secretary of the Interior on the 18th day of June 1936, and to continue in force and effect until otherwise directed by the said Secretary.

##### GENERAL PROVISIONS

Pursuant to the authority granted to the Secretary of the Interior by the Act of August 25, 1916 (ch. 408, sec. 3, 39 Stat. 535), as amended by the Act of June 2, 1920 (ch. 218, sec. 5, 41 Stat. 731), and by the Act of March 7, 1928 (ch. 137, sec. 1, 45 Stat. 200, 235); and pursuant to the authority granted to the Secretary of War by the Act of March 2, 1933 (ch. 180, 47 Stat. 1420), and transferred to the Secretary of the Interior by Executive Order No. 6166, June 10, 1933, as interpreted by Executive Order No. 6228, July 28, 1933, under the authority of the Act of March 3, 1933 (ch. 212, sec. 403, 47 Stat. 1489, 1518); and pursuant to the authority granted to the Secretary of the Interior by various Acts of Congress relating to particular parks, monuments, and reservations: the following regulations are hereby made and published for the proper use, management, government, and protection of, and maintenance of good order in all the National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials which are, or hereafter may be, under the administrative jurisdiction of the National Park Service of the Department of the Interior: *Provided, however,* That these rules and regulations shall not apply to National Cemeteries or to National Capital Parks. All previous rules and regulations (except the uniform rules and regulations prescribed December 28, 1906, by the Secretaries of the Interior, Agriculture, and War, to carry out the provisions of the "Act for the Preservation of American Antiquities", approved June 8, 1906 (34 Stat. 225), and except such local subsidiary regulations as are continued in force under the provisions hereof), for such National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials, are hereby repealed.

*Definitions.*—The term "park", when used in these rules and regulations, unless otherwise indicated, shall be construed to include National Parks, National Military Parks, and National Historical Parks; and the term "monument", when used in these rules and regulations, unless otherwise indicated, shall be construed to include National Monuments,

FFXCO_13244

Battlefield Sites, and miscellaneous memorials. The term "superintendent", when used in these rules and regulations, shall be construed to include a custodian, caretaker, or other person in charge of a National Park, National Monument, National Military Park, National Historical Park, Battlefield Site, or miscellaneous memorial.

1. *Preservation of public property, natural features and curiosities.*—The destruction, injury, defacement, removal, or disturbance in any way of any public building, sign, equipment, monument, statue, marker, or other structure, or of any tree, flower, vegetation, rock, mineral, formation, stalactite, stalagmite, phenomenon of crystallization, incrustation in any lava tube, cave, steam vent, or cone, or of any animal, bird, or other wildlife, or of any ruins or relics, or of any other public property of any kind is prohibited: *Provided,* That flowers may be gathered in small quantities when, in the judgment of the superintendent or custodian, their removal will not impair the beauty of the park or monument. Before any flowers are picked, permit must be secured from the superintendent or custodian.

Sequoia cones shall not be disturbed, or removed from any national park or monument.

No canes, umbrellas, or sticks of any kind may be taken into caves or caverns. The tossing or throwing of rocks or other material inside the caves or caverns is prohibited.

Collections for scientific or educational purposes shall be permitted only in accordance with written permits first had and obtained from the superintendent.

Bona-fide claimants or entrymen claiming or owning land reasonably adjacent to Grand Teton National Park must secure written permits before cutting any dead or down timber within the park, and are restricted to cutting such timber for firewood for their own consumption.

Visitors in Hawaii National Park may, with the permission of the park superintendent, pick and eat, or carry away, such fruits as the superintendent may designate.

2. *Camping.*—(a) No camping is permitted outside the specially designated camp sites, except when necessary in connection with trips to isolated sections of the parks and monuments.

(b) No person, party, or organization shall be permitted to camp in any public camping area in the parks or monuments more than 30 days in any calendar year.

(c) Campers shall keep their campgrounds clean. Combustible rubbish shall be burned on camp fires and all other garbage and refuse of all kinds shall be placed in garbage cans provided for the purpose. At new or unfrequented camps, garbage shall be burned or buried.

(d) Campers and others shall not wash clothing or cooking utensils in, or pollute in any other manner, the waters of the parks or monuments. Bathing in any of the streams or lakes near the regularly travelled thoroughfares in the parks and monuments is not permitted without suitable bathing clothes.

(e) Saddle, pack, or draft animals shall not be kept in or near any camping area. No such animals shall be kept on the floor of Yosemite Valley except in the operator's corral.

(f) Only in areas designated by the park superintendent may campers use any dead or fallen timber for fuel, except that Sequoia wood or bark shall not be disturbed for any purpose.

(g) The installation of permanent camping facilities by visitors is prohibited in all parks and monuments. The digging or leveling of the ground in any camp site without a ranger's permission is prohibited.

(h) Camps must be completely razed and the sites cleaned before the departure of campers. In dismantling camps, all material, such as poles, bark, planks, platforms, etc., used in construction of temporary camps must be removed, and, if combustible, must be piled on the public camp woodpiles.

(i) Campers shall not leave their camps unattended for more than 48 hours without special permission of the superintendent, obtained in advance. Camping equipment left unattended in any public camping area for 48 hours or more is subject to removal by order of the superintendent, at

the expense of such removal to be paid by the person or persons leaving such equipment.

(j) No camp may be established in a park or monument and used as a base for hunting outside such park or monument.

(k) No camp shall be placed within 25 feet of any well-defined water course, water hydrant, or main road.

(l) Any article likely to frighten horses shall not be hung near a road or trail used by horses.

(m) The superintendents or custodians may, with the approval of the Director of the National Park Service, establish hours during which quiet must be maintained at any camp, and prohibit the running of motors at or near a camp during such hours.

(n) In Hot Springs National Park, the superintendent may establish the hours during which bathing will be permitted in the pool.

(n) No visitors shall be permitted to camp within the canyon in Canyon de Chelly National Monument.

(o) No camping is permitted in any part of the Muir Woods National Monument, and no hikers or visitors shall enter or remain therein between one-half hour after sunset and one-half hour before sunrise.

3. *Picnicking.*—Picnicking or the eating of lunches is prohibited in restricted areas designated by the superintendent.

4. *Use of park waters.*—In Platt National Park the superintendent may, whenever it becomes necessary to do so, restrict the use of the waters of any of the springs in the park to immediate drinking purposes at such springs.

5. *Sanitation.*—(a) Garbage, papers, or refuse of any kind shall not be thrown or left on or along roads, in camping or picnic areas, or on any other park or monument lands.

(b) All comfort stations shall be used in a clean and sanitary manner.

(c) Contamination of watersheds, of water supplies, or of any water used for drinking purposes is strictly prohibited.

6. *Fires.*—Fires shall not be kindled near or on the roots of trees, dead wood, moss, dry leaves, forest mold, or other vegetable refuse, but in some open space on rocks or earth. On public campgrounds the regular fireplaces constructed for the convenience of visitors must be used. Should camp be made in a locality where no such open space exists or is provided, the dead wood, moss, dry leaves, etc., shall be scraped away to the rock or earth over an area considerably larger than that required for the fire.

Fires shall be lighted only when necessary and, when no longer needed, shall be completely extinguished, and all embers and beds smothered with earth or water, so that there remains no possibility of reignition.

Permission to burn on any cleanup operation within the parks or monuments must first be obtained in writing from the office of the superintendent or custodian, and in such cases as it is deemed advisable such burning will be under Government supervision. All costs of suppression and all damage caused by reason of loss of control of such burning operations shall be paid by the person or persons to whom such permit has been granted.

No lighted cigarette, cigar, pipe heel, match, or other burning material shall be thrown from any vehicle or saddle horse or dropped into any grass, leaves, twigs, tree mold, or other combustible or inflammable material.

Smoking or the building of fires on any lands within the parks or monuments may be prohibited or limited by the superintendent or custodian when, in his judgment, the hazard makes such action necessary.

All persons making trips away from established camps are required to obtain written fire permits from the nearest ranger before building camp fires.

The use of fireworks or firecrackers in the parks and monuments is prohibited, except with the written permission of the superintendent or custodian.

7. *Protection of wildlife.*—The parks and monuments are sanctuaries for wildlife of every sort, and all hunting, or the killing, wounding, frightening, capturing, or attempting to

Vol. I—pt. 1—37——43

FFXCO_13245

capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks and monuments.

Unauthorized possession within a part or monument of the dead body or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements must be made at entrance stations to identify and transport through the parks and monuments, where necessary, the carcasses of birds or animals legally killed outside the parks and monuments. Failure to make such arrangements shall be deemed a violation of this regulation.

8. *Firearms, etc.*—Firearms, explosives, traps, seines, and nets are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian. Visitors entering or traveling through the parks and monuments to places beyond shall, at entrance, report and, if required to do so, surrender all such objects in their possession to the first park or monument officer, and, in proper cases, may obtain his written permission to carry them through the park or monument sealed. Failure to obtain such written permission shall be deemed a violation of this regulation. The Government assumes no responsibility for the loss of, or damage to, any such objects so surrendered to any park or monument officer, nor are park or monument officers authorized to accept the responsibility or custody of any other property for the convenience of the visitors.

9. *Fishing.*—Persons desiring to fish in the waters of the Yosemite, Sequoia, Lassen, General Grant, Grand Canyon, Grand Teton, Acadia, Wind Cave, Great Smoky Mountains, Mammoth Cave, and Zion National Parks, and the national monuments under the jurisdiction of the National Park Service must secure a sporting fishing license, as required by the laws of the state in which such park or monument is situated. All fishing in such parks and monuments must be done in conformity with the laws of the state regarding open seasons, size of fish, and the limit of catch, except as otherwise provided in the following paragraphs, which are applicable to all parks and monuments:

Fishing with nets, seines, traps, or by the use of drugs or explosives, or for merchandise or profit, or in any other way than with hook and line, the rod or line being held in hand, is prohibited.

Fishing in particular waters may be suspended, or restricted in regard to the use of particular kinds of bait, when the superintendent or custodian, with the approval of the Director of the National Park Service, shall determine such suspension or restriction necessary and shall post such restrictions or suspensions.

The number of fish that may be taken by one person in any one day from the various lakes and streams may be regulated by the superintendent or custodian, with the approval of the Director of the National Park Service. Unless otherwise determined and posted, the number shall be limited to 10 fish. Possession of more than two days' catch by any person at any one time shall be construed as a violation of this regulation.

No fish less than six inches long may be retained, unless a different limit be determined by the superintendent with the approval of the Director of the National Park Service and posted in the particular park or monument. All fish hooked less than such limit in length shall be carefully handled with moist hands and returned at once to the water if not seriously injured. Undersized fish retained because seriously injured shall be counted in the number of fish which may be taken in one day.

The possession of live minnows, chubs, or other bait fish, or the use thereof as bait, is prohibited in all the national parks and monuments, except Acadia National Park and Fort Jefferson National Monument.

The digging of worms for bait is prohibited in all parks and monuments.

The canning or curing of fish for the purpose of transporting them out of a national park or monument is prohibited.

The possession of fishing tackle upon or along any waters closed to fishing shall be prima facie evidence that the person or persons having such fishing tackle are guilty of unlawful fishing in such closed waters.

Fishing is prohibited in the Muir Woods National Monument.

All waters of the Shenandoah National Park are closed to fishing until further notice. This, however, shall not apply to occupants of or guests at the President's Camp on the Rapidan.

10. *Private operations.*—No person shall reside permanently in a national park or monument. No person, firm, or corporation shall engage in or solicit any business, or erect buildings in the parks or monuments without permission in writing from the Director of the National Park Service, Washington, D. C. Applications for such permission may be addressed to the Director through the superintendents and custodians of the parks and monuments.

In Mount McKinley National Park, prospectors and miners may erect necessary shelter cabins or other structures necessary in mining operations on bona fide locations in the park.

11. *Public speeches.*—No person shall make or deliver any address, speech, or sermon upon any subject whatever in Platt National Park without first obtaining a permit in writing from the superintendent, which permit the superintendent is hereby authorized to issue in proper cases and which shall designate the time and locality where such address, speech, or sermon may be given.

12. *Radios.*—The use of radios in public camps, hotels, or other buildings, or in automobiles is prohibited when audible beyond the immediate vicinity of the radio set. Radios shall not be operated to the annoyance of other persons nor so as to disturb the quiet of camps or other public places. The erection of aerials or other radio installations is prohibited.

13. *Cameras.*—Before still pictures may be taken for commercial purposes and before a motion or sound picture requiring the use of artificial or special settings, or special equipment, or involving the performance of a professional cast, may be filmed in any of the parks or monuments, authority must first be obtained, in writing, from the Secretary of the Interior. Still and motion picture cameras may be freely used by amateurs in the parks and monuments for general scenic purposes.

Superintendents may issue permits to take still and motion pictures in the parks and monuments under their supervision without such previous authorization by the Secretary of the Interior, in the following circumstances, and on condition that the permittees shall refrain from offering any gratuity of whatsoever nature to any employee of the Government in connection with the exercise of the privilege herein authorized to be granted:

1. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks as representatives of news concerns and for bona fide news publication;

2. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks, not for sale or for exhibition when paid admissions are charged, but for the purpose of stimulating general or park travel;

3. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks, for non-profit educational purposes;

4. Professional photographers desiring to take park scenes for general artistic purposes.

14. *Gambling.*—Gambling in any form, or the operation of gambling devices, whether for merchandise or otherwise, is prohibited.

15. *Advertisements.*—Private notices or advertisements shall not be posted, distributed, or displayed in the parks or monuments, excepting such as the superintendent or custodian may deem necessary for the convenience and guidance of the public.

16. *Mining claims.*—The location of mining claims on lands within the parks and monuments is prohibited, except

FFXCO_13246

in Mount McKinley National Park and in Death Valley National Monument. This regulation is subject to the further exception contained in the Act of Congress approved February 14, 1931 (46 Stat. 1161), reserving to the Navajo Tribe of Indians the mineral rights in the Canyon de Chelly National Monument.

Mining in Mount McKinley National Park may be regulated by the Secretary of the Interior as to surface use of locations under the Act of January 26, 1931 (46 Stat. 1043).

Mining in Death Valley National Monument is subject to the following special regulations, which are prescribed to govern the surface use of claims therein:

(a) The claim shall be occupied and used exclusively for mineral exploration and development and for no other purpose; except that, upon written permission of the Director of the National Park Service, the surface of the claim may be used for other specified purposes, the use to be on such conditions and for such period as may be prescribed when permission is granted.

(b) The owner of the claim and all persons holding under him shall conform to all rules now prescribed or which may be made applicable by the Director of the National Park Service, governing occupancy of lands within the national monument.

(c) The use and occupancy of the surface of mining claims as prescribed above shall apply to all such claims located after the date of the Act of June 13, 1933, within the limits of the national monument as fixed by the proclamation of February 11, 1933, and to all mining claims on lands hereafter included in the National monument, located after such inclusion, so long as such claims are within the boundaries of said monument.

(d) Prospectors or miners shall not open or construct roads or vehicle trails without first obtaining a permit from the Director of the National Park Service. Applications for permits may be made through the custodian of the monument, upon submitting a map or sketch showing the location of the mining property to be served and the location of the proposed road or vehicle trail. The permit may be conditioned upon the permittee's maintaining the road or trail in a passable condition as long as it is used by the permittee or his successors.

17. *Archeologic ruins and objects.*—Visitors shall not be permitted to visit the ruins in Mesa Verde National Park nor to enter the canyon in Canyon de Chelly National Monument unless accompanied by National Park Service employees. The superintendent may waive this requirement in Mesa Verde National Park by issuing a special written permit to persons engaged in scientific studies.

Visitors shall not remove any artifacts or other objects of archeological or historical significance from the place where they may be found, nor purchase any such objects from Indians or others. Any such objects purchased or removed in violation of this regulation shall be delivered to the superintendent or his representative on demand.

18. *Lost articles.*—Persons finding lost articles, other than relics, should deposit them at the office of the superintendent or custodian, or at the nearest ranger station, leaving their own names and addresses, so that if the articles are not claimed by the owners within 60 days, they may be turned over to those who found them.

19. *Private lands.*—Owners of private lands within the limits of any park or monument are entitled to the full use and enjoyment thereof; the boundaries of such lands, however, shall be determined, and marked and defined, so they may be readily distinguished from the park or monument lands. While no limitations or conditions are imposed upon the use of private lands so long as such use does not interfere with or injure the Government lands, private owners shall provide against trespass by their livestock upon lands of the parks or monuments, and all trespasses committed will be punished to the full extent of the law. Stock may be taken over the lands of parks and monuments with the written permission and under the supervision of the superintendent or custodian, but such permission and super-

vision are not required when access to such private lands is had wholly over roads or lands not owned or controlled by the United States.

20. *Grazing.*—The running at large, herding, or grazing of livestock of any kind on the Government lands in the parks and monuments, as well as the driving of livestock over the same, is prohibited, except where authority therefor has been granted by the superintendent or custodian, with the approval of the Director of the National Park Service. The owners of livestock found improperly on the park or monument lands will be prosecuted.

The above regulation is subject to the exception contained in the provisions of the Act of Congress approved February 26, 1929 (45 Stat. 1314), relating to grazing in Grand Teton National Park, and to the exception contained in the Act of Congress approved February 14, 1931 (46 Stat. 1161), reserving to the Navajo Tribe of Indians the right to the surface use of the lands in the Canyon de Chelly National Monument for agricultural, grazing, or other purposes.

No authority may be granted for grazing in the Yellowstone National Park.

21. *Authorized operators.*—All persons, firms, or corporations holding franchises in the parks and monuments shall keep the grounds used by them properly policed and shall maintain the premises in a sanitary condition to the satisfaction of the superintendent or custodian. No operator shall retain in his employment a person whose presence in the park or monument may be deemed by the superintendent or custodian subversive to the good order and management of the park or monument.

All operators shall require each of their public contact employees to wear a metal badge with a number thereon, or other mark of identification. The name and number corresponding therewith, or the identification mark, shall be registered in the office of the superintendent or custodian. These badges must be worn in plain sight.

22. *Fraudulently obtaining accommodations.*—The obtaining of food, lodging, or other accommodations in the national parks and monuments with intent to defraud is forbidden, and such fraudulent intent will be presumed from refusal or neglect to pay therefor on demand, or payment therefor with negotiable paper on which payment is refused, or absconding without paying or offering to pay therefor, or false or fictitious showing or pretense of baggage or other property, or surreptitious removal or attempted removal of baggage.

23. *Dogs and cats.*—(a) Dogs and cats are prohibited on the Government lands in the parks and monuments, except that upon written permission of the superintendent or custodian, secured upon entrance, they may be transported over through roads by persons passing through the parks and monuments provided they are kept under leash, crated, or otherwise under restrictive control of the owner at all times while in the park or monument: *Provided, however,* That employees and others may be authorized by the superintendent or custodian to keep dogs for official purposes in the administrative area of a park or monument, and subject to such further conditions as may be determined by the superintendent or custodian.

(b) Stray dogs or cats running at large in the parks and monuments may be killed to prevent molestation of the wildlife therein.

(c) In Mount McKinley National Park, dogs may be used for hauling, with the permission of the superintendent and subject to the following rights and restrictions: In the winter, prospectors and miners may use such dogs as may be necessary for a reasonable time for heavy hauling of supplies, fuel, timber, and other objects; thereafter each person is limited to seven dogs. In the summer, no dogs are allowed except in special cases. In no case nor at any time shall litters of pups be raised in the park except by special permission of the superintendent. Persons entering the park with dogs must register at McKinley Park entrance, Katishna entrance, or the nearest ranger station, giving such information as may be required by the superintendent.

FFXCO_13247

such overtaking vehicle, shall move to the right to allow a safe passage.

When automobiles going in opposite directions meet on a grade, the ascending machine has the right-of-way, and the descending machine shall be backed or otherwise handled as may be necessary to enable the ascending machine to pass in safety.

48. *Following vehicles.*—Except in slow-moving traffic, a vehicle shall not follow another vehicle closer than 50 feet, nor closer than 15 feet at any time.

49. *Clutches and gears.*—No motor vehicle shall be operated on any highway with clutch disengaged or gear out of mesh except for the purpose of changing or shifting gears or stopping or while being towed, or when such vehicle is equipped with commercial free-wheeling devices.

50. *Lights.*—All motor vehicles except motorcycles shall be equipped with two headlights and one or more red tail-lights, the headlights to be of sufficient brilliancy to insure safety in driving at night, and all lights shall be kept lighted after sunset when the vehicle is on a road, and at all times when passing through unlighted tunnels. Headlights shall be dimmed when meeting other vehicles, riding or driving animals, or pedestrians.

51. *Sounding horn.*—The horn shall be sounded on approaching sharp curves or other places where the view ahead is obstructed, or before passing other vehicles or pedestrians, or, if necessary, before passing riding or driving animals.

52. *Muffler cut-outs.*—Muffler cut-outs shall be kept closed at all times within the limits of the parks and monuments.

53. *Accidents—stop-overs.*—If vehicles stop because of accident or for any other reason, they shall be immediately parked in such a way as not to interfere with travel on the road.

54. *Parking.*—The superintendent may limit the time allowed for parking in any parking area upon the posting of signs indicating such limit.

55 *Traffic signs.*—Drivers of all vehicles shall comply with the directions of all official traffic signs posted in the the parks or monuments.

56. *Intoxication.*—No person who is under the influence of intoxicating liquor or narcotic drugs shall operate or drive a motor-driven vehicle of any kind on the roads of the parks or monuments.

### LOCAL SUBSIDIARY REGULATIONS

Subsidiary regulations necessary to cover local situations and promulgated under general provisions contained in these regulations will be published in the FEDERAL REGISTER and may be seen at the headquarters of the parks or monuments in which they are operative.

All subsidiary regulations promulgated under general provisions contained in the Rules and Regulations approved by the Secretary of the Interior June 6, 1935, are hereby continued in force and effect until amended or repealed.

### PENALTIES

(a) Any person who violates any of the foregoing rules or regulations in regard to any park or monument not specified in paragraph (b) hereof shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $500 or imprisonment for not exceeding six months, or both.

(b) Any person who knowingly and willfully violates any of the foregoing rules or regulations in regard to any of those national military parks, battlefield sites, national monuments, or miscellaneous memorials transferred to the jurisdiction of the Secretary of the Interior from that of the Secretary of War by Executive Order No. 6166, June 10, 1933, and enumerated in Executive Order No. 6228, July 28, 1933, shall be deemed guilty of a misdemeanor and punished by a fine of not more than $100 or by imprisonment for not more than three months, or by both such fine and imprisonment.

Approved: June 18, 1936,

HAROLD L. ICKES,
*Secretary of the Interior.*

[F. R. Doc. 1006—Filed, June 26, 1936; 10:40 a. m.]

## DEPARTMENT OF AGRICULTURE.

### Agricultural Adjustment Administration.

ORDER TERMINATING OPERATION OF LICENSE FOR MILK—ATLANTA, GEORGIA, SALES AREA

Whereas, W. R. Gregg, Acting Secretary of Agriculture of the United States of America, acting under the provisions of the Agricultural Adjustment Act, as amended, for the purpose and within the limitations therein contained, and pursuant to the applicable general regulations issued thereunder, did, on the 15th day of November 1934, issue under his hand and the official seal of the Department of Agriculture a License for Milk—Atlanta, Georgia, Sales Area, effective the 1st day of December 1934, which license was subsequently amended on August 12, 1935, and suspended on the 25th day of January 1936, said suspension being effective on and after 12:01 a. m., January 27, 1936; and

Whereas, the Secretary of Agriculture has determined to terminate the said license, as amended;

Now, therefore, the undersigned, acting under the authority vested in the Secretary of Agriculture under the terms and conditions of the said act, as amended, and pursuant to the applicable general regulations issued thereunder, hereby terminate the said license, as amended.

In witness whereof, H. A. Wallace, Secretary of Agriculture of the United States of America, has executed this Order of Termination in duplicate, and has hereunto set his hand and caused the official seal of the Department of Agriculture to be affixed in the city of Washington, District of Columbia, this 25th day of June 1936, and hereby declares that this termination shall be effective on and after 12:01 a. m. July 1, 1936.

[SEAL]

H. A. WALLACE,
*Secretary of Agriculture.*

[F. R. Doc. 1012—Filed, June 26, 1936; 11:58 a. m.]

## FEDERAL TRADE COMMISSION.

Commissioners: Charles H. March, Chairman; Garland S. Ferguson, Jr., Ewin L. Davis, W. A. Ayres, Robert E. Freer.

[File No. 21-267]

IN THE MATTER OF APPLICATION FOR TRADE PRACTICE RULES FOR THE SCHOOL SUPPLIES AND EQUIPMENT DISTRIBUTING INDUSTRY

### NOTICE OF OPPORTUNITY TO BE HEARD

This matter now being before the Federal Trade Commission under its Trade Practice Conference procedure, in pursuance of the Act of Congress approved September 26, 1914, (38 Stat. 717; 15 USCA, Section 41);

Opportunity is hereby extended to any and all persons affected by or having an interest in the proposed trade practice rules for the School Supplies and Equipment Distributing Industry to present to the Commission their views upon the same, including suggestions or objections, if any. For this purpose they may, upon application to the Commission, obtain copies of the proposed rules. Communications of such views should be made to the Commission not later than Wednesday, July 15, 1936. Opportunity for oral hearing will be afforded July 15, 1936, at 10 a. m., Room 101, Federal Trade Commission Building, 815 Connecticut Avenue, Washington, D. C., to such persons as may desire to appear, and who have made prior written or telegraphic request to be heard orally. All briefs or other communications received concerning the proposed rules will become part of the public record subject to inspection by interested parties. After giving due consideration to such suggestions or objections as may be received concerning the rules proposed by the industry, the Commission will proceed to their final consideration.

By the Commission.

[SEAL]

OTIS B. JOHNSON, *Secretary.*

Entered June 24, 1936.

[F. R. Doc. 1007—Filed, June 26, 1936; 11:15 a. m.]

FFXCO_13248

# EXHIBIT 85

FFXCO_13249

# State of Connecticut

### PUBLIC DOCUMENT NO. 60

# REPORT

OF THE

# STATE PARK COMMISSION

TO THE

# GOVERNOR

For the Two Fiscal Years ended September 30, 1918

*PRINTED IN ACCORDANCE WITH STATUTE*

HARTFORD
PUBLISHED BY THE STATE
1918

Google

Digitized by
UNIVERSITY OF MICHIGAN

FFXCO_13250

PUBLICATION
APPROVED BY
THE BOARD OF CONTROL

Printed by
THE WILSON H. LEE CO.
NEW HAVEN, CONN.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

HARTFORD, CONN., December 24, 1918.

*To His Excellency,* MARCUS H. HOLCOMB,
   *Governor of the State of Connecticut.*

In accordance with Chapter 265, Public Acts 1915, and on be-half of the Commissioners appointed under Chapter 230, Public Acts of 1913, I have the honor to submit for your consideration the biennial report of the State Park Commission for the two years ended September 30, 1918.

LUCIUS F. ROBINSON,
   *Chairman of the Commission.*

2

Digitized by Google

UNIVERSITY OF MICHIGAN

FFXCO_13252

30          REPORT OF STATE PARK COMMISSION.

## Principles to be Observed in the Selection of Names.

The selection of names has always seemed to me a matter of some importance, and with the experience now gained, I would suggest the following very general principles, which if adopted may be of some assistance, though each case must be considered with care as it arises:

1. Family names should be avoided unless of historical significance, or unless such names have become firmly established by long-continued or wide-spread use.

2. Preference should be given to names of natural features appearing on maps in current use, of which maps those of the Geological Survey (Topographic) should be considered the standard.

3. All names should be reasonably short and euphonious, and should be complete and distinctive in ordinary use without the suffix "Park" or "State Park."

4. If possible, the name selected at the time of first acquisition should be sufficiently broad to cover any probable future additions.

## Notices.

The following general form of notice has been adopted by the Commission for use in all Parks, and has been approved by the Governor, as required by Chapter 230, Public Acts of 1913.  Copies of this notice should be placed in all the Parks as soon as funds will permit.

### CONNECTICUT STATE PARK

(NAME OF PARK)

#### TO THE CITIZENS OF CONNECTICUT

This is a State Park.  It belongs to you.  It was paid for out of the State money, your money, or given to the State, for the preservation of natural beauty or historical association, and for the recreation of yourselves and your guests from other States.

The custodian of the State Park is the State Park Commission, established by your representatives in the General Assembly, whose members are appointed by the Governor with the approval of the Senate.  They are your servants, to see that the State Parks are properly cared for, rightly used and not abused.

There is a reason for every rule and regulation made, and they should be complied with, even though the reason is not evident. If the rule seems onerous or unnecessary, your criticisms or suggestions, made in writing, will receive careful consideration.

It is desired that this park shall be used for picnic parties, camping and outdoor life by the people of Connecticut, provided the park is used in a wholesome and reasonable way, and that the trees, shrubs and plants are not injured, and all rubbish is placed in re-

Google

UNIVERSITY OF MICHIGAN

FFXCO_13253

ceptacles prepared for it, or buried or burned. People using this State Park should not monopolize it, nor disturb nor unpleasantly intrude upon other parties using it.

FIRES are a source of danger to the forest, and must not be built in dry times, but at other times they may be made in stone fireplaces built by the Commission or acceptable to them; the fire should never be left alone, and must be put out on leaving.

The use of firearms or having them in possession is forbidden, also the killing or disturbing of wild animals, birds or birds' nests.

The directions of the caretakers should be followed. If they seem unreasonable or undesirable, or if suggestions are to be offered, please write to the Field Secretary or any member of the Commission.

IT IS PERMITTED: .

1. To fish in accordance with the Public Statutes.
2. To gather nuts, berries or wild flowers except for market.
3. To use any dead wood for the fireplace.
4. To camp for two days or less without a permit, camping for longer periods to be by special permit.

STATE PARK COMMISSION,
(Names and addresses)

## Progress of Acquisition.

It has been previously suggested that the success of your work cannot be gauged by the size of the appropriations devoted to it, and it is equally true that its progress is not to be measured or computed in acres of land, and yet we naturally turn to figures of some sort as the readiest means of comparison.

Your first report in 1914 showed a total of five acres in the town of Westport; the second in 1916 showed a total of 740 acres in 5 towns; and the present total is 3,150 acres in 18 towns, of which 914 acres have been purchased and 2,236 acres have been freely given. As citizens of the good old State, we have then apparently equal reason to be proud of our collective thrift and our individual generosity. Unfortunately for this view, the donors seem to be a corporate body acting collectively and individuals having their principal residence in other States. Well, pride is sinful and humility is a Christian virtue, and after all, somehow we are getting some land. But is it sinful to be proud of the beauties of our own State? or must we live somewhere else to appreciate them?

In closing, it is impossible to omit a few words of personal tribute to the character of General Bradley, whose loss we have all felt keenly. His gentle and persistent optimism in the face of every discouragement, his faith in his ideals, his invariable good humor and kindly smile, and that rare courtesy and charm of manner which

Google

UNIVERSITY OF MICHIGAN

FFXCO_13254

his friends can never forget; all these traits were his, and the memory of them is ours.  While that memory remains who can say that his spirit is not with us?  It was my privilege to know him for a short time only, though it seems much longer, but I can testify to his great pleasure in heading the Commission in its first years and his firm belief in its future usefulness to the State.

Respectfully submitted,

ALBERT M. TURNER.

Northfield, Conn.,

December 10, 1918.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 86

FFXCO_13256

# LAWS

OF THE

# STATE OF INDIANA

Passed at the Seventy-fifth Regular Session
of the General Assembly

Begun on the Sixth Day of January, A. D. 1927

## 1927

*BY AUTHORITY*

FREDERICK E. SCHORTEMEIER, Secretary of State

INDIANAPOLIS:
WM. B. BURFORD, CONTRACTOR FOR STATE PRINTING AND BINDING
1927

FFXCO_13257

the state shall apply equally to and govern the naval forces, except such provisions as may be inconsistent with the different nature of the service.

## Naval and Life Saving Equipment.

Sec. 4. The commander in chief is hereby authorized to accept from the navy of the United States, or from any other source, for the naval militia, and use any vessel, life boat, boat gear, boat equipment, life saving equipment, rifles, field pieces, and any other naval equipment or life saving equipment which may be deemed necessary in properly safeguarding the lives and property of the citizens of the State of Indiana.

## Appropriation.

Sec. 5. For the purpose of carrying into effect the provisions of this act, there is hereby appropriated, out of any money in the general fund of the state treasury not otherwise appropriated, the sum of twenty thousand dollars for each of the fiscal years ending September 30, 1928, and September 30, 1929, respectively.

————

## Chapter 37.

AN ACT concerning fish, game, wild birds, wild animals, and offenses relating thereto.

[S. 19.  Approved March 1, 1927.]

## Migratory Birds—Offense in Certain Cases Created.

Section 1. *Be it enacted by the general assembly of the State of Indiana,* That it shall be unlawful for any person or corporation to hunt, take, capture, kill, trap, net or destroy, or attempt to take, capture, kill, trap, net or destroy, or to possess, sell, offer for sale, purchase, offer to purchase, or to ship, transport or carry or deliver or receive for shipment, transportation or carriage in any manner beyond the limits of this state, any migratory bird included in this act, or any part, nest, or egg thereof, except only as hereinafter permitted by the provisions of this act.

FFXCO_13258

in so far as such act pertains to the migratory birds mentioned in this act.

**Fishes in Hatchery Pond—Offense Concerning.**

SEC. 15. It shall be unlawful for any person to fish in any pond of a fish hatchery of the State of Indiana, or to take, catch, injure or kill or attempt to take, catch, injure or kill any fish in such hatchery pond.

**Wild Animals and Birds on Game Reserves—Public Shooting Grounds.**

SEC. 16. It shall be unlawful for any person to hunt, pursue, trap, kill, injure or take in any manner or at any time any wild animal or bird on any lands of the State of Indiana which have been or may hereafter be set aside or used by said state as a game reserve or for the propagation of wild animals or birds, or upon any lands of this state now or hereafter used for a state park or for a state forest reserve. And it shall be unlawful for any person to go upon such lands of this state with a gun: *Provided*, That the department of conservation may, by regulation duly made and promulgated and approved by the governor in the manner provided by law for the making and promulgation of regulations by said department, set aside, designate and maintain such game reserve or any part thereof, or other lands now or hereafter acquired for that purpose, as a public shooting grounds, and thereunder may permit all persons to hunt, trap or take thereon such wild animals or wild birds in open seasons in such manner, at such times, and under such restrictions, conditions and limitations as may be fixed by said regulation.

**Possession of Certain Instruments for Taking Fishes—Exceptions—Penalty.**

SEC. 17. It shall be unlawful for any person or corporation to possess any seine, dip-net, gill-net, trammel-net, pond-net, or other kind of fishing net whatever, or any spear, gig or fish trap, or any part thereof: *Provided,* That a person lawfully may possess, within one mile of the waters here enumerated, and for use only in such waters, nets, seines and traps for taking fish from Lake Michigan, or the Ohio river, or, when licensed therefor, for taking fish from the Wabash river in so far as it is the boundary line between

shall upon conviction be fined in any sum not less than ten dollars nor more than one hundred dollars, to which may be added imprisonment in the county jail not to exceed sixty days. The taking, catching, killing, possession, sale, barter, offer for sale or barter, purchase, offer to purchase, or transportation of each bird, animal or fish or part thereof in violation of any provision of this act shall constitute a separate and distinct offense. Each day's possession of any bird, animal, fish or article, the possession of which is prohibited by this act, shall constitute a separate and distinct offense.

### Repeal—Cumulative Effect of Act.

SEC. 37. All laws or parts of laws in conflict with the provisions of this act are hereby repealed, but only such parts of existing law as are in direct conflict with the provisions of this act are hereby repealed, and this act shall be construed to be cumulative, not repealing other law now existing on similar subjects except where the same is inconsistent with this act.

### Constitutionality.

SEC. 38. If any phrase, clause, sentence, section or other part of this act shall be declared unconstitutional or invalid for any cause, such decision shall affect only the phrase, clause, sentence, section or other part of this act which shall be directly in controversy, and the validity of the entire remainder of this act shall in no way be affected thereby.

--------

### CHAPTER 38.

AN ACT to amend section 5 of an act entitled "An act entitled an act to provide for the protection and reclamation of lands subject to overflow, by the construction and maintenance of levees," approved March 9, 1907.

[S. 37.  Approved March 2, 1927.]

### Lands Subject to Overflow—Protection—Issuance of Bonds in Certain Cases.

SECTION 1. *Be it enacted by the general assembly of the State of Indiana,* That section 5 of the above entitled act be amended to read as follows: Sec. 5. In all cases where

# EXHIBIT 87

FFXCO_13261

# THE DEPARTMENT OF CONSERVATION

## STATE OF INDIANA--

### CONSERVATION COMMISSION

STANLEY COULTER, *Chairman*
EVERETT L. GARDNER
DAVID A. ROTHROCK
MARTIN R. GOSHORN

---

Publication No. 68

---

RICHARD LIEBER
Director

---

INDIANAPOLIS:
WM. B. BURFORD, CONTRACTOR FOR STATE PRINTING AND BINDING
1927

Digitized by Google

FFXCO_13262

# FOREWORD

This volume contains:

(a)   The present statute laws of Indiana pertaining to the department of conservation, including penal and regulatory laws administered by the department.

(b)   References to decisions of the courts on subjects relating to conservation.

(c)   References to opinions of the attorney general having to do with the department and its work.

(d)   Laws of the United States in so far as such laws apply to matters of conservation in Indiana.

Primarily this book is published for the use and convenience of the department and its officers and employes.

The natural resources in the state are the property of the people of the state.  The department has been constituted the administrator of this property for the benefit of the state and of the people, and, not the least important, for the benefit of the property itself.  In this manner coming generations will be guaranteed sustained use and enjoyment of natural resources.

These laws are the rules governing the administration of this trust. All persons connected with the department should become familiar with them.

The business of the department has been growing steadily and it is inevitable that the increase in departmental activities and functions should necessitate an expansion of the laws.

For the better understanding of the department's inner organization, a graphic chart has been appended.

RICHARD LIEBER, Director.

181

before March 9, 1924, if said board shall convey said county office build-ing to any association to be preserved and maintained as a world war memorial, permission is granted said association to maintain said build-ing on said public square, with full right of ingress and egress there-to and therefrom so long as such association shall continue to exist.

Appropriation for years 1927-1929, see note to Sec. 17.

**Sec. 354. Regulation Concerning State Parks and Scenic and Historic Places.** Pursuant to authority of an act of the General Assembly of the State of Indiana "creating a de-partment of conservation," etc., approved March 11, 1919, the conservation commission of Indiana hereby makes the follow-ing regulation, effective in and for each of the state parks and scenic and historic places, now or hereafter established, under the control of the department of conservation of Indiana:

1. **Injury to Property—Birds—Animals.** No person shall injure, destroy, remove, mutilate or deface any building, struc-ture, sign, rock, tree, shrub, vine, or property whatever, nor pick any flowers, nor take, kill, injure, pursue, hunt or molest or rifle the nest of any bird or the den, nest or abode of any wild animal.

2. **Guns—Firearms—Dogs.** The carrying or possession of a gun or firearm is prohibited. Dogs, except those on leash, shall not be taken or allowed to go into any such park or place.

3. **Vending—Advertising.** No person shall sell, vend, peddle, distribute or deliver any merchandise or property whatever, except with the express permission of the department of con-servation. The placing or distribution of advertisements or advertising matter of any character is prohibited, except with the express permission of said department.

4. **Admission Fees.** For each day's admission to each of the said state parks (except Muscatatuck State Park) each person over eight years of age shall pay to the department of conservation a gate fee of ten cents. For each admission to the James F. D. Lanier home, each person over eight years of age shall pay to said department a fee of twenty-five cents, except that on two days of each week, to be designated from time to time by said department, no admission fee shall be charged at said home.

5. **Camps.** No camp or tent shall be located except in such area or place as may be specially provided therefor by the de-partment of conservation. For each tent so located there shall

FFXCO_13264

182

be paid to the department of conservation a fee of twenty-five cents for each twenty-four hours or fraction thereof. Camps shall be kept clean and sanitary. Trash, waste, garbage or refuse shall not be thrown or scattered upon the grounds nor thrown in any stream or body of water, but shall be placed in baskets or receptacles provided therefor. No camp fires shall be built except in places provided and designated by said department for that purpose.

6. **Fires.** No person shall build or start any fire whatever, except a camp fire as above provided for cooking, warmth or smudge. All camp fires shall be entirely extinguished immediately after use. No person shall carelessly, negligently or maliciously start any fire. Lighted matches, cigarettes, cigars, or other articles afire shall be thoroughly extinguished before being thrown away.

7. **Motor Vehicles—Horseback Riding.** No person shall run or operate any motor vehicle at a greater rate of speed than fifteen miles per hour, nor drive nor park such motor vehicle at any place except where provided therefor by said department. No person shall ride, drive or hitch any horse except at such places as may be permitted or provided therefor by said department.

8. **Bathing.** No person shall bathe in or use any bathing beach except at such places and times as may be permitted or provided therefor by said department. Bathing beaches may be closed to the public and bathing therein prohibited at any time when, in the opinion of park authorities, bathing therein may be dangerous.

This regulation shall not apply to officers, agents and employes of the department of conservation in the exercise of their authorized and official duties.

The failure of any person to comply with any provision of this regulation shall be deemed a violation hereof. Whoever shall violate any provision of this regulation shall be subject to a fine as provided by said act of March 11, 1919.

This regulation to take effect and to be in full force on the 15th day of September, 1927.

# EXHIBIT 88

FFXCO_13266

# THIRD BIENNIAL REPORT

OF THE

# FORESTRY, FISH AND GAME COMMISSION

OF THE

STATE OF KANSAS



FOR THE PERIOD ENDING JUNE 30, 1930

ALVA CLAPP,
*State Fish and Game Warden*

PRINTED BY KANSAS STATE PRINTING PLANT
B. P. WALKER, STATE PRINTER
TOPEKA 1930
13-6009

Google

UNIVERSITY OF MICHIGAN

## LETTER OF TRANSMITTAL.

————

*To Hon. Clyde M. Reed, Governor, and Members of the*
*Senate and House of Representatives:*

GENTLEMEN—As required by law, we submit herewith
the biennial report of the work of the Forestry, Fish and
Game Commission for the period ending June 30, 1930.

ALVA CLAPP, *Secretary.*

(4)

Google

UNIVERSITY OF MICHIGAN

The following rules and regulations have been adopted by the Forestry, Fish and Game Commission covering the actions of the public on the state parks:

1. The destruction or injury of any sign, guidepost or property of any kind is unlawful. This includes the peeling of bark, carving and chopping of trees, cutting branches, driving nails, digging ground from roots and the removal of trees, shrubs and plants, picking wild flowers and other injuries.

2. To carry or have firearms in possession in a state park is unlawful.



HATCHERY PONDS, MEADE COUNTY STATE PARK.

3. Throwing of tin cans, bottles, papers, junk or refuse of any kind on the ground or in a lake or stream; or the misuse and abuse of seats, tables and other park equipment is prohibited.

4. Washing or the throwing of waste of any kind around well or spring, or the use of woods as toilets, or the use of toilets for bathhouses is prohibited.

5. Building or starting fires in the open or in any place except where the proper provisions have been made, or to leave fires while burning, is prohibited.

6. Dogs in the park must be tied with a chain or controlled on a leash. They are not allowed to run loose about the park.

7. Speed limit for motor vehicles on park roads is 25 miles per hour except where otherwise posted.

8. Camping, horseback riding or driving of automobiles or other vehicles on picnic grounds, children's playground, bathing beaches, and areas posted against such traffic or use is prohibited.

9. Persons desiring to camp in a state park are required to obtain permit before making camp. A permit authorizes the holder to camp in the park not to exceed three days. When time of permit has expired, campers are required to move from the park or have permit renewed. The park superintendent shall record the name and address of the responsible head of each camping party, the number of persons, and names and license numbers of cars.

10. Camping in the park by boys under seventeen years of age, unaccom-

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

FFXCO_13269

24          *Forestry, Fish and Game Commission.*

panied by an adult, and girls under eighteen years of age, unaccompanied by their parents or chaperon, is prohibited.

11. Disorderly conduct in the way of drunkenness, vile language, fighting and personal exposure by change of clothing in automobiles, woods, park or any other place where person is not properly sheltered is prohibited.

12. Bathing, swimming or wading is restricted to the area designated as the bathing beach. All persons enter the water at their own risk.



WATCH YOUR BRAKES, SCOTT COUNTY
STATE PARK.

13. All state parks and lakes are game sanctuaries. Hunting, shooting, killing, trapping, injuring, pursuing, or molesting in any way, any bird or animal on or within any state park is prohibited.

14. Any person having proper fishing license and persons exempt by law may fish on or within any state park. Fishing is permitted in daylight only, which is declared to be not earlier than one hour before sunrise nor later than one hour after sunset. The Forestry, Fish and Game Commission may further restrict or entirely close any park to fishing at any time, if in its judgment conditions demand it. Each person so fishing is limited to one rod and line with not more than two hooks attached, or a fly rod and line with not more

Digitized by Google                    Original from
                                    UNIVERSITY OF MICHIGAN

FFXCO_13270

than two flies attached, or a casting rod with not more than one artificial
bait or lure attached, and such rod and line must be held in hand. Any such
rod and line left set in the bank or attached to a boat, dock, tree, log, rock
or to anything, or in any way, with line and hooks in the water in such
manner that hooks may be taken by any fish, is prohibited, declared unlawful,
and may be seized and confiscated by the park superintendent or any game
warden. No trot-lines, set lines, float, bank or limb lines are permitted. A
daily bag of fifteen fish of all kinds is allowed. Bass less than 10 inches; cat-
fish (except bullheads) less than 12 inches; crappie less than 7 inches; and
yellow perch less than 6 inches in length must be at once returned to the
water. Dumping minnows or any kind of live bait in the waters of a state
park is prohibited.

15. Boating is restricted to craft propelled by hand or wind power.

16. All park superintendents are both deputy sheriffs and deputy game
wardens. They have authority to issue camping permits and are in complete
charge of the parks. All questions of privileges shall be submitted to them.
They shall preserve order and make arrests for violations of rules,

It is the intention at all times to so equip and maintain the parks as to
give the greatest good to the greatest number of people. There is always a
difference of opinion as to how this end may best be accomplished. There is
perhaps no limit to which the department might go in providing luxuries
and means of amusement on these parks, but when the source of revenue by
which they are maintained is considered and when the amount of money
available for such maintenance is considered there is little excuse for the use
of these funds in providing luxurious playgrounds, camp grounds or picnic
grounds, for use of the public. The object of the parks can perhaps best be
fulfilled by refraining from too much alteration in the natural landscape. The
suggestion has been made time and again that various parks look somewhat
ragged, that the appearance might be improved by the widespread use of a
lawn mower. But, with the ever-increasing expense of close-cropped lawns,
which can be seen at any time in any city, there seems to be little need of
treating these parks as formal gardens or as front lawns. If the lakes on
these parks can supply reasonably good fishing, boating and swimming in
proper seasons, shade trees and drinking water and a few views which show
Kansas in its unspoiled state, it would seem that those who cannot enjoy
themselves in such surroundings should seek their pleasures elsewhere.

Guided by the helpful suggestions of Prof. Albert Dickens and Prof. L. R.
Quinlan, both of the Department of Horticulture, Kansas State Agricultural
College, a great deal of effort has been put forth to plant trees on the various
parks, to select the proper species and to place them in a proper setting.
In some cases good success has been attained. In other cases, due to un-
friendly soil or a mistake in the selection of species, the results have not been
so satisfactory. Last spring on the Ottawa County State Park, the sportsmen
and other lovers of outdoor life in Ottawa and surrounding counties collected
several thousand young forest trees, mainly elm, hackberry and cottonwood, and
presented them to the park. These were planted by state employees under
the direction of the park superintendent. On the Scott County State Park,
in the past two seasons, 3,000 western yellow pine seedlings have been planted.
The planting of 1929 was not very successful, but those planted the past
spring are doing exceptionally well. On the Meade County State Park a

Google

# EXHIBIT 89

FFXCO_13272

LIBRARY
OF THE
UNIVERSITY OF ILLINOIS
26 AUG 1914

# REPORT

OF THE

# MARYLAND
# STATE BOARD OF FORESTRY

FOR

## 1912 and 1913



## MEMBERS OF THE BOARD

PHILLIPS LEE GOLDSBOROUGH . . . . President
GOVERNOR OF MARYLAND

EMERSON C. HARRINGTON . . . Comptroller of Maryland

WILLIAM H. WELCH . Acting President of Johns Hopkins University

H. J. PATTERSON . . . President of Maryland Agricultural College

WILLIAM BULLOCK CLARK . . . . . Executive Officer
STATE GEOLOGIST

W. McCULLOH BROWN . . . . . . . . .

ROBERT GARRETT . . . . . . . . . .

---

F. W. BESLEY . . . . . . . . State Forester

BALTIMORE, MD.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_13273

60                        STATE BOARD OF FORESTRY

Form 15
                    APPLICATION FOR FREE USE PERMIT
                              ON STATE LANDS

                                ...................................................................., Md.

                                ........................................................19..........

MARYLAND STATE BOARD OF FORESTRY,
        Baltimore, Maryland.

*Gentlemen:—*
        I
        We hereby apply for a Permit to.............................................................

.........................................................................................................................

.........................................................................................................................

.........................................................................................................................

.........................................................................................................................

                                        I
        If granted this permit we agree to comply in every respect with the rules
and regulations of the Board of Forestry as printed on the reverse side of
this Application.

                Applicant's Signature.............................................................

                Address....................................................................................

            recommended
Permit not recommended by.........................................................................

            granted
Permit refused by.........................................................................................


                        RULES AND REGULATIONS

                                    OF THE

                    MARYLAND STATE BOARD OF FORESTRY

                FOR USE, BY THE PUBLIC, OF THE PATAPSCO PARK
                        _____

        No person shall be allowed the exclusive use of any portion of the
Patapsco State Park, for camping or other purposes, except under a written
Permit issued by the Board of Forestry upon an Application signed by the
person desiring to use said lands; which Application and Permit shall con-
tain the following provisions:
        That the Permittee and those enjoying with him the use of the Patapsco
State Park under Permit
        1.—Will not cut, mutilate, or destroy any green trees except those
selected and marked by the State Forest Officers.
        2.—Will not build or set any fires, except at places designated for them
at the camp sites; will always put out all fires before leaving camp; and will

 Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

**FFXCO_13274**

always use particular care in preventing the starting or spreading of fires, wherever they may be found.

3.—Will not litter the ground and woods with paper, lunch boxes, other debris or refuse, or pollute the springs or streams in any manner whatsoever.

4.—Will not bring into the Patapsco State Park or have in his or their possession while there fire-arms of any description; nor shoot or otherwise harm or molest any bird or animal therein.

5.—Will prevent, as far as possible, any other damage to the State's property, which he and they will protect and conserve as fully as possible.

6.—And will agree that this Permit may be revoked in case of failure on the part of the Permittee to comply with any or all of the above provisions.

Form 14. Permit No.

FREE USE PERMIT

ON STATE LANDS

STATE BOARD OF FORESTRY

BALTIMORE, MARYLAND

Name.................................................... Address....................................................
is hereby granted a Permit to

the permittee having agreed to comply in every respect with the rules and regulations of the Board of Forestry regarding the permit; that he will not cut any green trees except those selected and marked by the Forest Wraden; that he will exercise particular care in preventing the spread of fires; and prevent as far as possible any other damage to the State's property, which he will protect and conserve as fully as possible. This Permit may be revoked in case of any failure on the part of the permittee to comply with the above.

Date of issue STATE BOARD OF FORESTRY.

Limit of Permit By....................................State Forester

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

62                    STATE BOARD OF FORESTRY

SPECIAL POSTERS FOR PATAPSCO RESERVE.

*(Sign prepared and posted in co-operation with the Baltimore and Ohio Railroad.)*

# PATAPSCO PARK

STATE FOREST RESERVE

## Attractive Camping Sites

NEAR HERE

### FREE UPON APPLICATION

State Forester, Baltimore                Forest Patrolman, Oella

Or Local Agent
**Baltimore & Ohio R. R.**

*(Sign posted to conform with a recent ruling of the Board of Forestry.)*

## NO HUNTING!

### FIREARMS PROHIBITED

———

PATAPSCO STATE PARK

 Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

FFXCO_13276

# EXHIBIT 90

FFXCO_13277

# L A W S

OF THE

# STATE OF MARYLAND

MADE AND PASSED

**At the Session of the General Assembly Made and
Held at the City of Annapolis on the Fifth
Day of January, 1927, and Ending on
the Fourth Day of April, 1927.**

———————

**PUBLISHED BY AUTHORITY**

———————

1 9 2 7
King Bros., Inc., State Printers
208 N. Calvert Street
Baltimore, Md.

 5

FFXCO_13278

nor more than Five Hundred Dollars ($500.00) and costs for each and every offense, and in addition to said fines shall be fined Five Dollars ($5.00) for each and every game bird, the eggs of same, or game animal sold or offered for sale in violation of the law; the license shall be revoked and game on said property confiscated by order of the Game Warden.

STATE GAME REFUGES AND HUNTING GROUNDS.

67.   Acquisition.—The Game Warden of this State may acquire title to or control of lands or waters within this State, suitable for protection and propagation of game and fish or for hunting purposes to be used as hereinafter provided, by purchase, lease, gift or otherwise, to be known as State Game Lands.  The Game Warden may purchase or erect such buildings as may be deemed necessary properly to maintain and protect such lands or for propagation of game and fish, and may also purchase or lease lands from which the ownership of minerals, oil or gas and the right to mine and drill for the same have been excepted.

68.   Title and Control.—The title to any land or water acquired by purchase, gift or otherwise, shall be taken in the name of the State of Maryland, for use of the Game Division of the Conservation Department of Maryland,  The entire control of such land or water shall be under the direction of the Game Warden and Conservation Commissioner of this State.

No land or water shall be purchased at a price to exceed Five Dollars ($5.00) per acre, except where buildings or cultivated lands deemed necessary to the proper maintenance and administration of game refuges or for game and fish propagation are included.  The Game Warden may expend for the purchase of lands and waters during any year such amount from the State Game Protection Fund as in his opinion can be allotted to that purpose.

69.   Sale and Exchange.—Whenever the Game Warden shall deem it to the best interests of the State, he may, by approval of the Conservation Commissioner and with the consent of the Governor, authorize the exchange of any lands or waters, or any part thereof, to which title has been acquired by purchase, gift or otherwise, together with the buildings, improvements, appurtenances, thereof, for privately owned lands of equal or greater value, and adapted for State Game Lands for

game and fish propagation; or may authorize the sale of any lands or waters to which title has been acquired as aforesaid, or any part thereof, to the party or parties offering the highest price therefor, after advertisement once each week, for two consecutive weeks, in at least one newspaper in the county or counties in which the land or waters are located.

(a) Such land or waters may, by consent of the Game Warden and Conservation Commissioner, be used as State Parks in co-operation with any Department of this State empowered at present with the supervision of State Forests or State Parks or any department which may, by an Act of the General Assembly in the future, be empowered with the establishment, supervision, etc., of State Parks in this State.

(b) The Attorney-General shall prepare the necessary deeds to consummate such exchange or sale, and the deeds shall be executed by the Game Warden and the Conservation Commissioner of this State. The proceeds of such sales shall be deposited with the State Comptroller to be placed to the credit of the State Game Protection Fund. The Game Warden or Conservation Department shall not acquire or purchase any land or water in Garrett County.

70. Use of Lands.—Land and waters to which title has been acquired, or which have been leased, or any part thereof, may be used for the purpose of creating and maintaining State Game Refuges, or for the propagation of game and fish, and as much thereof as deemed necessary may be used for hunting grounds by consent of the Game Warden. The Game Warden, after consultation with the State Department of Forestry, may cut and remove and sell, or permit the cutting and removing and selling of, timber on lands to which title has been acquired by purchase, gift or otherwise, the net proceeds from which shall be deposited with the State Comptroller to be placed to the credit of the State Game Protection Fund. The Game Warden may grant rights of way on and across lands and waters acquired as aforesaid, when such grant will not adversely affect game and fish protection and propagation.

71. State Game Refuges.—The Game Warden may establish and maintain State Game Refuges for the protection and propagation of game and fish on all or any portion of State Game Lands, where any game and fur-bearing animals shall not be hunted, pursued, trapped, disturbed, or molested at any

time.  He may also, with and by the consent of the Governor of this State and the Superintendent in charge of any State-owned land or any land or water owned by the Federal Government after receiving consent from the authorities herein named, locate State Game Refuges or Fish Refuges on State-owned or National-owned forests, land or waters.

Each Refuge shall be posted on the outlines of said property and when the Game Warden may deem it necessary, boundaries of said Refuge may be defined by fireline, road or other clear strip of land, or by at least one wire at the boundary thereof.  On the boundary of each Refuge there shall be posted, in conspicuous places notices informing the public that the territory is a "State Game Refuge—Hunting is Unlawful," and such other information or rules and regulations as may be deemed advisable.

72.  Leased Lands and Waters.—Whenever the owner (or person in control) of suitable lands or waters desires to have said lands or waters, or part thereof, set apart for a refuge for game and fish, he or they may make application to the Game Warden, giving a description of said lands or waters including:  (a) Specific location; (b) map or sketch showing an outline of said lands or waters and the location of all buildings, roads, streams, and fences; (c) the type of such lands or waters, whether woodland, abandoned farm land, or cultivated land, or lakes, ponds, marshes, or impounded streams.

(a) The Game Warden may then make or have an examination made of said property and if found suitable for game and fish protection or for propagation purposes, he may notify the owner (or person in control) to the effect that said lands or waters are acceptable for a game and fish refuge.  The said owner (or person in control) shall sign a lease, vesting in this State all hunting and fishing rights upon said lands and waters without charge.  The lease shall contain provisions to the following effect: (a) that neither the owner, his family, agents, tenants or any other person by or with his authority shall hunt or fish thereon; (b) that he will make every effort to protect said refuge from forest fires, hunting or fishing or violations of any of the conservation laws of the State; (c) that the lease or agreement shall continue in force for an uninterrupted period of not less than five years.

(b) In the event that any land or waters named in any lease on which there is no charge shall be sold by said owner,

FFXCO_13281

then said piece of property shall be released from the operation of said lease unless the purchaser shall agree to allow said property to remain under lease. Any lease made under the provisions of this sub-title may be rescinded either by the Game Warden or the owner as to all or any part of the lands and waters covered by said lease upon the giving of ninety days' notice in writing to the other party to said lease of their desire to terminate said lease.

73. **Rules and Regulations.**—The Game Warden may formulate, adopt, and post such rules and regulations for the government of lands and waters under his control, as he may deem necessary for their proper use and administration. Such rules and regulations shall be the law of this State controlling such lands or waters, and a violation of any of the provisions of such rules and regulations shall subject the offender to the penalties provided for in this sub-title.

74. **Entry upon Refuges.**—No person shall trespass in any manner on any State Game or Fish Refuge without the consent of the Game Warden or person in charge of said lands or waters. Persons regularly residing on lands included within any refuge may be granted a special written permit by the Game Warden which may be revoked at any time, to have traps, dogs or guns in possession on such refuge so long as they are not used in hunting or trapping for game unless said hunting or trapping is done under special permit from the Game Warden for propagation purposes. Where any portion of a State Game Refuge is used for a State Park, entry by any person within the refuge area for recreational pursuits shall not be restricted on the portion of said territory used as a State Park, so long as such persons do not carry fire-arms, or traps, or do not permit dogs to disturb or chase game.

The Game Warden, by written permission, may grant to responsible persons the right to hunt or trap for vermin, and to use dogs and guns in connection therewith, on State Game Refuges, or may grant permission to trap birds or game animals which, when so trapped, shall be used for propagation purposes.

75. **Penalties.**—Any person convicted before any Justice of the Peace of this State for violating any of the provisions of this sub-title, or any of the rules and regulations formu-

lated and made by the Game Warden in accordance with the provisions thereof, whether the same be trespassing on any refuge or other provision of said sub-title, shall be fined not less than Fifty Dollars ($50.00) nor more than One Hundred Dollars ($100.00) and costs for each and every offense.

## ELK AND DEER.

76. It shall be unlawful for any person to hunt for any Elk or Deer within the State of Maryland, from June 1st, 1927, until December 1st, 1931, provided, however, it shall be lawful to shoot or kill any male deer with four or more points to one antler, in Allegany County, and within any game preserve within Washington County inclosed by a fence not less than seven feet high, between the dates of December 1st and December 15th, both dates inclusive.

(a) It shall be unlawful to hunt in any manner any Elk or Deer except through the use of a gun propelling one all-lead or lead alloy or soft nosed or expanding bullet or ball at a single discharge, or to take an Elk or Deer in any manner except through the method known as still hunting. It shall be unlawful for any person at any time to shoot at or kill, or wound or capture, or attempt to kill or wound or capture, either an Elk or Deer while same is taking refuge in or swimming through the waters of any stream, pond or lake. It shall be unlawful for any person to make use of a dog in hunting Elk or Deer, and every person who takes a dog into the woods, or who has possession or control of a dog in the woods and uses same for chasing, taking or killing an Elk or Deer, shall be guilty of a misdemeanor.

(b) It shall be unlawful for any person to kill more than one buck deer during open season, said open season applying only to Allegany County and to any game preserve in Washington County inclosed by a fence not less than seven feet high. It shall be unlawful to shoot, trap, pursue or kill, or gun or hunt for, any fawn or female deer at any time within the limits of this State.

(c) Any person violating any of the provisions of this sub-title shall be deemed guilty of a misdemeanor and upon conviction before any Justice of the Peace of this State shall be fined Three Hundred Dollars ($300.00) and costs for each and every offense. Any person who fails to pay the fine

FFXCO_13283

# EXHIBIT 91

FFXCO_13284



FOURTH BIENNIAL REPORT

1927-1928

# THE DEPARTMENT OF CONSERVATION

## STATE OF MICHIGAN

*Order of Divisional Reports:*

Director's Summary          Financial Statement

Forest Fire                 Pollution Control

Parks                       Geology

Fish                        Land Economic Survey

Law Enforcement             Lands

Educational and Publicity   Game

                            Forestry

FRANKLIN DeKLEINE CO., STATE PRINTERS, LANSING, MICH.

Digitized by Google

UNIVERSITY OF CALIFORNIA





## LETTER OF TRANSMITTAL

The Governor and Members of the Fifty-fifth Legislature:
Sir and Gentlemen:

In accordance with the provisions of section four, Act No. 17, Public Acts of 1921, I am transmitting herewith the Fourth Biennial Report, Department of Conservation, for the years 1927 and 1928.

I am pleased to submit this summary of the activities and progress of this department.

Respectfully,

GEORGE R. HOGARTH,
Director.

 Google

UNIVERSITY OF CALIFORNIA

FFXCO_13286

## NEW PARK SITES OBTAINED

At the beginning of this biennium our park system contained 57 sites. The system now contains 64 sites. The acquisition of these 7 sites added to the area 15,238 acres—the present total area being 25,384 acres. The new sites are as follows:

Hartwick Pines; Pere Marquette River, sites numbers 1, 2, 3 and 4; Wilderness; and Van Etten lake.

The Hartwick Pines State Park is situated in Crawford County some 6 miles north and east of Grayling. It consists of 8,360 acres of which 74 acres is virgin White and Norway pine.

This site came to the state as a gift from Mrs. Karen B. Hartwick of Ann Arbor in honor of or as a memorial to her husband—the late Edward E. Hartwick who lost his life in the World War. It will not only be a memorial to Maj. Hartwick but will also serve as a monument to the great pine forest inherited by our forefathers.

Pere Marquette River Park consists of four units—one of 33 acres, the second of 12 acres, third of 77 acres and the fourth of 189 acres, making a total area of 311 acres. All of these sites border on the Pere Marquette River, with a total frontage of approximately 3 miles.

The four sites were gifts from the Michigan Power and Light Company. They are located in Mason County, lying on the river between Custer and Scottville.

Wilderness State Park is situated in the northwest corner of Emmet County on Mackinac Straits and Great Lake Michigan. Its present area is approximately 5,400 acres.

A portion of this site was used since 1922 as a game refuge. At the August meeting of the commission during 1927 the management of this land was transferred to the Parks Division. Following herewith is the resolution effecting this change:

Resolved, That the present Emmet Game Refuge should be extended and developed as a Wilderness Park and Wild Life Sanctuary; that the director be and hereby is instructed to take immediate steps to this end; and that the work be begun at once and be pushed as practicable so as to make at least some of the recreational resources of the area available to the public during the summer of 1928; and that the director take immediate steps to secure by purchase or through condemnation proceedings all privately owned holdings located within the area and which are needed to establish and complete such a Wilderness Park and Wild Life Sanctuary.

Van Etten Lake Park site lies between U. S. 23 and Van Etten Lake in Iosco County. The area designated for park purposes consists of approximately 300 acres with frontage to the extent of 2355 ft. on Van Etten Lake. This tract offers an excellent sand beach suitable for bathing and much valuable camp and picnic grounds. It formerly was a part of the Iosco Game Refuge but was transferred to the Division of Parks for administration at the department commission meeting.

## RULES AND REGULATIONS

When Act 218, P. A. of 1919 (the act providing for a system of parks) was passed, it gave the commission authority to make rules and regulations governing State Parks, but no provisions were made for their enforcement.

During the 1927 assembly of the legislature an amendment to Act 17 of 1921 was passed which gave authority, not only to make and post rules and regulations, but to enforce them. A part of Sec. 3a of Act 17, P. A. 1921 reads as follows:

"Any person who shall do or perform any act prohibited by such rules and regulations or who shall fail, refuse or neglect to do or perform any act required by such rules and regulations concerning the use and occupancy of lands and property under the control of said commission of conservation, which shall have been made, promulgated and published as in this act provided, during the time such rules and regulations thus made, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be subject to a fine of not more than one hundred dollars, together

Google

Original from
UNIVERSITY OF CALIFORNIA

FFXCO_13287



A WELL MADE CAMP IS THE BASIS OF A WHOLESOME AND ENJOYABLE OUTING.
PARKS PROVIDE SITES AND EQUIPMENTS

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

56

FFXCO_13288

with the costs of prosecution, or to imprisonment in the county jail for not more than ninety days, or both such fine and imprisonment in the discretion of the court."

Following are rules and regulations as posted:

### Rules and Regulations

Michigan state parks are open and free to the public. Visitors are welcome to use them for the various activities permitted. In order to prevent abuse or misuse of the privileges offered by these parks the following rules and regulations will be enforced:

    1.   The destruction or injury of any sign, guide post or property of any kind is unlawful. This includes the peeling of bark, carving and chopping of trees, cutting branches, driving nails, digging ground from roots and the removal of trees, shrubs, and plants, picking wildflowers, and other injuries.

    2.   To carry or have firearms in possession in a State Park is unlawful.

    3.   Throwing of tin cans, bottles, papers, junk or refuse of any kind on the ground or in a lake or stream is prohibited.

    4.   Speed limit for motor vehicles on park roads is 20 miles per hour except where otherwise posted.

    5.   Dogs in the park must be tied with a chain or controlled on a leash. They are not allowed to run loose about the park.

    6.   Building or starting fires in the open or in any place except where proper provisions have been made or to leave fires while burning is prohibited.

    7.   Washing or the throwing of waste of any kind around well or spring or the use of woods as toilets is prohibited.

    8.   Persons desiring to camp in State Park are required to obtain permit before making camp. A permit will be issued to camp for 15 days or less on a single site. To remain longer permit must be renewed.

    9.   Camping, horseback riding or the driving of automobiles or other vehicles on areas (picnic ground, children's playground, bathing beaches, etc.) posted against such traffic or utilization is prohibited.

    10.   Disorderly conduct in the way of drunkenness, vile language, fighting and personal exposure by change of clothing in automobiles, woods, park or any other place where person is not properly sheltered is prohibited.

Persons failing to comply with the above regulations are subject to deportation, arrest and prosecution (fine, imprisonment or both) in accordance with Act 17, Public Acts 1921, as amended by Act 337, P. A. 1927.

The park officer is in full charge of the park with police authority. Inquiries, suggestions or complaints can be filed with caretaker or submitted in writing to the Conservation Department.

By order of Department of Conservation, Lansing, Michigan.

<div style="text-align:right">

GEORGE R. HOGARTH,
Acting Director.
HOWARD B. BLOOMER,
Chairman.

</div>

The terms of this law were not applicable for the 1927 season and therefore could be tried out only during the season of 1928. They were tried, however, and found to be most effective. While only a few arrests (less than 6) were made, the provisions, nevertheless, had a far reaching effect. Its presence on the statutes obviated the doubts of many persons, violators and otherwise, as to the authority of park officers, and the penalties in case of violations.

Google

UNIVERSITY OF MICHIGAN

FFXCO_13289

# EXHIBIT 92

FFXCO_13290

# GENERAL LAWS

OF THE

# STATE OF MINNESOTA

PASSED DURING THE

## THIRTY-SECOND SESSION

OF THE

## STATE LEGISLATURE

COMMENCING JANUARY EIGHTH, ONE THOUSAND NINE
HUNDRED AND ONE.

OFFICIAL PUBLICATION BY SECRETARY OF STATE.

ST. PAUL:
McGill-Warner Co.
1901.

FFXCO_13291

Case 1:23-cv-01605-WBP   Document 46-4   Filed 04/26/24   Page 200 of 223 PageID# 2751

H. F. No. 158.

CHAPTER 249.

Real estate
conveyed by
husband
to wife.

*An act to legalize conveyances of real property made by husband directly to wife, and the records of such conveyances.*

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1.   That all conveyances of real property within this state made between the first day of January, eighteen hundred and fifty (1850), and the fifth day of March, eighteen hundred sixty-nine (1869), in which a married man has conveyed real property directly to his wife shall be and the same are hereby declared to be legal and valid, and the records of all such conveyances heretofore actually recorded in the office of the proper county shall be in all respects valid and legal, and such conveyances and records thereof shall have the same force and effect in all respects for the purpose of notice, evidence or otherwise as are or may be provided by law in regard to conveyances in other cases.   *Provided,* that the provisions of this act shall not apply to any action or proceeding now pending in any of the courts of this state; *providing, further,* that this act shall not be construed to extend to any case where vested rights in any such property have been acquired by third parties.

SEC. 2.   This act shall take effect and be in force from and after its passage.

Approved April 11, 1901.

H. F. No. 282.

CHAPTER 250.

Game and
fish, within
and adja-
cent to pub-
lic parks.

*An act to protect game and fish within the limits of, or adjacent to any state public park within the State of Minnesota.*

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1.   Any person who shall kill, cause to be killed, or pursue with intent to kill or hunt any moose, bear, deer, fox, otter, mink, muskrat, porcupine or other animal, or any duck, wild goose, crane, prairie chicken, grouse, pheasant, partridge, quail, dove, pigeon, or bird of any kind, or who shall in any manner whatsoever, except with a hook and line held in the hand, take, kill, catch or capture any bass, pike, trout, perch or other fish within the outer limits of any territory set apart, used

FFXCO_13292

Case 1:23-cv-01605-WBP   Document 46-4   Filed 04/26/24   Page 201 of 223 PageID# 2752

or designated or authorized by law to be set apart or pur-
chased for a state public park, within this state or with-
in three thousand (3,000) feet of the outward boundary
lines or limits, fixed by law, of any state park, or who
shall in any manner whatsoever hunt with firearms, or
have in their possession loaded or charged firearms at
any point within three thousand (3,000) feet of the
outward limits of, or proposed outward boundary
line or limits of any such state park within this
state, shall be guilty of a misdemeanor and upon
conviction thereof shall be punished by a fine for
the first offense of fifty dollars ($50), for the second
offense two hundred dollars ($200), and for the third
or further offense he shall be fined and imprisoned in the
county jail not less than ninety (90) days, nor more than
one (1) year, and the provisions of this section shall ap-
ply to all manner of persons, including Indians, but this
law shall not be held to supersede, modify or amend any
law or ordinance which provides for the regulation of
any public park within the limits of any incorporated
city or village within this state.

SEC. 2.  All offenses provided for in section one (1)
of this act shall be tried and determined under the Gen-
eral Laws of this state applicable to the trial of criminal
actions in like causes.

SEC. 3.  Any county attorney, whose official duty it is  *Neglect of county attorney to prosecute.*
to prosecute offenders who are charged with violating
the provisions of this act, who neglects or refuses to
prosecute such offenders to a final judgment, or who
advises, appears for, or in any way defends, aids or
counsels persons charged with offenses under this act,
shall be immediately removed from office by the governor
of this state.

SEC. 4.  This act shall take effect and be in force from
and after its passage.

Approved April 11, 1901.

---

## CHAPTER 251.

H. F. No. 319.

*An act to provide for the aid of non-resident paupers.*   *Non-resident paupers.*

Be it enacted by the Legislature of the State of Minne-
sota:

SECTION 1.  When any person not having a legal set-
tlement therein shall be taken sick, lame or otherwise
disabled, in any town, city or village, or for any other
cause shall be in need of relief as a poor person and shall

FFXCO_13293

# EXHIBIT 93

FFXCO_13294

# GENERAL LAWS

OF THE

# STATE OF MINNESOTA

PASSED DURING THE

## THIRTY-FOURTH SESSION

OF THE

## STATE LEGISLATURE

COMMENCING JANUARY THIRD, ONE THOUSAND NINE
HUNDRED AND FIVE.

OFFICIAL PUBLICATION BY SECRETARY OF STATE.

MINNEAPOLIS:
HARRISON & SMITH CO.
1905.

FFXCO_13295

620                    GENERAL LAWS              [Chap.

in shipping fish, either within or without this state, shall be plainly marked with the name and address of the consignor and consignee, and with the contents of the package.

**In counties of 150,000 and over.**

SEC. 51.   Sale of Fish Prohibited, When—No person shall sell, have in possession with intent to sell, or offer for sale any fish caught in any lake situated partly or wholly within a county in this state that has a population of one hundred and fifty thousand, or over.

## MISCELLANEOUS PROVISIONS.

SEC. 52.   Game and Fish Taken in One Day.—No person shall wantonly waste or destroy any of the birds, animals or fish of the kinds mentioned in this chapter.

**Fifteen birds in one day.**

**Twenty-five fish.**

**Exception.**

The catching, taking or killing of more than fifteen birds by any one person in any one day, or the catching, taking or killing of more than twenty-five fish by any one person in any one day, except fish caught, taken or killed in the Mississippi river or international waters with nets or seines, as by this chapter permitted, shall be deemed a wanton waste, and destruction of all such birds or fish caught, taken or killed in excess of such number.

**Hunting, etc., prohibited.**

SEC. 53.   State Parks.—No person shall pursue, hunt, take, catch, or kill any wild bird or animal of any kind within the limits of any territory set apart, designated, used or maintained as a state public park, or within one-half mile of the outer limits thereof or have any such bird or animal or any part thereof in his possession or under his control within said park or within one-half mile of said outer limits.

**As to fire arms.**

No person shall have in his possession within any such park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded.  Upon application to the park commissioner or any deputy appointed by him, it is hereby made his duty to securely seal any gun or firearm in such a manner that it cannot be loaded or discharged without breaking such seal.  The provisions of this section shall apply to all persons including Indians.

**To residents.**

SEC. 54.   Sale of Game by Commission—The game and fish commission is hereby authorized to sell to resi-

Case 1:23-cv-01605-WBP   Document 46-4   Filed 04/26/24   Page 205 of 223 PageID# 2756

dents of this state at the highest market price obtainable therefor, all furs, fish, game, game animals or game birds now or which may hereafter come into its possession. The proceeds thereof shall be turned into the state treasury and credited to the game and fish commission funds. A record of such sales, including the name of the purchaser and the price paid, shall be kept by the commission. Said commission shall, before selling, tag the same in a manner to be determined by it.

*Proceeds turned into state treasury, record of sales.*

SEC. 55.  Game Shall Not be Resold—Fish, game, game animals and game birds, or any part thereof, sold pursuant to the terms of the foregoing section, shall not be resold, offered for sale or held for the purpose of sale, or otherwise disposed of, to any other person by said purchaser.  Said game shall not be bought or taken into possession by any person other than said purchaser from the commission.

SEC. 56.  Obstructing Commission—Gathering Spawn —No person shall obstruct the commission, its executive agent or any warden appointed by it while engaged in gathering fish spawn, nor shall any person place in any stream or river any logs or other debris at any time when said commission and its employes are gathering spawn, or about to gather spawn or catch fish for that purpose in any such stream or river.  Any person violating any of the provisions of this section shall be deemed guilty of a misdemeanor.  The commission may institute a civil action in the name of the state to recover from any person or persons obstructing it in the performance of its duties, or who shall place logs or other debris in such stream, for all damages resulting therefrom, and in addition thereto may in such action enjoin such party or parties from doing the acts hereby prohibited.

*Logs or other debris in rivers or streams.*

*Prosecution.*

SEC. 57.  Appropriation—The sum of thirty-five thousand dollars ($35,000), or so much thereof as may be necessary, is hereby appropriated annually, commencing August 1st, 1905, for the purpose of carrying on and enforcing the provisions of this chapter, to be paid for such purpose out of any moneys in the state treasury not otherwise appropriated.

*$35,000, annually.*

SEC. 58.  Illegal Use of Coupons—Any person who uses any coupon described in this chapter other than those issued and delivered to him personally by the county auditor in the shipping or transporting of any game bird or animal or any part thereof, or uses such coupon for

*Misdemeanor*

FFXCO_13297

622     GENERAL LAWS     [Chap.

any purpose or in any manner other than in this chapter authorized shall be guilty of a misdemeanor.

**Procuring of illegally, penalty.** SEC. 59. Coupons—Conspiracy—Any person who solicits, or directly or indirectly procures the issuance and delivery of any such coupon to any fictitious person or persons other than himself and uses it in any manner, or who obtains possession of any such coupon and delivers it to any person, or who solicits or procures the shipment to himself or any third person, from another, of any game bird or game animal or any part thereof shall be guilty of a conspiracy to violate the game laws and upon conviction thereof shall be fined not less than fifty nor more than one hundred dollars for the first offense and confined in the county jail not less than sixty or over ninety days for the second offense, and confined in the state prison at Stillwater not less than sixty days for each subsequent offense.

**Prohibited.** SEC. 60. Cold Storage—The placing or receiving within or storage of any game bird or game animal, or any part thereof, in any cold storage plant is hereby prohibited and made unlawful.

## PENALTIES.

SEC. 61. Resisting Commissioner or Warden—Whoever shall resist or obstruct the executive agent of said commission, or any member thereof, or any warden or other officers of this state, in the discharge of his duties under this chapter, **Misdemeanors.** shall be guilty of a misdemeanor, and upon conviction thereof be punished by a fine of not less than fifty (50) nor more than one hundred (100) dollars and costs of prosecution, or by imprisonment in the county jail for not less than sixty (60) nor more than ninety (90) days for each and every offense.

SEC. 62. Killing, Selling, Buying or Shipping Moose and Deer—Any person who takes or kills, has in possession, has in possession with intent to sell, sells, offers or exposes for sale, ships by common carrier, conveys or causes to be conveyed, has in possession with intent to so ship, or to convey in any manner, to any point within or without this state, any moose, deer, or any part thereof, including the hides and horns, or any person who buys any such game animal, or any part thereof, in violation of any of the provisions of this chapter, or any common carrier or agent thereof who ships or aids or abets any person in shipping any such game animal or any part

FFXCO_13298

# EXHIBIT 94

FFXCO_13299

# ACTS

OF THE

## One Hundred and Fifty-ninth Legislature

OF THE

### STATE OF NEW JERSEY

AND

## Ninety-first Under the New Constitution



**1935**

MacCrellish & Quigley Co
Printers
Trenton, New Jersey
1935

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

FFXCO_13300

deductions for insurance benefits as hereinbefore provided, but such person shall not thereafter be eligible for a pension under this act unless upon a re-employment by the city he shall pay to such pension fund the amount of any rebate made to him. The obligation to refund payments made to the pension association shall not apply to any employee suspended or discharged for causes which bar him from eligibility to reappointment under the civil service rules.

*Refund not applicable to discharged, etc., employees.*

5. Nothing in this act shall be deemed to repeal or amend the provisions of an act entitled "An act to amend an act entitled 'An act concerning the employment of persons by the State of New Jersey or of any county or municipality thereof,' approved April fourteenth, one thousand nine hundred thirty," which was approved April twenty-seventh, one thousand nine hundred thirty-one.

*Construing.*

6. All acts and parts of acts inconsistent with this act shall be and the same are hereby repealed.

*Repealer.*

Approved March 25, 1935.

---

## CHAPTER 114

A SUPPLEMENT to an act entitled "An act to provide for the selection, location, appropriation and management of certain lands along the Palisades of the Hudson river for an interstate park, and thereby to preserve the scenery of the Palisades," approved March twenty-second, one thousand nine hundred.

BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey:*

1. It shall be the duty of the Commissioners of the Palisades Interstate Park to preserve, care for and protect all the lands, parks and parkways under the jurisdiction of such commissioners.

*Care of park property.*

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

FFXCO_13301

304                    CHAPTER 114, LAWS OF 1935

Rules and
regulations
established.

2. No person shall (1) injure, deface, disturb, or
befoul any part of the park nor any building, sign,
equipment or other property found therein, nor
remove, injure or destroy any tree, flower, shrub,
rock or other mineral found therein; or (2) deposit
in any part of the park any garbage, sewerage,
refuse, waste or other obnoxious material, other-
wise than in receptacles or pits provided by the
commissioners for such purpose; or (3) (a) drive
or propel or cause to be driven or propelled along
or over any road within the park any vehicle at
a greater rate of speed than twenty (20) miles per
hour, or (b) around curves at a greater rate of
speed than fifteen (15) miles per hour, or (c) be-
tween points so marked at a greater rate of speed
than ten (10) miles per hour; or (4) (a) operate, or
cause to be operated, a commercial vehicle on the
Henry Hudson drive, or (b) if an operator of any
commercial vehicle, in driving off any ferry boat
landing in the park, drive otherwise than to the
right of the road and stop, permitting all pleasure
vehicles to pass ahead of said commercial vehicle,
or (c) move out of his place in any line of traffic
at any time established by the commissioners on
any of the park roads, or (d) ride a bicycle on the
Henry Hudson drive or on either of the two ferry
approach drives, or (e) park or store any motor
car, motorcycle, bicycle, wagon or other vehicle
within the park except in places designated by the
commissioners for such purpose, or (f) park or
operate any vehicle in the park, after dark, without
lights, or (g) park any vehicle in the park after
midnight, during the hours of darkness, in areas
other than those designated by the commissioners
for such purpose; or (5) (a) maintain any camp or
camps in the park for any period except at such
places as may from time to time be designated by
the commissioners for camping, or (b) camp at any
place in the park without obtaining a permit from
the commissioners for such purpose; or (6) (a)
light any fire or fires at any time in any part of
the park except on or between the shore path and

Digitized by Google          Original from
UNIVERSITY OF CALIFORNIA

CHAPTER 114, LAWS OF 1935                    305

the river, or in places designated by the commissioners for such purpose, or (b) leave a fire until same has been completely extinguished; or (7) (a) sell or offer for sale within the park any property or privilege whatsoever, or (b) if a person to whom property of the park has been entrusted by the commissioners for personal use, hire, lease or let out the same to any other person, without a permit from the commissioners, or (c) take photographs or moving pictures within the park for the purpose of selling the negatives thereof or prints therefrom without a permit from the commissioners, or (d) operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire within the park without a permit from the commissioners or (e) if a person operating a boat or airplane for hire, land or receive passengers at any of the docks or lands owned or controlled by the commissioners, without a permit from the commissioners; or (8) except employees or officers of the commissioners, carry firearms of any description within the park, or carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown, without a permit from the commissioners; or (9) hunt, pursue with dogs, trap or in any other way molest any of the wild birds and beasts found within the confines of the park, without a permit from the commissioners; or (10) (a) gamble in the park, or (b) bring into the park or have in his possession while there any implement or device commonly used or intended to be used for gambling purposes; or (11) erect or post any sign or notice at any place in the park without a permit from the commissioners; or (12) herd, graze or drive any live stock of any kind in or through the park or let such live stock run at large in the park, without a permit from the commissioners; or (13) (a) bring into, have or keep in the park any cat or other animal destructive of bird life, or (b) bring into, have or keep in the park any dog or any other pet or domesticated animal unless the same is in leash or in cage, without a permit from the commissioners; or

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

FFXCO_13303

Case 1:23-cv-01605-WBP   Document 46-4   Filed 04/26/24   Page 212 of 223 PageID# 2763

(14) (a) run or walk on any of the park drives except to cross the same at points designated by the commissioners for that purpose, or (b) climb the cliffs at points other than those designated by the commissioners for that purpose; or (15) (a) use loud, boisterous or indecent language or (b) interfere with any officer of the park in the performance of his duty, or (c) be indecently dressed or exposed within the confines of the park, or (d) conduct himself in such a manner as to endanger the life, limb or property of other visitors to the park; or (16) possess within the park any narcotic drug or intoxicating liquor other than liquor on sale under State license; or (17) (a) bathe, dive or swim in or off any property of the park, except at points designated by the commissioners for that purpose, or (b) change his clothing or disrobe except in the bath houses provided by the commissioners for that purpose, or (c) propel, land or store any canoe, boat or any other vessel in or near any waters within or off the park property, except at points designated by the commissioners for that purpose; or (18) fish or crab off any docks or property of the park except at points designated by the commissioners for that purpose.

**Penalty for violation.**     3. Every person who shall violate any of the provisions of this act as hereinbefore set forth shall be liable to a penalty for each offense of a fine of not more than fifty dollars ($50.00) or imprisonment in the county jail for a term of not more than thirty (30) days, or both.

**Court of jurisdiction.**     4. The court or judges before whom any proceedings for the recovery of any penalty under this act shall be brought and the proceedings and processes by which such actions shall be enforced shall be those provided for in "An act to establish a police court in that part of the Palisades Interstate Park lying in the State of New Jersey, and to provide for a judge thereof," approved April twenty-first, one thousand nine hundred and thirty, and any amendments or supplements thereto.

Digitized by Google        Original from UNIVERSITY OF CALIFORNIA

FFXCO_13304

5. The said commissioners may appoint such pa- **May appoint patrolmen.**
trolmen as they may deem necessary for the pur-
pose of keeping order and enforcing the laws and
the provisions of this act. The patrolmen so ap- **Powers and duties.**
pointed shall be provided with uniforms by the said
commissioners and shall have within the limits of
the property of the Palisades Interstate Park and
all the lands, parks and parkways under the juris-
diction of such commissioners all the powers, duties
and liabilities of police officers in cities in the mak-
ing of arrests and the execution of criminal process
and the enforcement of all the laws of the State and
the provisions of this act as hereinbefore set forth.
Said commissioners may appoint said patrolmen to **Term.**
hold office at the pleasure of the commissioners or
for such term as the commissioners may determine.
Such patrolmen shall receive such compensation as **Compensation.**
from time to time may be fixed and determined by
the said commissioners of the Palisades Interstate
Park.

6. All acts and parts of acts inconsistent with **Repealer.**
this act are hereby repealed.

7. This act shall take effect immediately.

Approved March 25, 1935.

---

# CHAPTER 115

An Act to amend an act entitled "An act concern-
ing marriages" (Revision of 1910), approved
April eleventh, one thousand nine hundred and
ten.

Be it enacted *by the Senate and General Assem-*
*bly of the State of New Jersey:*

1. Section two of the act of which this act is an **Section 2 amended.**
amendment is hereby amended to read as follows:

2. The Chief Justice and each justice of the **Who may perform marriage ceremony.**
Supreme Court, the Chancellor and each Vice-

Digitized by Google          Original from UNIVERSITY OF CALIFORNIA

FFXCO_13305

# EXHIBIT 95

FFXCO_13306

# STATE OF NORTH CAROLINA

———

# PUBLIC LAWS AND RESOLUTIONS

ENACTED BY THE

## EXTRA SESSION

OF THE

## GENERAL ASSEMBLY

OF

## 1921

BEGUN AND HELD IN THE CITY OF RALEIGH

ON

TUESDAY, THE SIXTH DAY OF DECEMBER, A.D. 1921

———

### PUBLISHED BY AUTHORITY

———

RALEIGH
MITCHELL PRINTING COMPANY
STATE PRINTERS
1922

FFXCO_13307

*First.* To supplement the funds in those counties specified in section two of this act, in order to provide a six months school term in each of said counties; <span style="float:right">Supplements to county funds.</span>

*Second.* After the provisions of section two have been complied with, then the State Board of Education shall apportion the residue of the funds provided in this section in order to pay the salaries of the county superintendents and assistant superintendents for six months, and all city superintendents, all supervisors not otherwise provided for, all principals of elementary schools having ten or more teachers, and principals of standard high schools, for three months. <span style="float:right">Apportionment of residue.<br>County superintendents and assistants.<br>City superintendents.<br>Supervisors.<br>Principals of elementary and high schools.</span>

SEC. 5.  That section five thousand four hundred and eighty-eight of the Consolidated Statutes, as amended, be and the same is hereby further amended by adding at the end thereof the following: "*Provided,* that no action in the nature of a writ of mandamus shall be brought against the board of county commissioners to compel said board to levy a rate of taxation greater than the rate authorized by the General Assembly." <span style="float:right">Proviso: mandamus for increase of tax rate not to lie.</span>

SEC. 6.  All laws and clauses of laws in conflict with the provisions of this act are hereby repealed. <span style="float:right">Repealing clause.</span>

SEC. 7.  This act shall be in full force and effect on and after the date of its ratification.

Ratified this the 20th day of December, A.D. 1921.

---

## CHAPTER 6

### AN ACT TO PROTECT ANIMALS AND GAME IN PARKS AND GAME RESERVATIONS IN EITHER PRIVATE OR PUBLIC PARKS OR PLACES.

*The General Assembly of North Carolina do enact:*

SECTION 1.  That it shall be unlawful for any person or persons to hunt, trap, capture, willfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation for the protection, breeding, or keeping of any animals, game, or other birds, including buffalo, elk, deer, and such other animals or birds as may be kept in the aforesaid park or reservation, by any person or persons either in connection with the Government of the United States, or any department thereof, or held or owned by any private person or corporation. <span style="float:right">Protection of game in parks or reservations.</span>

SEC. 2.  That any person or persons who shall hunt, trap, capture, willfully disturb, or kill any animal or bird, or take the eggs of any bird of any kind or description in any park or reservation <span style="float:right">Misdemeanor.</span>

FFXCO_13308

**Punishment.**

as described in section one of this act, at any time during the year, shall be guilty of a misdemeanor, and shall be fined or imprisoned in the discretion of the court for each and every offense.

**Carrying weapons in parks or reservations.**
**Misdemeanor.**

Sec. 3. That any person who shall carry a pistol, revolver, or gun in any park or reservation such as is described in section one of this act, without having first obtained the written permission of the owner or manager of said park or reservation, shall be guilty of a misdemeanor, or shall be fined or imprisoned, in the discretion of the court, for each and every offense.

**Punishment.**

**Application of act.**

Sec. 4. That the provisions of this act shall apply only to that part of the State of North Carolina situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia.

**Repealing clause.**

Sec. 5. All laws and clauses of laws in conflict with this act are hereby repealed.

Sec. 6. That this act shall be in force from and after its ratification.

Ratified this the 15th day of December, A.D. 1921.

————

## CHAPTER 7

### AN ACT TO CHANGE THE MONTH DURING WHICH ACCOUNTS OF STATE OFFICERS ARE EXAMINED BY COMMISSIONERS OF THE LEGISLATURE.

*The General Assembly of North Carolina do enact:*

**Date changed.**

Section 1. That section seven thousand six hundred and ninety-two of the Consolidated Statutes be and the same is hereby amended by striking out the word "December" in line six of said section and inserting in lieu thereof the word "July."

Sec. 2. That this act shall be in force from and after its ratification.

Ratified this the 10th day of December, A.D. 1921.

————

## CHAPTER 8

### AN ACT TO AUTHORIZE THE TREASURER TO BORROW NOT EXCEEDING $710,000 FOR THE STATE PUBLIC SCHOOL FUND.

**Preamble : tax at special session.**

**Purpose.**

Whereas the special session of the General Assembly of one thousand nine hundred and twenty, chapter ninety-one, section one, Public Laws, provided a State tax of thirteen cents for the purpose of paying "one-half the annual salary of the county superintendents and three months salary of all teachers of all sorts

# EXHIBIT 96

FFXCO_13310



Forestry

# DIGEST OF LAWS

RELATING TO

## STATE PARKS

### VOLUME II

### MISSOURI – NORTH CAROLINA

FEB 18 1936

**UNITED STATES DEPARTMENT OF THE INTERIOR**

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

FFXCO_13311



Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by O

Original from
UNIVERSITY OF MICHIGAN

# NORTH CAROLINA

## I.  STATE PARKS AND FORESTS.

| | |
|---|---|
| **Jurisdiction.** | State parks are under the jurisdiction of the Department of Conservation and Development (Acts of 1925). |
| **Objects of Department.** | The objects of the Department are defined to be, by investigation, recommendation and publication, to aid |
| | In the promotion of the conservation and development of the State's natural resources; |
| | In promoting a more profitable use of lands, forests and waters; |
| | In promoting the development of commerce and industry; |
| | In coordinating existing scientific investigations and other related agencies in formulating and promoting sound policies of conservation and development; and, |
| | To collect and classify the facts as a source of information easily accessible to the public generally, setting forth the natural, economic, industrial and commercial advantages of the State. |
| **Board; Members; appointment; terms.** | The Department is administered by a Board composed of the Governor, as ex-officio Chairman, and twelve members by him appointed, with the advice and consent of the Senate, for six years.  Terms of four members expire biennially. Members are reimbursed actual traveling expenses, and may be paid in addition a per diem of $4 while in attendance on Board meetings (as amended 1927). |
| **Director.** | The Governor appoints a Director, to be in charge of the work of the Department under the supervision of the Board. Such other personnel as is deemed necessary to carry on the work of the Department is appointed by the Director. |
| **Divisions.** | Administrative divisions have been established within the Department as follows, each under the immediate jurisdiction of a Commissioner or other State Officer: |

> Division of Forestry
>> Sub-Division of State Forests and State Parks
> Division of Water Resources and Engineering
> Division of Geology and Mineral Resources
> Division of Inland Fisheries
> Division of Commercial Fisheries
> Division of Game

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

277

FFXCO_13313

| | |
|---|---|
| Auxiliary public hunting grounds. | In order to improve hunting, to open to the public lands well stocked with game, and to give landowners some income through game protection and propagation, the Department is authorized to recognize, list and assist the owners in protecting their lands which are a part of the public hunting grounds under the provisions of the Game Law (Acts of 1935), subject to the following conditions and stipulations, and such rules as the Board may adopt for the regulating of the hunting grounds: |
| Minimum area. | The minimum area recognized is 1,000 acres; |
| Owners required to organize. | Owners of land included in a public hunting ground so formed must organize, adopt rules and regulations for the operation of the hunting grounds, and be recognized by the Department before such hunting grounds are put into operation; |
| Listing and posting of grounds. | The Department will list and assist in advertising such public hunting grounds, subject to its regulations and the State game laws, and will furnish at cost posters to be used in posting such lands.  In case of withdrawal of recognition by the Department, the posters are required to be removed from the land affected within ten days after notice; |
| Licenses required; private fees. | Owners of public hunting grounds must require of all hunters the prescribed State hunting license, and may require a per day rate for hunting, to be approved by the Department, and not to exceed $4; and in addition may charge a dog hire when landowners furnish dogs; when any group of owners of a public hunting ground decide to promote the hunting of certain kinds of game, the owners may charge hunting fees approved by the Board; |
| Regulations. | No hunter may quit the hunting grounds without seeing the authority and paying all accounts due; and no person may hunt or discharge firearms upon any such public hunting grounds without being accompanied by an authority, or after securing, on the day of the hunt, or day preceding the hunt, written permission to hunt, such permission to bear the name in full, age and address of the hunter, under penalty of being fined for such offense; |
| Cancellation. | When hunting grounds or any part thereof are used for purposes not consistent with Federal, State and local laws, the Department is required to withdraw recognition from the area or such parts thereof as are deemed advisable and report the case to the civil officials. |

IV.  GENERAL.

| | |
|---|---|
| Federal E.C.W. reimbursement. | When and if upon the sale of State land or its products the Director determines that the State has derived a direct |

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

FFXCO_13314

profit as a result of work done under the Federal Emergency Conservation Work Act, one-half of the profit from the sale of such land, or from the sale of products therefrom, or such lesser amount as may be sufficient, is to be applied to or toward reimbursing the United States for moneys expended by it under such Act to the extent and at the rate of $1 per man per day, but not exceeding in the aggregate $3 per acre (Acts of 1935).

**Taxation.**

State forests are subject to county taxes assessed on the same basis as are private lands.

**Hunting prohibited in certain parks.**

It is declared to be unlawful to hunt, trap, capture, wilfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation in that part of the State situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia, for the protection, breeding, or keeping of any animals, game or other birds, including buffalo, elk, deer and such other animals or birds as may be kept therein, by any person or persons either in connection with the United States Government, or/and department thereof, or held or owned by any private person or corporation, without the permission or authority of the owner or manager of such association (Acts of 1921). Nor may any person carry a pistol, revolver or gun in any such park or reservation without first having obtained written permission to do so.

**Rights of way for Federal parkways.**

Acts of 1935 authorize the State Highway and Public Works Commission to acquire all rights of way and easements necessary to comply with the rules and regulations of the United States Government, for the construction of Federal parkways in the State; and to convey such title as acquired to the United States free and clear of all claims for compensation.

V.  STATE PLANNING.

The State Planning Board was created by Acts of 1935, and is designated as an advisory agency of the State, under the direction of the Governor.

**Duty.**

The defined duty of the Board is to collect and arrange data concerning various projects in the State that in its opinion may constitute proper and useful projects for development within the scope of the various State or Federal agencies for which funds are now or may hereafter be made available; also to make investigations and to correlate information on all such matters as may be referred to it by the Governor or the various agencies of the State.

 Digitized by Google    Original from UNIVERSITY OF MICHIGAN

FFXCO_13315