# EXHIBIT 12A

## No. 22.

# CITY YEAR BOOK

OF THE

## CITY OF NEW HAVEN,



CONTAINING

# LISTS OF THE OFFICERS

OF THE

## CITY AND TOWN GOVERNMENTS,

## MESSAGES OF HIS HONOR THE MAYOR,

### REPORTS OF THE HEADS OF DEPARTMENTS,

### STANDING COMMITTEES OF THE COURT OF COMMON COUNCIL,

### Public Documents and Miscellaneous Papers,

FOR 1882.

Digitized by Google        Original from
HARVARD UNIVERSITY

Case 1:23-cv-01605-WBP    Document 46-6    Filed 04/26/24    Page 3 of 64 PageID# 2921

305

*By-Laws for East Rock Park, made by the East Rock Park Commission, pursuant to an Act of the General Assembly of the State of Connecticut, passed at its January Session, 1882, entitled An Act in addition to an Act Incorporating East Rock Park.*

### I.

No animal, except dogs, shall be permitted to go at large on said Park, either with or without a keeper.

### II.

No person shall cut, break, dig up, mutilate or in any manner injure any tree, shrub, plant, railing, seat, fence, grass, turf or other thing in said Park, or cut, carve, mark, paint or paste on any tree, stone, fence, wall or other object in said Park, any bill, advertisement, or inscription whatsoever.

### III.

No person shall carry or have any fire-arms on said Park, and no fire-arms shall be discharged from, on or into said Park. No stone or other missile shall be thrown or rolled from, into, within or upon said Park, except in such places as the Park Commission may designate as a ball field, in playing games in which a ball is used.

### IV.

No person shall ride or drive on any road within said Park at a faster gait than seven miles per hour.

### V.

No threatening, abusive, boisterous, insulting or indecent language, gesture or conduct shall be used or had on said Park.

### VI.

No person shall expose any article or thing for sale on said Park, unless licensed therefor by said Commission.

### VII.

No person shall, after nine o'clock in the forenoon, bathe naked in that part of Mill River within said Park, or be naked within said Park.

### VIII.

No person, unless in the employ of said Commission, shall light, kindle or use any fire on said Park.

### IX.

No person shall ride or drive upon the grass, turf or lawns of said Park.

### X.

No person shall disturb or injure any bird on said Park, or nest or eggs of the same, or any squirrel or other animal within said Park.

20

Digitized by  Google          Original from HARVARD UNIVERSITY

#### XI.

No person shall discharge or set off, on or within said Park, any fire-crackers, torpedo, rocket or other fire-works, except by license from said Commission.

#### XII.

No person shall dig up or remove any dirt, make any excavation, or quarry any stone, or lay, make or set off any blast, or cause or assist in doing any of said things within said Park, without the special order or license of said Park Commission.

#### XIII.

No bottles, broken glass, ashes, waste paper, or other rubbish shall be left in said Park.

#### XIV.

Any person violating either the first, fourth, fifth, sixth, seventh, eleventh or thirteenth of the foregoing By-Laws shall forfeit and pay to the East Rock Park Commissioners for the use of said Park, for each offense, a penalty of ten dollars. Any person violating any other of said By-Laws shall forfeit and pay to the East Rock Park Commissioners for the use of said Park, for each offense, a penalty of twenty dollars. Said penalties shall be enforceable by process of arrest against the body of the delinquent.

SUPERIOR COURT,
NEW HAVEN COUNTY,
January Term, 1882.

The foregoing By-Laws, made by the East Rock Park Commission, having been presented by said Commission to this Court for approval, and duly examined, it is

*Ordered,* That each and all of said By-Laws be and they hereby are approved by this Court; and that they be published at full length, once, in one daily issue of each of the following named daily newspapers published in New Haven, to wit, the *Journal and Courier, Palladium, Register,* and *Union,* and also posted up for public inspection in not less than ten places in different parts of said East Rock Park.

By the Court, May 31, 1882.

JONATHAN INGERSOLL,

*Assistant Clerk.*

Notice is hereby given that the foregoing By Laws, made by the East Rock Park Commission, have been duly published and posted as required by the above order of Court, and are in force, on and after this date.

NEW HAVEN, June 8th, 1882.

JOHN B. ROBERTSON,
SIMEON E. BALDWIN,
CHARLES C. BLATCHLEY, } *East Rock Park*
WILLIAM W. FARNAM,    } *Commission.*
SIMON B. SHONINGER,
WILLIAM L. CUSHING,


Digitized by Google      Original from
HARVARD UNIVERSITY

# EXHIBIT 18A

# CHARTER

A N D

# ORDINANCES

O F   T H E

# CITY OF BRIDGEPORT,

## REVISED EDITION.

1892.

BRIDGEPORT, CT.:
PRESS OF STILES & TUCKER, 21 FAIRFIELD AVENUE.
1892.

Case 1:23-cv-01605-WBP   Document 46-6   Filed 04/26/24   Page 7 of 64 PageID# 2925

AN ORDINANCE RELATIVE TO RULES AND REGULATIONS
FOR THE PUBLIC PARKS OF THE CITY OF
BRIDGEPORT.

*Be it ordained by the Common Council of the City of
Bridgeport:*

**Animals not to roam about park.** SECTION 1. No horses, cattle, mules, goats, sheep, swine or geese shall be permitted to go at large on the public parks of the city of Bridgeport, either with or without a keeper. Dogs will not be allowed on the parks except in care of the owners, who are required to restrain them from running at large or running after or barking at horses.

**Shrubs, etc., not to be mutilated.** SEC. 2. No person shall cut, break, mutilate, or in any manner injure any tree, shrub, plant, flower, thing, or the grass or turf in said parks, or paint or paste on any tree, wall or object in said parks, any bill, advertisement or inscription whatsoever.

**No fire-arms to be carried or used in park.** SEC. 3. No person shall carry or have any fire-arms on said parks, or on the shore bordering the same, except on public parade, and no fire-arms shall be discharged, nor stone nor other missiles thrown, on said parks, nor on said shore.

**Fast driving in parks, prohibited.** SEC. 4. No person shall ride or drive on any road or portion of said parks (the trotting course in Seaside Park excepted) at a faster gait than seven miles per hour.

**Relative to teams in parks.** SEC. 5. No cart, wagon, dray, truck, or other vehicle carrying goods, merchandise, sea-weed, sand, gravel, fish, clams, or other articles of freight, or solely used for the carriage of the same, shall enter any part of said parks, except in the service or by permission of the commissioners of said parks.

CITY OF BRIDGEPORT.                    201

SEC. 6. No threatening, abusive or boisterous, in- Conduct in Parks.
sulting or indecent language, gesture or conduct, shall
be allowed, nor reclining upon the seats, walls, lawns,
or any other portion of said parks.

SEC. 7. No person shall expose any article or thing Sale of articles in.
for sale on said parks unless licensed therefor by said
commissioners.

SEC. 8. Nude bathing is forbidden in the waters Bathing.
bordering said Seaside Park, or in view of the same.

SEC. 9. No person unless in the employ of said Fire in parks.
commissioners shall light, kindle, or use any fire on
said parks.

SEC. 10. No person shall ride or drive upon the Riding in.
turf, grass or lawns of said parks.

SEC. 11. No person shall disturb or injure any bird Not to injure birds.
on said parks, or the nest or eggs of the same.

SEC. 12. No person shall discharge or set off on Fireworks not to be set off in parks.
said parks, or on the shore bordering the same, any
firecracker, torpedo, rocket, or other fireworks, except
by license of said commissioners.

SEC. 13. Families and others lunching on the parks Lunches in parks,
must not scatter or leave their waste paper, or waste
of any kind, on said parks. No hand-bills of any kind
shall be distributed on said parks, or in the vicinity.

SEC. 14. Croquet and ball playing on said parks are
forbidden, except on grounds specially designated Croquet and ball playing.
therefor.

SEC. 15. It is the duty of the police to see that the Duties of police at parks.
above rules and regulations are enforced. Any person
violating any provision of any of the preceding rules
and regulations shall forfeit and pay to the city of
Bridgeport, for each offense, a fine not exceeding $100,
at the discretion of the court having cognizance of the
offense.

Adopted, July 15th, 1889.

# EXHIBIT 39A

# NINTH ANNUAL REPORT

OF THE

# BOARD OF
# PARK COMMISSIONERS

OF

## OMAHA, NEBRASKA.



WARREN · H · MANNING

## FOR THE YEAR 1898.

OMAHA
A. L. STONECYPHER
1899


Digitized by Google

Original from
HARVARD UNIVERSITY

## Ordinance No. 4444.

AN ORDINANCE Prohibiting the Doing of Certain Acts Within or Upon Parks, Parkways or Boulevards of the City of Omaha, and Providing Penalties for the Violation of the Provisions thereof.

BE IT ORDAINED by the City Council of the City of Omaha:

SECTION 1. It shall be unlawful for any person within or upon any of the parks, parkways or boulevards of the City of Omaha to utter any loud or indecent language, to do any indecent or disorderly act, to be intoxicated; to bet, gamble or make wagers upon any game or games of cards or chance; to discharge any firearm or throw or cast any stone or missile by hand, sling shot, rubber gun or otherwise; to beg, publicly solicit subscriptions or tell fortunes for pay; to drive or lead a horse not well broken; to drive or lead cattle, hogs, sheep or any other animal; to allow any dog to run at large; to place or display any sign or advertisement; to obstruct any roadway or path; to enter or leave any park except at the established entrance-ways thereof; to conduct any funeral procession or vehicle containing the body of any deceased person except when the same is necessary by reason of the previous place of abode of the deceased; to build any fire; to write, paint or carve on or deface or injure any tree, bench or structure; to climb any tree; to tie any horse to a tree; to pick, cut or in any manner injure or destroy any plant, flower, fruit, turf or structure; to rob, injure, destroy or molest the nest of any bird, squirrel or other animal; to catch or disturb fish in the fountains or other waters of the park; to kill, poke sticks at, spit upon, throw at, threaten or in any manner tease, disturb or injure any fowl, fish, or animal kept in any park or the waters thereof; to drive or transport any cart, dray wagon, truck or other vehicle used for carrying goods, merchandise, building material, manure, dirt or other article; to ride or drive any animal or vehicle at a speed exceeding ten miles per hour; provided this shall not apply to the vehicles of the fire and police departments, ambulance or vehicles used by physicians when actually engaged in responding to an emergency call, or that portion of Florence boulevard lying between Ames avenue and Miller park, or any portion of the parks and boulevards that may hereafter be designated as "speed ways"; to drive any vehicle any place other than the designated carriage roads; to enter or remain in any park, between the hours of eleven o'clock p. m. and sunrise; to empty contents of ice cream freezers or throw salt or ice upon the grass.

SECTION 2. It shall be unlawful for any person, firm or corporation to commit any of the following acts within or upon the parks, parkways and boulevards of the city of Omaha without the consent of the Board of Park Commissioners, viz: to keep or offer anything for sale; to play any music; to deliver any public speech or hold any public meeting; to play base ball, tennis or any other game, except at the places designated for such purpose; to violate the regulations of said board relating to any building or place; to carry any fire arms, sling shot, ax, saw, shovel or spade within any park, except when rendered necessary by the place of abode of the person carrying same; to go on foot or otherwise upon the grass or turf where any prohibitory sign is posted; to construct or operate a line of street railway upon any park, or parkway or boulevard, or to enter thereon for the purpose of excavating or constructing a line of street railway, except at the points where such lines are now being operated; to dig holes, set poles or construct telegraph, telephone or electric light lines or enter upon any park, parkway or boulevard forsuch purpose; to discharge any fireworks or firearms.

SECTION 3. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof, shall be fined in any sum not more than fifty dollars ($50.00) or imprisonment not more than thirty (30) days.

SECTION 4. That this ordinance shall take effect and be in force from and after its passage.

Passed May 17, 1898.

BEECHER HIGBY,
City Clerk.

Approved May 23, 1898.

W. W. BINGHAM,
President City Council.
FRANK E. MOORES,
Mayor


Original from
HARVARD UNIVERSITY

# EXHIBIT 39B

# COMPILATION

### OF THE

## Charter and Ordinances

### OF THE

# CITY OF

# BATTLE CREEK, *Mich. Charters.*

## MICHIGAN

∴

### COMPILED AND PUBLISHED BY ORDER OF THE

#### COMMON COUNCIL

#### 1908

*Press of Gage Printing Co., Ltd.*


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

be punished by a fine of not exceeding twenty-five dollars and cost of prosecution; and the court before whom such conviction shall be had may make a further sentence that in default of the payment thereof, within a time to be fixed by the court, such offender shall be imprisoned in the county jail or city prison, until such fine and costs be paid, not exceeding the term of twenty days.

SECTION 3. This ordinance shall take immediate effect without publication.

Approved July 3, 1899.

---

# REGULATION OF PARKS.

AN ORDINANCE TO REGULATE THE USE OF PUBLIC PARKS AND PUBLIC PLACES IN THE CITY OF BATTLE CREEK, AND TO PROVIDE FOR THE PROTECTION OF THE SAME AND OTHER PUBLIC PROPERTY THEREIN.

SECTION 1. Be it ordained by the common council of the city of Battle Creek, That no person shall break, cut, mutilate, injure, overturn, remove or carry away any tree, shrub, plant, flower, stone or stonework, bench, chair, seat, bower, stand, house, arbor, structure, fence or property or anything whatsoever in, upon or belonging to any park, square or open space in the city of Battle Creek, or in any street, avenue, highway, in, adjoining to, or around the same; nor shall any person climb up or upon any building, house, fence, table, seat or other structure, in said park, place or square; nor shall any person kill, disturb or molest, any bird, or

Digitized by Google          Original from UNIVERSITY OF MICHIGAN

Case 1:23-cv-01605-WBP   Document 46-6   Filed 04/26/24   Page 15 of 64 PageID# 2933

bird's nest, or any fish or animal therein belonging to or being therein; nor shall any person paste, or affix or inscribe any hand-bill, sign, poster, card, device or inscription upon or against any fence, tree, structure or property of or in such park, place, square or highway in or adjoining the same; nor shall any person disfigure or injure any sward, gravel, sand, turf or earth, or any tree, fence or structure therein, or adjoining thereto; nor shall any person fasten or hitch any animal to any tree, fence or structure in or upon the same; nor shall any person, corporation or company stretch or place any telephone, telegraph or other wire or wires of any kind through, over or across any such public place, park or square.

SECTION 2. No person shall deliver any oration, address, speech, sermon or lecture therein, unless he shall have first received permission from the common council of the city of Battle Creek so to do; nor shall any public meeting be held therein, unless leave is first obtained.

SECTION 3. No person shall allow or permit any domestic animal to go, be, or run at large within any such park, place, or square; nor shall any person carry any rifle, gun or other firearm of any kind within any park of the city of Battle Creek, and no dog shall be allowed therein, except when fastened or led by a cord or string, not exceeding six feet in length.

SECTION 4. No person shall use any threatening, obscene, profane or indecent language in any such park, open place, or square, or be guilty of any disorderly or indecent conduct; nor shall any person indulge in any games, acts or demeanors, calculating or intending to mar or disturb the feelings or enjoyment of the visitors attending such parks, places or

Digitized by Google          Original from
UNIVERSITY OF MICHIGAN

squares; nor shall any person or persons deposit any rubbish or refuse in or upon such park, place or square, except the same be deposited in waste baskets to be provided by the committee on parks; nor shall any person post, exhibit or distribute any advertisements, circulars or hand-bills therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in or immediately adjoining any public park, place or square in said city, unless he shall first obtain express permission so to do from the common council of the city of Battle Creek.

SECTION 5.   Every person who shall be convicted of any violation of the provisions of this ordinance shall, for each violation, be punished by a fine of not exceeding one hundred dollars and costs of prosecution; and the court before whom such conviction shall be had may make a further sentence that in default of the payment of such fine and costs, within a time to be fixed by such court, the person so convicted shall be imprisoned in the county jail or city prison until such fine and costs be paid, for a term not exceeding ninety days.

SECTION 6.   This ordinance shall take immediate effect without publication.

Approved October 2, 1899.


Digitized by Google          Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 47A

# 44th and 45th ANNUAL REPORTS

——OF THE——

# Board of Park Commissioners

——TO THE——

## Mayor and City Council of Baltimore

——FOR THE——

### FISCAL YEARS ENDING DECEMBER 31, 1903, 1904.



BALTIMORE, MD.
WM. J. C. DULANY COMPANY,
CITY PRINTERS.

1905.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# *APPENDIX* $E$

*Rules and Regulations for the Government of the Parks and Squares.*

*(Revised 1904.)*

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# Rules and Regulations for the Government of the Parks and Squares of Baltimore.

### PUBLIC PARK REGULATIONS.

#### I.

The public parks being the property of the people, shall be open to all persons upon absolutely equal terms.

#### II.

No special privilege, except as hereinafter provided for, shall be given for any purpose whatever.

### PUBLIC PARKS—RULES AND REGULATIONS.

1. No person or persons shall have or give any theatrical entertainment, nor shall any parade, procession, public gathering or public meeting of any kind take place in any public park unless authorized by the Board of Park Commissioners, under a penalty of a fine of not less than fifty dollars, nor more than one hundred dollars, to be forfeited and paid by the person in charge of said theatrical entertainment, parade, procession, public gathering or public meeting of any kind violating this rule in whole or in part.

2. No person shall post or display any sign, banner or advertisement, write upon, cut, mutilate or deface any building, bench, statue, ornament or tree, nor use in an improper way any water-closet in the public parks, under a penalty of not less than five nor more than ten dollars for each and every offense.

3. No person shall in any manner injure the enclosures of said parks, under penalty of a fine of five dollars for each and every offense in addition to the cost of repairing the injury,


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

4. No person shall make a fire for any purpose within the bounds of said parks, under a penalty of a fine of five dollars for each and every offense.

5. If any person shall carry or discharge any firearm within the public parks, such person shall forfeit and pay five dollars for each and every offense.

6. No person shall enter a water closet set apart for the use of the opposite sex, under a penalty of a fine of not less than five nor more than ten dollars for each and every offense.

7. Each and every person guilty of impropriety of conduct, or who shall commit any offense against decency or good morals in said parks, shall forfeit and pay a fine of not less than five nor more than fifty dollars for each and every offense.

8. No person shall curse or swear, or use abusive language, or fight, or throw any missile, or behave in a disorderly manner in said parks, under penalty of a fine of five dollars for each and every offense.

9. Gambling in any form, or playing cards in said parks, is prohibited under penalty of a fine of five dollars, to be forfeited and paid by each one of the parties engaged in the game.

10. No person shall have spirituous, malt or fermented liquors in any of said parks, nor in any of the squares, roads or places, now or hereafter under the jurisdiction of the Board of Park Commissioners, either for his own use or for sale, nor use, sell or give away the same, under a penalty of a fine of not less than five dollars for each and every offense.

11. Any person found intoxicated in said parks shall forfeit and pay a fine of five dollars for each and every offense, and the gatekeepers are directed to prevent the ingress of such persons.

12. No person shall chase deer, set snares or traps for catching squirrels, rabbits, birds or fish within said parks,

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Case 1:23-cv-01605-WBP   Document 46-6   Filed 04/26/24   Page 22 of 64 PageID# 2940

under penalty of a fine of five dollars for each and every offense.

13. No person shall injure, molest or disturb any animal kept within the said parks, either for use or for the entertainment and instruction of the public, or for any purpose, nor shall any person give or offer, attempt to give to any such animal, tobacco or other noxious article, or anything prohibited, nor feed fish or throw stones or rubbish of any kind into any lake or pond, or on any road of said parks, under penalty of a fine of not less than five nor more than twentv dollars for each and every offense.

14. No person shall foul in any manner any spring or water course, or bathe or wash in any lake, pond, spring or fountain of said parks, under penalty of a fine of not less than five nor more than ten dollars for each and every offense.

15. No person shall climb a tree nor attach a swing to any tree, nor remove or change any bench or seat from its place in said parks,. under penalty of a fine of five dollars for each and every offense.

16. No person shall stand, slide, sit or roll upon any slope of said parks, or otherwise injure or deface the same by throwing anything thereon or down the same, under a penalty of a fine of five dollars for each and every offense.

17. No person shall open any of the cases, or handle any of the contents of said cases, or disturb in any way the collection of articles of interest or of natural history contained in the Maryland Building at Druid Hill Park, or that may now or hereafter be contained in any of the public parks, under penalty of not less than five nor more than fifty dollars for each and every offense.

18. No person shall trespass on ground guarded by rail, or stand or sit upon any of the low guard fences or inclosures, or other fences in any of the Parks, under a penalty of not less than five nor more than twenty dollars for each and every offense.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

## 144

### REPORT OF THE

19. Hitching posts having been provided, no person shall fasten a horse to a tree, or leave the same unattended, or be permitted to bring led horses within the limits of said Parks, or a horse that is not harnessed or attached to a vehicle, or mounted by a rider, or a horse ridden for other than pleasure purposes, under penalty of a fine of five dollars for each and every offense.

20. No person, whether living within the limits of any of the parks or outside of them, shall permit their chickens or other fowls to run at large in the Parks, under penalty, after one warning, of five dollars for each and every offense.

21. If any cattle, hogs, horses, sheep, goats, dogs or other animals, shall be found trespassing within the confines of any of the public parks or squares, the same shall be impounded, and their owner or owners shall forfeit and pay, with the cost of maintenance of the same, a fine of five dollars for each and every offense.

In the case of dogs their entry shall not be considered a trespass provided they be secured by a collar with chain or cord always attached, and always held in the hand of the owners or attendants, or provided they be in pleasure vehicles.

22. No person shall pull any flowers or fruit, whether wild or cultivated, cut down or girdle any tree or sapling, break limbs or branches of trees, or bark trees, or injure any shrubbery or plants whatever in said parks, under penalty of a fine of not less than five dollars nor more than one hundred dollars for each and every offense.

23. No person shall handle or disturb plants in any conservatory, greenhouse, propagating house or nursery in any of the public parks, under penalty of a fine of not less than five dollars nor more than fifty dollars for each and every offense, and no flowers either cut or uncut, or plants of any kind, shall be removed from any park, propagating or green-


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

house under the control of the present Park Board without an order of the Board signed by the President.

24. No person shall set up any booth or table for the "sale" of any article whatever unless by the permission of the Superintendent of the park for such times as he may consider proper, nor shall any person ask or solicit pecuniary assistance or aid in said parks, under penalty of a fine of five dollars for each and every offense.

25. No picnic shall take place in the said parks without a written permit first obtained from the Local Superintendent in charge of said parks, in which shall be designated the place where it is to be held. If any person shall attempt to hold a picnic without such permit such person shall forfeit and pay a fine of five dollars.

*Note A.* Picnics permitted in said parks for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these Rules and Regulations, in the penalties severally prescribed herein.

26. No person shall disturb any picnics in said parks, or intrude him or herself without the consent of those in charge of it, under a penalty of a fine of five dollars for each and every offense.

*Note B.* Parties holding picnics in the said parks are expected to clean up the ground that has been occupied by them on quitting it, and not leave paper to be blown about.

*Note C.* The experience of the Commission renders the enforcement of the above Regulations in regard to picnics indispensable to the preservation of the property and the comfort and protection of the visitors.

27. No game of base ball, foot ball or other field game shall take place in the said parks without written permission for the purpose having been first obtained from the Local Super-

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

intendent in charge of the park, and no person shall practice
ball or intrude himself upon the players while the game is in
progress, under penalty of a fine of five dollars for each and
every offense.

28. All vehicles other than pleasure carriages, as distin-
guished from wagons, carts and drays, are prohibited within
said Parks, except when employed in the business of the
Parks, under penalty of a fine of five dollars for each and
every offense.

Carriages or vehicles of any description, being used for
funeral purposes, whether following a hearse or following one
after the other in funeral procession, and all carriages or
other vehicles unoccupied, or occupied for any other than
pleasure purposes, are hereby expressly declared not to be
pleasure carriages within the meaning of this rule.

29. (Repealed.)

30. No person shall ride or drive upon the grass, footways
or elsewhere than on the roads for the use of carriages,
equestrians and cyclers in the said parks and squares, under
a penalty of a fine of five dollars for each and every offense.

Horseback-riding will, however, be permitted during all
daylight hours through the woods of Druid Hill Park and also
over the turf of the large field to the north of the Pumping
Station to the west thereof, and over the ground from the
present bridle path coming up to the large tree on the hill
opposite the Superintendent's residence to the intersection
with the roads running to the Green Spring avenue and the
Pimlico gates; also over the ground westerly from the inter-
section of the road and bridle path at present used, running
northerly through the woods to the high service reservoir.

31. No person shall drive or ride a horse or cycle faster
than at the rate of *eight miles an hour* in said park, under
penalty of a fine of five dollars for the first offense and twenty
dollars for each succeeding offense.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

*Note D.*    When carriages, equestrians or cyclers meet, they shall respectively keep to the right as the law of the road.

32. Bicycles and tricyles, when ridden, shall be strictly confined to the roadways in the parks, and shall be controlled by the same rules as govern horsed vehicles and equestrians, and shall keep and pass to the right when meeting the same; and when passing a carriage or equestrian from the rear such passing must be on the left side and at a moderate speed. Bicyles and tricycles shall not travel at a speed faster than eight miles an hour, nor more than two abreast; in all cases they shall be required to have attached to their bicycles or tricycles a suitable bell; they shall, when riding, also be required to carry a lantern and display a light therefrom in front, from one-half hour after sunset, under a penalty of a fine of five dollars for each and every offense.

Bicycles and tricycles may be trundled through the public parks at all hours on the walks or in the roads, provided that at no time shall two or more bicycles or tricycles be trundled abreast, under penalty of two dollars fine for offender.

Owing to danger and accidents of daily occurrence, all persons desiring to be taught to ride a bicycle or tricycle may receive instructions only on the Mall, in Druid Hill Park, and such places in other parks as may be designated.

Coasting on bicycles and tricycles is positively prohibited within any of the public parks between the hours of 12 noon and 9 P.M. A violation of this rule will subject the offender to a fine of not less than two dollars nor more than five dollars for each and every offense.

I. Coasting will not be permitted at any time on any roads in the public parks, except on bicycles and tricycles equipped with an efficient brake.

II. No bicycle or tricycle shall have attached to it more than one bell, which bell shall not be more than three inches in diameter.

 Digitized by Google     Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

III. No bicycle or tricycle shall have attached to it any device capable of producing an unusual or objectionable sound.

IV. Riding crosswise on the roads, and curving to and fro, is forbidden, and a hold on the handle bar must be constantly maintained while in motion.

A violation of the four immediate preceding rules, or any of them, will subject the offender to a fine of two dollars for each and every violation.

33. Vehicles of every description, drawn or propelled by any power, shall, unless provided with a proper light attached to the left hand side of the vehicle, from one-half hour after sunset till midnight be restricted to use the following roads and drives lighted by electricity, to wit:

Beginning at the entrance to Latrobe avenue; thence to the road generally known as South drive; thence along the said South drive to a point where it intersects the Lake drive, and thence along the direct road on the south side of Druid Lake to Swann avenue, with the right of egress and ingress to and from Eutaw Place entrance and the Madison avenue entrance, and thence northerly along Swann avenue to the Washington statue, and thence along the road generally known as the Pimlico drive to the Reisterstown turnpike, with the right of egress and ingress to and from Druid Hill avenue entrance.

Also beginning at the point as aforesaid, made by the intersection of the Lake Drive and the South Road Drive on the south side of Druid Lake, and thence along the road generally known as the Lake Drive, encircling Druid Lake, to the place of beginning.

A violation of this rule will subject the offender to a fine of five dollars for each and every offense.

34. Hereafter no manure cart or hay wagon, or any other than pleasure vehicles, shall use the Green Spring avenue road at any other hours than the hours commencing at 12 o'clock midnight and ending at 6 o'clock A.M.

Digitized by Google                Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

A violation of this rule shall subject the offender to a fine of five dollars for each and every offense.

35. No person shall coast, slide or ride down any of the hills or inclined surfaces of the Green Spring avenue road upon any toboggan, sled, hand-sled, sledge, double-decker, or other vehicle on runners, designed or used for travel upon snow and ice with its own momentum, and without being drawn by animal or other power, under a penalty of a fine of five dollars for each and every offense.

By order of the

Baltimore, 1904. BOARD OF PARK COMMISSIONERS.

 Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# EXHIBIT 56A

# REVISED ORDINANCES
## OF 1907-8

# Charter and Ordinances

OF THE

# City of Ann Arbor

*4 6 5 9 1*

PRINTED BY AUTHORITY
OF THE COMMON COUNCIL

COMPILERS:
J. W. DWYER
S. W. BEAKES

ANN ARBOR, MICHIGAN
1908


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

lots or premises, shall fail to come to the notice of the owner, owners, agent or agents thereof, and such notice has expired, or if such owner, owners, agent or agents shall not within thirty days make such connections, the city shall then cause such connections to be made, and the expense thereof shall be assessed upon the property for the benefit for which connection was made, and such assessment shall be a lien upon the said property until paid, and such lien shall have the same force and effect as is provided in case of other special assessments.

SEC. 19.   This ordinance shall take effect and be in force from and after legal publication.

―――――

## PARKS.

### An Ordinance Relative to Parks, Boulevards and Lawn Extensions Within the City of Ann Arbor, Michigan.

(Passed October 7, 1907; approved October 16, 1907.)

*The Common Council of the City of Ann Arbor ordain* :

SECTION 1.   No swine, goat, cattle or other animals excepting horses, shall be permitted on the roadways.

SEC. 2.   No sleighs or sled shall be drawn on the roadways without sufficient number of bells attached to give warning of its approach.

SEC. 3.   No fast driving or speeding permitted, except upon places set apart for the purpose.

SEC. 4.   No placard, notice or advertisement of any kind or nature shall be distributed, posted or attached to anything movable or immovable on park or Boulevard property.


Digitized by Google          Original from
UNIVERSITY OF MICHIGAN

SEC. 5.   No driveway connecting the Boulevard with any premise shall be constructed except by special permit of the Board.

SEC. 6.   No bicycle, wheelbarrow, handcart or other vehicle or any horse or other animal shall be permitted on the foot-walks, sidewalks, grass plats or planting places.

SEC. 7.   No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers or embarrass the passage of vehicles.

SEC. 8.   No gambling shall be permitted.

SEC. 9.   No booth, tent, stall or other structure shall be erected for any purpose, and no hawking or peddling shall be done or article or thing exposed for sale except by permission of the Board of Park Commissioners.

SEC. 10.   Picnics may be held in such parts of the Parks as shall be designated for that purpose, subject to such regulations as may be made by the Board, but no refreshments of any kind shall be permitted to be sold or offered for sale in connection therewith; and no person shall join any picnics without the consent of the persons of whom it shall be composed, or shall in any manner disturb or interfere with the same.

SEC. 11.   No indecent exposure of person, disorderly conduct, noise, riot or breach of the peace, nor the use of obscene language will be permitted.

SEC. 12.   No person shall solicit passengers for hire excepting upon special permit of the Board.

SEC. 13.   No person shall enter any building, enclosure or space upon which the words "no admittance" or similar sign is posted.

SEC. 14.   No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrub-


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

bery or grass when there shall have been placed thereon a sign forbidding the same.

SEC. 15.   No person wearing spiked or cleated shoes shall stand or walk upon any lawn or lawn extension in any public street.

SEC. 16.   No person shall fire or discharge any gun or pistol; carry fire-arms, kindle or build fires or throw stones or other missiles.

SEC. 17.   No person shall fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character without written permission from the Board of Park Commissioners.

SEC. 18.   No dead carcass, ordure, filth, dirt, stone, wood, ashes, garbage, matter, substance or rubbish of any kind shall be placed or deposited in any public park or space.

SEC. 19.   No animal shall be tied to any tree, shrub, building or other park fixture in any public park, space or lawn extension, except as provided therefor.

SEC. 20.   No tree, shrub, or plant shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner.

SEC. 21.   No fence, bridge, building or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed.

SEC. 22.   No person shall dig, remove or carry away any sward, sand, earth or material of any kind.

SEC. 23.   Intoxicated persons not permitted on Park property.

SEC. 24.   No person shall molest or in any manner disturb or annoy the fish or other animals which may be placed in any fountain, pool or basin in any public park or space.

Digitized by Google          Original from
UNIVERSITY OF MICHIGAN


SEC. 25. The driveways of the parks known as "Cedar Bend Park" and "The Glen" or "Cedar Bend Ave." are hereby set aside for the exclusive use of horses and light carriages.

SEC. 26. No person or persons shall drive or propel any automobile or any other motor vehicle on the driveways of the parks known as "Cedar Bend Park" and "The Glen," or "Cedar Bend Ave."

SEC. 27. The person or persons in charge of the public parks or spaces shall have and possess the powers of policemen, and it is hereby made the duty of such person or persons to observe that the provisions of this ordinance are strictly complied with, and to make complaint to the Justice Court for any violation of its provisions.

SEC. 28. Any person violating any of the provisions of this ordinance shall be punished by a fine not exceeding fifty dollars for each offense, and on imposing such fine, the court may make a further sentence that in default of the payment of such fine, the offender may be imprisoned in the common jail for the County of Washtenaw until the payment thereof, for any period not exceeding thirty days.

This ordinance shall take effect and be in force on and after ten days from legal publication.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 56B

# Compiled and Revised

# GENERAL ORDINANCES

## AND

### Compilation of Certain Laws of Kansas Directly Affecting Cities of the First Class.

———————

A Compilation of Certain Revised Ordinances of the City of Parsons Passed to Take Effect Upon Their Publication Herein, and of All Other Ordinances of a General Nature Now in Force in said City; and also a Compilation of Certain Laws of the State of Kansas Directly Affecting Cities of the First Class,

### TOGETHER WITH THE

### RULES OF THE CITY COUNCIL.

———————

**Compiled, Revised and Arranged by, and Published Under the Supervision of W. S. HYATT, of the Parsons Bar, Under Contract With, and by the Authority of the City of Parsons.**

———————

THE FOLEY RAILWAY PRINTING CO.
PARSONS, KANSAS.
1908.


Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

to charge a reasonable admission fee, the revenue or fund created therefrom to be used in maintaining said pavilion, and for other and further improvements in said park. The said pavilion to be located in said park at a point to be agreed upon by the mayor of said city, the park committee of the council and the said association. Should the said association abandon its organization or cease for one year to exercise its rights to said pavilion under this ordinance, the interest of said association in said pavilion shall be forfeited to the city of Parsons.

§ **1415. Ladies' Improvement Association to make reports.** SEC. 2. The said association shall by its president and secretary make quarterly reports to the mayor and council of said city, therein stating the amount of money received from said pavilion during the said quarter, the amount then on hand, if any, and the disbursements of funds during said quarter. The character and kind of improvements to be placed in said park from the said revenue or fund, shall be determined by the mayor of said city, the park committee of the council and the said association.

**Take effect.** SEC. 3. This ordinance shall take effect and be in force from and after its publication.

(SEAL.)                              WM. BUSBY, Mayor.

Attest: MAURICE DAVIS, City Clerk.

Passed October 14, 1901.

Approved October 15, 1901.


## ARTICLE 4. RULES AND REGULATIONS GOVERNING FORREST AND GLENWOOD PARKS.

(Took effect July 8, 1907.)

### ORDINANCE NO. 1656.

AN ORDINANCE providing rules and regulations for the government of Forrest and Glenwood parks and penalties for the violation thereof, and repealing ordinance No. 1117.

BE IT ORDAINED BY THE MAYOR AND COUNCILMEN OF THE CITY OF PARSONS, KANSAS:

Digitized by Google          Original from UNIVERSITY OF MINNESOTA

Case 1:23-cv-01605-WBP   Document 46-6   Filed 04/26/24   Page 38 of 64 PageID# 2956

§ **1416. Rules.** SEC. 1. For the government of Forrest and Glenwood parks in the city of Parsons, Kansas, the following rules are hereby prescribed and adopted.

1.  They being the property of the said city, Forrest and Glenwood parks shall be open to all persons upon equal terms except as herein provided.

2.  License may be granted for stand privileges in the parks at the following rate:

    Lunch stands $5.00 per day, $20.00 per week.

    Peanut and pop-corn stands, $2.00 per day, $10.00 per week.

    Cigar and tobacco stands, $2.00 per day, $10.00 per week.

    Ice cream and lemonade stands, and other soft drinks, $5.00 per day, $20.00 per week.

    All of said stands to any one person, $12.50, per day; $50.00 per week.

    All stands must be located by the park committee or superintendent.

    License for shooting galleries, swings, etc., may be issued at the rate set in the regular city license ordinance, provided the consent of the city council has been secured.

    Anything not herein otherwise provided for as to the rules and regulations of licenses for stand privileges in said park, may be arranged and provided for by a majority of the park committee, to be reported in writing to the clerk, at the time of any such arrangements, and to be recorded by him.

    Boats may be hired at the discretion of the park committee.

    All money collected on any or all of the above privileges shall be paid into the park fund, and no license shall permit the use of any stand in the park on the first day of the week, commonly called Sunday.

3.  Said park shall be closed and the gate thereto fastened at 10 o'clock p. m., each and every night unless

Digitized by Google          Original from
UNIVERSITY OF MINNESOTA

otherwise directed by the park committee of the said city.

4. No person shall post or display any sign, banner, bill, or advertisement, or write, cut, mutilate or deface in any way or manner the pavilion or the fountain or any building, bench, boats, statues, ornament, tree, or building, in, upon or belonging to said parks, or use in any improper manner any water closet or other building therein, or stand, walk, or run upon, or climb over the seats or benches in the pavilion, or spit upon the floor of any part of the pavilion or smoke therein.

5. No person shall in any manner injure, disfigure or mutilate the fence around or the buildings, trees, statuary, shrubbery or growing plants within and belonging to said parks.

6. No person, unless permitted by license, shall kindle, start or cause a fire within the limits of said parks, except it be within the dwelling house and pavilion belonging thereto.

7. No person shall curse, or use profane or abusive language, fight or quarrel, throw stones or missels of any kind with the hand or with an instrument, within said park, or otherwise behave in a rude or indecent manner; and no person except an officer in the discharge of his duty shall have with him or discharge in said parks, a gun, revolver or pistol or do violence to, or kill any bird or animal therein, or to disturb or rob bird's nests therein.

8. No male person shall enter, use or in any way interfere with any water closet in said parks, which is set apart or designated exclusively for use by females.

9. No person shall play any game with cards or dice or engage in any game of chance which is played with any gambling device whatsoever, within said parks.

Digitized by Google    Original from UNIVERSITY OF MINNESOTA

480                 REVISED ORDINANCES.

10.   No person shall introduce into said parks any spirit-
      uous, malt, fermented or intoxicating liquors.
11.   No person shall climb any tree nor affix a swing to
      any tree or trees within said parks, except by
      permission of the superintendent thereof.
12.   No person shall fasten any horse or other animal
      to any tree, fence, shrub or building within
      said parks, or to anything therein except hitching
      posts provided therefor, nor shall any team,
      horses or other animal be left unattended when
      not so fastened.
13.   No person shall use the driving track for bicycles or
      driving thereon when the ground is wet and soft.
14.   The park committee of said city in its discretion
      may permit said parks to be used for the purpose
      of holding picnics, social and fraternal gatherings
      and other meetings therein when and upon
      such conditions as said committee shall think
      proper.

§ **1417. Misdemeanor; penalty.**   SEC. 2.   Any person
who shall do any act which by either of the provisions of section
1 of this ordinance is forbidden, shall be guilty of a misde-
meanor and upon conviction thereof shall be punished by a
fine of not less than $5.00 nor more than $50.00, and shall be
committed to the jail of the city until such fine and costs of
prosecution are paid.

§ **1418. Park superintendents enforce.**   SEC. 3.   The
park superintendents are hereby authorized and required to
rigidly enforce the rules and regulations of section 1 of this
ordinance prescribed and to arrest any person guilty of a viola-
tion of any such rule or regulation and to make complaint
before the police judge of said city against the person so offending.

§ **1419. Persons leave parks, when.**   SEC. 4.   It shall
be the duty of any person in and about said parks at any time
when by the requirements of rule three provided by section
1 hereof, said superintendent shall declare his purpose to close
said park to retire therefrom, and any person failing or refusing
to do so shall be guilty of a misdemeanor, and upon conviction
thereof shall be punished as provided by section 2 of this ordi-
nance.


Digitized by Google            Original from
                               UNIVERSITY OF MINNESOTA

# EXHIBIT 60A

# THE COMPILED

# Charter and Ordinances

## OF THE

# CITY OF WATERBURY



PUBLISHED BY AUTHORITY OF THE CITY



PRESS OF

THE WATERBURY EVENING DEMOCRAT

1913

Digitized by Google

Case 1:23-cv-01605-WBP   Document 46-6   Filed 04/26/24   Page 43 of 64 PageID# 2961

## AN ORDINANCE CONCERNING PARKS.

*Be it Ordained by the Board of Aldermen of the City of Waterbury:*

**§ 1. Animals in.   Restriction de.**  No domestic animals, except dogs, shall be permitted to enter or go at large in any of the public parks of the City of Waterbury, either with or without a keeper. Dogs must be held in leash by the owners, otherwise they may be killed by any park keeper, special constable or policeman.

**§ 2. Acts Prohibited.**  No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

\* **§ 3. Fireworks.  Throwing Missiles.**  No person shall carry or have any firearms in any of said parks, and no firearms shall be discharged from, or into any of the same.  No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the Board of Public Works may designate as a ball field, in playing games in which a ball is used.

*\*G. S. 1285.*

**§ 4. Riding or Driving.   Speed Regulation.**  No person shall ride or drive on any road within any of said parks at a faster gait than eight (8) miles per hour, and this shall apply to the use of cycles.

**§ 5. Conduct.   Regulation de.**  No threatening, abusive, boisterous, insulting or indecent language, or ges-

Digitized by Google

ture, shall be used in any of said parks, nor shall any
oration, harangue, or other public demonstration be made
unless by special authority of the Board of Public Works.

**§ 6.   Sale of Articles in.   Regulated.**   No person shall
expose any article or thing for sale in any of said parks,
unless licensed therefor by said Board of Commissioners
of Public Works.

**§ 7.   Bathing.**   No person shall bathe naked or other-
wise in any water in, or adjacent to, any of said parks,
or be naked within any of said parks, except in such
places and subject to such regulations as the Board of
Commissioners of Public Works may, from time to time,
specially designate.

**§ 8.   Fires.**   No persons, unless by authority of said
Board of Commissioners of Public Works, shall light,
kindle, or use any fire in any of said parks.

**§ 9.   Riding and Driving.   Restrictions de.**   No per-
son shall ride, or drive, upon the grass, lawns or foot
paths of any of said parks.

**§ 10.   Animals, Birds, Etc.   Injuries to Forbidden.**
No person shall disturb or injure any bird, bird's nest or
eggs, or any squirrel or other animal within any of said
parks.

\*   **§ 11. Fireworks.   Use of Prohibited.   Exception.**   No
person shall discharge or set off, on or within any of said
parks, any fire-crackers, torpedoes, rockets or other fire-
works, except by license from the said Board of Commis-
sioners of Public Works.

\*G. S., Sec. 1286.

**§ 12.   Removing Dirt, Etc., Prohibited.**   No person
shall remove or dig up any dirt, stones, rock or other

Digitized by Google

ORDINANCES OF CITY OF WATERBURY.   309

thing whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said Board of Commissioners of Public Works.

**§ 13.  Depositing Rubbish, Etc., Forbidden.**  No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such a place or places as may be specially designated by the Board of Commissioners of Public Works.

**§ 14.  Vehicles Carrying Freight, Etc.  Entry Forbidden.**  No cart, wagon, dray truck or other vehicle, carrying lumber, stone, brick, or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in the service of the Board of Commissioners of Public Works, enter any part of said parks.

**§ 15.  Hitching Horse to Trees, Etc.**  No horse shall be hitched to any shrub or tree in any of said parks.

**§ 16.  Automobiles and Motor Vehicles.**  No automobile or other motor vehicle shall be taken into or driven upon any of the public parks of said city.

\*  **§ 17.  Penalty.**  Any person violating any section of this Ordinance shall forfeit and pay a penalty to the city of not more than twenty dollars.

   \* *Passed and adopted April 15, 1907.*
   *Approved April 17, 1907.*

**§ 18.  Seats for Women.  Reservation of.**  Whenever seats or benches shall be placed upon the "Green," so-called, duly marked and designated as reserved for wo-

Digitized by Google

310    ORDINANCES OF CITY OF WATERBURY.

men, no other person, unless accompanying a woman or women, shall occupy any of such seats or benches.

**§ 19.   Penalty.**   Any person violating the provisions of Section 18 of this Ordinance shall be fined not more than ten dollars ($10.00).

Passed and adopted August 19, 1907.
Approved August 21, 1907.

Digitized by Google

# EXHIBIT 60B

# ORDINANCES

### OF THE

# CITY OF FLINT

## MICHIGAN



*Printed by Authority of the Common Council
of the City of Flint*

*Compiled by*

**JOHN H. FARLEY, City Attorney**

**1925**

**FLINT, MICHIGAN**

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## ORDINANCE No. 109

AN ORDINANCE to Regulate and Prescribe the Use of the Parks, Boulevards and Other Public Places in the City of Flint.

*The City of Flint Ordains:*

SECTION 1. No person shall place any building or obstruction of any kind on any public park, public ground or boulevard within the City of Flint.

SECTION 2. No person shall take down, climb over, interfere with, disturb, displace, mar, deface or injure any rails, posts, chains or fences enclosing any public ground or park, or within the limits of any public boulevard within the City of Flint.

SECTION 3. No person shall play at any game or sport in any enclosed public park, ground or on any boulevard, except as hereinafter provided and excepted.

SECTION 4. No person shall climb, peel, cut, deface, remove, injure or destroy any tree in any public park or ground or on any boulevard within the City of Flint or tie or pasture any animal on the grass or in any public park ground or boulevard within said city.

SECTION 5. No person shall pluck, break, trample or interfere with any flower, plant or shrub in any public park, ground or boulevard.

SECTION 6. No person shall take, remove or carry away any sward, gravel, sand, turf or earth in any public park, ground or boulevard.

SECTION 7. No person shall place or deposit any dead carcass, filth, dirt, stone or other matter or substance on any public park, ground or boulevard.

SECTION 8. No person shall hang, post, place or put any bill, notice, sign, placard, carpet or other incumbrance on any tree, fountain, post, railing, fence or other erection in or surrounding any public park, ground or boulevard.

353

Digitized by  Google    Original from
UNIVERSITY OF MICHIGAN

SECTION 9. No person shall wade into, or throw any wood, sand, stone or other substance into any basin, pool or fountain in any public park, ground or boulevard.

SECTION 10. No person or persons shall play at any game or games whatever in or upon any public park, ground or boulevard: *Provided, however,* That ball, cricket, lawn tennis and other games of recreation may be played upon such portion of the parks as may be designated and under such rules as may be prescribed upon first obtaining a permit from the Park Board.

SECTION 11. No person shall hawk or peddle any goods or articles of any nature or description within any of the public parks, grounds or boulevards without first obtaining a permit so to do from the Park Board.

SECTION 12. Picnics may be held in such parts of the parks upon permit as shall be designated for that purpose, subject to such regulations as may be made by the Board, and no refreshments of any kind shall be permitted to be sold or offered for sale in connection therewith except as hereinbefore provided, and no person shall join any such picnic without the consent of the persons of whom it shall be composed, or shall in any manner disturb or interfere with the same.

SECTION 13. No indecent exposure of person, disorderly conduct, noise, riot, or breach of the peace nor the use of obscene language will be permitted in any public park, ground or boulevard.

SECTION 14. No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrubbery or grass when there shall have been placed thereon a sign forbidding the same in any public park, ground or boulevard.

SECTION 15. No person shall play upon any musical instrument, except by authority of the Park Board, nor carry or display any flag, target or transparency, and no person shall do or perform any act tending to congregate persons in any public park, ground or boulevard.

SECTION 16. No person shall fire or discharge any gun or pistol, carry fire arms, kindle or build fires, or throw stones or other missiles within any public park, ground or boulevard.

354

Digitized by Google     Original from
UNIVERSITY OF MICHIGAN

SECTION 17. No person over the age of fourteen years shall use any of the swings or teeters within the public parks, grounds or boulevards, or wherever the same may be placed by the Park Board for the use of children, and no person in the use of said swings and teeters shall stand in or upon the same.

SECTION 18. No person shall ride or drive on any of the walks or foot-paths of any public park, nor shall any person be allowed to drive or propel any automobile or other means of conveyance on any of the public parks of the said city at a greater rate of speed than five (5) miles per hour.

SECTION 19. The person or persons in charge of the public parks, grounds and boulevards, under authority of the Park Board of the City of Flint, shall have and possess the powers of policemen and it is hereby made the duty of such person or persons to enforce the observance of the provisions of this ordinance and upon violation of the provisions of this ordinance by any person to forthwith make complaint before one of the Justices of the Peace of the City of Flint.

SECTION 20. Any violations of the provisions of this ordinance shall be punished by a fine not exceeding $100.00 or imprisonment in the county jail not exceeding ninety days, or both such fine and imprisonment in the discretion of the court before whom the offender shall be tried.

Approved June 16th, 1908.

H. C. SPENCER,
*Mayor.*

355

Digitized by Google          Original from
UNIVERSITY OF MICHIGAN

# EXHIBIT 64A

# Forty-Sixth Annual Report

## OF THE

# City of Burlington

## Vermont



## For the Year Ending December 31

# 1910

BURLINGTON:

FREE PRESS PRINTING COMPANY,

1911.

220        CITY OF BURLINGTON.

### BOARD OF PARK COMMISSIONERS,

BURLINGTON, VT.

### RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks of the city of Burlington. Any person who shall violate any of the following rules and regulations, will be liable to the penalties prescribed for the violation of the ordinances of the City of Burlington.

1.  No person shall walk upon the grass in any park whenever a notice shall be posted forbidding it.

2.  No person shall climb upon a tree, statue, fountain, fence, gate, or railing in any park, or use any structure or apparatus there in any way other than that for which it was intended.

3.  No person shall cut, break, or otherwise injure any tree, or shrub, or any part thereof; nor cut, pluck or remove any plant or flower in the beds in any street or park.

4.  No person shall cut, write upon, deface, defile or otherwise injure any building, fence, statute, fountain, seat or other structure upon any park.

5.  No person shall hitch a horse or other animal to any tree, shrub or fence; nor leave a horse untied or tied within reach of a tree or shrub.

6.  No person shall trap or catch any birds or animals; nor disturb their nests or habitations in any park.

7.  No person shall deposit boxes, paper or waste of any kind upon the walks or grounds of any public park, nor in any fountain or waters thereof nor in any manner defile or pollute the same; but shall place all such waste in receptacles provided therefor.

8.  No person shall throw sticks, stones or otner missiles in any park; nor light a fire for any purpose, therein.

9.  No person shall commit a nuisance within the limits of any park.

10.  No person shall use or enter any apartment established for persons of the opposite sex exclusively.

Case 1:23-cv-01605-WBP   Document 46-6   Filed 04/26/24   Page 55 of 64 PageID# 2973

11. No person shall carry or discharge firearms, firecrackers, torpedoes, or fireworks in any park; but this prohibition shall not apply to the display of fireworks under municipal authority.

12. No person shall use intoxicating beverages in any park nor offer such to any person; nor sell, offer, or expose for sale any goods or wares except under a written license from the Board of Park Commissioners.

13. No person shall post or display any sign, placard, flag, or advertising device in a park, without a license.

14. No person shall play any game of chance or have possession of any instrument of gambling in any park.

15. No person shall utter profane, threatening, abusive, or indecent language, or do any obscene or indecent act; nor follow or otherwise annoy any other visitor in any park.

16. No person shall drive or propel a bicycle, tricycle, automobile or other vehicle, in any park, excepting on the regular carriage roads.

17. No person shall ride or drive a horse, bicycle, automobile, or other vehicle, at a rate faster than eight miles an hour in any park.

18. No persons shall hold any public meeting or gathering for political purposes, nor make any oration, speech or harangue in any park, except by written permission of the Mayor or of the Board of Park Commissioners.

19. No person shall refuse to obey such orders or requests of the park commissioners or of the superintendent, care taker, or other agents of the commissioners, as shall have for their object the preservation of the parks and their contents or the maintenance of order and decorum within the limits of the park.

20. No person shall cut, prune, or remove any shade tree or shrub in the streets or public parks except with the approval and consent of the Board of Park Commissioners or of the duly appointed tree warden or city forester.

21. All planting of trees in the streets shall be with the approval and in accordance with the rules of the Board of Park Commissioners, who shall have the power to prescribe how such trees shall be planted, at what distance apart, and of what variety. All trees shall be provided with supports and guards whenever, in the opinion of the Board of Park Commissioners, or its agents, such supports or guards may be desirable.

22.   No person shall plant any tree or shrub in any street which has been declared by the Commissioners to be undesirable or detrimental.

23.   No person or corporation shall attach any wire, stay or support to any tree except by the consent and approval of the Board of Park Commissioners.

24.   No board, card, or any notice or advertisement, shall be attached to any shade tree.   .

25.   No person shall permit a horse to injure or deface any shade tree, shrub, or any structure, under the penalties prescribed by the laws of the State.

Adopted by the Board of Aldermen, June 9, 1910.

Attest:

M. C. GRANDY, Clerk.

Approved June 15, 1910.

JAMES E. BURKE, Mayor.

## BOARD OF CEMETERY COMMISSIONERS,

### BURLINGTON, VT.

### RULES AND REGULATIONS.

#### SECTION I.

##### CEMETERY RULES.

1.   Lake View Cemetery will be open from 7.00 o'clock a. m., until sunset. Green Mount and Elmwood Cemeteries from 7.00 a. m., until sunset during the season. All persons must leave the grounds before the gates are closed.

2.   No trucks or heavy wagons will be allowed inside the grounds except by special permission from the Superintendent, unless bringing material for work to be done in the cemetery.

3.   No fast driving will be allowed in the grounds.

4.   Bicycles, motor cycles or automobiles are allowed within the grounds only by permission from the superintendent.

5.   Dogs not permitted.

6.   Persons with firearms not permitted.

# EXHIBIT 67A



## CITY OF NEW BRITAIN
## CONNECTICUT

———

# CITY CHARTER

### AND AMENDMENTS

# WATER WORKS CHARTER

### AND AMENDMENTS

# ACTS OF THE GENERAL ASSEMBLY

### RELATING TO THE WATER, SEWER, STREET AND SUBWAY DEPARTMENTS

———

# 1 9 1 4

Eastern Printing & Publishing Company
New Britain, Conn.

Digitized by Google

# Chapter XXIII.

### RULES AND REGULATIONS FOR WALNUT HILL PARK.

**Be it ordained by the Common Council of the City of New Britain:**

1. No person shall enter or leave the park except by the regular approaches thereto; nor walk upon any grass border of any walk or driveway; nor walk among or through shrubs, flowers or other plantings; nor climb any terrace or bank; nor cross any lawn whenever a notice shall be conspicuously posted forbidding such crossing.

2. No person shall drive or propel any bicycle, motorcycle, automobile or other vehicle in the park, excepting on regular carriage roads.

3. No horses, bicycles, motorcycles, automobiles, other vehicles or teams shall be ridden or driven in the park faster than at a rate of ten miles an hour.

4. No person shall drive or lead any heavy team, busines wagon or cart (unless upon park business) upon any of the park driveways, with the exception of the main road running direct from Park Place to the corner of Grand and Griswold streets.

5. No person shall remove, cut, break or otherwise injure any tree or shrub or any part thereof; nor cut, pluck or otherwise remove any blossom or part of any plant or flower.

6. No person shall climb or get upon any tree, statue, fountain, fence, gate or railing in the park; nor use any structure therein in any way so as to deface or mar same in any manner.

7. No person shall cut, write upon, deface or otherwise injure any building, fence, fountain, seat or other structure within the park.

8. No person shall sleep upon, lie upon or overturn any seat in the park; nor shall men occupy any seats that may be designated as reserved for women and children.

9. No person shall disturb or injure any bird's nest or eggs, nor any squirrel or other animal within said park.

10. No person shall play ball or similar games in the park, except upon such portions thereof as may be set apart for that purpose.

11. No person shall scatter or leave any paper, rag, garbage or other litter, nor throw any stick, stone or other missile on any portion of the park.



Case 1:23-cv-01605-WBP   Document 46-6   Filed 04/26/24   Page 60 of 64 PageID# 2978

### RULES AND REGULATIONS FOR WALNUT HILL PARK.

12.   No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used in said park.

13.   No oration, harangue or other public demonstration shall be made, nor any public exhibition be held, except by permission of the board of park commissioners.

14.   No intoxicating liquors shall be brought into or used within said park.

15.   No person shall sell or offer for sale anything in said park, except by written license from the board of park commissioners; nor post, nor display any sign, placard, flag or advertising device without such license.

16.   No person shall discharge or carry firearms; nor discharge firecrackers, torpedoes or fireworks within the park, except by license from said board of park commissioners; nor make any fire therein without such license.

17.   There shall be no loitering in the park between the hours of 11 o'clock at night and 6 o'clock in the morning; but this shall not prohibit persons from using the regular walks and driveways in passing from one part of the city to another.

18.   No person shall deface or injure any notice placed by the board of park commissioners upon the park.

The foregoing are in addition to such prohibitious and penalties as are provided by the laws of this state and the ordinances of this city.

Adopted by the common council, March 15, 1911; approved March 21, 1911, and became a law by publication, April 1, 1911. (N. B. Record.)

Digitized by Google

# EXHIBIT 69A

# THE CITY OF OKLAHOMA CITY, OKLAHOMA

# CHARTER

### AND

# REVISED GENERAL ORDINANCES

## JANUARY 1, 1913

**A Compilation of Certain Revised Ordinances of The City of Oklahoma City, Passed, to take Effect upon their Publication Herein, and All Other Ordinances of a General Nature Now in Force, in Said City, Except the "Building Code" which is Published Under Separate Cover.**

**Compiled, Revised and Indexed (Under Direction of the Board of Commissioners of Said City) by V. V. Hardcastle, Assistant in the Office of the Municipal Counselor.**

Digitized by Google

Original from
HARVARD UNIVERSITY

322                               PARKS

ARTICLE II.

## PARKS, ETC. REGULATION.

SECTION
990   Traffic; certain thoroughfares.
991   Lights; vehicles.
992   Bicycles; carry lights.
993   Turn to left.
994   Vehicles on road.
995   Danger signals.
996   Vehicle stopping.
997   Limit of speed.
998   House moving.
999   Certain permits; deposits.
1000  Animals; attended, etc.
1001  Fast driving, etc.
1002  Animals, etc.; restricted to certain places.
1003  Hitching to trees.
1004  Deposits of dirt, etc.
1005  Deposits of building material.
1006  Red lights.
1007  Games regulated.
1008  Certain sports.
1009  Fire arms; missiles, etc.
1010  Selling and advertising.
1011  Injury to trees, etc.
1012  Bicycles, etc. on paths.
1013  Vehicles; use limited.

SECTION
1014  Disorderly conduct.
1015  Sidewalk construction.
1016  Driveways; how improved.
1017  Foot-ways.
1018  Fences and barriers.
1019  Vehicles in certain places.
1020  City forrester.
1021  Trees to be trimmed.
1022  Trees; permits to plant.
1023  Same; permits to remove.
1024  Same; guards around.
1025  Permit to attach wires, etc.
1026  Wires; contact.
1027  Interference with City Forrester.
1028  Permits to be specific.
1029  Parking; control; improvement.
1030  Special improvement petition.
1031  Same; notice to improve.
1032  Failure; tax warrant, etc.
1033  Tax warrant; penalty, etc.
1034  Saving clause.
1035  Punishment.

**Section 990.   Traffic Restricted on Certain Thoroughfares.**
No omnibus, wagon, cart, dray, truck, or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road reserved from heavy traffic by the Board of Park Commissioners of Oklahoma City,  Oklahoma; Provided, however,  that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards, parkways or streets, shall be permitted to enter thereon, at the cross street nearest to said house or premises, in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon, further than the nearest cross street thereafter; but this provision shall not apply to any of the driveways within the limits of the parks, and said boulevards, parkways, avenues, streets or

use of public parks or parkways, as pleasure grounds by the
people, for the purpose of recreation, under such reasonable
rules and regulations as may be prescribed by the Board of Park
Commissioners.

**Section 1008. Certain Sports Forbidden.** No person shall
engage in any sport upon any boulevard, avenue, street, park-
way, park road or driveway, under the control or supervision of
the Board of Park Commissioners, which will be likely to
frighten horses, injure passengers, or embarrass the passage of
vehicles thereon.

**Section 1009. Fire Arms, Missiles, Etc., Forbidden.** No per-
son shall fire or discharge any gun, or pistol, or carry fire arms,
or throw stones or other missiles, or fire, discharge or set off any
rocket, cracker, torpedo, squib or other fireworks, or things con-
taining any substance of an explosive character, within any park,
boulevard, avenue, street, parkway or driveway, of this city, un-
der the control or supervision of the Board of Park Commis-
sioners, except upon a permit, first duly obtained, or authority
previously granted, by said Board, and subject to such rules and
regulations as said Board may establish.

**Section 1010. Selling, Advertising, Etc., Restricted.** No per-
son shall expose any article or thing for sale, or do any hawking
or peddling, or distributing hand-bills, or erect any sign board
or posts, or affix any notice, or bill, or other writing or printing,
on any tree, lamp post, hydrant, curbstone, sidewalk, coping,
flagstone, fence, wall, building, or other places in any park, boule-
vard, avenue, street, parkway, park road, driveway, or other pub-
lic grounds, under the control or supervision of the Board of
Park Commissioners. Nor shall any person drive any animal,
or vehicle displaying an advertising placard of any kind; nor
shall any person, display any placard or advertisement, of any
kind, upon or along any boulevard, avenue, street, parkway, park
road, or in any park, or other public grounds, under the control
and management, of the Board of Park Commissioners.

**Section 1011. Injury to Trees, Plants, Etc.** No person shall
cut, break or in any way injure, or deface, any of the trees,
shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings,
or other constructions of property in or upon any park, boule-


Digitized by Google                    Original from
                                       HARVARD UNIVERSITY