# EXHIBIT 70A

# LAWS OF CALIFORNIA
## — AND —
# ORDINANCES OF THE COUNTY
## — AND —
# CITIES OF
# LOS ANGELES COUNTY

# RELATING
# TO MINORS

In Effect January 1st., 1914

COMPILED AND PRINTED BY ORDER OF THE
BOARD OF SUPERVISORS OF SAID COUNTY

J. D. FREDERICKS    H. S. G. McCARTNEY    JOHN L. RICHARDSON

*Compilers*

Standard Printing Company
211 New High St.

Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

upon conviction, shall be punishable in a fine not to exceed
One Hundred Fifty ($150.00) Dollars, or by imprisonment in the
city jail of the City of Monrovia for a period not to exceed
fifty (50) days, or by both such fine and imprisonment.

(Ordinance No. 448.)

**AN ORDINANCE OF THE BOARD OF TRUSTEES OF THE CITY OF MONROVIA REGULATING PUBLIC PARKS, PUBLIC PLACES AND THE USE OF MONROVIA CANYON PARK BELONGING TO THE CITY OF MONROVIA AND FIXING A PENALTY FOR THE VIOLATION THEREOF, AND CREATING A BOARD OF PARK COMMISSIONERS FOR SAID CITY OF MONROVIA, AND REPEALING ORDINANCE NO. 314 OF SAID CITY.**

The Board of Trustees of the City of Monrovia do ordain
as follows:

Section 1.   That the rules and regulations hereinafter pre-
scribed shall govern the public parks and public places of the
City of Monrovia, and also use of Monrovia Canyon Park belong-
ing to the City of Monrovia.

Section 2.   That within the limits of any said parks or public
places, or within the limits of Monrovia Canyon Park, it shall
be unlawful for any person or persons to do any of the acts
hereinafter specified, to-wit:

1.   To lead, or let loose any cattle, horse, mule, goat, sheep,
swine or fowl of and kind.

2.   To carry or discharge any firearms, firecrackers, rockets,
torpedoes or any other fireworks, or air gun or slingshot.

3.   To cut, break, injure, deface, or disturb any tree, shrub,
plant, rock, building, cage, pen, monument, fence, bench or other
structure, apparatus or property; or to pluck, pull up, cut, take or
remove any shrub, bush, plant, or flower; or to mark, or write
upon any building, monument, fence, bench or other structure.

4.   To cut or remove any wood, turf, grass, soil, rock, sand
or gravel.

5.   To distribute any handbills, or circulars, or to post, place
or erect any bills, notice, paper or advertising device or matter
of any kind.

6.   To swim, bathe, wade in, or pollute the water of any
stream, pond, lake or fountain, or to deposit or throw in any
stream or in the bed thereof, any dead animal, or part thereof,
or any papers, trash or rubbish of any kind, or any vegetable
or animal matter of any kind, or to do or permit to be done any

Digitized by Google        Original from
UNIVERSITY OF MINNESOTA

act or thing that will impair or imperil the purity or wholesomeness of any water designed for household or domestic use, or to cause or permit any horse, mule or other animal to go into such water.

7. To make or kindle a fire for any purpose, except at such places in said Monrovia Canyon Park as may be specially provided and designated for such purpose by the Superintendent thereof, and no fire shall be built or started at any time above the Falls in Saw Pit Canyon in said Monrovia Canyon Park.

8. To camp or lodge therein.

9. To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10. To indulge in riotous, boisterous, threatening or indecent conduct, or abusive, threatening, profane, or indecent language.

11. To sell, or offer for sale, any merchandise, articles or thing, whatsoever, without the written consent of the Board of Trustees of said city.

12. To hitch or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

13. To ride or drive any horse or animal not well broken and under perfect control of the driver.

14. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, credit, or any other representative of value, or to maintain or exhibit any gambling or other instrument of gambling or gaming.

15. To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Trustees of said city.

16. To play or engage in any game, excepting as such place as shall be especially set apart for that purpose.

17. To remain, stay or loiter in any public park or public place or in said Monrovia Canyon Park between the hours of 11:00 P. M. and 5:00 o'clock A. M. of the following day.

Section 3. It shall be unlawful for any person to throw, deposit, place or leave in or upon any public park or public place or at any place within said Monrovia Canyon Park any waste papers, cans, bottles, trash, refuse or rubbish of any kind, except in a receptacle provided for such purpose by the City of Monrovia.

Section 4. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

 Digitized by Google     Original from UNIVERSITY OF MINNESOTA

Section 5.  It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passageway or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Section 6.  It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Section 8.  All employees in public parks are hereby given the power and authority of special policemen, for the purpose of making arrests for any violation of the provisions of this ordinance.

Section 12.  Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punishable by a fine not exceeding One Hundred Dollars ($100.00), or by imprisonment in the city jail of the City of Monrovia for a period not exceeding fifty (50) days, or by both such fine and imprisonment.

(Ordinance No. 605.)

## AN ORDINANCE OF THE BOARD OF TRUSTEES OF THE CITY OF MONROVIA FORBIDDING THE WEARING OR CARRYING OF CONCEALED WEAPONS WITHIN SAID CITY OF MONROVIA.

The Board of Trustees of the City of Monrovia do ordain as follows:

Section 1.  It shall be unlawful for any person, except a peace officer or a person actually traveling through the City of Monrovia, to wear or in any manner carry concealed upon his person, any dirk, bowie knife, sword cane, loaded or unloaded gun, loaded or unloaded pistol, loaded or unloaded revolver, or any black jack, sand bag, billie, slingshot, sling bat, brass knuckles, metal knuckles, or any other dangerous or deadly weapon.

Section 2.  Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than Five Dollars ($5.00), nor more than Three Hundred Dollars ($300.00), or by imprisonment in the city jail for a period of not less than five days, nor more than three months, or by both such fine and imprisonment.

(Ordinance No. 575.)


Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

# EXHIBIT 71A

Fresno, Cal.-- Ordinances

# CHARTER AND ORDINANCES

*OF THE CITY OF* **FRESNO, CALIFORNIA**

### Issued Under Charter Provisions
### By Authority of the Board of Trustees



Edited by
## IENER W. NIELSEN
### July 30, 1916

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

territory above specified, or those who are residents within the said territory above specified but not citizens of the United States, then there may be employed for the doing of such work those who are neither citizens of the United States or residents within the territory above specified.

Sec. 2. By the term "resident," as used in this section, is meant one who has had a fixed place of abode within the territory above described for the period of at least sixty days.

Sec. 3. In all contracts drawn for the doing of any such work, the provisions of this ordinance shall be inserted, and reference to this ordinance therein made.

Sec. 4. It shall be unlawful for any person, firm or corporation, doing any public work within or for the City of Fresno, to pay for or employ any labor in violation of the provisions of this ordinance, and any person, firm or corporation, or any officer of any corporation, who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than Ten ($10.00) Dollars, nor more than Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County of Fresno for not more than ninety (90) days, or by both such fine and imprisonment.

Sec. 5. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Sec. 6. This ordinance shall take effect and be in force from and after its passage.

## ORDINANCE NO. 800.

### In effect June 30, 1916.

**An Ordinance regulating the use of the public parks of the City of Fresno.**

The Board of Trustees of the City of Fresno do ordain as follows:

Section 1. Within the limits of any parks in the City of Fresno, and within the limits of any parks now owned or to be hereafter owned by the City of Fresno outside of the limits of the City of Fresno, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or slung-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to mark, or write upon any building, monument, fence, bench, or other structure, or to carry any flowers, shrubs or branches into or through the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising devise or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream, except that wading and swimming shall be permitted in pools provided for these purposes.

Digitized by  Google      Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

7.  To make or kindle a fire for any purpose, except in cooking furnaces provided for such purpose, unless special permission shall first be obtained therefor from the Superintendent of Parks.

8.  To camp or lodge therein, without the written permission of the Board of Park Commissioners.

9.  To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10.  To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

11.  To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12.  To hitch, or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

13.  To ride or drive at a rate of speed exceeding twelve miles per hour.

14.  To ride or drive any horse or animal not well broken and under perfect control of the driver.

15.  To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Fresno.

16.  To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Board of Park Commissioners.

17.  To row, or sail on any pond, lake or waters in any boat or raft, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the written permission of the Board of Park Commissioners.

18.  To drive, or have any dray, truck, wagon, cart, or other traffic vehicle, carrying or used or employed in carrying goods, merchandise, lumber, oil, dirt, manure, sand or soil, or any article of trade or commerce, or any offensive article or material whatsoever, upon any road or drive, except when the same is being done for the improvement of the park, and at the direction of the Board of Park Commissioners.

19.  To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20.  To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day, without the written permission of the Board of Park Commissioners.

21.  It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearm, air gun, slung-shot, or other articles of like character.

22.  To go upon any lawn or grass plot, where prohibited by the Superintendent of Parks, and which prohibition is indicated by proper and legible signs.

23.  To open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, in any park.

24.  To hang behind any vehicle, or to tow any vehicle of any kind in any park, excepting, however, in case of break-downs within a park, the disabled vehicle may be towed to the nearest point of exit.

Sec. 2.  No company, society, or organization of more than twenty-


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Superintendent of Parks, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 3. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length, and the owner or attendant shall be responsible for, and make good, any damage caused, in any event, by such dog, even if on leash.

Sec. 4. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 5. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time, and place in which such person may fish.

Sec. 6. It shall be unlawful for any person to assemble, collect or gather together in any walk, driveway, passageway or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 7. It shall be unlawful for any person or persons to sell, expose for sale, or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in, adjoining or belonging to the City of Fresno, within two hundred (200) feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 8. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 9. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Fresno, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 10. It shall be unlawful for any person or persons to hunt, pursue, annoy, throw stones or missiles at, or molest or disturb in any way, any animal, bird or reptile within the confines of any park.

Sec. 11. It shall be unlawful for any person, firm or corporation, to erect or maintain any overhead wires through any park, without the written permission of the Board of Park Commissioners.

Sec. 12. It shall be unlawful for any person to deposit, or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

Sec. 13. By the term "park," as referred to in this ordinance, is meant any public park owned or controlled by the City of Fresno.

Sec. 14. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

**306** ORDINANCE NO. 801.

of Fresno not exceeding three months, or by both such fine and imprisonment.

Sec. 15. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Sec. 16. This ordinance shall take effect and be in force from and after its passage.

---

## ORDINANCE NO. 801.

### In effect July 19, 1916.

An Ordinance concerning the Board of Health of the City of Fresno, and making provisions for the enforcement of certain rules and regulations of said Board pertaining to the public health and sanitation of said City, and providing for punishment for violation thereof, and repealing Ordinances 495, 691 and 768, and all ordinances and parts of ordinances in conflict herewith.

Whereas, the Board of Health of the City of Fresno has duly made and adopted certain health and police regulations relating to the public health and sanitation of said City, and has submitted the same to the Board of Trustees of said City, requesting that provisions be made for their enforcement in accordance with Section 164 of Article X of the City Charter.

Now, therefore, in accordance with said Charter, and said rules and regulations so submitted, the Board of Trustees of the City of Fresno do ordain as follows:

### ORGANIZATION OF THE BOARD.

Section 1. The Board of Health shall organize on the third Monday of April of each year by the election of a President, who shall hold office for one year, and a City Physician, who shall act as Health Officer and Secretary of the Board, and the election of such other health inspector or inspectors as may be found necessary, who shall hold office at the pleasure of the Board.

All officers shall hold such offices to which they are so appointed until their successors are elected and have qualified.

### TIME OF ELECTION.

Sec. 2. If for any cause, no election is held at the appointed time, the officers may be elected at a subsequent meeting.

### MEETINGS.

Sec. 3. The regular meeting of the Board shall be held on the second Monday of each month at 8 o'clock p. m., or at such other times as the Board of Health shall from time to time fix, and said Board of Health shall hold special meetings when convened by the President, or at the call of any three members. Three members of said Board shall be necessary to constitute a quorum.

### ORDER OF BUSINESS.

Sec. 4. At all regular meetings the following Order of Business shall be observed:

1. Calling to order.
2. Reading, correction and approval of minutes of last meeting.
3. Reports of committees.
   (a) Health Officer.
   (b) Plumbing Inspector.


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# EXHIBIT 73A

COMMONWEALTH OF MASSACHUSETTS

———

# MUNICIPAL REGISTER

OF THE

# CITY OF BROCKTON

FOR

# 1918

CONTAINING

CITY OFFICERS AND COMMITTEES, MAYOR'S AD-
DRESS, REPORTS OF THE VARIOUS OFFICERS AND
COMMITTEES, ALSO THE RECEIPTS AND EXPEND-
ITURES FOR THE FISCAL YEAR ENDING

## NOVEMBER 30, 1917



BROCKTON, MASS.
KEYSTONE JOB PRINT, INC.
1918



Digitized by Google

# REPORT OF THE
# Park Commissioners

Digitized by Google

330

At a meeting of the Park Commissioners of the City of Brockton duly held on the 7th day of May A. D. 1917, a quorum being present, it was voted to adopt the following rules and regulations governing the use of Public Parks in the City of Brockton.

## RULES AND REGULATIONS GOVERNING THE USE OF PUBLIC PARKS IN THE CITY OF BROCKTON.

The Board of Park Commissioners of the City of Brockton, by virtue of its authority to make rules for the use and government of the Public Parks of the City, and for breaches of such rules to affix penalties, hereby establish the following rules and regulations for the use of same.

The commission of the following acts by any person or persons as hereinafter specifically set forth is expressly forbidden, namely:—

1. To cut, break, injure or deface any building, fence or other construction, or any tree, bush, plant or turf, or any other thing or property of said City, or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2. To allow animals of any kind to pass over or stray upon the Park lands, provided this shall not apply to dogs when closely led by a cord or chain not more than six feet long.

3. To throw stones, balls, or other missiles, to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to play musical instruments; to have any intoxicating liquors; to sell or offer for sale any goods or wares; to post or display signs, placards, flag or advertising devices; to solicit subscriptions or contributions; to play games of chance; or

Digitized by Google

331

to have possession of instruments of gambling; to make orations, harangues, or loud outcries; to enter into political advertising or canvassing of any kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To take birds, fish, any live animal or bird's nest, or in any way interfere with cages, boxes, places, or enclosures for their protection.

5. To play ball or any other game in any public park except such portions thereof as may be set aside for that purpose.

6. To drive any carriage, cycle, automobile, cart, wheelbarrow, hand-cart or horse upon any park.

7. To refuse to obey the orders or requests of either of the Commissioners, or of the police or other agents of the commissioners, and to refuse to assist them when required.

8. Any person or persons who wilfully violate any of the above rules and regulations shall be punishable by a fine of not more than Twenty (20) Dollars for each offence.



# EXHIBIT 74A

# The
# Revised Municipal Code

– OF –

# Aurora, Illinois

## of 1920

Passed . . . . . March 1, 1920
Approved . . . March 2, 1920

Published by Authority of the City Council in Book Form
March 2, A. D. 1920

Containing all the General Ordinances of the City
in Force, March 2, A. D. 1920

Revised and Compiled Under the Direction aud Supervision of
the Committee on Ordinances

EUGENE SMITH COMPANY, PRINTERS
AURORA, ILLINOIS


LITTAUER LIBRARY, SSP
HARVARD UNIVERSITY

Digitized by Google

Original from
HARVARD UNIVERSITY

# CHAPTER XLIII.

## Parks.

SECTION

**942.** Parks, Etc., Continued Property of City.

**943.** Department Created.

**944.** Park Commissioners—Office—Term—Bond.

**945.** Organize Board — Meetings — Salary.

**946.** Reports of Board.

**947.** Duties of Board—Employes—Expenditures.

**948.** Injuring Property.

SECTION

**949.** Injuring Animals, Etc. — Polluting Water.

**950.** Regulations and Rules.

**951.** What May Be Authorized by Board — Selling Popcorn, Etc.

**952.** When Parks Open to the Public.

**953.** Police.

**954.** Penalty.

SEC. 942. **Parks, Etc., Continued Property of City.]** That all the public parks and squares belonging to the City of Aurora or under its control and management be and the same are hereby continued as the property of the city and under its control and management for public park purposes and the health, recreation and enjoyment of its citizens and the public.

SEC. 943. **Department Created.]** There is hereby created an executive department of the city government to be known as the department of parks. Said department shall consist of three commissioners and such employes as may from time to time be lawfully provided.

SEC. 944. **Park Commissioners—Office—Term—Bond.]** There is hereby created the office of park commissioner for three separate commissioners, each of whom shall be appointed by the mayor by and with the advice and consent of the city council at the same time and in the same manner as other city officers are appointed. The first commissioner shall hold his office from the first Monday in May, A. D. 1918 until the first Monday in May, A. D. 1919, the second Commissioner shall hold his office from the first Monday in May, A. D. 1918 until the first Monday in May, A. D. 1920 and the third commissioner shall hold his office from the first Monday of May, A. D. 1918, until the first Monday in May, A. D. 1921. All subsequent appointments shall be for the term of three years and until the successor shall be appointed and qualified. Each commis-

Digitized by Google                    Original from
                                       HARVARD UNIVERSITY

or belonging thereto, or to chase, hunt or frighten any such animal or to permit or aid the escape thereof or to scare away or drive away any such animal, whether wild or domestic in or about said places, or to throw stones, clubs, sticks or other missiles therein or at any such animals, nor shall any person obstruct, interfere with, pollute, or divert the water on said premises, or break or injure the ice formed thereon.

**SEC. 950.  Regulations and Rules.]**  It shall be unlawful for any person:

To dig into, open, tear up or injure any ground, pavement, cross-walk, grass plat or roadway or any part thereof.

To tear up, injure, destroy, disconnect or interfere with any water pipes, sewers, wiring or conduits.

To move any buildings upon or over any of said parks, squares or grounds.

To sell or give away any liquor on said premises or be or remain thereon while drunk or in an intoxicated condition.

To place, throw, deposit or cause to be thrown, placed or deposited any straw, chips, shells, ashes, swill, rubbish, refuse, dirt, stones or incumbrances of every kind upon said premises.

To cause, suffer or permit horses, cattle, swine, sheep, dogs, or other animals to run loose on said premises.

To lead, drive or ride any horses, cattle or other animals upon the grass plats or in or upon any other place except the roadways provided for that purpose on said premises, or to leave the same unattended, unhitched or not under control.

To race with horses, bicycles, automobiles or other vehicles in or on said premises, or ride or drive the same faster than six miles per hour.

To block, obstruct or encumber the drives or paths of said premises.

To ride or drive any bicycle, automobile, wagon, or other vehicle cross-wise, curving, or to and fro on any of said roadways or places where the same are permitted to run, or to ride, drive or propel more than two of said vehicles abreast, or to fail to observe the rule of the road of turning to the right in meeting and passing other vehicles, or to drive, ride or propel any such vehicle in a careless, reckless or negligent manner, or so as to injure persons or property.



To go on foot or with team or otherwise upon the grass, lawn or turf of said premises wherever signs and directions are placed to keep off the grass.

To carry or discharge firearms or to set off fire works of any kind on said premises.

To drive or lead on said premises any unbroken or unmanageable horses, or to train any horses or other animals therein.

To solicit patronage for any vehicle for hire in any of said parks, or to drive or take any job, freight or truck wagon in or upon the same, except such as are used in carrying on the work of said park.

To light, make or use any fire on said grounds, or to carry, take or display any flag, banner, target or transparency, or to fly any kite within or upon said grounds, or to carry on any amusement or games that will obstruct or tend to interfere with the passage of persons, teams or vehicles.

To use any threatening, abusive, insulting, indecent, obscene or profane language, or commit or be guilty of any drunkenness, obscene behaviour or any disorderly conduct, or to lie or sleep on the benches or in indecent positions or to follow or commit any indecent practices, or tell fortunes or play games of chance, or to parade, drill or perform any military or other evolutions, or to offer for sale, or sell any article or thing on said premises.

To enter or leave said parks and premises except by the walks, paths or drives.

To take part in or cause to be assembled crowds for unlawful purposes or in any riots or unlawful assemblies.

To do any thing or act that would cause said park and premises to be used or maintained for any other purpose than park purposes or that would interfere with or obstruct in any manner the use for such purposes.

**SEC. 951. What May Be Authorized by Board—Selling Popcorn, Etc.]** On any holiday and on occasions of band concerts or other gatherings of people in said parks and places, the board may authorize in writing the selling or giving away fruits, candies, refreshments, soft drinks, popcorn, nuts and other eatables; and the holding of parades, drills and other military evolutions, games and contests and other amusements that would contribute to the lawful enjoyment of the public. The board may permit the cutting of flowers and placing the same on the graves of the soldiers and

# EXHIBIT 78A

# REVISED ORDINANCES

OF THE

## CITY OF ST. JOSEPH, MISSOURI

EMBRACING ALL GENERAL ORDINANCES IN FORCE AND
EFFECT JANUARY 1, 1925, TOGETHER WITH ALL
STATUTES OF THE STATE OF MISSOURI IN
EFFECT AT TIME OF COMPILATION
APPLICABLE TO SAID CITY



*Published by Authority of the City
of St. Joseph*

**Compiled By
ALVA F. LINDSAY**
UNDER SUPERVISION OF
**L. C. GABBERT, City Counselor**

## 1925

COMBE PRINTING CO., ST. JOSEPH, MO.

Digitized by Google

# REVISED ORDINANCES

### OF THE

## City of St. Joseph, Missouri



Digitized by Google

**Sec. 1957.   Same—letting contract, how.**—It shall be the duty of said board of park commissioners before letting any contract, to advertise for proposals for the doing of the work according to the plans and specifications, which shall be kept on file in the offices of the board of park commissioners and the board of public works and be open at all times to public inspection.   Such advertisement shall state the character and extent of the improvement contemplated and shall be inserted one time in the newspaper at the time doing the city printing not less than five days nor more than ten days prior to the day fixed for receiving bids.

**Sec. 1958.   Same—sealed bids.**—All proposals for the doing of such work shall be sealed, directed to the said board, and accompanied by a certified check payable to the treasurer of the city in such sum as may be named by said board of park commissioners in the advertisement for bids and conditioned, that in case the contract for the improvement for which the bid is made shall be awarded to such person and such bidder fails to enter into the contract for doing said work within the time fixed, then the sum named in said check shall be forfeited to said city.   All proposals shall be opened at the time and place mentioned in the advertisement.   (G. O. 1824.)

## ARTICLE II

### PARKS

**Sec. 1959.   Description of parks.**—The public parks or squares of the City of St. Joseph hereinafter described shall be called respectively as follows:   Patee park, bounded on the north by Seneca street; south, by Penn street; east, by Tenth street, and west, by Ninth street.   South St. Joseph park, bounded on the north by Duncan street, on the south by Doniphan avenue, on the east by Eeventh street, and on the west by Tenth street. Smith's park, bounded on the north by Jule street, on the east by Twelfth street, on the west by Eleventh street, and on the south by Francis street. (R. O. 1905, Sec. 925, P. 567.)

**Sec. 1960.   Krug park, acceptance of deed for.**—The deed executed by Henry Krug and Louise Krug and William Krug on the twenty-sixth day of February, 1890, conveying to the City of St. Joseph the pleasure grounds, or park, known and called "Krug Park," be and the same is hereby accepted, subject to all conditions and limitations in said deed named.   (R. O. 1905, Sec. 926, P. 567.)

**Sec. 1961.   Traffic in parks, etc.**—No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park under the control and management of the board of park commissioners of St. Joseph, Missouri; Provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; but this provision shall not apply to any of the driveways within the limits of the parks, and said boulevards, parkways, avenues, streets or park roads shall not be used by business vehicles for

Digitized by Google

**Sec. 1976. Same—games, when.**—No person shall play any game whatsoever in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the board of park commissioners; Provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the board of park commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the board of park commissioners.

**Sec. 1977. Same.**—No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the board of park commissioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

**Sec. 1978. Same—use of guns, etc.**—No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board and subject to such rules and regulations as said board may establish.

**Sec. 1979. Same—sale of goods, etc.**—No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing handbills, or erect any sign board or post, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway, or other public grounds under the control or supervision of the board of park commissioners of said city. Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road, or in any park or other public grounds under the control and management of the board of park commissioners of said city.

**Sec. 1980. Same—injury to trees, etc.**—No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, buildings or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the board of park commissioners.

**Sec. 1981. Same—riding bicycles, etc.**—All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the sidewalks, foot-paths or upon the parking or grass.

**Sec. 1982. Same—vehicles permitted.**—No vehicles other than those used for pleasure driving or other than carts or other vehicles as may be employed by the board of park commissioners in the construction of or car-

# EXHIBIT 100A

# The Evening Star.

THE EVENING STAR.
PUBLISHED DAILY EXCEPT SUNDAY
AT THE STAR BUILDINGS,
1101 Pennsylvania Avenue, Cor. 11th Street, by
The Evening Star Newspaper Company,
S. H. KAUFFMANN, Pres't.
New York Office, 66 Potter Building.

No. 13,164.    WASHINGTON, D. C., TUESDAY, MAY 14, 1895—SIXTEEN PAGES.    TWO CENTS.

## CHIEFS OF POLICE

Formal Opening of the National Union This Morning.

### WELCOMED BY COMMISSIONER ROSS

President Seavey's Interesting Address and His Recommendations.

#### NEW OFFICERS ELECTED



President Seavey.



Secretary Hurst.

## RECEIVER POOLE RESIGNS

Withdraws From Charge of Closing Up Fidelity Affairs.

### A Letter of Harmony Probable Cause—Severe Remarks About the Management of the Concern.

### PARK REGULATIONS.

Board of Control to Collect Rent From Residents.

### COL. HAINS' DETAIL.

He Will Perform the Duties Left by Gen. Craighill.

## CROPS ARE INJURED

Corn Frozen Half an Inch Below Ground in Illinois.

### PITTSBURG EXPECTS TO BE COLDER

Ground Frozen Hard at Elizabethtown, N. Y.

#### SNOWING IN THE SOUTH

### Effect on Western Crops.

### CANADIAN SEALERS PLEASED.

### To Be Colder at Pittsburg.

## CARLISLE'S OBJECT

Why He Is to Go on a Stumping Tour.

### TO SQUARE HIMSELF IN KENTUCKY

The Administration's Side of the Controversy.

#### THE SENATORSHIP FIGHT

## HASELTON MUST GO

The Minister to Venezuela Said to Be Broken Down.

### Charges Led to the Demand for His Resignation.

## ADMIRAL MEADE

A Determination to Punish Him for His Attack.

### HE WILL NOT COMMIT HIMSELF

Delay in Naming the North Atlantic Squadron's Commander.

#### WHAT CAPT. EVANS WANTS

...uid be seen to be, it any-
his eyes, and shrewder in
urance. Most of the men
earing, bespeaking former
irs, a certain straightness
a tendency to keep their
straight and trim.

the hour set for conven-
time there were only half
meeting room, so potent
es that kept the chiefs to-
ice. Those who were up-
out the oddity of the cir-
sent the chiefs of police of
ry to Washington at the
Baptist convention. Some
d notes about professional
re was considerable good-
back and forth among
fs in regard to the num-
their respective towns.
lanta, with three hundred
, declared that the chief
nly a hundred, had twice
while the chief of Mobile
prohibition towns were
l to manage.

## Commissioner Ross.

:30 President Seavey ar-
Moore and Commissioner
the meeting to order. He
nissioner Ross, who de-
eech of welcome. He said
ave the privilege of rep-
al government in extend-
lcome to the union.

n quick to perceive," he
tages to be gained from
anization, the interchange



etary Carr.

and observations to dis-
method to increase the
ight arm of the executive
municipality, the city's

the municipal government
cted on strict business
or instance, as those that
or any other corporation,
ments to all the depart-
nicipality, the police force

---

## PARK REGULATIONS.

### Board of Control to Collect Rent From Residents.

The occupants of houses in Rock Creek Park will after June 1 be compelled to pay rent if they desire to live there.

This was the ultimatum arrived at several days ago by the board of control, and the occupants of the thirty odd houses were given until tomorrow to decide whether they desired to remain. There are a number of the houses in the park which are unhabitable. These will be removed forthwith, together with all other frame structures that cannot be used, and which will be vacated by the present occupants. The rent to be charged is merely nominal.

In this connection, the board adopted the following rules and regulations for the government of the park:

No person shall drive or ride on any other part of the park than the roads and bridle paths.

No person shall ride or drive within the park at a greater rate of speed than ten miles an hour. Bicycles and tricycles shall not exceed this rate and coasting within the same is prohibited.

Within the limits of the park all persons are forbidden:

To carry or discharge firearms, firecrackers, rockets, torpedoes or other fireworks. To lead in, turn or let loose any cattle, horses, goats, swine or other animals.

To cut, break or in any way injure or deface any trees, shrubs, plants, buildings, bridges, monuments, structures, rocks, fences, benches or other apparatus or property thereof, or to write upon the same, or to affix thereto any bill, notice or other paper. To cut or remove any wood, turf, grass, soil, sand, gravel or rock. To bathe in or pollute the water of any pond, stream, lake or pool. To make or kindle a fire of any kind. To expose for sale or sell any article without the written permission of the board of control. To chase, snare, catch, injure, destroy or maltreat any rabbits, quail, fish or other animal, either wild or domesticated. To camp, lodge or tarry over night. To hitch or fasten any horse or other animal except at such places as shall be provided for that purpose. To gather, meet or assemble by advertisement for any purpose, except that any large assembly or organization which is desirous of resorting to the grounds of the park for the purpose of picnicking or other like purpose may do so after receiving written permission therefor from the board of control.

Any person violating any of the provisions of the foregoing regulations shall, on conviction thereof in the Police Court, be punished by a fine of not less than five nor more than fifty dollars for each offense.

Whenever or wherever applicable and not inconsistent with the foregoing, the various police regulations of the District of Columbia are to be as strictly observed within the limits of the park as elsewhere in the District of Columbia, and the same are hereby referred to and made a supplementary part of these regulations for the purpose herein named.

---

### COL. HAINS' DETAIL.

---

of rain. The lowest temperatu
was 39 degrees at 5:30 this m
freezing weather is predicted by
er bureau for tonight. This
lowed by rising temperature to
correct estimate of the extent
age by cold to fruit and vegeta
made at this time, but it will b

A dispatch from Bellaire, Ohi
it is severely cold there an
slightly. There are fears of a
ing frost tonight.

At Morgantown, W. Va., the
port that the frost Sunday nigh
garden truck, raspberries,
plums. Ice one-fourth of an i
reported in some places.

#### Great Damage to Gra

DUNKIRK, N. Y., May 4.—T
by frost to the grape crop in
county is estimated at from
$200,000.

ELIZABETHTOWN, N. Y., M
mercury fell to 20 degrees at 5
Fruits are blasted and foliage
The ground is frozen hard.

WHITEHALL, N. Y., May 14.
a heavy frost throughout the
valley last night, doing conside
age to fruit trees and crops.

#### Snow in the South

ASHEVILLE, N. C., May 14.
be plainly seen for a distance
miles on the mountains in this
day. Very little damage has be
vegetation in the valleys.

MIDDLESBORO, Ky., May 14
in the mountains yesterday. T
is 34 this morning.

OSHKOSH, Wis., May 14.—
another heavy frost last night,
succession, and the destruction
fruit, berries, grapes and early
most complete. The mercury
and water froze an inch thick.
market gardener says the g
frozen to a depth of nearly two

#### Reports Are Conflicti

DETROIT, Mich., May 14.—F
morning from the fruit belt in
part of the state are somewhat
but most of them agree that
damage has been done, and i
continues until tomorrow all d
frost will be over. Strawberries
vanced and some anxiety is felt
that crop; but peaches and app
safe. Garden truck has been h
in some sections.

MOWEAQUA, Ill., May 14.—H
last night totally destroyed th
berry crop in this section. Pota
and gardens are blackened to tl

PANA, Ill., May 14.—There w
killing frost last night. The e
damage to the crop, which was
ising, is unknown.

LACON, Ill., May 14.—Fruit,
vegetable crops are hopelessly
Marshall county by last night'
formed on still water.

MARSHALLTOWN, Iowa, Ma
was another severe frost this m
mercury stands at 29½ , but
cloudy today, thus minimizing t