IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KIMBERLY LAFAVE, )<br>GLENN M. TAUBMAN, and )<br>ROBERT HOLZHAUER, )<br> )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>THE COUNTY OF FAIRFAX, VIRGINIA, and )<br>KEVIN DAVIS, in his official )<br>capacity as Chief of Police, )<br> )<br>    Defendants. ) | Case No: 1:23-cv-01605-WBP |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed.R.Civ.P. 56, Plaintiffs Kimberly LaFave, Glenn M. Taubman, and Robert Holzhauer, move for summary judgment against Defendants, the County of Fairfax, Virginia, and its Chief of Police, Kevin Davis. Plaintiffs request a judgment of the following:

1. Declare that the that the following two provisions of the Fairfax County Code infringe on the right of the people to keep and bear arms guaranteed by the Second Amendment to the United States Constitution, and are void:

(A) Section 6-2-1(A)(2), which provides in pertinent part: "The possession, carrying, or transportation of any firearms, ammunition, or components or combination thereof is prohibited in … any public park owned or operated by the County, or by any authority or local government entity created or controlled by the County."

(B) Section 6-2-1(A)(4), which provides in relevant part: "The possession, carrying, or transportation of any firearms, ammunition, or components or combination thereof is prohibited in … any public street, road, alley, or sidewalk or public right-of-way or any other place of

whatever nature that is open to the public and . . . is adjacent to a permitted event or an event that would otherwise require a permit."

2. Declare that the following portion of § 6-2-1(A)(4) of the Fairfax County Code is vague and violates the due process clause of the Fourteenth Amendment: "The possession, carrying, or transportation of any firearms, ammunition, or components or combination thereof is prohibited in … any public street, road, alley, or sidewalk or public right-of-way or any other place of whatever nature that is open to the public and is being used by or is adjacent to . . . an event that would otherwise require a permit."

3. Enter an injunction permanently enjoining the County of Fairfax, Chief of Police Kevin Davis, and their agents, officers, and employees from enforcing the aforementioned provisions of § 6-2-1(A)(2) & (4) of the Fairfax County Code; and

4. Award Plaintiffs their costs, attorney fees, and provide such other relief as is appropriate.

              Respectfully Submitted,

              Kimberly LaFave
              Glenn M. Taubman
              Robert Holzhauer,
              Plaintiffs

              By Counsel

  /s/
Stephen P. Halbrook
protell@aol.com
Va. Bar No. 18075
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276

_____/s/_____
Earl N. "Trey" Mayfield, III
tmayfield@jurisday.com
Va. Bar No. 41691
10521 Judicial Drive, Suite 200
Fairfax, VA 22030
(703) 268-5600

## Certificate of Service

I certify that the foregoing was served via ECF on all registered counsel in this case on April 26, 2024.

_____/s/_____
Trey Mayfield