# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **KIMBERLY Y. LAFAVE, et al.** ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Case No. 1:23-cv-1605 (WBP) |
| ) | |
| **THE COUNTY OF FAIRFAX, VIRGINIA,** ) | |
| **and KEVIN DAVIS, in his Official Capacity** ) | |
| **as Chief of Police** ) | |
| ) | |
| *Defendants* ) | |
| ) | |

## Declaration of Alexandra Filindra, Ph.D.

I, Alexandra Filindra, Ph.D., provide this declaration in support of the Motion for Summary Judgment to be filed by Defendants. I declare as follows:

1. I am over the age of 18 years of age and competent to testify to the matters stated below and do so based on my personal knowledge.

2. Attachment A is a true and accurate copy of my expert report in the above-captioned matter. It contains the opinions to which I would testify if called upon as a witness in the above-captioned matter, and I declare under penalty of perjury that it is true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 24, 2024

_____
Alexandra Filindra, Ph.D.