# EXHIBIT B

| | |
|---|---|
| **From:** | Spital, Daniel B. |
| **To:** | FCPD-Command Staff |
| **Cc:** | Baucom, Kimberly |
| **Subject:** | CSM: Fairfax County Code Section 6-2-1 |
| **Date:** | Friday, December 10, 2021 2:22:45 PM |
| **Attachments:** | image001.jpg<br>image002.jpg<br>image003.jpg<br>CSM 6-2-1.pdf |

Commanders:

Please see the attached Command Staff Memorandum regarding Fairfax County Code Section 6-2-1 (Firearms, ammunition, or components or combination thereof prohibited in certain areas).

Currently, all sworn employees of the Department have undergone this training, and new hires are required to acknowledge and undergo this training prior to deployment. Further questions or inquires on this matter can be forwarded to Major Dalton Becker, Commander of the Operations Support Bureau.

Thanks,
Dan

**Lieutenant Daniel Spital**
Public Affairs Bureau
Fairfax County Police Department
12099 Government Center Pkwy, Fairfax, VA 22035
**phone:** 703-246-2253
**email:** daniel.spital@fairfaxcounty.gov
**web:** https://www.fairfaxcounty.gov/police/
Follow us @fairfaxcountypd



FFXCO_008673