# EXHIBIT C



# County of Fairfax, Virginia

**MEMORANDUM**

**DATE:** November 30, 2021

**TO:** Command Staff

**FROM:** Kevin Davis
Chief of Police

**SUBJECT:** Fairfax County Code Section 6-2-1

On September 16, 2020, Fairfax County Code Section 6-2-1 (Firearms, ammunition, or components or combination thereof prohibited in certain areas) went into effect. This ordinance specifically prohibits the possession, carrying or transportation of firearms, ammunitions, components, or a combination thereof in certain areas, subject to notice requirements and certain exceptions. Specifically, the ordinance prohibits possessing or carrying these items in qualifying locations, to include County buildings, parks operated by the Park Authority, County recreation facilities and community centers, and places open to the public that are being used for County-permitted events, or for events that would otherwise require a County permit and adjacent areas. This ordinance only applies to those qualifying locations where signs are clearly posted at entrances or other avenues of ingress or egress, and that specifically provide notification that firearms, ammunition, components, or a combination thereof are strictly prohibited.

Officers may <u>not</u> enforce the provisions of this ordinance unless first confirming that signs providing this notification are properly posted. Whenever possible, officers should attempt to educate suspected violators about the ordinance and seek voluntary compliance prior to placing charges.

Permanent signage providing notice of this ordinance should be posted in County buildings, parks, and recreation and community center facilities where the ordinance always applies. This ordinance does not apply to other County property areas, such as parking lots or grounds, unless an event is taking place in those areas <u>and</u> signs providing notice are posted at entrances or other appropriate places of ingress and egress. Areas where County-permitted events typically take place, such as at the Government Center campus and parking lots that host events such as farmers markets, will have permanent folding signs that are unfolded to display the notice while the event takes place. Event areas located elsewhere on County property, may

**Fairfax County Police Department**
12099 Government Center Parkway
Fairfax, Virginia 22035



FFXCO_008674

Command Staff
November 30, 2021
Page 2 of 2

have temporary signage posted at entrances or other appropriate places of ingress and egress for the duration of the event. Immediately after the passage of this ordinance, the Department produced a training video to inform officers of this County ordinance. Currently, all sworn employees of the Department have undergone this training, and new hires are required to acknowledge and undergo this training prior to deployment. As a reminder, any officer needing or seeking refresher training can access the Department training materials on this matter by clicking here, and further questions or inquiries on this matter can be forwarded to Major Dalton Becker, Commander of Operations Support Bureau, at Dalton.Becker@fairfaxcounty.gov for clarification and guidance.

KD/rch