# EXHIBIT 1

# SARA BALDWIN

## SUMMARY OF QUALIFICATIONS

A leader who knows how to energize and motivate associates to increase productivity and job satisfaction. Proven strengths in project management, communication and strategic planning. Motivated and personable leader and team player with an excellent track record of accomplishments and consistent community contributions through expertise in:

- Project Management
- Strategic Planning
- Operations Management
- Regulatory Compliance
- Human Resource Management
- Budget & Fiscal Management
- Non Profit
- Process Improvement
- Board Development

## PROFESSIONAL EXPERIENCE

**FAIRFAX COUNTY PARK AUTHORITY**                                                                  2011 to Present
  **Deputy Director/Chief Operating Officer** ● *October 2011 to Present*
  **Acting Executive Director** ● *2017 and 2019*

  Provides direction and supervision in the management of the day-to-day operations of a large and complex park system with maintenance and program oversight of 420 parks, and related administrative support for over 500 full-time employees, 2,500 seasonal employees and 2,000 volunteers. Provides agency-wide leadership in planning activities to include strategic management plans, communication plans, business management plans, and operational plans. Assesses operations, developing recommendations for improvement in operational efficiency and/or effectiveness and implements improvements. Assists the Director in supporting the Park Authority Board policy and serves as a member of the agency leadership team. Maintains clear ongoing communication with staff, boards, civic groups, and the general public; deals effectively with other governmental agencies, elected officials, the public and community groups; Cooperatively works with Director and second Deputy in the implementation of policy and fulfilling the agency mission and vision.

- Lead the Park Authority through three Reaccreditations by the Commission of Park and Recreation Agencies, resulting in the Park Authority meeting 100% of standards every time.
- Lead the Park Authority staff and Board through the review of all Park Authority policies resulting in a more relevant, timely, community focused and
- Co-lead the development and implementation of the 2013-2018 Great Parks-Great Communities strategic plan.
- Co-lead Fairfax County's signature Earth Day event "Springfest" resulting in the events expansion from several hundred to over 5000 attendees and nomination by Chairman Bulova for the Onthank Award.
- Lead the review of the agencies amusement operations resulting in recommendations related to program efficiencies and revenue generation.
- Gained stakeholder support for the Partnership for a Healthier Fairfax Tobacco Free Parks initiative resulting in the unanimous support from the Park Authority Board for implementation of Tobacco Free Play Zones at all playgrounds, athletic fields and skate parks.
- Served as Acting Executive Director for approximately 16 months while the Director was temporarily reassigned, and the position was vacant.
- Lead the Authorities Equity efforts leading to the first agencies first Equity Action Plan.
- Lead the operational aspects for the renovations of three Rec Centers resulting in increased cost recovery within the first year of operation.
- Lead the agency through a complete system closure and strategic reopening of parks and facilities during the COVID-19 pandemic.
- Lead the implementation of the County's first sports tourism venue at Patriot Park North.
- Lead the development of partnerships in INOVA, George Mason University, and various county agencies.
- Lead the Friends Group Taskforce resulting in a handbook and MOU to assist with the growth of Friends Groups throughout the park system.

**SPECIALLY ADAPTED RESOURCE CLUBS (SPARC)**                                                      2011 to 2011
  **Director of Operations** ● *July 2011 to October 2011*

Directs the operations of the non-profit day program for adults with severe life-long disabilities. Controls the operations of the organization, direct service delivery, oversee program development and manages collaborative consultant agreements. Supervises the contracted bookkeeping for the organization and oversees the completion of the annual audit. Provides day to day management of the organization, operations, contracts, purchasing, maintenance, and supervision of support staff. Manages the human resource services, employee benefits, orientation, policies, salaries, and maintenance of accurate records. Manages and trains staff on SPARC program model and procedures. Oversee acquisition and maintenance of computers, adapted equipment, social network and other media platforms, security, web page and e-mail. Identifies and implements risk management policies and procedures. Supervises professional services and support staff. Coordinates community outreach opportunities in increase enrollment and partnerships. Coordinates with Director of Programs for volunteer recruitment and training. Negotiates and maintains space licensing agreements.

- Performs work as a sub-contractor to United Cerebral Palsy of Washington D.C. and Virginia. Led the space utilization plan to prepare for the transition the operation of two facilities to one.
- Lead the expansion of program locations through work with partner organizations to increase program enrollment by 50%.

## NATIONAL RECREATION AND PARK ASSOCIATION                                       2008 to 2011

**Director – Certification & Accreditation -** *Knowledge and Learning Division ● Sep 2008 to May 2011*

Direct three national certifications for over 25,000 certified professionals and the agency and academic accreditation programs. Lead three staff, 10 professional member committees, and develop and manage a $1 Million budget. Develop operational, strategic, and business plans using survey results, industry research, policy analysis, and best practices. Serve as staff liaison for ten committees, boards, councils, commissions and associated subcommittees to organize work, coordinate meeting schedules, recruit new members, and guide membership to formulate strategic plans, action steps, and work plans to achieve overall association goals and objectives. Worked with contracted authors to develop, edit, and prepare publications for print.

- Negotiated contracts with the professional testing vendor for services resulting in cost savings of more than 10% and an increase accessible testing centers from 200 to 1500.
- Managed the centralization of a previously outsourced national certification resulting in improved access to the certification.
- Led information technology and database projects to ease administrative burden on staff and provide more rapid customer service to members and applicants for certification.
- Successfully organized and launched comprehensive job analysis study, reaching over 12,000-playground safety inspectors resulting in revised content for current inspector certification examination and new auditor certification.
- Led the Commission on Agency Accreditation for Parks and Recreation Agencies in the 4th revision of the national accreditation standards, the benchmark by which all park and recreation agencies are measured.
- Redesigned a national certification program's standards to align with the needs of the profession and to increase program participation, which resulted in a 15% increase in participation within the first 6 months.
- Successfully coordinated with a video company to develop a promotional video for the agency accreditation resulting in increased visibility within the profession and applicants.
- Led the implementation of a job analysis study for the development of a tiered certification program.

## FAIRFAX COUNTY COMMUNITY AND RECREATION SERVICES                                2001 to 2008

**Recreation Division Supervisor II -** *Therapeutic Recreation Services Division ● Jun 2006 to Sep 2008*
**Branch Manager, Recreation Specialist IV -** *Therapeutic Recreation and Teen Centers Division ● Jun 2002 to Dec 2006*
**Program Manager, Recreation Specialist III -** *Therapeutic Recreation and Teen Centers Division ● Apr 2001 to Jun 2002*

Manage the operations of the Therapeutic Recreation Services Division for Fairfax County and directed the overall operations of the Therapeutic Recreation Branch in Fairfax County (population 1,000,000+) providing therapeutic recreation programs and prevention services to approximately 2,500 individuals with disabilities and annual attendance rates of over 35,000. Supervised 9 full-time professionals, 1 management support staff, 370 limited-term employees, 25 contractors and numerous volunteers. Prepare and monitor a $3.8 million budget. Oversee program development, management, and evaluation of: therapeutic recreation programming, leisure education/counseling, prevention based programming, recreation therapy, integration and ADA accommodations. Provide technical and supervisory support to all programs and services offered in the division and provides technical support to other programs within the department. Develop and monitor treatment and intervention protocols and ensure programs are developed using a customer outcome process and best practices. Ensure that the work of the county's Long Term Care Council is

integrated into therapeutic recreation services including the Senior+ program. Serve as staff liaison to the Therapeutic Recreation Advisory Council.  Conduct public and professional presentations.  Served as the agency ADA coordinator.

- Obtained grant funding, developed and implemented the award winning FANtastic Friday's program for families of children on the autism spectrum resulting in a wide variety of recreational options for 200 families during the first year of operation.
- Developed a RFP for the expansion of the Senior+ program from 2 to 7 sites resulting in an award of over $2.3 million to Easter Seals of the Greater Washington Baltimore Region.
- Appointed as lead to the county coordinating team including representatives from Senior Centers, Health Department, Community Services Board, transportation and contractors for the implementation of 7 Senior+ sites. Developed and lead workplan resulting in the opening of all locations within the prescribed timeline.
- Worked with various community groups to develop and implement a non-profit organization to offer the first day support program for adults with severe physical disabilities.
- Served as host for the National Institute on Recreation Inclusion resulting in increased national awareness of Fairfax County and the Northern VA Region as leaders in inclusive practices while at the same time providing opportunities for agency staff to learn about national best practices related to inclusion.
- Worked with a local non-profit to obtain federal funding to implement a leisure program for recent veterans with traumatic brain injury
- Developed a proposal and obtained funding to expand summer transportation to serve individuals with emotional disabilities resulting in 130% increase in the enrollment.
- Partnered with George Mason University to offer a practicum program resulting in increased opportunities for students to learn about community-based recreational services while providing additional qualified staff for Fairfax County without any additional cost to the taxpayers.
- Successfully developed individual program budgets for each of the 35 different programs offered by Therapeutic Recreation Services resulting in improved management and fiscal accountability.
- Collaborated with the community, partners and agency stakeholders resulting in the successful development and implementation of a 5 year strategic plan.
- Worked with George Mason University to conduct a research study on the water safety program resulting in a new process for retaining staff and improved overall quality of programs for clients.
- Recognized for excellence in computer proficiencies resulting in selection as coordinator of the agencies in-house computer training series.
- Facilitated training opportunities for over 100 agency and community partners in Crisis Intervention and Prevention resulting in increased awareness and improved service levels.

### GEORGE MASON UNIVERSITY, FAIRFAX, VA                                                  2002 to 2009
**Professor Assistant**

Assistant to professor teaching "Introduction to the Fundamentals of Therapeutic Recreation" and "Introduction to Recreation and Leisure".

## ADDITIONAL PART TIME EMPLOYMENT

LOUDOUN COUNTY DEPAREMENT OF PARKS, RECREATION AND COMMUNITY SERVICES, LOUDOUN, VA                                                                                                  2011

**Facility Supervisor  -** *Dulles South Multipurpose Center ● Jun 2011 to October 2011*

EASTER SEALS OF THE GREATER WASHINGTON BALTIMORE REGION                   2011

**Recreation Therapist  -** *Lewinsville and Lincolnia Senior Centers ● Jun 2011 to October 2011*

## PAST & PRESENT COMMUNITY INVOLVMENT

**Fairfax County Public Schools Special Education Advisory Council Member**
**Jill's House, Inc. Committee Member**
**Northern Virginia Brain Injury Association Board Member**
**Fairfax County Prevention Leadership Team**
**Fairfax County Long Term Care Coordinating Council**

**Specialty Adapted Resource Club Advisory Council Member**
**Partnership for Healthier Fairfax**

# HONORS & AWARDS

- Fairfax County Park Authority Trailblazer Team Award, September 2015 & October 2016.
- Fairfax County Neighborhood and Community Services Distinguished Partner Award, May 2014.
- Fairfax County Community and Recreation Services, "Outstanding Team Award" for the Volunteer Recruitment Team, June 2008.
- Fairfax County Community and Recreation Services "Accepting Responsibility" Award, May 2004.
- National Association of Counties Awards (NACO), "Best in Category", Joey Pizzano Adapted Aquatics, May 2004.
- Fairfax County Community and Recreation Services, "Wes Kendrick Leadership Award", June 2003.
- Fairfax County Community and Recreation Services, "Accepting Responsibility Award", February 2003.
- Fairfax County Therapeutic Recreation Advisory Council, "Outstanding Service Award", June 2002.
- Fairfax County Health Departments "Honors Award" for exceptional performance and valuable contributions to the agency, January 2001.
- Fairfax County Therapeutic Recreation Advisory Council "Best New Program Award" for the F.A.N.tastic Friday's Program, June 2008.
- National Association of Counties Awards (NACO), "Most Innovative Program", Senior+ Program, May 2004.
- Fairfax County Community and Recreation Services "Initiative Award", November 2003.
- National Association of Counties Awards (NACO), "Act of Caring Award", Project SUCCESS Program, May 2003
- Fairfax County "Outstanding Performance Award", given by the Fairfax County Board of Supervisors, July 2002.
- Fairfax County Community and Recreation Services, Member of the Senior+ team, recipient of the "Best New Program Award", June 2002.

# EDUCATION, CERTIFICATIONS & LICENSES

**Bachelor of Science, Recreation and Leisure Services - Therapeutic Recreation**
Radford University, Radford, Virginia, August 1998

**Awarded Certificate as a Public Manager**
Institute of Regional Excellence - George Washington University, Washington D.C.

**Trained Facilitator in "Crisis Prevention Techniques"**
Ability to train employees in non-violent crisis intervention

**Process Management Certificate**
George Mason University, Fairfax, VA