# EXHIBIT 3

**Fairfax County Park Authority**
**Participation Data**

| Sum of Value Category | Location Type | Fiscal Year FY19 | FY20 | FY21 | FY22 | FY23 |
|---|---|---|---|---|---|---|
| Visitation | | 14,930,628 | 11,900,755 | 13,833,034 | 12,531,004 | 16,244,066 |
| Youth Programming | Golf | 773 | 290 | 879 | 814 | 1,096 |
| | Lakefront Parks | 4,680 | 1,150 | 3,669 | 5,575 | 1,141 |
| | Other (Schools, Vendor, Virtual) | 21,631 | 2,816 | 9,716 | 12,283 | 12,430 |
| | Rec Centers | 81,098 | 26,788 | 39,812 | 65,067 | 62,711 |
| | RMD | 18,679 | 9,080 | 18,738 | 24,011 | 5,896 |
| | Unstaffed Parks | | | | | 530 |
| **Youth Programming Total** | | 126,861 | 40,124 | 72,814 | 107,750 | 83,804 |
| Adult Programming | Golf | 536 | 305 | 653 | 578 | 1,058 |
| | Lakefront Parks | 256 | 113 | 553 | 494 | 2,094 |
| | Other (Schools, Vendor, Virtual) | 720 | 381 | 1,759 | 1,356 | 1,743 |
| | Rec Centers | 17,181 | 9,411 | 10,106 | 14,322 | 19,918 |
| | RMD | 3,270 | 2,290 | 2,274 | 2,557 | 18,660 |
| | Unstaffed Parks | 163 | | | | 679 |
| **Adult Programming Total** | | 22,126 | 12,500 | 15,345 | 19,307 | 44,152 |
| Permitted Activities | All | 3,375 | 1,524 | 4,932 | | |
| **Permitted Activities Total** | | 3,375 | 1,524 | 4,932 | | |
| **Grand Total** | | 15,082,990 | 11,954,903 | 13,926,125 | 12,658,061 | 16,372,022 |

| Other Park Stats | FY19 | FY20 | FY21 | FY22 | FY23 |
|---|---|---|---|---|---|
| **Number of Scout Programs held** | 552 | 448 | 441 | 566 | 523 |
| **Number of Scout Program Participants** | 6,317 | 5,331 | 3,946 | 5,426 | 5,804 |
| **Number of School Filed Trips** | 947 | 394 | 91 | 356 | 830 |
| **Number of Students Participating in Field Trips** | 51,772 | 23,142 | 850 | 18,610 | 47,358 |
| **Number of Volunteers** | 5,177 | 4,006 | 4,858 | 4,569 | |
| **Number of Volunteer Hours** | 182,324 | 95,548 | 99,422 | 114,989 | 111,718 |
| **Number of Camps Offered** | 1,631 | 282 | 1,135 | 1,298 | 1,372 |
| **Number of Camp Participants** | 27,637 | 1,741 | 19,971 | 28,441 | 43,043 |
| **Number of Concerts** | 0 | 25 | 145 | 180 | 172 |