# EXHIBIT 4

# NOTICE



# FIREARMS
# PROHIBITED
# PROHIBIDAS
# 금지 • Cấm • ممنوع



**A VALID CONCEALED HANDGUN PERMIT DOES NOT AUTHORIZE YOU TO CARRY A CONCEALED FIREARM INTO THIS EVENT AREA.**

Pursuant to Fairfax County Code § 6-2-1 the possession, carrying or transportation of firearms, ammunition or components or combination thereof is prohibited in this event area, unless otherwise authorized by law. Any person violating County Code § 6-2-1 shall be guilty of a Class 1 misdemeanor.

FFXCO_008684