# EXHIBIT 5

  

---------------------------------------- **MEMORANDUM** ----------------------------------------

**Date:** September 21, 2020
**To:** FCPA Staff
**From:** Directors' Office
**Subject:** County Gun Ban Includes Parks; Goes into Effect Immediately

## County Gun Ban Includes Parks; Goes into Effect Immediately

Following a public hearing Tuesday, Sept. 15, the Fairfax County Board of Supervisors approved an ordinance amending the county code, **to prohibit the possession, carrying or transportation of firearms, components and ammunition in county buildings, parks, recreation and community centers**, and at or adjacent to permitted events.

**WHAT THE BAN DOES**
Firearms will no longer be allowed in parks and Park facilities effective immediately. The ordinance is NOT enforceable until official Park Authority signage is posted within parks.

**WHAT ACTIONS SHOULD I TAKE?**
Here is initial information you will need to know as we begin to inform the public via signage, conversation, and outreach. We may encounter individuals who resist this new ordinance and visit parks with firearms. Our job is to calmly inform them of the new ordinance and if needed, call police for assistance. *Under no circumstances do we want to challenge armed residents; your safety as an employee is paramount*. If you have questions, please reach out to your supervisor.

**ARE THERE EXEMPTIONS?**
The ordinance exempts sworn law enforcement, educational county programs and events, and the Bull Run Public Shooting Center. Any exemptions will be addressed at the time of the permit request. With these exemptions in mind, staff must receive approval from the Directors' Office if they are in the planning stages, and prior to any advertisement, for an educational program or event that has firearms. Firearms used for educational programs may not be loaded.

**WHY DID THEY TAKE THIS ACTION AND WHAT IS THE CONTEXT?**
Changes to the ordinance come after legislation passed during the Virginia General Assembly session and signed by Gov. Ralph Northam, allowing local governments to regulate firearms and ammunition in public buildings, parks and other areas, along with entities controlled by the locality. The Board of Supervisors has advocated for expanded local authority on guns in public facilities for decades, first including an initiative in the 1996 Legislative Program.

**WHEN IS IT EFFECTIVE?**
The prohibition takes effect **immediately**. As required by law, the county will post signage at the entrances to all areas where firearms, components and ammunition are prohibited. **Violations of the**

---

12055 Government Center Parkway
Fairfax, VA 220035-5500
www.fairfaxcounty.gov/parks
@fairfaxparks

For Inclusion and ADA Support,
call 703-324-8563
TTY: Va Relay 711



FFXCO_006340

County Gun Ban Includes Parks; Goes into Effect Immediately
September 21, 2020

**prohibition constitute a Class 1 Misdemeanor**. The ordinance is NOT enforceable until signage is posted within parks.

**WHEN WILL THE PARK AUTHORITY RECEIVE SIGNS?**
Over 200 decals for buildings and 1600 signs for parks and trailheads are in production. As FCPA receives the decals and signs they will be distributed to Park Services, Resource Management, and Park Operations parks for posting. We expect that the production of signs and postings will take six to eight weeks.

**WHAT DOES THIS MEAN TO PARK AUTHORITY AND COUNTY EMPLOYEES?**
Park Authority and County employees, except for those authorized based on the nature of their work, are already prohibited by County policy from possessing a firearm on County premises.

**WHAT LEGAL AUTHORITY GUIDES THIS DECISION?**
The Virginia law is one of several gun safety measures approved during the 2020 legislative session. **Its provisions are included in Virginia Code § 15.2-915.**

**ONCE SIGNS ARE POSTED WHAT DO I DO IF I ENCOUNTER A PARK PATRON WHO IS ARMED?**
We are educating the public at this time and will be placing signage throughout the park system. In the interim, we want staff to remind visitors of the ban in a non-confrontational, informative manner. Or inform a supervisor who may speak to this individual. If an individual refuses to voluntarily comply with your request call the police for assistance.

**WHAT IF I FEEL THREATENED BY AN ARMED INDIVIDUAL?**
*As always, call 911 and remove yourself and others from the danger.* Police will be responding to these encounters.

**ARE EVENTS OR FARMERS MARKETS ON PRIVATE PROPERTY COVERED BY THE ORDINANCE?**
No, events or Farmers Markets on private property are NOT covered by the ordinance. Farmers Markets on County land or parkland will also have signage and DO fall under this ordinance.

**CAN A GROUP RENTING A PARK AUTHORITY FACILITY OR AMENITY HAVE ARMED SECURITY AT THEIR EVENT?**
Yes, the group may have specifically licensed security, as well as off-duty sworn law enforcement officers. This request would be forwarded to the Directors' Office for consideration during the permitting process.


**Kirk W. Kincannon, CPRP, FULI, FAAPRA**
Executive Director, Fairfax County Park Authority

**Sara Baldwin**
Deputy Director, Fairfax County Park Authority

**Aimee L. Vosper, PLA**
Deputy Director, Fairfax County Park Authority