UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **KIMBERLY Y. LAFAVE, et al.** )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>)<br>**THE COUNTY OF FAIRFAX, VIRGINIA,** )<br>**and KEVIN DAVIS, in his Official Capacity** )<br>**as Chief of Police** )<br>)<br>*Defendants* )<br>) | Case No. 1:23-cv-1605 (CMH/JFA) |

## NOTICE OF HEARING

Defendants, the County of Fairfax, Virginia and Chief of Police Kevin Davis, in his official capacity as Chief of Police, (collectively "Defendants"), by and through the undersigned counsel, submit this Notice of Hearing regarding Defendants' Motion for Summary Judgment (ECF No. 44) and Plaintiffs' Motion for Summary Judgment (ECF No. 48) on Friday, June 7, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard.

                                                Respectfully submitted,

Date:  April 30, 2024              THE COUNTY OF FAIRFAX, VIRGINIA,
                                                and the CHIEF OF POLICE, KEVIN DAVIS, in his
                                                official capacity


                                                By: */s/ Anders T. Sleight*
                                                        Counsel

Douglas R. Kay, VSB No. 35468
Thomas W. Repczynski, VSB No. 39967
Anders T. Sleight, VSB No. 84458
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1400

1

Tysons Corner, Virginia  22182
Telephone:  (703) 745-1800
Facsimile:  (703) 745-1835
dkay@offitkurman.com
trepczynski@offitkurman.com
Anders.sleight@offitkurman.com
*Co-Counsel for Defendants*

Daniel Robinson (VSB No. 78985)
John W. Burton (VSB No. 42223)
Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, Virginia 22035
Telephone: (703) 324-2421
Facsimile: (703) 324-2665
Daniel.Robinson@fairfaxcounty.gov
John.Burton@fairfaxcounty.gov
*Co-Counsel for Defendants*


William J. Taylor, Jr. (*pro hac vice* forthcoming)
Janet Carter (*pro hac vice* forthcoming)
EVERYTOWN LAW
450 Lexington Avenue #4184
New York, New York 10017
Telephone: (646) 324-8215
wtaylor@everytown.org
jcarter@everytown.org
*Co-Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Stephen P. Halbrook
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276
protell@aol.com

Christopher M. Day
Earl N. "Trey" Mayfield, III
10521 Judicial Drive, Suite 200
Fairfax, VA 22030
(703) 268-5600
cmday@jurisday.com
tmayfield@jurisday.com

                                            */s/ Anders T. Sleight*
                                            Anders T. Sleight

4855-4854-2394, v. 1