UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KIMBERLY Y. LAFAVE, et al.   )<br>                                                      )<br>     *Plaintiffs*                               )<br>                                                      )<br>v.                                                 )<br>                                                      )<br>THE COUNTY OF FAIRFAX, VIRGINIA,   )<br>and KEVIN DAVIS, in his Official Capacity   )<br>as Chief of Police                           )<br>                                                      )<br>     *Defendants*                           )<br>                                                      ) | Case No. 1:23-cv-1605 (WBP) |

## SECOND DECLARATION OF ANDERS SLEIGHT

I, Anders Sleight, hereby declare as follows:

I am an attorney with Offit Kurman, P.C. and I serve as counsel to Defendants the County of Fairfax, Virginia ("the County") and Kevin Davis, in his official capacity as Chief of Police ("Davis"), in the above-captioned matter. In addition, I served as counsel to the County and Davis in *LaFave v. County of Fairfax*, No. CL2021-01569 (Fairfax Cnty. Cir. Ct.). I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment.

1. Attached as **Exhibit 1** is a true and correct copy of an excerpt from 3 Edward Coke, *Institutes of the Laws of England* (1644).

2. Attached as **Exhibit 2** is a true and correct copy of an excerpt from *The Public Laws of the State of Rhode-Island and Providence Plantations* (1798).

3. Attached as **Exhibit 3** is a true and correct copy of excepts from III *Florida Statutes* (1941).

4. Attached as **Exhibit 4** is a true and correct copy of an excerpt from 1 James Kent, Commentaries on American Law (3d ed. 1836).

5. Attached as **Exhibit 5** is a true and correct copy of an excerpt from II *Laws of the State of North-Carolina* (1821).

6. Attached as **Exhibit 6** is a true and correct copy of an excerpt from I *Laws of the State of North-Carolina* (1821)

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10, 2024.

*/s/ Anders T. Sleight*
Anders T. Sleight, VSB No. 84458
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1400
Tysons Corner, Virginia  22182
Telephone:  (703) 745-1800
Facsimile:  (703) 745-1835
anders.sleight@offitkurman.com
*Co-Counsel for Defendants*

4859-2470-8797, v. 1