IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| KIMBERLY Y. LAFAVE, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-01605 (WBP) |
| | ) | |
| THE COUNTY OF FAIRFAX, VIRGINIA and KEVIN DAVIS, in his Official Capacity as Chief of Police, | ) ) ) ) ) | |
|    Defendants. | ) | |

## ORDER

Before the Court is Defendants' Consent Motion to Amend Pretrial Scheduling Order and Extend Pretrial Deadlines. ("Motion"; ECF No. 64.) Based upon the agreement of the parties, and because it is otherwise efficient so to do, it is hereby

ORDERED that the final pretrial conference scheduled for June 20, 2024, at 10:00 a.m. is removed from the docket, and it is further

ORDERED that all other deadlines are stayed until further order from the Court.

Entered this 7th day of June 2024.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia