IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KIMBERLEY Y. LAFAVE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-01605 (WBP) |
| ) | |
| THE COUNTY OF FAIRFAX ) | |
| VIRGINIA, and KEVIN DAVIS, in his ) | |
| Official Capacity as Chief of Police, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Since the Court heard oral argument on the parties' cross motions for summary judgment ("Motions"; ECF Nos. 44, 48), the Supreme Court decided *United States v. Rahimi*, No. 22-915, slip op. at 1-18 (U.S. June 21, 2024). Considering this decision and rapidly developing case law relevant to the Motions, the Parties may provide additional, limited briefing on the Motions. It is therefore,

ORDERED that, on or before Wednesday, July 17, 2024, at 5:00 p.m., the Parties may file supplemental briefing no more than 10 pages in length that describes the effect of *United States v. Rahimi* on the pending case, as well as the effect of *Rahimi* on the authorities cited by the parties, including *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023*), cert. granted, judgment vacated sub nom. Antonyuk v. James*, No. 23-910, 2024 WL 3259671 (U.S. July 2, 2024), as well as any other Circuit Court cases that address relevant issues.

Entered this 9th day of July 2024.

Alexandria, Virginia

_____
William B. Porter
United States Magistrate Judge