# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Kimberly Lafave, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-1605 (WBP) |
| ) | |
| The County of Fairfax, Virginia ) | |
| ) | |
| and ) | |
| ) | |
| Kevin Davis, in his Official Capacity as ) | |
| Chief of Police, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on August 23, 2024, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, The County of Fairfax, Virginia, and Kevin Davis, in his Official Capacity as Chief of Police and against the Plaintiff, Kimberly Lafave.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
Whitney Garnett
Deputy Clerk

Dated: August 23, 2024
Alexandria, Virginia