IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KIMBERLY LAFAVE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 1:23-cv-1605-WBP |
| ) | |
| THE COUNTY OF FAIRFAX, VIRGINIA, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Plaintiffs, Kimberly LaFave, Glenn M. Taubman, and Robert Holzhauer, hereby give notice of their appeal to the United States Court of Appeals for the Fourth Circuit of the order in this matter granting summary judgment to Defendants and dismissing this matter with prejudice, entered on August 23, 2024.

Respectfully Submitted,

Kimberly LaFave
Glenn M. Taubman
Robert Holzhauer,

Plaintiffs

By Counsel

_____/s/_____
Stephen P. Halbrook
protell@aol.com
Va. Bar No. 18075
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276

1

          /s/
Earl N. "Trey" Mayfield, III
tmayfield@chalmersadams.com
Va. Bar No. 41691
10521 Judicial Drive, Suite 200
Fairfax, VA 22030
(703) 268-5600

## CERTIFICATE OF SERVICE

      I certify that the foregoing document was served on all counsel of record via ECF on September 9, 2024.

                                                                                     /s/
                                                                                Trey Mayfield