IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KIMBERLY LAFAVE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE COUNTY OF FAIRFAX, ) <br> VIRGINIA, ) <br> ) <br> and ) <br> ) <br> KEVIN DAVIS, in his Official Capacity as ) <br> Chief of Police, ) <br> ) <br> Defendants. ) | Case No. 1:23-cv-1605 (WBP) |

## ORDER

This matter comes before the Court on its own initiative following the United States Court of Appeals for the Fourth Circuit's published opinion and judgement on August 27, 2025 (ECF Nos. 78 and 79), vacating this Court's grant of summary judgment as to the events restriction and remanding the case with instructions to dismiss Plaintiffs' claims challenging the events restriction without prejudice. A mandate was issued by the Fourth Circuit on September 18, 2025 (ECF No. 80). For good cause, the Court ORDERS the parties to file a joint status report with their views on how to proceed by 5:00 p.m. on October 17, 2025, including any proposed dismissal order consistent with the Fourth Circuit's opinion.

Entered this 6th day of October 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia