**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **KIMBERLY LAFAVE, et al.,**<br><br>***Plaintiffs,***<br><br>**v.**<br><br>**THE COUNTY OF FAIRFAX, VIRGINIA, and KEVIN DAVIS, in his Official Capacity as Chief of Police,**<br><br>***Defendants.*** | ) | **Case No. 1:23-cv-01605-WBP** |

**JOINT STATUS REPORT**

Plaintiffs Kimberly LaFave, Glenn M. Taubman, and Robert Holzhauer, by counsel, and Defendants the County of Fairfax, Virginia, and Kevin Davis, by counsel, hereby state as follows:

1. On August 27, 2025, the Fourth Circuit issued its decision and judgment in the appeal of the above-captioned matter. *See LaFave v. County of Fairfax*, No. 24-1886, 149 F.4th 476 (4th Cir. 2025).

2. As to the restriction on guns in County parks, the Fourth Circuit affirmed this Court's grant of summary judgment to the County.

3. As to the restriction on guns at or adjacent to events that have or require a County-issued permit, the Court ruled that the plaintiffs lacked standing, ordered that the grant of summary judgment be vacated, and remanded with instructions "to dismiss Plaintiffs' claims challenging that restriction without prejudice." *LaFave*, 149 F.4th at 486.

4. The Fourth Circuit issued its mandate on September 18, 2025.

5. Pursuant to the Court's order dated October 7, 2025, the parties respectfully submit the attached Proposed Order.

6. The Proposed Order leaves in place the Court's judgment with respect to Count One, entered on August 23, 2024, which the Fourth Circuit affirmed. As to Counts Two and Three, the order modifies the judgment to show that the dismissal is without prejudice, for lack of standing and thus lack of subject matter jurisdiction.

7. The Proposed Order comports with the approach taken in, for example, *Courthouse News Service v. Hade*, No. 3:21-cv-00460-HEH, Dkt. 101 (E.D. Va. May 19, 2025). That case involved a First Amendment challenge in which (a) the district court awarded summary judgment to the defendants on both of two restrictions and (b) the Fourth Circuit affirmed as to one restriction and vacated as to the other restriction for lack of standing. *See Courthouse News Serv. v. Smith*, 126 F.4th 899, 918 (4th Cir. 2025) (affirming as to Access Restriction and vacating as to Dissemination Restriction for lack of standing). On remand, Judge Hudson's order left undisturbed the original judgment as to the Access Restriction and ordered that, "[i]n accordance with the Fourth Circuit's directive, Count II [challenging the Dissemination Restriction] is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction."

Respectfully submitted,


KIMBERLY LAFAVE, GLENN M. TAUBMAN, and ROBERT HOLZHAUER

By: /s/ Earl N. "Trey" Mayfield, III
Counsel

Earl N. "Trey" Mayfield, III
VA Bar No. 41691
Chalmers, Adams, Backer & Kaufman, LLC
10521 Judicial Drive, Suite 200
(703) 268-5600
tmayfield@chalmersadams.com

Stephen P. Halbrook, PhD
Attorney at Law
3925 Chain Bridge Road Suite 403
Fairfax, VA 22030
(703) 352-7276
protell@aol.com


Date: October 14, 2025


THE COUNTY OF FAIRFAX, VIRGINIA, and the CHIEF OF POLICE, KEVIN DAVIS, in his official capacity

By: /s/ Douglas R. Kay
Counsel

Douglas R. Kay, VSB No. 35468
Thomas W. Repczynski, VSB No. 39967
Anders T. Sleight, VSB No. 84458
OFFIT KURMAN, P.C.
8000 Towers Crescent Drive, Suite 1400
Tysons Corner, Virginia 22182
Telephone: (703) 745-1800
Facsimile: (703) 745-1835
dkay@offitkurman.com
trepczynski@offitkurman.com
anders.sleight@offitkurman.com
*Co-Counsel for Defendants*

Daniel Robinson (VSB No. 78985)
John W. Burton (VSB No. 42223)
Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, Virginia 22035
Telephone: (703) 324-2421
Facsimile: (703) 324-2665
Daniel.Robinson@fairfaxcounty.gov
John.Burton@fairfaxcounty.gov
*Co-Counsel for Defendants*

Janet Carter (admitted pro hac vice)
William J. Taylor, Jr. (admitted pro hac vice)
EVERYTOWN LAW
450 Lexington Avenue, P.O Box 4184
New York, New York 10163
Telephone: (646) 324-8174
jcarter@everytown.org
wtaylor@everytown.org
*Co-Counsel for Defendants*