UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **KIMBERLY LAFAVE, et al.,** )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>**THE COUNTY OF FAIRFAX, VIRGINIA,** )<br>**and KEVIN DAVIS, in his Official Capacity** )<br>**as Chief of Police,** )<br>)<br>*Defendants.* )<br>) | Case No. 1:23-cv-01605-WBP |

### ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Fourth Circuit. *See* Dkts. 79, 80. The Fourth Circuit affirmed the Court's award of summary judgment to Defendants on Count One, which challenged Fairfax County's Parks Restriction. *See* Dkt. 78 at 16. It vacated the Court's ruling on Counts Two and Three, which challenged the County's Events Restriction, and directed that those claims be dismissed without prejudice because Plaintiffs lack standing to bring those claims. *See id*.

In accordance with the Fourth Circuit's directive, Counts Two and Three are dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Entered this ___16th___ day of ___October___, 2025.

_____
Hon. William B. Porter
United States Magistrate Judge

Alexandria, Virginia